UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 00-6309 CR-SEITZ

IN RE:

FEDERAL GRAND JURY 99-01(FTL)

MAGISTRATE JUDGE
GARBER

_____/

### MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby moves this Court for an Order sealing the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation), Bond Recommendation Sheets, this Motion to Seal, and Sealing Order, and remain sealed in the custody of the Clerk of the Court until such time as the first defendant has been arrested. In support thereof, the following is shown:

1. Disclosure of the existence of these charges would hinder the ability of the United States to locate and arrest the defendants, as well as to locate and seize assets subject to forfeiture.

WHEREFORE, the United States respectfully requests that this Court order that the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants (except for copies to be used by law enforcement personnel during execution of their official duties



in the investigation), Bond Recommendation Sheets, Motion to Seal, and the Sealing Order be sealed until such time as the first defendant has been arrested.

                                Respectfully submitted,

                                GUY A. LEWIS
                                UNITED STATES ATTORNEY

By: _____
     DIANA L.W. FERNANDEZ
     ASSISTANT UNITED STATES ATTORNEY
     Court ID #: A5500017
     500 E. Broward Boulevard, Suite 700
     Fort Lauderdale, Florida  33394
     Telephone: (954) 356-7392
     Facsimile: (954) 356-7230