COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER

DEFT: Joseph Silvestri (J)#  CASE NO: 00-6309-CR-Seitz
AUSA: Brian McCormick/Diana Fernandez  ATTNY: David Mandel (temp)
AGENT: _____  VIOL: 18:1962,1963,1955,1956, 1957, 1511,894,892
PROCEEDING: Initial Appearance  BOND REC: PTD

BOND HEARING HELD - yes/no  COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House _____
    ___ Electronic Monitoring _____

FILED by ___ D.C.
OCT 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Ore tenus m/unseal Granted

Advised of Charges

temp Cnsl present

NEXT COURT APPEARANCE:  DATE:      TIME:   JUDGE: miami duty
INQUIRY RE COUNSEL:     10/31      10
(PTD)/BOND HEARING:     10/31      10
PRELIM/ARRAIGN. OR REMOVAL: 10/31  10
STATUS CONFERENCE:

DATE: 10-26-00   TIME: 11:00am   TAPE # 00-083  PG # @ around 600

1/99

#27
H~