|  |  |
|---|---|
| UNITED STATES OF AMERICA, : | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA |
| v. : | CASE NO. 00-6309-CR-SEITZ/ |
| JOSEPH SILVESTRI : | GARBER |

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

FILED by
OCT 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. L.

COMES NOW __DAVID S. MANDEL__ files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed) __DAVID S. MANDEL__

Counsel's Signature __[signature]__

Address __169 E. FLAGLER ST. #1200__
__MIAMI   FL__   Zip Code: __33131__

Telephone __(305) 374-7771__

#46
#1