UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA

    Plaintiff,

v.

JOSEPH SILVESTRI
    Defendant.
_____/

ORDER ON INITIAL APPEARANCE
Language  ENGLISH
Tape No.  00- 083
AUSA    McCORMICK/FERNANDEZ
Agent

FILED by ___ D.C.
OCT 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

    The above-named defendant having been arrested on OCTOBER 26, 2000, having appeared before the court for initial appearance on OCTOBER 26, 2000 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon
    **ORDERED** as follows:
1. _David Mandel_ appeared as perma(nent)/temporary counsel of record.
  Address: _____
  Zip Code: _____ Telephone: _____
2. _____ appointed as permanent counsel of record.
  Address: _____
  Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at __10__
on _____ _10/31_.
4.(Arraignment)/Preliminary/Removal/Identity hearing is set for _10/31_ at _10_ before Judge _Miami_
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because __
_____
(A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _10/31_ at _10_ before Judge _Miami_
6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: _____
  This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
  __a. Surrender all passports and travel document to the Pretrial Services Office.
  __b. Report to Pretrial Services as follows:_____times a week /month by phone, _____time a week/month
    in person; other: _____
  __c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances
    prohibited by law.
  __d. Maintain or actively seek full time gainful employment.
  __e. Maintain or begin an educational program.
  __f. Avoid all contact with victims of or witnesses to the crimes charged.
  __g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
  __h. Comply with the following curfew: _____
  __i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

#69

_j. Comply with the following additional special conditions of this bond:_____

_____

This bond was set: At Arrest _____
        On Warrant _____
        After Hearing ✓_____

  If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

  **DONE AND ORDERED** at Ft. Lauderdale, Florida this 26TH day of OCTOBER, 2000.

              _____
              **U. S. MAGISTRATE JUDGE**
              **BARRY S. SELTZER**

cc: Assistant U.S. Attorney
  Defendant
  Counsel
  Copy for Judge
  Pretrial Services/Probation