UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. |
| Plaintiff | 00-6309-CR-Seitz |
| v. | REPORT COMMENCING CRIMINAL ACTION |
| Joseph Silvestri Defendant | 04641-016 |

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 10/26/00  5:00 pm

2. Spoken Language: English

3. Offense(s) charged: 18 USC 1956, 1962

4. U.S. Citizen  [X] YES  [ ] NO  [ ] UNKNOWN

5. Date of birth: 8/12/31

6. Type of charging document: (Check One)
   [X] INDICTMENT    [ ] COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. 00-6309    CASE NO. _____
   
   DISTRICT: Southern of Florida (Where warrant or complaint is filed.)
   
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT
   
   COPY OF WARRANT LEFT WITH BOOKING OFFICER:  [ ] YES  [ ] NO
   
   AMOUNT OF BOND: _____
   
   WHO SET BOND: _____

7. REMARKS: _____

8. DATE: 10/26/00            9. Jay G Fenske
                                ARRESTING OFFICER
10. AGENCY: FBI              11. 305 944-9101
                                PHONE NO.