AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

## United States District Court

SOUTHERN DISTRICT OF FLORIDA   476 834

UNITED STATES OF AMERICA

V.

JOSEPH SILVESTRI

**WARRANT FOR ARREST**

CASE NUMBER 00-6309

TO: The United States Marshal
and any Authorized United States Officer

CR-SEITZ

MAGISTRATE JUDGE
GARBER

YOU ARE HEREBY COMMANDED to arrest _____ JOSEPH SILVESTRI _____
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, money laundering conspiracy

in violation of Title 18 United States Code, Section(s) 1962(d), 1956(h)

CLARENCE MADDOX
Name of Issuing Officer

_Jenny Butler_
Signature of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

10/24/00 - Fort Lauderdale, Florida
Date and Location

Bail fixed at $ Pre-trial detention

by BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above defendant at
Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/24/00 | James A. Tassone<br>United States Marshal<br>Southern District of Florida | |
| DATE OF ARREST | | |
| 10/26/00 | | Edward Purchase, SDUSM |

#125