UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6309-CR-Seitz

UNITED STATES OF AMERICA,

v.

Joseph Silvestri

**Stipulated**
**ORDER DENYING GOVERNMENT'S**
**REQUEST FOR PRETRIAL DETENTION &**
**SETTING A BOND**

This Cause came before the Court upon motion of (the government for pretrial detention) (the defendant to set a bond). Upon consideration, it is

**ORDERED AND ADJUDGED** as follows:

\_\_\_ The government's motion is **denied**.
\_\_\_ The defendant's motion is **granted**; bond is set at:
  ✓ Personal Surety, unsecured, in the amount of $300K

\_\_\_ Personal Surety in the amount of $\_\_\_\_
    with 10% posted with Clerk of Court.
\_\_\_ Personal Surety in the amount of $\_\_\_\_
    secured by the following collateral: \_\_\_\_

\_\_\_ Full Cash in the amount of $\_\_\_\_
\_\_\_ Corporate Surety in the amount of $\_\_\_\_
\_\_\_ Full Cash or Corporate Surety in the amount of
    $\_\_\_\_ In addition to the standard conditions of bond, the following special conditions are hereby imposed:
✓ SURRENDER ALL PASSPORTS & TRAVEL DOCUMENTS TO PRETRIAL SERVICES.
✓ REPORT TO PRETRIAL SERVICES AS FOLLOWS: ~~WEEKLY IN PERSON;~~ ~~WEEKLY BY PHONE~~ as directed
\_\_\_ SUBMIT TO RANDOM URINE TESTING BY PRETRIAL SERVICES FOR THE USE OF NON-PHYSICIAN-PRESCRIBED SUBSTANCES PROHIBITED BY LAW.
\_\_\_ MAINTAIN OR ACTIVELY SEEK FULL-TIME EMPLOYMENT.
\_\_\_ MAINTAIN OR BEGIN AN EDUCATIONAL PROGRAM.
\_\_\_ AVOID ALL CONTACT WITH VICTIMS OF OR WITNESSES TO THE CRIMES CHARGED. \_\_\_ REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS WEAPON.

✓ COMPLY WITH THE FOLLOWING ADDITIONAL SPECIAL CONDITIONS OF THIS BOND: Co-signed by Jeanette & Joseph Silvestri + Philip + Sharon Materio, travel restricted S/D FL + M/D GA, travel permitted for Court

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is: \_\_\_\_
**DONE AND ORDERED** at Miami, Florida this 30th day of Oct., 2000.

TAPE NO. 00-104-3040

C:AUSA, DEFENSE,
  Pretrial Svcs, Marshal

UNITED STATES MAGISTRATE JUDGE
STEPHEN T. BROWN

#137