UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-PAS

UNITED STATES OF AMERICA,

vs.

Joseph Silvestri

_____

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows:

Upon request of the parties, and good cause being shown, the Arraignment & RRC hrgs are hereby reset to Nov. 6, 2000 at 10:00 a.m. before the Duty Magistrate Judge.

DONE AND ORDERED at Miami, Florida this 30th day of Oct., 2000.

TAPE NO: 00D- 109-30+0

UNITED STATES MAGISTRATE JUDGE
STEPHEN T. BROWN

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal