~~SEALED~~

CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE PATRICIA A. SEITZ, JUDGE

FILED by __KA__ D.C.
OCT 27 2000

Unsealed 11/8/00

Case No. __00-6309-CR__ Date __10/27/00__
Clerk __L. Webb__ Reporter __R. Kaufman__
USPO __No__ Interpreter __No__

UNITED STATES OF AMERICA v. __Steve Raffa, et al.__

AUSA __W. Beckerleg__ Defense Counsel _____

Defendant(s): Present ____ Not Present __X__ In Custody ____

Reason for Hearing: __Ex parte hrg on motion for protective order__

Result of Hearing: __Order to remain sealed until service of order on affected parties. Order entered with Court's requested changes.__

Misc.: _____

Case Continued to: _____ Time _____ For _____

149/X

```
[docket0]                    CIVIL/CRIMINAL                    [wdk/text]
4. Queries                      Docketing


   Docket #    : 0:00-cr-6309                                    BLG
   Short Title: USA              v. Raffa
   Type: cr         Judge: Seitz         Magistrate:
   -----------------------------------------------------------------

   -----------------------------------------------------------------
            Summary of Event that Created the Document
   Filed      Entry Date  Last Update      History ID   Docketed by
   10/27/00    11/1/00     **/**/**         4266734         sp
       +-------------------------------------------------------+
        SEALED DOCUMENT



       +viewing docket text------------------------------------+
   Transaction: kseal doc -/ -/ - - -

   Command mode (? for commands)
```

Attached to D.E. # 149