kohrgcnsl.          UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 00-6309-CR - Seitz

UNITED STATES OF AMERICA,
vs.                                         ORDER ON HEARING TO
                                            REPORT RE COUNSEL

Joseph Silvestri
_____

   The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

   _____ Private counsel _____
           appeared in open court and is noted as permanent
           counsel of record.

   ✓       The defendant requested Court appointed counsel, was
           found eligible, and counsel will be appointed by
           separate order. AFPD

   _____ The defendant requested Court appointed counsel but
           was found ineligible, and shall appear before the
           Court on _____
           at 10:00 a.m. to report regarding his/her further
           efforts to retain counsel, unless counsel notices a
           permanent appearance before that date.

   _____ The defendant requested further time to retain
           counsel and shall appear before the Court on
           _____ at 10:00 a.m. to report
           regarding his/her further efforts to retain counsel,
           unless counsel notices a permanent appearance before
           that date.

   **DONE AND ORDERED** at Miami, Florida this 6th day of Nov., 2000.

TAPE NO.00C- 78-1
                                            _____
c: AUSA Gay                                 UNITED STATES MAGISTRATE JUDGE
   Defense Counsel                          BARRY L. GARBER
   Pretrial Services or Probation
   U.S. Marshal

   AFPD - Foldes

                                                               #204