koapptpd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6309-CR-Seitz

UNITED STATES OF AMERICA,
        Plaintiff,
vs.

Joseph Silvestri

        Defendant.

ORDER APPOINTING
FEDERAL PUBLIC DEFENDER

_____

    The above named defendant having testified under oath and provided appropriate financial affidavit that he is financially unable to employ counsel but wishes to be represented by counsel, it thereupon

    **ORDERED AND ADJUDGED** that the Federal Public Defender for the Southern District of Florida is appointed to represent this defendant for all proceedings in this case unless relieved by Court Order.

    **DONE AND ORDERED** at Miami, Florida this 6th day of November, 2000.

TAPE NO. 00C-78-1

_____
UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER

c: AUSA Gay
   FPD - Foldes
   Pretrial Services or Probation
   U.S. Marshal
formoapp.fpd