UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

JOSEPH SILVESTRI
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : _(on bond)_

Language: _English_

The above-named Defendant appeared before **Magistrate Judge Barry L. Garber**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address:_____

                   Tel. No:_____

Defense Counsel:  Name : ___AFPD___

                 Address:_____

                 Tel. No:_____

Bond Set/Continued:    $ 300,000 PSB

Dated this 6th day of November, 2000.

CLARENCE MADDOX, CLERK

BY___Karen Sussmann___
    Deputy Clerk

c:Clerk for Judge
  U.S. Attorney - _Gay_
  Defense Counsel
  Pretrial Services
formarra.ign

AFPD - Foldes

TAPE NO. 00C _78_
DIGITAL START NO. _1_

#206
HN