UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,
         Plaintiff,

vs.

JOSEPH SILVESTRI,
         Defendant.
_____:

## MOTION TO WITHDRAW AND TO APPOINT SUBSTITUTE COUNSEL

The Federal Public Defender for the Southern District of Florida moves this Court for an order terminating her appointment as counsel for defendant Joseph Silvestri in the above captioned case. In support of this motion, undersigned counsel represents as follows:

1. During the course of investigating this case, it has come to the attention of the undersigned counsel that the interests of another defendant represented by the Federal Public Defender are directly antagonistic to the interests of Mr. Silvestri. Furthermore, proper representation of Mr. Silvestri would require the betrayal of the confidences of the other defendant. Due to the nature of the conflict between these two defendants, undersigned counsel seeks to withdraw from his representation of Mr. Silvestri and asks the Court to appoint independent counsel to represent him.

2. Both Mr. Silvestri and the other defendant are entitled to conflict free representation, pursuant to both the Sixth Amendment guarantee of effective assistance of counsel, *see Cuyler v. Sullivan*, 446 U.S. 335 (1980); *Halloway v. Arkansas*, 435 U.S. 475 (1978); *McConico v. Alabama*, 919 F.2d 1543 (11th Cir. 1990), and the <u>Rules Regulating the Florida Bar</u>,



Rule 4-1.7(a) ("[a] lawyer shall not represent a client if the representation of that client will be directly adverse to the interests of another client").

WHEREFORE, undersigned counsel requests that the Court issue orders permitting the Federal Public Defender to withdraw from representation of defendant Joseph Silvestri and appointing substitute counsel in this matter.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Migna Sanchez-Llorens
Assistant Federal Public Defender
Florida Bar No. 0028428
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
(305) 530-7000, Ext.142
(305) 536-4559, Fax

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was mailed the ____ day of November, 2000 to J. Brian McCormick and Diana L.W. Fernandez, Assistant United States Attorney's, 500 E. Broward Blvd., Seventh Floor, Ft. Lauderdale, FL 33394.

By: _____
Migna Sanchez-Llorens

S:\MAGCLIEN\J.Silvestri\WITHDRAW.wpd

2