UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOSEPH SILVESTRI,

_____/


FILED by _____ D.C.
NOV 16 2000

ORDER OF REFERENCE TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C.§ 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is hereby referred to The Honorable Barry L. Garber to take all necessary and proper action as required by law and/or to submit a Report and Recommendation to this Court regarding Motion to Withdraw and to Appoint Substitution Counsel filed by the Federal Public Defender.

This matter is not yet set for trial.

DONE AND ORDERED this 15 day of November, 2000.

/s/ _____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Barry L. Garber
Diana Fernandez, AUSA
Brian McCormick, AUSA
Migna Sanchez-Llorens, AFPD