UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

JOSEPH SILVESTRI,
        Defendant.
_____:

## ORDER TO WITHDRAW AND APPOINT SUBSTITUTE COUNSEL

THIS CAUSE is before the court on the defendant's motion to withdraw and to appoint substitute counsel. After carefully considering the motion, it is

ORDERED AND ADJUDGED that the motion is hereby GRANTED.

The Federal Public Defender is hereby discharged. The Court appoints EMMANUEL PEREZ, ESQUIRE to represent the defendant in this case.

DONE AND ORDERED at Miami, Florida this 17 day of November, 2000.

_____
United States District Judge

cc:    Migna Sanchez-Llorens, AFPD
        J. Brian McCormick and Diana L.W. Fernandez, AUSA'S

S:\MAGCLIEN\J.Silvestri\WITHDRAW.wpd