UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.00-6309-CR-SEITZ(s)/GARBER

UNITED STATES OF AMERICA,

vs.

JOSEPH SILVESTRI
         Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No: 04641-016

Language: English

The above-named Defendant appeared before **Magistrate Judge DUBE'** where the defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: ON BOND

    Tel. No:

Defense Counsel:    Name: EMMANUEL PEREZ ESQ.

    Address:
    2121 PONCE DE LEON BLVD. #920
    MIAMI, FL., 33134

    Tel. No: (305)442-7442

Bond Set/Continued:    $300,000 PSB

DATED this 6th day of FEBRUARY, 2001.

CLARENCE MADDOX, CLERK,

BY    NANCY J. FLOOD
    Deputy Clerk

c: Clerk for Judge
   U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. 2001H-7
DIGITAL START NO. 1630

