UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA

    Plaintiff,

v.

STEVE RAFFA,
    a/k/a "Uncle Steve,"
JOHN MAMONE,
    a/k/a "Big John,"
FRED MORGENSTERN,
DAVID MORGENSTERN,
JOSEPH SILVESTRI,
JULIUS BRUCE CHIUSANO,
MICHAEL BUCCINNA,
    a/k/a "Michael Boots,"
JEFFREY BASS,
    a/k/a "the Professor,"
FREDERICK SCAROLA,
GIUSEPPE BELLITTO,
    a/k/a "Joe Baldy,"
MARK CARATTINI,
PAUL DIFILIPPI,
ANSON KLINGER,
JOSEPH SPITALERI,
CHARLES CLAY,
PEGGY PRESTON,
MARK WEISS,
JACOLYN BARUCH, and
DAVID BELL,

    Defendants.
_____/



### RELEASE OF LIS PENDENS

**GRANTEE(S): GIUSEPPE BELLITTO**

TO:   ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER ANY OF THE DEFENDANT(S) AND/OR GRANTEE(S) any interest in the real property described hereinunder.

Notice is hereby given that a certain <u>lis</u> <u>pendens</u> recorded in the Broward County land records on October 26, 2000, official records Book Number 12097, Page Number 1059 giving notice of the pendency of forfeiture proceedings in the United States District Court for the Southern District of Florida in the above-referenced case is hereby released and discharged.

This release of <u>lis</u> <u>pendens</u> relates to all that lot or parcel of land, together with its building, improvements, fixtures, attachments and easements, located at 1590 Northwest 13th Street, Boca Raton, Florida, and more particularly described as:

> Lot 10, Block 26, of Country Club Village, Section E, according to the Plat thereof, as recorded in Plat Book 28, Page 204, in the Public Records of Palm Beach County, Florida.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
WILLIAM H. BECKERLEG, JR.
Assistant United States Attorney
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Fla. Bar No. A5500074
Tel: (954) 356-7314, ext. 3614
FAX: (954) 356-7180