UNITED STATES DISTRIC COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 00-6309 CR-SEITZ



FILED BY _____ D.C

01 MAY 17 AM 11: 04

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIAMI

UNITED STATES OF AMERICA,
Plaintiff,

vs.

JOSEPH SILVESTRI,
Defendant.
_____/

## <u>MOTION FOR INVESTIGATIVE COSTS</u>

The Defendant, by and through undersigned counsel herein filed a Motion

requesting $1,000.00 in investigative costs and in support thereof states as follows:

1.   This is a document intensive case involving hundreds of thousands of

bank drafts, notes and wire tap surveillance and audio/video surveillance.

2.   There are witnesses which need to get interviewed that are potential

defense witnesses for Defendant Silvestri.

3.   The nature of the indictment involves a R.I.C.O. Conspiracy claiming

"overt" acts by the Defendant allegedly in furtherance of the conspiracy, which must be

verified independently of the Governments' allegations.

4.   Undersigned counsel is physically unable to perform these investigative

functions and Defendant is without funds in which to hire a private investigator.

WHRERFORE, Defendant Silvestri respectfully request that this Court grant this

its Motion for Investigative Costs and whatever other relief it deems.

EMMANUEL PEREZ, ESQUIRE
FBN: 586552
2121 Ponce De Leon Blvd.
Suite 920
Coral Gables, FL 33134
Tel (305) 442-7442
Fax (305) 441-9218

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed on this

14th day of May, 2001.

David Rothman, Esquire
First Union Financial Center
200 S. Biscayne Blvd., Suite 2690
Miami, Florida 33131
(Counsel for John Mamone)

John Howes, Esquire
633 S.E. 3rd Avenue, Suite 4F
Ft. Lauderdale, FL 33302
(Counsel for Fred Morgenstern)

Ana M. Jhones, Esquire
Bayside Plaza, Suite 625
330 Biscayne Blvd.
Miami, Florida 33132
(Counsel for David Morgenstern)

Peter Raben, Esquire
2665 S. Bayshore Drive Suite 1206
Ft. Lauderdale, FL 33316
(Counsel for Paul DiFilippi)

Neil M. Mameroff, Esquire
100 S.E. 2nd Avenue, Suite 3350
Miami, Florida 33131
(Counsel for Anson Klinger)

Brian H. Bieber, Esquire
2600 Douglas Rd., Penthouse 1
Coral Gables, FL 33134

John F. Cotrone, Esquire
509 S.E. 9th Street Suite 1
Fort Lauderdale, FL 33316
(Counsel for Frederick Scarola)

Charles Wender, Esquire
190 W. Palmetto Park Road
Boca Raton, FL 33432
(Counsel for Giuseppe Bellito)

James Benjamin, Esquire
1 Financial Plaza, Suite 1615
Ft. Lauderdale, FL 33394
(Counsel for Mark Carattini)

Donald Spadaro, Esquire
1000 S. Federal Hwy., Suite 103
Ft. Lauderdale, FL 33316
(Counsel for Julius Chiusano)

Brian L. Tannenbaum, Esquire
First Union Financial Center
200 South Biscayne Blvd., # 2690
Miami, Florida 33131
(Counsel for Michael Bucccinna)

Jeffrey M. Harris, Esquire
One East Broward Blvd., # 1500
Ft. Lauderdale, FL 33301

(Counsel for Joseph Spitaleri)

Jon May, Esquire
200 East Broward Blvd.
Suite 1210
Ft. Lauderdale, FL 33301
(Counsel for Charles Clay)

Richard Hamar, Esquire
Maria Hamar, Esquire
2437 Briarcrest Rd.
Beverly Hills, CA 90210
(Counsel for Charles Clay)
Phillip R. Horowitz, Esquire
12651 S. Dixie Hwy., Suite 328
Miami, Florida 33156
(Counsel for Mark Weiss)

J. Brian McCormick
Assistant United States Attorney
500 East Broward Blvd
Suite 700
Ft. Lauderdale, FL 33394

(Counsel for David Bell)

Michael Tarre, Esquire
Two South Biscayne Blvd., # 3250
Miami, Florida 33131
(Counsel for Jeffrey Bass)

Charles G. White, Esquire
2250 S.W. 3rd Avenue, Suite 150
Miami, Florida 33129
(Counsel for Peggy Preston)

David C. Vinikoor, Esquire
420 S.E. 12th Street
Ft. Lauderdale, FL 33316
(Counsel for Jacolyn Baruch)

Diana L.W. Fernandez
Assistant United States Attorney
500 East Broward Blvd.
Suite 700
Ft. Lauderdale, FL 33394