CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ


FILED by ___ D.C.
MAY 23 2001

Case No. 00-6309-Cr    Date 5/22/01
Clerk L. Webb    Reporter D. Ehrlich
USPO ___    Interpreter ___
USPTS ___

AUSA Brian McCormick    Def. Atty. All As represented

United States of America v. Mamone, et al.

Defendant(s): Present ___    Not Present X    In Custody ___
Reason for Hearing  Status Conference

Results of Hearing  Aug 30 - cut off for motions.
Gov't response due 30 days (9/30/01)
Gov't may supersede and add 1-2 more defendants
Parties to meet to propose narrowing issues on joint defense, to protect Δ's interest

Misc. Δs may meet with each other as long as each one's counsel is present. Rothman will submit order approved by Gov't.

437