UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

v.

JOSEPH SILVESTRI,

    Defendant.
_____/



### ORDER

THIS CAUSE is before the Court on the defendant Silvestri's Motion for Investigative Costs. The defendant has previously deemed to be indigent and counsel pursuant to the Criminal Justice Act has been appointed to represent him.

The Court is advised that this cause is document intense, requiring substantial outlays in the preparation of a defense, as well as for trial preparation generally. Accordingly and upon due consideration, it is hereby

ORDERED that defendant Silvestri's Motion for Investigative Costs is GRANTED and said defendant is allowed the sum of $750.00 as and for investigative costs.

DONE AND ORDERED in Chambers at Miami, Florida this 28th day of June, 2001.

                            BARRY L. GARBER
                            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Seitz
Counsel of record