*T. H*

*OO 6309-CR-Seitz*

AO82
(Rev. 4/90)

**ORIGINAL**

**227591**

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
**for the**
**SOUTHERN DISTRICT OF FLORIDA**

at *MIAMI*

RECEIVED FROM

*Harry M. Solomon*
*799 Brickell Plaza*
*Miami, Fl 33131*
*USA (s John Mariane*

| Fund *CK# 1203* | | ACCOUNT | AMOUNT | |
|---|---|---|---|---|
| 6855XX | Deposit Funds | | *20,000* | *00* |
| 604700 | Registry Funds | | | |
| | General and Special Funds | | | |
| 508800 | Immigration Fees | | | |
| 085000 | Attorney Admission Fees | | | |
| 086900 | Filing Fees | | | |
| 322340 | Sale of Publications | TOTAL | *20,000.00* | |
| 322350 | Copy Fees | Case Number or Other Reference | | |
| 322360 | Miscellaneous Fees | *OO-6309-CR-Seitz* | | |
| 143500 | Interest | | | |
| 322380 | Recoveries of Court Costs | | | |
| 322386 | Restitution to U.S. Government | | | |
| 121000 | Conscience Fund | | | |
| 129900 | Gifts | | | |
| 504100 | Crime Victims Fund | | | |
| 613300 | Unclaimed Monies | | | |
| 510000 | Civil Filing Fee (½) | | | |
| 510100 | Registry Fee | | | |

*Per Court Order*
*To be Invested*

**477**

$ Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

| DATE *07/23/20* | Cash | Check | M.O. | Credit | DEPUTY CLERK |
|---|---|---|---|---|---|
| | | ✓ | | | *Hamilt* |