UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 00-6309 CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOSEPH SILVESTRI,
Defendant.
_____/

## MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE

The Defendant, by and through undersigned counsel herein files this his Motion To Modify Conditions of Pre-Trial Release and in support thereof states as follows:

1. The Defendant is presently required to call in three (3) times a week to sign in with pretrial services once per week and his travel is restricted to the Southern District of Florida.

2. The Defendant, Joseph Silvestri, is a 70 year old man with a long history of heart disease and hypertension. He has had four (4) heart attacks. He is a U.S. Citizen who has resided in the Southern District of Florida for most of his adult life, owns property in Florida, is a father and grandfather and a veteran of the United States Armed Forces and was a contract operator for the National Security Council requiring a high-level security clearance from The United States Government. He has surrendered his travel documents and posted a substantial corporate surety bond in this case as well as a related case arising out of United States District Court in and for South Carolina.

3. Mr. Silvestri is presently unable to walk or engage in any activity requiring a minimal level of physical exertion due to his heart condition and severe arthritis to both knees, which will require total knee replacement surgery, which he is scheduled to be performed September 10, 2001. See copy of Dr. Victor Molina's letter attached hereto as Exhibit A.

4. Mr. Silvestri is presently unable to drive a car, walk, or engage in any level of physical activity requiring minimal exertion on his part and the reporting requirement which he presently has with Pre Trial Services is causing a great deal of hardship for him in terms of having to physically sign in on a weekly basis.

5. Mr. Silvestri is requesting that he be permitted to contact Pre-Trial Services by phone once a week and that he be allowed to sign in once a month instead of once per week. Additionally, he requests permission to travel in Florida including the middle and Northern districts of Florida since he is scheduled for surgery at JFK Hospital and the extensive rehabilitation therapy involved with recovery from a total knee replacement.

6. Undersigned counsel attempted to confer with A.U.S.A. Brian McCormick but has not been able to get his position opposing or agreeing with the granting of the relief Mr. Silvestri is seeking and undersigned has also spoken with Probation Officer Matthew Coplan who advised that he has no objections to modifying the condition as here in detailed.

Wherefore, Defendant Joseph Silvestri, respectfully requests that this court grant this its motion to modify the conditions of pre-trial relief and whatever other relief it deems just and reasonable.

EMMANUEL PEREZ, ESQUIRE
FBN: 586552
2121 Ponce De Leon Blvd.
Suite 920
Coral Gables, FL 33134
Tel (305) 442-7442
Fax (305) 441-9218

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed on this 10th day of September, 2001.

David Rothman, Esquire
First Union Financial Center
200 S. Biscayne Blvd., Suite 2690
Miami, Florida 33131
(Counsel for John Mamone)

John Howes, Esquire
633 S.E. 3rd Avenue, Suite 4F
Ft. Lauderdale, FL 33302
(Counsel for Fred Morgenstern)

Ana M. Jhones, Esquire
Bayside Plaza, Suite 625
330 Biscayne Blvd.
Miami, Florida 33132
(Counsel for David Morgenstern)

Peter Raben, Esquire
2665 S. Bayshore Drive Suite 1206
Ft. Lauderdale, FL 33316
(Counsel for Paul DiFilippi)

Neil M. Mameroff, Esquire
100 S.E. 2nd Avenue, Suite 3350
Miami, Florida 33131
(Counsel for Anson Klinger)

Brian H. Bieber, Esquire
2600 Douglas Rd., Penthouse 1
Coral Gables, FL 33134
(Counsel for Joseph Spitaleri)

Jon May, Esquire
200 East Broward Blvd.
Suite 1210
Ft. Lauderdale, FL 33301
(Counsel for Charles Clay)

Richard Hamar, Esquire
Maria Hamar, Esquire
2437 Briarcrest Rd.
Beverly Hills, CA 90210
(Counsel for Charles Clay)

