00-6309.od

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309 CR SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSEPH SILVESTRI

    Defendant.
_____/

### ORDER GRANTING MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE

**This matter** is before this Court on defendant Joseph Silvestri's Motion to Modify Conditions of Pre-Trial Release, filed September 25, 2001. The Court has considered the motion, contacted the AUSA Brian McCormick who advised he has no opposition to the motion, and considered all pertinent materials in the file.

The Court being otherwise fully advised in the premises it is hereby Ordered and Adjudged that said motion be and the same is hereby **GRANTED.** Commencing forthwith, defendant shall report to Pre-Trial Services by phone once a week and in person once per month. All other conditions of bond remain in full force and effect.

**DONE AND ORDERED** this 9th day of October, 2001, at Miami, Florida.

                                      STEPHEN T. BROWN
                                      U.S. MAGISTRATE JUDGE

cc:    Honorable Patricia A. Seitz
        David Rothman, Esq.
        Brian McCormick, Esq. - AUSA
        Pretrial Services

