CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ



FILED by _____ D.C.

OCT 1 1 2001

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

Case No. OO-6309-cr        Date 10/10/01
Clerk L. Webb            Reporter D. Ehrlich
USPO _____        Interpreter _____
USPTS _____

AUSA D Fernandez /        Def. Atty. all As represented
B. McCormick

United States of America v. Dramone _____

Defendant(s): Present _____   Not Present __X__   In Custody _____

Reason for Hearing Re: Discovery Matters re SC Case.

Results of Hearing Docs can be returned to Miami
Govt needs time to get agents up there
+ back by 11/1/01. 3 weeks to do date stamping
Approx. 110 boxes

Judge Anderson in S.C., Anderson, SC.
Govt needs to retain some docs in SC
re ancillary proceedings. Govt to find

Misc. Out if duplicates can be made +
sent down.

Any expenses incurred there /or w/o approval
of Court B will not be paid by USA funds
w/1 1a okay Govt to advise court if there
is an inclex of SC docs done by SC counsel.

Discovery conf between counsel on Fri next week.

Pt motions extended to 11/19 - 3 new As only
Govt's resp due by 12/7

689/t