# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### THE HONORABLE PATRICIA A. SEITZ

FILED by __ D.C.
DEC 1 4 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA — MIAMI

---

Case No. 00-6309-Cr    Date 12/14/01
Clerk L. Webb    Reporter D. Ehrlich
USPO ___    Interpreter ___
USPTS ___

AUSA B. McCormick / D. Fernandez    Def. Atty. All As represented.

United States of America v. Mamone, et al

Defendant(s): Present ___    Not Present X    In Custody ___

Reason for Hearing  Status conf.

Results of Hearing  Mamone will enter plea of guilty. Seiken may have a problem with Feb date since he just came into case. Joseph + Doreen Russo req. that motions pending before PLS be deferred as this case may be resolved — will defer to PLG as long as hrg is held in Jan if no plea.

Misc.  O'Sullivan may plead — asks that m/sever be deferred — Court defers to PLG. Carretini will most likely plead. Benjamin's m/ to file late m/adopt is denied.

