UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

VS.

CASE NO: 00-6309

JOSEPH SILVESTRI,

    Defendant.
_____/

## MOTION FOR CONTINUANCE OF TRIAL

COMES NOW, the Defendant, JOSEPH SILVESTRI, by and through undersigned counsel, and herein files this his MOTION FOR CONTINUANCE OF TRIAL and in support thereof state as follows:

1. That this matter is scheduled for trial on February 11, 2002.

2. That approximately two weeks ago The Government advised that some additional documentary discovery from the Bahamian Banks had become available and undersigned counsel immediately requested same from Lynn Norris Copy Service. To date, undersigned has not received same. These documents are voluminous and must be reviewed and analyzed by Defendant and undersigned counsel in preparation for the defense.

3. That the documents regarding the South Carolina case which were made available in December, 2001 consists of approximately 50,000 documents comprising an entire room of boxes at the United States Attorney's Office stacked to the ceiling. Undersigned has been limited to two (2) three (3) hour days from 9:00 am to 12:00 noon by The Government to review the documents. That undersigned needs at least 20 additional hours more to



review the documentation.

4. That the documents from South Carolina are indispensable to the defense of Mr. Silvestri's case in that undersigned counsel has isolated and earmarked several hundred pages of documents which will be used as impeachment materials for several of the Government key witnesses against Mr. Silvestri. Also, it has developed leads for key defense witnesses and material which would tend to exonerate the Defendant of the charges in this case.

5. Undersigned counsel is unable to physically remove the South Carolina documents from the U.S. Attorney's office in Ft. Lauderdale and must make arrangements to have them copied since the U.S. Attorney's office is unable to copy same due to time and budgetary constraints.

6. Undersigned counsel cannot, in light of the recent discovery developments, be adequately prepared to go to trial. Undersigned counsel has never belabored The Court with continuances or scheduling conflicts. However, in order for the Defendant to have a fair trial and in the best interests of justice, a continuance is respectfully requested.

7. That in addition to the discovery delays, Defendant has recently been advised by his doctors, that he must undergo knee surgery (total knee replacement) and physical therapy thereafter. That Defendant is in constant pain and anguish due to his severe knee problems. Moreover, due to his condition he is under pain medication which impairs his cognitive and memory skills to the point that he is unable to assist in his

own defense. That he has been advised that his only remedy at this time is surgery.

8. That undersigned counsel spoke to AUSA Brian McCormick who advised that he neither agrees nor objects to this motion.

9. That undersigned counsel has spoken to several Co-Defendants' attorneys who have no objections to a continuance of this trial.

10. That this continuance is requested in good faith and not for purposes of delay but to afford this Defendant a proper defense where his counsel can have adequate time to prepare.

WHEREFORE, Defendant respectfully requests that this Court grant this motion for continuance of the trial and schedule a status conference to address Defendant's request and whatever other relief it deems just and reasonable.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was mailed on this 18th day of January, 2002 to the attached service list.

EMMANUEL PEREZ, Esquire
2121 Ponce De Leon Blvd.
Suite 920
Coral Gables, FL  33134
(305)442-7442

SERVICE LIST IN RE:  USA V. SILVESTRI CASE NO:  00-6309 SEITZ/GARBER

H. BRIAN McCORMICK, AUSA
500 E. BROWARD BLVD. #700
FT. LAUDERDALE, FL  33394

JAMES BENJAMIN, ESQUIRE
1 FINANCIAL PLAZA, #1615
FT. LAUDERDALE, FL  33394

HOWARD SREBNICK, ESQUIRE
201 S. BISCAYNE BLVD. #1300
MIAMI, FL  33131

WILLIAM NORRIS, ESQUIRE
7685 SW 104 STREET #104
MIAMI, FL  33156

PHILIP R. HOROWITZ, ESQUIRE
9130 S. DADELAND BLVD.
TWO DATRAN CTR-#1910
MIAMI, FL  33156

BRIAN L. TANNENBAUM, ESQ.
FIRST UNION FIN. CTR.
200 S. BISCAYNE BLVD. #2690
MIAMI, FL  33131

DAVID TARLOW, ESQUIRE
801 BRICKELL AVE. #1901
MIAMI, FL  33131

SCOTT SAKIN, ESQUIRE
1411 NW NORTH RIVER DRIVE
MIAMI, FL  33125

JON MAY, ESQUIRE
200 E. BROWARD BLVD. #1210
FT. LAUDERDALE, FL  33301

JOSEPH ROSENBAUM, ESQUIRE
2400 S. DIXIE HIGHWAY #105
MIAMI, FL  33133

RICHARD HAMAR, ESQUIRE
2437 BRIARCREST RD.
BEVERLY HILLS, CA  90210

JAYNE C. WEINTRAUB, ESQ.
100 SE 3ND STREET #3550
MIAMI, FL  33131

JEFFREY M. HARRIS, ESQUIRE
ONE EAST BROWARD BLVD.
SOUTH TRUST TOWER #925
FT. LAUDERDALE, FL  33301