UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

FRED MORGENSTERN, et al.,
_____/

### ORDER SETTING HEARING
### ON MOTIONS TO CONTINUE TRIAL

This matter came before the Court on Defendant David Morgenstern's Unopposed Motion for Continuance and Defendant Joseph Silvestri's Motion for Continuance of Trial. The Court having reviewed the motions and being otherwise fully advised, it is

ORDERED these motions are set for hearing at the Pretrial Conference currently set for **February 6, 2002 at 8:30 a.m.** It is further

ORDERED that Mr. Sakin, counsel for David Morgenstern, shall have prepared for *in camera* presentation to this Court on **February 5, 2002, at 10:00 a.m.**, the matters referred to in paragraphs 17a-c of his motion.

DONE AND ORDERED in Miami, Florida this 29th day of January, 2002.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
See attached Service List



SERVICE LIST
00-6309-CR-SEITZ
USA v. Mamone, et al.

Brian McCormick, AUSA
Fort Lauderdale

Diana Fernandez, AUSA
Fort Lauderdale

William Norris, Esq.
7685 S.W. 104th Street
Suite 104
Miami, FL 33156
*Counsel for Fred Morgenstern*

Scott Sakin, Esq., (CJA)
1411 N.W. North River Drive
Miami, FL 33125
*Counsel for David Morgenstern*

Emmanuel Perez, Esq. (CJA)
2121 Ponce de Leon Blvd.
Suite 920
Coral Gables, FL 33144
*Counsel for Joseph Silvestri*

Michael Tarre, Esq.
Counsel for Jeffrey Bass
2 South Biscayne Blvd.
Suite 3250
Miami, FL 33131
*Counsel for Jeffrey Bass*

David Tarlow, Esq.
801 Brickell Avenue
Suite 1901
Miami, FL 33131
*Counsel for Frederick Scarola*

Joseph Rosenbaum, Esq.
2400 South Dixie Highway
Suite 105
Miami, FL 33133
*Counsel for Anson Klinger*

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210
*Counsel for Charles Clay*

Jon May, Esq.
200 East Broward Blvd.
Suite 1210
Fort Lauderdale, FL 33301
*Counsel for Charles Clay*

Philip Horowitz, Esq. (CJA)
12651 South Dixie Highway
Suite 328
Miami, FL 33156
*Counsel for Mark Weiss*

Jeffrey Harris, Esq.
1 East Broward Blvd.
Suite 925
Fort Lauderdale, FL 33301
*Counsel for David Bell*

Jayne Weintraub, Esq.
100 S.E. 2nd Street
Suite 3550
Miami, FL 33131
*Counsel for Joseph Russo*

Howard Srebnick, Esq.
201 South Biscayne Blvd.
Suite 1300
Miami, FL 33131
*Counsel for Doreen Russo*

2