UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6309 CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOSEPH SILVESTRI,

          Defendant.
_____/



## SUPPLEMENTAL MOTION FOR CONTINUANCE FOR JOE SILVESTRI

The Defendant, JOSEPH SILVESTRI, previously filed Motion for Continuance and herein notifies the Court of receipt of the attached documentation and in support thereof states as follows:

1. Undersigned Counsel received notice from the Government that it intends to introduce additional evidence, which is now available for copies. It is unknown what the volume and organization of the documents may be.

2. This eleventh hour disclosure of evidence makes it virtually impossible to **I.** review the documents. **II.** determine if any additional witnesses may be required and investigate the information and **III.** prepare an adequate defense.

3. This new information and the matters contained in Defendant's, earlier Motion for Continuance renders undersigned counsel unable to adequately prepare for trial.

WHEREFORE, Defendant Joseph Silvestri, respectfully requests that this court grant this its motion to Continuance and whatever other relief it deems just and reasonable.

SERVICE LIST IN RE: USA V. SILVESTRI CASE NO: 00-6309 SEITZ/GARBER

H. BRIAN McCORMICK, AUSA
500 E. BROWARD BLVD. #700
FT. LAUDERDALE, FL 33394

HOWARD SREBNICK, ESQUIRE
201 S. BISCAYNE BLVD. #1300
MIAMI, FL 33131

PHILIP R. HOROWITZ, ESQUIRE
9130 S. DADELAND BLVD.
TWO DATRAN CTR-#1910
MIAMI, FL 33156

DAVID TARLOW, ESQUIRE
801 BRICKELL AVE. #1901
MIAMI, FL 33131

JON MAY, ESQUIRE
200 E. BROWARD BLVD. #1210
FT. LAUDERDALE, FL 33301

RICHARD HAMAR, ESQUIRE
2437 BRIARCREST RD.
BEVERLY HILLS, CA 90210

JEFFREY M. HARRIS, ESQUIRE
ONE EAST BROWARD BLVD.
SOUTH TRUST TOWER #925
FT. LAUDERDALE, FL 33301

JAMES BENJAMIN, ESQUIRE
1 FINANCIAL PLAZA, #1615
FT. LAUDERDALE, FL 33394

WILLIAM NORRIS, ESQUIRE
7685 SW 104 STREET #104
MIAMI, FL 33156

BRIAN L. TANNENBAUM, ESQ.
FIRST UNION FIN. CTR.
200 S. BISCAYNE BLVD. #2690
MIAMI, FL 33131

SCOTT SAKIN, ESQUIRE
1411 NW NORTH RIVER DRIVE
MIAMI, FL 33125

JOSEPH ROSENBAUM, ESQUIRE
2400 S. DIXIE HIGHWAY #105
MIAMI, FL 33133

JAYNE C. WEINTRAUB, ESQ.
100 SE 3ND STREET #3550
MIAMI, FL 33131