UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6309 CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOSEPH SILVESTRI,

        Defendant.
_____/

### DEFENDANT, JOSEPH SILVESTRI'S, MOTION FOR AN ORDER DIRECTING THE UNITED STATES MARSHALL'S SERVICE TO SERVE DEFENSE WITNNESES TO TRIAL

COMES NOW, the Defendant, JOSEPH SILVESTRI, by and through undersigned counsel and files this Motion for an Order Directing the United States Marshall's Service to Serve Defense Witnesses to Trial and in support thereof states as follows:

1. That this case is scheduled for trial for February 11, 2002.

2. That Defendant is being represented by undersigned CJA counsel.

3. That Defendant needs to call the following witnesses to his defense:

    a. WAYNE IEGETT, 3507 WEST CINNAVAR AVENUE, PHOENIX, AZ 85051 (602)547-1262/(602)577-7709

    b. ROGER IMPERIAL, VICE PRESIDENT ACCORDIAN-WELLS FARGO, 90 PARK AVENUE, 3RD FLOOR, NEW YORK CITY, NY 10016 (212)682-7500 X290

    c. BRUCE MAHOW, BOARD CHAIRMAN ADMIRALTY BANK, 4400 PGA BLVD., PALM BEACH GARDENS, FL 33410 (561)624-4100 X114

    d.  WILLIAM HANNAH, P.O BOX 1591, PIGEON FORGE, TENN. 37868 (561)714-8355 ATTN: LISA HELTON.

4. That the testimony of these witnesses is crucial for the defense.

5. That upon completion of the Government's case, the Defendant would like to call these witnesses.

6. That Defendant requests that the United States Marshall's Service to serve the subpoenas and tender travel expenses to compel the attendance of defense witnesses at trial.

WHEREFORE, Defendant Joseph Silvestri, respectfully requests that this court grant this motion and whatever other relief it deems just and reasonable.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was mailed to the attached service list on this 31st day of January, 2002.

_____
EMMANUEL PEREZ, ESQUIRE
FBN: 586552
2121 Ponce De Leon Blvd.
Suite 920
Coral Gables, FL 33134
Tel (305) 442-7442
Fax (305) 441-9218

SERVICE LIST IN RE: USA V. SILVESTRI CASE NO: 00-6309 SEITZ/GARBER

H. BRIAN McCORMICK, AUSA
500 E. BROWARD BLVD. #700
FT. LAUDERDALE, FL 33394

HOWARD SREBNICK, ESQUIRE
201 S. BISCAYNE BLVD. #1300
MIAMI, FL 33131

PHILIP R. HOROWITZ, ESQUIRE
9130 S. DADELAND BLVD.
TWO DATRAN CTR-#1910
MIAMI, FL 33156

DAVID TARLOW, ESQUIRE
801 BRICKELL AVE. #1901
MIAMI, FL 33131

JON MAY, ESQUIRE
200 E. BROWARD BLVD. #1210
FT. LAUDERDALE, FL 33301

RICHARD HAMAR, ESQUIRE
2437 BRIARCREST RD.
BEVERLY HILLS, CA 90210

JEFFREY M. HARRIS, ESQUIRE
ONE EAST BROWARD BLVD.
SOUTH TRUST TOWER #925
FT. LAUDERDALE, FL 33301

JAMES BENJAMIN, ESQUIRE
1 FINANCIAL PLAZA, #1615
FT. LAUDERDALE, FL 33394

WILLIAM NORRIS, ESQUIRE
7685 SW 104 STREET #104
MIAMI, FL 33156

BRIAN L. TANNENBAUM, ESQ.
FIRST UNION FIN. CTR.
200 S. BISCAYNE BLVD. #2690
MIAMI, FL 33131

SCOTT SAKIN, ESQUIRE
1411 NW NORTH RIVER DRIVE
MIAMI, FL 33125

JOSEPH ROSENBAUM, ESQUIRE
2400 S. DIXIE HIGHWAY #105
MIAMI, FL 33133

JAYNE C. WEINTRAUB, ESQ.
100 SE 3ND STREET #3550
MIAMI, FL 33131

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6309 CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOSEPH SILVESTRI,

        Defendant.
_____/

## ORDER GRANTING DEFENDANT'S, SILVESTRI, MOTION DIRECTING THE UNITED STATES MARSHALL'S SERVICE TO SERVE TRIAL SUBPOENAES ON DEFENSE WITNESSES

THIS MATTER comes before the Court on Defendant, Silvestri's, Motion Directing the United States Marshall's Service to serve trial subpoenas on Defense Witnesses and upon consideration, it is hereby

ORDERED AND ADJUDGED as follows:

1.    Defendant's motion is GRANTED. The United States Marshall's Service is hereby directed to serve Trial Subpoenas and tender travel expenses to the following defense witnesses:

    a. WAYNE IEGETT, 3507 WEST CINNAVAR AVENUE, PHOENIX, AZ 85051 (602)547-1262/(602)577-7709
    b. ROGER IMPERIAL, VICE PRESIDENT ACCORDIAN-WELLS FARGO, 90 PARK AVENUE, 3RD FLOOR, NEW YORK CITY, NY 10016 (212)682-7500 X290
    c. BRUCE MAHOW, BOARD CHAIRMAN ADMIRALTY BANK, 4400 PGA BLVD., PALM BEACH GARDENS, FL 33410 (561)624-4100 X114
    d. WILLIAM HANNAH, P.O BOX 1591, PIGEON FORGE, TENN. 37868 (561)714-8355 ATTN: LISA HELTON.

2.    Defense witnesses are to be available on _____, 2002.

DONE AND ORDERED this _____ day of February, 2002.

                                              _____
                                              PATRICIA SEITZ,
                                              UNITED STATES DISTRICT JUDGE