UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6309 CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOSEPH SILVESTRI,

          Defendant.
_____/



FILED by ___ D.C.
FEB 0 7 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## ORDER GRANTING DEFENDANT'S, SILVESTRI, MOTION DIRECTING THE UNITED STATES MARSHALL'S SERVICE TO SERVE TRIAL SUBPOENAES ON DEFENSE WITNESSES

THIS MATTER comes before the Court on Defendant, Silvestri's, Motion Directing the United States Marshall's Service to serve trial subpoenas on Defense Witnesses and upon consideration, it is hereby

ORDERED AND ADJUDGED as follows:

1.     Defendant's motion is GRANTED. The United States Marshall's Service is hereby directed to serve Trial Subpoenas and tender travel expenses to the following defense witnesses:

    a. WAYNE IEGETT, 3507 WEST CINNAVAR AVENUE, PHOENIX, AZ 85051 (602)547-1262/(602)577-7709
    b. ROGER IMPERIAL, VICE PRESIDENT ACCORDIAN-WELLS FARGO, 90 PARK AVENUE, 3RD FLOOR, NEW YORK CITY, NY 10016 (212)682-7500 X290
    c. BRUCE MAHOW, BOARD CHAIRMAN ADMIRALTY BANK, 4400 PGA BLVD., PALM BEACH GARDENS, FL 33410 (561)624-4100 X114
    d. WILLIAM HANNAH, P.O BOX 1591, PIGEON FORGE, TENN. 37868 (561)714-8355 ATTN: LISA HELTON.

2.     Defense witnesses are to be available on _May 6_, 2002 *thru the end of the trial, and to coordinate actual appearance time with Defendant Silvestri's Counsel.*

DONE AND ORDERED this _7th_ day of February, 2002.

                                       _Patricia Seitz_
                                       PATRICIA SEITZ,
                                       UNITED STATES DISTRICT JUDGE

cc: All Counsel