```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
```

FILED by D.C.
APR 16 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

```
UNITED STATES OF AMERICA,        .  CASE 00-6309CR-SEITZ
                                 .
       PLAINTIFF,                .  MIAMI, FLORIDA
                                 .  JULY 23, 2001
   v.                            .
                                 .
JOHN MAMONE, FRED                .
MORGENSTERN, DAVID               .
MORGENSTERN, JOSEPH              .
SILVESTRI, JULIUS BRUCE          .
CHIUSANO, MICHAEL BUCCINNA,      .
JEFFREY BASS, FREDERICK          .
SCAROLA, GIUSEPPE                .
BELLITTO, MARK CARATTINI,        .
PAUL DIFILIPPI, ANSON            .
KLINGER, JOSEPH                  .
SPITALERI, CHARLES CLAY,         .
PEGGY PRESTON, MARK WEISS,       .
JACOLYN BARUCH,                  .
and DAVID BELL,                  .
                                 .
       DEFENDANTS.               .
                                 .
. . . . . . . . . . . . . . . . .
```

TRANSCRIPT OF CHANGE OF PLEA PROCEEDINGS HAD

BEFORE THE HONORABLE WILLIAM M. HOEVELER,

UNITED STATES DISTRICT JUDGE.

- - - -

PAGES 1 THROUGH 11

- - - -


Original 953
H.H