UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 00-6309-CR-DIMITROULEAS

UNITED STATES OF AMERICA

v.

JOSEPH SILVESTRI,

　　　　　Defendant.
_____/

## MOTION TO WITHDRAW
## AS ATTORNEY OF RECORD AND
## FOR SUBSTITUTION OF COUNSEL

　　Undersigned counsel for the Defendant, JOSEPH SILVESTRI, hereby files this his Motion to Withdraw as Attorney of Record and for Substitution of Counsel, and for cause would show this court as follows:

　　1.　Undersigned counsel was informed on April 22, 2002 that the Defendant wished to retain Attorney Richard Sharpstein for legal representation in the herein matter.

　　2.　On April 25, 2002, undersigned counsel and Attorney Sharpstein jointly executed a Stipulation for Substitution of Counsel (attached hereto as Exhibit A). Accordingly, undersigned counsel forwarded the files of the Defendant to the office of Attorney Sharpstein.

　　3.　Undersigned counsel has spoken with AUSA Brian McCormick regarding whether he had any objections to the above substitution of counsel. AUSA McCormick stated that he has no objection, provided that no additional continuances are sought by the Defendant as a result of said substitution.



WHEREFORE, for the reasons stated above, undersigned counsel respectfully requests that this Honorable Court grant this his Motion to Withdraw as the Attorney of Record and for Substitution of Counsel in this matter.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this 30th day of April, 2002, via regular mail to AUSA Brian McCormick, 500 East Broward Blvd., Suite 700, Fort Lauderdale, FL 33394-3002 and Richard Sharpstein, Esq., 777 Brickell Avenue, Suite 500, Miami, FL 33131.

Respectfully submitted,

_____
Emmanuel Perez, Esq.
Polo & Perez, LLP
2121 Ponce de Leon Blvd.
Suite 920
Coral Gables, FL 33134
Phone (305) 442-7442
Fax (305) 441-9218
Florida Bar No.:586552

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES

VS.  CASE NO: 00-6309 CR-DIMITROULEAS

JOSEPH SILVESTRI

Defendant.

_____/

**STIPULATION FOR SUBSTITUTION OF COUNSEL**

The following hereby stipulate and agree to the appointment of RICHARD SHARPSTEIN as the attorney of record for the Defendant and the removal of EMMANUEL PEREZ, ESQUIRE, as counsel for the Defendant.

Dated: 4/25, 2002

RICHARD SHARPSTEIN, ESQUIRE
777 Brickell Avenue
SUITE 500
MIAMI, FL 33131
(305) 221-2110

RICHARD SHARPSTEIN, Esquire
FBN: 208817

Dated: 4/25/, 2002

POLO & PEREZ, LLP
2121 Ponce De Leon Blvd.
SUITE 920
Coral Gables, FL 33134
(305) 442-7442

EMMANUEL PEREZ, Esquire
FBN: 586552

**ORDER ON STIPULATION FOR SUBSTITUTION OF COUNSEL**

THIS CAUSE having come before this Court Ex-Parte upon the foregoing Stipulation of Counsel, and the Court being fully advised in the premises it is thereupon:

ORDERED AND ADJUDGED that RICHARD SHARPSTEIN be and the same is hereby substituted as counsel of record for the Defendant and further that EMMANUEL PEREZ be and the same is withdrawn as counsel of record for the Defendant herein and relieved of further responsibility in connection herewith.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, on this _____ day of _____, 2001.

_____
CIRCUIT COURT JUDGE

CC: EMMANUEL PEREZ
RICHARD SHARPSTEIN
JOSEPH SILVESTRI

Ex. A