UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSEPH SILVESTRI,

    Defendant.

_____/

## MOTION FOR CONTINUANCE OF THE TRIAL DATE

    The Defendant, Joseph Silvestri (Silvestri), by and through his undersigned counsel, moves this Honorable Court for a continuance of the trial date in this matter. As grounds therefor, Silvestri asserts the following:

1. Undersigned counsel has entered his appearance in this case as of the 30th day of April, 2002.

2. Silvestri was previously represented by attorney Emmanuel Perez, who was appointed by the Court to represent Silvestri.

3. Due to irreconcilable differences, Silvestri required new counsel and retained the law firm of Jorden Burt, LLP and Richard A. Sharpstein, Esq., as of the above date.

4. Needless to say, counsel will need an additional period of time to prepare the defense in this case. It is fully understood that this Court maintains a very tight

1



JORDEN BURT LLP

      schedule regarding trials. Undersigned counsel and Silvestri do not wish to upset this schedule, however, both counsel and Silvestri will be ready for trial, if given an additional 30 to 45 days to prepare.

5. Undersigned counsel has discussed this matter with all co-counsel for defendants still proceeding to trial, who have no objection to this continuance.

6. Undersigned counsel has spoken to Assistant United States Attorney, Brian McCormick, who defers to the Court in regard to this judgment.

WHEREFORE, undersigned counsel moves this honorable court for a brief continuance of the trial date in this cause, based upon the foregoing.

          Respectfully submitted,

          JORDEN BURT, LLP
          777 Brickell Avenue
          Suite 500
          Miami, Florida  33131
          Tel. No. (305) 371-2600
          Fax. No. (305) 372-9928

          By: _____
              RICHARD A. SHARPSTEIN
              Florida Bar No. 208817

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by United States Mail and faxed on this 1 day of May, 2002, to the following:

Brian McCormick, Asst. U.S. Atty.
Office of the United States Attorney
500 East Broward Boulevard
Suite 700
Ft. Lauderdale, Florida 33394
Fax No. (954) 346-7230

By: /s/ Richard A. Sharpstein
RICHARD A. SHARPSTEIN

Doc. No. 99289