UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSEPH SILVESTRI,

    Defendant.
_____/

CASE NO. 00-6309-CR-DIMITROULEAS

FILED by ___ D.C.

MAY 0 6 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE having come before the Court on Defendant's <u>ore</u> <u>tenus</u> Motion To Withdraw, said motion is Granted. Richard Sharpstein is substituted for Emmanuel Perez.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 6 day of May, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Richard Sharpstein, Esquire
777 Brickell Avenue, #500
Miami, FL 33131-2803

Brian McCormick, AUSA
Diane Fernandez, AUSA

Emmanuel Perez
2121 Ponce de Leon Boulevard, #920
Coral Gables, Florida 33144

