UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO. 00-6309-CR-DIMITROULEAS

    Plaintiff,

vs.

JOSEPH SILVESTRI,

    Defendant.
_____/

FILED by _____ D.C.
MAY 2 1 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having come before the Court on the Government's May 17, 20002 Motion To Resolve Tape Recording Issues [DE-990], and the Court having heard argument on May 21, 2002, the motion is Granted, without prejudice to Defendant's objecting to relevance.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of May, 2002.

                                                        WILLIAM P. DIMITROULEAS
                                                        United States District Judge

Copies furnished to:

Richard A. Sharpstein, Esquire
777 Brickell Avenue, #500
Miami, Florida 33131

Brian McCormick, AUSA

Diane Fernandez, AUSA

