# CRIMINAL MINUTES



FILED by _____ D.C.
MAY 22 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6309-cr-WPD          DATE: May 22, 2002

COURTROOM CLERK: Karen A. Carlton          COURT REPORTER: Bob Ryckoff

PROBATION: _____          INTERPRETER: _____

UNITED STATES OF AMERICA    VS.  Joseph Silvestri

U.S. ATTORNEY: Diana Fernandez / Brian McCormick          DEFT. COUNSEL: Richard Sharpstein

REASON FOR HEARING: Criminal Jury Selection &

RESULT OF HEARING: Trial Day 1

Jury voir dire. Jury selected & sworn

CASE CONTINUED TO: 5/23/02          TIME: 1:00          FOR: Day 2

MISC: _____