UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309-Cr-Dimitrouleas(s)(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH SILVESTRI,

    Defendant.
_____/

FILED by _____ D.C.
MAY 22 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

ORDER FOR DISMISSAL OF COUNTS

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses Count 1 of the second superseding indictment against defendant JOSEPH SILVESTRI.

                                                _____
                                                GUY A. LEWIS
                                                UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the government's dismissal of Count 1 of the second superseding indictment against defendant JOSEPH SILVESTRI.

Date: MAY 22, 2002

                                                WILLIAM P. DIMITROULEAS
                                                UNITED STATES DISTRICT JUDGE

cc: AUSA Diana L.W. Fernandez
    AUSA J. Brian McCormick
    Richard Sharpstein, Esq.

