# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



FILED by _____ D.C.
MAY 28 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6309-CR-WPD        DATE: May 23, 2002

COURTROOM CLERK: Karen A. Carlton        COURT REPORTER: Bob Ryckoff

PROBATION: _____        INTERPRETER: _____

UNITED STATES OF AMERICA     VS.  Joseph Silvestri

U.S. ATTORNEY: Brian McCormick / Diana Fernandez        DEFT. COUNSEL: Richard Sharpstein

REASON FOR HEARING: Criminal Trial Day 2

RESULT OF HEARING: Opening Statements. Gov't Case in Chief

CASE CONTINUED TO: 5/28/02   TIME: 9:00   FOR: Day 3

MISC: _____

