# CRIMINAL MINUTES

FILED by _HC_ D.C.
MAY 2 8 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6309-CR-WPD   DATE: May 28, 2002

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Joseph Silvestri

U.S. ATTORNEY: Bryan McCormick / Jane Fernandez   DEFT. COUNSEL: Richard Hamptein

REASON FOR HEARING: Criminal Jury Trial Day 3

RESULT OF HEARING: Gov's Case in Chief Continued

CASE CONTINUED TO: 5/29/02   TIME: 9:00   FOR: Day 4

MISC: _____