## CRIMINAL MINUTES



FILED by _____ D.C.

MAY 29 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: _00-6309-CR-WPD_    DATE: _May 29, 2002_

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. _Joseph Silvestri_

U.S. ATTORNEY: _Brian McCormick / Diana Fernandez_    DEFT. COUNSEL: _Richard Sharpstein_

REASON FOR HEARING: _Criminal Jury Trial Day 4_

RESULT OF HEARING: _Gov't Case in Chief Continued_

CASE CONTINUED TO: _5/30/02_    TIME: _930_    FOR: _Day 5_

MISC: _____