# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.
MAY 30 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6309-CR-WPD    DATE: May 30, 2002

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Joseph Silvestri

U.S. ATTORNEY: Brian McCormick, Diana Fernandez    DEFT. COUNSEL: Richard Shapstein

REASON FOR HEARING: Criminal Jury Trial Day 5

RESULT OF HEARING: Gov's Case in Chief Continued.

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: _____