### CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

FILED by _____ D.C.
MAY 3 1 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6309-CR-WPD   DATE: May 31, 2002

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Joseph Silvestri

U.S. ATTORNEY: Brian McCormick / Diana Fernandez   DEFT. COUNSEL: Richard Sharpstein

REASON FOR HEARING: Criminal Jury Trial Day 6

RESULT OF HEARING: Gov't Case in Chief, continued

CASE CONTINUED TO: 6/4/02   TIME: 9:00   FOR: Day 7

MISC: _____

