# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
## HONORABLE WILLIAM P. DIMITROULEAS



FILED by _____ D.C.
JUN 04 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6309-CR-WPD     DATE: June 4, 2002

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Joseph Silvestri

U.S. ATTORNEY: Brian McCormick / Diana Fernandez     DEFT. COUNSEL: Richard Sharpstein

REASON FOR HEARING: Criminal Jury Trial Day 7

RESULT OF HEARING: Gvt's Case in Chief Continued and Rests. Deft's Rule 29 Motion for Judgment of Acquittal is Denied.

Deft's Case in Chief.

CASE CONTINUED TO: 6/5/02     TIME: 900     FOR: Day 8

MISC: _____