# CRIMINAL MINUTES


FILED by _____ D.C.
JUN 0 5 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6309-CR-WPD    DATE: June 5, 2002

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Joseph Silvestri

U.S. ATTORNEY: Brian McCormick / Dana Fernandez    DEFT. COUNSEL: Richard Sharpstein

REASON FOR HEARING: Criminal Jury trial Day 8

RESULT OF HEARING: Deft's case in chief continued. Deft rests. Deft's Rule 29 motion for judgment of acquittal is denied. Closing arguments, Jury instructs Jury. Alternate Jurors Excused.

CASE CONTINUED TO: 6/6/02    TIME: 9:00    FOR: Day 9

MISC: _____

