## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

FILED by _____ D.C.
JUN 06 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6309-Cr-WPD     DATE: June 6, 2002

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA     VS.  Joseph Silvestri

U.S. ATTORNEY: Brad Fernandez / Brian McCormick     DEFT. COUNSEL: Richard Hamptstein

REASON FOR HEARING: Criminal Jury Trial Day 9

RESULT OF HEARING: Jury Deliberations
Jury verdict: Guilty Counts 14-16-45
Dft Remanded to Custody.

CASE CONTINUED TO: 6/11/02     TIME: 900     FOR: Forfeiture portion of Trial

MISC: _____