AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

_Southern_   DISTRICT OF _Florida_

USA   v. _Joseph Silvestri_

REC'D by _____ D.C.
DKTG

JUN 11 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 00-6309-CR-WPO

| PRESIDING JUDGE William F Dimitrouleas | PLAINTIFF'S ATTORNEY Diane Fernandez / James Pancock | DEFENDANT'S ATTORNEY Richard Sharpstein |
|---|---|---|
| TRIAL DATE(S) 5/22/02  5/23/02  5/28/02 5/29/02 5/30/02 5/31/02 6/4/02 6/5/02 6/6/02 | COURT REPORTER Bob Ryckoff | COURTROOM DEPUTY Brian Carlton |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 5/23/02 | | | Abbott Kissen |
| ✓ | | 5/23/02 | | | Sharon K. Bohlen |
| ✓ | | 5/23/02 | | | Phyllis Goldberg |
| ✓ | | 5/23/02 | | | Alvin Tang |
| | 1 | 5/28/02 | | ✓ | March, 99 report (Asset list) |
| | 2 | 5/28/02 | | ✓ | April 28, 1999 letter |
| ✓ | | 5/29/02 | | | Kenneth Turner |
| | 4 | 5/29/02 | | ✓ | letter |
| | 3 | 5/29/02 | | ✓ | Tang letter to Silvestri |
| ✓ | | 5/29/02 | | | Peggy Preston |
| ✓ | | 5/30/02 | | | Bruce Manon |
| ✓ | | 5/30/02 | | | William J. Burke |
| ✓ | | 5/30/02 | | | Fran Roscoe |
| ✓ | | 5/30/02 | | | Carol Stonesifer |
| ✓ | | 5/31/02 | | | Patrick Brodsky |
| ✓ | | 5/31/02 | | | Ronald Wise |
| ✓ | | 5/31/02 | | | Paul Jacobs |
| ✓ | | 5/31/02 | | | Henry Marvin Harrison |
| ✓ | | 6/4/02 | | | Christopher Starrett |
| ✓ | | 6/4/02 | | | Dennis E. Dostert |
| | | 6/4/02 | ✓ | | Roger A. Imperial |
| ✓ | | 6/4/02 | | | H. Wayne Leggett |

FILED by _HG_ D.C.

JUN 06 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

**EXHIBIT AND WITNESS LIST — CONTINUATION**

AO 187A (Rev. 7/87) ⊕

| | | | | | |
|---|---|---|---|---|---|
| | | USA | VS. | Joseph Silvestri | CASE NO. 00-6309-CR-UB |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 6A | 6/5/02 | | ✓ | Receipt |
| | 6B | 6/5/02 | | ✓ | ~~envelope~~ DISCS |
| | 6C | 6/5/02 | | ✓ | ~~Discs~~ envelope |
| | 7 | 6/5/02 | | ✓ | Wells Fargo printout '98 |
| | 8 | 6/5/02 | | ✓ | National " |
| | 9 | 6/5/02 | | ✓ | Western Security " |
| | 10 | 6/5/02 | | ✓ | Wells Fargo " '99 |
| | 11-23 | 6/5/02 | | | VARIOUS DOCUMENTS FROM TANG TO LEGGETT |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | (see attached exhibit list) |
| | | | | | |

# EXHIBIT LIST

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES V. JOSEPH SILVESTRI

CASE NUMBER:    00-6309-CR-DIMITROULEAS(S)(S)
JUDGE:    WILLIAM P. DIMITROULEAS

ASSISTANT U.S. ATTORNEYS:
DIANA L.W. FERNANDEZ
J. BRIAN McCORMICK
JAMES R. PAVLOCK

DEFENSE COUNSEL:
RICHARD SHARPSTEIN

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 1 | | | | DOCUMENTS - ABBOTT KISSEN | |
| 1A | 5/23/02 | | | KISSEN FLOW CHART | |
| 1B | 5/23/02 | ✓ | | ACKNOWLEDGEMENT AGREEMENT AND CONTRACTS | |
| 1C | 5/23/02 | ✓ | | AGENT CALCULATIONS | |
| 1D | 5/23/02 | ✓ | | CHEM TRUST BROCHURE | |

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 1E | 5/3/02 | ✓ | | M.O.N.Y. CHECK | |
| 1F | 5/2/02 | ✓ | | $99 MEMBERSHIP CHECK | |
| 1G | | | | CERTIFICATE OF GRANTOR | |
| 1H | 5/3/02 | ✓ | | U.S.G. PAYMENT SURETY BOND | |
| 1I | | | | COPIES OF AMERICAN INVESTOR CHECKS | |
| 2 | | | | **DOCUMENTS - SHARON BOHLEN** | |
| 2A | 5/3/02 | ✓ | | TWO ACKNOWLEDGEMENT AGREEMENTS AND CONTRACTS | |
| 2B | 5/3/02 | ✓ | | $20,000 AND $99 CHECKS | |

2

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 2C | 5/23/02 | ✓ | | $37,562 VANGUARD CHECK | |
| 2D | 5/23/02 | ✓ | | CERTIFICATE OF GRANTOR | |
| 2E | 5/23/02 | ✓ | | PAYMENT SURETY BOND | |
| 3 | | | | DOCUMENTS - PHYLLIS GOLDBERG | |
| 3A | 5/23/02 | ✓ | | DOCUMENTS FROM AGENT | |
| 3B | 5/23/02 | ✓ | | IRA DISTRIBUTION FORM | |
| 3C | 5/23/02 | ✓ | | CHEMICAL TRUST AGREEMENTS | |
| 3D | 5/23/02 | ✓ | | TWO PERSONAL CHECKS AND ONE CASHIER'S CHECK | |

3

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 3E | 5/23/02 | ✓ | | LAMINATED - CERTIFICATE OF GRANTOR | |
| 3F | 5/23/02 | ✓ | | LAMINATED SURETY BOND | |
| 4 | | | | U. S. GUARANTEE DOCUMENTS | |
| 4A | 5/28/02 | ✓ | | FINANCIAL STATEMENT - 3/15/99 | |
| 4B | 5/28/02 | ✓ | | FAX TO SILVESTRI - 4/16/99 | |
| 4C | 5/28/02 | ✓ | | FAX TO TANG - 7/27/99 | |
| 4D | 5/28/02 | ✓ | | FINANCIAL STATEMENT - 7/13/99 | |
| 4E | 5/28/02 | ✓ | | FAX RE: BONDS - 1/3/00 | |

