REC'D by _____ D.C.
DKTG
JUN 11 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.



00-6319-Cr-WPD
USA v. Joseph Ruocutti
by my notes

FILED by ____ D.C.
JUN 06 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.



I am going to cancel lunch on Thursday. I will be to much pressure to be back in time. If can get my money refunded.

Harleen Raymond

5/23/02

When we parked there was no one to take the money, so we didn't leave the money in the Box.

We now know we have to leave the money in the box or our cars will be towed.

Debra Ricci

Rafael Rodriguez Sr.

5/23/02

My meter expires at 5:40.

Harlan Raymond

5-28-02

Need prove if employer pays full day pay of Jury Service or Employer by law can substract compensation given by Gov ($40/we) from daily Wages.

Rafael Rodriguez Sr.

MAY 29, 2002

Judge D,
 FYI.
 I received a summon to report for Jury Duty the day after you asked if ~~there~~ ~~would be any~~ we had any upcoming appointments.

The date is June 10 (County Courthouse) Please let me know if I need to excuse myself from this

Thank you,

BENSON SEDACCA
954 763 5389

6/6/02

Judge,

I have a 94 year old mom that I must call or else she will be really worried about me. She does not understand where I am. Please grant me permission to make a 1-2 minute call.

Thank You,
Harlan Raymont

06·06·02

YOUR HONOR,

WE WOULD LIKE TO KNOW IF THERE IS A LISTING OF THE EVIDENCE. THERE ARE A LOT OF DOCUMENTS, AND FINDING INDIVIDUAL ITEMS IS BECOMING DIFFICULT. IF THERE IS A LIST OF WHAT EACH ITEM IS IT WOULD BE HELPFUL. THANK YOU

DAVID REED

6-6-02

Your Honor,

We have reached a verdict.

Rafael Rodriguez Sr.
Foreperson