UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



REC'D by _____ D.C.
DKTG
JUN 1 1 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSEPH SILVESTRI,

    Defendant.

_____/

CASE NO. 00-6309-CR-DIMITROULEAS

**VERDICT**

FILED by _____ D.C.
JUN 0 6 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

WE, THE JURY, FIND: the Defendant JOSEPH SILVESTRI,

| | | | |
|---|---|---|---|
| As to Count 14 | ☒ GUILTY (As to paragraph 2) | ☒ GUILTY (As to paragraph 3) | NOT GUILTY |
| As to Count 16 | ☒ GUILTY | | NOT GUILTY |
| As to Count 17 | ☒ GUILTY | | NOT GUILTY |
| As to Count 18 | ☒ GUILTY | | NOT GUILTY |
| As to Count 19 | ☒ GUILTY | | NOT GUILTY |
| As to Count 20 | ☒ GUILTY | | NOT GUILTY |
| As to Count 21 | ☒ GUILTY | | NOT GUILTY |
| As to Count 22 | ☒ GUILTY | | NOT GUILTY |
| As to Count 23 | ☒ GUILTY | | NOT GUILTY |
| As to Count 24 | ☒ GUILTY | | NOT GUILTY |
| As to Count 25 | ☒ GUILTY | | NOT GUILTY |
| As to Count 26 | ☒ GUILTY | | NOT GUILTY |
| As to Count 27 | ☒ GUILTY | | NOT GUILTY |



| | | |
|---|---|---|
| As to Count 28 | ☒ GUILTY | ___ NOT GUILTY |
| As to Count 29 | ☒ GUILTY | ___ NOT GUILTY |
| As to Count 30 | ☒ GUILTY | ___ NOT GUILTY |
| As to Count 31 | ☒ GUILTY | ___ NOT GUILTY |
| As to Count 32 | ☒ GUILTY | ___ NOT GUILTY |
| As to Count 33 | ☒ GUILTY | ___ NOT GUILTY |
| As to Count 34 | ☒ GUILTY | ___ NOT GUILTY |
| As to Count 35 | ☒ GUILTY | ___ NOT GUILTY |
| As to Count 36 | ☒ GUILTY | ___ NOT GUILTY |
| As to Count 37 | ☒ GUILTY | ___ NOT GUILTY |
| As to Count 38 | ☒ GUILTY | ___ NOT GUILTY |
| As to Count 39 | ☒ GUILTY | ___ NOT GUILTY |
| As to Count 40 | ☒ GUILTY | ___ NOT GUILTY |
| As to Count 41 | ☒ GUILTY | ___ NOT GUILTY |
| As to Count 42 | ☒ GUILTY | ___ NOT GUILTY |
| As to Count 43 | ☒ GUILTY | ___ NOT GUILTY |
| As to Count 44 | ☒ GUILTY | ___ NOT GUILTY |
| As to Count 45 | ☒ GUILTY | ___ NOT GUILTY |

as charged in the Indictment.

So say we all.

_[signed] Rafael Rodriguez Jr._      6-06-02
FOREPERSON                           DATE