## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

FILED by _____ D.C.
JUN 11 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6309-CR-WPD   DATE: June 11, 2002

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Joseph Silvestri

U.S. ATTORNEY: Diana Fernandez / Brian McCormick   DEFT. COUNSEL: Richard Simpson

REASON FOR HEARING: Criminal Jury Trial Day

RESULT OF HEARING: Parties agree to waive Jury Trial for Forfeiture Counts.

Deft stipulates to Consent to Forfeiture Order Entered.

Jury will be Released

CASE CONTINUED TO: 8/22/02   TIME: 930   FOR: Sentencing

MISC: _____

1040