UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS(s)(s)

UNITED STATES OF AMERICA     )
                             )
       Plaintiff,            )
                             )
v.                           )
                             )
JOSEPH SILVESTRI,            )
                             )
       Defendant.            )
_____)



FILED by_____ D.C.

JUN 11 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**WAIVER OF JURY
TRIAL FOR FORFEITURE**

The United States of America and the defendant, JOSEPH SILVESTRI, agree and stipulate to hereby waive the Defendant's right to have the Jury render a Special Verdict on the forfeiture of the assets alleged in the Indictment.

The Parties further agree to allow the Court to consider all admitted evidence, hear argument from counsel if necessary, and thereafter render a decision on whether the Defendant's interest in



the assets is subject to forfeiture under 18 U.S.C. §982 as property involved in or traceable to violations of 18 U.S.C. §§ 1956 and 1957.

                Respectfully submitted,

                GUY A. LEWIS
                UNITED STATES ATTORNEY

By: _____    11 June 2002
    DIANA L.W. FERNANDEZ                 Date
    Assistant U.S. Attorney

_____    6/11/02
JOSEPH SILVESTRI                    Date
Defendant

_____    6/11/02
RICHARD SHARPSTEIN, Esq.             Date
Attorney for Defendant