UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS(S)(S)

UNITED STATES OF AMERICA )
                         )
    Plaintiff,           )
                         )
v.                       )
                         )
JOSEPH SILVESTRI,        )
                         )
    Defendant.           )
_____)

FILED by _____ D.C.
JUN 11 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## CONSENT TO FORFEITURE

The defendant, Joseph Silvestri, hereby stipulates and agrees that by virtue of the jury's guilty verdict, the following assets are subject to forfeiture to the United States of America, pursuant to 18 U.S.C. §982, as property involved in or constituting proceeds of violations of 18 U.S.C. §§ 1956 and 1957.

1. Joseph Silvestri (hereinafter "Defendant") hereby consents to the forfeiture of the following assets to the United States:

    a) The sum of $5,000,000.00 in United States currency, and all interest and proceeds traceable thereto, in that such sum, in the aggregate, was involved in or is traceable to the criminal offenses alleged in the Second Superseding Indictment.

2. The Defendant knowingly and voluntarily waives his right to a jury trial on the forfeiture of assets and further, that the Court shall enter an order of forfeiture in favor of the United



States. Defendant knowingly and voluntarily waives all constitutional, legal and equitable defenses to the forfeiture of these assets in any proceeding.

3. The Defendant further agrees to waive any jeopardy defense or any claim of double jeopardy, whether constitutional or statutory, and agrees to waive any claim or defense under the Eighth Amendment to the United States Constitution, including any claim of excessive fine, to the forfeiture of these assets by the United States.

4. The Defendant agrees not to file a claim to any of the listed property in any civil proceeding, administrative or judicial, which may be initiated and hereby waives his right to notice of any forfeiture proceeding involving these properties.

5. The Parties further agree that this stipulation on forfeiture shall be treated in all other respects as if the jury returned a forfeiture verdict as set forth in the second superseding indictment.

_____    6/11/02
JOSEPH SILVESTRI                    DATE
Defendant

_____    6/11/02
RICHARD SHARPSTEIN, Esq.            DATE
Attorney for Defendant