UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS (S)(S)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSEPH SILVESTRI,

        Defendant.



## GOVERNMENT'S MOTION FOR JUDGMENT AND PRELIMINARY ORDER OF FORFEITURE

The United States of America, through its undersigned Assistant United States Attorney, files this motion for a personal money judgment and preliminary order of forfeiture pursuant to 18 U.S.C. 982 and Rule 32.2, *Fed.R.Crim.P.*

The defendant, Joseph Silvestri, was convicted by jury verdict on June 6, 2002, of Counts 14 and 16 through 45.

On June 11, 2002, in open Court, the defendant filed a waiver of jury trial for forfeiture and a consent to forfeit $5,000,000 in United States currency, as well as all interest and proceeds traceable thereto.



WHEREFORE, the government respectfully requests that this Honorable Court enter a Personal Money Judgment and Preliminary Order of Forfeiture in the amount of $5,000,000.

        Respectfully submitted,

        GUY A. LEWIS
        UNITED STATES ATTORNEY

By: *Diana W. Fernandez*
        DIANA L.W. FERNANDEZ
        Assistant United States Attorney
        Court I.D. #A5500017
        500 East Broward Blvd., Suite 700
        Fort Lauderdale, FL 33394
        Telephone: (954) 356-7392
        Fax: (954) 356-7230

CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was mailed this 11th day of June, 2002 to:

Richard Sharpstein, Esq.
777 Brickell Avenue, Suite 500
Miami, Florida 33131

                                         DIANA L.W. FERNANDEZ
                                         ASSISTANT UNITED STATES ATTORNEY