UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS (S)(S)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSEPH SILVESTRI,

        Defendant.

FILED by _____ D.C.

JUN 12 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## JUDGMENT AND PRELIMINARY ORDER OF FORFEITURE

This matter has come before the Court upon the motion of the United States for entry of a personal money judgment and preliminary order of forfeiture pursuant to 18 U.S.C. 982 and Rule 32.2, *Fed.R.Crim.P.*, and upon the return of a guilty verdict as to Counts 14 and 16 through 45 of the second superseding indictment. This Court has reviewed the motion and the record in this matter, and being otherwise fully advised finds that there is substantial evidence supporting the forfeiture of the Defendant's rights, title and interest in the property described below.

It is hereby ORDERED and ADJUDGED that all of the Defendant's rights, title and interest to the $5,000,000, representing the amount of proceeds obtained, directly or indirectly, by defendant from the violations in Count 14 and 16 through 45 of the second superseding indictment, are forfeited to the United States of America pursuant to 18 U.S.C. §982.



It is further ORDERED and ADJUDGED that this order shall serve as a money judgment in favor of the United States of America regarding all of the defendant's rights, title and interest in this property, and the United States of America shall immediately seize any assets to protect the interest in the property ordered forfeited by providing a copy of this Order to any person or entity which has possession of or jurisdiction over the forfeited property and by taking all steps necessary and appropriate to protect the interests of the United States of America, including the taking of actual possession and custody.

It is further ORDERED and ADJUDGED that Defendant Joseph Silvestri shall also forfeit any property traceable to such property, which property has not yet been identified or located.

It is further ORDERED and ADJUDGED that upon entry of this Order, the Attorney General or a designee is authorized to seize and dispose of said monies in accordance with law.

It is further ORDERED and ADJUDGED that no ancillary hearing is presently required pursuant to *Fed.R.Crim.P.* 32.2(c). However, should the government subsequently locate property pursuant to *Fed.R.Crim.P.* 32.2(e), then the government shall move to amend the Order to include such property, and an ancillary hearing will then be conducted.

It is further ORDERED and ADJUDGED that pursuant to *Fed.R.Crim.P.* 32.2(b)(3), this Preliminary Order of Forfeiture

shall become final as to defendant Joseph Silvestri at the time of sentencing or before sentencing if the defendant consents and shall be made part of the sentence and included in the judgment.

It is further ORDERED and ADJUDGED that four certified copies of this Order shall be provided to Assistant United States Attorney Diana L.W. Fernandez.

DONE and ORDERED at Fort Lauderdale, Florida, this 12 day of June, 2002.

_____
HONORABLE WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: AUSA Diana L.W. Fernandez
    AUSA J. Brian McCormick
    Richard Sharpstein, Esq.