UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6309-CR-DIMITROULEAS

   Plaintiff,

vs.

JOSEPH SILVESTRI,

   Defendant.
_____/



### ORDER

THIS CAUSE having come before the Court on the Defendant's <u>ore</u> <u>tenus</u> June 11, 2002 Motion to Set Bond, and the Court having heard argument on June 11, 2002, the motion is Denied. The Court does not find, by clear and convincing evidence, non-likelihood of flight. 18 U.S.C. § 3143. The guidelines in this case will recommend a significant term of imprisonment. The Defendant has a prior felony conviction. Assets were secreted off-shore during this sophisticated conspiracy,

   DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 12 day of June, 2002.

                                        WILLIAM P. DIMITROULEAS
                                        United States District Judge

Copies furnished to:

Richard A. Sharpstein, Esquire
777 Brickell Avenue, #500
Miami, Florida 33131

Brian McCormick, AUSA

Diane Fernandez, AUSA

