# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

*USA*

Plaintiff(s)

vs.

*Joseph Silvestri*

Defendant(s)

Case No. _00-6309-CR-WPD_

FILED by _AL_ D.C.

JUN 13 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### *RELEASE OF EXHIBITS*

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
    Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
    Item Nos. _____

☐ Stored by Records Section in:    ☐ Miami    ☐ Ft. Lauderdale    ☐ West Palm Beach
    Item Nos. _____

☒ Other (Explain): *All Government Exhibits*
_____
_____

☐ Attachments
    (Exhibit List, Order of Court)

SIGNATURE: *Diana W. Fernandez*

PRINT NAME: Diana L.W. Fernandez

AGENCY OF FIRM: U.S. Attorney's Office

ADDRESS: 500 E. Broward Blvd., Suite 700
Fort Lauderdale, FL 33394

TELEPHONE: (954) 356-7392

DATE: 6/12/02

EXHIBITS RELEASED BY: _____
    (Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record

