1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 00-6309-CR-WPD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| JOSEPH SILVESTRI, | ) | |
| | ) | Fort Lauderdale, Florida |
| Defendant. | ) | May 22, 2002 |
| | ) | 9:07 a.m. |

TRANSCRIPT OF TRIAL PROCEEDINGS

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiff | DIANA L.W. FERNANDEZ, ESQ.<br>Assistant U.S. Attorney<br>-and-<br>JAMES R. PAVLOCK, ESQ.<br>Senior Trial Attorney |
| For the Defendant | RICHARD SHARPSTEIN, ESQ. |
| Reporter | ROBERT A. RYCKOFF<br>Official Court Reporter<br>299 East Broward Boulevard<br>Fort Lauderdale, Florida 33301<br>954-769-5657 |

# NOT

# SCANNED

PLEASE REFER TO COURT FILE