UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309-CR-Dimitrouleas

United States of America)
      Plaintiff(s)  )
                         )
v.                    )
Joseph Silvestri    )
      Defendant(s)  )

## CERTIFICATION REGARDING EMERGENCY MATTER

I hereby certify, as a member of the Bar of this Court, that I have carefully examined this matter and that it is a true emergency.

I certify further that the necessity for this emergency hearing has not been caused by any lack of due diligence on my part, but has been brought about only by the circumstances of this case.

I certify that the issues presented by this matter have not been submitted to the Judge to whom this case is assigned of any other Judge or Magistrate of the Southern District of Florida prior hereto.

I further certify that I have made a <u>bona fide</u> effort to resolve this matter without the necessity of emergency action.

Dated this 31 day of July, 2002.

_____
(Signature)

Richard A. Sharpstein
(Typed Name)

Telephone: 305-371-2600

(6/91)
forms\reqemgcy.hrg