UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff

vs.

JOSEPH SILVESTRI,

    Defendant.
_____/



## MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT

The defendant, Joseph Silvestri (Silvestri), by and through his undersigned counsel, and moves this Honorable Court for an extension of time to file objections to Pre-Sentence Investigation (P.S.I.) in this case. As grounds therefor, Silvestri asserts as follows:

1.     Undersigned counsel received the P.S.I. in this case on July 22, 2002.

2.     Counsel was on vacation the week of July 22, 2002, and returned to his office on July 30, 2002.

3.     Counsel has not had an ample opportunity to review the P.S.I. with Silvestri, nor had an ample opportunity to research areas of law



JORDEN BURT LLP

regarding the guidelines, which are crucial to the objections to be filed.

4. Counsel is requesting until August 10, 2002, to file objections to the P.S.I.

5. At this time, counsel is not requesting a continuance of sentencing, however, counsel may do so if issues demand.

6. Undersigned counsel contacted Assistant United States Attorneys, Brian McCormick, who states he does not have an objection to this request for an extension of time.

WHEREFORE, Joseph Silvestri, respectfully requests that this Honorable Court grant an extension of time, until August 10, 2002, to file objections to the Pre-Sentence Investigation, in this case.

Respectfully submitted,

JORDEN BURT, LLP
777 Brickell Avenue
Suite 500
Miami, Florida 33131
Tel. No. (305) 371-2600
Fax. No. (305) 372-9928

By: _____
RICHARD A. SHARPSTEIN
Florida Bar No. 208817

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was MAILED and FAXED on this 31 day of July, 2002, to Brian McCormick, Assistant United States Attorney, and Diana Fernandez, Assistant United States Attorney, Office of the State Attorney, 500 E. Broward Boulevard, Ft. Lauderdale, Florida 33394, fax. no. (954) 356-7230; Donald Jefferson, U.S. Probation Officer, 299 E. Broward Boulevard, Room 409, Ft. Lauderdale, Florida 33301-1865.

By: _____
RICHARD A. SHARPSTEIN

102522