UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff

vs.

JOSEPH SILVESTRI,

    Defendant.
_____/



FILED by _____ D.C.

AUG 0 1 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER ON MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT

THIS CAUSE having been heard upon Defendant, Joseph Silvestri's Motion For Extension Of Time To File Objections To Pre-Sentence Investigation, and the Court having been fully advised, it is hereby,

ORDERED AND ADJUDGED that the motion is granted, and Joseph Silvestri has until August 10, 2002 to file objections to the Pre-Sentence Investigation.



DONE AND ORDERED this 1 day of August 2002, in Dade County, Miami, Florida.

*[signature]*
The Honorable William P. Dimitrouleas

cc:

Brian McCormick, Asst. U.S. Atty.
Richard A. Sharpstein, Esq.
Donald Jefferson, U.S. Probation Officer

102523