UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff

vs.

JOSEPH SILVESTRI,

    Defendant.
_____/



## MOTION FOR CONTINUANCE OF THE SENTENCING DATE

The defendant, Joseph Silvestri (Silvestri), by and through his undersigned counsel, and moves this Honorable Court for a 30 day continuance of the sentencing date in this cause. As grounds therefor, Silvestri asserts as follows:

1. Sentencing in this cause is currently set for August 22, 2002.

2. Undersigned counsel has recently requested an extension of time to file objections to the Pre-Sentence Investigation (P.S.I.) in this cause.

3. Objections will be numerous and as of the date of the filing of this motion, counsel has yet had an opportunity to fully research the grounds for objections or to properly state them to the Court and the Probation Office.



JORDEN BURT LLP

4. The aforementioned delay has been due to undersigned counsel's hectic trial schedule, which has kept him out of the office for the past several weeks.

5. <u>More importantly</u>, undersigned counsel has recently been negotiating with the United States Attorney's Office, both here and in Greenville, South Carolina in regard to the pending case in South Carolina and a possible resolution involving Silvestri's cooperation.

6. Plans are ongoing for Silvestri to be interviewed by the United States Attorney's Office, and agents in order to fully explore this option.

7. If in fact Silvestri does cooperate, it is the hope of undersigned counsel and Silvestri that this will have an affect on his sentence through a 5K.1 motion for reduction of sentence.

8. A delay in the sentencing will not prejudice either party, as Silvestri is in custody and is requesting the continuance.

9. Undersigned counsel has recently spoken to Assistant United States Attorneys, Brian McCormick and Diane Fernandez, who have no objection to this continuance.

WHEREFORE, Joseph Silvestri, respectfully requests that this Honorable Court grant a 30 day continuance of the sentencing date of August 22, 2002, in this case.

Respectfully submitted,

JORDEN BURT, LLP
777 Brickell Avenue
Suite 500
Miami, Florida 33131
Tel. No. (305) 371-2600
Fax. No. (305) 372-9928

By: *[signature]*
RICHARD A. SHARPSTEIN
Florida Bar No. 208817

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was MAILED and FAXED on this 9th day of August, 2002, to Brian McCormick, Assistant United States Attorney, and Diana Fernandez, Assistant United States Attorney, Office of the State Attorney, 500 E. Broward Boulevard, Ft. Lauderdale, Florida 33394, fax. no. (954) 356-7230; Donald Jefferson, U.S. Probation Officer, 299 E. Broward Boulevard, Room 409, Ft. Lauderdale, Florida 33301-1865.

By: *[signature]*
RICHARD A. SHARPSTEIN

102843