UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

   Plaintiff

vs.

JOSEPH SILVESTRI,

   Defendant.
_____/



FILED by _____ D.C.
AUG 0 8 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER ON MOTION FOR CONTINUANCE OF THE SENTENCING DATE

THIS CAUSE having been heard upon Defendant, Joseph Silvestri's Motion For Continuance Of The Sentencing Date, and the Court having been fully advised, it is hereby,

ORDERED AND ADJUDGED that the motion is granted, and Joseph Silvestri sentencing is hereby continued ~~30 days~~ from August 22, 2002 and reset to September 20, 2002 at 10:30 A.M.



DONE AND ORDERED this ___ day of August 2002, in Dade County, Miami, Florida.

The Honorable William P. Dimitrouleas

cc:

Brian McCormick, Asst. U.S. Atty.
Richard A. Sharpstein, Esq.
Donald Jefferson, U.S. Probation Officer


Doc. No. 102866