UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS

NIGHT BOX FILED
SEP 13 2002
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

UNITED STATES OF AMERICA,

    Plaintiff

vs.

JOSEPH SILVESTRI,

    Defendant.
_____/

## MOTION FOR CONTINUANCE OF THE SENTENCING DATE

The defendant, Joseph Silvestri (Silvestri), by and through his undersigned counsel, and moves this Honorable Court for a continuance of the sentencing date in this cause. As grounds therefor, Silvestri asserts as follows:

1. Sentencing in this cause is currently set for Friday, September 20, 2002.

2. This case was originally set for sentencing on August 22, 2002, and continued to September 20, 2002, based upon defendant's previous motion.

3. Subsequent to the granting of the continuance, Silvestri met with agents of the Federal Bureau of Investigation and Justice Department, through attorney James Pavlock, in a lengthy debriefing.

JORDEN BURT LLP



4.   Undersigned counsel is currently coordinating with Pavlock and United States Attorney's Office, in Greenville, South Carolina (where Silvestri has another pending case) in an effort to coordinate the cooperation of Silvestri, so that it may result in a 5K1.1 sentence reduction. An additional period of time is necessary for Silvestri to continue and complete his cooperation, so that the Government may evaluate the cooperation, for the filing of the 5K1.1 motion.

5.   Undersigned counsel has spoken to Diana Fernandez, who has no objection to this request.

WHEREFORE, Joseph Silvestri, respectfully requests that this Honorable Court grant a continuance of the sentencing date of September 20, 2002, in this case.

Respectfully submitted,

JORDEN BURT, LLP
777 Brickell Avenue
Suite 500
Miami, Florida 33131
Tel. No. (305) 371-2600
Fax. No. (305) 372-9928

By: _____
RICHARD A. SHARPSTEIN
Florida Bar No. 208817

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was MAILED and FAXED on this 13 day of September, 2002, to Brian McCormick, Assistant United States Attorney, and Diana Fernandez, Assistant United States Attorney, Office of the State Attorney, 500 E. Broward Boulevard, Ft. Lauderdale, Florida 33394, fax. no. (954) 356-7230; Donald Jefferson, U.S. Probation Officer, 299 E. Broward Boulevard, Room 409, Ft. Lauderdale, Florida 33301-1865.

By: _____
RICHARD A. SHARPSTEIN

104362