UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.  00-6309-CR-DIMITROULEAS

　　　　　Plaintiff,

vs.

JOSEPH SILVESTRI,

　　　　　Defendant.
_____/



FILED by _____ D.C.

SEP 16 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER ON MOTION FOR CONTINUANCE OF THE SENTENCING DATE

THIS CAUSE having been heard upon Defendant, Joseph Silvestri's September 13, 2002

Motion For Continuance of the Sentencing Date, and the Court having been fully advised, it is

hereby

ORDERED AND ADJUDGED that the motion is Granted, and Joseph Silvestri's

sentencing is hereby continued from September 20, 2002 to October 10, 2002 at 11:30 A.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

_____ day of September, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Brian McCormick, AUSA

Richard A. Sharpstein, Esquire
777 Brickell Avenue, Suite 500
Miami, Florida 33131-2803

Donald Jefferson, U.S. Probation Officer

