UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff

vs.

JOSEPH SILVESTRI,

    Defendant.
_____/

NIGHT BOX
FILED

OCT - 4 2002

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

## JOINT MOTION FOR CONTINUANCE OF THE SENTENCING DATE

The defendant, Joseph Silvestri (Silvestri), by and through his undersigned counsel, moves this Honorable Court for a continuance of the sentencing date in this cause. As grounds therefor, Silvestri asserts as follows:

1. Sentencing in this cause is currently set for Thursday, October 10, 2002.

2. This case was previously set for sentencing on September 20, 2002, and continued to October 10, 2002, based upon defendant's previous motion.

3. Subsequent to the granting of the continuance, Silvestri met in a lengthy debriefing with agents of the Federal Bureau of Investigation and Justice Department, through attorney James Pavlock.

4. Undersigned counsel is currently coordinating with Pavlock and the



JORDEN BURT LLP

United States Attorney's Office, in Greenville, South Carolina (where Silvestri has another pending case) in an effort to coordinate the cooperation of Silvestri, so that it may result in a 5K1.1 sentence reduction. An additional period of time is necessary: (a) for Silvestri to continue and complete his cooperation; (b) so that the Government may evaluate the cooperation; and, (c) for the filing of a 5K1.1 motion.

5. Undersigned counsel has spoken to Assistant United States Attorneys, Diana Fernandez, and Brian McCormick, who agree that a continuance is necessary and request a continuance.

WHEREFORE, Joseph Silvestri, respectfully requests that this Honorable Court grant a continuance of the sentencing date of October 10, 2002, in this case.

JORDEN BURT, LLP
777 Brickell Avenue
Suite 500
Miami, Florida 33131
Tel. No. (305) 371-2600
Fax. No. (305) 372-9928

By: _____
RICHARD A. SHARPSTEIN
Florida Bar No. 208817

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was MAILED and FAXED on this 4 day of October, 2002, to Brian McCormick, Assistant United States Attorney, and Diana Fernandez, Assistant United States Attorney, Office of the State Attorney, 500 E. Broward Boulevard, Ft. Lauderdale, Florida 33394, fax. no. (954) 356-7230; Donald Jefferson, U.S. Probation Officer, 299 E. Broward Boulevard, Room 409, Ft. Lauderdale, Florida 33301-1865/

By: _____
RICHARD A. SHARPSTEIN

105217