UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff

vs.

JOSEPH SILVESTRI,

    Defendant.
_____/



### ORDER ON JOINT MOTION FOR CONTINUANCE OF THE SENTENCING DATE

THIS CAUSE having been heard upon Defendant, Joseph Silvestri's Joint Motion For Continuance Of The Sentencing Date, and the Court having been fully advised, it is hereby,

ORDERED AND ADJUDGED that the motion is granted, and Joseph Silvestri sentencing is hereby continued from October 10, 2002 to October 18, 2002 at 9:00 A.M.



DONE AND ORDERED this 7 day of October 2002, in Broward County, Ft. Lauderdale, Florida.

The Honorable William P. Dimitrouleas

cc:

Diana Fernandez, Asst. U.S. Atty.
Brian McCormick, Asst. U.S. Atty.
Richard A. Sharpstein, Esq.
Donald Jefferson, U.S. Probation Officer

Doc. No. 105218

pg 2 of 2  00-6309-cr