

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

JOSEPH SILVESTRI,

      Defendant.
_____/

## NOTICE OF CONFLICT

The defendant, Joseph Silvestri (Silvestri) by and through his undersigned counsel, notifies this Honorable Court of a conflict in undersigned counsel's trial schedule. As grounds therefor, Silvestri asserts as follows:

1. Silvestri is currently set for sentencing on Friday, October 18, 2002.

2. For scheduling purposes, undersigned counsel would like to notify this Court of the upcoming conflict.

3. Undersigned counsel will commence trial on Tuesday, October 15, 2002, in Ft. Lauderdale, Florida, in <u>United States v. Jorge Castello, et al</u>, Case No. 02-20174-CR-KING, in United States District Court, Southern District of Florida. This case involves charges of civil rights violations

JORDEN BURT LLP



by City of Miami police officers.

2.   <u>United States v. Jorge Castello, et al</u>, is expected to last approximately two weeks.

WHEREFORE, Joseph Silvestri and undersigned counsel respectfully file this Notice of Conflict, based upon the foregoing.

    Respectfully submitted,

    JORDEN BURT, LLP
    777 Brickell Avenue
    Suite 500
    Miami, Florida 33131
    Tel. No. (305) 371-2600
    Fax No. (305) 372-9928

    By: _____
    Richard A. Sharpstein, Esq.
    Florida Bar No. 208817

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Conflict was MAILED and FAXED on this 11th day of October, 2002, to Brian McCormick, Assistant United States Attorney, and Diana Fernandez, Assistant United States Attorney, Office of the State Attorney, 500 E. Broward Boulevard, Ft. Lauderdale, Florida 33394, fax. no. (954) 356-7230; Donald Jefferson, U.S. Probation Officer, 299 E. Broward Boulevard, Room 409, Ft. Lauderdale, Florida 33301-1865.

By: _____
RICHARD A. SHARPSTEIN

105459