UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,              CASE NO. 00-6309-CR-DIMITROULEAS

    Plaintiff,

vs.

JOSEPH SILVESTRI,

    Defendant.
_____/

FILED by _____ D.C.
OCT 15 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

THIS CAUSE having come before the Court on Defendant's October 11, 2002 Notice of Conflict and the Court viewing this Notice as a Motion to Continue Sentencing and the Court noting that no proposed order was provided in violation of S.D. Fla. L.R. 7.1(A)(1)(g) and 7.1(A)(2), nevertheless, it is hereby

ORDERED AND ADJUDGED that the Motion for Continuance is Granted. Sentencing is reset to November 1, 2002 at 9:00 A.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 15 day of October, 2002.

                                            WILLIAM P. DIMITROULEAS
                                            United States District Judge

Copies furnished to:

Richard A. Sharpstein, Esquire
777 Brickell Avenue, #500
Miami, FL 33131

Brian McCormick, AUSA

Donald Jefferson, USPO

