02 OCT 16 PM 3:02

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  00-6309-CR-SEITZ |
| Plaintiff, ) | |
| v. ) | **DEFENDANT'S UNOPPOSED MOTION TO MODIFY PRE-SENTENCE INVESTIGATION REPORT** |
| JOSEPH SPITALERI, ) | |
| Defendant. ) | |

Defendant, **JOSEPH SPITALERI**, by and through undersigned counsel, files this Unopposed Motion to Modify Pre-Sentence Investigation Report ("PSI") and, as grounds therefor, states:

1. On October 24, 2000, Defendant was Indicted in this case.

2. On November 13, 2001, Defendant was sentenced to fifty-eight (58) months imprisonment followed by three years supervised release, and ordered to pay restitution.

3. Paragraph seventy one (71) of Defendant's PSI states that: " at age 44, the defendant had another relapse [regarding his drug addiction] and snorted heroin daily until stopping after about six months."

4.     The probation officer <u>sub judice</u> did not specify the relevant dates, which were October 1999 through April 2000, during which Defendant had relapsed.

5.     In order for Defendant to enroll in the Bureau of Prison's Drug Program, as ordered by this Court, the above reference dates need to be specified in the, PSI.

6.     Accordingly, Defendant respectfully requests this Court grant his Motion to Modify Paragraph seventy one (71) of the Pre-sentence Investigation Report to state: "At age 44, from October 1999 through April 1, 2000, the Defendant had another relapse and snorted heroin daily until stopping after about six months."

7.     Defendant has contacted Assistant United States Attorney Brian McCormick regarding the relief requested herein. Mr. McCormick advised that the Government has **no objection**.

8.     The undersigned has contacted United States Probation Officer Tracey L. Webb with respect to the relief requested herein. Ms. Webb advised that the United States Probation Office has **no objection.**

WHEREFORE, Defendant, **JOSEPH SPITALERI**, respectfully requests this Honorable Court grant his Unopposed Motion to Modify his Pre Sentence Investigation Report and such other and further relief as is just and proper.

Respectfully submitted,

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant
Douglas Centre - Penthouse One
2600 Douglas Road
Coral Gables, Florida 33134
Telephone #: (305) 445-5320
Facsimile #: (305) 446-1766

By: _____
BRIAN H. BIEBER
Florida Bar # 8140

JOEL HIRSCHHORN
Florida Bar No. 104573

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile and U.S. mail this _____ day of October, 2002 to: Brian McCormick, Esq. and Diana Fernandez, Esq., Assistant United States Attorneys, United States Attorney's Office, Central Criminal Section II, 500 East Broward Boulevard, Fort Lauderdale, FL 33394-3002 and Tracey L. Webb, U.S. Probation Officer, 299 E. Broward Blvd., Room 409, Ft. Lauderdale, Florida 33301-1168.

_____
BRIAN H. BIEBER