UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6309-CR-Dimitrouleas
    Plaintiff,

v.

JOSEPH SILVESTRI
    Defendant.
_____/

NOTICE OF APPEARANCE
AS DEFENDANT'S COUNSEL FOR SENTENCING

    Undersigned counsel, attorney Jeanne Baker, Esq., hereby files her Notice of Appearance as Counsel for defendant Joseph Silvestri at his sentencing.

Respectfully submitted,

**JEANNE BAKER**
ATTORNEY AT LAW, P.A.
Florida Bar No. 0880700
2937 Southwest 27th Avenue, Suite 202
Miami, Florida 33133-3703
(305) 443-1600
(305) 445-9666 (fax)
**SENTENCING COUNSEL**
  **for JOSEPH SILVESTRI**

By: _____

1



## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument was mailed and sent by facsimile this ___28th___ day of October 2002, to the following:

>Assistant United States Attorneys
>Brian McCormick and Diana L.W. Fernandez
>United States Attorney's Office
>500 E. Broward Boulevard
>Ft. Lauderdale, Florida 33394
>(954) 356-7255
>(954) 356-7230 (fax)
>**Counsel for the United States**
>
>
>Richard A. Sharpstein
>777 Brickell Avenue, Suite 500
>Miami, FL 33131
>(305) 371-2600
>(305) 372-9928 (fax)
>**Trial counsel for defendant**
>
>    and
>
>United States Probation Officer
>Donald Jefferson
>299 E. Broward Boulevard
>Ft. Lauderdale, Florida 3301-1168
>(954) 769-5515
>(954) 769-5566 (fax)

_____
Jeanne Baker, Esq.

2