UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.  00-6309-CR-DIMITROULEAS

      Plaintiff,

vs.

JOSEPH SILVESTRI,

      Defendant.
_____/

FILED by _____ D.C.

OCT 29 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER GRANTING, IN PART, MOTION TO CONTINUE SENTENCING

THIS CAUSE, having come on to be heard upon Defendant Silvestri's October 28, 2002

Motion to Continue Sentencing and the Court noting that sentencing has already been continued

four times [DE-1117, 1145, 1156 and 1162], it is hereby

ORDERED AND ADJUDGED that said motion is hereby Granted, in part.  Sentencing

in this matter is scheduled for November 14, 2002 at 10:15 A.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

___ day of October, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Jeanne Baker, Esquire
2937 S.W. 27th Avenue
Miami, FL 33133-3703

Richard A. Sharpstein, Esquire
777 Brickell Avenue, #500
Miami, FL 33131



Brian McCormick, AUSA

Diana L.W. Fernandez, AUSA

Donald Jefferson, USPO