UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff

vs.

JOSEPH SILVESTRI,

    Defendant.
_____/



CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

## MOTION TO WITHDRAW AS COUNSEL

The undersigned attorney, Richard A. Sharpstein, respectfully moves to withdraw as counsel of record for Defendant Joseph Silvestri due to the following:

1. Undersigned counsel represented Mr. Silvestri at trial and through post-trial sentencing matters.

2. On Friday, October 25, 2002, the undersigned counsel received communication from Jean Baker, Esq. informing counsel that Mr. Silvestri had retained her to handle all sentencing matters.

3. In addition, undersigned counsel received written communication directly from Mr. Silvestri informing him of his desire for counsel to withdraw and be replaced by Jean Baker, Esq.

4. Undersigned counsel can be available if the Court requires his presence at sentencing scheduled for November 14, 2002, however, it is Mr. Silvestri's desire



JORDEN BURT LLP

to have Jean Baker, Esq. act on his behalf.

WHEREFORE, undersigned counsel moves this Honorable Court for an order allowing the withdrawal of Richard A. Sharpstein, Esq., Jorden Burt LLP, as counsel for Defendant Joseph Silvestri in this case.

Respectfully submitted,

JORDEN BURT, LLP
777 Brickell Avenue
Suite 500
Miami, Florida 33131
Tel. No. (305) 371-2600
Fax. No. (305) 372-9928

By: _____
RICHARD A. SHARPSTEIN
Florida Bar No. 208817

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by fax and U.S. Mail this 31 day of October, 2002, to: Brian McCormick, Assistant United States Attorney, and Diana Fernandez, Assistant United States Attorney, Office of the State Attorney, 500 E. Broward Boulevard, Ft. Lauderdale, Florida 33394, fax. no. (954) 356-7230; and, Jeanne Baker, Esq., Grove Forest Plaza, 2937 S.W. 27th Avenue, Coconut Grove, Florida 33133, fax. no. (305) 445-9666.

By: _____
RICHARD A. SHARPSTEIN

106296