```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                   FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,    )  CASE NO. 00-6309-CR-WPD
                             )
              Plaintiff,     )
                             )
         -v-                 )
                             )
JOSEPH SILVESTRI,            )
                             )  Fort Lauderdale, Florida
              Defendant.     )  Jun 4, 2002
_____)  9:05 p.m.

                         EXCERPT

              TRANSCRIPT OF TRIAL PROCEEDINGS

         BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                    U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:      DIANA L.W. FERNANDEZ, ESQ.
                        Assistant U.S. Attorney
                              -and-
                        JAMES R. PAVLOCK, ESQ.
                        Senior Trial Attorney
                        Department Of Justice - Criminal
                        Division

For the Defendant:      RICHARD SHARPSTEIN, ESQ.


Reporter:               ROBERT A. RYCKOFF
                        Official Court Reporter
                        299 East Broward Boulevard
                        Fort Lauderdale, Florida 33301
                        954-769-5657
```

Filed 2002 NOV -6 AM 9:12

# NOT

# SCANNED

PLEASE REFER TO COURT FILE