```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
               FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,   )   CASE NO. 00-6309-CR-WPD
                            )
         Plaintiff,         )
                            )
     -v-                    )
                            )
JOSEPH SILVESTRI,           )
                            )   Fort Lauderdale, Florida
         Defendant.         )   June 5, 2002
_____)   8:52 a.m.

                      EXCERPT

            TRANSCRIPT OF TRIAL PROCEEDINGS

     BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                 U.S. DISTRICT JUDGE
```

APPEARANCES:

For the Plaintiff:        DIANA L.W. FERNANDEZ, ESQ.
                          Assistant U.S. Attorney
                                  -and-
                          JAMES R. PAVLOCK, ESQ.
                          Senior Trial Attorney
                          Department of Justice - Criminal
                          Division

For the Defendant:        RICHARD SHARPSTEIN, ESQ.


Reporter:                 ROBERT A. RYCKOFF
                          Official Court Reporter
                          299 East Broward Boulevard
                          Fort Lauderdale, Florida 33301
                          954-769-5657

FILED BY _____ D.C.
2002 NOV -6 AM 9:12

# NOT

# SCANNED

PLEASE REFER TO COURT FILE