UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6309-CR-DIMITROULEAS

  Plaintiff,

vs.

JOSEPH SILVESTRI,

  Defendant.
_____/



### ORDER DIRECTING FDC MIAMI TO OBTAIN CARDIOLOGY EXAMINATION AND CONTINUING SENTENCING

THIS CAUSE having come on to be heard upon "Defendant Silvestri's Motion for Order for Cardiology Examination and Concomitant Continuance of Sentencing," and there being no opposition from the Government[1] it is

ORDERED AND ADJUDGED that the said Motion is hereby Granted. FDC Miami is directed to obtain a current cardiology examination and report on the defendant. Further, sentencing in this matter is re-scheduled for December 6, 2002 at 10:30 A.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 13 day of November, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

---

[1] The Court notes that this sentencing has already been continued five (5) times.



Copies furnished to:

Jeanne Baker, Esquire
2937 S.W. 27th Avenue, #202
Miami, FL 33133-3703

Brian McCormick, AUSA
Diana L.W. Fernandez, AUSA

Donald Jefferson, USPO

Warden, FDC