UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.
2002 NOV 20 PM 2:27

UNITED STATES OF AMERICA,
        Plaintiff,

CASE NO. 00-6309-CR-Dimitrouleas

v.

JOSEPH SILVESTRI
        Defendant.
_____ /

### NOTICE OF DEFENSE COUNSEL'S TIME LIMITATION
### DUE TO MEDICAL APPOINTMENT
### AND, IF NECESSARY, REQUEST FOR MODIFICATION
### OF SENTENCING SCHEDULE

Having received the Court's order re-scheduling the sentencing in this matter for December 6, 2002 at 10:30 A.M., undersigned counsel hereby notifies the Court that she can only be available on that date until 1:00 P.M. due to the fact that she must take her minor daughter to an appointment that was scheduled six months ago with a medical specialist at the Sylvester Cancer Center at the University of Miami School of Medicine.

Undersigned counsel does not know how much time the Court has allotted to Mr. Silvestri's sentencing hearing on December 6, 2002,[1] but anticipates that Mr. Silvestri's objections to the PSI as well as his motion for downward departure will present disputed issues which may take significant time to resolve. In an abundance of caution, in case the Court either has allotted, or, depending on what transpires at the hearing, might allot, time for the hearing beyond 1:00 P.M. on December 6, 2002, undersigned counsel hereby moves for a modification of schedule so that the sentencing hearing either commences earlier in the morning on that date or is moved to an earlier day in that

---

[1] Undersigned counsel apologizes for contacting chambers to seek to obtain this information.

1



week (assuming the completion of Mr. Silvestri's cardiology examination by such earlier date).

Respectfully submitted,

**JEANNE BAKER**
ATTORNEY AT LAW, P.A.
Florida Bar No. 0880700
2937 Southwest 27th Avenue, Suite 202
Miami, Florida 33133-3703
(305) 443-1600
(305) 445-9666 (fax)
**SENTENCING COUNSEL**
  **for JOSEPH SILVESTRI**

By: _/s/ Jeanne Baker_

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument was mailed and sent by facsimile this 18th day of November 2002, to the following:

Assistant United States Attorneys
Brian McCormick and Diana L.W. Fernandez
United States Attorney's Office
500 E. Broward Boulevard
Ft. Lauderdale, Florida 33394
(954) 356-7255
(954) 356-7230 (fax)
**Counsel for the United States**, and

United States Probation Officer
Donald Jefferson
299 E. Broward Boulevard
Ft. Lauderdale, Florida 3301-1168
(954) 769-5515
(954) 769-5566 (fax)

_/s/ Jeanne Baker_
Jeanne Baker, Esq.

2