UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6309-CR-DIMITROULEAS

    Plaintiff,

vs.

JOSEPH SILVESTRI,

    Defendant.
_____/



## NOTICE

THE COURT hereby gives notice to all parties that on or about June 27, 2002, this Court was informed by the U.S. Marshal's Service that the prison had intercepted communications between the Defendant and his wife wherein there were discussions about harm coming to the undersigned. The Court finds no mention of this in the Pre-Sentence Investigation Report, and the information will have no impact on Defendant's up and coming sentencing, but in an abundance of caution, the Court makes this disclosure.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 21 day of November, 2002.

                                  WILLIAM P. DIMITROULEAS
                                  United States District Judge

Copies furnished to:

Jeanne Baker, Esquire
2937 S.W. 27th Avenue, #202
Miami, Florida 33133-3703

Brian McCormick, AUSA
Diana L.W. Fernandez, AUSA

