UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
Plaintiff,

v.

JOSEPH SILVESTRI
Defendant.
_____/

CASE NO. 00-6309-CR-Dimitrouleas

FILED by _____ D.C.
NOV 21 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

ORDER MODIFYING SENTENCING SCHEDULE

THIS CAUSE, having come on to be heard upon "Notice of Defense Counsel's Time Limitation Due to Medical Appointment, and, If Necessary, Request for Modification of Sentencing Schedule," it is

ORDERED AND ADJUDGED that sentencing in this matter is scheduled for December 13, 2002 at 1:30 P.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward county, Florida, this 21 day of November, 2002.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Copies to:
Jeanne Baker, Esq.
AUSAs Brian McCormick
    and Diana L.W. Fernandez
USPO Donald Jefferson

