UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS(S)(S)

UNITED STATES OF AMERICA,
        Plaintiff,

v.

JOSEPH SILVESTRI,
        Defendant.
_____/



### JOINT MOTION TO CONTINUE SENTENCING

The United States of America, through its undersigned Assistant United States Attorney, and counsel for the defendant, Jeanne Baker, Esquire, jointly file this motion to continue the sentencing of the defendant for one month for the following reasons:

1. The defendant was examined by a cardiologist at the end of November and early December and bypass surgery was recommended. That surgery was performed on December 10, 2002.

2. The cardiologist estimates that the defendant will remain hospitalized for approximately two weeks and that it will take about one month before the defendant will be able to withstand a court appearance.

Therefore, both the government and counsel for the defendant respectfully request that this Honorable Court continue the



defendant's sentencing presently scheduled for 1:30 p.m. on December 13, 2002, for one month.

                        Respectfully submitted,

                        MARCOS DANIEL JIMENEZ
                        UNITED STATES ATTORNEY

By: _____
    DIANA L.W. FERNANDEZ
    ASSISTANT UNITED STATES ATTORNEY
    Court I.D. #A5500017
    500 East Broward Blvd., Suite 700
    Fort Lauderdale, FL 33394
    Telephone: (954) 356-7392
    Fax: (954) 356-7230

By: _____
    JEANNE BAKER
    ATTORNEY AT LAW, P.A.
    Florida Bar #0880700
    2937 Southwest 27th Avenue, Suite 202
    Miami, FL 33133-3703
    Telephone: (305) 443-1600
    Fax: (305) 445-9666
    Counsel for Joseph Silvestri