UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS(S)(S)

UNITED STATES OF AMERICA,
          Plaintiff,

v.

JOSEPH SILVESTRI,
          Defendant.
_____/

### ORDER RESETTING SENTENCING

THIS CAUSE, having come to be heard upon the joint motion to continue the sentencing of the defendant for one month, it is

ORDERED AND ADJUDGED that the joint motion is granted and sentencing in this matter is hereby reset for February 7, 2003 at 10:30 A.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this 12 day of December, 2002.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:  AUSA Diana L.W. Fernandez
     AUSA J. Brian McCormick
     Jeanne Baker, Esq.
     USPO Donald Jefferson

