UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH SILVESTRI,

    Defendant.
_____/



## SECOND PRELIMINARY ORDER OF FORFEITURE

This matter came before the Court on the United States' motion to forfeit certain properties of Defendant Joseph Silvestri in substitution for the $5,000,000.00 in money laundering proceeds that were forfeited to the United States through the June 12, 2002, judgment and preliminary order of forfeiture. Having reviewed the United States' motion, as well as the relevant evidence presented at trial, the Court finds:

THAT pursuant to Title 21, United States Code, Section 853(p) the below listed property owned or held on behalf of Defendant Joseph Silvestri, Social Security No. 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, is hereby CONDEMNED AND FORFEITED to the United States in partial substitution for the $5,000,000.00 as follows:

    a.    Account No. 10100400210 at Wachovia Bank (Formerly First Bank of America, #1133052934), and any other account of defendant at Wachovia Bank;

6



  b. Account No. 0050000512-0112 at Point Bank, and any other account of defendant at Point Bank;

  c. Account #300190603 at Admiralty Bank, and any other account of defendant at Admiralty Bank.

The above substitute property is forfeited up to their net value, said value to be determined by the net proceeds realized by the Government after the seizure of the substitute property and the disposition of any third party claims to the property. Any net proceeds obtained from the seizure or disposition of the substitute property that collectively exceed $5,000,000.00 shall be returned to the Defendant Joseph Silvestri.

It is further ordered that the United States Attorney General or her authorized designees shall seize and dispose of the above substitute property in accordance with law and <u>Fed. R. Crim. P. 32(b)(2)</u>.

Done this 13 day of December, 2002, in Chambers in Fort Lauderdale, Florida.

              HONORABLE WILLIAM P. DIMITROULEAS
              UNITED STATES DISTRICT JUDGE

cc: AUSA, Diana Fernandsez
  AUSA, William H. Beckerleg, Jr.
  Jeanne Baker, Esq.