```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,   )  CASE NO. 00-6309-CR-WPD
                            )
          Plaintiff,        )
                            )
     -v-                    )
                            )
JOSEPH SILVESTRI,           )
                            )  Fort Lauderdale, Florida
          Defendant.        )  May 31, 2002
_____)  9:05 a.m.

                          EXCERPT

              TRANSCRIPT OF TRIAL PROCEEDINGS

         BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS
                     U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:     DIANA L.W. FERNANDEZ, ESQ.
                       Assistant U.S. Attorney
                              -and-
                       JAMES R. PAVLOCK, ESQ.
                       Senior Trial Attorney
                       Department Of Justice - Criminal
                       Division

For the Defendant:     RICHARD SHARPSTEIN, ESQ.


Reporter:              ROBERT A. RYCKOFF
                       Official Court Reporter
                       299 East Broward Boulevard
                       Fort Lauderdale, Florida 33301
                       954-769-5657
```

THIS VOLUME:

Pages 1 - 74

# TRANSCRIPT NOT SCANNED

PLEASE REFER TO COURT FILE

Scanned Image - 9;92CR8032 Document 369 page 2 Fri Sep 29 07:35:12 2000