1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,    )  CASE NO. 00-6309-CR-WPD
    )
        Plaintiff,    )
    )
        -v-    )
    )
JOSEPH SILVESTRI,    )
    )  Fort Lauderdale, Florida
        Defendant.    )  June 4, 2002
_____)  9:05 a.m.

EXCERPT

TRANSCRIPT OF TRIAL PROCEEDINGS

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:        DIANA L.W. FERNANDEZ, ESQ.
        Assistant U.S. Attorney
            -and-
        JAMES R. PAVLOCK, ESQ.
        Senior Trial Attorney
        Department Of Justice - Criminal
        Division

For the Defendant:        RICHARD SHARPSTEIN, ESQ.


Reporter:        ROBERT A. RYCKOFF
        Official Court Reporter
        299 East Broward Boulevard
        Fort Lauderdale, Florida 33301
        954-769-5657

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE