

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA

       Plaintiff,

v.

JOHN MAMONE,
      a/k/a "Big John,"
FRED MORGENSTERN,
DAVID MORGENSTERN,
JOSEPH SILVESTRI,
MICHAEL BUCCINNA,
      a/k/a "Mikey Boots,"
DAVID BELL,
JOHN O'SULLIVAN,
      a/k/a "Johnny O,"
MARK WEISS,
MARK CARATTINI,
ANSON KLINGER,
FREDERICK SCAROLA,
CHARLES CLAY,  and
DOREEN RUSSO,

      Defendants.

_____/

## RELEASE OF LIS PENDENS

**GRANTEES: DAVID E. BELL, JR. and STACEY BELL**

**TO:**   **ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER ANY OF THE DEFENDANT(S) AND/OR GRANTEE(S) any interest in the real property described hereinunder.**

Notice is hereby given that a certain <u>lis</u> pendens recorded in the Broward County land records on October 15, 2001, official records Book Number 32235, Page Number 1489  giving notice of the pendency of forfeiture proceedings in the United States District Court for the

Southern District of Florida in the above-referenced case is hereby released and discharged.

This release of lis pendens relates to all that lot or parcel of land, together with its

buildings, improvements, fixtures, attachments and easements, located at 7705 Andes Lane,

Parkland, Florida, and more particularly described as:

**PARKLAND LAKES P.U.D. 102-44 B LOT 42 BLK 3,**
**according to the Plat thereof, as recorded in Plat Book 29683,**
**Page 994, in the Public Records of Broward County, Florida.**
**Property I.D. # 474135021300**

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
WILLIAM H. BECKERLEG, JR.
Assistant United States Attorney
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Fla. Bar No. A5500074
Tel: (954) 356-7314, ext. 3614
FAX: (954) 356-7180