UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS

FILED BY: _____ D.C.

2003 JAN 14  PM 3: 18

CLERK U.S. DIST. CT.
S.D. OF FL.-FTL.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH SILVESTRI,

    Defendant.
_____/

## REPORT OF PROPERTY SEIZED PURSUANT TO
## SECOND PRELIMINARY ORDER OF FORFEITURE

The United States files this Report of Property Seized, pursuant to the December 13, 2002, second-preliminary order of forfeiture, and informs the Court that:

1.    Only one account was seized out of the three bank accounts listed in the second preliminary order of forfeiture; Account #300190603 in the name of Joseph Silvestri, located at Admiralty Bank, was seized with a balance of Thirty Thousand, Forty-Seven Dollars and Seventy-Two Cents (**$30,047.72**) in United States currency, and is now in the custody of the United States Marshals Service.

2.    After deducting the **$30,047.72** from defendant's Five Million Dollars ($5,000,000.00) money judgment, an outstanding balance of Four Million, Nine Hundred Sixty-



Nine Thousand Nine Hundred Fifty-Two Dollars and Twenty Eight Cents ($4,969,952.28) remains.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

BY: _____
WILLIAM H. BECKERLEG, JR.
Assistant United States Attorney
500 E. Broward Boulevard, Suite 700
Ft. Lauderdale, Fl 33394
Tel: (954)356-7314 ext. 3614
Fax: (954)356-7180
Fla. Bar No. A5500074

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed this 14th day of January, 2003, to: Jeanne Baker, Esq., 2937 S.W. 27th Avenue, Coconut Grove, FL 33133.

BY: _____
WILLIAM H. BECKERLEG, JR.
ASSISTANT U.S. ATTORNEY