UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO. 00-6309-CR-Dimitrouleas
             Plaintiff,
v.

JOSEPH SILVESTRI
             Defendant.
_____/

NOTICE OF SERVING SILVESTRI MEDICAL RECORDS

Undersigned counsel hereby gives Notice that she has served upon the United States Probation Officer and counsel for the government, copies of the following medical records of Defendant Joseph Silvestri:

1. Dr. Molina's office (1995-2002);

2. Palm Beach Gardens Hospital (1995 evaluation);

3. Broward General Hospital (June 2002 evaluation);

4. Columbia Cedars Hospital
   (November 20002 evaluation, and December 2002 surgery); and

5. Federal Detention Center (June-December 2002).

Respectfully submitted,

JEANNE BAKER
ATTORNEY AT LAW, P.A.
Florida Bar No. 0880700
2937 Southwest 27th Avenue, Suite 202
Miami, Florida 33133-3703
(305) 443-1600
(305) 445-9666 (fax)
COUNSEL for JOSEPH SILVESTRI

By: _____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument was hand-delivered this 31st day of January 2003, to the following:

    Assistant United States Attorneys
    Brian McCormick and Diana L.W. Fernandez
    United States Attorney's Office
    500 E. Broward Boulevard
    Ft. Lauderdale, Florida 33394
    (954) 356-7255
    (954) 356-7230 (fax)
    **Counsel for the United States**

    and
    United States Probation Officer
    Donald Jefferson
    299 E. Broward Boulevard
    Ft. Lauderdale, Florida 3301-1168
    (954) 769-5515
    (954) 769-5566 (fax)

_____
JEANNE BAKER