UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6309-CR-Dimitrouleas
        Plaintiff,

v.

JOSEPH SILVESTRI
        Defendant.
_____/

### NOTICE PURSUANT TO LOCAL RULE 88.8 (6) REGARDING ANTICIPATED LENGTH OF SENTENCING PROCEEDING

Defendant Joseph Silvestri, through undersigned counsel, hereby files this Notice Pursuant to Local Rule 88.8 (6) Regarding Anticipated Length of Sentencing.

Undersigned counsel, having consulted with counsel for the government, AUSA Diana L.W. Fernandez and AUSA Brian McCormick, hereby notifies the Court that she anticipates calling at least two fact witnesses at Silvestri's sentencing proceeding, but may also call two to three medical witnesses if the government wishes to challenge the contents of the letters provided by those witnesses. If undersigned counsel calls only the fact witnesses, she anticipates that the sentencing will take two hours (including the time to argue Silvestri's Expanded Motion for Downward Departure). If, instead, undersigned counsel also calls the medical witnesses, she anticipates that the sentencing will take two and a half hours.

Respectfully submitted,
**JEANNE BAKER**
ATTORNEY AT LAW, P.A.
Florida Bar No. 0880700
2937 Southwest 27th Avenue, Suite 202
Miami, Florida 33133-3703
(305) 443-1600
(305) 445-9666 (fax)
**COUNSEL for JOSEPH SILVESTRI**

By: /s/ Jeanne Baker



## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument was hand-delivered this 31st day of January 2003, to the following:

>Assistant United States Attorneys
>Brian McCormick and Diana L.W. Fernandez
>United States Attorney's Office
>500 E. Broward Boulevard
>Ft. Lauderdale, Florida 33394
>(954) 356-7255
>(954) 356-7230 (fax)
>**Counsel for the United States**
>
>      and
>United States Probation Officer
>Donald Jefferson
>299 E. Broward Boulevard
>Ft. Lauderdale, Florida 3301-1168
>(954) 769-5515
>(954) 769-5566 (fax)

_____
JEANNE BAKER