# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**
              **Plaintiff,**

v.

**JOSEPH SILVESTRI,**
              **Defendant.**

_____ /

**CASE NO. 00-6309-CR-Dimitrouleas**



## NOTICE OF SUBMISSION OF LETTERS
## FOR CONSIDERATION AT SENTENCING

Undersigned counsel hereby submits, on behalf of defendant Joseph Silvestri, letters from the following family members, friends and business associates for consideration at Mr. Silvestri's sentencing. For the Court's convenience, the letters are numbered in the order in which they are attached, and the primary relevance of each is briefly noted[1]:

1.    Delores Silvestri, wife (no "better husband...father...grandfather"; hard-working, caring, family man; not in good health);

2.    Shanon L. Materio, daughter (generous, kind; "always took responsibility" for family; raised children "with discipline");

3.    Richard C. Silvestri, brother (detailed description of defendant's family background, including extraordinary way in which, from his teen years on when his mother was institutionalized and his father began pattern of abandoning his children, defendant cared for and supported his siblings and ensured his brothers' education; description of defendant's army service and his life-long commitment to helping his family and others in need);

4.    Margie Caparelli, half-sister (description of extraordinary way in which defendant also cared for and provided a home to his half siblings when his father later abandoned his second family as he had his first, sacrificing own pleasures to do so);

_____

[1]Several of these letters are unsigned copies because the originals were provided to predecessor counsel, who may have forwarded them to the Court.

1



5.    Sandra L. Shapiro, daughter ("has always been there" for family; raised children with solid values);

6.    Suzanne Giovinazzo, daughter (active involvement with raising his children and grandchildren; worries about others, not himself; has "age[d] severely" in detention);

7.    Joseph Silvestri, Jr., son ("teacher...protector...friend" to son and many others; "always there when...need[ed]");

8.    Patricia A. McGeorge, daughter ("kindest...most giving individual": "unfortunately sometimes naive");

9.    Philip Materio, son-in-law (supportive, generous, active parent and grandparent; "trusts in everyone, and...will stand by you until the bitter end to a fault");

10.    Jeannette Materio, granddaughter ("center of...family"; "encouraged and inspired" her; supportive, involved grandparent);

11.    James Edward Wilson, grandson (supportive, involved grandparent; paid for Catholic school; "kind, compassionate"; inspired him);

12.    Kristin Wilson, granddaughter (grandmother is "truly devastated"; grandfather has been "light and inspiration in my life");

13.    Shanon Wilson, granddaughter (when she has needed help, he is the "first [she] turn[ed] to"; always helping others);

14.    Sandra Yachovitz, family friend (family man; "worked on civic and school committees and projects");

15.    JoAnn Messinger, family friend ("always ready to help," "generous and kind");

16.    Ashley Goodman, business associate ("compassionate for the less fortunate"; "highly gullible"; "produced about two thousand units of senior housing...for the elderly poor" in New Jersey,..."a positive outcome for society");

17.    Donald A. Connor, business associate (description of defendant's efforts to preserve open spaces in New Jersey and to assist in development of low-income housing; Kiwanis award for revitalizing Lambertville, N.J.).

18.    John G. Dayback, Captain of Police, Keyport Police Department, colleague ("active in Keyport activities and...always willing to help anyone who needed it").

Respectfully submitted,


**JEANNE BAKER**
ATTORNEY AT LAW, P.A.
Florida Bar No. 0880700
2937 Southwest 27th Avenue, Suite 202
Miami, Florida 33133-3703
(305) 443-1600
(305) 445-9666 (fax)
**COUNSEL for JOSEPH SILVESTRI**

By: _Jeanne Baker_

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument was hand-delivered this _31 st_

day of January 2003, to the following:

> Assistant United States Attorneys
> Brian McCormick and Diana L.W. Fernandez
> United States Attorney's Office
> 500 E. Broward Boulevard
> Ft. Lauderdale, Florida 33394
> (954) 356-7255
> (954) 356-7230 (fax)
> **Counsel for the United States**
>
> and
> United States Probation Officer
> Donald Jefferson
> 299 E. Broward Boulevard
> Ft. Lauderdale, Florida 3301-1168
> (954) 769-5515
> (954) 769-5566 (fax)

JEANNE BAKER

The Honorable William Dimitrouleas
        United States District Judge
299 East Broward Boulevard
Ft. Lauderdale, Florida 33301                    October 8, 2002

Dear Judge Dimitrouleas;

        On October 4, 2002, my husband, Joe Silvestri, and I
celebrated our 50th wedding anniversary. We have five children,
13 grandchildren and 4 great-grandchildren and I couldn't have
asked for a better husband or father and grandfather for our
family.
        Joe worked very hard, often six days a week, to care for
us. Sunday was always family day when we would all get together
for dinner, go to football games and parades and enjoy time with
each other.
        I am asking you to please find it in your heart to let him
come home to our family and me. He is not in very good health
and he needs his family's love and care...
        Thank you so much.

Sincerely,

Delores Silvestri



**McMow Art Glass** INC.

Custom Stained Glass,
Glass Carving, Ecclesiastical
Restoration Work,
Showroom & Gallery

The Honorable William Dimitrouleas
United States District Judge
299 East Broward Boulevard
Ft. Lauderdale, Florida 33301

October 9, 2002

Re:    Joseph Silvestri

Dear Judge Dimitrouleas;

  Thank you for your consideration in the matter of sentencing my father, Joseph Silvestri. I have enclosed letters from family and friends. Reading these letters, I notice a common theme. My 71 year old father is a very generous and kind man. He always took responsibility for the people he cares for and loves. He raised his five children with discipline and a respect for life, family and nation.

  We need him home. My mother, also 71, needs him home. I pledge to take responsibility for his future employment. I will pay him a fair hourly wage and a portion will be sent to the courts from each paycheck. This is not much, but it will, I believe, insure that he will be productive and stable. My parents will live out the rest of their lives in quiet retirement near their children and grandchildren.

  Again, thank you very much for your consideration.

Sincerely,


Shanon L. Materio


701 North Dixie Highway, Lake Worth, FL 33460 • (561) 585-9011 • Fax (561) 586-2292
www.mcmow.com

2

**Richard C. Silvestri**
**10680 South Ocean Drive Apt 205**
**Jensen Beach, Florida 34957**
**(772) 229-1581; e-mail: rsilvest@bellsouth.net**

September 10, 2002

The Honorable William P. Dimitrouleas
United States District Court
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

Sir:

This is written on behalf of my brother, Joseph R. Silvestri, awaiting sentencing at the FDC, Miami later this month. With all due respect to your busy schedule I hope that you will find the time to read and ruminate what I write here. Your Honor, these are probably the most important words that I have ever written in my life. I sincerely respect your private and professional time, but at stake is the final years of a man who has done many good things in his life. You and many, many others should know about him.

