UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6309-CR-DIMITROULEAS (S)(S)

UNITED STATES OF AMERICA,

            Plaintiff,

v.

JOSEPH SILVESTRI,

            Defendant.

_____

### GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S EXPANDED MOTION FOR DOWNWARD DEPARTURE AND INCORPORATED MEMORANDUM OF LAW

The United States of America, through its undersigned Assistant United States Attorneys, files this response in opposition to defendant's expanded motion for downward departure.[1] For the reasons set forth below as well as those contained in the two prior responses filed by the government (D.E. 1188 & 1208), the government submits that the defendant's motion should be denied.

The defendant requests in his latest pleading a downward departure which would allow the defendant to serve his sentence in home confinement rather than incarceration based on a combination of factors: age, infirmities, prior good works, family circumstances, and overrepresentation of prior criminal history. Every basis claimed by the defendant is generally discouraged as

---

[1]    The PSI calculates that the defendant's total offense level is 37 and with a criminal history category of II, the defendant's guideline imprisonment range is 235 to 293 months.



grounds for departure under the Sentencing Guidelines. Defendant's motion however attempts to place as much as possible before the Court in a hope that somehow the total will result in more than each individual factor. But, a closer look at the facts being alleged by the defendant make it clear that a departure is not warranted under any of the grounds or even considering them as a whole.

<div align="center">Factual Background</div>

While the defendant has been in Bureau of Prisons custody, a cardiac examination and other tests were performed at Jackson Memorial Hospital beginning on approximately November 26, 2002, and it was recommended that the defendant undergo bypass surgery. On December 2, 2002, the defendant refused to sign the authorization to conduct the surgery and the defendant was returned to F.D.C. Subsequently the defendant consented to have the surgery, he was transported to Cedars Memorial Hospital (Cedars) and a triple bypass was successfully performed on December 10, 2002. The defendant remained at Cedars until December 17, 2002, while recuperating and then was again returned to F.D.C.

Attached to this response are copies of the medical records from Columbia Cedars Hospital and FDC (for the time period since the defendant's return from Cedars).

<div align="center">2</div>

<u>Claimed Basis for Downward Departure</u>

<u>Age and Infirmities</u>

There is no question that the defendant is 71 years of age and has some health problems. However as noted in the Sentencing Guidelines 5H1.1, "[a]ge (including youth) is not ordinarily relevant in determining whether a sentence should be outside the applicable guideline range." 5H1.1 continues on to state that "[a]ge may be a reason to impose a sentence below the applicable guideline range when the defendant is elderly and infirm and where a form of punishment such as home confinement might be equally efficient as and less costly than incarceration."

5H1.4 of the Guidelines addresses a defendant's physical condition (emphasis added):

> Physical condition or appearance, including physique, is not ordinarily relevant in determining whether a sentence should be outside the applicable guideline range. However, an <u>extraordinary physical impairment</u> may be reason to impose a sentence below the applicable guideline range; <u>e.g.</u>, in the case of a seriously infirm defendant, home detention may be as efficient as, and less costly than, imprisonment."

Neither the defendant's age nor his physical condition reach the level that would justify a departure. Although elderly with some health problems, he is certainly not seriously infirm nor is he incapacitated.[2] His infirmities simply do not rise to such an

---

[2]    The defendant also claims to have had multiple heart attacks in the past. The defendant's primary physician, Dr. Molina, however has no medical records supporting this claim.

extraordinary level to justify a departure. The government has addressed this ground for departure in its previous responses and would respectfully ask the Court to consider those arguments and cases.

Defendant's expanded motion also includes letters from the defendant's primary physician, Dr. Molina, and a cardiologist, Dr. Bilsker. The government has had an opportunity to speak with both of these physicians by telephone with defense counsel on February 4 and 5, 2003, and would add these facts and clarifications to the letters that have been submitted.

Dr. Molina is not a heart specialist but rather an internist. Although the tests which Dr. Molina had performed on the defendant in 1995 showed various areas of blockage in the heart, no surgery was performed or even recommended from that point until the defendant's incarceration.

Dr. Bilsker, although a cardiologist, has never examined the defendant. Dr. Bilsker did confirm that at the time the defendant was admitted to Cedars in November 2002, he was not experiencing congestive heart failure. This is of course in direct contradiction to Dr. Molina's predictions in his November 5, 2002, letter that the defendant was going into congestive heart failure.

Therefore it appears from the medical history submitted by the defendant that although he has had heart disease for over seven years, it has required nothing more than medications and monitoring by his primary physician.

4

Dr. Molina's letters also describe the defendant's history of thrombosis of the deep venous system of the right [sic] leg.[3] Dr. Molina explained during the telephone conversation that the defendant was diagnosed with this condition, which is a blood clot in the leg, in 1995. Dr. Molina stated that this condition is generally caused by obesity, injury, or inactivity. This condition required hospitalization of the defendant in 1996 and 1998. The treatment since those incidents has been to place the defendant on Coumadin, a blood thinner, which then must be monitored.[4]

Previously it had appeared that the defendant's most serious health consideration was his heart. That problem has now been addressed through the triple bypass surgery conducted while the defendant was in custody. Therefore other than a continued monitoring of medications, this prior health problem has been resolved with no cost to the defendant. None of the other conditions recounted in the defendant's medical history are life threatening and all are being controlled through medication.

The medical records from FDC make it clear that the defendant is receiving his necessary medications and has access to the health unit at FDC for any other health complaints. There have been no major complaints reflected in those records.

---

[3]    The medical records provided to the government indicate this was actually the defendant's left leg.

[4]    This treatment has continued and the levels monitored since the defendant has been incarcerated with no incidents (See attached FDC records).

The government intends to call a witness at sentencing who will specifically address the ability of the Bureau of Prisons to handle an incarcerated defendant with the type of health considerations which exist here. The government submits that the complaints contained in the 1994 GAO report are no longer valid and that the Bureau of Prisons is more than capable of dealing with the defendant's situation.

In all, neither the defendant's age nor his health problems raise his situation to such an extraordinary level that departure should be granted.

Prior Good Works

The government has addressed this ground for departure in its response to the defendant's motion for downward departure (D.E. 1188) and would rely on its previous arguments. The defendant's expanded motion for downward departure provides no further significant facts which would justify a departure and the government continues to submit that a departure on this ground should be denied.

Exceptional Family Circumstances

The defendant now argues that because his wife is depressed due to his conviction, attaching a copy of a letter from a psychologist who has seen the defendant's wife on one occasion for approximately two hours, a downward departure is warranted. Such is simply not the case and the cases cited in the motion do not support a departure on this ground. Further, on February 5, 2003,

6

the government and defense counsel spoke with the psychologist by telephone. Dr. Kassover acknowledged that all the information she recounted in her report comes from either the defendant's wife or her daughter and that she did not review any medical records. Dr. Kassover further stated that although the defendant's wife expressed thoughts of suicide, Dr. Kassover did not believe she was seriously considering it. As the doctor acknowledged, if she believed the defendant's wife were serious, she would have committed her under the Baker Act. That was not done.

5H1.6 addresses family ties and responsibilities and states that they "are not ordinarily relevant in determining whether a sentence should be outside the applicable guideline range." As the cases cited by the defendant indicate, departures on this ground are not prohibited, but should be applied in only the most truly unusual or exceptional situations. Such is not the case here.

The defendant's wife has understandably become depressed over her husband's conviction and upcoming sentence which in all likelihood will involve incarceration. However, "[d]isruptions of the defendant's life, and the concomitant difficulties for those who depend on the defendant, are inherent in the punishment of incarceration.... Disintegration of family life in most cases is not enough to warrant departures." *United States v. Gaskill*, 991 F.2d 82 (3rd Cir. 1993) (citation omitted).

The defendant has not portrayed any truly unusual or exceptional circumstances which would justify a departure on this

ground. *See, e.g. United States v. Gallegos*, 129 F.3d 1140 (10th Cir. 1997)(no departure warranted where defendant was sole support for 6 year old son and partial support for parents); *United States v. Rodriguez-Velarde*, 127 F.3d 966 (10th Cir. 1997)(sentence vacated and remanded - abuse of discretion in granting departure for widowed defendant with three minor children); *United States v. Rybicki*, 96 F.3d 754 (4th Cir. 1996)(sentence vacated and remanded - defendant's 20 years of military service, decorated Vietnam veteran, nine year old son with neurological problems, wife with fragile mental health and other factors insufficient to justify departure).

Therefore the defendant's family situation also does not justify a departure.

<u>Overrepresentation of Criminal History</u>

Defendant also argues that a departure should be granted which would take defendant's criminal history category to 1, claiming that he only had one prior conviction which barely extended into the 15 year period under 4A1.3.

The defendant's prior criminal history was properly calculated in the PSI and should not be altered.

4A1.1 provides that 3 points should be added for any prior sentence of imprisonment which exceeded one year and one month. The defendant was convicted of bribery on December 12, 1982, released on bond pending sentence and appeal, and finally commenced

serving his three year sentence on March 5, 1984. He was released from custody on March 17, 1986.

4A1.2(e)(1) provides that -

[a]ny prior sentence of imprisonment exceeding one year and one month that was imposed within fifteen years of the defendant's commencement of the instant offense is counted. Also count any prior sentence of imprisonment exceeding one year and one month, whenever imposed, that resulted in the defendant being incarcerated during any part of such fifteen-year period.

There is no question that the defendant's prior conviction properly fits within 4A1.2. The criminal activity charged in the instant matter commenced in 1999, well within the fifteen year time period. The defendant however argues that his criminal history is overrepresented and requests a departure under 4A1.3.

The defendant's motion cites absolutely no authority for finding that the defendant's prior conviction is improperly counted. Rather, two of the cases simply deal with the district court's improper application of departure (*Smith* and *Collins*). And in *Rucker*, the appellate court specifically held that the district court had improperly looked behind the convictions to grant a departure. Finally, in *Baltas*, the sentence was affirmed; defendant had to concede that there was no legal error since the defendant's prior incarceration continued into the 15 year period.

Rather, defense argues that somehow because the defendant had been allowed to remain out on bond pending sentence and appeal of his prior conviction, that he should now gain another benefit by not counting this conviction in his criminal history category. There is no question that the defendant's prior conviction places

9

him in a Criminal History Category II and the defendant has offered no viable reasons or support for a downward departure on this ground.

<u>Totality of the Circumstances</u>

The defendant having failed to present individual factors which would justify a downward departure, he concludes by arguing that somehow the totality of his circumstances should justify a downward departure.  This argument too must fail.  The defendant has not presented a sufficient basis for the Court to consider, even collectively, the myriad of factors advanced by the defendant as justifying departure.

> The government recognizes that the Sentencing Commission does not foreclose the possibility of an extraordinary case that, because of a combination of ... characteristics or circumstances [that are not ordinarily relevant to a departure from the applicable guideline range], differs significantly from the "heartland" cases covered by the guidelines in a way that is important to the statutory purposes of sentencing, even though none of the characteristics or circumstances individually distinguishes the case. However, the Commission believes that such cases will be <u>extremely</u> <u>rare</u>.

U.S.S.G. § 5K2.0, p.s., comment (emphasis added).

All of the factors which defendant has cited are discouraged factors under the Guidelines.  The defendant has failed to demonstrate that any of the factors are "present to such an exceptional degree or in some other way that this case is distinguishable from an ordinary case where the factor is present." *United States v. Hoffer*, 129 F.3d 1196, 1200 (11th Cir. 1997).  *See also United States v. Pickering*, 178 F.3d 1168 (11th Cir. 1999).

10

The defendant's situation simply does not fall within those extremely rare cases where departure should be granted.

<div align="center">CONCLUSION</div>

WHEREFORE, for all the foregoing reasons as well as those contained in the government's previous responses, the government respectfully requests that this Honorable Court deny the defendant's motion for downward departure.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
J. BRIAN McCORMICK
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500084
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 356-7392
Fax: (954) 356-7230

By: _____
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500017
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 356-7392
Fax: (954) 356-7230

By: _____
JAMES R. PAVLOCK
SENIOR TRIAL ATTORNEY
DOJ/CRIMINAL DIVISION
Court I.D. #A5500657

CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was faxed and mailed this ___6th___ day of _February_ , 2003 to:

JEANNE BAKER, Esq.
2937 Southwest 27th Avenue, Suite 202
Miami, FL 33133-3703


_____
DIANA L.W. FERNANDEZ
Assistant United States Attorney



# CEDARS HOSPITAL RECORDS

```
--------------------------------------*----------------------------------
     COLUMBIA CEDARS            * Acct#: E42579813
     MEDICAL CENTER             * SILVESTRI, JOSEPH R
                                * MRN#: E0651152
   1400 NW 12th Avenue          * DATE OF BIRTH:  08/12/1931
   Miami, Florida 33136         * ADM DATE : 11/26/02
     DISCHARGE SUMMARY          * DISC DATE: 12/02/02
--------------------------------------*----------------------------------
```

ADMITTING DIAGNOSIS:
Angina pectoris.

FINAL DIAGNOSES:
1.  Coronary artery disease.
2.  Systemic arterial hypertension.
3.  Angina pectoris.

HISTORY OF PRESENT ILLNESS:
The patient is a 71-year-old man with a history of coronary
artery disease, admitted because of chest pain in the
retrosternal area.

PHYSICAL EXAMINATION:

GENERAL APPEARANCE:  The patient was alert, cooperative.

VITAL SIGNS:  Blood pressure 140/80.  Pulse 70.  Respiratory
rate 20.

HEENT:  Head atraumatic.  PERRLA.

NECK:  Supple.

LUNGS:  Clear.

HEART:  Regular rhythm.

ABDOMEN:  Soft.

EXTREMITIES:  Without edema.

NEUROLOGICAL:  Nonfocal.

HOSPITAL COURSE:
The patient was admitted to the hospital.  Myocardial
infarction was ruled out by serial enzymes and serial
electrocardiograms.  Thallium stress test showed evidence of
ischemia.  Cardiac catheterization showed evidence of severe
coronary artery disease with left main coronary artery
involvement.  Coronary artery bypass graft was strongly
recommended.  The patient has declined it during this
hospitalization.  He wants to return to his home and speak
with his family.

The patient had an episode of hypotension and the
antihypertensive medications were held.  The patient received
intravenous fluids with good results.  The patient has now
been restarted on  Vasotec 5 mg twice a day and nitro has been
added at this point, 2 mg daily, and aspirin one tablet daily.

PATIENT CARE INQUIRY  **LIVE**  (PCI: OE Database COCCE)                    DRAFT COPY

Run: 12/09/02-19:04 by JIMENEZ,HECTOR MD                                   Page 1 of 2

The patient is recommended to obtain cardiology follow-up and
surgical follow-up.

_____
HECTOR B. JIMENEZ  MD

HBJ/TL364/1109529
DD: 12/02/02
DT: 12/03/02

cc:  Federal Detention Health Systems

ESIGN

Electronically Signed by:

```
--------------------------------------*---------------------------------
       COLUMBIA CEDARS           * Acct#: E42579813
       MEDICAL CENTER            * SILVESTRI, JOSEPH R
                                 * MRN#: E0651152
     1400 NW 12th Avenue         * DATE OF BIRTH:  09/12/1931
    Miami, Florida  33136        * PROC DATE: 11/29/02
  CARDIAC CATHETERIZATION REPORT *
--------------------------------------*---------------------------------
```

INDICATIONS FOR PROCEDURE:
The patient is a 71-year-old, white male who is brought to the
cardiovascular laboratory via the courtesy of Dr. Hector
Jimenez to undergo a cardiac catheterization. The procedure,
its risks, benefits, and alternatives have been explained in
detail to the patient, and informed consent has been obtained.

PROCEDURE IN DETAIL:
In the laboratory, the right femoral artery was cannulated
using a modified Seldinger technique and applying 2% local
Xylocaine anesthesia. A 6-French arterial sheath was used.
Coronary angiography was obtained with the help of JL4 and JR4
diagnostic catheters. Various angiographic projections were
obtained. These significantly included the angulated LAO
projection, which demonstrated the left main coronary artery.
Follow this, left ventriculography was performed with the
help of a pigtail catheter. This catheter was then removed
and pressure applied to the right groin, prior to removal of
the sheaths to achieve excellent hemostasis.

CINE ANGIOGRAMS:
Review of angiograms demonstrates mild impairment of left
ventricular function, with ejection fraction estimated at
approximately 40% and no significant mitral regurgitation.
Coronary arteries demonstrate moderate left main coronary
artery disease of approximately 60%, which is visualized best
in the shallow projection. There is moderate disease in the
mid portion of the left anterior descending coronary artery,
as well as a total occlusion of the right coronary artery in
its mid portion, which is seen filling both antegrade and
retrograde flow via bridging collaterals. The left circumflex
is a moderate size vessel without any significant disease. In
addition, excellent caliber of the left internal mammary
artery is also noted.

RECOMMENDATIONS:
These findings will be discussed with the referring physician,
Dr. Hector Jimenez, and cardiothoracic evaluation will be
recommended.




SAMEER MEHTA, MD

SM/TL364/1106722
DD: 11/29/02
DT: 11/30/02

.. ESIGN

Luis Ginart, M.D.
Staff Physician

USE BALL POINT PEN    PRESS FIRMLY    T 4 0 1 2

*Authorization is hereby given to dispense the generic equivalent unless otherwise indicated by the physician.*

| Weight | Height | Diagnosis |
|---|---|---|
| | | |

Allergies & Sensitivities ☐ NKA

| Date | Time | Complete top portion with each Level of Care change. Indicate order with a Check Mark. |
|---|---|---|
| | | ☐ Outpatient Procedure: ________ *(procedure)* for ________ *(medical reason)*. |
| | | ☐ Place in Outpatient Observation Services for ________ *(medical reason)*. |
| | | ☐ Admit as Inpatient for ________ *(medical reason)*. |

Physician Signature: [signature]

Date Ordered | Time Ordered | PHYSICIAN'S ORDER AND SIGNATURE #1

12/17/02 — (1) Portable chest x-ray tonight [illegible]

Dx: Follow up CHF

(2) Make copies of chart progress notes, labs, x-ray, operative report, consults and place in chart for discharge planning

Physician's Signature | Date & Time | Nurse's Signature | Date & Time | DO NOT WRITE ORDER UNLESS NUMBER APPEARS

CHART

[illegible] MEDICAL CENTER [illegible] HR E0651152 [illegible] JOSEPH R [illegible] HECTOR R. [illegible] 12/31 M 71

PATIENT ID

Date Ordered | Time Ordered | PHYSICIAN'S ORDER AND SIGNATURE #2

(3) Discontinue [illegible]

(4) Instructions & [illegible] and [illegible] [illegible]

(5) Discharge [illegible] [illegible] follow [illegible] [illegible] 25 [illegible] 25 PO qd

Digoxin 0.125 PO qd c) [illegible] 25 PO qd d) Ceftin 500, PO tid x 5 days e) Ecotrin 325 P.O. q.d. f) [illegible] 200 PO qd

Physician's Signature | Date & Time | Nurse's Signature | Date & Time | DO NOT WRITE ORDER UNLESS

CHART

**Cedars Medical Center**     DIAGNOSES / PROCEDURES

**PRINCIPAL DIAGNOSIS:** The condition established after study, to be chiefly responsible for occasioning the admission of patient to the hospital for care.

*Coronary Artery Disease*

DX. CODE

**ADDITIONAL DIAGNOSES:** Additional conditions that co-exist at the time of admission, or develop subsequently, and have an effect on the treatment received or the length of stay.

**PRINCIPAL PROCEDURE:** The procedure most related to the principal diagnosis or the one which was performed for definite treatment rather than performed for diagnostic or exploratory purposes or was necessary to take care of a complication.

DATE     *Coronary Artery Bypass Graft*

PROC. CODE

**ADDITIONAL PROCEDURES:** Any other procedures pertinent to individual's stay.

DATE

CONSULTING PHYSICIANS

| | |
|---|---|
| Discharge Date | |
| Disposition | |
| Blood Utilization | |

"...certify that the narrative descriptions of the principal and secondary diagnoses and major procedures performed accurate and complete to the best of my knowledge."

Staff Physician



PHYSICIAN'S PROGRESS NOTES CONTINUED

DATE OF NOTE

PLEASE INDICATE NEW OR ADDITIONAL DIAGNOSES BELOW AND UNDERLINE

12/17/02    DISCHARGE SUMMARY

71 year old man with history of coronary artery disease and status post coronary artery bypass graft x 3.

Doing better, no chest pain, no SOB

...

CEDARS MEDICAL CENTER
MIAMI, FLORIDA
PHYSICIAN'S PROGRESS

## PHYSICIAN'S PROGRESS NOTES CONTINUED

| DATE OF NOTE | PLEASE INDICATE NEW OR ADDITIONAL DIAGNOSES BELOW AND UNDERLINE |
|---|---|
| 1/18/02 | *[illegible handwriting]* |
| 2/18/02 | *[illegible handwriting]* |

Luis Ginart, M.D.

**CEDARS MEDICAL CENTER**
**MIAMI, FLORIDA**
PHYSICIAN'S PROGRESS

CEDARS MEDICAL CENTER MIA.
242804086        MR E0651152
SILVESTRI,JOSEPH R

**PHYSICIAN'S PROGRESS NOTES CONTINUE**

| DATE OF NOTE | | PLEASE INDICATE NEW OR ADDITIONAL DIAGNOSES BELOW AND UNDERLINE |
|---|---|---|

RESPIRATORY CARE  *803*
**DOCTOR**

OXIMETRY DONE:    DATE: _12/17/02_
___ EAR         TIME: _0800_
___ PULSE
ROOM AIR SATURATION: _94_ %
O₂ @ ___ L/MIN. SATURATION: ___ %
COMMENT: _Room air_
Tech: _H. Silvestri_

UAL OX303

SILVESTRI, JOSEPH   803   07:42AM 17DEC2002 II MON HR =77 A=1

SPEED=25 MM/SEC

12/17/02   D/C Summary dictated.



## PHYSICIAN'S PROGRESS NOTES CONTINUED

| DATE OF NOTE | | PLEASE INDICATE NEW OR ADDITIONAL DIAGNOSES BELOW AND UNDERLINE |
| --- | --- | --- |

SILVESTRI, JOSEPH   803   07:40PM 16DEC2002 II MON HR =??? A=0



SPEED=25 MM/SEC

12/16/02 VP.

_(signature)_

12/17/L   CT SURGERY

S/P CABG
D_ well
Ambulat_
NSR / Afebrile

$7.3 ) \dfrac{9.1}{26.8}$  290

RE  _lg_ _ aerat_
CoR   RR
S/e   stable
_ _ intact
Ext   _ calf to de
① swe/high indurat L

A/P · Cardiac Rehab
· Would swift Antibiotics
from IV → PO upon discharge
· Discharge plans

CEDARS MEDICAL CENTER MIA.
FA2664006      HR 20651152
SILVESTRI, JOSEPH R
DR. JIMENEZ, HECTOR B.
DOB/12/31 M 71

PHYSICIAN'S PROGRESS NOTES CONTINUED

| DATE OF NOTE | PLEASE INDICATE NEW OR ADDITIONAL DIAGNOSES BELOW AND UNDERLINE |
|---|---|

...RI, JOSEPH   803   07:14AM 16DEC2002 II MON HR =84 A=0

SPEED=25 MM/SEC

12/16/02 CAD Patient S/P CABG. Doing well
(L) SCG ecchymosis and red
alert, lungs clear, heart...

a) CAD S/P CABG
(L) SCG site...

P...



**CEDARS MEDICAL CENTER**
**MIAMI, FLORIDA**
PHYSICIAN'S PROGRESS ... Grant, M.D.
NOTES CONTINUED   Physician

CEDARS MEDICAL CENTER MIA,
E42604096    MR EG65115
SILVESTRI, JOSEPH R
DR. JIMENEZ, HECTOR F.
08/18/31 M 71



PHYSICIAN'S PROGRESS NOTES CONTINUED

| DATE OF NOTE | PLEASE INDICATE NEW OR ADDITION DIAGNOSES BELOW AND UNDERLINE |
|---|---|

SILVESTRI, JOSEPH  803   07:18PM 15DEC2002 II MON HR =89 A=1

SPEED=25 MM/SEC

803   RESPIRATORY CARE
**DOCTOR**
OXIMETRY DONE:    DATE: 12/16/02
___ EAR          TIME: 074.0
___ PULSE
ROOM AIR SATURATION: 91 ___ %
O₂ @ ___ L/MIN. SATURATION: ___ %
COMMENT: ___
Tech: M. Cole RRT

UAL OX303

12/16/2  CT SURGERY
POD #6 S/P CABG
D_y _wed
_____   Sat 91% RA.
NSR

P/E   _y _flue besile Crackles
CCR 22
Ste___ Stbl
S/I ecchymosis ℗ SVG site-thigh, induration
of calf for de___

A/P : pul. toilet
· prophylactic Abx
· ✓ CBC
· Cardiac Re___

CEDARS MEDICAL CENTER MIA.
E42604086     MR _____
SILVESTRI, JOSEPH A
DR. JIMENEZ, HECTOR F.

