# CRIMINAL MINUTES



UNITED STATES DISTRICT COURT
SOUNTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6309-CR-WPD   DATE: February 7, 2003

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   vs. Joseph Silvestri

U.S. ATTORNEY: Brian McCormick, Dana Fernandez, James Pavlov   DEFT. COUNSEL: Jeanne Baker

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Deft. not present due to medical condition. Counsel advise Judge of deft's status. Sentencing is reset. FTC/ Court asks Marshals to make certain BOP provides the deft with the medical treatment he requires including, whatever tests are necessary to determine (whether or not there is a blood clot (but not limited to)

CASE CONTINUED TO: 2/20/03   TIME: 10:00   FOR: Sentencing

MISC: _____