UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>v.<br>JOSEPH SILVESTRI,<br>        Defendant.<br>_____/ | CASE NO. 00-6309-CR-Dimitrouleas |



NOTICE OF SUBMISSION OF SIGNED EXHIBIT E
TO EXPANDED MOTION FOR DOWNWARD DEPARTURE

Undersigned counsel hereby submits, on behalf of defendant Joseph Silvestri, a signed report from Dr. April Kassover, an unsigned copy of which is attached to defendant's Expanded Motion for Downward Departure as Exhibit D. As noted in the motion at page 17, footnote 14, due to logistics, undersigned counsel did not have possession of the signed report at the time that she filed the Motion, and so attached an unsigned copy as Exhibit D. Undersigned counsel requests that the Court consider the attached signed report (which is identical to the unsigned report except for the addition of Dr. Kassover's signature) as the official Exhibit D to the Motion.

Respectfully submitted,

JEANNE BAKER
ATTORNEY AT LAW, P.A.
Florida Bar No. 0880700
2937 Southwest 27th Avenue, Suite 202
Miami, Florida 33133-3703
(305) 443-1600
(305) 445-9666 (fax)
**COUNSEL for JOSEPH SILVESTRI**

By: /s/ Jeanne Baker



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 10th day of February 2003 to AUSAs Diana L.W. Fernandez and Brian Frazier, United States Attorney's Office, 99 N.E. Fourth Street, Miami, Florida 33132 and to USPO Donald Leismeister, 300 N.E. 1st Avenue, Suite 315 Miami, Florida 33132.

*Jeanne Baker*
JEANNE BAKER

# April Kassower, Ph.D.

Licensed Psychologist
515 NorthBridge Center
Pavilion Suite 300
West Palm Beach, FL 33401
561-650-2233

Name  Delores Silvestri                                      dob; 8 / 23/ 31

Dot;   1 / 28/ 03                                            dor; 8 / 24 / 03

Psychological Consultation

Ms Silvestri was referred for a forensic related issue and was referred by a colleage since I spent 12 ½ years as a court psychologist in Palm Beach County Courthouse and now am doing further assignments in my private practice over the last 9 months.

Behavioral Observations

Ms Silvestri was brought to the office with her daughter Shannon Materio. Initially they were seen together and then later the mother was seen privately. The daughter provided a history of a federal conviction with her father 20 yrs ago requiring 18 months incarceration, and then more recently in 2000, Mr Silvestri was convicted on 23 counts relating to financial transactions.

Since then the father's health has deteriorated and he recently underwent cardiac bypass surgery. Because of this, his family fears that he will be sent to a prison with special medical facilities which will be far away from Miami. The family currently only gets to visit for 2 hrs on Sat morning so they have to leave WPB hours earlier. Once he is out of state this will be even more distressing since they will no longer be able to see him each weekend. The family is concerned about the failing health and age (71) of both parents. The family has spent their life's savings on attorneys fees. Ms Silvestri now lives on her $500 social security check and the family will have to sell her home. She has high blood pressure, cholesterol and hormone problems all requiring medications which she cannot afford.

Ms Silvestri is undergoing a major depressive disorder since her husband's conviction. She raised 5 children and nephews and nieces.  Now she is alone.  She feels suicidal. There are ideations (thoughts, intent and plan) of overdosing pills. (i.e. "I will save them up" for higher potency). There are bouts of uncontrollable crying. Her hands shake with tremors. She is angry with the system. She feels her children would be better off without her since she feels like she is a burden. Her daughter has 3 children and works full time with her husband. Ms Silvestri did not eat for months after the trial. She has lost 9 lbs and looked a bit gaunt. Ms Silvestri has at times has been abusing alcohol to minimize her distress. She often feels nausea in the morning when she goes to brush her teeth and wants to "regurgitate". She gets dizzy spells. Her doctor gave her 4 anxiety/"nerve" pills of Zanax they believe.

Further psychiatric medications, unfortunately, cannot be prescribed safely since she could be at heightened vulnerability for a suicide attempt. Supportive counseling would also be recommended but they have no insurance to cover this. Ms Silvestri states she lives for her 9 yr old grandson "PJ" but she feels by ago 10 he'd get over her suicide attempt if she were to do so. Ms Silvestri is at heightened risk for a successful suicide due to the ideation, plan and intent, depression, anxiety, anger, desire for retaliation, low self esteem and age (there is little to hope for since she realizes her husband may die in jail). Ms Silvestri evidenced no antisocial behaviors so should not pose any threat to society. Subsequently due to the severity of symptoms any legal mitigating facts to minimize her husband's sentence could in essence save her life.

DIAGONSTIC IMPRESSION:    MAJOR DEPRESSION, SINGLE EPISODE, MODERATELY SEVERE.

Please do not hesitate to contact me if I can be of any further assistance.

April Kassover, P h D
Lic PY 4158