# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6309-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JOSEPH SILVESTRI,

       Defendant.

_____ /



## PROOF OF PUBLICATION OF NOTICE OF FORFEITURE FOR PUBLICATION

The United States gives Notice of filing the attached Notice of Forfeiture for Publication.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____

WILLIAM N. BECKERLEG, JR.
Assistant United States Attorney
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Fla. Bar No. A5500074
Tel: (954) 356-7314, ext. 3614
FAX: (954) 356-7180



**Broward Daily Business Review**
Published Daily except Saturday, Sunday and
Legal Holidays
Fort Lauderdale, Broward County, Florida.

STATE OF FLORIDA
COUNTY OF BROWARD:

Before the undersigned authority personally appeared
Estela Force, who on oath says that she is the Office
Assistant of the Broward Daily Business Review f/k/a
Broward Review, a newspaper published at Fort Lauderdale,
in Broward County, Florida; that the attached copy of adver-
tisement, being a Legal Advertisement of Notice in the mat-
ter of                    00-6309
NOTICE OF FORFEITURE

UNITES STATES OF AMERICA
VS
JOSEPH SILVESTRI
                CIRCUIT
in the ............................................. Court,
was published in said newspaper in the issues of

Jan 17, 2003

Affiant further says that the said Broward Daily Business
Review is a newspaper published at Fort Lauderdale, in said
Broward County, Florida, and that the said newspaper has
heretofore been continuously published in said Broward
County, Florida, and has been entered as second class mail
matter at the post office in Fort Lauderdale in said Broward
County, Florida, for a period of one year next preceding the
first publication of the attached copy of advertisement; and
affiant further says that she has neither paid nor promised
any person, firm or corporation any discount, rebate, com-
mission or refund for the purpose of securing this advertise-
ment for publication in the said newspaper.

Sworn to and subscribed before me this

17  day of    January        ,A.D.    2003

(SEAL)

Estela Force personally known to me.

Deborah Mullin
MY COMMISSION #  DD160946  EXPIRES
October 27, 2006
BONDED THRU TROY FAIN INSURANCE, INC.

**NOTICE OF FORFEITURE
FOR PUBLICATION**
UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF FLORIDA Case No. 00-6309-
CR-DIMITROULEAS    UNITED
STATES OF AMERICA, Plaintiff, v.
JOSEPH SILVESTRI, Defendant
Notice is hereby given that on De-
cember 13, 2002, in the case of
United States v. Joseph Silvestri,
Case No. 00-6309-CR-Dimitroule-
as, the United States District Court
for the Southern District of Florida
entered a Second Preliminary Or-
der of Forfeiture condemning and
forfeiting the defendant's interest in
the following property to the United
States of America: 1. Account No.
10100400210 at Wachovia Bank
(Formerly First Bank of America,
#1133052934), and any other ac-
count of defendant at Wachovia
Bank; 2. Account #0050000512-
0112 at Point Bank, and any other
account of defendant at Point Bank,
and 3. Account # 300190603 at Ad-
miralty Bank, and any other account
of defendant at Admiralty Bank. The
foregoing Second Preliminary Or-
der of Forfeiture having been en-
tered on December 13, 2002, the
United States hereby gives notice of
its intention to dispose of the forfeit-
ed property in such manner as the
United States Attorney General
may direct. Any person having or
claiming a legal right, title or interest
in the aforementioned property
must petition the District Court for
the Southern District of Florida for a
hearing to adjudicate the validity of
his/her alleged interest in the prop-
erty within thirty (30) days of the fi-
nal publication of this notice pursu-
ant to 21 U.S.C § 853(n). The peti-
tion shall be signed by the petitioner
under penalty of perjury and shall
set forth the nature and extent of the
petitioner's right, title or interest in
the forfeited property, the time and
circumstances of the petitioner's ac-
quisition of the right, title and inter-
est in the forfeited property and any
additional facts supporting the peti-
tioner's claim and the relief sought.
The petition shall be filed with the
United States District Court for the
Southern District of Florida in the
above-styled case at the following
address: Clerk of Court 299 East
Broward Blvd. Fort Lauderdale, FL
33301 Copies of the petition shall
also be served upon the United
States Attorney to the attention of:
WILLIAM H. BECKERLEG, JR.,
Assistant U.S. Attorney U.S. Attor-
ney's Office 500 E. Broward Boule-
vard Suite 700 Fort Lauderdale, Fl
33394 Following the Court's dispo-
sition of all petitions filed, or if no
such petitions are filed, following
the expiration of the period speci-
fied above for the filing of such peti-
tions, the United States shall have
clear title to the property and may
warrant good title to any subse-
quent purchaser or transferee. Re-
spectively submitted, MARCOS
DANIEL   JIMENEZ   UNITED
STATES ATTORNEY BY: WIL-
LIAM H. BECKERLEG, JR. AS-
SISTANT U.S. ATTORNEY 500 E.
Broward Blvd., Suite 700 Ft. Lau-
derdale, Florida 33394 Tel: (954)
356-7314 ext. 3614 Fax: (954) 356-
7180 Fla Bar No. A5500074
1/17            03-4-03/330269B