# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _HC_ D.C.

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6309-CR-WD    DATE: February 20, 2003

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: ___    INTERPRETER: ___

UNITED STATES OF AMERICA    VS. Joseph Silvestri

U.S. ATTORNEY: Diana Fernandez, James Paddock    DEFT. COUNSEL: Jeanne Baker

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Deft not present due to his medical condition. Sentencing Reset.

CASE CONTINUED TO: 3/21/03    TIME: 10:30    FOR: Sentencing

MISC: ___