UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH SILVESTRI,

    Defendant.
_____/

NIGHT BOX FILED
MAR 10 2003
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

## MOTION FOR FINAL ORDER OF FORFEITURE

The United States requests that this Court enter a final order of forfeiture pursuant to 21 U.S. §853(n)(7). In support, the United States submits that:

1. On December 13, 2002, this Court entered a Second Preliminary Order of Forfeiture against the defendant's interest, rights and title to:

   a) Account No. 10100400210 at Wachovia Bank (Formerly First Bank of America, #1133052934), and any other account of defendant at Wachovia Bank;

   b) Account No. 0050000512-0112 at Point Bank, and any other account of defendant at Point Bank; and

   c) Account No. 300190603 at Admiralty Bank, and any other account of defendant at Admiralty Bank.

2. Only one account out of the three accounts, Admiralty Bank, Account No. 300190603, with a balance of $30,047.72, was seized by the United States. See the report of property seized pursuant to the second preliminary order of forfeiture. D.E. #1235.



3.  On January 17, 2003, the notice of forfeiture regarding the entry of the preliminary order of forfeiture against the property in this matter was published in the Broward Daily Business Review, a newspaper of general circulation. Proof of the publication was filed with this Court on February 13, 2003.

4.  No petitions were filed by any third party in response to the publication.

5.  The United States is not aware of any other third parties with any interest in the forfeited property.

6.  The United States is entitled to a final order of forfeiture against the Admiralty Bank account in this matter pursuant to 21 U.S.C. §853(n)(7).

WHEREFORE, the United States requests that this Court enter the attached Final Order of Forfeiture against the Admiralty Bank account in this matter.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
WILLIAM H. BECKERLEG, JR.
ASSISTANT U.S. ATTORNEY
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7314, ext. 3614
FAX: (954) 356-7180
Bar No. A5500074

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing was mailed via Federal Express this __10th__ day of March 2003, to Richard A. Sharpstein, Esq., 777 Brickell Avenue, Suite 500, Miami, FL 33131-2803; Jeanne Baker, Esq., 2937 SW 27th Avenue, Suite 202, Coconut Grove, FL 33131-3703; and Emmanuel Perez, Esq., 2121 Ponce De Leon Boulevard, Suite 920, Coral Gables, FL 33134-5222.

WILLIAM H. BECKERLEG, JR.
ASSISTANT U.S. ATTORNEY