UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH SILVESTRI,

    Defendant.
_____/



### FINAL ORDER OF FORFEITURE

WHEREAS, on December 13, 2002, this Court entered a Second Preliminary Order of Forfeiture against the defendant's interest, rights and title to:

    a)    Account No. 10100400210 at Wachovia Bank (Formerly First Bank of America, #1133052934), and any other account of defendant at Wachovia Bank;

    b)    Account No. 0050000512-0112 at Point Bank, and any other account of defendant at Point Bank; and

    c)    Account No. 300190603 at Admiralty Bank, and any other account of defendant at Admiralty Bank.

WHEREAS, only one account out of the three accounts, Admiralty Bank, Account No. 300190603, with a balance of $30,047.72, was seized by the United States.

WHEREAS, on January 17, 2003, the notice of forfeiture regarding the entry of the preliminary order of forfeiture against the property this matter was published in the Broward Daily Business Review, a newspaper of general circulation. Proof of the publication was filed with this Court on February 13, 2003;



WHEREAS, The United States is not aware of any other third parties with any interest in the forfeited property; it is hereby

ORDERED and ADJUDGED, that pursuant to 21 U.S.C. §853, the above referenced property is HEREBY CONDEMNED, FORFEITED and VESTED to the United States of America, and shall be disposed by the United States Marshals Service in accordance with law.

DONE and ORDERED this \_\_\_\_ day of March, 2003, at Fort Lauderdale, Florida.

*[signature]*
HONORABLE WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: AUSA William H. Beckerleg, Jr.
AUSA J. Brian McCormick
Richard Alan Sharpstein, Esq.
Jeanne Baker, Esq.
Emmanuel Perez, Esq.

## NOTICE TO ATTORNEYS AND LITIGANTS

Please be advised that effective Tuesday, February 5, 2003, Judge Dimitrouleas' office fully implemented and is utilizing the faxback program. The clerk's office scans each document and sends the document via telefax to all parties listed on the Court docket that have supplied the court with their fax number. In the event a party does not have a fax machine, the document is sent via U.S. Mail. If you have a fax machine but have not been receiving your orders via telefax, please complete the enclosed application and return it via fax or U.S. Mail to the Clerk's office. The faxback program alleviates the need to submit self-addressed postage paid envelopes. **Accordingly, until further notice, please submit the original motion, plus one copy with one copy of the order attached to the copy of the motion. The order must include a complete service list with the names and addresses of all parties. Thank you for your cooperation in this matter.**