Phillip R. Horowitz, Esquire
12651 S. Dixie Hwy., Suite 328
Miami, Florida 33156
(Counsel for Mark Weiss)

John F. Cotrone, Esquire
509 S.E. 9th Street Suite 1
Fort Lauderdale, FL 33316
(Counsel for Frederick Scarola)

Charles Wender, Esquire
190 W. Palmetto Park Road
Boca Raton, FL 33432
(Counsel for Giuseppe Bellito)

James Benjamin, Esquire
1 Financial Plaza, Suite 1615
Ft. Lauderdale, FL 33394
(Counsel for Mark Carattini)

Donald Spadaro, Esquire
1000 S. Federal Hwy., Suite 103
Ft. Lauderdale, FL 33316
(Counsel for Julius Chiusano)

Brian L. Tannenbaum, Esquire
First Union Financial Center
200 South Biscayne Blvd., # 2690
Miami, Florida 33131
(Counsel for Michael Bucccinna)

Jeffrey M. Harris, Esquire
One East Broward Blvd., # 1500
Ft. Lauderdale, FL 33301
(Counsel for David Bell)

Michael Tarre, Esquire
Two South Biscayne Blvd., # 3250
Miami, Florida 33131
(Counsel for Jeffrey Bass)

Charles G. White, Esquire
2250 S.W. 3rd Avenue, Suite 150
Miami, Florida 33129
(Counsel for Peggy Preston)

David C. Vinikoor, Esquire
420 S.E. 12th Street
Ft. Lauderdale, FL 33316
(Counsel for Jacolyn Baruch)

J. Brian McCormick
Assistant United States Attorney
500 East Broward Blvd
Suite 700
Ft. Lauderdale, FL 33394

Diana L.W. Fernandez
Assistant United States Attorney
500 East Broward Blvd.
Suite 700
Ft. Lauderdale, FL 33394

Mathew Coplan
Probation Officer
(561) 803-3469



# PALM BEACH MEDICAL GROUP
*Quality Health Care Through Teamwork*

SERVING THE COMMUNITY FOR 50 YEARS

Mr. Craig Gillen, Esq.
3490 Piedmont Road
Suite 1050
Atlanta, Georgia  30305

Dear Mr. Gillen,                                    August 3, 2001

    Joseph Silvestri has been my Patient for the past six years. This past June 25th, Mr. Silvestri came in for his routine examination. He complained of constant pain in his knees, hips, and joints, and also in his low back. Diagnosis of Arthritis and Lumbosacral Sprain was made. Prescription for muscle relaxant, pain medication, local heat, and light exercise were prescribed. On July 19th, my office was called by Mr. Silvestri, and he asked for an appointment as soon as possible, because he was in pain and unable to walk without a lot of difficulty. Mr. Silvestri came to my office on July 20th. He had an acutely swollen left knee and he was in obvious pain. I prescribes Vioxx 25 mg two a day with food, and X-rays of the Knee were obtained at the Magnet of the Palm Beaches, which is a local X-ray facility. The X-rays revealed Arthritis, and an appointment with Dr. Andrew Seltzer was arranged. He was advised to rest, elevate his leg, and apply ice packs to the knees for ½ hour several times a day. Dr. Seltzer saw the Patient on July 24th at 8:30 a.m., found that Mr. Silvestri had severe Arthritis of the Left Knee with damage to the joint space and Total Knee Replacement Surgery was recommended and to be done as soon as possible in order to treat his pain and avoid further damage to the joint.

    There will be some lead time before the operation to prepare the Patient for the surgery. During this time, he is unable to travel outside of this immediate area. Please also note that after the surgery, the recuperation time will be from eight to sixteen weeks.

    I hope this answers your questions.

                                                                Sincerely,

                                                                Victor M. Molina, M.D.

VMM:lw
D: 08/03/01
T: 08/03/01

        4601 North Congress Avenue  ▲West Palm Beach, Florida 33407
                 (561) 840-4600  ▲Fax (561) 840-4678