4

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 4F | 5/28/02 | ✓ | | SILVESTRI PAYMENT FILE | |
| 4G | 5/28/02 | ✓ | | TWO LETTERS - 5/19/99 | |
| 5 | | | | SOUTH CAROLINA SEARCH WARRANT 11052 WATSON DRIVE, SENECA, S.C. SOUTH CAROLINA - SEARCH WARRANT 503 MASON DE BRIQUE, SENECA, S.C. | |
| 6 | | | | SEARCH WARRANT MERIT ADVISORS | |
| 7 | | | | SEARCH WARRANT GOLD COAST CHECK CASHING | |
| 7A | 5/29/02 | ✓ | | CHECK TRANSMITTALS FROM SOUTH CAROLINA - COMPOSITES (VARIOUS BATES NUMBERS) | |

5

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 7B | 5/29/02 | ✓ | | PRESTON SPREADSHEET CHEMICAL TRUST RECEIPTS & DISBURSEMENTS 6-03657 - 6-03661 | |
| 7C | 5/30/02 | ✓ | | CHEMICAL TRUST - GCCC HOLD HARMLESS 6-04051 & , 6-04056 | |
| 7D | 5/29/02 | ✓ | | CHEMICAL TRUST USE OF FUNDS - 9/10/99 6-03404 | |
| 7E | 5/30/02 | ✓ | | LETTER TO ADMIRALTY BANK 10/21/99 6-04646 | |
| 7F | 5/30/02 | ✓ | | CHEMICAL TRUST - L.L. KNIGHT HOLD HARMLESS 6-01099 | |

6

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 7G | 5/29/02 | ✓ | | HANDWRITTEN NOTE DETAILING RECEIPTS AND FEES<br>6-01120 & 6-01121 | |
| 7H | 5/29/02 | ✓ 5/31/02 | | U.S. GUARANTEE CHECKS PAYABLE TO JOE SILVESTRI<br>6-03572 - 6-03575 | PRESTON<br>BROWN<br>HARRISON |
| 7I | 5/29/02 | ✓ | | SPREADSHEET DETAILING FEES AND COMMISSIONS<br>6-03641 | |
| 7J | 5/29/02 | ✓ | | HANDWRITTEN NOTE REGARDING CARS, A.K. SMITH, & VARIOUS PAYMENTS<br>6-01122 | |
| 7K | 5/29/02 | ✓ | | HANDWRITTEN SCHEDULE NOVEMBER & DECEMBER 1999<br>6-01118 & 6-01119 | |
| 7L | | | | HOLD HARMLESS AGREEMENTS | |

7

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 8 | 5/3/ | ✓ | | FOREIGN RECORD CERTIFICATION FOR AIBC RECORDS | |
| 9 | 5/3/ | ✓ | | AIBC RECORDS 30-00001 - 30-01377 | |
| 9A | 5/3/ | ✓ | | CHRISTIE AFFIDAVIT 6/12/01 30-00003 | |
| 9B | 5/3/ | ✓ | | AFAC NEW ACCOUNT APPLICATION 8/4/99 30-00096 - 30-0099 | |
| 9C | 5/3/ | ✓ | | AFAC POWER OF ATTORNEY TO DAVID MORGENSTERN 8/4/99 | |

8

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 9D | 5/3/ | ✓ | | CHRISTIE APPOINTS DAVID MORGENSTERN AS "EXECUTIVE DIRECTOR" OF AFCM 9/15/98 30-00011, 30-00012 | |
| 9E | 5/3/ | ✓ | | AFCM NEW ACCOUNT APPLICATION 11/98 30-00043 - 30-00045 | |
| 9F | 5/3/ | ✓ | | AFCM POWER OF ATTORNEY 11/19/98 30-00051 | |
| 9G | 5/3/ | ✓ | | AFCM FAX 8/20/99 30-00221 | |
| 9H | 5/3/ | ✓ | | AFCM FAX 9/13/99 30-00394, 30-00395 | |

9

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 9I | 5/2/02 | ✓ | | "ADVICE OF CREDIT NOTE" $2.8M<br>8/10/99<br>30-00213 | |
| 9J | 5/2/02 | ✓ | | AFAC MONTHLY STATEMENT - AUG. 99<br>8/31/99<br>30-00203 | |
| 9K | 5/2/02 | ✓ | | TOTAL DEPOSITS OF INVESTORS CHECKS TO AFAC/AIBC AND DEPOSIT SLIPS | |
| 9L | 5/2/02 | ✓ | | ELIANA POE VICTIM CHECK FOR $32,000<br>9/8/99 - 30-00258<br>BANK OF BAHAMAS DEPOSIT SLIP LISTING POE CHECK<br>30-00256<br>AFAC MONTHLY STATEMENT CREDITING $96,000 TO AFAC<br>8/31/99 - 30-00253 | |

10

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 9M | 5/2/02 | ✓ | | WUNDERLICH/STONESIFER CHECK FOR $200,000 8/30/99 - 30-00314 BANK OF BAHAMAS DEPOSIT SLIP LISTING WUNDERLICH/STONESIFER 9/7/99 - 30-00310 AFAC MONTHLY STATEMENT 8/31/99 - 30-00251 | |
| 9N | 5/2/02 | ✓ | | SHARON BOHLEN CHECK FOR $20,000 8/30/99 - 30-00343 BANK OF BAHAMAS DEPOSIT SLIP LISTING SHARON BOHLEN CHECK 9/7/99 - 30-00343 AFAC MONTHLY STATEMENT 9/31/99 - 30-000250 | |
| 9O | 5/2/02 | ✓ | | VARIOUS AMERICAN RESOURCE CHECKS AND BARCLAYS BANK DEPOSIT SLIPS 30-00418 - 30-00421, 30-00650, 30-00653, 30-00654, 30-00657 - 30-00662, 30-00664 30-00669, 30-00670, 30-00674 - 30-00678 | |

11

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 9P | 5/31/02 | ✓ | | GOLD COAST CHECK #071461 - CHEM TRUST BANK OF BAHAMAS DEPOSIT SLIP 30-00353, 30-00354 | |
| 9Q | 5/31/02 | ✓ | | AFAC MONTHLY STATEMENT 12/31/99 30-00645 | |
| 9R | 5/31/02 | ✓ | | TRANSFER NOTE 30-00679 | |
| 9S | 5/31/02 | ✓ | | ANN DeABATE LETTER AND MONTHLY STATEMENT (11/29/99) 30-00524, 30-00526 | |
| 9T | 5/31/02 | ✓ | | $2.5 MILLION DRAFT TO STEWART ARNOLD (8/13/99) 30-00239 | |
| 9U | 5/31/02 | ✓ | | INVOICE FROM COMMERCIAL LAW ADVOCATES (8/27/99) 30-00489, 30-00490 | |
| 9V | 5/31/02 | ✓ | | COMMERCIAL LAW ADVOCATES INVOICE (11/1/99) 30-00598, 30-00599 | |