My brother and I have not spoken in almost two years. At present we are corresponding by mail. At about the time of the past presidential election, when Florida was hung up on its vote tally, as you will recall, Joe was put into jail and a bond was necessary. One was posted, not by me, and upon his release we spoke over the phone. In that conversation, among other things, I told him that he should select his business associates more cautiously. My brother is a proud, obdurate man and also still sees me as his "little" brother. It is hard for him to accept advice from me. The situation was emotional as you can imagine; perhaps I chose the wrong words. At any rate I was never apprised of the situation thereafter and I was on vacation in Yellowstone National Park last June when my sister, Margaret, called me to say that a jury had returned a guilty verdict.

I want to try to fill in some information on Joe and of which you are not aware. Since I really don't know how to begin I'll start at the beginning.

Our father came to the USA having been orphaned at about age 10 as a result of the damaging effects of World War I and the flu epidemic that swept the world about 1918. He

3

entered this nation at age 18 as an illegal alien. In 1926, a year after his entry at Philadelphia, he came to Miami. In 1930 he met and married our mother who was a Miamian since being a toddler and the eldest of a family of five born to our grandparents, both Italian emigrants like our father. What Dad didn't know was that Mom suffered from Schizophrenia which manifested greatly as years passed.

Dad was irresponsible in paying bills and ensuring financial security for his growing family. Joseph (If you will, I will call him "Joe" hereafter as this is the name by which I know him.) was the eldest, born 1931, Chester, NY (Dad was constantly moving to avoid creditors and to find better "luck" in other places. He trucked produce and so followed the growing seasons. He also gambled on the horse races and found it convenient to live proximal to the gambling tracks.) A still-born son came in 1933 in Camden, NJ; Mike in 1935, Florida City; Lou in 1937, Camden; myself in '43 and Jim in '45, both in Miami and Theresa in '48, Carmel, NY. During The War Dad became a bartender which, along with table waiting, became his major occupation for the remainder of his working years. I don't know all the reasons as many have been proffered by Mom's relatives-Dad's gambling, his quick temper coupled with his size and ability to use physical force, his irresponsibility, his laziness-but my father's in-laws, my maternal grandparents and aunts and uncles chose to be non-supportive of our family's financial distress. Nor were they sensitive to our mother's inability to cope with life. In short they were almost a non-existent family to us.

Dad attained citizenship during The War. This process took from 1938 until 1943. In the years prior to '43 he was never able to attain substantial employment due to his alien status. In fact he did work on the installation of the U.S. Navy pipeline from Florida City to Key West at the beginning of The War, but was removed from that employment when it was discovered that he was an illegal Italian alien working on a U.S. government project while this nation was at war with the Axis which included Italy. So Dad's citizenship status also influenced how successful he was financially and which ultimately affected my family's welfare. Once granted he fell into some bad habits and probably into a sort of a defeatist mentality.

In fall 1948, when Theresa was still an infant, my father brought us back to Miami from Carmel. We made the trip in a 1925 Ford stake body truck. All our meager belongings (clothes, mostly) were in produce bushels and we sat on a mattress on the truck bed. At night we slept on

the same mattress. A canvas kept out the elements. It was Joe who had the responsibility to pack us into the truck, while Mom muttered "word salad" and Dad remained in the Bronx for fear of returning to a possible face-off with creditors in Carmel. Shortly after our arrival in Miami, authorities arrived to take my mother, ultimately to the state mental hospital in Chattahoochee, about 550 miles away. Five of us, but not Joe because he was over 16, went to the county home located off Kendall Drive. Joe stayed with Dad and both found work as fish cutters at *Captain Tom's Seafood* on the Miami River and Flagler Street. Joe had dropped out of high school the year before when we went to NY so that he could work to earn money for the family. He worked as a laborer, building a dam near Carmel. He was not able to complete his education and he left during football season, his love, and a game for which he showed great promise. I don't think that he ever got over his having to leave the football team during his junior year with two more years to play, develop and progress to a possible scholarship to college.

Back in Miami again, with formal education and football out of the question, Joe was the more dependable of the two and he was a good worker. Dad played the horses and dated women while Joe worked. Oh, I am sure Joe spent some time and money on fun-fishing and girls-but mostly it was long, tedious hours at work and he worked at least one other job-cleaning fish for a Miami Beach restaurant. At one point Dad went to jail for failure to give as little as five dollars a week to the county for keeping us children and to which he had agreed to contribute. I am sure that Joe gave him the money for us, but Dad had spent it on horses and pursuing the good and free life as a single man again. Nonetheless, Dad was released in short order, none the less for wear, and I think that Joe may have been impressed that the justice system meted out only minor punishments for petty criminals.

In a few months the county home released us into Dad's care. We moved into a two-bedroom apartment across from *Captain Tom's*. Joe had begun working at about age nine in Orangeburg, SC at a potato chip plant. He had worked on farms, delivered newspapers and labored at the dam. Then came events which I remember, as young as I was, and which to me today are incredibly burdensome for a teenager, as was Joe in 1949: Upon our release from the home, we five children joined Dad and Joe. Shortly thereafter Mom's brother, who had been married five or ten years and was not able to have children, took infant Theresa to his home with his wife. Mike went to live with one of Mom's sisters and which became for him a sort of

indentured servitude, leaving us three younger boys, Lou, Jim and myself, at the apartment. Dad meanwhile was involved with an 18 year-old woman from Norfolk, VA and sought to pursue her there. In so doing he traveled to Norfolk with Lou, Jim and me via a Greyhound bus. We arrived in Norfolk penniless, and through a traveler's aide group Dad sent us back to Miami. Joe picked us up at the bus terminal in downtown Miami with a pickup truck borrowed from *Captain Tom's*. It was just before his 18th birthday. In a few days he made arrangements for us to stay with our grandparents who were then in their late sixties and did not have a lot of money. Their home was close to the school, which I began to attend along with Lou. Joe consistently gave money for our support and he bought us presents for Christmas that year. Dad was nowhere to be seen initially, but in spring 1950 he had Joe join him on the road to sell produce. They set up a produce stand on Long Island but it soon folded. In mid-summer they sent for us to join them. Shortly thereafter we arrived in Keyport, NJ.