PHYSICIAN'S PROGRESS NOTES CONTINUED

| DATE OF NOTE | PLEASE INDICATE NEW OR ADDITION DIAGNOSES BELOW AND UNDERLINE |
|---|---|

12/11/02 — *Cardiac Surg*
p o o *illegible*

VSS *illegible*
pt feels well

cor: S. SOC
chest: clear
ext: O edema

*illegible* stable — med. *illegible*

(#) S/P CABG

(P) D/C plan

*signature*

12/15/02 cont Patient cont to improve
no chest pain, co 50 *illegible*
alert, lungs more clear, heart *illegible*
and soft
s/ CHF. S/P CABG. Stable
P Ambulation

CEDARS MEDICAL CENTER MIA,
E426040*
MR E065115*
SILVESTRI, JOSEPH R
DR. JIMENEZ HECTOR F.
08/12/31 M 71

CEDARS MEDICAL CENTER
MIAMI, FLORIDA
PHYSICIAN'S PROGRESS     Luis Girart, M.D
NOTES CONTINUED     Staff Physician

PHYSICIAN'S PROGRESS NOTES CONTINUED

| DATE OF NOTE | PLEASE INDICATE NEW OR ADDITIONAL DIAGNOSES BELOW AND UNDERLINE |

SILVESTRI, JOSEPH  803  07:40AM 14DEC2002 II MON HR =95 A=0



SPEED=25 MM/SEC

SILVESTRI, JOSEPH  803  07:19PM 14DEC2002 II MON HR =84 A=0



12/14/02
7P-7A

SPEED=25 MM/SEC

RESPIRATORY CARE  803
DOCTOR

OXIMETRY DONE:        DATE: 12/15/02
___ EAR
___ PULSE           TIME: 9 AM
ROOM AIR SATURATION:  93 % %
O₂ @ ___ L/MIN. SATURATION: 93 %
COMMENT:            R-A
Tech: ___

SILVESTRI, JOSEPH  803  07:43AM 15DEC2002 II MON HR =80 A=0



SPEED=25 MM/SEC

PHYSICIAN'S PROGRESS
NOTES CONTINUED

DR. JIMENEZ, HECTOR F.
08/12/31 M 71

## PHYSICIAN'S PROGRESS NOTES CONTINUED

DATE OF NOTE | PLEASE INDICATE NEW OR ADDITIONAL DIAGNOSES BELOW AND UNDERLINE

RESPIRATORY CARE
**DOCTOR**

OXIMETRY DONE: DATE: 12-14-02
___ EAR
✓ PULSE TIME: 1000
ROOM AIR SATURATION: 94 %
$O_2$ @ ____ L/MIN. SATURATION: ______ %
COMMENT: ______
Tech: JO, CRT

UAL-OX303

12/14/02 [illegible]
[illegible]
SR BP OK
BS OK
[illegible]
[illegible]

138 | 104 | 110
3.8 | 28 | 22 / 1.3

7.8 > 9.6 / 28.5 < 229

[illegible]

12/14/02 CAD Patient doing well postop.
c/o chest wall pain
alert, lungs clear, heart [illegible] Hg 9.6
Hct 28.0
A) CAD/stable post CABG
P — [illegible] / cardiac [illegible]

CEDARS MEDICAL CENTER
MIAMI, FLORIDA
PHYSICIAN'S PROGRESS

Luis G[illegible], M.D.

E42604096 MR E0651152
SILVESTRI, JOSEPH A
DR. JIMENEZ, HECTOR F

**PHYSICIAN'S PROGRESS NOTES CONTINUED**

| DATE OF NOTE | PLEASE INDICATE NEW OR ADDITIONAL DIAGNOSES BELOW AND UNDERLINE |

12/13/02 Cardi: Patient doing better, no chest
pain, no SOB —

alert, cooperative in [illegible]
lung clear, heart & abd soft, [illegible] no
edema.

A) CAD S/P CABG
stable

[illegible]

SILVESTRI, JOSEPH  803   06:59PM 13DEC2022 V1 MON HR =100 A=0

[ECG strip]

SPEED=25 MM/SEC

7P - 7A Shift —

**CEDARS MEDICAL CENTER**
**MIAMI, FLORIDA**
PHYSICIAN'S PROGRESS

CEDARS MEDICAL CENTER MIA.
E42604036      MR E0651152
SILVESTRI, JOSEPH R

Cedars Medical Center
1400 N.W. 12th Avenue
Miami, Florida 33136

SYLVESTRI, JOSEPH R                    ROY F. WILLIAMS, MD
651152

## Operative Report

Date of Operation:              12/10/2002

PREOPERATIVE DIAGNOSIS:          Severe left main coronary artery
                                 disease, severe triple vessel
                                 coronary artery disease,
                                 unstable angina, preserved
                                 left ventricular function.

POSTOPERATIVE DIAGNOSIS:         Same.

OPERATION:                       Off pump coronary artery bypass
                                 grafting times three consisting
                                 of a left internal mammary
                                 artery to the left anterior
                                 descending artery, aorto
                                 saphenous vein graft to the
                                 obtuse marginal branch of the
                                 circumflex and aorto saphenous
                                 vein graft to the distal right
                                 coronary artery.

SURGEON:                         Dr. Roy F. Williams

ANESTHESIA:


PROCEDURE:
The patient was brought to the operating room after having an
arterial line and a Swan-Ganz catheter placed.  The patient
underwent general endotracheal anesthesia without
complications.  The patient received preoperative antibiotics
in the form of intravenous Ancef.  Thereafter, the patient was
prepped and draped in the usual sterile fashion.  A two team
approach was utilized.

The left greater saphenous vein was harvested from the left
saphenofemoral junction down to the distal thigh.
Simultaneously, a sternotomy incision was made with a #10
blade and dissection was carried down through the sternum and
sternum was identified in the midline and entered utilizing
the sternal saw.  An IMA retractor was brought onto the field.
The left internal mammary artery was dissected off the chest
wall utilizing meticulous dissection with electrocautery prior
to dividing the distal mammary pedicle.

Operative R

Cedars Medical Center
1400 N.W. 12th Avenue
Miami, Florida 33136

SYLVESTRI, JOSEPH R                    ROY F. WILLIAMS, MD
651152

## Operative Report
### - 2 -

The patient underwent systemic heparinization with 3 mg per kg
of Heparin.  ACT was verified at an acceptable level.
Thereafter, the mammary pedicle was divided and subsequently
injected using Papaverine containing solution, clipped and
then dropped into the left chest.  Thereafter, a Medtronic
_____ retractor was brought onto the field and used to
spread the sternum.  Standard mediastinal dissection was
carried out.  Two posterior pericardial retraction sutures
were placed.  The heart was then elevated out of the chest.
Thereafter, the Medtronic suction stabilization device was
brought onto the field and used to stabilize the mid left
anterior descending.  An arteriotomy was created in this
vessel.  The vessel was 2 mm in internal diameter.  A 2 mm
flow coil was placed inside the lumen of the vessel.

Thereafter, utilizing a running 7-0 Prolene suture and
end-to-side anastomosis was completed.  The mammary pedicle
was tacked to the epicardium utilizing 6-0 Prolene sutures
times two.  Thereafter, the patient was placed in the
Trendelenburg position.  The lateral pericardial stay sutures
were released.  Thereafter, the distal right coronary artery
was exposed utilizing the Medtronic suction stabilization
device.  An arteriotomy was created in the right coronary
artery.  The right coronary artery was larger and 2.5 mm in
internal diameter, totally occluded proximally and filled via
left to right collaterals.  Thereafter, a 2.5 mm flow coil was
placed inside the lumen of the vessel.  Segment of the vein
was brought up in reverse fashion utilizing a running 7-0
Prolene suture and end-to-side anastomosis was completed.

The heart was then dropped down into its anatomical position.
The vein graft was then cut and measured to size.  Thereafter,
the patient was placed in the steep Trendelenburg position.  A
Medtronic starfish mobilization device was then used to expose
the lateral first obtuse marginal branch of the circumflex and
arteriotomy was created in this vessel utilizing a #15 blade
and Potts scissors.  Thereafter, a 1.5 mm flow coil was placed
into the lumen of the vessel.  A segment of vein brought in
reverse fashion utilizing running 7-0 Prolene suture and
end-to-side anastomosis was completed.  Thereafter, systemic
pressure was dropped to 90 and a side biting clamp was placed
on the ascending aorta and proximal aortotomy was created

Cedars Medical Center
1400 N.W. 12th Avenue
Miami, Florida 33136

SYLVESTRI, JOSEPH R                    ROY F. WILLIAMS, MD
651152

## Operative Report
### - 3 -

utilizing a #11 blade and a 4 mm punch.

Thereafter, the proximal vein graft anastomosis was completed
utilizing running 6-0 Prolene sutures.  Thereafter, the
Heparin was reversed using Protamine.  This was tolerated
well.  A #32 right angle, left chest tube and substernal tube
were placed.  A single atrial and single ventricular pacing
wire were placed.  Pericardium was loosely approximated over
the ascending aorta covering the grafts.  After adequate
hemostasis was verified, the chest was closed utilizing a
total of eight #7 stainless steel horizontal wires.  The
muscle and fascial layers were approximated in anatomical
layers using running 0 Vicryl suture.  The patient tolerated
the procedure well and remained stable throughout the case and
transferred back to the open heart unit in stable and
satisfactory condition.


RFW:MT371  1120589
D:12/10/2002 T:12/11/2002                _____

                                         ROY F. WILLIAMS, MD

cc: HECTOR B. JIMENEZ, MD

```
RUN DATE: 12/17/02                CEDARS MEDICAL CENTER LAB                PAGE 19
RUN TIME: 1730               1400 NW 12th Avenue    Miami, FL 33136
                                CUMULATIVE SUMMARY REPORT
```

```
Name: SILVESTRI,JOSEPH R          Age/Sex: 71/M       Attend Dr: Jimenez,Hector B.
Acct#: E42604086    Unit#: E0651152   Status: ADM IN   Location: C8FLN      803-1
Reg: 12/08/02    Disch:             Insurance: insurance.
```

| CHEMISTRY | | | | | | |
|---|---|---|---|---|---|---|
| Day | 1 | 3 | 4 | | | |
| Date | 12/8/02 | 12/10/02 | -------12/11/02------- | | | |
| Time | 10:00 PM | 8:00 PM | 0:00 AM | 8:15 AM | Reference | Units |
| Sodium | 138 | 141 | 140 | 140 | (135-145) | mmol/L |
| Potassium | 3.7 | 3.8 | 3.4  L | 4.3  # | (3.5-5.2) | mmol/L |
| Chloride | 105 | 111  H | 104 | 109 | (95-110) | mmol/L |
| Carbon Dioxide | 25 | 19 | 23 | 23 | (19-34) | mmol/L |
| Glucose | 105 | 193  H | 212  H | 162  H | (70-110) | mg/dL |
| BUN | 15 | 12 | 13 | 16 | (6-22) | mg/dL |
| Creatinine | 1.4  H | 1.1 | 1.4  H | 1.6  H | (0.6-1.3) | mg/dL |
| Calcium | 8.6  L | 7.2  *L | 7.1  L | 7.4  L | (8.7-10.5) | mg/dL |
| Cholesterol | 166(*a) | | | | (100-200) | mg/dL |
| HDL | 37(*a) | | | | (35-150) | mg/dL |
| Triglycerides | 200(*a) | | | | (25-200) | mg/dL |

| Day | 5 | 6 | 7 | | |
|---|---|---|---|---|---|
| Date | 12/12/02 | 12/13/02 | 12/14/02 | | |
| Time | UNK | 7:54 AM | 5:25 AM | Reference | Units |
| Sodium | 143 | 138 | 138 | (135-145) | mmol/L |
| Potassium | 3.7 | 3.9 | 3.8 | (3.5-5.2) | mmol/L |
| Chloride | 109 | 106 | 104 | (95-110) | mmol/L |
| Carbon Dioxide | 25 | 24 | 28 | (19-34) | mmol/L |
| Glucose | 124  H | 115  H | 110 | (70-110) | mg/dL |
| BUN | 17 | 23  H | 22 | (6-22) | mg/dL |
| Creatinine | 1.3 | 1.4  H | 1.3 | (0.6-1.3) | mg/dL |
| Calcium | 8.0  L | 7.9  L | 7.9  L | (8.7-10.5) | mg/dL |

| Cardiac Enzymes | | | | |
|---|---|---|---|---|
| 12/8/02  10:00 PM CK | 59 | (35-232) | U/L | |
|                 CK-MB Isoenzyme | 1 | (0-6) | U/L | |
|                 Troponin-I | < 0.04 | (<1.5) | ng/mL | |

```
NOTES:  (*a) TEST PERFORMED AT: Integrated Regional Laboratories-Florida
              5361 N.W. 33rd Ave.  Fort Lauderdale, Florida 33309   (800)522-0232
```

```
    # = STATISTICALLY SIGNIFICANT CHANGE   > = GREATER THAN  < = LESS THAN
    H = HIGH  L = LOW  *H = CRITICAL HIGH  *L = CRITICAL LOW  * = ABNORMAL
            S = SENSITIVE  I = INTERMEDIATE  R = RESISTANT
Patient: SILVESTRI,JOSEPH R         Age/Sex: 71/M      Acct#E42604086    Unit#E0651152
```

```
RUN DATE: 12/17/02                CEDARS MEDICAL CENTER LAB                    PAGE 20
RUN TIME: 1730              1400 NW 12th Avenue   Miami, FL 33136
                                 CUMULATIVE SUMMARY REPORT
```

```
Name: SILVESTRI,JOSEPH R            Age/Sex: 71/M      Attend Dr: Jimenez,Hector B.
Acct#: E42604086   Unit#: E0651152  Status: ADM IN  Location: C8FLN      803-1
Reg: 12/08/02    Disch:             Insurance: insurance.
```

| | | CHEMISTRY |
| | | Cardiac Enzymes |

12/8/02  10:00 PM Interpretation       (A)

   (A)  No serologic evidence of acute myocardial injury (no
      CPK-MB or significant Troponin elevation).  Since the
      earliest CPK-MB elevation is between four to eight hours
      after onset of acute MI, consider serial enzyme studies, if
      clinically indicated, to rule out the possibility of early
      myocardial disease. (410.9, 5712)

      ----------------------
      SAYET,DONALD J M.D.

```
12/9/02  11:20 AM CK               46          (35-232)        U/L
                  CK-MB Isoenzyme  1           (0-6)           U/L
                  Troponin-I       < 0.04      (<1.5)          ng/mL
                  Interpretation   (B)
```

   (B)  No serologic evidence of acute myocardial injury (no
      CPK-MB or significant Troponin elevation).  Since the
      earliest CPK-MB elevation is between four to eight hours
      after onset of acute MI, consider serial enzyme studies, if
      clinically indicated, to rule out the possibility of early
      myocardial disease. (410.9, 5712)

      ----------------------
      SAYET,DONALD J M.D.

```
12/9/02  3:15 PM  CK               35          (35-232)        U/L
                  CK-MB Isoenzyme  1           (0-6)           U/L
                  Troponin-I       < 0.04      (<1.5)          ng/mL
                  Interpretation   (C)
```

   (C)  No serologic evidence of acute myocardial injury (no
      CPK-MB or significant Troponin elevation).  Since the
      earliest CPK-MB elevation is between four to eight hours
      after onset of acute MI, consider serial enzyme studies, if
      clinically indicated, to rule out the possibility of early
      myocardial disease. (410.9, 5712)

      ----------------------
      SAYET,DONALD J M.D.

```
      # = STATISTICALLY SIGNIFICANT CHANGE   > = GREATER THAN   < = LESS THAN
      H = HIGH  L = LOW  *H = CRITICAL HIGH  *L = CRITICAL LOW  * = ABNORMAL
                S = SENSITIVE  I = INTERMEDIATE  R = RESISTANT
Patient: SILVESTRI,JOSEPH R          Age/Sex: 71/M      Acct#E42604086    Unit#E0651152
```

```
RUN DATE: 12/17/02                 CEDARS MEDICAL CENTER LAB                    PAGE 21
RUN TIME: 1730              1400 NW 12th Avenue    Miami, FL 33136
                              CUMULATIVE SUMMARY REPORT
```

```
Name: SILVESTRI,JOSEPH R.          Age/Sex: 71/M      Attend Dr: Jimenez,Hector B.
Acct#: E42604086   Unit#: E0651152    Status:  ADM IN    Location:  C8FLN     803-1
Reg:  12/08/02    Disch:            Insurance: insurance.
```

| CHEMISTRY |
| --- |
| Specific Proteins |

12/8/02  10:00 PM  Myoglobin (Serum)              77                    (16.3-96.5)     ng/mL

| HEMATOLOGY |
| --- |

| Day | 1 | 2 | 3 | | |
| --- | --- | --- | --- | --- | --- |
| Date | 12/8/02 | 12/9/02 | 12/10/02 | | |
| Time | 10:00 PM | 11:00 AM | 8:00 PM | Reference | Units |
| WBC | 7.7 | 8.1 | 13.9    H | (3.6-11.0) | K/uL |
| RBC | 4.73 | 4.59 | 3.96    L | (4.5-5.9) | M/uL |
| Hemoglobin | 14.1 | 13.5 | 11.6    L | (13.0-18.0) | gm/dL |
| Hematocrit | 41.5 | 39.7    L | 34.3    L | (40.0-52.0) | % |
| MCV | 87.9 | 86.5 | 86.5 | (81.0-97.0) | fl |
| MCH | 29.8 | 29.3 | 29.3 | (26.0-34.0) | pg |
| MCHC | 33.9 | 33.9 | 33.9 | (31.0 - 37. | gm/dL |
| RDW | 15.9    H | 15.7    H | 13.7 | (11.5-15.0) | % |
| Platelet Ct | 197 | 172 | 137    L | (150-400) | K/uL |
| MPV | 8.6 | 8.7 | 8.6 | (7.4-10.4) | fl |
| Neutrophil % | 55.1 | 58.8 | 82.8    H | (36.0-66.0) | % |
| Lymph % | 28.5 | 25.0 | 10.1    L | (23.0-43.0) | % |
| Mono % | 10.8    H | 12.2    H | 6.0 | (0.0-10.0) | % |
| Eos % | 3.7 | 2.9 | 0.7 | (0.0-5.0) | % |
| Baso % | 1.0 | 1.0 | 0.4 | (0.0-1.0) | % |
| Neutrophil Abs | 4.3 | 4.8 | 15.6    H | (1.5-8.0) | K/uL |
| Lymph Abs | 2.2 | 2.0 | 1.9 | (1.1-4.7) | K/uL |
| Mono Abs | 0.8 | 1.0 | 1.1 | (0.0-1.1) | K/uL |
| Eos Abs | 0.3 | 0.2 | 0.1 | (0.0-0.5) | K/uL |
| Baso Abs | 0.1 | 0.1 | 0.1 | (0.0-0.4) | K/uL |

| Day | 3 | | 4 | | |
| --- | --- | --- | --- | --- | --- |
| Date | -----------12/10/02----------- | | 12/11/02 | | |
| Time | 8:57 PM | 8:57 PM | 0:00 AM | Reference | Units |
| WBC | | | 18.7    H | (3.6-11.0) | K/uL |

```
     # = STATISTICALLY SIGNIFICANT CHANGE   > = GREATER THAN   < = LESS THAN
     H = HIGH   L = LOW   *H = CRITICAL HIGH   *L = CRITICAL LOW   * = ABNORMAL
               S = SENSITIVE   I = INTERMEDIATE   R = RESISTANT
Patient: SILVESTRI,JOSEPH R        Age/Sex: 71/M      Acct#E42604086    Unit#E0651152
```

```
RUN DATE: 12/17/02                    CEDARS MEDICAL CENTER LAB                 PAGE 22
RUN TIME: 1730                      1400 NW 12th Avenue    Miami, FL 33136
                                       CUMULATIVE SUMMARY REPORT
```

```
Name:  SILVESTRI,JOSEPH R              Age/Sex: 71/M      Attend Dr: Jimenez,Hector B.
Acct#: E42604086    Unit#: E0651152    Status: ADM IN     Location: C8FLN      803-1
Reg:  12/08/02      Disch:             Insurance: insurance.
```

| HEMATOLOGY |
|---|

| Day | 3 | | 4 | | |
|---|---|---|---|---|---|
| Date | ----------12/10/02---------- | | 12/11/02 | | |
| Time | 8:57 PM | 8:57 PM | 0:00 AM | Reference | Units |
| RBC | | | 3.14 L | (4.5-5.9) | M/uL |
| Hemoglobin | | | 9.4 *L | (13.0-18.0) | gm/dL |
| Hematocrit | | | 27.3 L | (40.0-52.0) | % |
| MCV | | | 86.8 | (81.0-97.0) | fl |
| MCH | | | 29.9 | (26.0-34.0) | pg |
| MCHC | | | 34.4 | (31.0 - 37. | gm/dL |
| RDW | | | 16.0 H | (11.5-15.0) | % |
| Platelet Ct | | | 229 | (150-400) | K/uL |
| MPV | | | 8.2 | (7.4-10.4) | fl |
| Neutrophil % | | | 83.8 H | (36.0-66.0) | % |
| Lymph % | | | 4.8 L | (23.0-43.0) | % |
| Mono % | | | 10.8 H | (0.0-10.0) | % |
| Eos % | | | 0.1 | (0.0-5.0) | % |
| Baso % | | | 0.4 | (0.0-1.0) | % |
| Neutrophil Abs | | | 15.7 H | (1.6-8.2) | K/uL |
| Lymph Abs | | | 0.9 L | (1.1-4.7) | K/uL |
| Mono Abs | | | 2.0 H | (0.0-1.1) | K/uL |
| Eos Abs | | | 0.0 | (0.0-0.5) | K/uL |
| Baso Abs | | | 0.1 | (0.0-0.4) | K/uL |
| Transfused | 9 Plt.Pool | 1 Platelets | | | |

| Day | 4 | | | | |
|---|---|---|---|---|---|
| Date | -------------------12/11/02------------------- | | | | |
| Time | 4:26 AM | 8:15 AM | 12:40 PM | Reference | Units |
| WBC | | 12.8 H | | (3.6-11.0) | K/uL |
| RBC | | 3.25 L | | (4.5-5.9) | M/uL |
| Hemoglobin | | 9.7 L | | (13.0-18.0) | gm/dL |
| Hematocrit | | 27.9 L | | (40.0-52.0) | % |
| MCV | | 85.7 | | (81.0-97.0) | fl |
| MCH | | 29.7 | | (26.0-34.0) | pg |

```
      # = STATISTICALLY SIGNIFICANT  CHANGE    > = GREATER THAN   < = LESS THAN
        H = HIGH  L = LOW  *H = CRITICAL HIGH  *L = CRITICAL LOW  * = ABNORMAL
                    S = SENSITIVE  I = INTERMEDIATE  R = RESISTANT
Patient: SILVESTRI,JOSEPH R           Age/Sex: 71/M      Acct#E42604086     Unit#E0651152
```

```
RUN DATE: 12/17/02              CEDARS MEDICAL CENTER LAB                   PAGE 23
RUN TIME: 1730            1400 NW 12th Avenue    Miami, FL 33136
                             CUMULATIVE SUMMARY REPORT
```

```
Name:  SILVESTRI,JOSEPH R          Age/Sex: 71/M       Attend Dr: Jimenez,Hector B.
Acct#: E42604086   Unit#: E0651152  Status:  ADM IN   Location: C8FLN      803-1
Reg:   12/08/02    Disch:           Insurance: insurance.
```