12

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 9W | 5/31/02 | ✓ | | FAX FROM DAVID MORGENSTERN (8/12/99) 30-00241 | |
| 9X | 5/31/02 | ✓ | | AFAC MONTHLY STATEMENT (8/31/99) 30-00203 | |
| 9Y | 5/31/02 | ✓ | | AIBC DEBIT INSTRUCTIONS (8/17/99) 30-00224 | |
| 9Z | 5/31/02 | ✓ | | STEWART ARNOLD PAYMENT (8/17/99), AFCM FAX FROM DAVID MORGENSTERN (9/22/99), WIRE REQUEST FROM FRED MORGENSTERN (12/20/99) 30-00226, 30-00375, 30-00729 | |
| 9AA | 5/31/02 | ✓ | | WIRE TRANSFER REQUEST (10/7/99) 30-00502 | |
| 9BB | 5/31/02 | ✓ | | AFAC MONTHLY STATEMENT (10/31/99) 30-00412 | |
| 9CC | 5/31/02 | ✓ | | WIRE TRANSFER REQUEST (10/15/99) 30-00465 | |

13

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 9DD | 5/31/02 | ✓ | | AFAC MONTHLY STATEMENT (10/31/99) 30-00414 | |
| 9EE | 5/31/02 | ✓ | | NOTE REGARDING DAVID MORGENSTERN'S AMERICAN EXPRESS BILL (8/12/99) 30-0236 | |
| 9FF | 5/31/02 | ✓ | | MEMO FROM FRED MORGENSTERN (12/20/99) AND 2 BARCLAYS CHECKS (12/22/99) 30-00725 - 30-00727 | |
| 9GG | 5/31/02 | ✓ | | LETTER FROM DAVID MORGENSTERN (10/13/99) 30-00476 | |
| 9HH | 5/31/02 | ✓ | | BARCLAYS CHECK (10/14/99) 30-00477 | |
| 9II | 5/31/02 | ✓ | | AFAC MONTHLY STATEMENT (10/31/99) 30-00413 | |
| 9JJ | 5/31/02 | ✓ | | AFCM FAX (10/27/99) 30-00438 | |

14

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 9KK | 5/3/02 | ✓ | | AFCM FAX (11/28/99) 30-00542 | |
| 9LL | 5/3/02 | ✓ | | PAYMENT LIST (9/30/99) 30-00429 | |
| 9MM | 5/3/02 | ✓ | | WIRE TRANSFER INSTRUCTIONS (12/12/99) 30-00759, 30-00760 | |
| 9NN | 5/3/02 | ✓ | | PAYMENT INSTRUCTIONS REGARDING BANK DRAFT FOR RALPH KING (10/11/99) 30-00479 | |
| 9OO | 5/3/02 | ✓ | | GARY CHRISTIE MEMOS AND CASH MONTHLY STATEMENTS TRANSFERS TO ITCC 30-00434, 30-00689, 30-00415, 30-00648, | |
| 9PP | 5/3/02 | ✓ | | AFCM LETTER (12/13/99) 30-00720 | |
| 9QQ | 5/3/02 | ✓ | | CHRISTIE MEMORANDUM WITH ATTACHMENTS (12/13/99) 30-00736, 30-00737 30-00678, 30-00672 | |

15

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 9RR | 5/31/02 | ✓ | | COMMERCIAL LAW ADVOCATES LETTER (12/17/99) 30-00709 | |
| 9SS | 5/31/02 | ✓ | | 5 CHECKS TO COMMERCIAL LAW ADVOCATES (12/99) 30-00721, 30-00739, 30-00746, 30-00767, 30-00777 | |
| 9TT | 5/31/02 | ✓ | | AFAC MONTHLY STATEMENT (12/31/99) 30-00647 | |
| 9UU | 5/31/02 | ✓ | | LETTER FROM GARY CHRISTIE (12/27/99) 30-01377 | |
| 9VV | 5/31/02 | ✓ | | AIBC SIGNATURE CARDS JOSEPH SILVESTRI ACCOUNT #107400 30-00846 AND 30-00847 | |
| 9WW | 5/31/02 | ✓ | | PAGES FROM PASSPORTS OF JOSEPH AND DOLORES SILVESTRI 30-00855 AND 30-00856 | |

16

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 9XX | 5/31/02 | ✓ | | NOTE REGARDING JOSEPH SILVESTRI SEPTEMBER 1999 30-00882 | |
| 9YY | 5/31/02 | ✓ | | AIBC MONTHLY CASH STATEMENT - JOSEPH SILVESTRI JUNE 1999 TO MAY 2001 30-00884 - 30-00886 | |
| 9ZZ | 5/31/02 | ✓ | | BARCLAYS DEPOSIT SLIP (1/12/00) AND 3 WESTERN SECURITY BANK CHECKS 30-00891, 30-00893 - 30-00895 | |
| 9AAA | 5/31/02 | ✓ | | JOSEPH SILVESTRI CHECKS AND DEPOSIT SLIPS | |
| 9BBB | 5/31/02 | ✓ | | JOSEPH SILVESTRI NOTES AND RISK MANAGEMENT CHECKS (SEPTEMBER - NOVEMBER 1999) 30-00908 - 30-00912 | |
| 9CCC | 5/31/02 | ✓ | | JOSEPH SILVESTRI NOTE, CHECK (1/11/00) 30-00933, 30-00934 | |

17

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 9DDD | 5/31 | ✓ | | JOSEPH SILVESTRI NOTE, RECEIPT (1/20/00) 30-00925, 30-00928 | |
| 9EEE | 5/31 | ✓ | | JOSEPH SILVESTRI NOTE, CHECKS, RECEIPTS (2/14/00 - 2/16/00) 30-00922, 30-00923, 30-00925, 30-00929, 30-00931 | |
| 9FFF | 5/31 | ✓ | | FINANCIAL STATEMENT U.S. GUARANTEE 1ST QUARTER, 1999 | |
| 9GGG | 5/31 | ✓✓ | | CHRISTIE MEMO (12/8/99) 30-00935 | |
| 9HHH 9III | 6/4 | ✓ | | Checks + Deposits 5/11/12 conmixue of items from silvestri Account | |
| 10 | 5/21 | ✓ | | FOREIGN RECORD CERTIFICATION FOR SLATTOCKS RECORD | |
| 11 | 5/31 | ✓ | | SLATTOCKS CORPORATE RESOLUTION | |