Joe found a job with a local house builder and Dad went to work as a bartender. Dad got into an affair with a married waitress who soon came to live with us. Over the years he fathered five more children with her. I am proud to call these new additions my sisters and brother and I know that at least two of them have written you for the same reasons that I do. Joe soon met Dee, who was to become his wife to this date, 50 years later, and to give him five children. Even while dating and engaged, Joe, Dee and Dee's parents came to our aid. In 1951 we three younger boys stayed at her home while Dad floundered. Joe continued to provide money so that we boys could have some nutrition and presentable clothing for school. I remember in the spring 1952 that Dad and Frances were in MD for a court appearance because Dad had failed to pay for a shipment of seafood that he was trying to retail. He called Joe from the courthouse there and told him that we needed food, as we had been alone for several days. We were living in Long Branch, NJ about 15 miles from Keyport. I remember Joe and Dee coming to the house that night with cartons of food for us. It was the most food that we had seen in several weeks. The food money came from money that Joe earned doing manual labor in construction and with some factory work. One of the places that he worked was at the Johns-Manville plant where he was exposed to asbestos. Years later, through now infamous lawsuits (which he did not bring), he is now named as a victim of JM's negligence.

Joe was not yet 21 and so had to get Dad to co-signature a car loan. Joe would pay down the loan only to have Dad refinance it and pocket the cash. Indirectly some of that cash was for my support and for my brothers and sisters. Shortly after Joe and Dee's marriage in October 1952 Joe received his draft notice. He was soon stationed at Fort Sill, OK. Even though a high school dropout he became an artillery instructor, teaching, among others, West Pointers about artillery weapons. He rose to the rank of Staff Sargent (E-5) before his discharge at the end of only a two-year service. Meanwhile, living under our father's roof reflected Joe's absence to the military-we ultimately went on welfare. Joe's family was growing, as shortly after his discharge in December 1954 he and Dee had two daughters. At Christmas over the next few years Joe came with Dee and his two children to visit us and I always looked forward to the nicest presents-from them.

In January 1957 Jim and I came back to Miami to live with an uncle, Mike and Lou. In August 1958 my uncle put me on a plane to Newark airport and Joe and Dee were given less than 24 hours notice that I was coming. Several months later Jim arrived with the same short notice. Joe had, apparently, been doing well financially as a mason contractor but his house was small, with one bathroom and there were now three little girls at home sharing the space with two teenage boys. We were given chores to do but for the first time in my life I was well dressed at school and ate ample, regular meals at least three times a day. Jim and I were finally normal teenagers, went to school (Dee made sure we went every day.), but also we went to all the social functions, played sports and any other extra curricular activities we chose. For the first time in my life I could concentrate on my studies and I became an honor roll student as well as a member of two varsity sports. Around the dinner table at night and at other times Joe talked about many things, as did Jimmy and I. Never do I recall his ever talking in a manner that was deceptive, and never did he ever mention cheating people. That just was not his philosophy. He continually talked about working hard, playing hard at football (He played semi-pro at the time.), paying his bills-and the greatness of the USA. It was obvious that he loved the US Army and we often heard him tell of his experiences as an instructor at Fort Sill. He was patriotic to the ultimate. Dad had always talked about how nice it was in Italy, but to Joe the USA was the only place in the world that mattered. Joe and Dee were 27 when we arrived

I know during the six years that I lived there, Joe had to help Dad because Dad was without money and had five kids. At Christmas he gave Dad money so the kids would have presents and Jim and I always received the finest gifts. Money seemed to flow at Joe's house and I must admit that sometimes things bordered on being lavish. In 1959 he became a homebuilder with two partners. For a while the money seemed to roll in and Joe and Dee were very happy and shared their new wealth with Jim and me as judged by how we were treated materially. However, in 1962 things took a drastic turn and Joe filed for bankruptcy. There were probably many reasons for the business failure, there was a recession then, but I think primarily Joe was just not a tough boss. He was just too nice a guy. The workers and subcontractors all spoke so well of his being a nice guy-I know because I worked for him and was around often to hear the comments among the these people, often with their not knowing that I was a brother-I do not resemble Joe much at all. I just think that financial success had come too easily and quickly for him; he was young and had no exposure to running a business-certainly not from Dad-and he thought that the business could be left in the hands of employees. But he hadn't recruited the right people to manage for him and should have been there himself.

I cannot speak for the years after 1963, as I was old enough to return to Florida and have remained here since making my own life. I think that Joe struggled along for several years trying to become a successful builder. He appeared to be successful when he came to visit in 1971 with his new partner, Ashley Goodman. They were in the housing consultation business and they began to do well at that enterprise. Shortly before 1980 he and Goodman split up and then Joe was indicted for his role in Abscam. He paid for the crimes that the jury said he was guilty of in Abscam. I don't know, nor am I sure I want to know, what those crimes were. After his prison time for Abscam he began to develop real estate, to what role I am not sure, and it appeared he was again doing well financially. In 1990 he retired from that and returned with Dee to Florida. I think that he struggled a little financially but a few years later he said he was making money again. He said that he was getting commissions for selling bonds and investments. That sounded wholesome to me. Then he was arrested and charged with racketeering and mail fraud, etc. in early 2000. I don't know all the charges, but it doesn't sound like Joe to me. Cheating people, especially the elderly, out of their life savings is not something Joe can do, but that's what the newspaper said the jury found him guilty of. My brother is proud; he often will not take advice;

he thinks that he can negotiate deals involving enormous sums. But he is not an evil, heartless man. He cares about the young, the poor, the elderly, animals. If anyone or thing is downtrodden he will rally to aid. He likes to distance himself and those he cares for from poverty and knows that only money can do this.

I am not writing this to say he is innocent-nor guilty. I think that Joe has never known any sign of success except money. I think that he become obsessed with distancing himself from poverty and deprivation-not for just himself but for those that he loves and has sworn to himself to protect. The only thing that could have catapulted us from those poverty years when he was growing up with younger, crying, hungry and dirty siblings-was money. If he was ever truly loved by anyone while he was a youngster I am uncertain. But he could see the happiness in our eyes and on our faces when he brought us food, clothes, and presents. He sensed that he was important-if for just those times of giving. Can it not be that a person like Joe begins to equate the ability to earn which equates to the ability to buy with the ability to be loved? And when it works with his siblings, will it not work for his wife, for his children and his grandchildren? Then does not a person like Joe have his judgment clouded somewhat, that in his quest for love he overlooks the obvious-that the yields on investments are too good to be true-because they're not true. Yet he wants so badly for it to be true because he never wants to taste the bitterness of poverty again nor can he bear to think that those he loves, that he is responsible for bringing into this world may have to taste that bitterness. Have you ever tasted that bitterness, Your Honor?

I can go on with many more examples of the hard times that we had growing up and the hard times that Joe saw our family go through. I can recall the living conditions we had in many of these instances. I sense that at this point you have a good mental image of the conditions that went into the makeup of my brother's personality. Yet, through all of it, when I despaired Joe was always ready to make me look at the bright side. There was always a rainbow at the end of the storm; at least that's how Joe made my problems seem. If he did it for me, he did it for others. When I wanted to drop out of college because I was not as successful academically as I had hoped for, Joe told me to stick it out; stick to it and things will turn out just fine. He was right. And that's always been his attitude. Several years ago he said to me, "God will provide." It was the same message all along.