| | HEMATOLOGY | | | | |

| Day | | 4 | | | |
|---|---|---|---|---|---|
| Date | | -------------------12/11/02-------------------- | | | |
| Time | 4:26 AM | 8:15 AM | 12:40 PM | Reference | Units |
| MCHC | | 34.7 | | (31.0 - 37. gm/dL | |
| RDW | | 15.4        H | | (11.5-15.0) | % |
| Platelet Ct | | 188 | | (150-400) | K/uL |
| MPV | | 8.7 | | (7.4-10.4) | fl |
| Neutrophil % | | 83.0        H | | (36.0-66.0) | % |
| Lymph % | | 5.0        L | | (23.0-43.0) | % |
| Mono % | | 11.5        H | | (0.0-10.0) | % |
| Eos % | | 0.0 | | (0.0-5.0) | % |
| Baso % | | 0.5 | | (0.0-1.0) | % |
| Neutrophil Abs | | 10.7        H | | (1.6-8.2) | K/uL |
| Lymph Abs | | 0.6        L | | (1.1-4.7) | K/uL |
| Mono Abs | | 1.5        H | | (0.0-1.1) | K/uL |
| Eos Abs | | 0.0 | | (0.0-0.5) | K/uL |
| Baso Abs | | 0.1 | | (0.0-0.4) | K/uL |
| Transfused | 1 P.CELL-LP | | 1 P.CELL-LP | | |

| Day | 5 | 6 | 7 | | |
|---|---|---|---|---|---|
| Date | 12/12/02 | 12/13/02 | 12/14/02 | Reference | Units |
| Time | UNK | 7:54 AM | 5:25 AM | | |
| WBC | 12.2        H | 9.9 | 7.8 | (3.6-11.0) | K/uL |
| RBC | 3.48        L | 3.10        L | 3.26        L | (4.5-5.9) | M/uL |
| Hemoglobin | 10.2        L | 9.3        L | 9.6        L | (13.0-18.0) | gm/dL |
| Hematocrit | 30.0        L | 26.7        L | 28.5        L | (40.0-52.0) | % |
| MCV | 86.3 | 86.3 | 87.2 | (81.0-97.0) | fl |
| MCH | 29.3 | 30.0 | 29.3 | (26.0-34.0) | pg |
| MCHC | 34.0 | 34.7 | 33.6 | (31.0 - 37. gm/dL | |
| RDW | 15.2        H | 15.1 | 15.2        H | (11.5-15.0) | % |
| Platelet Ct | 153 | 160 | 224 | (150-400) | K/uL |
| MPV | 8.6 | 8.9 | 8.3 | (7.4-10.4) | fl |
| Neutrophil % | 81.4        H | 78.2        H | 69.4        H | (36.0-66.0) | % |

```
     # = STATISTICALLY SIGNIFICANT CHANGE  > = GREATER THAN  < = LESS THAN
     H = HIGH  L = LOW  *H = CRITICAL HIGH  *L = CRITICAL LOW  * = ABNORMAL
                  S = SENSITIVE  I = INTERMEDIATE  R = RESISTANT
Patient: SILVESTRI,JOSEPH R        Age/Sex: 71/M    Acct#E42604086    Unit#E0651152
```

```
RUN DATE: 12/17/02                CEDARS MEDICAL CENTER LAB              PAGE 24
RUN TIME: 1730               1400 NW 12th Avenue    Miami, FL 33136
                               CUMULATIVE SUMMARY REPORT
```

```
Name:  SILVESTRI,JOSEPH R          Age/Sex: 71/M      Attend Dr: Jimenez,Hector B.
Acct#: E42604086   Unit#: E0651152    Status:  ADM IN    Location:  C8FLN      803-1
Reg:  12/08/02   Disch:              Insurance: insurance.
```

|  | HEMATOLOGY |  |  |  |  |
|---|---|---|---|---|---|

| Day | 5 | 6 | 7 |  |  |
|---|---|---|---|---|---|
| Date | 12/12/02 | 12/13/02 | 12/14/02 |  |  |
| Time | UNK | 7:54 AM | 5:25 AM | Reference | Units |
| Lymph % | 9.5        L | 11.3        L | 14.1        L | (23.0-43.0) | % |
| Mono % | 8.2 | 8.5 | 11.9        H | (0.0-10.0) | % |
| Eos % | 0.5 | 1.2 | 3.8 | (0.0-5.0) | % |
| Baso % | 0.4 | 0.8 | 0.9 | (0.0-1.0) | % |
| Neutrophil Abs | 10.0        H | 7.7 | 5.4 | (1.6-8.2) | K/uL |
| Lymph Abs | 1.2 | 1.1 | 1.1 | (1.1-4.7) | K/uL |
| Mono Abs | 1.0 | 0.8 | 0.9 | (0.0-1.1) | K/uL |
| Eos Abs | 0.1 | 0.1 | 0.3 | (0.0-0.5) | K/uL |
| Baso Abs | 0.0 | 0.1 | 0.1 | (0.0-0.4) | K/uL |

| Day | 8 | 10 |  |  |
|---|---|---|---|---|
| Date | 12/15/02 | 12/17/02 |  |  |
| Time | 7:30 AM | 5:30 AM | Reference | Units |
| WBC |  | 7.3 | (3.6-11.0) | K/uL |
| RBC |  | 3.14        L | (4.5-5.9) | M/uL |
| Hemoglobin | 9.3        L | 9.1        L | (13.0-18.0) | gm/dL |
| Hematocrit | 26.0        L | 26.8        L | (40.0-52.0) | % |
| MCV |  | 85.6 | (81.0-97.0) | fl |
| MCH |  | 29.1 | (??.?-34.0) | pg |
| MCHC |  | 34.0 | (31.0 - 37. | gm/dL |
| PDW |  | 15.8        H | (11.5-15.0) | % |
| Platelet Ct |  | 290 | (150-400) | K/uL |
| MPV |  | 7.9 | (7.4-10.4) | fl |
| Neutrophil % |  | 56.2 | (36.0-65.0) | % |
| Lymph % |  | 26.0 | (23.0-43.0) | % |
| Mono % |  | 10.7        H | (0.0-10.0) | % |
| Eos % |  | 5.7        H | (0.0-5.0) | % |
| Baso % |  | 1.5        H | (0.0-1.0) | % |
| Neutrophil Abs |  | 4.1 | (1.6-8.2) | K/uL |
| Lymph Abs |  | 1.9 | (1.1-4.7) | K/uL |

```
       # = STATISTICALLY SIGNIFICANT CHANGE  > = GREATER THAN   < = LESS THAN
      H = HIGH  L = LOW  *H = CRITICAL HIGH  *L = CRITICAL LOW   * = ABNORMAL
             S = SENSITIVE  I = INTERMEDIATE  R = RESISTANT
Patient: SILVESTRI,JOSEPH R          Age/Sex: 71/M      Acct#E42604086    Unit#E0651152
```

```
RUN DATE: 12/17/02                  CEDARS MEDICAL CENTER LAB              PAGE 25
RUN TIME: 1730              1400 NW 12th Avenue     Miami, FL 33136
                                CUMULATIVE SUMMARY REPORT
```

```
Name:  SILVESTRI,JOSEPH R         Age/Sex: 71/M       Attend Dr: Jimenez,Hector B.
Acct#: E42604086    Unit#: E0651152    Status: ADM IN    Location: C8FLN      803-1
Reg:   12/08/02    Disch:             Insurance: insurance.
```

| | HEMATOLOGY | | | |

| Day | 8 | 10 | | |
|-----|---|-----|---|---|
| Date | 12/15/02 | 12/17/02 | | |
| Time | 7:30 AM | 5:30 AM | Reference | Units |

| | | | | | |
|---|---|---|---|---|---|
| Mono Abs | \| | \|0.8 | \| | \| (0.0-1.1) | K/uL |
| Eos Abs | \| | \|0.4 | \| | \| (0.0-0.5) | K/uL |
| Baso Abs | \| | \|0.1 | \| | \| (0.0-0.4) | K/uL |

| | COAGULATION | | |

| 12/10/02 9:40 PM | Fibrinogen | 137 | L (200-400) | mg/dL |

| Day | 1 | 3 | | | |
|-----|---|---|---|---|---|
| Date | 12/8/02 | ----------------12/10/02---------------- | | | |
| Time | 10:00 PM | 8:00 PM | 8:57 PM | 8:57 PM | Reference | Units |

| PT | \|12.5 | \|14.8    H\| | \| | \| (10.5-13.5) Seconds |

```
    # = STATISTICALLY SIGNIFICANT CHANGE    > = GREATER THAN    < = LESS THAN
    H = HIGH   L = LOW   *H = CRITICAL HIGH   *L = CRITICAL LOW   * = ABNORMAL
                   S = SENSITIVE   I = INTERMEDIATE   R = RESISTANT
Patient: SILVESTRI,JOSEPH R              Age/Sex: 71/M       Acct#E42604086    Unit#E0651152
```

```
RUN DATE: 12/17/02              CEDARS MEDICAL CENTER LAB              PAGE 26
RUN TIME: 1730              1400 NW 12th Avenue    Miami, FL 33136
                                CUMULATIVE SUMMARY REPORT
```

```
Name:  SILVESTRI,JOSEPH R          Age/Sex: 71/M      Attend Dr: Jimenez,Hector B.
Acct#: E42604086   Unit#: E0651152  Status: ADM IN    Location: C8FLN    803-1
Reg:   12/08/02    Disch:           Insurance: insurance.
```

| | COAGULATION | | | | | |
|---|---|---|---|---|---|---|
| Day | 1 | | 3 | | | |
| Date | 12/8/02 | ----------------12/10/02---------------- | | | | |
| Time | 10:00 PM | 8:00 PM | 8:57 PM | 8:57 PM | Reference | Units |

```
PT INR   |1.1(D)      |1.5(E)      |            |            |
```

(D)  The INR is used to standardize the reporting of the
     prothrombin time and is specifically intended for assessing
     patients stabilized on long term oral anticoagulant therapy,
     (greater than 10 days)

     The recomended therapeutic ranges for oral anticoagulant
     therapy are:

         Prophylaxis in high risk surgery          INR = 2.0-2.5
         Treatment of DVT or Pulmonary Embolism     INR = 2.0-3.0
         Prophalyxis against Systemic Embolism
                 in Cardiac Disease                 INR = 2.0-3.0
         Mechanical Prosthetic Heart Valve
                 Recurrent Systemic Embolism        INR = 2.5-3.5

(E)
     The INR is used to standardize the reporting of the
     prothrombin time and is specifically intended for assessing
     patients stabilized on long term oral anticoagulant therapy,
     (greater than 10 days)

     The recomended therapeutic ranges for oral anticoagulant
     therapy are:

         Prophylaxis in high risk surgery          INR = 2.0-2.5
         Treatment of DVT or Pulmonary Embolism     INR = 2.0-3.0
         Prophalyxis against Systemic Embolism
                 in Cardiac Disease                 INR = 2.0-3.0
         Mechanical Prosthetic Heart Valve
                 Recurrent Systemic Embolism        INR = 2.5-3.5

```
APTT    |27(F)       |30(F)       |            |            | (25-35)   Seconds
```

(F)  Heparin dosage should be adjusted to maintain APTT to +/-
     2x normal (Target range 60-90 seconds), which is equivalent
     to a Heparin level by Anti-XA of 0.3-0.7 units/mL.

```
        _____
        [f usern]
```

```
Transfused|            |            |1 FFP      |1 FFP      |
```

```
    # = STATISTICALLY SIGNIFICANT  CHANGE   > = GREATER THAN   < = LESS THAN
    H = HIGH  L = LOW  *H = CRITICAL HIGH  *L = CRITICAL LOW  * = ABNORMAL
             S = SENSITIVE  I = INTERMEDIATE  R = RESISTANT
Patient: SILVESTRI,JOSEPH R          Age/Sex: 71/M     Acct#E42604086    Unit#E0651152
```

```
RUN DATE: 12/17/02                CEDARS MEDICAL CENTER LAB              PAGE 27
RUN TIME: 1730               1400 NW 12th Avenue    Miami, FL 33136
                                 CUMULATIVE SUMMARY REPORT
```

Name: SILVESTRI,JOSEPH R            Age/Sex: 71/M        Attend Dr: Jimenez,Hector B.
Acct#: E42604086    Unit#: E0651152    Status: ADM IN    Location: C8FLN      803-1
Reg:  12/08/02    Disch:              Insurance: insurance.

| | | ARTERIAL BLOOD GASES | | | | |
|---|---|---|---|---|---|---|

| Day | | 3 | | | 4 | | Reference | Units |
|---|---|---|---|---|---|---|---|---|
| Date | ---------------12/10/02------------------ | | | | 12/11/02 | | | |
| Time | 4:35 PM | 6:59 PM | UNK | | 2:53 AM | | Reference | Units |
| pH | 7.440 | 7.320  *L | 7.359 | | 7.250  *L | | (7.350-7.450) | |
| pCO2 | 38.0 | 47.0  *H | 37.2 | | 49.9  *H | | (35.0-45.0) | |
| pO2 | 255.0  *H | 244.0  *H | 136.5  *H | | 99.7 | | (65.0-100.0) | |
| BE | 2.2 | -0.8 | -4.5 | | -5.7 | | | |
| HCO3 | 25.8 | 24.2 | 20.5  *L | | 21.4  L | | (22.0-26.0) | |
| Hb | | | 11.0  L | | 9.4  L | | (12.0-16.0) | |
| O2Hb | 100.0  *H | 100.0  *H | 97.5  *H | | 97.2  *H | | (94.0-96.0) | % |
| CoHb | | | 1.10 | | 0.70 | | (0.00-1.50) | % |
| MetHb | | | 0.70 | | 0.70 | | (0.00-1.00) | % |
| %O2 Cnt | | | 15.5 | | 12.9 | | | ML/DL |
| Device | Vent | | Vent | | Vent | | | |
| Rate | | | 10.00 | | | | | |
| Mode | | | SIMV | | CPAP | | | |
| Volume | | | 1 | | | | | ML |
| PEEP/CP | | | 10.0 | | 5.0 | | | |
| Pressur | | | 20 | | 5 | | | CM H2 |
| Temp | 37 | 37 | 37 | | 37 | | | |
| FIO2 | 100 | 100 | 50 | | 50 | | | % |
| A-a Gra | | | 180 | | 203 | | | TORR |
| Site | A.L. | A.L. | A.L. | | A.L. | | | |
| Comment | (G) | TXJ(H) | EL | | EL | | | |

```
      (G)  OFF PUMP,GMP
      (H)  OPEN HEART OFF CPB.
```

| Day | 4 | | | | Reference | Units |
|---|---|---|---|---|---|---|
| Date | 12/11/02 | | | | | |
| Time | 10:30 AM | | | | Reference | Units |
| pH | 7.335 | | | | (7.350-7.450) | |
| pCO2 | 38.1 | | | | (35.0-45.0) | |
| pO2 | 165.8  *H | | | | (65.0-100.0) | |
| BE | -2.5 | | | | | |
| HCO3 | 22.3 | | | | (22.0-26.0) | |
| Hb | 9.7  L | | | | (12.0-16.0) | |
| O2Hb | 98.4  *H | | | | (94.0-96.0) | % |
| CoHb | 0.30 | | | | (0.00-1.50) | % |
| MetHb | 0.80 | | | | (0.00-1.00) | % |
| %O2 Cnt | 13.9 | | | | | ML/DL |
| Device | Vent | | | | | |
| Mode | CPAP | | | | | |
| PEEP/CP | 5.0 | | | | | |

```
        # = STATISTICALLY SIGNIFICANT  CHANGE   > = GREATER THAN   < = LESS THAN
      H = HIGH  L = LOW  *H = CRITICAL HIGH  *L = CRITICAL LOW  * = ABNORMAL
               S = SENSITIVE   I = INTERMEDIATE  R = RESISTANT
Patient: SILVESTRI,JOSEPH R        Age/Sex: 71/M      Acct#E42604086    Unit#E0651152
```

```
RUN DATE: 12/17/02                  CEDARS MEDICAL CENTER LAB                    PAGE 28
RUN TIME: 1730                 1400 NW 12th Avenue    Miami, FL 33136
                                  CUMULATIVE SUMMARY REPORT
```

---

```
Name:  SILVESTRI,JOSEPH R           Age/Sex: 71/M      Attend Dr: Jimenez,Hector B.
Acct#: E42604086   Unit#: E0651152  Status: ADM IN    Location:  C8FLN    803-1
Reg:  12/08/02    Disch:            Insurance: insurance.
```

| ARTERIAL BLOOD GASES |
|---|

| | | | | | | Reference | Units |
|---|---|---|---|---|---|---|---|
| Day | 4 | | | | | | |
| Date | 12/11/02 | | | | | | |
| Time | 10:30 AM | | | | | | |
| Pressur | 5 | | | | | | | CM H2 |
| Temp | 37 | | | | | | |
| FIO2 | 50 | | | | | | % |
| A-a Gra | 151 | | | | | | TORR |
| Site | A.L. | | | | | | |
| Comment | DB | | | | | | |

| Test | Date | Time | Result | | Reference | Units |
|---|---|---|---|---|---|---|
| Bedside Glucose (Surestep | 12/10/02 | 9:06 PM | 204(I) | H | (70-110) | mg/dl |

    (I)  BUTAG SSCU FF2
          BUSN L2025AA00032
          PERFORMED BY: Willis, Patricia
          OPID .22186

| Bedside Glucose (Surestep | 12/10/02 | 10:32 PM | 226(J) | H | (70-110) | mg/dl |
|---|---|---|---|---|---|---|

    (J)  BUTAG SSCU FF2
          BUSN L2025AA00032
          PERFORMED BY: Willis, Patricia
          OPID .22186
          NOTE Sliding Scale

| Bedside Glucose (Surestep | 12/11/02 | 0:48 AM | 222(K) | H | (70-110) | mg/dl |
|---|---|---|---|---|---|---|

    (K)  BUTAG SSCU FF2
          BUSN L2025AA00032
          PERFORMED BY: Willis, Patricia
          OPID .22186

| Bedside Glucose (Surestep | 12/11/02 | 2:34 AM | 262(L) | H | (70-110) | mg/dl |
|---|---|---|---|---|---|---|

    (L)  BUTAG SSCU FF2
          BUSN L2025AA00032
          PERFORMED BY: Willis, Patricia
          OPID .22186
          NOTE Sliding Scale

---

```
        # = STATISTICALLY SIGNIFICANT CHANGE   > = GREATER THAN    < = LESS THAN
        H = HIGH   L = LOW   *H = CRITICAL HIGH   *L = CRITICAL LOW   * = ABNORMAL
                     S = SENSITIVE   I = INTERMEDIATE   R = RESISTANT
Patient: SILVESTRI,JOSEPH R          Age/Sex: 71/M      Acct#E42604086    Unit#E0651152
```

```
RUN DATE: 12/17/02                  CEDARS MEDICAL CENTER LAB                    PAGE 29
RUN TIME: 1730                 1400 NW 12th Avenue    Miami, FL 33136
                                   CUMULATIVE SUMMARY REPORT
```

```
Name:  SILVESTRI,JOSEPH R              Age/Sex: 71/M      Attend Dr: Jimenez,Hector B.
Acct#: E42604086    Unit#: E0651152    Status: ADM IN   Location: C8FLN      803-1
Reg:  12/08/02    Disch:              Insurance: insurance.
```

| Test | Date | Time | Result | Reference | Units |
|------|------|------|--------|-----------|-------|
| Bedside Glucose (Surestep | 12/11/02 | 4:35 AM | 245 (M)                    H | (70-110) | mg/dl |

        (M)  BUTAG SSCU FF2
             BUSN L2025AA00032
             PERFORMED BY: Willis, Patricia
             OPID .22136
             NOTE Sliding Scale

| Bedside Glucose (Surestep | 12/11/02 | 6:20 AM | 204 (N)                    H | (70-110) | mg/dl |
|------|------|------|--------|-----------|-------|

        (N)  BUTAG SSCU FF2
             BUSN L2025AA00032
             PERFORMED BY: Willis, Patricia
             OPID .22136
             NOTE Sliding Scale

| Bedside Glucose (Surestep | 12/11/02 | 8:06 AM | 166 (O)                    H | (70-110) | mg/dl |
|------|------|------|--------|-----------|-------|

        (O)  BUTAG SSCU FF2
             BUSN L2025AA00032
             PERFORMED BY: Patterson, Sandra (Trainer)
             OPID .53597

| Bedside Glucose (Surestep | 12/11/02 | 11:46 AM | 174 (P)                    H | (70-110) | mg/dl |
|------|------|------|--------|-----------|-------|

        (P)  BUTAG SSCU FF2
             BUSN L2025AA00032
             PERFORMED BY: Bruce, Hannah (ana)
             OPID .28676
             NOTE Notify RN/Sup.

| Bedside Glucose (Surestep | 12/11/02 | 8:09 PM | 187 (Q)                    H | (70-110) | mg/dl |
|------|------|------|--------|-----------|-------|

        (Q)  BUTAG SSCU FF2
             BUSN L2025AA00032
             PERFORMED BY: Reynolds, David (CCU/SCCU)
             OPID .09328

| Bedside Glucose (Surestep | 12/11/02 | 11:54 PM | 130 (R)                    H | (70-110) | mg/dl |
|------|------|------|--------|-----------|-------|

        (R)  BUTAG SSCU FF2
             BUSN L2025AA00032
             PERFORMED BY: Reynolds, David (CCU/SCCU)
             OPID .09328

```
        # = STATISTICALLY SIGNIFICANT  CHANGE   > = GREATER THAN   < = LESS THAN
        H = HIGH   L = LOW  *H = CRITICAL HIGH  *L = CRITICAL LOW  * = ABNORMAL
                      S = SENSITIVE  I = INTERMEDIATE  R = RESISTANT
Patient: SILVESTRI,JOSEPH R              Age/Sex: 71/M       Acct#E42604086    Unit#E0651152
```

```
RUN DATE: 12/17/02                  CEDARS MEDICAL CENTER LAB                PAGE 30
RUN TIME: 1730               1400 NW 12th Avenue    Miami, FL 33136
                                 CUMULATIVE SUMMARY REPORT
```

```
Name:  SILVESTRI,JOSEPH R          Age/Sex: 71/M      Attend Dr: Jimenez,Hector B.
Acct#: E42604086     Unit#: E0651152    Status:  ADM IN    Location: C8FLN      803-1
Reg:   12/06/02     Disch:              Insurance: insurance.
```

| Test | Date | Time | Result | Reference | Units |
|------|------|------|--------|-----------|-------|
| Bedside Glucose (Surestep | 12/12/02 | 5:34 AM | 127(S)                    H | (70-110) | mg/dl |

        (S)  BUTAG SSCU FF2
             BUSN L2025AA00032
             PERFORMED BY: Reynolds, David (CCU/SCCU)
             OPID .09328

| Bedside Glucose (Surestep | 12/12/02 | 11:33 AM | 114(T)                    H | (70-110) | mg/dl |

        (T)  BUTAG SSCU FF2
             BUSN L2025AA00032
             PERFORMED BY: Bruce, Hannah (ana)
             OPID .28676
             NOTE Notify RN/Sup.

| Bedside Glucose (Surestep | 12/12/02 | 6:18 PM | 199(U)                    H | (70-110) | mg/dl |

        (U)  BUTAG 8-North U2
             BUSN L1089AA00025
             PERFORMED BY: Fanderi, Carolyn
             OPID .65948

| Bedside Glucose (Surestep | 12/12/02 | 9:54 PM | 133(V)                    H | (70-110) | mg/dl |

        (V)  BUTAG 8 NORTH T2
             BUSN L1323AA00035
             PERFORMED BY: Jean-Louis, Juliette (ANA)
             OPID .85894
             NOTE Check Result
             NOTE Notify RN/Sup.

| Bedside Glucose (Surestep | 12/13/02 | 5:34 AM | 141(W)                    H | (70-110) | mg/dl |

        (W)  BUTAG 8 NORTH T2
             BUSN L1323AA00035
             PERFORMED BY: Jean-Louis, Juliette (ANA)
             OPID .85894
             NOTE Check Result
             NOTE Notify RN/Sup.

```
RUN DATE: 12/17/02                CEDARS MEDICAL CENTER LAB              PAGE 31
RUN TIME: 1730                 1400 NW 12th Avenue   Miami, FL 33136
                                  CUMULATIVE SUMMARY REPORT
```

```
Name:  SILVESTRI,JOSEPH R          Age/Sex: 71/M      Attend Dr: Jimenez,Hector B.
Acct#: E42604086    Unit#: E0651152    Status: ADM IN    Location: C8FLN    803-1
Reg:   12/08/02    Disch:           Insurance: insurance.
```

| Test | Date | Time | Result | Reference | Units |
|------|------|------|--------|-----------|-------|
| Bedside Glucose (Surestep | 12/13/02 | 11:09 AM | 173(X)                    H | (70-110) | mg/dl |