18

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 12 | 5/3/02 | ✓ | | BANK OF AMERICA PRESTIGE ACCOUNTING 4-01819 - 4-02088 | |
| 13 | 5/30/02 | ✓ | | ADMIRALTY BANK PRESTIGE ACCOUNTING 4-01202 - 4-01807 4-01811 - 4-01813 | |
| 13A | 5/30/02 | ✓ | | SIGNATURE CARD VIRGIL WOMACK, ETC. | |
| 13B | 5/30/02 | ✓ | | ROSCOE PAYMENT 4-01587 | |
| 13C | 5/30/02 | ✓ | | STONESIFER CHECK 4-01375 | |
| 14 | 5/30/02 | ✓ | | ADMIRALTY BANK CHEMICAL TRUST 7-00427 - 7-01625 | |

19

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 14A | 5/30/02 | ✓ | | SIGNATURE CARD<br>7-00492 | |
| 14B | 5/30/02 | ✓ | | WIRE TRANSFERS DATED 11/23/99<br>& 12/16/99 | |
| 15 | 5/30/02 | ✓ | | **ADMIRALTY BANK<br>ALLIANCE TRUST**<br>7-01187 - 7-01440 | |
| 15A | 5/30/02 | ✓ | | SIGNATURE CARD<br>7-01188 | |
| 15B | 5/30/02 | ✓ | | MONTHLY BANK STATEMENTS<br>7-01442, 7-01443 | |
| 15C | 5/30/02 | ✓ | | WIRE TRANSFER 2.8 MILLION<br>7-01527; 7-01447 | |

20

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 15D | 5/30/02 | ✓ | | FRED ROSCOE INVESTMENT CHECKS AND DEPOSIT SLIP 7-01374, 7-01378, 7-01379 | |
| 16 | 5/29/ 5/30/02 | ✓ | | ADMIRALTY BANK GOLD COAST CHECK CASHING 7-01660 - 7-02041 | |
| 16A | 5/29/02 | ✓ | | SIGNATURE CARD 7-01661 | |
| 16B | ✓ | ✓ | | MONTHLY BANK STATEMENTS 7-01662; 7-01664 | |
| 16C | ✓ | ✓ | | DEPOSIT SLIP DATED 9/29/1999 AND RELATED DEPOSIT ITEMS 7-01678 - 7-01698 | |

21

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 16D | 5/31/02 | ✓ | | DEPOSIT SLIP DATED 10/5/1999 AND RELATED DEPOSIT ITEMS 7-01743 - 7-01759 | |
| 16E | ✓ | ✓ | | DEPOSIT SLIP DATED 10/12/1999 AND RELATED DEPOSIT ITEMS 7-01839 - 7-01862 | |
| 16F | ✓ | ✓ | | DEPOSIT SLIP DATED 10/12/1999 AND RELATED DEPOSIT ITEMS 7-01835 - 7-01838 | |
| 16G | ✓ | ✓ | | DEPOSIT SLIP DATED 10/12/1999 AND RELATED DEPOSIT ITEMS 7-01817 - 7-01834 | |
| 16H | ✓ | ✓ | | ALBERT KISSEN CHECKS 7-01754, 7-01757, 7-01758 | |

22

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 17 | 5/30/02 | ✓ | | ADMIRALTY BANK<br>GEORGE WILLIAMSON<br>7-01626 - 7-01659 | |
| 18 | 5/30/02 | ✓ | | ADMIRALTY BANK<br>JOSEPH SILVESTRI<br>7-00059 - 7-00102 | |
| 19 | 5/30/02 | ✓ | | ADMIRALTY BANK<br>DOLSIL, INC.<br>7-00103 - 7-00120 | |
| 20 | 5/30/02 | ✓ | | ADMIRALTY BANK<br>THE ADBANK COS.<br>7-00262 - 7-00267<br>7-00302 & 7-00303 | |
| 21 | '' | ✓ | | ADMIRALTY BANK<br>FIRST CAPITAL ACCEPTANCE<br>7-00300, 7-00301, & 7-00304 | |

23

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 22 | 5/2/02 | ✓ | | BANK ATLANTIC CHECK CASHING UNLIMITED 5-02384 - 5-02447 | |
| 23 | 5/2/02 | ✓ | | BANK ATLANTIC PREMIER TICKETS 25-0013 - 25-0124 | |
| 23A | 5/2/02 | ✓ | | SIGNATURE CARD AND ACCOUNT APPLICATION 25-0013 - 25-0021 | |
| 23B | 5/2/02 | ✓ | | MONTHLY BANK STATEMENT 25-0060 - 25-0065 | |
| 23C | 5/2/02 | ✓ | | WIRE TRANSFER DATED 12/21/1999 25-0098 | |

24

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 23D | 5/3/02 | ✓ | | WIRE TRANSFER DATED 1/19/2000 25-0101 | |
| 24 | 5/3/02 | ✓ | | REPUBLIC SECURITY I.H. WEISS, INC. D.B.A. CHECK CASHING UNLIMITED II 5-00001 - 5-01330 | |
| 24A | 5/3/02 | ✓ | | SIGNATURE CARD 5-00619 - 5-00622 | |
| 24B | 5/3/02 | ✓ | | MONTHLY BANK STATEMENTS 5-00662 - 5-00665 | |
| 24C | 5/3/02 | ✓ | | CHECK NO. 1386 DATED 12/1/99 5-00019 | |

25

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 24D | 5/3/02 | ✓ | | CHECK NO. 1413<br>DATED 12/1/99<br>5-00002 | |
| **25** | 5/3/02 | ✓ | | REPUBLIC SECURITY<br>I.H. WEISS, INC. MONEY ORDER<br>ACCOUNT<br>5-01331 - 5-61592<br>25-0271 - 25-0363 | |
| 25A | 5/3/02 | ✓ | | SIGNATURE CARD<br>5-01331 | |
| 25B | 5/3/02 | ✓ | | MONTHLY BANK STATEMENTS<br>5-01340 - 5-01342; 5-01377 - 5-01388 | |
| 25C | 5/3/02 | ✓ | | FOUR DEPOSIT SLIPS AND DEPOSIT ITEMS<br>5-01365; 5-01369; 5-01373; 5-01374 | |