The tragedy in all this is not that Joe may die in jail. The real tragedy is that he may do so not realizing how many people really love him because he is just Joe. It has nothing to do with loving him for his ability to provide money. If he had nothing he would still have the best personality of all his siblings. He is simply the kind of person that everyone likes. I am willing to pledge that were he released Joe will find a different attitude from his family. He can be himself and not worry about money. Surviving is a thing of the past. We are all financially successful to the degree necessary to be happy. I just wished Joe had realized that a while back so that he would not have tried so hard to make more money and get involved with people who are not nearly as kind, gentle and honest as he. You really should get to know him, Your Honor. You, too, would like him and realize that he lacks good judgement because he is trying so hard to see that everyone else is happy. He just doesn't realize that we can be happy with a lot less money than he thinks.

I respectfully request that you do all in your authority to mete out the minimum punishment possible under the law.

Thank you for your time in reading this. I hope that it makes a difference.

Humbly Yours,

Richard C. Silvestri.



**MR. AND MRS. FRANK CAPARELLI**
22618 CR.. 49 ~ O' BRIEN , FL 32071
Phone 904-935-3466 ~ Fax 904-935-3466

DEAREST MOST HONORABLE JUDGE,

WITH THE MOST HIGHEST RESPECT I AM WRITING TO YOU. IF YOU WOULD
PLEASE TAKE 10 MINUTES OUT OF YOUR MOST PRECIOUS TIME TO READ MY
HUMBLE PLEAD. I DO NOT WANT TO ALTER YOUR DECISION , BUT TO TAKE IN
CONSIDERATION OF WHAT I HAVE TO SAY.
I AM WRITING TO YOU FROM THE BOTTOM OF MY HEART. I AM JOSEPH
SILVESTRI HALF SISTER. WE SHARE THE SAME FATHER. JOSEPH IS 71 AND I AM 48
IN WHICH SHOULD TELL YOU THAT I AM FROM THE SECOND MOTHER. OUR
FATHER SHOULD OF NEVER HAD CHILDREN. WE WENT THROUGH MANY
EXPERIENCES THAT COULD OF BEEN MUCH WORSE IF NOT FOR JOSEPH AND HIS
WIFE DELORIS. NOT TO MAKE HIM LOOK LIKE THE BEST GUY IN THE WORLD
LORD KNOWS IF THAT SO HE WOULD NOT BE BEFORE YOU. I AM JUST ASKING
FOR FOR SOME COMPASSION LIKE HE TAUGHT HIS 10 YOUNGER SIBLINGS.
JOSEPH WAS THE ELDEST OF 11 CHILDREN. MY FATHER WAS NOT FIT AND MY
MOTHER EVEN WORSE. JOSEPH'S MOTHER WAS PUT IN CHATTAHOOCHEE
MENTAL INSTITUTE WHILE JOSEPH WAS YOUNG, LEAVING HIM TO RAISE AT
THAT TIME 4 BROTHERS AND 1 SISTER. THEN ALONG CAME US 5 WITH ANOTHER
LADY IN WHICH OUR FATHER NEVER MARRIED.
JOSEPH NOT ONLY FED ,CLOTH AND SAW TO IT THAT HIS 4 YOUNGER BROTHERS
GOT A GOOD EDUCATION .HE FOUND A GOOD HOME FOR THE INFANT GIRL AND
SAW THAT SHE WAS ADOPTED OUT TO A GOOD MIAMI FAMILY THAT RAISED
HER TO BE A SCHOOL TEACHER FOR THE MENTAL CHALLENGED . HIS BROTHER
MICHAEL A LITTLE YOUNGER THAN JOSEPH WAS CONVINCED BY JOSEPH AFTER
A TOUR IN THE US ARMY TO INLIST IN THE US AIRFORCE IN WHICH MICHAEL
RETIRED FROM AFTER SERVING 22 YEARS. HE WE ON TO DO TWO TEN YEAR
TERMS WORKING FOR FORT LEAVENWORTH AND RETIRING FROM THERE WITH
MANY HONORS AND HIS WIFE OF 42 YEARS.
HIS YOUNGER BROTHER LOUIS IS NOW RETIRED WITH HIS WIFE OF 39 YEARS
FROM  METRO DADE FIRE DEPT. AS A LUTENNENT AFTER SERVING MANY YEARS.
HIS NEXT BROTHER RICHARD MADE THE YOUNGEST CAPTAIN FOR THE CITY OF
MIAMI FIRE DEPT. AND IS NOW RETIRED WITH HIS WIFE OF APPROX. 36 YEARS .
HIS YOUNGER BROTHER JAMES IS SINGLE WORKING IN MIAMI FOR A DETECTIVE
AGENCY I THINK FOR A INSURANCE CO.
AS FOR MYSELF I AM MARRIED 17 YEARS WITH 3 BEAUTIFUL SONS AND A GOOD
EDUCATION THANKS TO JOSEPH AND HIS WIFE. I HAVE A LARGE FARM IN NORTH
FL . A RESTATE LICENSES ,CERTIFIED NURSES AID LICENSES ,AND A
BOOKKEEPER DEGREE. MY HUSBAND IS AND IRONWORKER AND HAS BUILT
MANY WINN DIXIE'S AROUND MIAMI AND PUT ADDITIONS ON BUILDINGS SUCH

**4**

AS THE FOUNTAIN BLUE HILTON AND THE SOUTH EAST BANK BUILDING IN MIAMI.

I WOULD NOT BE ALIVE AS NOT FOR MY BROTHER JOE AND HIS WIFE. YOU SEE OUR FATHER DIDN'T CARE AS LONG AS HE HAD GAMBLING MONEYS AND MY MOTHER HAD HER BEER. I WAS STARVED , DIRTY , AND HALF DEAD. WHEN MY SISTER IN LAW AND BROTHER RELISED THIS. HER AS A NEW MOTHER OF TWO BABIES HERSELF TOOK CARE OF MY SISTER AND I CLEANING US UP , FEEDING US BRINGING US TO THE PROPER DOCTORS AND MAKING SURE THAT WE HAD PROPER ATTENDANCE. THEY BOTH OPENED THEIR HOME TO THE 3 MORE CHILDREN THAT WERE BORN AFTER ME. ONE BECAME A POLICE OFFICER FOR POMPANO BEACH POLICE DEPT. THEN A DETECTIVE AND IS NOW RETIRED AFTER 20 YEARS WITH A PENSION AT THE AGE OF 42. SHE IS ALSO A LICENSED REALTOR.