    (X)  BUTAG 8 NORTH T2
        BUSN L1323AA00035
        PERFORMED BY: Deshormeau, Jacqueline
        OPID .42023

| Bedside Glucose (Surestep | 12/13/02 | 4:50 PM | 137(Y)                    H | (70-110) | mg/dl |
|------|------|------|--------|-----------|-------|

    (Y)  BUTAG 8-North U2
        BUSN L1089AA00025
        PERFORMED BY: Deshormeau, Jacqueline
        OPID .42023

| Bedside Glucose (Surestep | 12/13/02 | 10:43 PM | 126(Z)                   H | (70-110) | mg/dl |
|------|------|------|--------|-----------|-------|

    (Z)  BUTAG 8 NORTH T2
        BUSN L1323AA00035
        PERFORMED BY: Attzs, Judy (ANA)
        OPID .90493
        NOTE Notify RN/Sup.

| Bedside Glucose (Surestep | 12/14/02 | 6:10 AM | 113(AA)                   H | (70-110) | mg/dl |
|------|------|------|--------|-----------|-------|

    (AA) BUTAG 6 NORTH T2
        BUSN L1323AA00035
        PERFORMED BY: Attzs, Judy (ANA)
        OPID .90493

| Bedside Glucose (Surestep | 12/14/02 | 11:13 AM | 151(AB)                  H | (70-110) | mg/dl |
|------|------|------|--------|-----------|-------|

    (AB) BUTAG 8-North U2
        BUSN L1089AA00025
        PERFORMED BY: Willory, Joan
        OPID .38801

| Bedside Glucose (Surestep | 12/14/02 | 5:02 PM | 109(AC) | (70-110) | mg/dl |
|------|------|------|--------|-----------|-------|

    (AC) BUTAG 8 NORTH T2
        BUSN L1323AA00035
        PERFORMED BY: Willory, Joan
        OPID .38801

```
     # = STATISTICALLY SIGNIFICANT CHANGE   > = GREATER THAN   < = LESS THAN
     H = HIGH  L = LOW  *H = CRITICAL HIGH  *L = CRITICAL LOW  * = ABNORMAL
               S = SENSITIVE  I = INTERMEDIATE  R = RESISTANT
Patient: SILVESTRI,JOSEPH R              Age/Sex: 71/M      Acct#E42604086    Unit#E0651152
```

```
RUN DATE: 12/17/02                  CEDARS MEDICAL CENTER LAB                  PAGE 32
RUN TIME: 1730                 1400 NW 12th Avenue    Miami, FL 33136
                                   CUMULATIVE SUMMARY REPORT
```

```
Name: SILVESTRI,JOSEPH R           Age/Sex: 71/M     Attend Dr: Jimenez,Hector B.
Acct#: E42604086   Unit#: E0651152   Status: ADM IN   Location:  C8FLN      803-1
Reg:  12/08/02    Disch:            Insurance: insurance.
```

| Test | Date | Time | Result | | Reference | Units |
|------|------|------|--------|---|-----------|-------|
| Bedside Glucose (Surestep | 12/14/02 | 9:11 PM | 158(AD) | H | (70-110) | mg/dl |

```
        (AD) BUTAG 8 NORTH T2
             BUSN L1323AA00035
             PERFORMED BY: Jean-Louis, Juliette (ANA)
             OPID .85894
             NOTE Check Result
             NOTE Notify RN/Sup.
```

| Bedside Glucose (Surestep | 12/15/02 | 4:43 AM | 130(AE) | H | (70-110) | mg/dl |

```
        (AE) BUTAG 8-North U2
             BUSN L1089AA00025
             PERFORMED BY: Jean-Louis, Juliette (ANA)
             OPID .85894
             NOTE Check Result
             NOTE Notify RN/Sup.
```

| Bedside Glucose (Surestep | 12/15/02 | 11:35 AM | 123(AF) | H | (70-110) | mg/dl |

```
        (AF) BUTAG 8-North U2
             BUSN L1089AA00025
             PERFORMED BY: Willory, Joan
             OPID .38801
```

| Bedside Glucose (Surestep | 12/15/02 | 5:25 PM | 121(AG) | H | (70-110) | mg/dl |

```
        (AG) BUTAG 8 SOUTH V1
             BUSN L0017AA00094
             PERFORMED BY: Willory, Joan
             OPID .38801
```

| Platelet Function Analyze | 12/9/02 | 11:00 AM | 109 | | (93-178) | Seconds |
| PFA Interpretation | 12/9/02 | 11:00 AM | (AH) | | | |

```
        (AH) RESULT IS WITHIN THE PFA ASSAY RANGE, WHICH IS CONSISTENT
             WITH NORMAL PLATELET FUNCTION.


             _____
             SMOTHERMON,W  M.D.
```

```
    # = STATISTICALLY SIGNIFICANT CHANGE   > = GREATER THAN   < = LESS THAN
    H = HIGH  L = LOW  *H = CRITICAL HIGH  *L = CRITICAL LOW  * = ABNORMAL
             S = SENSITIVE  I = INTERMEDIATE  R = RESISTANT
Patient: SILVESTRI,JOSEPH R          Age/Sex: 71/M    Acct#E42604086    Unit#E0651152
```

```
RUN DATE: 12/17/02                    CEDARS MEDICAL CENTER LAB                    PAGE 33
RUN TIME: 1730                   1400 NW 12th Avenue    Miami, FL 33136
                                    CUMULATIVE SUMMARY REPORT
```

```
Name:  SILVESTRI,JOSEPH R            Age/Sex: 71/M        Attend Dr: Jimenez,Hector B.
Acct#: E42604086     Unit#: E0651152    Status:  ADM IN    Location: C8FLN     803-1
Reg:   12/03/02   Disch:              Insurance: insurance.
```

### ISSUED BLOOD and COMPONENTS

| Unit # | Product | Bld Type | Comp? | Status | | Rsrvd |
|--------|---------|----------|-------|--------|---|-------|
| 12/10/02 | FFP | 8548849 | DISPENSED | A | | |
| 12/10/02 | FFP | 8548805 | DISPENSED | A | | |
| 12/10/02 | PLATELET POOL | 03311 | DISPENSED | A POS | | |
| COUNT AS 9 UNITS | | | | | | |
| POOLED FROM: | PLT CONCENTRATE | 8524836 | | AP | 12/14/02 | |
| | PLT CONCENTRATE | 8535306 | | AP | 12/14/02 | |
| | PLT CONCENTRATE | 8535326 | | AP | 12/14/02 | |
| | PLT CONCENTRATE | 8535333 | | AP | 12/14/02 | |
| | PLT CONCENTRATE | 8535092 | | AP | 12/14/02 | |
| | PLT CONCENTRATE | 8535096 | | AP | 12/14/02 | |
| | PLT CONCENTRATE | 8535307 | | AP | 12/14/02 | |
| | PLT CONCENTRATE | 8524833 | | AP | 12/14/02 | |
| | PLT CONCENTRATE | 8525980 | | AP | 12/14/02 | |
| 12/10/02 | PLT CONCENTRATE | 8531920 | DISPENSED | O NEG | | |
| 12/11/02 | P.CELLS LP | 8512778 | DISPENSED | A POS | | Y |
| 12/11/02 | P.CELLS LP | 8548927 | DISPENSED | A POS | | Y |

```
                                   BLOOD BANK
      Y=Compatible     N=Not Compatible    L=Least Incompatible    P=Presumed Compatible
                            N/A=Crossmatch Not Available
```

```
                           COLLECTED: Dec 9, 2002  11:00am

   BLOOD TYPE            | A POS
                         | JOAN RN12/10/02 0616: CLAB:RAH
   ANTIBODY SCREEN       | NEGATIVE
   CROSSMATCH
     P.CELLS             | 8512761 P.CELLS LP A POS (CANCELLED)
     P.CELLS             | 8512778 P.CELLS LP A POS Compatible? Y
     P.CELLS             | 8548927 P.CELLS LP A POS Compatible? Y

                         CANCELLED SPECIMENS

1211:CE:AB000 60R  CAN, Coll: 12/11/02-1030 Recd: - (R#03521953) Vilasuso,Alejandro J.
    Ordered: ABG
    Comment: Cancelled via OE: DUPLICATE
```

```
        # = STATISTICALLY SIGNIFICANT  CHANGE  > = GREATER THAN  < = LESS THAN
      H = HIGH  L = LOW  *H = CRITICAL HIGH  *L = CRITICAL LOW  * = ABNORMAL
                     S = SENSITIVE  I = INTERMEDIATE  R = RESISTANT
Patient: SILVESTRI,JOSEPH R          Age/Sex: 71/M    Acct#E42604086    Unit#E0651152
```

PATIENT NAME: SILVESTRI,JOSEPH R
       UNIT NO: E0651152


   EXAMS: 000707488 CXR SINGLE VIEW

PORTABLE CHEST       12/12/2002       0035 HOURS

POST CARDIAC SURGICAL STATUS IS EVIDENT.

ENDOTRACHEAL TUBE AND NASOGASTRIC TUBES HAVE BEEN REMOVED SINCE
12/11/2002, LEFT CHEST TUBE AND SWAN-GANZ CATHETERS REMAIN, DUE
TO CARDIAC MOTION, I CANNOT PRECISELY IDENTIFY THE TERMINATION OF
THE SWAN LINE.

THERE IS EVIDENCE OF VASCULAR CONGESTION IN BOTH LUNGS.


** Electronically Signed by ROBERT LAYTON MD on 12/12/2002 at 1647 **
            Reported by: ROBERT G. LAYTON, M.D.
            Signed by:   LAYTON,ROBERT MD


CC: Hector B Jimenez M.D.; Roy F. Williams

DICTATED DATE/TIME: 12/12/2002 (1400)
TECHNOLOGIST: ROBALDO GONZALEZ RT
TRANSCRIBED DATE/TIME: 12/12/2002 (1439)
TRANSCRIPTIONIST: CRAD:RB
PRINTED DATE/TIME: 12/17/2002 (2229)   BATCH NO: 3482

PAGE 1                 Signed Report Printed From PCI

CEDARS MEDICAL CENTER          NAME: SILVESTRI,JOSEPH R
1400 NW 12th Ave               PHYS: CWILR - Williams,Roy F.
Miami, Florida 33136           DOB: 08/12/1931 AGE: 71      SEX: M
                               ACCT NO: E42604086 LOC: 803 1
                               EXAM DATE: 12/12/2002 STATUS: ADM IN
                               RADIOLOGY NO:

                                         Luis Ginart, M.D

```
1 M                    SILVESTRI,JOSEPH R (ADM IN)                           Page: 2
50651152                    C8FLN-803-1                   Printed 12/18/02 at 1643
642604086               Jimenez,Hector B.            Period ending 12/18/02 at 1643
12/08/02 at 2351   Cedars Medical Patient Care *Li DISCHARGE INSTRUCTIONS OPEN HE
```

```
              DISCH. INSTRUCTIONS OPEN HEART            12/18 1618 MCG
```

KEEP YOUR LEGS ELEVATED WHILE SITTING OR LYING.

9. DO NOT LIFT,PUSH OR PULL ANYTHING OVER 10LBS. FOR 6 WEEKS

10. NO DRIVING FOR 4 WEEKS.

11. YOU MAY RESUME SEXUAL ACTIVITY AFTER CONSULTING WITH YOUR CARDIAC SURGEON.

12. DO NOT ADD SALT TO YOUR DIET,LIMIT THE AMOUNT OF FRIED FOOD OR HIGH FAT
    FOODS TO YOUR DIET.

13. YOU CAN HAVE A GLASS OF WINE OR BEER 2-3 TIMES A WEEK.

**** CALL YOUR SURGEON IMMEDIATELY IF YOU EXPERIENCE: ****
    *1. FEVER GREATER THAN 101 F OR 38.4 C
    *2. RED,SWOLLEN,OR OPEN INCISIONS WITH WHITE DRAINAGE.
    *3. YOU DEVELOP PALPITATIONS OR SHORTNESS OF BREATH.

*** CALL YOUR CARDIOLOGIST AND CARDIAC SURGEON WHEN YOU GET HOME FROM THE HOSPITAL
    TO MAKE AN APPOINTMENT IN 1 WEEK.***
*** TAKE A LIST OF YOUR MEDICATION WITH YOU ***

**** PATIENT VALUABLES ****
        Patient Valuables:   If yes,call Admitting & return to patient.
        Patient belongings sheet reviewed:
Patient Belongings on unit:  If yes,returned to patient _____ (initials)
Patient belongings from Security: If yes,returned to patient (initials)_____.
DOCTOR:                                         Next Appointment Date:
MD Office Phone #:                              Next Appointment Time:
WEIGHT LBS.:         BLOOD PRESSURE:

Have all instructions been explained?        Instructions sent with patient?


            Patient or Relative Signature:


            Nurse/Dr's. Signature/Date:


        *** CEDARS MEDICAL CENTER DEPARTMENT***   TELEPHONE #'S
        CEDARS MEDICAL CENTER                     (305) 325-5511
        CEDARS EMERGENCY ROOM                     (305) 325-5464

        CEDARS OUTPATIENT DEPARTMENT              (305) 325-5580
        CEDARS CASE MANAGEMENT DEPARTMENT         (305) 325-5512
        CEDARS DIETARY DEPARTMENT                 (305) 325-5491