26

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 25D | 5/7/02 | ✓ | | SEVEN CASHIERS CHECKS PAID BY I. H. WEISS TO CHECK CASHING UNLIMITED 25-0320 - 25-0325; 25-0328 | |
| 26 | 5/7/02 | ✓ | | **BARCLAY'S BANK FALCON TRUST** 7-00389 - 7-00419 | |
| 26A | 5/7/02 | ✓ | | SIGNATURE CARD AND OPENING DOCUMENTS 33-00506, 33-00507, 33-00545, 33-00546 | |
| 26B | 5/7/02 | ✓ | | MONTHLY STATEMENTS COVERING JUNE 1999 TO MAY 2000 33-00276, 33-00293, 33-00312, 33-00316 | |
| 26C | 5/7/02 | ✓ | | WIRE TRANSFER (10/18/99) 33-00348 | |
| 26D | 5/7/02 | ✓ | | WIRE TRANSFERS - AMERICAS RESOURCE TO FALCON TRUST 33-00279 - 33-00294, 33-00297 - 33-00311, 33-00313 - 33-00315 | |

27

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 26E | 5/31/02 | ✓ | | WIRE TRANSFER TO BEATTIE ASHMORE, RECEIVER (1/31/00) 33-00317 | |
| 26F | 5/31/02 | ✓ | | LETTER FROM KIERAN FITZPATRICK (2 PAGES) (1/19/00) 33-00335 AND 33-00336 | |
| 27 | 5/31/02 | ✓ | | POINTE BANK CHEMICAL TRUST 7-00360 - 7-00388 | |
| 28 | 5/31/02 | ✓ | | POINTE BANK PRESTIGE ACCOUNTING 9-02806 - 9-03012 | |
| 28A | 5/31/02 | ✓ | | SIGNATURE CARD | |
| 28B | 5/31/02 | ✓ | | WIRES FROM AMERICAS RESOURCE | |
| 28C | 5/31/02 | ✓ | | STONESIFER PAYMENT 9-03007, 9-03008 | |

28

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 28D | 5/31/02 | ✓ | | ROSCOE PAYMENT<br>9-02873, 9-02874 | |
| 29 | 5/31/02 | ✓ | | FIRST UNION NATIONAL BANK<br>PRESTIGE ACCOUNTING<br>7-00357 | |
| 30 | 5/31/02 | ✓ | | FIRST UNION NATIONAL BANK<br>DOREEN RUSSO<br>25-0250 - 25-0259<br>28-00998 - 28-01261 | |
| 30A | 5/31/02 | ✓ | | SIGNATURE CARD<br>25-0256 | |
| 30B | 5/31/02 | ✓ | | MONTHLY BANK STATEMENTS<br>25-0251 - 25-0253; 25-20255 - 25-0257;<br>28-01037; 28-01039; 28-01061; 28-01062 | |

29

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 30C | 5/3/02 | ✓ | | WIRE TRANSFER DATED 1/12/2000 25-0254 | |
| 30D | 5/3/02 | ✓ | | CHECK NUMBER 6608 DATED 1/12/2000 28-01075; 28-01076 | |
| 30E | 5/3/02 | ✓ | | DEPOSIT SLIP AND DEPOSIT ITEMS DATED 4/10/2000 25-0258; 25-0259 | |
| 30F | 5/3/02 | ✓ | | DEPOSIT SLIP AND DEPOSIT ITEMS DATED 10/23/2000 28-01185; 28-01186 | |
| 31 | 5/3/02 | ✓ | | FIRST UNION NATIONAL BANK TERESA & JULIAN RUSSO EQUITY CREDIT LINE 28-01262 - 28-01342 | |

30

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 32 | 5/2/02 | ✓ | | TERRABANK<br>GOLD COAST CHECK CASHING<br>9-00001 - 9-00625 | |
| 33 | 5/2/02 | ✓ | | CITIBANK<br>THE AMERICAS RESOURCE CORP.<br>ESCROW ACCOUNT FOR CHEMICAL TRUST<br>ACCOUNT #3200395518<br>9-01738 - 9-02352<br>9-01382 - 9-01737, & UNNUMBERED | |
| 33A | 5/2/02 | ✓ | | SIGNATURE CARD FOR VARIOUS ACCOUNTS<br>OF THE AMERICAS RESOURCE CORP.<br>CITIBANK<br>UNNUMBERED | |
| 33B | 5/2/02 | ✓ | | BANK STATEMENT FOR ACCOUNT OF THE<br>AMERICAS RESOURCE CORP., ESCROW ACCOUNT<br>FOR CHEMICAL TRUST, ACCOUNT NO. 3200395518,<br>CITIBANK<br>9-01739 - 9-01749 | |

31

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 33C | 5/3/02 | ✓ | | CHECK DEPOSITED TO ACCOUNT OF THE AMERICAS RESOURCE CORP., ESCROW ACCOUNT FOR CHEMICAL TRUST, ACCOUNT NO. 3200395518, CITIBANK ON 10/12/99<br>9-01850; 9-01851 | |
| 33D | 5/3/02 | ✓ | | WIRE TRANSFER FOR ACCOUNT OF THE AMERICAS RESOURCE CORP., ESCROW ACCOUNT FOR CHEMICAL TRUST, ACCOUNT NO. 3200395518, CITIBANK DATED 10/20/1999<br>9-01766 | |
| 33E | 5/3/02 | ✓ | | DEPOSIT SLIP DATED 10/22/1999 FOR ACCOUNT OF THE AMERICAS RESOURCE CORP., ESCROW ACCOUNT FOR CHEMICAL TRUST, ACCOUNT NO. 3200395518, CITIBANK , AND RELATED DEPOSIT ITEMS<br>9-01917 - 9-01932 | |