THIS MEMORY WILL ALWAYS STICK WITH ME. WHEN OUR BROTHER MICHAEL WAS GOING TO REPORT TO DUTY IN THE AIRFORCE HE HAD TO GO TO CALIFORNIA FROM NEW JERSEY. HE HAD WORKED AND SAVED PLANE FAIR. WELL GUESS WHO NEEDED GAMBLING MONEY. AND THE NEXT DAY INSTEAD OF BUYING PLANE FAIR HE WAS GOING TO LEAVE TO HITCH HIKE TO CALIFORNIA. WELL MY BROTHER JOSEPH AND HIS YOUNG WIFE PUT A LEAN AGAINST THEIR OLD CAR AND MICHAEL FLEW TO CALIFORNIA. I KNOW THAT IF NOT FOR THESE TWO PEOPLE ALL OF US WOULD OF BEEN WARD OF THE COURTS AND ONLY GOD KNOWS. I KNOW THAT THEY SACRIFICED MANY VACATIONS AND MANY OTHER THINGS BECAUSE THEY ALWAYS PUT US CHILDREN FIRST. IF IT WERE NOT FOR THEM I KNOW I WOULD NOT KNOW WHAT CHRISTMAS, THANKSGIVING , EASTER , OR EVEN A BIRTHDAY WAS. THEY ALWAYS SAW TO IT THAT ALL OF US CHILDREN GOT SOMETHING. NOT TO EASEY TO DO WHEN YOU HAVE FIVE OF YOUR OWN  SMALL CHILDREN TO RAISE AND ONE PAYCHECK.

THESE TWO PEOPLE BURIED MY MOTHER IN A NEW DRESS IN WHICH SHE NEVER OWNED IN HER LIFE . AND STILL GAVE OUR FATHER PROPER BURIAL. THEY HAVE NEVER ASKED ANY OF US GIRLS FOR ONE DIME TOWARDS EXPENCES.IF I HAVE LEARNED ANYTHING FROM THESE PEOPLE IS KINDNESS, COMPASSION, AND NEVER BE ENVIOUS. FOR A HALF SISTER TO WRITE YOU MUST SEE THAT THESE PEOPLE MUST OF BEEN VERY INFLUENTIAL IN MY LIFE . LIKE I SAID I AM NOT TRYING TO INFLUENCE YOUR DECISION. PLEASE JUST THINK ABOUT THE MANY GOODS THINGS THAT THIS MAN AND WOMAN HAVE ALSO DONE. THANK YOU FOR YOUR MOST VALUABLE TIME.


WITH ALL MY RESPECT,

MARGIE CAPARELLI
08-01-02

Sandra I. Shapiro
1028 Woodgate Avenue
Eberon, New Jersey 07740


August 6, 2002


The Honorable William P. Dimitrouleas
U S. District Court
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

Re: Joseph R. Silvestri

Dear Judge Dimitrouleas:

I would like to begin by once again apologizing for my families terrible display of
emotions, during the reading of the verdict, regarding my father. We were in dis-
belief of what was about to become my father's future.

My father is, and will always be the love of my life. He has always been there for
each and everyone of his children, and especially my mother. When he married
my mother fifty years ago, they began with a self-made family, his own siblings. He
did not have a father like ours. He took over the responsibility of raising his brothers,
since his father was not capable of doing so. This also required my mother, to become
their mother. And, what an excellent job they did.

Finally, my uncles finished school, went off to college, or the army or marines, and my
parents started raising five children of their own. My father started out as a mason, and
then started his building career. He provided us with a beautiful home, and taught us all
the meaning of a dollar. As you are well aware, the real estate market has had many
ups and downs, in the past years. My father never spoiled us during the good times,
and let us know when times were tough. We learned very early on, not to live above
your means, and save for your future.

My father should have been an educator. He has an unbelievable memory, and as bad
of a childhood as he had, he remembers it all, and is not embarassed to discuss it. He
learned from it, and his outstanding parenting came from it. What I enjoy most about
my father, is to sit and listen to his experiences during his past seventy years.

We all believe in the juridicial system, and know how difficult your decisions on a daily
basis must be. I am married and have four children, and know how difficult life is for
the average person. My father's future is in your hands right now. I cannot imagine
not spending birthdays, holidays, anniversaries, walks, with my father. Or, just picking
up the telephone and saying, "Hi Dad, I need advice" or "Hi Dad, how are you feeling?",

**5**

for the rest of his life.

We need our father and my children's grandfather in our lives. He is the backbone of the family, and always will be. I think that it is incredible that my parents are still married, and will be for fifty years. That is a great task in itself. My parents don't give up, and more people in the world should share in their moral standards. I truly believe that my father is innocent and not aware of people with the same morals as he.

As much as I would like to think that my parents have several happy, healthy years left, we know that is not realistic, now. My father is not a healthy person. He has suffered quite a few heart attacks, is on blood thinners for clots, and is in desperate need of a knee transplant. His quality of life has diminished and will continue to do so rapidly. Meanwhile, my mother is suffering from loneliness. She lost her lifelong partner. If you can reach in your heart to allow my parents a future, you would give life back to many of us, waiting to see them together, again.

I would like to take this time to thank you for your consideration in this matter, I remain,

Very truly yours,

*Sandra L. Shapiro*

Sandra L. Shapiro

SLS/m
via fax

The Honorable William Dimitrouleas
United State District Judge
299 East Broward Boulevard
Ft. Lauderdale, Florida 333301                    October 9, 2002

Dear Judge Dimitrouleas;

    I am writing this letter in regard to my father, Joseph Silvestri.
    I am the oldest of the five children.  My father has always been my
hero.  He took me hunting, taught me how to ride my bike.  Taught me how
to fish and swim.  He also did these things with my three children.
    He has always been there for me in good times and bad and always
supported me in all my decisions, right or wrong.
    I have visited my father almost every week since he has been
incarcerated.  I have watched him age severely in the past several months.
I have watched his health deteriorate, his sense of humor go away, and all
of his trust leave him.
    Instead of worrying about himself, he worries terribly about my
mother, my siblings and his grandchildren. He always worries about everyone
else -- never himself.
    I'm sure you've read about his health problems.  If there is any
possibility that his sentence can be reduced to time served and house
arrest or probation so he can get the health care he needs, we would
appreciate it a great deal.
    My parents just had their 50th anniversary and couldn't see each
other.  Out of their 50 years of marriage, this had to be the most devastating
day of their lives.
    I don't know how long my father will live, but I hope you can
find it in your heart to decide to let him be with his family for the rest of
it instead of prison.
    Thank you for taking the time to read my letter.

Sincerely,

Suzanne Giovinazzo

**6**

October 9, 2002

Dear Judge Dimitrouleas;

I'm thanking you in advance for taking the time to read this short letter.
Thank you.