Monogram  Initials   Name              Nurse Type                      User Key
```

Luis Gonzal, M.D.

SILVESTRI,JOSEPH R (ADM IN)                           Page: 1
C8FLN-803-1                          Printed 12/18/02 at 1643
Jimenez,Hector B.            Period ending 12/18/02 at 1643
Cedars Medical Patient Care *Li DISCHARGE INSTRUCTIONS OPEN HE

DISCH. INSTRUCTIONS OPEN HEART                12/18 1618 MCG

****** DISCHARGE INSTRUCTIONS 8N OPEN HEART ******
Phone # Where You Can Be Reached After D/C: 305 982-1335
**** MEDICATION INSTRUCTIONS****

| | MEDICATIONS/PRESCRIPTIONS | DOSAGE | SCHEDULE | PURPOSE |
|---|---|---|---|---|
| Med 1: | LOVENOX SUBCUTANEOUS (ANTICOAG) | 30MG | EVERY 12 HOURS | FOR 2 WEEKS |
| Med 2: | ZESTRIL | 25MG | DAILY | BLOOD PRESSURE |
| Med 3: | METOPROLOL | 25MG | DAILY | BLOOD PRESSURE |
| Med 4: | DIGOXIN | 0.125MG | DAILY | HEART |
| Med 5: | ASPIRIN | 325MG | DAILY | ANTICOAGULANT |
| Med 6: | CHROMAGEN | 200MG | DAILY | VITAMINS & IRON |
| Med 7: | | | | |
| Med 8: | | | | |

Who is to give medication? NURSE      Who was instructed? NURSE
Adult (>18y) smoking counseling done?
**** DIET INSTRUCTIONS ****
SPECIFY KNOWN DRUG/FOOD INTERACTION:

DRUG/FOOD INTERACTION PAMPHLET GIVEN: Y
DIET INSTRUCTION:Y      DIET PRESCRPITION: DIABETIC 1800 CAL ADA LOW FAT
, LOW SALT AND CHOLESTEROL

***** PAIN MANAGEMENT ****
PAIN MANAGEMENT PLAN: AS INSTRUCTED

**** ACTIVITY /ADL'S INSTRUCTIONS ****
Activity Instructions: AS INSTRUCTED
   Exercise Instruct: SEE INSTRUCTIONS AFTER HEART SURGERY
    Driving Instruct:
    Work Instructions:
    Special Equipment:

**** TREATMENT/WOUND CARE INSTRUCTIONS ****
Appearance Of Wound: CHEST AND LEFT THIGH AND LEG INCISIONS APPROXIMA-
Wound Care if Applicable: TE NO EXUDATE OPEN TO AIR.

***** SPECIAL INSTRUCTION OPEN HEART ******

   1. INCISION CARE:  AS INSTRUCTED

   2. MAY SHOWER DAILY WITH NON-PERFUME SOAP AND WATER.

   3. DO NOT SIT OR SOAK IN WATER,EXAMPLE (POOLS,HOT TUBS,OR BATHTUB) FOR 4 WEEKS.

   4. NO SOLUTIONS,OINTMENTS,OR CREAMS SHOULD BE USED TO THE INCISIONS UNLESS DIRECTED
      BY THE SURGEON.

   5. KNEE HIGH STOCKINGS SHOULD BE WORN DURING THE DAY ONLY FOR TWO MORE WEEKS,FOR WOMEN,
      WEAR A BRA FOR 4 WEEKS AT ALL TIMES (WITHOUT UNDER WIRE,ONLY COTTON).

   6. BREATHING EXERCISE WITH YOUR BLUE INCENTIVE SPIROMETER SHOULD BE DONE 10 BREATHS
      OR MORE EVERY 2 HOURS FOR 2 MORE WEEKS.

   7. WALK 4 TIMES A DAY, EACH TIME FOR AT LEAST 15 MINUTES, PROGRESS THE TIME YOU
      WALK EACH WEEK AS PER M.D.

Luis Cinang M D

MIAMI, FL 33133

33 NE 4 ST

... TIONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

12/19/02 [illegible]

0700

ADMINISTRATIVE NOTE

Tylenol #3 ĉ OO tid PRN for Pain #9
Prevolol tabs ĉ OO qd x 30 days

CDR, J.R. Cintron, RPh
FDC Miami

12/19/02

Luis Ginart, MD
Staff Physician
FDC Miami

STANDARD FORM 600 (REV. 6-97) BACK

NSN 7540-00-634-4176    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 12/18/02 2035 | adm note Returning from Cedars medical center Post open Heart surgery with Hx of CAD c/o slight pain in the chest T98⁴ BP 140/84 P82 R18 chest wound dry healing well anterior left thigh (donor site) wounds clean and dry no sign of infection EKG NSR 90 rate non specific T abnormalities ANT/LAT/INF Housed in medical watch room Recommended Lovenox 30mg q 12 hrs subcu x 14 days Zestril 2.5mg Ed x 30d rx metoprolol 25 mg Ed x 30d rx Digoxin 0.125 mg Ed x 30d rx aspirin 325 mg Ed x 30d rx D/c thiamaden 20 mg Ed Vital sign q shift |

Gerard Pierre-Louis, PA
FDC Miami

CDR, J.R. Cintron, RPh
FDC Miami

| ADMINISTRATIVE NOTE | | |
|---|---|---|

12/19 w
1700

FDC Miami

STATUS    DEPART/SERVICE    Luis Allen, M D
FDC Miami

HOSPITAL OR MEDICAL FACILITY · SPONSOR'S NAME · STATUS · DEPART/SERVICE · RELATIONSHIP TO SPONSOR · RECORDS MAINTAINED AT

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

SILVESTRI   JOSEPH
0464l-016

FEDERAL DETENTION CENTER
33 NE 4 ST
MIAMI, FL 33132

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

REGISTER NO.    WARD NO.

FHRMR (41  CFR)  201-9-202-4

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION   *(Sign each entry)* |
|---|---|
| 12/4/02 1040 | CONTINUATION: _Discuss with patient diagnosis, plan_ |
| | PLAN: _One 325 mg PO std , Retin Caps 2 given_ _↓ Weight ↑ Physical activity as tolerated_ |
| | Patient Education: [ ] Etiology, Complications, Prognosis, Prevention [ ] No Smoking. [ ] Management and relief of Pain. |
| | [✓] Diet, Diabetic, Cardiac, Infectious Disease, (lifestyles changes), [ ] Foot Care. [✓] Patient Understood Topics |
| | [✓] Instructed if problems or running out of medication should sign up for sick-call or send copout. |
| | [✓] Medication Dosage / Administration / Compliance / Side Effect. [ ] Skin Care. [ ] Low sodium intake. |
| | Diagnostic Studies: [ ] CBC/Diff. [ ] U/A. [ ] U/C. [ ] BMP. [ ] CMP. [ ] PSA. [ ] RPR [ ] PT, PTT. [ ] TSH. [ ] FBS [ ] HgbA1c |
| | [ ] Viral load. [ ] CD4 [ ] CD8. [ ] Toxo Igg. [ ] Hepatitis Panel. [ ] Liver Panel. [ ] Renal Panel. [ ] Pregnancy Panel. |
| | [ ] CxR. [ ] EKG  [ ] Others. |
| | Consultations: [ ] Optometrist. [ ] Ophthalmologist. [ ] Orthopedic [ ] Surgeon. [ ] OB/GYN. [ ] Others. |
| | Referal to IDC for Vaccination: [ ] Influenza. [ ] Pneumococcal. [ ] Hepatitis ( ) [✓] Others _Drysol levels checked 10 g/d_ |
| | Return to Clinic for routine Follow Up on: 12/16 /02 |
| | Treatment(s): ① Norvix 75 mg T PO qd x30 QT+2 ② Metformin T 1 sp m ct by 1/30 1/pr x30 cl . |
| | PHARMACY MEDICATION Oral ___ Luis Gutten, M.D Staff Physician FDC Miami |

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION  *(sign each entry)* |

CLINIC: [ ] HYPERTENSION, [ ] CARDIA, [ ] DIABETES, [ ] NEURO, [ ] ENDOCRINE, [ ] LIPID, [ ] PULMONARY, [ ] INFECTIOUS,

[ ] ORTHO, [ ] OB/GYN, [ ] MENTAL, [ ] GENERAL, [ ] OTHER

**12/4/02**
**10:40**

f/u from Hospitalization

SUBJECTIVE: Patient state I feel Chest is sore, Denies SOB

on Pain medication. Pain Care 1 to 10 was ③ after

Nitro SL level ①. I need something for Constipation

OBJECTIVE AGE: 71   SEX: [x] Male, [ ] Female, Race: W   Dextra A/C:   SₐO₂:   Peak Flow    /   /

BP: 139/52   P: 64   WT: 214   R/R: 14   Temp:   LAST: Op/Opht.Eval:   Pap smear   Mammography

Are the following normal?

|  | YES | NO | N/A |  |
|---|---|---|---|---|
| Head / Neck / Nodes | ✓ | | | fundus no edema, pupils normal |
| HEART | ✓ | | | RRR, no m |
| LUNG | ✓ | | | Clears ⊕ Chest no tender normal |
| ABDOMEN | ✓ | | | Soft depress Peristalsis |
| GENITAL/RECTAL | ✓ | | | |
| EXTREMITIES/Feet | ✓ | | | pulses normal, skin warm |
| OTHER  *nord* | ✓ | | | Chest aos NWB |

Recent Labs Results: EKG Sinus rhythm 64, first degree AV Block

no change on Comparison with other

ASSESSMENT(S): 71 y.o. with Baseline angina, HG Coronary

artery disease, 1 Dec # 7 ⊡  PE - angina resolve, S/P Hospitalize

2 to Chest Pain Patient was refused By Pass Surgery Now request

Chest Procedure, I Plan we will for some lab Hospitalization

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | *Luis Perez, MD* | | FDC MIAMI |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
|---|---|---|---|
| 04641 016 | | | CONT——— |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| REGISTER NO. | WARD NO. |
|---|---|
| 04641-016 | |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

DATE · SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry)

12/8/02
0946 hrs.

Patient c/o chest pain for about several hours, states lengthy history of CAD, reports that four weeks ago he was transported to a local hospital and he was told having 3 obstructed coronary arteries an CABG graft was offered and he refused due to family problems. Patient denies SOB, orthopnea, HA or blurred vision at this time. Stated took 2 "nitro" SL.

Ⓞ Alert and oriented x3 in mm's but incomplete about his jejunum.

"BP 160/100 mHg, R 18 x', HR 80 x'"

Lungs→ clear to auscultation

Heart → Cardiac sounds w/o murmurs or gallops.

Neurological → CN II to XII intact.

Abdomen, soft, & organomegaly & masses.

① HTN

② ACS

③ Hyperlipidemia

① P EKG done → no acute changes.

② O₂ via nasal cannula 6 L x'

③ Observation in Cardiac Monitor

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| FDC Miami | | | |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR; Sex; | REGISTER NO. |

L. Chick Higgins, PA-C
FDC Miami

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Silvestri Joseph
04641-016

| REGISTER NO. | | WARD NO. |
|---|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 12/5/02 7040 | S: Pt. seen on the unit c/o of chest pain, SOB. Pt. refers to have been feeling this way throughout the day but pain worsens now. Pt. considers h/o of CAD, HTN and recent Bypass Surgery 2 weeks ago.

O: B/P 218/ ... P: 59x' R: 28 min PO2: 88%

Extrem: Pt. alert, awake x 3 & ambulating.

Heart: Regular Rhythm atrial 58 no murmur, Chest: pain irradiating to neck

Lungs: well ventilated with Bilateral crepitation.

ABD: Obese, soft no tender. no organomegaly.

Extrem: POE: pain and breathing; LLE: edema 2+

Skin: Face: Flush, diaphoretic.

A: Unstable Angina
   H/o Hypertension
   Hypertension Crisis

P: 1: O₂ nasal canula
   2: Nitro paste 1" Chest wall
   3: Transfer to Cedars Medical Ctr via 911
   4: Verbal consultation w/ MD — Carcini
   5: Saline Sol. 0.9% KVO
   6: AHSA notified |

RAUL CAMPOS, P.A.
FDC MIAMI

| HOSPITAL OR MEDICAL FACILITY | | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|---|
| SPONSOR'S NAME Silvestri, Joseph | | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 04641-016

WARD NO.

FEDERAL DETENTION CENTER
33 NE 4 ST
MIAMI, FL. 33132

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

12/9/02
0855        ADMINISTRATIVE NOTE

Notes on 12/8/02 ~~stik~~ G.S. reviewed

_[signature]_ M.D.

---

12/10/02
1300        ADMINISTRATIVE NOTE

Informed by Dr. Jiminez's office that
pt presently in surgery for coronary
artery bypass graft.

_[signature]_ M.D.

---

12/12/02
0715        ADMINISTRATIVE NOTE

Dr. Jiminez advises that the pt is now
out of recovery Room + all support
monitors removed. PT stable.
Expect pt to be discharged back
to FDC on 16th or 17th of month.

_[signature]_ M.D.

---

12/13/02
1055        ADMINISTRATIVE NOTE

I've contact Dr. Jimenes double by pass
surgery was performed and the patient
is in stable condition. Patient might be
discharge 12/17/02

Luis [illegible] M.D.
Staff Physician
FDC Miami

---

PILEX  Printed on Recycled Paper

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

## FEDERAL DETENTION CENTER TRANSFER NOTE

DATE: 12/8/02    From FDC-Miami to: Cedars Medical Ctr

TIME: 2045    Reason for Transfer:

Chest Pain.
Shortness of breath.

Clinical Diagnosis:
Hypertension Crisis
Angina Unstable

Pertinent History: 71 y.o. w/u enters Hx of Hypertension, CAD
c Hyperlipidemia

Current Medications:
Plavix 75, ASA 325 mg, Lovastatin.
Nitroglycerin SL, Lisinopril 5 mg, Nitroderm.

Additional Data Attached:

Please send the following information with the patient when discharged:

Diagnosis, Medication, Condition, Recommendations.

Provider's Signature & Title: RAUL CAMPO, P.A.
FDC MIAMI

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| FDC Miami | | | |

| SPONSOR'S NAME | | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
|---|---|---|---|---|

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. | WARD NO. |
|---|---|---|

Silvestri; Joseph
04641-016

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

**12-16-02** ADMINISTRATIVE NOTE

1300   Dr. Jimenez informed that pt is doing OK & is scheduled to be discharged tomorrow if no wound/medical condition or complication arises

L. PEREZ, M.D.
PSYCHIATRIST
F.D.C. MIAMI

**12-17-02** Administrative Note:

1300   Pt will remain in hospital due to culture infection. At present on I.V. Antibiotics

L. Perez M.D.

**12-18-02** Administrative Note:

0800   Pt in stable condition. Could be discharged tomorrow if no further complications develop. Continue IV Therapy

L. Perez M.D.

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME Silvestri Joseph | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 04641-016   WARD NO.

FDC MIAMI
33 N.E. 4th STREET
MIAMI, FL 33132
ATTN: MEDICAL RECORDS

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 5-97)

FIRMR (41 CFR) 201-9-202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION    (Sign each entry) |
|------|---|
| 12/18/02 1005 | CONTINUATION: *dyspos ZLL imitation - healing surgical scars, hematoma R thy > 25cm* |
| | PLAN: - *goal is aerobic exerc at least 20 min/dg [impentano of exercise as tolerated]* |
| | Patient Education: [ ] Etiology,Complications,Prognosis,Prevention.[ ]No Smoking ⦅[ ] Management and relief of Pain.⦆ |
| | ⦅[ ] Diet, Diabetic,Cardiac,Infectious Disease,Lifestyles changes⦆[ ] Foot Care.[ ] Patient Understood Topics |
| | ⦅[ ] Instructed if problems or running out of medication should sign up for sick-call or send copout.⦆ *sign up for sick call for wound care* |
| | [ ] Medication Dosage / Administration / Compliance / Side Effect.[ ] Skin Care.[ ] Low sodium intake. |
| | Diagnostic Studies: [ ] CBC/Diff.[ ]U/A.[ ] U/C. [ ]BMP.[ ] CMP.[ ] PSA.[ ] RPR.[ ] PT,PTT.[ ] TSH. [ ] FBS.[ ] HghA1c |
| | [ ] Viral load.[ ]CD4.[ ] CD8.[ ]Toxo Igg.[ ]Hepatitis Panel.[ ] Liver Panel.[ ]Renal Panel.[ ] Pregnancy Panel. |
| | [ ] CxR. [ ] EKG. [ ]Others. |
| | Consultations: [ ] Optometrist. [ ] Ophthalmologist. [ ] Orthopedic.[ ] Surgeon. [ ] OB/GYN. [ ] Others. |
| | Referal to IDC for Vaccination: [ ] Influenza. [ ]Pneumococcal.[ ] Hepatitis (  ). [ ] Others. |
| | Return to Clinic for routine Follow Up on: 1/17/03 |
| | Treatment(s): - D/C plavix Warfarin - re-start 30 dg c Plavix lovastatin 40 mg poti - for by dem - copy day ppn. |

E. LOPEZ, M.D.
FDC MIAMI

*[signature] 12/19/02*

CDR, J.R. Cintron, RPh
FDC Miami

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

**DATE** 12/19/02
1000

CLINIC: [ ] HYPERTENSION, [ ] CARDIA, [ ] DIABETES, [ ] NEURO, [ ] ENDOCRINE, [ ] LIPID [ ] PULMONARY, [ ] INFECTIOUS.

[ ] ORTHO, [ ] OB/GYN, [ ] MENTAL, [ ] GENERAL, [ ] OTHER.

non smoker

SUBJECTIVE: I get short of breath when I walk. I was told I had a mini stroke that affected my Ⓛ arm. I lost some memory

Diabetic Foot Screen Test Sites

OBJECTIVE AGE 71   SEX: [ ] Male, [ ] Female, Race:   Desire A/C:   SaO₂:   Peak Flow   /   /

BP 90/60   P: 76   WT: 50   R/R:   Temp 98.6   LAST: Op/Oph/Eval:   Pap smear   Mammography

Are the following normal?

| | YES | NO | N/A | |
|---|---|---|---|---|
| Head / Neck / Nodes | | | | chest - sternal area healing wound, no secretions, no eryhtem, no warmth. |
| HEART | ✓ | | | |
| LUNG | ✓ | | | - Neuro: O×3, pt states loss of short term memory ↓ strength (in hand) |
| ABDOMEN | | | | |
| GENITAL/RECTAL | ✓ | | | |
| EXTREMITIES/Neck | | | | |
| OTHER | | | | - Ⓡ arm area / thigh healing wound - no secretion no warmth. |

Recent Labs Results: N/A

Diabetic foot Screen Test Sites

ASSESSMENT(S):

① B.P - optimal

② S/p CABG - stable - possible S/p neurological residual. ③ Sono skin

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART/SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | F D C MIAMI |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
|---|---|---|---|
| | | | CONT——— |

PATIENT'S IDENTIFICATION: (For typed or written entries give: Name - last, first, middle; No or SSN; Sex; Date of Birth; Rank/Grade.)

Silvestri, Joseph

| REGISTER NO. | WARD NO. |
|---|---|

CHRONOLOGICAL RECORD OF MEDIC
MEDICAL RECORD



| Patient | | | | | Unit # | Service/Location | Status | Date | Account # |
|---|---|---|---|---|---|---|---|---|---|
| SILVESTRI,JOSEPH R | | | | | E0651152 | CARDIOLOGY | ADM IN | 12/08/02 | E42604086 |

**P A T I E N T**

| Soc Sec No | DOB | Age | Sex | MS | Race | Religion |
|---|---|---|---|---|---|---|
| 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 | 08/12/31 | 71 | M | U | W | None |

Address: PO BOX 019118
MIAMI,FL 33101
Home Ph: 305 982-1335    County: DADE

**P A T I E N T   E M P L O Y E R**
UNEMPLOYED
NA
NA,XX 00000
Work Phone: 305 999-9999
Occupation:

**G U A R A N T O R**
FEDERAL DETENTION CENTER    SS#: 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
Address: PO BOX 019118
MIAMI,FL 33101
Home Ph: 305 982-1335    County: DADE
Relationship to Patient: Friend/Other

**G U A R A N T O R   E M P L O Y E R**
NOT APPLICABLE
NA
NA,XX 00000
Work Phone: 999 999-9999
Occupation:

**O T H E R   G U A R A N T O R**
SS#:  --
Address:
Home Ph:    County:
Relationship to Patient:

**O T H E R   G U A R A N T O R   E M P L O Y E R**
Work Phone:
Occupation:

**P E R S O N   T O   N O T I F Y**
HEALTH SERVICES ADMINISTRATOR
PO BOX 019118
MIAMI,FL 33101
Hm: 305 982-1335    Wk:
Rel to Patient: Friend/Other

**N E X T   O F   K I N**
HEALTH SERVICES ADMINISTRATOR
PO BOX 019118
MIAMI,FL 33101
Hm: 305 982-1335    Wk:

**T E M P O R A R Y   A D D R E S S**
Ph:    Thru:
Note:

**I N S U R A N C E # 1**
DETENTION PROGRAM FEDERAL
BOX 019118
MIAMI,FL 33101
Phone 305 982-1319
Contact

Policy # 04641-016
Coverage #
Subscriber SILVESTRI,JOSEPH R
Rel to Pt Same as Patient (Self)
Eff.    to    Rel Y Assign Y
Group 999999 - UNEMPLOYED

**A U T H O R I Z A T I O N**
Treat/Precert Not Required
Ins Verif    20021208
Pro Review    Not Required
Ins. Name - DETENTION PROGRAM FEDERAL
Ins. Mnemonic - DETFED

**I N S U R A N C E # 2**
Phone
Contact

Policy #
Coverage #
Subscriber
Rel to Pt
Eff.    to    Rel    Assign
Group

**A U T H O R I Z A T I O N**
Treat/Precert
Ins Verif
Pro Review
Ins. Name -
Ins. Mnemonic -

**I N S U R A N C E # 3**
Phone
Contact

Policy #
Coverage #
Subscriber
Rel to Pt
Eff.    to    Rel    Assign
Group

**A U T H O R I Z A T I O N**
Treat/Precert
Ins Verif
Pro review
Ins. Name -
Ins. Mnemonic -

**O C C U R R E N C E S**
Type    Date    Time    Code
Date Onset of Symptoms    12/08/02

**C O N D I T I O N S**
Type    Special Program

Hospitalization

Admission Comment
BED 5

Financial Class
10

**P H Y S I C I A N S**

| Attending Physician | Admitting Physician | Emergency Room Physician |
|---|---|---|
| Jimenez,Hector B. | 305-325-0913 Jimenez,Hector B. | 305-325-0913 Braden,John E.    305 325-5464 |
| Primary Care Physician | Family Physician | Other Physician |

**A D M I S S I O N / R E G I S T R A T I O N**

| Date | Time | Source | Rm/Bed | Arrival | Principal Admitting Diagnosis/Reason for Visit | Admitted By |
|---|---|---|---|---|---|---|
| 03/02 | 2351 | Emergency | 803/1 | ER | CHEST PAIN R/O MI | CADM:NO |

SILVESTRI,JOSEPH R

ACCT#

E42604086

PATIENT NAME: SILVESTRI,JOSEPH R
    UNIT NO: E0651152


  EXAMS: 000703632 PHARMACOLOGICAL CARDIAC STR
 <Continued>

PATIENT'S MARKED OBESITY.  THE REVERSIBLE CHANGES IN THIS AREA MUST BE
CONSIDERED SUSPICIOUS FOR POSSIBLE UNDERLYING CORONARY ARTERY DISEASE.


 ** Electronically Signed by ALDO N. SERAFINI on 12/02/2002 at 1630 **
              Reported by: ALDO SERAFINI, M.D.
              Signed by:   SERAFINI,ALDO N.


CC: Hector B Jimenez M.D.

DICTATED DATE/TIME: 11/27/2002 (1500)
TECHNOLOGIST: ANTONIO BAUTISTA,RT
TRANSCRIBED DATE/TIME: 11/27/2002 (1657)
TRANSCRIPTIONIST: CRAD:MAF
PRINTED DATE/TIME: 12/17/2002 (2228)

PAGE 2              Signed Report Printed From

CEDARS MEDICAL CENTER
1400 NW 12th Ave
Miami, Florida 33136

```
PATIENT NAME: SILVESTRI,JOSEPH R
       UNIT NO: E0651152
```

EXAMS: 000703632 PHARMACOLOGICAL CARDIAC STR

PHARMACOLOGICAL PERFUSION SCAN:

DATE:    11/27/02

INDICATIONS:

THE PATIENT WAS REFERRED FOR EVALUATION OF CORONARY ARTERY DISEASE TO
ASSESS FOR ISCHEMIA WITH HISTORY OF ANGINA AND RISK FACTORS INCLUDING
HYPERTENSION AND DIABETES.

METHODOLOGY:

THE PATIENT WAS INFUSED OVER 6 MINUTES WITH ADENOSINE AND SUBSEQUENTLY
INJECTED WITH A 4.0 MCI DOSE OF THALLIUM-201 AND IMAGED UTILIZING
TOMOGRAPHIC TECHNIQUE.

FINDINGS:

IMMEDIATE POST PHARMACOLOGICAL STRESS IMAGES, SHOWED A REDUCED
PERFUSION TO THE DISTAL APICAL AND INFEROLATERAL WALL WITH NORMAL
PERFUSION SEEN IN THE REMAINING SEGMENTS.

WHEN COMPARED TO THE REST IMAGES, PATIENT DEMONSTRATED REVERSIBLE
CHANGES IN THE INFEROLATERAL SEGMENT OF A MILD TO MODERATE DEGREE.

IMPRESSION:

SMALL MILD REVERSIBLE CHANGES IN THE INFEROLATERAL WALL INVOLVING
APPROXIMATELY 5 TO 10% OF THE LEFT VENTRICLE.

OVERALL SOME ATTENUATION ARTIFACTS FROM SUBDIAPHRAGMATIC STRUCTURES
MAY BE CONTRIBUTING TO THE FINDINGS ESPECIALLY IN VIEW OF THE

PAGE 1            Signed Report Printed From PCI    (CONTINUED)

CEDARS MEDICAL CENTER          NAME: SILVESTRI,JOSEPH R
1400 NW 12th Ave               PHYS: CJIMH - Jimenez,Hector B.
Miami, Florida 33136           DOB: 08/12/1931 AGE: 71      SEX: M
                               ACCT NO: E42579813 LOC: 1146 1
                               EXAM DATE: 11/27/2002 STATUS: DIS IN
                               RADIOLOGY NO:

                                      Luis Ginart, M.D
                                      Staff Physician
                                      FIX Miami

PATIENT: SYLVESTRI, JOSEPH     MR# 651152

DATE OF STUDY:     DURATION OF EXERCISE: MIN.  SEC.
REASON FOR STOPPING:
TARGET HEART RATE:    85%         90%          100%
PREDICTEDS:                          HEART BEATS/MIN.

THE PATIENT IS A 71 YEAR OLD MAN WITH A HISTORY OF CORONARY ARTERY DISEASE. STATUS POST
CORONARY ANGIOPLASTY. THE RECORDS ARE NOT AVAILABLE. PATIENT WAS ADMITTED BECAUSE OF
CHEST PAIN. THE TEST WAS PERFORMED IN ORDER TO RULE OUT ISCHEMIA. THERE ARE NEGATIVE
SIGNS AT THIS POINT.

ON PHYSICAL EXAMINATION THE PATIENT IS ALERT AND COOPERATIVE. BLOOD PRESSURE: 140/80;
PULSE: 65; RESPIRATION: 20; HEAD: ATRAUMATIC; PUPILS: PERRLA; NECK: SUPPLE; LUNGS: CLEAR;
HEART: REGULAR RHYTHM; ABDOMEN: SOFT AND EXTREMITIES WITHOUT EDEMA. THE NEUROLOGICAL
EXAMINATION IS NON-FOCAL.

EXERCISE TESTING:

THE PATIENT WAS EXERCISED ON THE PHARMACOLOGICAL PROTOCOL WITH ADENOSINE. A TOTAL DOSAGE
OF 101 MG WAS GIVEN INTRAVENOUSLY FOR A TOTAL PERIOD OF 6 MINUTES. 4 MINUTES INTO THE
INFUSION THE PATIENT WAS INJECTED WITH THALLIUM FOR CARDIAC IMAGING AND CARDIAC IMAGING
ARE PENDING. AFTER 3 MINUTES INTO THE RECOVERY PERIOD THE BLOOD PRESSURE AND HEART RATE
RETURNED TO BASELINE.

IMPRESSION:

1) NO CLINICAL OR ELECTROCARDIOGRAPHIC CHANGES FOR ISCHEMIA AT THE LEVEL
   OF EXERCISE OBTAINED DURING THE ADENOSINE INFUSION.

2) CARDIAC IMAGING BY THALLIUM ARE PENDING.

INTERPRETING PHYSICIAN: _____
                          DR. Hector B. Jimenez

TRANSCRIBED BY: CASTRO, BARBARA
DATE/TIME TRANSCRIBED: 12/02/02 2200

Luis Ginart, M.D
Staff Physician
FDC Miami

PATIENT CARE INQUIRY  **LIVE**  (PCI: OE Database COCCE)

Run: 12/09/02 18:05 by JIMENEZ, HECTOR MD

Page 2 of 2

```
------------------------------------------*------------------------------------------
     COLUMBIA CEDARS              * Acct#: E42579813
     MEDICAL CENTER               * SILVESTRI, JOSEPH R
                                  * MRN#: E0651152
     1400 NW 12th Avenue          * DATE OF BIRTH:  08/12/1931
     Miami, Florida  33136        * PROC DATE: 11/29/02
     CONSULTATION REPORT          *
------------------------------------------*------------------------------------------
```

REASON FOR CONSULTATION:
Cardiothoracic surgical evaluation status post diagnostic left
heart cardiac catheterization.

HISTORY OF PRESENT ILLNESS:
The patient is a 72-year-old federal prisoner who has past
medical history significant for known history of hypertension,
known history of coronary artery disease status post totally
occluded right coronary artery in 1996.  The patient also has
a long-standing history of stable angina for which the patient
was taking chelation therapy with reportedly good results.
The patient now is admitted to Cedars Hospital for diagnostic
cardiac catheterization after accelerated anginal syndrome.
Diagnostic cardiac catheterization today performed by Dr.
Sameer Mehta revealed a totally occluded right coronary
artery, which fills via left to right collaterals,
approximately 50% left main coronary artery stenosis and
approximately 10% proximal left anterior descending artery
sclerosis.  The overall left ventricular function is relatively
well preserved.  We are now called for surgical evaluation of
the same.

PAST MEDICAL HISTORY:
Past medical history is as stated.  History of osteoarthritis.

PAST SURGICAL HISTORY:
Total knee replacement on the left.

SOCIAL HISTORY:
The patient is not a smoker.

ALLERGIES:
The patient has no known allergies.

MEDICATIONS:
The patient's medications include -
1.  Lasix.
2.  Vasotec.
3.  Ambien.
4.  Coreg.
5.  Aspirin.

PHYSICAL EXAMINATION:

GENERAL:  He is in no apparent distress.

HEENT:  Within normal limits.  There are no audible bruits.

LUNGS:  On auscultation of the lungs, there is no evidence
rales, rhonchi or wheezing.

HEART: Auscultation of the heart, there is no evidence of murmurs, gallops or rubs.

EXTREMITIES: Reveal a total knee replacement incision on the left. Palpable pulses distally. No evidence of varicosities.

LABORATORY DATA:
Serum sodium 145, potassium 4.4, chloride 110, CO2 28, BUN 12, creatinine 1.3. Cardiac enzymes were negative. White count 6.2, hemoglobin 13.7, hematocrit 41.0, and platelet count 220,000.

IMPRESSION:
Accelerated angina and severe double-vessel coronary artery disease.

RECOMMENDATIONS:
The patient will benefit from surgical myocardial revascularization. Risks and benefits of the procedure were discussed at length with the patient. The patient does not want to proceed with surgery at this time. Apparently, he has not completed his trial and has not been sentenced and would like to delay surgical therapy at this time knowing and accepting the risk of a myocardial infarction. The patient states he will return for surgery electively.

Thank you for referring this patient for evaluation.

_____
ROY F. WILLIAMS, MD

RFW/TL000/1107037
DD: 11/29/02
DT: 11/29/02

cc: HECTOR B. JIMENEZ, MD
ESIGN

Electronically Signed by:

CEDARS MEDICAL CENTER
HEART STATION
1400 N.W. 12 AVE
MIAMI, FLORIDA 33136

PATIENT'S NAME:SILVESTRI,JOSEPH R

PATIENTS'S AGE:71

UNIT NUMBER:E0651152

ROOM NUMBER:1146

DIAGNOSIS:

STUDY PERFORMED: 11/26/02

ATTENDING PHYSICIAN: DR. Hector B. Jimenez

| | NORMAL | ACTUAL | | NORMAL | ACTUAL |
|---|---|---|---|---|---|
| Posterior myocardium: | | | Right ventricular dimension(RVD) | (0.5-2.1 cm) | WNLcm |
| -THICKNESS | (0.8-1.4 cm) | -1.3cm | Left ventricular diameter in diastole(LVIDd) | (3.5-5.3 cm) | 4.0cm |
| -EXCURSION | (0.8-1.1 cm) | 0.9cm | | | |
| Mitral valve: | | | Left ventricular diameter in systole | (2.1-3.5 cm) | 3.0cm |
| -AMPLITUDE | (2.4-2.5 cm) | 2.1cm | | | |
| -E-F SLOPE | (70-140mm/sec) | WNLmm/sec | Ejection fraction | (50-70%) | 50-55% |
| Aortic root AP diameter | (2.0-3.5 cm) | 4.9cm | Intraventricular septum: | | |
| Left atrium AP diameter | (1.8-4.1 cm) | 4.5cm | -THICKNESS | (0.7-1.2 cm) | -1.3cm |
| | | | -EXCURSION | (0.5-0.9 cm) | 0.8cm |
| LA/AO | | | Septum/posterior wall | (1.0 +/- 0.3 cm) | 1 |

PATIENT: SILVESTRI, JOSEPH R.
MR #:  651152
DATE PERFORMED:  11/27/02

INDICATION FOR THE TEST:  CONGESTIVE HEART FAILURE.

THE TEST WAS TECHNICALLY DIFFICULT DUE TO THE PATIENT'S EXOGENOUS OBESITY.

THE STUDY WAS PERFORMED USING THE APICAL AND SUBCOSTAL WINDOWS.

THE AORTIC ROOT SEEMS TO BE DILATED MEASURING 4.9cm.  THE LEFT ATRIUM WAS ENLARGED,
HOWEVER, NO INTER ATRIAL MASSES WERE NOTED.  THE LEFT VENTRICULAR CAVITY WAS NORMAL IN
SIZE AND CONFIGURATION.  THE SEPTUM AND FREE WALL OF THE LEFT VENTRICLE WERE ABNORMALLY
THICKENED, DUE TO CONCENTRIC LEFT VENTRICULAR HYPERTROPHY.  THE INFERIOR WALL SEEMS TO BE
HYPOKINETIC AND SUGGESTS UNDERLYING ISCHEMIC HEART DISEASE.

THE ESTIMATED EJECTION FRACTION RANGES FROM 50-55%.  THE RIGHT VENTRICLE WAS NORMAL.  THE
AORTIC VALVE WAS SCLEROTIC. NO EVIDENCE FOR AORTIC STENOSIS.  EARLY CALCIFICATION OF THE
MITRAL VALVE ANNULUS WAS PRESENT AND BOTH MITRAL AND TRICUSPID VALVES WERE INTRINSICALLY
NORMAL.  THERE WAS NO EVIDENCE FOR PERICARDIAL EFFUSION.

IMPRESSION:

1) TECHNICALLY DIFFICULT ECHOCARDIOGRAM

.  CONCENTRIC LEFT VENTRICULAR HYPERTROPHY.

3) HYPOKINETIC INFERIOR WALL SUGGESTIVE OF UNDERLYING CORONARY ARTERY DISEASE.

4) SYSTOLIC FUNCTION OF THE LEFT VENTRICLE AT THE LOWER LIMIT OF NORMAL.  EJECTION
   FRACTION 55%.

5) AORTIC VALVULAR DISEASE DUE TO SCLEROSIS OF THE CUSP.  HOWEVER, NO EVIDENCE OF AORTIC
   STENOSIS.

6) MITRAL VALVE ANNULUS CALCIFICATION.

7) DILATED AORTIC ROOT.

8) FURTHER EVALUATION OF THE AORTA IS RECOMMENDED.

DICTATING PHYSICIAN:_____
                    DR.Rolando C. Mendizabal

TRANSCRIBED BY: GUTIERREZ,JOSE F.                    ON: 11/29/02

PATIENT CARE INQUIRY  **LIVE**  (PCI: OE Database COCCE)

PATIENT NAME: SILVESTRI,JOSEPH R
        UNIT NO: E0651152


    EXAMS: 000703486 CXR SINGLE VIEW

AP CHEST            11/26/2002      1345 HOURS

THERE ARE NO PRIOR STUDIES FOR COMPARISON.

THE LUNGS ARE CLEAR.  THE HEART SHADOW AND PULMONARY VASCULATURE ARE
WITHIN NORMAL LIMITS FOR THE TECHNIQUE OF THE FILM.

THERE IS NO CHF OR INFILTRATE.

IMPRESSION:

NO FOCAL PNEUMONIA.


** Electronically Signed by ROBERT P. BEECHAM on 11/26/2002 at 1810 **
            Reported by: ROBERT P. BEECHAM, M.D.
            Signed by:  BEECHAM,ROBERT P.


CC:

DICTATED DATE/TIME: 11/26/2002 (1600)
TECHNOLOGIST: AILEEN ROMERO, RT
TRANSCRIBED DATE/TIME: 11/26/2002 (1704)
TRANSCRIPTIONIST: CRAD:RB
PRINTED DATE/TIME: 12/02/2002 (1637)  BATCH NO: 3371

PAGE 1            Signed Report Printed From PCI

CEDARS MEDICAL CENTER        NAME: SILVESTRI,JOSEPH R
1400 NW 12th Ave             PHYS: CBRAJ - Braden,John E.
Miami, Florida 33136         DOB: 08/12/1931 AGE: 71      SEX: M
                             ACCT NO: E42579813 LOC: 1146 1
                             EXAM DATE: 11/26/2002 STATUS: ADM IN
                             RADIOLOGY NO:

MEDILAB SONOGRAPHY

## 2D-DOPPLER ECHOCARDIOGRAM REPORT

**PATIENT NAME:**        JOSEPH R. SILVESTRI
**DOB:**                 71 year old  FDC:#04641-016
**Date of Service:**     11/15/2002
**Referring Physician:** Dr. Luis Ginart
**Indications:**         HTN; s/p PTCA

2D-Color Doppler Echocardiogram reveals:  This is a technically difficult study.

1.  Chamber sizes are within normal limits, except for mildly enlarged left
    ventricle.                                                (Normal Values)
    Aortic Root . . .                  . 3.0 CM       (2.0-3.7 CM)
    . . . . . . . .                     3.3 CM        (1.9-4.0 CM)
    Right . . . . . .                   . . . 3.2 CM  (0.7-2.3 CM)
    Left Ventricle in Diastole . . . . . . . . 5.3 CM (3.2-5.7 CM)
    Left Ventricle in Systole...................4.4 CM (2.2-4.0 CM)
    IV Septum Thickness.......................1.5 CM (0.6-1.1 CM)
    Posterior Wall Thickness..................1.2 CM (0.6-1.1 CM)

2.  There are no intracardiac masses or vegetations seen. FROM THIS STUDY I
    CANNOT R/O AN APICAL THROMBUS. THIS IS A technically difficult
    study. I SUGGEST FURTHER STUDIES IF CLINICALLY INDICATED.
    ON THE HISTORY PROVIDE IT SATES THE PT TAKES COUMADIN.
    IS THERE A Hx OF THROMBUS?

3.  No significant pericardial effusion.

4.  Thickness of the left ventricular wall reveals concentric left ventricular wall
    hypertrophy.

5.  Mitral and Tricuspid valves are opening adequately. There is no significant
    Mitral valve prolapse. No significant gradient across the Aortic valve. Aortic
    sclerosis but no significant stenosis. There is Mitral annular calcification.
    This is a technically difficult study.

6.  Ejection fraction is estimated around 45%. This is a technically difficult
    study.

7.  Doppler flow reveals mild Mitral and trace Tricuspid regurgitation. No
    significant gradient across the Aortic or Pulmonic valves.

Pedro P. Carballo, M.D., F.A.C.C., F.C.C.P.

Luis Ginart, M.D
Staff Physician
FDC Miami
11/19/02