32

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 33F | 5/3/02 | ✓ | | DEPOSIT SLIP DATED 10/22/1999 FOR ACCOUNT OF THE AMERICAS RESOURCE CORP., ESCROW ACCOUNT FOR CHEMICAL TRUST, ACCOUNT NO. 3200395518, CITIBANK, CITIBANK, AND RELATED DEPOSIT ITEMS<br>9-01933; 9-01935 - 9-01943 | |
| 33G | 5/3/02 | ✓ | | WIRE TRANSFER FOR ACCOUNT OF THE AMERICAS RESOURCE CORP., ESCROW ACCOUNT FOR CHEMICAL TRUST, ACCOUNT NO. 3200395518, CITIBANK DATED 11/3/99<br>9-01788 | |
| 33H | 5/3/02 | ✓ | | WIRE TRANSFER FOR ACCOUNT OF THE AMERICAS RESOURCE CORP., ESCROW ACCOUNT FOR CHEMICAL TRUST, ACCOUNT NO. 3200395518, CITIBANK DATED 11/4/99<br>9-01764 | |

33

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 33I | 5/31/02 | ✓ | | CHECK NUMBER 2572 DRAWN ON ACCOUNT OF THE AMERICAS RESOURCE CORP., ESCROW ACCOUNT FOR CHEMICAL TRUST, ACCOUNT NO. 3200395518, CITIBANK DATED 10/29/99 9-02052 | |
| 33J | 5/31/02 | ✓ | | WIRE TRANSFER FOR ACCOUNT OF THE AMERICAS RESOURCE CORP., ESCROW ACCOUNT FOR CHEMICAL TRUST, ACCOUNT NO. 3200395518, CITIBANK DATED 11/15/99 9-01752 | |
| 33K | 5/31/02 | ✓ | | DEPOSIT SLIP DATED 11/15/1999 FOR ACCOUNT OF THE AMERICAS RESOURCE CORP., ESCROW ACCOUNT FOR CHEMICAL TRUST, ACCOUNT NO. 3200395518, CITIBANK , AND RELATED DEPOSIT ITEMS 9-02183 - 9-02208 | |

34

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 33L | 5/7/02 | ✓ | | DEPOSIT SLIP DATED 11/16/1999 FOR ACCOUNT OF THE AMERICAS RESOURCE CORP., ESCROW ACCOUNT FOR CHEMICAL TRUST, ACCOUNT NO. 3200395518, CITIBANK , AND RELATED DEPOSIT ITEMS 9-02218 - 9-02228 | |
| 33M | 5/7/02 | ✓ | | TWO DEPOSIT ITEMS FOR DEPOSIT OF 11/17/1999 FOR ACCOUNT OF THE AMERICAS RESOURCE CORP., ESCROW ACCOUNT FOR CHEMICAL TRUST, ACCOUNT NO. 3200395518, CITIBANK 9-02231; 9-02232 | |
| 33N | 5/7/02 | ✓ | | CHECK NUMBER 2573 DRAWN ON ACCOUNT OF THE AMERICAS RESOURCE CORP., ESCROW ACCOUNT FOR CHEMICAL TRUST, ACCOUNT NO. 3200395518, CITIBANK DATED 11/11/1999 9-02343 | |

35

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 33O | 5/2/02 | | | DEPOSIT SLIP DATED 12/1/1999 FOR ACCOUNT OF THE AMERICAS RESOURCE CORP., ESCROW ACCOUNT FOR CHEMICAL TRUST, ACCOUNT NO. 3200395518, CITIBANK , AND RELATED DEPOSIT ITEMS 9-02344; 9-02346 - 9-02352; 9-01706 - 9-01717 | |
| 33P | 5/2/02 | | | DEPOSIT SLIP DATED 12/7/1999 FOR ACCOUNT OF THE AMERICAS RESOURCE CORP., ESCROW ACCOUNT FOR CHEMICAL TRUST, ACCOUNT NO. 3200395518, CITIBANK , AND RELATED DEPOSIT ITEMS 9-01432 - 9-01463; 9-01747 - 9-01749 | |
| 33Q | 5/2/02 | | | DEPOSIT SLIP DATED 12/15/1999 FOR ACCOUNT OF THE AMERICAS RESOURCE CORP., ESCROW ACCOUNT FOR CHEMICAL TRUST, ACCOUNT NO. 3200395518, CITIBANK , AND RELATED DEPOSIT ITEMS 9-01538 - 9-01551; 9-01747 - 9-01749 | |

36

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 33R | 5/2/02 | ✓ | | WIRE TRANSFER FOR ACCOUNT OF THE AMERICAS RESOURCE CORP., ESCROW ACCOUNT FOR CHEMICAL TRUST, ACCOUNT NO. 3200395518, CITIBANK DATED 12/17/99<br><br>9-01782 | |
| 33S | 5/2/02 | ✓ | | CHECK NUMBER 2576 DRAWN ON ACCOUNT OF THE AMERICAS RESOURCE CORP., ESCROW ACCOUNT FOR CHEMICAL TRUST, ACCOUNT NO. 3200395518, CITIBANK DATED 12/16/1999<br><br>9-01629 | |
| 33T | 5/2/02 | ✓ | | DEPOSIT SLIP DATED 12/21/1999 FOR ACCOUNT OF THE AMERICAS RESOURCE CORP., ESCROW ACCOUNT FOR CHEMICAL TRUST, ACCOUNT NO. 3200395518, CITIBANK , AND RELATED DEPOSIT ITEMS<br><br>9-01598 - 9-01606; 9-01747 | |

37

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 33U | 5/2/02 | ✓ | | DEPOSIT SLIP DATED 12/21/1999 FOR ACCOUNT OF THE AMERICAS RESOURCE CORP., ESCROW ACCOUNT FOR CHEMICAL TRUST, ACCOUNT NO. 3200395518, CITIBANK , AND RELATED DEPOSIT ITEMS 9-01578 - 9-01597 | |
| 33V | 5/2/02 | ✓ | | DEPOSIT SLIP DATED 12/22/1999 FOR ACCOUNT OF THE AMERICAS RESOURCE CORP., ESCROW ACCOUNT FOR CHEMICAL TRUST, ACCOUNT NO. 3200395518, CITIBANK , AND RELATED DEPOSIT ITEMS 9-01607; 9-01609 - 9-01628 | |
| 33W | 5/2/02 | ✓ | | DEPOSIT SLIP DATED 12/23/1999 FOR ACCOUNT OF THE AMERICAS RESOURCE CORP., ESCROW ACCOUNT FOR CHEMICAL TRUST, ACCOUNT NO. 3200395518, CITIBANK , AND RELATED DEPOSIT ITEMS 9-01631 - 9-01644 | |