My Dad, my teacher, my protector as a child, and my friend, Joe Silvestri.
It's unknown to me if I will still have all of that around soon.  Not only a teacher
and friend to me, but to many other people, especially young kids, that have learned
from him sports, history, construction, etc.  He is always there when you need
someone to listen or need advice, or just need someone who cares.  Joe, my dad,
has always shown his love for his family.  I am his only son.  I'm married with 2
children; a son Joe Silvestri the 3rd who just turned 2 years old who doesn't know
his grandfather yet, and a daughter Janessa who is 10 years old who does know her
grandfather well and has learned a lot from him.  I am just dreaming of having this
special person around, especially for my young children.  And dreaming of any
opportunity to take care of him, considering his health is not well.  Joe always
dreamed of having a grandchild that would carry the family name Silvestri and at the
age of 70, his dream came true.

I, my wife Jeanette, little Joey and Janessa would love an opportunity to share
our life with him, what time might be left for him.  In our eyes, he has always been the
perfect Dad, Husband, and especially, Grandfather.

We all feel an emptiness in our hearts that needs a lot of healing.  I need my
Dad, I want my Dad, I love my Dad.  I feel as when a child.  It's difficult to explain, but
if I can only be with my Dad.

Sincerely,


Joseph Silvestri, Jr.

**7**

Patricia A. McGeorge
50 Sternberger Avenue, Unit 14
Elberon, New Jersey 07740

August 5, 2002

The Honorable William P. Dimitrouleas
U.S. District Court
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

Your Honor:

I am writing to you on behalf of my father, Joseph R. Silvestri. While I
acknowledge your obligation is to deal with situations such as my fathers
from a legal aspect, I only wish you could recognize the more human and
personal nature of Joe, the husband, father, grandfather, great-grandfather,
friend......

This man I regard as one of the kindest and most giving individuals I have
ever known.  Through situations beyond his control he was forced with the
task of raising and providing for his own siblings, as a very young man. At a
young age he learned to provide for those in need. In his adult life he chose
building as his profession and built no less than thirty senior citizen
projects in hope to provide more affordable housing for those in need or on
fixed incomes. That is the nature of the man; honest, caring, giving,
unselfish, but unfortunately sometimes naive. This is his misfortune, his
subsequent downfall.

As his youngest child, I could not attend his trial, as my obligation was to
my son, Brandon. Regrettably, I could not be there for my dad in his time of
need as he was for me countless times. Please find it in your heart to excuse
my families conduct in your Honors' courtroom. They were acting out not in
disrespect for you or the Jury's decision, but instead at the loss of their
fathers freedom, and the fear of Dad not surviving his incarceration. With
his advancing age and health concerns, it was viewed as a death sentence.

My five-year-old son Brandon, adores his PopPop.  Please don't deny him
the chance to see his grandfather alive again.  See it in your wisdom to
allow my son to learn from my Dad's good attributes and bad, as with all of
us, its a positive learning experience.

Your Honor, also this year my Mother and Father will be married fifty years
on October 4th.  In this day and age I think this is a great accomplishment.

I am thanking you in advance for your consideration of my families concerns.

Thank you,

The Honorable Judge William P. Dimitroules
Judge of the United States District Court
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

Dear Judge Dimitroules;

  My journey with Joseph Silvestri began nearly 25 years ago on December 18, 1977, when I met and fell in love with his daughter Sharon while attending Florida Atlantic University in Boca Raton, Florida. Joe and I had never met, and seeing as Sharon and I married very quickly within a few weeks, we did not have a wedding as such. Just a few good friends but a love bond that has lasted until this day.

  On our honeymoon, we visited our families and I had the opportunity to meet that man who had become my father-in-law. We knew nothing about one another and the anticipation, as you can expect, was unbearable. I was just a young man as a fresh graduate of college and had very little money and a temporary construction job. Certainly not the kind of person a father with tremendous expectations of the only child of his family to attend college would want to marry his daughter. But not only is love blind, but it also knows no barriers and I thank God for that.

  The moment I met Joe, I knew that I was a part of a new family. It was something I did not expect, there was no having to prove myself, the simple fact that Sharon believed in me and I in her seemed to be good enough for Joe. He asked me to take care of her and keep her happy which I promised to do.

  Sharon and I came back to Florida after our visit and proceeded to start the business, which we still run to this day. We were determined to make it on our own and we both feel that we have succeeded in raising a family of our own (3 children) and creating and nurturing a business with a great reputation for honesty and fairness.

  These attributes do not come easily for a lot of people. They are learned when young and too many families get caught up in the daily routine of life and forget the important values of living. Thanks to Joe and Dee Silvestri, these values were not lost on Sharon and I can thank my mom and dad for instilling these values in me. How lucky can one get to meet someone with similar values and life goals?

  My life with Joe took another turn about ten years ago when Joe and Dee moved to Florida within 5 minutes of our home. I got to know the man as a father for the first time. No longer was he a "by marriage" relative to me. Joe was the family I was missing for 15 years. My family all lived in the North and except for visits north or south, we only talked by phone. It sure was nice to have someone here to bounce those life scenarios off of. Always there to help and never asking anything in return. My children became a part of his life and he a part of theirs. When my son P.J. was born it seems a new chapter of Joe's life had begun. He taught P.J. all of the things a little boy needs to know from a grandfather's point of view; fishing, swimming, outdoormanship and a love of life and history.

  All this being said, my relationship with Joe has all of a sudden taken an unexpected turn. The events that have transpired these past few months have exposed emotions and feelings that are foreign to me. I have also known Joe to be one of the most caring, gentle, firm, trustworthy, honest and sincere man I have ever met. Not once in our relationship have I ever been lied to by Joe or has he given any reason for me to question his motivations. He is an up-front guy and you know what is on his mind. If he does not agree with you, he will tell you. One always knows where he stands and where you stand in his mind. He trusts in everyone, and if he believes in you

he will stand by you until the bitter end to a fault. I sat through the trial and heard many things that surprised me and many things were said about Joe that I know were not true. I heard the prosecution lay forth a case against many men of whom Joe was one. None of the others believed enough in their innocence to pursue justice. Joe did! It was not that he was naïve or stupid, but that he believed in justice and was willing to let justice take its course. But it seems, like love, justice, too, can be blind.

Joe was caught up in something that was spinning out of control, and I believe did not have the tools to deal with it. Obviously, he got bad advice from bad people who were willing to use anyone who was willing to be used. Joe lost. And, unfortunately, I too lost and my wife and children lost. We lost a loving father, a great friend and a terrific grandfather.

I still believe in American justice and the values we stand for. At seventeen, my dad fought on D-Day in Normandy and was wounded twice – once in France and once in Germany – to preserve what is good about America. I am watching a good family being destroyed by matters that I truly do not fully understand. But my faith in human nature tells me not to give up and justice will prevail.

I am not in the habit of appealing to people for help. Sharon and I have always tried to work things out the best we can. But we are out of our league here and really are relying on the wisdom and virtues of others.