```
Age/Sex: 71 M                   SILVESTRI,JOSEPH R (ADM IN)                        Page: 2
 Unit #: E0651152                      C11FLS-1146-1              Printed 12/02/02 at 1818
Account#: E42579813                  Jimenez,Hector B.         24 hours ending 12/02/02 at 18
Admitted: 11/26/02 at 1540   Cedars Medical Patient Care *Li DISCHARGE INSTRUCTIONS GENERAL
```

```
                         DISCH. INSTRUCTIONS (GENERAL)                    12/02 1814 ALN
```

DOCTOR: CJIMH Jimenez,Hector B.                    Next Appointment Date:
MD Office Phone #: CJIMH 305-325-0913              Next Appointment Time:
WEIGHT LBS.:           BLOOD PRESSURE: 160/100
Have all Instructions been explained? Y     Instructions sent with patient? Y


                     _____
                     Patient or Relative Signature:


                     _____
                     Nurse/Dr's. Signature/Date:


            *** CEDARS MEDICAL CENTER DEPARTMENT***   TELEPHONE #'S
            CEDARS MEDICAL CENTER                     (305) 325-5511
            CEDARS EMERGENCY ROOM                     (305) 325-5464
            CEDARS OUTPATIENT DEPARTMENT              (305) 325-5580
            CEDARS CASE MANAGEMENT DEPARTMENT         (305) 325-5512
            CEDARS DIETARY DEPARTMENT                 (305) 325-5491

Program   Initials   Name              Nurse Type                         User Key

ALN       CLPN:ALN   MORTELUS,ANNETTE L.    LPN


Luis Ginart, M.D
Staff Physician
FCC Miami

```
Age/Sex: 71 M                    ┌─────────────────────────┐                    · Page: 1
 Unit #: E0651152                │  SILVESTRI,JOSEPH R (ADM IN) │
Account#: E42579813              │     C11FLS-1146-1       │
Admitted: 11/26/02 at 1540           Jimenez,Hector B.
                             Cedars Medical Patient Care *Li DISCHARGE INSTRUCTIONS GENERAL
```

┌─────────────────────────────────────────────────────────────────────────────┐
│                    DISCH. INSTRUCTIONS (GENERAL)                 12/02 1808 ALN │
└─────────────────────────────────────────────────────────────────────────────┘

******** DISCHARGE INSTRUCTIONS ********
Unit Phone # 305-325-5166   Phone # Where You Can Be Reached After D/C: 305 982-1335
**** MEDICATION INSTRUCTIONS****
          MEDICATIONS/PRESCRIPTIONS        DOSAGE        SCHEDULE         PURPOSE
Med 1:
Med 2:
Med 3:
Med 4:
Med 5:
Med 6:
Med 7:
Med 8:
Who is to give medication?              Who was instructed?

**** DIET INSTRUCTIONS ****
SPECIFY KNOWN DRUG/FOOD INTERACTION: CALL YOUR DR FOR PRESCRIPTION.

DRUG/FOOD INTERACTION PAMPHLET GIVEN: Y
DIET INSTRUCTION:     DIET AT PURPOSE: REGULAR

**** PAIN MANAGEMENT ****
PAIN MANAGEMENT PLAN: SEE WITH YOUR DR.

**** ACTIVITY /ADL'S INSTRUCTIONS ****
Activity Instructions:
   Exercise Instruct:
    Driving Instruct:
   Work Instructions:
   Special Equipment:

**** TREATMENT/WOUND CARE INSTRUCTIONS ****
Appearance Of Wound:
Wound Care if Applicable:

Adult (>18y) smoking counseling done? N

**** SPECIAL INSTRUCTIONS ****
IN CASE OF EMERGENCY CALL YOUR DR OR GO TO EMERGENCY ROOM.

CALL YOUR DR FOR APPOINTMENT

Luis Gunn, M.D.
Staff Physician
FCC Miami

**** PATIENT VALUABLES ****
        Patient Valuables: Y  If yes,call Admitting & return to patient.
        Patient belongings sheet reviewed: Y
Patient Belongings on unit: N    If yes,returned to patient:_____ (initials)
Patient belongings from Security: If yes,returned to patient (initials)

```
RUN DATE: 11/28/02              CEDARS MEDICAL CENTER LAB              PAGE 100
RUN TIME: 1700            1400 NW 12th Avenue    Miami, FL 33136
                              CUMULATIVE SUMMARY REPORT
```

```
Name:  SILVESTRI,JOSEPH R          Age/Sex: 71/M     Attend Dr: Jimenez,Hector B.
Acct#: E42579813   Unit#: E0651152  Status: ADM IN  Location: C11FLS    1146-1
Reg:   11/26/02    Disch:           Insurance: insurance.
```

### CHEMISTRY

```
Day                 1
Date          11/26/02
Time              UNK                            Reference      Units
```

| | | | | | Reference | Units |
|---|---|---|---|---|---|---|
| Sodium | 145 | | | | (135-145) | mmol/L |
| Potassium | 4.4 | | | | (3.5-5.2) | mmol/L |
| Chloride | 110 | | | | (95-110) | mmol/L |
| Carbon Dioxide | 28 | | | | (19-34) | mmol/L |
| Glucose | 95 | | | | (70-110) | mg/dL |
| BUN | 12 | | | | (6-22) | mg/dL |
| Creatinine | 1.3 | | | | (0.6-1.3) | mg/dL |
| Calcium | 8.9 | | | | (8.7-10.5) | mg/dL |
| Cholesterol | 143(*a) | | | | (100-200) | mg/dL |

### Cardiac Enzymes

```
11/26/02 UNK      CK              78           (35-232)      U/L
                  CK-MB Isoenzyme  1           (0-6)         U/L
                  Troponin-I      < 0.04       (<1.5)        ng/mL
                  Interpretation  (A)
```

```
(A)  No serologic evidence of acute myocardial injury (no
     CPK-MB or significant Troponin elevation).  Since the
     earliest CPK-MB elevation is between four to eight hours
     after onset of acute MI, consider serial enzyme studies, if
     clinically indicated, to rule out the possibility of early
     myocardial disease. (410.9, 5712)


     ----------------------
     SAYET,DONALD J M.D.
```

```
NOTES:  (*a) TEST PERFORMED AT: Integrated Regional Laboratories-Florida
             5361 N.W. 33rd Ave.  Fort Lauderdale, Florida  33309    (800)522-0232
```

Luis Ginart, M.D
Staff Physician
FMC Miami

```
# = STATISTICALLY SIGNIFICANT  CHANGE    > = GREATER THAN    < = LESS THAN
H = HIGH  L = LOW  *H = CRITICAL HIGH  *L = CRITICAL LOW  * = ABNORMAL
                 S = SENSITIVE  I = INTERMEDIATE  R = RESISTANT
Patient: SILVESTRI,JOSEPH R          Age/Sex: 71/M    Acct#E42579813    Unit#E0651152
```

```
RUN DATE: 11/28/02                CEDARS MEDICAL CENTER LAB                    PAGE 101
RUN TIME: 1700              1400 NW 12th Avenue    Miami, FL 33136
                               CUMULATIVE SUMMARY REPORT
```

```
Name: SILVESTRI,JOSEPH R          Age/Sex: 71/M        Attend Dr: Jimenez,Hector B.
Acct#: E42579813   Unit#: E0651152   Status: ADM IN   Location: C11FLS   1146-1
Reg: 11/26/02   Disch:              Insurance: insurance.
```

```
                                    CHEMISTRY
                                  Cardiac Enzymes
```

```
11/26/02 9:42 PM  CK                    56          (35-232)        U/L
                  CK-MB Isoenzyme        1          (0-6)          U/L
                  Troponin-I           < 0.04       (<1.5)         ng/mL
                  Interpretation        (B)
```

(B)  No serologic evidence of acute myocardial injury (no
     CPK-MB or significant Troponin elevation).  Since the
     earliest CPK-MB elevation is between four to eight hours
     after onset of acute MI, consider serial enzyme studies, if
     clinically indicated, to rule out the possibility of early
     myocardial disease. (410.9, 5712)

```
11/27/02 5:00 AM  CK                    45          (35-232)        U/L
                  CK-MB Isoenzyme        1          (0-6)          U/L
                  Troponin-I           < 0.04       (<1.5)         ng/mL
                  Interpretation        (C)
```

(C)  No serologic evidence of acute myocardial injury (no
     CPK-MB or significant Troponin elevation).  Since the
     earliest CPK-MB elevation is between four to eight hours
     after onset of acute MI, consider serial enzyme studies, if
     clinically indicated, to rule out the possibility of early
     myocardial disease. (410.9, 5712)

     ---------------------------
     SAYET,DONALD J M.D.

Luis Ginart, M.D
Staff Physician
FDC Miami

```
 # = STATISTICALLY SIGNIFICANT  CHANGE   > = GREATER THAN   < = LESS THAN
 H = HIGH  L = LOW  *H = CRITICAL HIGH  *L = CRITICAL LOW   * = ABNORMAL
           S = SENSITIVE  I = INTERMEDIATE  R = RESISTANT
Patient: SILVESTRI,JOSEPH R        Age/Sex: 71/M      Acct#E42579813    Unit#E0651152
```

RUN DATE: 11/28/02
RUN TIME: 1700

CEDARS MEDICAL CENTER LAB
1400 NW 12th Avenue     Miami, FL 33136
CUMULATIVE SUMMARY REPORT

PAGE 102

Name:  SILVESTRI,JOSEPH R          Age/Sex: 71/M        Attend Dr: Jimenez,Hector B.
Acct#: E42579813    Unit#: E0651152     Status: ADM IN    Location: C11FLS    1146-1
Reg:  11/26/02     Disch:            Insurance: insurance.

| CHEMISTRY |
| Specific Proteins |

11/26/02 UNK    Myoglobin (Serum)              76                  (16.3-96.5)     ng/mL

| HEMATOLOGY |

Day              1
Date             11/26/02
Time             UNK                                  Reference    Units

| | | Reference | Units |
|---|---|---|---|
| WBC | 6.2 | (3.6-11.0) | K/uL |
| RBC | 4.68 | (4.5-5.9) | M/uL |
| Hemoglobin | 13.7 | (13.0-18.0) | gm/dL |
| Hematocrit | 41.0 | (40.0-52.0) | % |
| MCV | 87.6 | (81.0-97.0) | fl |
| MCH | 29.3 | (24.0-34.0) | pg |
| MCHC | 33.5 | (31.0-37.0) | gm/dL |
| RDW | 15.9  H | (11.5-15.0) | % |
| Platelet Ct | 220 | (150-400) | K/uL |
| MPV | 9.0 | (7.4-10.4) | fl |
| Neutrophil % | 61.0 | (36.0-56.0) | % |
| Lymph % | 24.9 | (23.0-43.0) | % |
| Mono % | 10.2  H | (0.0-10.0) | % |
| Eos % | 2.5 | (0.0-5.0) | % |
| Baso % | 1.3  H | (0.0-1.0) | % |
| Neutrophil Abs | 3.8 | (1.6-8.2) | K/uL |
| Lymph Abs | 1.5 | (1.1-4.7) | K/uL |
| Mono Abs | 0.6 | (0.0-1.1) | K/uL |
| Eos Abs | 0.2 | (0.0-0.5) | K/uL |
| Baso Abs | 0.1 | (0.0-0.4) | K/uL |

Luis Ginart, M.D
Staff Physician
FDC Miami

# = STATISTICALLY SIGNIFICANT CHANGE  > = GREATER THAN  < = LESS THAN
H = HIGH  L = LOW  *H = CRITICAL HIGH  *L = CRITICAL LOW  * = ABNORMAL
S = SENSITIVE  I = INTERMEDIATE  R = RESISTANT

Patient  SILVESTRI,JOSEPH R              Age/Sex: 71/M       Acct#E42579813    Unit#E0651152

```
RUN DATE: 11/28/02                CEDARS MEDICAL CENTER LAB                PAGE 103
RUN TIME: 1700                   1400 NW 12th Avenue    Miami, FL 33136
                                  CUMULATIVE SUMMARY REPORT
```

```
Name:  SILVESTRI,JOSEPH R          Age/Sex: 71/M      Attend Dr: Jimenez,Hector B.
Acct#: E42579813   Unit#: E0651152  Status:  ADM IN   Location: C11FLS    1145-1
Reg:   11/26/02    Disch:           Insurance: insurance
```