38

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 33X | 5/2/02 | ✓ | | DEPOSIT SLIP DATED 12/28/1999 FOR ACCOUNT OF THE AMERICAS RESOURCE CORP., ESCROW ACCOUNT FOR CHEMICAL TRUST, ACCOUNT NO. 3200395518, CITIBANK , AND RELATED DEPOSIT ITEMS 9-01657 - 9-01688 | |
| 33Y | 5/2/02 | ✓ | | DEPOSIT SLIP DATED 12/29/1999 FOR ACCOUNT OF THE AMERICAS RESOURCE CORP., ESCROW ACCOUNT FOR CHEMICAL TRUST, ACCOUNT NO. 3200395518, CITIBANK, AND RELATED DEPOSIT ITEMS 9-01689 - 9-01704 | |
| 33Z | 5/2/02 | ✓ | | CHECK NUMBER 2577 DRAWN ON ACCOUNT OF THE AMERICAS RESOURCE CORP., ESCROW ACCOUNT FOR CHEMICAL TRUST, ACCOUNT NO. 3200395518, CITIBANK DATED 12/31/1999 9-01655, 9-01656 | |
| 33AA | 5/2/02 | ✓ | | JAMES STROHMEYER $420,000 CHECK AND DEPOSIT SLIP 9-01598, 9-01605, 9-01606 | |

39

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 33BB | 5/31/02 | ✓ | | F. ROSCOE CHECK $90,000 9-02147, 9-02148 | |
| 34 | 5/31/02 | ✓ | | CITIBANK THE AMERICAS RESOURCE CORP., OTHER ACCOUNTS AND SUBACCOUNTS 9-01359 - 9-02352 & UNNUMBERED | |
| 34A | 5/31/02 | ✓ | | WIRE TRANSFERS FROM BANK OF ONAGA TO AMERICAS RESOURCE CORP. ACCOUNT #3200395408 | |
| 34B | 5/31/02 | ✓ | | ATTORNEY SADOW WIRES FROM AMERICAS RESOURCE ACCOUNTS | |
| 35 | 5/31/02 | ✓ | | CAROLINA FIRST PRESTIGE ACCOUNTING | |
| 36 | 5/31/02 | ✓ | | COMMUNITY FIRST PRESTIGE ACCOUNTING | |

40

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 37 | 5/2/02 | ✓ | | FIRST CITIZENS PRESTIGE ACCOUNTING | |
| 38 | 5/2/02 | ✓ | | WACHOVIA PRESTIGE ACCOUNTING | |
| 39 | 5/2/02 | ✓ | | FIRST GEORGIA NELSON JARNAGIN ESCROW ACCOUNT | |
| 39A | 5/2/02 | ✓ | | SIGNATURE CARD | |
| 39B | 5/2/02 | ✓ | | WIRE AUTHORIZATION REGARDING $400,000 | |
| 40 | 5/2/02 | ✓ | | WESTERN SECURITY BANK U.S. GUARANTEE | |
| 40A | 5/2/02 | ✓ | | SIGNATURE CARD | |

41

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 41 | 5/31/02 | ✓ | | COMPASS BANK<br>(FORMERLY ARIZONA BANK)<br>U.S. GUARANTEE | |
| 42 | 5/31/02 | ✓ | | FOREIGN RECORD CERTIFICATION FOR<br>ANSBACHER BANK | |
| 43 | 5/31/02 | ✓ | | ANSBACHER BANK RECORDS | |
| 43A | 5/31/02 | ✓ | | NELSON JARNAGIN SIGNATURE CARD<br>GREENWAY, LTD. | |
| 43B | 5/31/02 | ✓ | | HISTORY OF TRANSACTION ACTIVITY<br>GREENWAY, LTD. | |
| 43C | 5/31/02 | ✓ | | 2 PAYMENT REQUISITIONS AND NOTE<br>RE: WIRES TO BRUCE HARVEY | |

42

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 44 | 5/31/02 | ✓ | | FLORIDA DEPARTMENT OF BANKING & FINANCE GOLD COAST CHECK CASHING 28-01622 - 28-01663 | |
| 45 | 5/31/02 | ✓ | | AMERICAN EXPRESS CERTIFICATION | |
| 46 | 5/31/02 | ✓ | | AMERICAN EXPRESS RECORDS DAVID & V. L. MORGENSTERN | |
| 46A | 5/31/02 | ✓ | | DAVID AND VICTORIA MORGENSTERN AMERICAN EXPRESS BILL-NOVEMBER 1999 31-00125 - 31-00132 | |
| 46B | 5/31/02 | ✓ | | DAVID AND VICTORIA MORGENSTERN AMERICAN EXPRESS BILL-DECEMBER 1999 31-00139 | |

43

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 47 | 5/31/02 | ✓ | | AMERICAN EXPRESS RECORDS<br>HAROLD A. MORGENSTERN<br>MERIT ADVISORS GROUP<br>FRED MORGENSTERN<br>ORMANDO GOMEZ<br>BERNADETTE STEVENS-BELL | |
| 47A | 5/31/02 | ✓ | | FRED MORGENSTERN AMERICAN EXPRESS BILLS<br>31-00499 - 31-00501 | |
| 47B | 5/31/02 | ✓ | | FRED MORGENSTERN AMERICAN EXPRESS BILL<br>(1/14/00) 31-00514 AND 31-00515 | |
| 48 | 5/31/02 | ✓ | | AMERICAN EXPRESS RECORDS<br>SHARON R. BETHEL<br>WILLIAM CHRISTIE | |
| 49 | 5/31/02 | ✓ | | DHL RECORDS<br>4-02089 - 4-02720 | |

44

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 50 | 5/3/02 | ✓ | | ATTESTATION OF AUTHENTICITY OF FOREIGN PUBLIC DOCUMENTS<br>MASTER NICHOLAS BRAGGE<br>U.K. SUPREME COURT OF JURIDICATURE | |
| 51 | 5/3/02 | ✓ | | U.K. HIGH COURT OF JUSTICE COURT RECORDS<br>CHARLES HENEAGE<br>KNIGHTLEY v. DAVID MORGENSTERN, et al.<br>CLAIM # HC 1999-03301 | |
| 52 | 6/4/02 | ✓ | | MAMONE AND MORGENSTERN ORIGINAL<br>TITLE III ORDER AND EXTENSION ORDER | |
| 52A | 6/4/02 | ✓ | | C.D. CONTAINING ALL AUDIO RECORDINGS<br>FOR TRANSCRIPTS 52B - 52K | |
| 52B | | | | TRANSCRIPT<br>CALL 75<br>1/7/00 11:26 P.M. | |