Your Honor, please take a look at the man who Joseph Silvestri is and judge him on the things as a citizen he stood for. Please consider his age, at 71, he is in the twilight of his life. A harsh sentence is a death penalty for Joe considering his health. Please, Your Honor, have compassion on our family. We all miss and love Joe very much, help us get him back in a timely fashion. If it is in your power, please take the time to review Joe's situation and possibly help save a good man and a family worth saving.

Thanks for listening.

God Bless,


Philip Materio

Jeanette Materio
339 Alhambra Place
West Palm Beach, Florida 33405


June 10, 2002


Your Honor;

Unfortunately, the scene in the courtroom on Thursday was just as the newspaper described; bedlam. I understand the horrible inappropriateness of my family's actions and I am deeply sorry on their behalf. The amount of emotional stress that we have been faced with is inconceivable. When my mother fainted, the emotional breaking point was reached for many and the chaos ensued. Today, we all continue to be faced with the kind of distress and sadness that would break most. I could never fully put into words the amount of love that is felt by so many for my grandfather. He is the center of my family. I can only offer a glimpse of his importance to his family and so many others, including myself.

At the age of eighteen, my grandfather did things that I cannot imagine myself being strong enough to do at the same age. With his eighth grade education, he found work and an apartment and rescued his four brothers and two year old sister from an orphanage after his mother was committed to a mental health facility and his father left the family. He raised all of those children until they were able to graduate from high school and become self sufficient adults.

As an eighteen year old myself I am only beginning to embark on my future. My grandfather has been the man who has always encouraged and inspired me to be great. He is the man who always told me that I could choose any path. I have interviewed him on his many life experiences including his service in The United States Army and his involvement in the Korean War. He is the man who taught all my cousins and I how to fish. When an animal is hurt he is the man who sets the broken wing, feeds the wildlife in his backyard, and prepares the funerals for the hamsters and various other pets who have left us over the years. He has always been available to tell a story or answer a question. I was in the courtroom almost every day and had ample time to come to terms with what could happen but when the verdict was read I was still unprepared. I can never express the pain in my heart. It feels as though I have lost another grandfather and the thought of not spending time with him again is simply unbearable.

Again I apologize and I beg you to consider his poor health, his family, and the eight out of thirteen grandchildren who are too young to comprehend the situation and

who desperately need the opportunity to say good bye to their "poppop." We all need him so very much and are desperately hoping that he will have the chance to spend his weeks before sentencing at home with us.

Thank you in advance for taking the time to read this letter.

With Great Sincerity,
Jeanette Materio

JAMES EDWARD WILSON
2432 S.E. Garden Terrace
Port St. Lucie, FL 34952

August 6, 2002

The Honorable Judge William P. Dimitroules
Judge of the United States District Court
299 East Broward Boulevard
Fort Lauderdale, FL 33301

RE:  Joseph Silvestri

Dear Judge Dimitroules:

This letter is in regard to my grandfather, Joseph Silvestri. Before passing sentence, I think you should know what a great man he is, not only to his family, but to friends and strangers as well. I spent more than half of my life with my grandmother and grandfather. I caught my first fish with my grandfather. He co-signed for my first vehicle and it was my grandfather who paid to send me to Catholic School so that I could receive a better education and learn right from wrong. My grandfather would never willingly harm or deceive anyone. He is a kind, compassionate and a gentle man, not a criminal. He stood behind me when I was making the wrong decisions in life and without criticism showed me the right direction. He inspired me to know that I can be a better man and achieve anything life has to offer, and those are words I live by everyday. So please know my grandfather as a man, not as a faceless defendant sitting in your courtroom.

I can only plead with you to pass down a fair and suitable sentence so that he may come home to us soon. Please find it in your heart to be lenient when you decide his fate, for it is not only my grandfather who is serving this sentence, it is all of us.

Thank you for your valuable time.

Sincerely,

*James Edward Wilson*

James Edward Wilson
Grandson

**11**

8-4-02

Dear Honorable Judge Dimitrouleas,

I am not going to write you to proclaim the innocense of my grandfather, Joseph Silvestri. What is important now, is his future, which lies in your hands.

For some time now, my grandfather has not been in great health. If you send him away for a long time, I fear that he will not live that long and will not come home to his family. I fear for my grandmother's survival as well. This has truely devastated her. Her blood pressure is extremely high and she has not been holding up very well.

My grandfather has 13 grandchildren and 4 great grandchildren. It would be a crime to not allow the small children to get to know him and how wonderful

**12**

this man truely is. He has been the light and inspiration in my life. I am the person that I am today and have accomplished all that I have because of the influence of this man. He is my grandfather, my rolemodel, and my friend.

Please consider the importance of this man to myself and the rest of the family when deciding his sentencing.

Thank you sir for your time and for listening.

Sincerely,

Kristin Wilson

Dear Judge Marisoles,

I greatly appreciate that you are going to take the time to read this. My name is Shanon and I am one of Joseph Silvestris Grandchildren. I want to start off by saying my grandparents have been there for me from day one. If I ever needed help with anything, he was the first to turn to. I am still in the state of shock that my grandfather was accused of anything of the kind. He has never hurt a soul in his life. He has helped more people than I could even tell you. People he has hardly even known he has helped. I am not going to sit here and brag all day that I have a wonderful grandfather because I know that you do not want to here that. I have three out of four of his great-grandchildren and right now is an extremely hard time in their lives right now. Right now as I speak their grandmother, my mother in law is dying of cancer, we are looking at weeks, if that. I never imagined that I would have to explain to my four, three and one year old that their Nana is extremely sick and within weeks I will be explaining that she has gone to heaven. It's going to break their little hearts. The reason I am telling you this is because I may have to do it to them twice by telling them they may also not see their great-father either. If my grandfather goes to prison, they will be missing another person in their life. I just want my children to know him and know the good things he has done in this world.

Your Honor, I am not trying to give you a sob story. This is just all hitting us at once, my Mother in law and then my grandfather. My grandfather is very sick also and I know that if he goes away he will not come out alive. Please just take into consideration all of the good things he has done for people. Once again I appreciate you taking the time to read this.

Sincerely,
Shanon Wilson

**13**

Sandra Yachovitz
335 Golf View Dr.
Little Egg Harbor N.J.
08087

August 8, 2002

Honorable William P. Dimitrouleas
US District Court
299 East Broward Blvd.
Fort Lauderdale, Fl.
33301

Dear Sir :

I write to you regarding a friend of mine, Joseph Silvestsri, whose case is before you.

I know Joe and his wife Dee from the town where we raised our children. We often worked on the same civic and school committees and projects. In the more than 30 years I have been privileged to have the Silvestris for friends, I know the single most important focus in their lives has been family. Along with helping to raise his own brothers and five offspring, Joe has been instrumental in the lives of his many grandchildren....passing on his passion for fishing, the environment, and his love for nature in general.