```
                          COAGULATION
```

| Day | 1 | | | | | |
|-----|---|---|---|---|---|---|
| Date | 11/26/02 | | | | | |
| Time | UNK | | | | Reference | Units |

| | | | | | | |
|-----|---|---|---|---|---|---|
| PT | 12.1 | | | | (10.5-13.5) | Seconds |
| PT INR | 1.0(D) | | | | | |

(D)  The INR is used to standardize the reporting of the
     prothrombin time and is specifically intended for assessing
     patients stabilized on long term oral anticoagulant therapy,
     (greater than 10 days)

     The recomended therapeutic ranges for oral anticoagulant
     therapy are:

         Prophylaxis in high risk surgery        INR = 2.0-3.0
         Treatment of DVT or Pulmonary Embolism   INR = 2.0-3.0
     Prophalyxis against Systemic Embolism
             in Cardiac Disease                   INR = 2.0-3.0
     Mechanical Prosthetic Heart Valve
             Recurrent Systemic Embolism          INR = 2.5-3.5

| | | | | | | |
|-----|---|---|---|---|---|---|
| APTT | 27(E) | | | | (25-35) | Seconds |

(E)  Heparin dosage should be adjusted to maintain APTT to +/-
     2x normal (Target range 60-80 seconds), which is equivalent
     to a Heparin level by Anti-XA of 0.3-0.7 units/mL.

     [f usern]

                          Luis Ginart, M.D
                          Staff Physician
                          FUC Miami



27-NOV-2002
14:09:32
25mm/s
10mm/mV
20Hz

Name:

ID:

BRUCE
PRE-TEST

HR: 58bpm
BP: 130/90

12 Lead Report

Clock 1:  00:00
Clock 2:  00:00

Speed:  0.0mph
Grade:  0.0%

CEDARS MEDICAL CENTER
Measured At 80ms post J ( 10mm/mV
Auto Points

| Lead | ST(mm) | | Lead | ST(mm) |
|------|--------|---|------|--------|
| I | -2.17 | | V1 | -5.17 |
| II | -3.67 | | V2 | -0.77 |
| III | -5.37 | | V3 | -1.07 |
| aVR | -4.67 | | V4 | -1.67 |
| aVL | -3.27 | | V5 | -0.67 |
| aVF | -2.27 | | V6 | -126.77 |

Ginart, M.D
Physician
Miami

SILVESTRI, JOSEPH
ID: 000651152
71yrs    72in    254lb
27-NOV-2002    Male    Race:
14:13:16

25mm/s
10mm/mV
100Hz

Procedure: BRUCE
JIMENEZ, H
HEPARIN, LASIC, ASP
COREG, AMBRIEN NTP

CEDARS MEDICAL CENTER

Graded Exercise Summary Report

Exercise Time: 06:00
Maximum Heart Rate Attained: 64bpm
Maximum BP: 130/70
Maximum Workload Attained: 1METS
Reason for Termination:
COMPLETED

43% Max Predicted 149bpm





Graded Exercise Summary Report

CEDARS MEDICAL CENTER

MUSE Loc: 0

Name: SILVESTRI, JOSEPH
ID: 000651152
Age: 71yrs
Ht: 72in
Ht: 254lb
Sex: Male
Race:

Date: 27-NOV-2002
Time: 14:13:16
Referred by: JIMENEZ, H
Medications: HEPARIN, LASIC, ASP COREG, ANDRIEN NTP
Test Indication: CAD
Test Type: ADENOSINE/TH
Technician: HR

| Phase | Stage | Time in Phase | Duration of Stage | Speed (mph) | Grade (%) | M.L. (METS) | H.R. (bpm) | B.P. | R.P.P. (x100) | P.E. | V.E. (/min)( ) | ST | Comments |
|-------|-------|---------------|-------------------|-------------|-----------|-------------|------------|------|---------------|------|----------------|-----|----------|

SILVESTRI
JOSEPH
000651152
27-NOV-2002
14:13:16

25mm/s
10mm/mV

PRE-TEST
(2) 00:00
0. 0mph
0. 0%
HR: 54bpm
BP: 150/90

SUPINE
(2) 03:16
0. 0mph
0. 0%
HR: 53bpm

STANDING
(2)
0. 0mph
0. 0%
HR: 57bpm

HV/HV
(2) 00:28
0. 0mph
0. 0%
HR: 53bpm

EXERCISE 1
(2) 01:00
0. 0mph
10. 0%
HR: 55bpm
BP: 140/80

EXERCISE 1
(2) 02:00
0. 0mph
10. 0%
HR: 59bpm
BP: 130/80

EXERCISE 1
(2) 03:00
0. 0mph
10. 0%
HR: 60bpm
BP: 120/75



651152

11/27/2002   08:39:48 AM
71 years   Male

SINT JOSEPH

CEDARS MEDICAL CENTER
Dept: 1146

Oper: OG

| | |
|---|---|
| Rate | 57 |
| PR | 219 |
| QRSD | 105 |
| QT | 388 |
| QTc | 378 |

--AXIS--

| | |
|---|---|
| P | 2 |
| QRS | 45 |
| T | 43 |

1. Sinus bradycardia.
2. First degree atrioventricular block.
3. NOnspecific ST segment, T wave changes.
4. Possible old inferior infarct, Age undetermined,
   abnormal study, no previous EKG to compare.

Dr. Palacios/lmt

Requested by:
JIMENEZ II MD

PATIENT NAME: SILVESTRI,JOSEPH R
    UNIT NO: E0651152

EXAMS: 000703632 PHARMACOLOGICAL CARDIAC STR

PHARMACOLOGICAL PERFUSION SCAN:

DATE:    11/27/02

INDICATIONS:

THE PATIENT WAS REFERRED FOR EVALUATION OF CORONARY ARTERY DISEASE TO
ASSESS FOR ISCHEMIA WITH HISTORY OF ANGINA AND RISK FACTORS INCLUDING
HYPERTENSION AND DIABETES.

METHODOLOGY:

THE PATIENT WAS INFUSED OVER 6 MINUTES WITH ADENOSINE AND SUBSEQUENTLY
INJECTED WITH A 4.0 MCI DOSE OF THALLIUM-201 AND IMAGED UTILIZING
TOMOGRAPHIC TECHNIQUE.

FINDINGS:

IMMEDIATE POST PHARMACOLOGICAL IMAGES SHOWED A MILD TO MODERATE
REDUCTION IN THE DISTAL SEPTAL AND INFEROLATERAL WALL WITH NORMAL
PERFUSION SEEN IN THE REMAINING SEGMENTS.

WHEN COMPARED TO THE REST IMAGES, PATIENT DEMONSTRATED REVERSIBLE
CHANGES IN THE INFEROLATERAL SEGMENT OF A MILD TO MODERATE DEGREE.

IMPRESSION:

THERE MILD REVERSIBLE CHANGES IN THE INFEROLATERAL WALL INVOLVING
APPROXIMATELY 5 TO 10% OF THE LEFT VENTRICLE.

OVERALL SOME ATTENUATION ARTIFACTS FROM SUBDIAPHRAGMATIC STRUCTURES
MAY BE CONTRIBUTING TO THE FINDINGS ESPECIALLY IN VIEW OF THE

PAGE 1 -            Draft Report Printed From PCI      (CONTINUED)

CEDARS MEDICAL CENTER
1400 NW 12th Ave
Miami, Florida 33136

Luis Ginart, M.D
Physician

NAME: SILVESTRI,JOSEPH R
PHYS: CJIMH - Jimenez,Hector B.
DOB: 08/12/1931 AGE: 71      SEX: M
ACCT NO: E42579813 LOC: 1146 1
EXAM DATE: 11/27/2002 STATUS: ADM IN
RADIOLOGY NO:

PATIENT NAME: SILVESTRI,JOSEPH R
        UNIT NO: E0651152


    EXAMS: 000703632 PHARMACOLOGICAL CARDIAC STR
    <Continued>

PATIENT'S MARKED OBESITY.  THE REVERSIBLE CHANGES IN THIS AREA MUST BE
CONSIDERED SUSPICIOUS FOR POSSIBLE UNDERLYING CORONARY ARTERY DISEASE.


                -------------------------------
                Reported by: ALDO SERAFINI, M.D.


CC: Hector B Jimenez M.D.

DICTATED DATE/TIME: 11/27/2002 (1500)
TECHNOLOGIST: ANTONIO BAUTISTA,RT
TRANSCRIBED DATE/TIME: 11/27/2002 (1657)
TRANSCRIPTIONIST: CRAD:MAF
PRINTED DATE/TIME: 11/30/2002 (1722)   BATCH NO: N/A

PAGE 2              Draft Report Printed From PCI

CEDARS MEDICAL CENTER          NAME: SILVESTRI,JOSEPH R
1400 NW 12th Ave               PHYS: CJIMH - Jimenez,Hector B.
Miami, Florida 33136           DOB: 08/12/1931 AGE: 71      SEX: M
                               ACCT NO: E42579813 LOC: 1146 1
                               EXAM DATE: 11/27/2002 STATUS: ADM IN
                               RADIOLOGY NO:

PATIENT NAME: SILVESTRI,JOSEPH R
        UNIT NO: E0651152


   EXAMS: 000703486 CXR SINGLE VIEW

AP CHEST          11/26/2002       1345 HOURS

THERE ARE NO PRIOR STUDIES FOR COMPARISON.

THE LUNGS ARE CLEAR.  THE HEART SHADOW AND PULMONARY VASCULATURE ARE
WITHIN NORMAL LIMITS FOR THE TECHNIQUE OF THE FILM.

THERE IS NO CHF OR INFILTRATE.

IMPRESSION:

NO FOCAL PNEUMONIA.


** Electronically Signed by ROBERT P. BEECHAM on 11/26/2002 at 1810 **
        Reported by: ROBERT P. BEECHAM, M.D.
        Signed by:   SEECHAM,ROBERT P.


CC:

DICTATED DATE/TIME: 11/26/2002 (1600)
TECHNOLOGIST: AILEEN ROMERO, RT
TRANSCRIBED DATE/TIME: 11/26/2002 (1704)
TRANSCRIPTIONIST: CRAD:RB
PRINTED DATE/TIME: 11/30/2002 (1722)   BATCH NO: 3371

PAGE 1            Signed Report Printed From PCI

CEDARS MEDICAL CENTER          NAME: SILVESTRI,JOSEPH R
1400 NW 12th Ave               PHYS: CBRAJ - Braden,John E.
Miami, Florida 33136           DOB: 08/12/1931 AGE: 71      SEX: M
                               ACCT NO: E42579813 LOC: 1146 1
                               EXAM DATE: 11/26/2002 STATUS: ADM IN
                               RADIOLOGY NO:

CEDARS MEDICAL CENTER
HEART STATION
1400 N.W. 12 AVE
MIAMI, FLORIDA 33136

PATIENT'S NAME:SILVESTRI,JOSEPH R

PATIENTS'S AGE:71

UNIT NUMBER:E0651152

ROOM NUMBER:1146

DIAGNOSIS:

STUDY PERFORMED: 11/26/02

ATTENDING PHYSICIAN: DR. Hector B. Jimenez

| | NORMAL | ACTUAL | | NORMAL | ACTUAL |
|---|---|---|---|---|---|
| Posterior myocardium: | | | Right ventricular dimension(RVD) | (0.5-2.1 cm) | WNLcm |
| -THICKNESS | (0.8-1.4 cm) | -1.3cm | Left ventricular diameter in diastole(LVIDd) | (3.5-5.3 cm) | 4.0cm |
| -EXCURSION | (0.8-1.1 cm) | 0.9cm | | | |
| Mitral valve: | | | Left ventricular diameter in systole | (2.1-3.5 cm) | 3.0cm |
| -AMPLITUDE | (2.4-2.9 cm) | 2.1cm | | | |
| -E-F SLOPE | (70-140mm/sec) | WNLmm/sec | Ejection fraction | (50-70%) | 50-55% |
| Aortic root AP diameter | (2.0-3.5 cm) | 4.9cm | Intraventricular septum: | | |
| Left atrium AP diameter | (1.8-4.1 cm) | 4.5cm | -THICKNESS | (0.7-1.2 cm) | -1.3cm |
| | | | -EXCURSION | (0.5-0.9 cm) | 0.8cm |
| LA/AO | | | Septum/posterior wall | (1.0 +/- 0.3 cm) | 1 |

Luis Ginart, M.D
Staff Physician
F.

PATIENT:  SILVESTRI, JOSEPH R.
MR #:  651152
DATE PERFORMED:  11/27/02

INDICATION FOR THE TEST:  CONGESTIVE HEART FAILURE.

THE TEST WAS TECHNICALLY DIFFICULT DUE TO THE PATIENT'S EXOGENOUS OBESITY.

THE STUDY WAS PERFORMED USING THE APICAL AND SUBCOSTAL WINDOWS.

THE AORTIC ROOT SEEMS TO BE DILATED MEASURING 4.9cm.  THE LEFT ATRIUM WAS ENLARGED,
HOWEVER, NO INTER ATRIAL MASSES WERE NOTED.  THE LEFT VENTRICULAR CAVITY WAS NORMAL IN
SIZE AND CONFIGURATION.  THE SEPTUM AND FREE WALL OF THE LEFT VENTRICLE WERE ABNORMALLY
THICKENED, DUE TO CONCENTRIC LEFT VENTRICULAR HYPERTROPHY.  THE INFERIOR WALL SEEMS TO BE
HYPOKINETIC AND SUGGESTS UNDERLYING ISCHEMIC HEART DISEASE.

THE ESTIMATED EJECTION FRACTION RANGES FROM 50-55%.  THE RIGHT VENTRICLE WAS NORMAL.  THE
AORTIC VALVE WAS SCLEROTIC. NO EVIDENCE FOR AORTIC STENOSIS.  EARLY CALCIFICATION OF THE
MITRAL VALVE ANNULUS WAS PRESENT AND BOTH MITRAL AND TRICUSPID VALVES WERE INTRINSICALLY
NORMAL.  THERE WAS NO EVIDENCE FOR PERICARDIAL EFFUSION.

IMPRESSION:

1) TECHNICALLY DIFFICULT ECHOCARDIOGRAM

2) CONCENTRIC LEFT VENTRICULAR HYPERTROPHY

3) HYPOKINETIC INFERIOR WALL SUGGESTIVE OF UNDERLYING CORONARY ARTERY DISEASE.

4) SYSTOLIC FUNCTION OF THE LEFT VENTRICLE AT THE LOWER LIMIT OF NORMAL.  EJECTION
   FRACTION 55%.

5) AORTIC VALVULAR DISEASE DUE TO SCLEROSIS OF THE CUSP.  HOWEVER, NO EVIDENCE OF AORTIC
   STENOSIS.

6) MITRAL VALVE ANNULUS CALCIFICATION.

7) DILATED AORTIC ROOT.

8) FURTHER EVALUATION OF THE AORTA IS RECOMMENDED.


Luis Ginart, M.D
Staff Physician
FDC Miami

DICTATING PHYSICIAN: _____
                    DR.Rolando C. Mendizabal

TRANSCRIBED BY: GUTIERREZ,JOSE F.                    ON: 11/29/02


PATIENT CARE INQUIRY  **LIVE** (PCI: OE Database COCCE)

PATIENT NAME: SILVESTRI,JOSEPH R
        UNIT NO: E0651152

    EXAMS: 000703632 PHARMACOLOGICAL CARDIAC STR

PHARMACOLOGICAL PERFUSION SCAN:

DATE:     11/27/02

INDICATIONS:

THE PATIENT WAS REFERRED FOR EVALUATION OF CORONARY ARTERY DISEASE TO
ASSESS FOR ISCHEMIA WITH HISTORY OF ANGINA AND RISK FACTORS INCLUDING
HYPERTENSION AND DIABETES.

METHODOLOGY:

THE PATIENT WAS INFUSED OVER 6 MINUTES WITH ADENOSINE AND SUBSEQUENTLY
INJECTED WITH A 4.0 MCI DOSE OF THALLIUM-201 AND IMAGED UTILIZING
TOMOGRAPHIC TECHNIQUE.

FINDINGS:

IMMEDIATE POST PHARMACOLOGICAL STRESS IMAGES  SHOWED A REDUCED
PERFUSION OF THE DISTAL APICAL AND INFEROLATERAL WALL WITH NORMAL
PERFUSION SEEN IN THE REMAINING SEGMENTS.

WHEN COMPARED TO THE REST IMAGES, PATIENT DEMONSTRATED REVERSIBLE
CHANGES IN THE INFEROLATERAL SEGMENT OF A MILD TO MODERATE DEGREE.

IMPRESSION:

SMALL MILD REVERSIBLE CHANGES IN THE INFEROLATERAL WALL INVOLVING
APPROXIMATELY 5 TO 10% OF THE LEFT VENTRICLE.

OVERALL SOME ATTENUATION ARTIFACTS FROM SUBDIAPHRAGMATIC STRUCTURES
MAY BE CONTRIBUTING TO THE FINDINGS ESPECIALLY IN VIEW OF THE

Luis Ginart, M.D
Staff Physician
PCI Miami

PAGE 1              Signed Report Printed From PCI     (CONTINUED)

CEDARS MEDICAL CENTER          NAME: SILVESTRI,JOSEPH R
1400 NW 12th Ave               PHYS: CJIMH - Jimenez,Hector B.
Miami, Florida 33136           DOB: 08/12/1931 AGE: 71     SEX: M
                               ACCT NO: E42579813 LOC: 1146 1
                               EXAM DATE: 11/27/2002 STATUS: ADM IN
                               RADIOLOGY NO:

PATIENT NAME: SILVESTRI,JOSEPH R
      UNIT NO: E0651152


   EXAMS: 000703632 PHARMACOLOGICAL CARDIAC STR
<Continued>


PATIENT'S MARKED OBESITY.  THE REVERSIBLE CHANGES IN THIS AREA MUST BE
CONSIDERED SUSPICIOUS FOR POSSIBLE UNDERLYING CORONARY ARTERY DISEASE.


** Electronically Signed by ALDO N. SERAFINI on 12/02/2002 at 1630 **
            Reported by: ALDO SERAFINI, M.D.
            Signed by:   SERAFINI,ALDO N.


-CC: Hector B Jimenez M.D.

DICTATED DATE/TIME: 11/27/2002 (1500)
TECHNOLOGIST: ANTONIO BAUTISTA,RT
TRANSCRIBED DATE/TIME: 11/27/2002 (1657)
TRANSCRIPTIONIST: CRAD:MAF
PRINTED DATE/TIME: 12/02/2002 (1636)    BATCH NO: N/A

PAGE 2                 Signed Report Printed From PCI

CEDARS MEDICAL CENTER          NAME: SILVESTRI,JOSEPH R
1400 NW 12th Ave               PHYS: CJIMH - Jimenez,Hector B.
Miami, Florida 33136           DOB: 08/12/1931 AGE: 71      SEX: M
                               ACCT NO: E42579813 LOC: 1146 1
                               EXAM DATE: 11/27/2002 STATUS: ADM IN
                               RADIOLOGY NO:

PHYSICIAN'S PROGRESS NOTES CONTINUED

| ATE OF NOTE | | PLEASE INDICATE NEW OR ADDITIONAL DIAGNOSES BELOW AND UNDERLINE |
|---|---|---|

20/02  For Dr. Janury:
- Episode of _____ and bradycardia c postural bradycardia while he was getting ready to eat breakfast; fleeting in nature; resolved spontaneously c FC bolus & NS, seen by internist.
- He had received early ASA and _____ prior to event.
VSS, afebrile.
Chest - clear
CV - NSR, CM
Abdomen - benign
Ext - ø _____ a calf _____
Neuro - no _____
Imp: Prinzmetal, hypotension 2° to apparent heart block
_____: Watch closely. ? CABG ? EPS. Will DW Dr. Janury, see orders

11/30/02  Cardio attending today's event noted.
Patient doing better now.
Alert, un_____, _____.
Enzymes neg - ø CK 1830?
SICM.

Coronary arteries bypass surgery
strongly recommended. Patient
does not want to have surgery
now. Will discuss details enzyme
and attempt transfer
on Monday -



CEDARS MEDICAL CENTER
MIAMI, FLORIDA
PHYSICIAN'S PROGRESS
NOTES CONTINUED

CEDARS _____
14207_____      __ _____
SILVESTRI,JOSEPH R
DR. JIMENEZ,HECTOR R.

### PHYSICIAN'S PROGRESS NOTES CONTINUED

| DATE OF NOTE | PLEASE INDICATE NEW OR ADDITIONAL DIAGNOSES BELOW AND UNDERLINE |
|---|---|



SILVESTRI  1146  18:58  29NOV2002 II MON HR =65 A=0

2.0 MV

SPEED=25 MM/SEC

CEDARS MEDICAL CENTER
MIAMI, FLORIDA
PHYSICIAN'S PROGRESS
NOTES CONTINUED

E42579013        HR L0651152
SILVESTRI,JOSEPH R
DR. JIMENEZ,HECTOR B.

PHYSICIAN'S PROGRESS NOTES CONTINUED

| DATE OF NOTE | | PLEASE INDICATE NEW OR ADDITIONAL DIAGNOSES BELOW AND UNDERLINE |
| --- | --- | --- |
| 2a/ | CV Surgery | |
| | Full consult dictated | |
| | Pt 70 y/o ♂ Previous Pmhx ⊕ HTN | |
| | ⊕ Long standing Hx Angina s/p Tot occl RCA 1996 | |
| | Tx'd ꞌc Chelation Tx Presents ꞌc Accelerated | |
| | Anginal Sx | |
| | S/p ⊕ Ht cath. s/p Tot RCA fills ⊕ collat | |
| | [illegible] | |
| | LV preserved | |
| | Rec CABG | |
| | Pt Doesn't want Surgery @ present | |
| | He wants to return electively | |
| | [signature] | |

CEDARS MEDICAL CENTER
MIAMI, FLORIDA
PHYSICIAN'S PROGRESS NOTES CONTINUED

CEDARS MEDICAL CENTER MIA
E42579813 MR E0651152
SILVESTRI, JOSEPH R
DR. JIMENEZ, HECTOR D.
08/ [illegible]

PHYSICIAN'S PROGRESS NOTES CONTINUED

| DATE OF NOTE | PLEASE INDICATE NEW OR ADDITIONAL DIAGNOSES BELOW AND UNDERLINE |
|---|---|
| 8/9/02 | Card: Patient s/p cardiac catheterization and severe coronary artery disease with impaired left ventricular function, no chest pain now. |
| | Patient alert, cooperative and alert, lungs clear, heart N, abd soft, no edema. |
| | A) Coronary artery disease |
| | P) Cardiac surgery consult with Dr. Joseph [illegible] |
| | Patient [illegible] chose to have surgery after care discussed [illegible] at the Federal health care |
| | [signature] |
| | [signature] |

CEDARS MEDICAL CENTER MIA
E42579813 MR E0651152
SILVESTRI, JOSEPH R
DR. JIMENEZ, HECTOR B.
08/12/31 M 71

## PHYSICIAN'S PROGRESS NOTES CONTINUED

E OF
TE

PLEASE INDICATE NEW OR ADDITIONAL
DIAGNOSES BELOW AND UNDERLINE

SILVESTRI  1146  19:26  28NOV2002 II MON HR =57 A=0

SB Ĉ IAVB    RVH

SPEED=25 MM/SEC

11/28 — *[signature]*

Pt seen
Chart examined
D/w Dr Jimenez
Procedure explained to pt. Consents obtained

Cath: c̄ mild LV dysfn; severe 2 vessel disease
of RCA, LAD, including ~ 60% LMCA.

Pt stable, VSS, ⓡ groin

Plan: CTS opinion

Will D/w Dr. Jimenez

*[signature]*



**CEDARS MEDICAL CENTER**
**MIAMI, FLORIDA**
**PHYSICIAN'S PROGRESS**
**NOTES CONTINUED**

CEDARS
E42579815      HR 00551152
SILVESTRI, JOSEPH R
DR. JIMENEZ, HECTOR B.



**PHYSICIAN'S PROGRESS NOTES CONTINUED**

PLEASE INDICATE NEW OR ADDITIONAL
DIAGNOSES BELOW AND UNDERLINE

SILVESTRI  1146  19:29  27NOV2002 I MON HR =??? A=0

SPEED=25 MM/SEC

11/27

SILVESTRI  1146

2.3 mV

SPEED=25 MM/SEC

# PHYSICIAN'S PROGRESS NOTES CONTINUED

PLEASE INDICATE NEW OR ADDITIONAL

SILVESTRI 1146 06:55
SPEED=25 MM/SEC

[illegible] echo done
Collado

[illegible] Cardio: Patient feeling better no chest pain
[illegible] [illegible] in [illegible]
B/P 140/80 P 80 [illegible]
Neck supple, [illegible] Symmetrical
Lungs clear, heart [illegible], [illegible]
Ext. no edema
a) Cardiomyopathy
b) Angina improving
P. Cont present meds
Thallium stress test completed

CEDARS MEDICAL CENTER
MIAMI, FLORIDA
PHYSICIAN'S PROGRESS
NOTES CONTINUED

CEDARS MEDICAL CENTER MIA
E42579813 [illegible] 50551152
SILVESTRI, JOSEPH R

PHYSICIAN'S PROGRESS NOTES CONTINUED

PLEASE INDICATE NEW OR ADDITIONAL
DIAGNOSES BELOW AND UNDERLINE



SILVESTRI 1146  20:02  26NOV2002 III MON HR -56 A-11

SPEED=25 MM/SEC



**CEDARS MEDICAL CENTER
MIAMI, FLORIDA
PHYSICIAN'S PROGRESS
NOTES CONTINUED**

EV 01/2001

CEDARS MEDICA  CENTER MIA.
E42579613          HR E9551152
SILVESTRI,JOSEPH R



**Cedars Medical Center**

## PROGRESS NOTES (Page 1)

---

ADMISSION JUSTIFICATION

ADMISSION DIAGNOSIS: *Unstable Angina Pectoris*

OTHER DIAGNOSES: *Cardiomyopathy Systemic (arterial hypertension).*

INDICATIONS FOR ADMISSION: *Chest Pain*

PLAN FOR TREATMENT: *Nitrate / Oxygen / Cardiac Monitoring*

---

DO YOU FEEL THAT THIS PATIENT WILL BE LEAVING HOSPITAL FOR A SKILLED NURSING FACILITY?    Yes    No

ADMISSION NOTE (If dictated, please indicate) *71 year old man with history of atherosclerotic heart disease and systemic hypertension with coronary artery disease and cardiomyopathy ... [illegible handwritten clinical notes]*

PHYSICIAN'S PROGRESS NOTES

PHYSICIAN'S PROGRESS NOTES CONTINUED

| DATE OF NOTE | PLEASE INDICATE NEW OR ADDITIONAL DIAGNOSES BELOW AND UNDERLINE |
|---|---|

DISCHARGE SUMMARY

2/2/02  Clin: Patient 71 year old man with history of coronary artery disease, admitted because chest pain, no ...

... P.O. alert cooperative in ...

BP 130/70, P 70, no head a[trauma] ...
... [symmetrical lung] ... heart ...
... S1 S2 no S3 ...
no edema

EKG NSR ... 

... coronary artery disease
patient stable at present ...
... myocardial event coronary
artery ... 
point.

Assessment: coronary artery disease
                systemic arterial hypertension
Plan: Vasotec 5 P.O. b.i.d.
        nitrostat 0.3 mg q ...
        ASA 325 ... q.d.
        Litor, 50 ... 
cardiology follow ... cardiac surgery
follow up recommended.



CEDARS MEDICAL CENTER MIA,
E425790013     HR 000 1152
SILVESTRI, JOSEPH R
DR. JIMENEZ, HECTOR
08/12/31  M 71

PHYSICIAN'S PROGRESS NOTES CONTINUED

| E OF | PLEASE INDICATE NEW OR ADDITIONAL |
| OTE | DIAGNOSES BELOW AND UNDERLINE |

4/4/03 Card [illegible] patient [illegible] in the setting of
coronary artery disease and evidence
of left main artery involvement.
Surgical revascularization therapy
offered in this hospitalization
patient declined and wants to
return to this Jail health system
and speaks with his lawyer and
family, risks and benefits of [illegible]
to patient including the possibility of
fatal myocardial event and possibility of
sudden death. [illegible]

CEDARS MEDICAL CENTER
MIAMI, FLORIDA
PHYSICIAN'S PROGRESS

CEDARS MEDICAL CENTER MIA.
E42570613        MR EU551152
SILVESTRI,JOSEPH P



# FDC MEDICAL RECORDS

| Patient | | Unit # | Service/Location | Status | Date | Account # |
|---|---|---|---|---|---|---|
| SILVESTRI,JOSEPH R | | E0651152 | CARDIOLOGY | ADM IN | 12/08/02 | E42604086 |