45

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 52C | 6/4/02 | ✓ | | TRANSCRIPT CALL 88 1/8/00 12:16 A.M. | |
| 52D | 6/4/02 | ✓ | | TRANSCRIPT CALL 297 1/11/00 9:51 A.M. | |
| 52E | 6/4/02 | ✓ | | TRANSCRIPT CALL 329 1/11/00 4:03 P.M. | |
| 52F | 6/4/02 | ✓ | | TRANSCRIPT CALL 345 1/11/00 8:46 P.M. | |

46

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 52G | 6/4/02 | ✓ | | TRANSCRIPT CALL 448 1/13/00 3:25 P.M. | |
| 52H | 6/4/02 | ✓ | | TRANSCRIPT CALL 469 1/13/00 7:57 P.M. | |
| 52I | 6/4/02 | ✓ | | TRANSCRIPT CALL 476 1/14/00 10:51 A.M. (ReMASTER) | |
| 52J | 6/4/02 | ✓ | | TRANSCRIPT CALL 665 1/17/00 6:02 P.M. | |

47

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 52K | 6/4/02 | ✓ | | TRANSCRIPT CALL 759 1/19/00 1:03 P.M. | |
| 53 | 5/29/02 | ✓ | | PHOTOGRAPH OF FRED MORGENSTERN | |
| 54 | 5/29/02 | ✓ | | PHOTOGRAPH OF DAVID MORGENSTERN | |
| 55 | 6/4/02 | ✓ | | PHOTOGRAPH OF JOSEPH SILVESTRI | |
| 56 | 5/2/02 | | | CERTIFIED NOTICE OF APPEARANCE HARVEY REGARDING VIRGIL WOMACK 00-CR-27-2 | |

48

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 57 | | | | CERTIFIED NOTICE OF APPEARANCE SADOW REGARDING CHARLOTTE WOMACK 00-CR-27-1 | |
| 58 | 5/31/02 | ✓ | | COPIES OF 1,200 INVESTOR/VICTIM FILES | |
| 59 | | | | 21 CHEMICAL TRUST CHECKS | |
| 60 | 5/29/02 | ✓ | | PHOTOGRAPH OF JOHN MAMONE | |
| 61 | 5/29/02 | ✓ | | PHOTOGRAPH OF MICHAEL BUCCINNA | |
| 62 | 5/29/02 | ✓ | | PHOTOGRAPH OF MARK WEISS | |

49

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 63 | | | | 5 STAR GLOBAL RECORDS | |
| 64 | 5/28/02 | ✓ | | TANG New Agreement (Redacted) | |
| 65 | 5/28/02 | | | Letter | |
| | | | | | |

50

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 66 | | | | FRED & FRAN ROSCOE DOCUMENTS | |
| 66A | 5/30/02 | ✓ | | NEWSPAPER ADVERTISEMENT | |
| 66B | 5/30/02 | ✓ | | EXPLANATIONS OF THE TRUST | |
| 66C | 5/30/02 | ✓ | | ALLIANCE TRUST SUBSCRIPTION FORM | |
| 66D | 5/30/02 | ✓ | | COPIES OF THREE CHECKS | |
| 66E | 5/30/02 | ✓ | | PAYMENT SURETY BONDS & CERTIFICATES OF GRANTOR | |

51

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 66F | 5/3/02 | ✓ | | PRESTIGE INTEREST PAYMENTS AND CHECKS | |
| 67 | | | | **CAROL STONESIFER DOCUMENTS** | |
| 67A | 5/3/02 | ✓ | | CHEMICAL TRUST PACKET | |
| 67B | 5/3/02 | ✓ | | CHEMICAL TRUST CONTRACT, SUBSCRIPTION AND OTHER SIGNED FORMS | |
| 67C | 5/3/02 | ✓ | | COPY OF $200,000 CHECK DATED 8/30/99 | |
| 67D | 5/3/02 | ✓ | | LAMINATED CERTIFICATE OF GRANTOR | |

52

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 67E | 5/3/02 | ✓ | | LAMINATED SURETY BOND | |
| 67F | 5/3/02 | ✓ | | COPIES OF 4 PAYMENT CHECKS AND/OR VOUCHERS AND NOTICE OF RETURNED FUNDS | |
| 68 | 5/3/02 | ✓ | | PRESTON PROFFER LETTER | |
| 69 | 5/3/02 | ✓ | | PRESTON PLEA AGREEMENT | |

53

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 70 | 5/31/02 | Demo. | | CHART - DEPOSITS OF CHECKS TO FLORIDA AND BAHAMA BANK ACCOUNTS | |
| 71 | 5/31/02 | | | CHART - SUBSTANTIVE MONEY LAUNDERING COUNTS | |
| 72 | 5/31/02 | Demo. | | CHART - TRANSFERS FROM AMERICAS RESOURCES | |
| 73 | | Demo. | | CHART - TRANSFERS FROM ADMIRALTY BANK ACCOUNTS | |

75      5/31     Demo

76      6/4      Demo
77A-F   6/4

checks, certificate, bond, check, certificate
54

Case No. 00-6309-Cr-Dimitrouleas(s\(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 77G | 6/4/02 | ✓ | | U.S. GUARANTEE CORPORATION PAYMENT SURETY BOND DATED 8/31/99 | |
| 77H | 6/4/02 | ✓ | | CASHIER'S CHECK AND RECEIPT FOR $62,000 | |
| 77I | 6/4/02 | ✓ | | CHEMICAL TRUST CERTIFICATE OF GRANTOR DATED 8/25/99 | |
| 77J 77K | 6/4/02 6/4/02 | ✓ ✓ | | U.S. GUARANTEE CORPORATION PAYMENT SURETY BOND | |
| 77L | 6/4/02 | ✓ | | CHEMICAL TRUST CERTIFICATE OF GRANTOR DATED 10/15/99 | |

57

Case No. 00-6309-Cr-Dimitrouleas(s)(s)
United States v. Joseph Silvestri

| EXHIBIT NO. | DATE | ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|---|
| 77M | 6/4/02 | ✓ | | U.S. GUARANTEE SURETY BOND $30,000 | |
| 77N | 6/4/02 | ✓ | | HANDWRITTEN NOTES | |
| 77O | 6/4/02 | ✓ | | AT&T PHONE BILL | |
| 77P | 6/4/02 | ✓ | | LETTER WITH ATTACHMENT TO CHEMICAL TRUST DATED 12/23/99 | |
| 77Q | 6/4/02 | | | E-mail | |
| 77R | 6/4/02 | | | E-mail | |

58