I ask that you take into consideration Joe's age, health, and the important role he plays in the lives of his wife and extended family when you make your decision on his future and where it will be spent.

Sincerely,

*Sandra Yachovitz*

November 12, 2002

Dear Sir:

I have known Joseph R. Silvestri for 45 years. I babysat for his children when I was a teenager growing up in Keyport. Joe became a long-time family friend, devoted to his family and always ready to help his friends. He gave my then-future husband a job when he needed one and always welcomed anyone into his home. He gave his brothers shelter, food and education without expecting a return. He has been our friend all through our lives, generous and kind.

Please be lenient with Joe, he does not deserve such a sad ending to a well-lived decent life.

Sincerely yours,

JoAnn Messinger (Mrs. Arthur)

**15**

**ASHLEY GOODMAN**
Attorney at Law
P.O. Box 231
Livingston, NJ, 07039
Tel: 973 992 3421
Fax: 973 992 4276

August 6, 2002

The Honorable William P. Dimitrauleas
U. S. District Court
299 East Broward Blvd.
Ft. Lauderdale, FL, 33301

Re: Joseph R. Silvestri.

Dear Judge,

I am writing to you on behalf of Joseph R. Silvestri whom, I understand, you will shortly sentence for the conviction of a litany of crimes. I do not know the specifics of these events but I do know Joseph, having been a business associate of his for about ten years i.e. from the early Seventies to the early Eighties.

I am seventy seven years of age and have been a member of good standing of the New Jersey Bar for over 50 years and I was formerly a member of the Florida Bar, admitted in fifty six before I allowed my license to lapse some years ago.

I knew Joseph and his entire family quite well and was considered by several members as a brother. I can speak about the positive and negative aspects of his persona in some detail. I hope this will explain and perhaps mitigate the most serious aspects of his derelictions.

Joseph is extremely intelligent with a limited formal education. He is overly ambitious, very optimistic, endowed with a great sense of humor, a charismatic personality, natural leadership, a good natured and kindly disposition. He is extremely hospitable, most compassionate for the less fortunate. He is endowed with a remarkable memory and with the capacity to absorb large quantities of information and present it intelligently. He might have been a professor in an alternate universe.

He is also highly competitive with a large and fragile ego. He is highly gullible despite his intelligence because, I suspect, of his optimism and this, I believe, is the primary source of his downfall. He will ignore the obvious in pursuit of the victory

He loves to be associated with the rich, the famous and the powerful and he insists upon dropping names of these notables whenever possible to bolster his ego and concept of self worth. He will intimate that he is more closely allied to these powerhouses than the facts would allow. He can be taken in by a preposterous story even though it is riddled with contradictions that a lesser mortal would and should question. This became a primary source of contention between us since I prefer a more diffident relationship with the high and the mighty whom I distrust and my legal training led me to deplore contradictions in close associates. This difference in attitude led to our breakup. Unfortunately, Joseph is a believer in the good yarn and can be easily ensnared in its warp and weft.

**16**

2

None of this can excuse his derelictions but it may explain a paradoxical character that is essentially quite good taken on balance. He is not, I emphasis, an evil man, to the contrary. My ten years with him were quite productive and socially good. We produced about two thousand units of senior citizen housing under State and Federal regulations in the State of New Jersey for the elderly poor. I am proud of these endeavors and accomplishments. It was difficult and rewarding work with a positive outcome for society. Joe proudly shared these moments with me. I felt that we made an important and lasting contribution to civilization.

Very truly yours,

Ashley Goodman



December 10, 2002

The Honorable William P. Dimitrouleas
U.S. District Court
299 East Broward Blvd.
Fort Lauderdale, FL 33301

Your Honor,

I am writing this letter on behalf of Joseph Sylvestri, a person I have known for approximately 30 years.

Before I begin, please allow me to provide you with a little background about myself. Under the direction of Governor Dick Hughes, State of New Jersey, I was instructed to set up a new real estate department land acquisition within the Environmental Protection Agency, called the Green Acres Program, which was intended to fund land preservation within the State. I held this director position for 22 years under four or five different Governors. I am currently the Senior Vice President of Penninox America Corporation, a steel manufacturer in Trenton, NJ. We currently have plans for facilities in both New York State, and Klaipeda, Lithuania.

I first met Joe in my office in Trenton, in 1970. He was accompanied by Mr. John Rena, who was the director of the New Jersey Housing Finance Agency, under Governor Cahill. At this time, Joe was financing a piece of ground in the Atlantic Highlands, NJ, and was fighting to keep a piece of this land as an open space for the people in the community. He personally financed the engineering and legal fees for this project until our department could reimburse the mayor of Atlantic Highlands for the lien.

Joe fought to have us convert Twin Lights, an overlook for ships arriving in New York Harbor, into a state park. Joe also convinced us to purchase a piece of land, Natco Lake in Hazlet, NJ, to be preserved for the fresh saltwater fish. In 1985, he won an award from the Kiwanis Club, for aiding in the revitalization of Lambertville, NJ, a small, picturesque city on the Delaware River. The plaque he received read: "To Joe Sylvestri, the man who turned Lambertville around."

In addition to preserving open space, Joe worked as a Housing consultant for the State Government. He helped the state of New Jersey with their financing of moderate and

low-income housings in Keyport and other parts of the Jersey Shore. If I remember correctly, he was also working with the Farmer's Home Financing Agency. He helped director Bill Green, now Congressman Green, of New York, finance a large water storage facility, and helped sponsor the Governor's outing for ex-Judge, Governor Brendan Burns.

Joe has always been very interested in preserving open space for future generations. That is one of the reasons why he got along so well with our department, the Environmental Protection Agency. Joe was, and still is, well respected for his innovative ideas, and his desire to improve the quality of life for New Jersey citizens.

Thank you very much for your time, Your Honor.

Sincerely,

Donald A. Connor
*Senior Vice President*



### BOROUGH OF KEYPORT
### DEPARTMENT OF POLICE

18-20 MAIN STREET • KEYPORT, NEW JERSEY 07735
TELEPHONE: (732) 264-0706    FAX: (732) 739-0610



To Whom It May Concern                                      Nov, 13,2002

Please be advised that I have known Joseph Silvestri for over 30 years. His oldest daughter Sue and I attended High school together and spent a lot of time together remaining friends over the years. I have always regarded Sue's Dad as a Caring and supportive Farther. He and his Wife were always active in Keyport activities and were always willing to help anyone who needed it. I'm not to sure of the circumstances for which I'm writing letter but I do respectfully request that the Court also take into consideration Joe's positive contributions over the years. I do feel that if he is given the chance to return to his family they all will work together to please the court and bring this situation to a close.

Respectfully Yours

John G. Dayback Jr.
Captain Of Police
Keyport Police Department

**18**