### PATIENT / PATIENT EMPLOYER

| | |
|---|---|
| Soc Sec No    DOB        Age    Sex MS   Race Religion | UNEMPLOYED |
| 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  08/12/31  71    M   U    W    None | NA |
| Address:  PO BOX 019118 | NA,XX 00000 |
|           MIAMI,FL 33101 | Work Phone: 305 999-9999 |
| Home Ph: 305 982-1335       County: DADE | Occupation: |

### GUARANTOR / GUARANTOR EMPLOYER

| | |
|---|---|
| FEDERAL,DETENTION CENTER     SS#: 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 | NOT APPLICABLE |
| Address:  PO BOX 019118 | NA |
|           MIAMI,FL 33101 | NA,XX 00000 |
| Home Ph: 305 982-1335       County: DADE | Work Phone: 999 999-9999 |
| Relationship to Patient: Friend/Other | Occupation: |

### OTHER / OTHER GUARANTOR EMPLOYER

| | |
|---|---|
| Address: | |
| | |
| Home Ph:           County: | Work Phone: |
| Relationship to Patient: | Occupation: |

### PERSON TO NOTIFY / NEAREST RELATIVE / TEMPORARY ADDRESS

| | | |
|---|---|---|
| HEALTH,SERVICES ADMINISTRATOR - | HEALTH,SERVICES ADMINISTRATOR | |
| PO BOX 019118 | PO BOX 019118 | |
| MIAMI,FL 33101 | MIAMI,FL 33101 | |
| Hm: 305 982-1335   Wk: | Hm: 305 982-1335   Wk: | Ph:        Thru: |
| Rel to Patient: Friend/Other | Rel to Patient: Friend/Other | Note: |

### INSURANCE 1 / AUTHORIZATION 1

| | | |
|---|---|---|
| DETENTION PROGRAM FEDERAL | Policy # 04641-015 | Treat/Precert Not Required |
| PO BOX 019119 | Coverage # | Ins Verif   20021208 |
| MIAMI, FL 33101 | Subscriber SILVESTRI,JOSEPH R | Pro Review   Not Required |
| Phone 305 982-1319 | Rel to Pt  Same as Patient (Self) | Ins. Name - DETENTION PROGRAM FEDERAL |
|                | Eff.       to      Rel Y Assign Y | Ins. Mnemonic - DETFED |
| Contact | Group 999999 - UNEMPLOYED | |

### INSURANCE 2 / AUTHORIZATION 2

| | | |
|---|---|---|
| | Policy # | Treat/Precert |
| | Coverage # | Ins Verif |
| | Subscriber | Pro Review |
| Phone | Rel to Pt     Eff.     to     Rel   Assign | Ins. Name - |
| Contact | Group | Ins. Mnemonic - |

### INSURANCE 3 / AUTHORIZATION 3

| | | |
|---|---|---|
| | Policy # | Treat/Precert |
| | Coverage # | Ins Verif |
| | Subscriber | Pro review |
| Phone | Rel to Pt     Eff.     to     Rel   Assign | Ins. Name - |
| Contact | Group | Ins. Mnemonic - |

### OCCURRENCE / VALUE CODES / Special Program

| Code Type | Date     Time     Code Type | |
|---|---|---|
| 11   Date Onset of Symptoms | 12/08/02 | |

| | | |
|---|---|---|
| Last Hospitalization | Admission Comment | Financial Class |
| | BED 5 | 10 |

### PHYSICIANS

| Attending Physician | Admitting Physician | Emergency Room Physician | |
|---|---|---|---|
| Jimenez,Hector B. | 305-325-0913 Jimenez,Hector B. | 305-325-0913 Braden,John E. | 305 325-5464 |
| Prim Care Physician | Family Physician | Other Physician | |

| Date       Time  Source | Rm/Bed  Arrival | Principal Admitting Diagnosis/Reason for Visit | Admitted By |
|---|---|---|---|
| 12/08/02  2351  Emergency | 803/1    FR | CHEST PAIN R/O MI | CADM:ND |

| NAME: | | ACCT# | |
|---|---|---|---|
|   SILVESTRI,JOSEPH R | | E42604086 | |

Cedars Medical Center
1400 NW 12th Avenue Miami, FL 33136  (305)325-6611

ADMISSION FORM

Printed 12/17/02 2236 By CUS:NW

 

Ord.Date  SILVESTRI, JOSEPH          E. LOPEZ
09/12/02  04641-016              (5)Refills
Exp.Date  TAKE ONE TABLET BY MOUTH ON
          TUESDAY, THURSDAY, SATURDAY, AND
          SUNDAY

Rx #
134104    WARFARIN 5 MG TAB              #8

Ord.Date  SILVESTRI, JOSEPH          E. LOPEZ
09/12/02  04641-016              (5)Refills
          TAKE ONE TABLET BY MOUTH ON
          MONDAY, WEDNESDAY AND FRIDAY

Rx #
134106    WARFARIN 7.5 MG TAB            #6

Ord.Date  SILVESTRI, JOSEPH          E. LOPEZ
09/12/02  04641-016              (5)Refills
          TAKE ONE TABLET BY MOUTH EACH
          DAY

Rx #
134106    AMLODIPINE 10 MG TAB          #15

Ord.Date  SILVESTRI, JOSEPH          E. LOPEZ
09/12/02  04641-016              (5)Refills
          TAKE ONE TABLET DAILY

Rx #
134107    LISINOPRIL 20 MG TAB          #15

Ord.Date  SILVESTRI, JOSEPH          E. LOPEZ
09/12/02  04641-016              (5)Refills
          TAKE ONE TABLET BY MOUTH EACH
          DAY

Rx #
134108    FUROSEMIDE 40 MG TAB          #15

Ord.Date  SILVESTRI, JOSEPH          E. LOPEZ
09/12/02  04641-016              (2)Refills
Exp.Date  APPLY TO AFFECTED AREA DAILY AS
          NEEDED

Rx #
134110    HYDROCORTISONE CREAM 1% GM     #1

Ord.Date  SILVESTRI, JOSEPH          E. LOPEZ
09/12/02  04641-016              (5)Refills
          TAKE ONE TABLET BY MOUTH WITH
          EACH EVENING MEAL

Rx #
134109    LOVASTATIN 40 MG TAB          #15

Ord.Date  SILVESTRI, JOSEPH          G. PIERRE
09/24/02  04641-016              (5)Refills
          APPLY TO AFFECTED AREA TWO TIMES
          A DAY

Rx #
135032    HYDROCORTISONE CREAM 1% GM     #1

Ord.Date  SILVESTRI, JOSEPH          G. PIERRE
09/24/02  04641-016              (0)Refills
          TAKE TWO TABLETS 4 TIMES A DAY

Rx #
135031    ACETAMINOPHEN 325 MG UD       #10

Ord.Date  SILVESTRI, JOSEPH          E. LOPEZ
          04641-016              (2)Refills
          TAKE ONE TABLET BY MOUTH TWICE
          DAILY WITH FOOD ( USE 15 DAYS OF
          THE MONTH )

Rx #
135617    NAPROXEN SOD 275 MG TAB       #30

Ord.Date  SILVESTRI, JOSEPH          G. PIERRE
10/15/02  04641-016              (2)Refills
          TAKE TWO TABLETS BY MOUTH THREE
          TIMES DAILY

Rx #
135415    ACETAMINOPHEN 325 MG TAB      #30

Ord.Date  SILVESTRI, JOSEPH          E. LOPEZ
10/28/02  04641-016              (5)Refills
          TAKE ONE TABLET ON TUESDAY,
          THURSDAY, SATURDAY AND SUNDAY

Rx #
137240    WARFARIN 5 MG TAB              #8

Ord.Date  SILVESTRI, JOSEPH          E. LOPEZ
10/28/02  04641-016              (5)Refills
          TAKE ONE TABLET ON MONDAY,
          WEDNESDAY, AND FRIDAY

Rx #
137241    WARFARIN 7.5 MG TAB            #6

Ord.Date  SILVESTRI, JOSEPH          E. LOPEZ
10/28/02  04641-016              (5)Refills
          TAKE ONE TABLET BY MOUTH EACH
          DAY

Rx #
137242    AMLODIPINE 10 MG TAB          #15

Ord.Date  SILVESTRI, JOSEPH          E. LOPEZ
10/28/02  04641-016              (5)Refills
          TAKE ONE TABLET DAILY

Rx #
137243    LISINOPRIL 20 MG TAB          #15

Ord.Date  SILVESTRI, JOSEPH          E. LOPEZ
10/28/02  04641-016              (5)Refills
          TAKE ONE TABLET BY MOUTH EACH
          DAY

Rx #
137244    FUROSEMIDE 40 MG TAB          #15

Ord.Date  SILVESTRI, JOSEPH          E. LOPEZ
10/28/02  04641-016              (5)Refills
          TAKE ONE TABLET BY MOUTH WITH
          EVENING MEALS

Rx #
137245    LOVASTATIN 40 TAB             #15

Ord.Date  SILVESTRI, JOSEPH          E. LOPEZ
10/28/02  04641-016              (0)Refills
          TAKE ONE TABLET BY MOUTH TWICE
          DAILY FOR 15 DAYS

Rx #
137246    NAPROXEN SOD 275 MG TAB       #30

Ord.Date  SILVESTRI, JOSEPH          E. LOPEZ
10/28/02  04641-016              (5)Refills
          TAKE ONE CAPSULE BY MOUTH AT
          BEDTIME

Rx #
137247    PRAZOSIN HYDROCHLORIDE 1 MG CAP  #15

NAME                    SILVESTRI, JOSEPH
RX NUMBER               04641-016
                        F.D.C. MIAMI - C03-018L
                        09/12/2002

F.D.C. MIAMI
33 N.E. 4TH ST.
MIAMI FL, 33132-211




| Ord.Date | SILVESTRI, JOSEPH | L. GINART |
|---|---|---|
| | 04641-016 | (2)Refills |
| | APPLY ONE PATCH EACH DAY | |
| Rx # 139713 | NITROGLYCERIN 0.2 MG/HR PAT | #30 |

| Ord.Date | SILVESTRI, JOSEPH | L. GINART |
|---|---|---|
| | 04641-016 | (2)Refills |
| | DISSOLVE ONE TABLET UNDER TONGUE AS NEEDED EVERY 5 MIN TIL RELIEVED UP TO MAXIMUM 3 DOSES | |
| Rx # 139711 | NITROGLYCERIN SL 0.4 MG TAB | #1 |

| Ord.Date | SILVESTRI, JOSEPH | L. GINART |
|---|---|---|
| | 04641-016 | (5)Refills |
| | TAKE ONE TABLET AT BEDTIME | |
| Rx # 139712 | LOVASTATIN 40 MG TAB | #15 |

| Ord.Date | SILVESTRI, JOSEPH | L. GINART |
|---|---|---|
| | 04641-016 | (5)Refills |
| | TAKE ONE TABLET BY MOUTH TWICE DAILY | |
| Rx # 139708 | LISINOPRIL 5 MG TAB | |

| Ord.Date | SILVESTRI, JOSEPH | L. GINART |
|---|---|---|
| | 04641-016 | (5)Refills |
| | TAKE ONE TABLET BY MOUTH EACH DAY | |
| Rx # 139710 | ASPIRIN 325 MG TAB | #5 |

| Ord.Date | SILVESTRI, JOSEPH | L. GINART |
|---|---|---|
| | 04641-016 | (5)Refills |
| | TAKE ONE TABLET BY MOUTH EACH DAY | |
| Rx # 139845 | CLOPIDOGREL 75 MG TAB | #15 |

| Ord.Date | SILVESTRI, JOSEPH | L. GINART |
|---|---|---|
| | 04641-016 | (1)Refills |
| | DILUTE 1 TEASPOONFUL WITH 4OZ OF WATER AT BEDTIME | |
| Rx # 139846 | PSYLLIUM HYDROPHILIC MUCILLOID GM | |

| Ord.Date 12/19/02 | SILVESTRI, JOSEPH | E. LOPEZ |
|---|---|---|
| | 04641-016 | (5)Refills |
| | TAKE TWO TABLETS BY MOUTH AT BEDTIME | |
| Rx # 141060 | LOVASTATIN 20 MG TAB | #30 |

| Ord.Date 12/19/02 | SILVESTRI, JOSEPH | E. LOPEZ |
|---|---|---|
| | 04641-016 | (2)Refills |
| | APPLY TO AFFECTED AREA DAILY AS NEEDED | |
| Rx # 141081 | LACTIC ACID/AMMONIUM HYDROXIDE 12% GM | #1 |

**FDC Miami**
**33 NE 4TH ST.**
**MIAMI , FL 33132**

| Ord.Date 12/19/02 | SILVESTRI, JOSEPH | E. LOPEZ |
|---|---|---|
| | 04641-016 | (5)Refills |
| | TAKE HALF TABLET BY MOUTH EACH DAY | |
| Rx # 141062 | LISINOPRIL 5 MG TAB | #8 |

| Ord.Date 12/19/02 | SILVESTRI, JOSEPH | E. LOPEZ |
|---|---|---|
| | 04641-016 | (5)Refills |
| | TAKE HALF TABLET BY MOUTH EACH DAY | |
| Rx # 141063 | METOPROLOL 50 MG TAB | #8 |

| Ord.Date 12/19/02 | SILVESTRI, JOSEPH | E. LOPEZ |
|---|---|---|
| | 04641-016 | (5)Refills |
| | TAKE ONE TABLET DAILY | |
| Rx # 141064 | DIGOXIN 125 MCG TAB | #15 |

| Ord.Date 12/19/02 | SILVESTRI, JOSEPH | E. LOPEZ |
|---|---|---|
| | 04641-016 | (5)Refills |
| | TAKE ONE TABLET BY MOUTH EACH DAY | |
| Rx # 141065 | ASPIRIN 325 MG TAB | #15 |

| Ord.Date 12/19/02 | SILVESTRI, JOSEPH | E. LOPEZ |
|---|---|---|
| | 04641-016 | (5)Refills |
| | TAKE ONE TABLET BY MOUTH EACH DAY | |
| Rx # 141066 | PRENATAL VITAMIN TAB | #15 |

| Ord.Date 12/19/02 | SILVESTRI, JOSEPH | G. PIERRE-LOUIS |
|---|---|---|
| | 04641-016 | (0)Refills |
| | INJECT 0.3 ML ( 30 MG ) EVERY TWELVE HOURS FOR 14 DAYS | |
| Rx # 141033 | ENOXAPARIN INJECTION 80MG/0.8ML INJ | #28 |

| Ord.Date 12/19/02 | SILVESTRI, JOSEPH | G. PIERRE-LOUIS |
|---|---|---|
| | 04641-016 | (0)Refills |
| | TAKE ONE TABLET BY MOUTH EVERY EIGHT HOURS ( THREE TIMES DAILY ) EACH MORNING , AT NOON , EACH EVENING | |
| Rx # 133 | ACETAMINOPHEN W/CODEINE 300/30 300/2D TAB | #9 |

| Ord.Date 12/23/02 | SILVESTRI, JOSEPH | R. MENENDEZ |
|---|---|---|
| | 04641-016 | (0)Refills |
| | INJECT SUBCUTANEOUSLY 30 MG EVERY TWELVE HOURS | |
| Rx # 141255 | ENOXAPARIN INJECTION 30MG/0.3ML INJ | #2 |

**NAME:** SILVESTRI, JOSEPH
**REG NUMBER** 04641-016
F.D.C. MIAMI - C03-018L
12/03/2002




| Ord.Date 01/10/03 | SILVESTRI, JOSEPH 04641-016 TAKE ONE TABLET BY MOUTH TWICE DAILY | E. LOPEZ (0)Refills | |
|---|---|---|---|
| Rx # 142673 | ACTIFED 60MG | #10 | |
| Ord.Date 01/10/03 | SILVESTRI, JOSEPH 04641-016 TAKE ONE TABLET TWICE DAILY | E. LOPEZ (0)Refills | |
| Rx # 142674 | GUIAFENG3/HDEXTROMETHORPHAN 800MG/60MG TAB | #10 | |
| Ord.Date 01/10/03 | SILVESTRI, JOSEPH 04641-016 APPLY 3 DROPS BETWEEN NAILS | E. LOPEZ (2)Refills | |
| Rx # 142675 | CLOTRIMAZOLE 1% SOL | #1 | |

| **FDC Miami** 33 NE 4^TH ST. MIAMI , FL 33132 | **NAME:** **REG NUMBER** | SILVESTRI, JOSEPH 04641-016 F.D.C. MIAMI - C05-002LH 01/10/2003 |
|---|---|---|

YSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

12/18/02  adm note  returning from Cedars medical center
2035      Post open heart surgery with
          Hx of CAD
          c/o slight pain in the chest
          T 98⁴  BP 140/8x  P 82  R 18
          chest wound dry healing well
          anterior left thigh (donor site)
          wounds clean and dry no
          signs of infection
          EKG  NSR  90 rate
              non specific T abnormalities ANT/LAT/cn
          Housed in medical watch room
          recommended
              Lovenox 30 mg q 12 hrs subcu x 14 days
              Zestril 2.5 mg qd  x 30 d nr
              metoprolol 25 mg qd  x 30 d nr    (LC
              Digoxin 0.125 mg qd  x 30 d nr
              aspirin 325 mg qd  x 30 d nr
          D/c chromagen 300mg qd
          Vital sign q shift

CDR, J.R. Cintron, RP
FDC Miami

Gerard Pierre-Louis PA
FDC Miami

10/19 hr

× _____

12/19/hr
0700

**ADMINISTRATIVE NOTE**

DEPART./SERVICE
Luis Cintron, M.D.
Staff Physician
FDC Miami

HOSPITAL OR MEDICAL FACILITY
FDC MIAMI

STATUS

RELATIONSHIP TO SPONSOR

SPONSOR'S NAME

REGISTER NO.

WARD NO.

PATIENT'S IDENTIFICATION: (For typed or written entries; give; Name - last, first, middle; ID No or SSN; Sex;
Date of Birth; Rank/Grade.)

SILVESTRI    JOSEPH
              04641-016

FEDERAL DETENTION CENTER
33 NE 4 ST
MIAMI, FL. 33132

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

AUTHORIZED FOR LOCAL REPRODUCTION

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION  (Sign each entry) |
|---|---|

**DATE:** 12/19/02 1000

CLINIC: [ ] HYPERTENSION, [ ] CARDIAC, [ ] DIABETES, [ ] NEURO, [ ] ENDOCRINE, [ ] LIPID, [ ] PULMONARY, [ ] INFECTIOUS,
[ ] ORTHO, [ ] OB/GYN, [ ] MENTAL, [ ] GENERAL, [ ] OTHER,       non smoker

SUBJECTIVE: I get short of breath when I walk. I was told I had a mini strebe that affected my (R) arm. I lost some memory

OBJECTIVE: AGE: 71   SEX: [X] Male, [ ] Female, Race ___   Resp A/C:   SaO₂%:   Peak Flow   /   /

BP: 96/60   P: 76   WT: 52   R/R:   Temp: 95.6   LAST: Op/Opht Eval:   Pap smear   Mammography

Are the following normal?

| | YES | NO | N/A |
|---|---|---|---|
| Heent / Neck / Nodes | [ ] | [ ] | [ ] |
| HEART | [X] | [ ] | [ ] |
| LUNG | [X] | [ ] | [ ] |
| ABDOMEN | [ ] | [ ] | [ ] |
| GENITAL/RECTAL | [X] | [ ] | [ ] |
| EXTREMITIES/Feet | [ ] | [ ] | [ ] |
| OTHER | [ ] | [ ] | [ ] |

Recent Labs Results:  N/A

Chest - sternal area
healing wound, no secretions,
no erythema, no warmth.

- Neuro: OX3, pt states
loss of short term
memory & strength

- (L) hand

- (R) my area / thigh
healing wound - no secretion
no warmth

ASSESSMENT(S):

① B.P - optimal
② S/P CABG - stable - possible
   S/P neurological residual ③ sono skin

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART/SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | F D C MIAMI |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
|---|---|---|---|
| | | | CONT— |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name- last, first, middle: Name, SSN; Sex; Date of Birth; Rank/Grade.)

Silvestri, Joseph
04641-016

REGISTER NO. | WARD NO.

DO 13   3/1/12

CHRONOLOGICAL RECORD OF MEDIC
MEDICAL RECORD
STANDARD FORM 600 (REV. 6
Prescribed by GSA/CMR

FIRMR (41  CFR)  201-9-202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION   *(Sign each entry)* |
|------|------|
| 12/18/0? 1000 | CONTINUATION: *dyspnea 2ⁿᵈ intolerance — healing surgical scar, hematoma (?) thy > 25 cm*  PLAN: *goal - in aerobic exercise — at least 20 min/day (importance of exercise as relate)* |

Patient Education: [ ] Etiology, Complications, Prognosis, Prevention. [ ]No Smoking. [ ] Management and relief of Pain.

[ ] Diet. Diabetic, Cardiac, Infectious Disease, Lifestyles changes. [ ] Foot Care. [ ] Patient Understood Topics.

[ ] Instructed if problems or running out of medication should sign up for sick-call or send  copout. *sign up for sick call for wound care*

[ ] Medication Dosage / Administration / Compliance / Side Effect. [ ] Skin Care. [ ] Low sodium intake.

Diagnostic Studies: [ ] CBC/Diff. [ ]U/A. [ ] U/C. [ ]BMP. [ ] CMP. [ ] PSA. [ ] RPR. [ ] PT, PTT. [ ] TSH. [ ] FBS. [ ] HighA1c

[ ] Viral load. [ ]CD4. [ ] CD8. [ ]Toxo Igg. [ ]Hepatitis Panel. [ ] Liver Panel. [ ]Renal Panel. [ ] Pregnancy Panel.

[ ] CxR. [ ] EKG. [ ]Others.

Consultations: [ ] Optometrist. [ ] Ophthalmologist. [ ] Orthopedic. [ ] Surgeon. [ ] OB/GYN. [ ] Others.

Referal to IDC for Vaccination: [ ] Influenza. [ ]Pneumococcal. [ ] Hepatitis (   ): [ ] Others.

Return to Clinic for routine Follow Up on: *1/17/03*

Treatment(s):

*- D/C plavix, Warfarin*
*- re-start 30day w/ refills*
*lovastatin 40 mg pot*
*- foc by den - appt day pm.*

E. LOPEZ, M.D.
FDC MIAMI

CDR, J.R. Cintron, RPh
FDC Miami

SN 7540-00-634-4176

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | AUTHORIZED FOR LOCAL REPRODUCTION |
|---|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 1/6/03 | ADMINISTRATIVE NOTE |
| 1010hr | No show for sick call, unit officer notified. |
|  | L. Garza Higgins, PA-C |
|  | FDC Miami |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| FDC Miami |  |  |  |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |
|---|---|---|

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| | REGISTER NO. | WARD NO. |
|---|---|---|

Silvestri Joseph
04641-016.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

PAGE 04

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION  *(sign each entry)* |

**JAN 10 2003**

0900

CLINIC: (HYPERTENSION), (CARDIAC), [ ] DIABETES, [ ] NEURO, [ ] ENDOCRINE, (LIPID) [ ] PULMONARY, [ ] INFECTIOUS.

[ ] ORTHO, [ ] OB/GYN, [ ] MENTAL, [ ] GENERAL, [ ] OTHER.

SUBJECTIVE: ① 40 wet ② Athletes foot ③ Lauban pain

OBJECTIVE: AGE 7[ ]  SEX: [x] Male, [ ] Female, Rosc: [ ]  Hydro A/C:   SO₂ :   Peak Flow   /   /

BP: 108/73 P: 74 WT: 237  R/R:   Temp:   LAST: Op/Ophth/val:   Pap smear   Mammography

Diabetic Foot
Screen Test Sites

Are the following normal?

| | YES | NO | N/A | |
|---|---|---|---|---|
| Head / Neck / Nodes | [ ] | [ ] | [ ] | - ears: T.M. clear |
| HEART | [ ] | [ ] | [ ] | - sternum - healed scar |
| LUNG | [ ] | [ ] | [ ] | - clear |
| ABDOMEN | [ ] | [ ] | [ ] | - soft non tender |
| GENITAL/RECTAL | [ ] | [ ] | [ ] | |
| EXTREMITIES/Feet | [ ] | [ ] | [ ] | - neg. straight leg raise |
| OTHER | [ ] | [ ] | [ ] | - ④ ing area healed scar |

Recent Labs Results:: CSA 0.6, PSA 1.5  glue c̅ ⊙
  gun/creat WNL

ASSESSMENT(S):
  ① B.P. - optimal
  ② s/p CAD - stable, has not used
    NTG s/L    ③ T. pedis

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | F D C MIAMI |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
| | | | CONT ——— |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name: last, first, middle; ID No. or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO.      WARD NO.

Silvestri, Joseph
04641 - 016

CHRONOLOGICAL RECORD OF MEDICAL CARE
MEDICAL RECORD
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR

FIRMR (41 CFR) 201-9-202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION  *(Sign each entry)* |
|---|---|
| JAN 1 0 2003<br><br>0900 | CONTINUATION:<br><br><br>PLAN:<br><br><br>Patient Education: [ ] Etiology, Complications, Prognosis, Prevention. [ ]No Smoking. [ ] Management and relief of Pain<br><br>[ ] Diet, Diabetic, Cardiac, Infectious Disease, Lifestyles changes. [ ] Foot Care. [ ] Patient Understood Topics<br><br>[ ] Instructed if problems or running out of medication should sign up for sick-call or send  copout.<br><br>[ ] Medication Dosage / Administration / Compliance / Side Effect. [ ] Skin Care. [ ] Low sodium intake.<br><br>Diagnostic Studies: [ ] CBC/Diff. [ ]U/A. [ ] U/C. [ ]BMP. [ ] CMP. [ ] PSA. [ ] RPR. [ ] PT, PTT. [ ] TSH. [ ] FBS. [ ] HighA1c<br><br>[ ] Viral load. [ ]CD4. [ ] CD8. [ ]Toxo Igg. [ ]Hepatitis Panel. [ ] Liver Panel. [ ]Renal Panel. [ ] Pregnancy Panel.<br><br>[ ] CxR. [ ] EKG. [ ]Others.       NEXT  UISIT<br><br>Consultations: [ ] Optometrist. [ ] Ophthalmologist [ ] Orthopedic. [ ] Surgeon. [ ] OB/GYN. [ ] Others.<br><br>Referal to IDC for Vaccination: [ ] Influenza. [ ]Pneumococcal. [ ] Hepatitis (  ). [ ] Others.<br><br>Return to Clinic for routine Follow Up on: 2/13/03<br><br>Treatment(s):<br><br>Certified tab.  I pu BID × 5dy.<br><br>Herbal  I pu BID × 5 dy.<br><br>Wydex soln: appl. III drops pu<br><br>between nails and _____<br><br>nail bed<br><br>30 days    2 Refills ____  Pill line |

~~CDR. J.R. Cintron, RPh.~~
FDC Miami

E. LOPEZ, M.D.
FDC MIAMI

| 1/22/03<br>1020m | **ADMINISTRATIVE NOTE**<br><br>No show. To sick call, unit officer<br>notified<br><br>L. Garcia-Higgins, PA-C<br>FDC Miami |