UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6309-CR-DIMITROULEAS (S)(S)


UNITED STATES OF AMERICA,

                    Plaintiff,

v.

JOSEPH SILVESTRI,

                    Defendant.

_____



GOVERNMENT'S FILING OF SUPPLEMENTAL
MEDICAL RECORDS OF THE DEFENDANT


     The  United  States  of  America,  through  its  undersigned

Assistant United States Attorneys, files this pleading which has as

attachments the additional medical records of the defendant that



the government has received since the last submission by the government.

Respectfully submitted,
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
J. BRIAN McCORMICK
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500084
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 356-7392
Fax: (954) 356-7230

By: _____
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500017
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 356-7392
Fax: (954) 356-7230

By: _____
JAMES R. PAVLOCK
SENIOR TRIAL ATTORNEY
DOJ/CRIMINAL DIVISION
Court I.D. #A5500657

2

<u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that a true and correct copy of the foregoing was mailed this _18th_ day of _March_ , 2003 to:

Jeanne Baker, Esquire
2937 S.W. 27th Avenue, Suite 202
Miami, Florida 33133

Donald Jefferson, U.S. Probation Officer
299 E. Broward Boulevard
Room 409
Fort Lauderdale, Florida 33301


DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY



**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**
*Federal Detention Center*
*33 N.E. Fourth Street*
*Miami, FL 33132-2112*
*Tel: (305) 982-1279*
*Fax: (305) 982-1271*

February 20, 2003

Diana Fernandez, AUSA
U.S. Attorney's Office
500 E. Broward Blvd.
Ft. Lauderdale, FL 33301

     Re:    Joseph Silvestri, register number 04641-004

Dear Ms. Fernandez:

On February 12, 2002, a Duplex Scan of the venous system of the lower extremities revealed an obstructing thrombus of the right common femoral vein and a new thrombus of the right superficial femoral vein.

In view of the patient's history of recurrent Deep Vein Thrombosis in the right lower extremity, the patient was admitted to Larkin Hospital on February 13, 2002, for treatment and of the Thrombosis and for placement of an intravenous filter, as a measure to prevent the passage of potential clots from the right lower extremity to the lungs. The filter placement was done on February 17, 2002, at Larkin Hospital and Mr. Silvestri was returned to the Federal Detention Center on February 19, 2003.

The patient should not be transported for two weeks to allow for recovery from his surgery. After the two week period, Mr. Silvestri should have no problem attending court in Fort Lauderdale, Florida.

Sincerely,

Rupert Francis, M.D.

**MEDILAB SONOGRAPHY SOLUTIONS, INC.**
**9745 S.W. 72 STREET, SUITE 115**
**MIAMI, FL. 33173**
**305-596-5949**

EXAM DATE:          02-13-03
PATIENT NAME:       JOSEPH SILVESTRI
FACILITY #:         04641-016
REFERRING BY:       DR. R. FRANCIS

**BILATERAL LOWER EXTREMITIES VENOUS ULTRASOUND WITH DOPPLER:**

Ultrasound examination of the veins of both lower extremities was
done.

The left side show venous incompetence at the level of the
popliteal and posterior tibial vein.  There is no evidence to
suggest deep venous thrombosis on the left.

On the right side, there is obstructing thrombus at the level of
the common femoral vein.  There is evidence of old as well as new
thrombus formation at the level of the superficial femoral veins on
the right.

Doppler study shows absent flow in the right common femoral vein
consistent with obstruction.

There is normal Doppler in the remaining vessels.

**IMPRESSION:**

There is evidence of obstructing thrombus of the right common
femoral vein with old as well as new thrombus formation of the
right superficial femoral vein.

ERLINDA B. ENRIQUEZ, M.D.
DIPLOMATE OF AMERICAN BOARD OF RADIOLOGY
EBE/mpv

Luis Cinart, M.D
Staff Physician
FDC Miami

MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION

**FEB 2 1 2003**

CLINIC: [ ] HYPERTENSION [ ] CARDIAC [ ] DIABETES [ ] RENAL [ ] ENDOCRINE [ ] LIPID [ ] PULMONARY [ ] INFECTIOUS

0540

[ ] ORTHO [ ] OPHTH [ ] MENTAL [ ] GENERAL [ ] OTHER

SUBJECTIVE: ① My arm hurts from the hosp. stay

OBJECTIVE: AGE **71** SEX: [ ] Male [ ] Female, Race ___ Room A/C: ___ SaO²: ___ Peak Flow / /

B/P: 128/90 P: 83 WT: 237 R/R: Temp: LAST: Op/Oph.Eval: Pap smear Mammography

Are the following normal?

| | YES | NO | N/A |
|---|---|---|---|
| Head / Neck / Nodes | [ ] | [ ] | [ ] |
| HEART | [✓] | [ ] | [ ] |
| LUNG | [✓] | [ ] | [ ] |
| ABDOMEN | [✓] | [ ] | [ ] |
| GENITAL/RECTAL | [ ] | [ ] | [ ] |
| EXTREMITIES/Feet | [✓] | [ ] | [ ] |
| OTHER | [ ] | [ ] | [ ] |

Ⓑ Rope arm - erydema at
venipuncture site, peristans
wearing starkings (Job).

Recent Labs Results:

ASSESSMENT/USE:

① B.P. - stage I -
② Cardiac - no 4p. - c/o occasional SOB
s/p renaas fitter ③ lipid - on

TAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT
F D C MIAMI

SOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR

CONT

T'S IDENTIFICATION: (For typed or written entries, give: Name-last, first, middle; SSN: Sex; Date of Birth; Rank; Grade.) | REGISTER NO. | WARD NO.

Silvestri, Joseph
04641-016    DOB 8/12/21

CHRONOLOGICAL RECORD OF MEDICAL CARE
MEDICAL RECORD
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR

| DATE: | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION   (Sign each entry) |
|---|---|
| FEB 20 2003 | CONTINUATION: _medication_ |
| 0900 | discussed c̄ C.D. Ginat who spoke c̄ Dr |

PLAN: Guida - hematologist - do not give lenorex or coumadin till evaluated by cardiologist

Patient Education:: [ ] Etiology, Complications, Prognosis, Prevention. [ ] No Smoking. [ ] Management and relief of Pain.

[ ] Diet, Diabetic, Cardiac, Infectious Disease, Lifestyles changes. . [ ] Foot Care. [ ] Patient Understood Topics

. [ ] Instructed if problems or running out of medication should sign up for sick-call or send copout.

[ ] Medication Dosage / Administration / Compliance / Side Effect. [ ] Skin Care. [ ] Low sodium intake.

Diagnostic Studies: [ ] CBC/Diff. [ ] U/A. [ ] U/C. [ ] BMP. [ ] CMP. [ ] PSA. [ ] RPR. [ ] PT, PTT. [ ] TSH. [ ] FBS. [ ] HighA1c

[ ] Viral load. [ ] CD4. [ ] CD8. [ ] Toxo Igg. [ ] Hepatitis Panel. [ ] Liver Panel. [ ] Renal Panel. [ ] Pregnancy Panel.

[ ] CxR. [ ] EKG. [ ] Others.

Consultations: [ ] Optometrist. [ ] Ophthalmologist. [ ] Orthopedic. [✗] Surgeon. [ ] OB/GYN. [ ] Others.   _appt due next friday_

Referal to IDC for Vaccination: [ ] Influenza. [ ] Pneumococcal. [ ] Hepatitis (   ). [ ] Others.

Return to Clinic for routine Follow Up on: _5/16/03 or prn_

Treatment(s):

con't. lisinopril, Clopidogrel, Aspirin, Digoxin, lovastatin, Reg sk, moti, prelab

E. LOPEZ, M.D.
FDC MIAMI

NSN 7540-00-634-4176                                                    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

DATE

SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)*

/13/03

## FEDERAL DETENTION CENTER TRANSFER NOTE

ATE:
330
ME:

**From FDC-Miami to:** Larkin Hospital

**Reason for Transfer:** DVT

**Clinical Diagnosis:** 71 yr old w/m with Hx of CAD HTN. Presents W/ edema of lower extremity with pa... Doppler test reveals DVT

**Pertinent History:** ① CAD ② HTN ③ Hx of MI

**Current Medications:** ① Metoprolol 50g ½ QD ② NTG tabs ③ NTG patch ④ Lovastatin 40g ⊤ QD ⑤ ASA 325g ⊤ QD ⑥ Clopidogrel 75g ⊤ QD

**Additional Data Attached:** ⑦ Doxazosin 1mg HS

**Please send the following information with the patient when discharged:**

(Diagnosis, Medication, Condition, Recommendations)

**Provider's Signature & Title:** A.J. Hovpatic, P...
FDC Miami

| FDC Miami | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

NT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| | REGISTER NO. | WARD NO. |
|---|---|---|

Silvestri, Joseph
04641-016

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry |
|------|------------------------------------------------------------------------|
| 2/19/03 1335 | Administrative Note |

Prob hosp stay pt had aorta
umbella placed 2/17/03 pt scatl.
to be transferd from IV to po
anticogulation
    plan - dischage to FDr-uug 2/19/03

_Dr. Edwin Lopez, M.D._
_Staff Physician_

| 2/18/03 1730 | (S) Hospital return - asympto notice |
|--------------|--------------------------------------|

(O) A/O×3/A in no acute distress
(O) Hx of deep venous thrombosis
    s/p insertion of filter in the IVC
(P) No new order from the hospital.
    Pt states "the Dr said I was going
to be on Coumadin for the rest of my life
F/U in CCC

_E. EDOUARD, P.A._
_FDC MIAMI_

FEB 20 2003
ADMINISTRATIVE NOTE
INTAKE SCREENING REVIEW
URGENT CARE REVIEW
LAB REVIEW

_Dr. Edwin Lopez, M.D._
_Staff Physician_

Printed on Recycled Paper

STANDARD FORM 600 (REV. 6-97) BACK

NSN 7640-00-634-4170

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 2/13/04 1330 | Admit Note: pt had doppler done since done and a DVT was notif on extremity area. Pt will be transfer to Larkin Hospital for further Tx and observation. |

A.J. Reynaldo, P.A.
FDC Miami

LOPEZ, M.D.
FDC MIAMI

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Silvestri, Joseph
OY641·016

| | REGISTER NO. | WARD NO. |
|---|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

CHRONOLOGICAL RECORD OF MEDICAL CARE

MEDICAL RECORD

DATE

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION  (Sign each entry)

**FEB 13 2003**

0930

CLINIC: (HYPERTENSION) | CARDIAC | DIABETES | | NEURO | (INFECTIOUS) | (LIPID) | PULMONARY | | INFECTION |

| ORTHO | | OB/GYN | | MENTAL | | GENERAL | | OTHER |

SUBJECTIVE: I haven't gotten my socks. I have some at home. I get up a lot to urinate and then only with a little.

OBJECTIVE: AGE 71  SEX: [×] Male | | Female, Race: ___  Micro A/C:  SaO₂:  Peak Flow: ___/___

BP 184/103  P: 69  WT: 239  R/R: ___  Temp: 97.4  LAST Op/Opht Eval:  Pap smear  Mammography

Are the following normal?

| | YES | NO | N/A | |
|---|---|---|---|---|
| Head / Neck / Nodes | | | | |
| HEART | ✓ | | | no gallops no (?) |
| LUNG | ✓ | | | no wheezes |
| ABDOMEN | ✓ | | | no ___ |
| GENITAL/RECTAL | | | | |
| EXTREMITIES/Feet | | | ✓ | (+) 2 pitting edema (B) ankle |
| OTHER | | | | |

Recent Labs Results: - pt had bilat. u/sound - done today - pending results

ASSESSMENT/USE: - see lab data 2/6/03 - uncontrolled ① B.P. stage 2 - pt able to ambulate + talk c̄ S.O.B. Discussed add'y a Warfarin ② work up of (B) lower extre poly ③

| ___ OR MEDICAL FACILITY | STATUS | DEPART/SERVICE | RECORDS MAINTAINED AT F D C MIAMI |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | CONT ___ |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name: last, first, middle; or SSN, Sex; Date of Birth; Rank/Grade.)

Silvestri, Joseph
04641-004

REGISTER NO.        WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
MEDICAL RECORD
STANDARD FORM 600 (REV. 6-
Prescribed by GSA/ICMR

DCB 3/12/3/

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION  (Sign each entry) |
|------|---------------------------------------------------------------------------|
| FEB 1 0 2003 | CONTINUATION: possible urinary frequency 2° prostate |
| FEB 1 3 2003 | (PSA WNL) discussed caddy & blocker c |
| 0930 | PLAN: help c urination and control B.P. |

Patient Education: [ ] Etiology, Complications, Prognosis, Prevention. [ ] No Smoking. [ ] Management and relief of Pain.

[ ] Diet, Diabetic, Cardiac, Infectious Disease, Lifestyles changes. [ ] Foot Care. [ ] Patient Understood Topics

[ ] Instructed If problems or running out of medication should sign up for sick-call or send copout.

*Patient continues peeing*

[ ] Medication Dosage / Administration / Compliance / Side Effect. [ ] Skin Care. [ ] Low sodium intake.

Diagnostic Studies: [ ] CBC/Diff. [ ] U/A. [ ] U/C. [ ] BMP. [ ] CMP. [ ] PSA. [ ] RPR. [ ] PT, PTT. [ ] TSH. [ ] FBS. [ ] HgbA1c

[ ] Viral load. [ ] CD4. [ ] CD8. [ ] Toxo Igg. [ ] Hepatitis Panel. [ ] Liver Panel. [ ] Renal Panel. [ ] Pregnancy Panel.

[ ] CxR. [ ] EKG. [ ] Others.    *degoxin level*

Consultations: [ ] Optometrst. [ ] Ophthalmologist. [ ] Orthopedic. [ ] Surgeon. [ ] OB/GYN. [ ] Others.

Referal to IDC for Vaccination: [ ] Influenza. [ ] Pneumococcal. [ ] Hepatitis ( ). [ ] Others.

Return to Clinic for routine Follow Up on: 5/1/03

Treatment(s):    30 days 3    Refills 3    Pill line

clonidine Error EL
DoxAzosin 1mg po at HS.

E. LOPEZ, M.D.
FDC MIAMI

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

2/11/03
1100 hm.

Patient with a History of HTN, CABG × 3 due to ACS. has been evaluated in sick call today. patient has been c/o swelling in Both his legs × 5 days. Denies SOB, chest pain on daton Obesidad.

Ⓞ Alert well oriented alfile in NAD↑

BP 130/80 mmHg   R 18×'   HR 80×'.

<u>Lower Extremities</u> → Skin is in Good color, T is

Skin → Warm, no lesions, no ulcers, no varicosities, no petechia, Capillary Refill < 2 sec.

Joints → FROM, no crepitation, no pain or palpation.

Muscles → Good strength, no atrophy, good tone, no Fasciculations. Slight Swelling present.

Lungs → clear to auscultation.

Heart → cardiac Sounds, w/o murmurs or Gallop.

Ⓐ Edema Lower Extremities.

℞  ① P Motrin 400 mg TID × 5 days
② Patient educated to elevate legs up to 45° ↑ in order to Improve circulation.
③ Seek call PRN.

L. Garcia Higgins, PA-C
FDC Miami

| HOSPITAL OR MEDICAL FACILITY | | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|---|
| FDC Miami. | | | | |
| SPONSOR'S NAME | | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Silvestri Joseph
04641-016.

| | REGISTER NO. | WARD NO. |
|---|---|---|

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

N 7540-00-634-4175

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

2/7/03
0720

P Continued:

⑥ Doppler Study ℝ leg — (ordered)

⑦ metoprolol 25 mg P.O. q.D. # 30 days x 2 refills

⑧ Lisinopril 5 mg P.O. q.D. # 30 days x 2 refills

⑨ Plavix 75 mg Tab ī P.O. q.D. # 30 days x 2 refills

⑩ ASA 325 mg Tab ī P.O. q.D. # 30 days x 2 refills

⑪ Digoxin .125 mg. Tab ī P.O. q.D. # 30 days x 2 refills

⑫ Lovastatin 40 mg P.O. HS - # 30 days x 2 refills

⑬ NTG patch 0.2 mg/hr. apply ī patch q. D.
# 30 days x 2 refills

⑭ NTG SL 0.4 mg Tab ī SL PRN q. 5 mins
till relieved up to maximum of 3 doses # 1 bottle x 2

⑮

CDR. J.R. Cimmmm, CPR
FDC Miami

Rupert Francis, MD
Staff Physician

2/7/03
1300

Adm. f Note: BP check 110/60

A.J. Reynaldo, P.A.
FDC Miami

| ITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| FDC MIAMI | | | |
| SOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

NT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex;
Date of Birth; Rank/Grade.)

REGISTER NO.          WARD NO.

**FDC MIAMI**
**33 N.E. 4th STREET**
**MIAMI, FL 33132**
**ATTN: MEDICAL RECORDS**

SILVESTRI, Joseph
04641-016
DOB 8/12/31

CHRONOLOGICAL RECORD OF MEDICAL CA
Medical Record
STANDARD FORM 600 (REV. 8-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|
| 2/10/03 | ADMINISTRATIVE NOTE |
| 1030 hr | No show for sick call, unit affixed |

L. Garcia Higgins, PA-C
FDC Miami



MEDICAL, REPORT OF DUTY STATUS

**NAME** Silvester Joseph

**HOSPITAL REGISTRATION NO.** 0464-004

**ADDRESS**

**INCLUSIVE DATES OF TREATMENT**

**INPATIENT**
From:
DATE

**OUTPATIENT**
DATE 2/13/03
Throat 2/14/04 AM/P.M.
TIME ARRIVED ___ AM/P.M.
TIME DEPARTED ___ AM/P.M.
DATE

Can resume usual occupation
DATE

Can perform limited duties as specified under REMARKS
DATE

**DISPOSITION**
To return to clinic
DATE

To be hospitalized

OTHER (Specify)

**REMARKS**
Can wear Job (pressure stockings)
on both legs

**NAME AND LOCATION OF HOSPITAL/CLINIC** LOPEZ, M.D.
FDC MIAMI

**SIGNATURE OF MEDICAL OFFICER OR MEDICAL RECORD LIBRARIAN**

**DATE** 2/13/03

FPI-131 (1/89)
EDL 0

LARKIN HOSPITAL

DOCTORS' ORDERS

FIRMLY WITH BLACK BALL POINT PEN.

Unless check mark appears in column ✓ opposite an order, a brand name other than the one ordered may be used as per formulary policy.

| DATE | TIME | ✓ | Doctors' Orders and Signature | PHYSICIAN NOTIFICATION | TRANSCRIBED BY: |
|------|------|---|-------------------------------|------------------------|-----------------|
| 2/19/03 | 30 11 PM | | *Please give patient Knee High Anti Embolic Stocking before he is discharge.* | | |

THIS MUST BE FILLED IN WITH FIRST ORDER

HT: _____  WT: _____

ALLERGIES: _____

LARKIN HOSPITAL

472167    0    8/12/31
SILVESTRI, JOSEPH
2/13/03   M   071T  IMP  CA
LEON, GUSTAVO
204040    313-8
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         CHART COPY

021-043 (10/94)



**LARKIN** HOSPITAL

### D 'ORS' ORDERS

W : FIRMLY WITH BLACK BALL POINT PEN.
Unless che____mark appears in column ✓ opposite an order, a brand name other than the one ordered may be used as per formulary policy.

| DATE | TIME | ✓ | Doctors' Orders and Signature | PHYSICIAN NOTIFICATION | TRANSCRIBED BY: |
|------|------|---|-------------------------------|------------------------|-----------------|
| 02/19/03 11⁵ | | | ① D/C Home | | |
| | | | Braces or jacket | | |
| | | | Ambulatior stradag    cf | | |
| 2/19/03 1130ᴬ | | | Late Entry | | |
| | | | D/C Heparin Drip | | |
| | | | Noted    Verbal Order Dr. Guida / ___ | | |

---

THIS MUST BE FILLED IN WITH FIRST ORDER ➤

HT: __6'__    WT: __240__

ALLERGIES: __NKA__

**LARKIN** HOSPITAL

021-043 (10/94)

472167    D    8/12/31
SILVESTRI. JOSEPH
2/13/03  M  071Y INP CA
LEON, GUSTAVO
204040    313-B
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

CHART COPY

| PATIENT INFORMATION | | X-RAY NUMBER |
|---|---|---|

ORDER # 61143
ROOM # 313

SILVESTRI, JOSEPH          AGE 071Y DOB: 8/12/31 FC:D
DX: DEEP VEIN THROMBOSIS
ENTERED BY:UCCM  2/14/03 13:46
DVT
STAT          *Possible Pulmonary Embolus*

INP

X-RAY NUMBER: 264386312
ACCOUNT NUMBER: 472167
MEDICAL RECORD NUMBER: 204040

| TECHNOLOGIST'S INFORMATION | PHYSICIAN'S INFORMATION |
|---|---|

DATE 2/14/03    STAT    2/14/03
TIME    TRANSPORT:
TECH  MC

ATT DR: LEON, GUSTAVO
        OFF:262-9900  FAX:631-1419
ORD DR:          RABASSA, CARLA C.

| CLINICAL INFORMATION | |
|---|---|

ALLERGIES:

QTY:  001  (RAD )  420-5757      CHEST SINGLE VIEW          **STAT**

---

DO NOT WRITE BELOW THIS LINE

Silvestri, Joseph                          264386312

CHEST:

INDICATION: Evaluate for consolidation.

FINDINGS: Single frontal radiograph of the chest is submitted. No prior
study is available for comparison.

Sternotomy wires are seen at the midline.

The cardiac silhouette is prominent. The mediastinal silhouette is within
the normal limits and the trachea is midline.

The costophrenic recesses are poorly visualized. Evaluation of the lungs
demonstrates no evidence of focal consolidation. There is no pneumothorax.

Remaining soft tissues and visualized osseus structures are intact.
Degenerative changes are seen at the level of the left glenohumeral joint.

IMPRESSION:
Limited study with no evidence of focal consolidation or pneumothorax.

Stephen Humes, MD
Radiologist
SH/ed
DD: 021503
DT: 021503

| PATIENT INFORMATION | | |
|---|---|---|

ORDER #: 62931
ROOM #: 313
INP

SILVESTRI, JOSEPH    AGE 071Y DOB: 8/12/31 FC:D
DX: DEEP VEIN THROMBOSIS
ENTERED BY:IMCR 2/17/03 14:53
POST IVC FILTER PLACEMENT
ENTER APPROPRIATE CLINICAL INDICATIONS FOR PROCEDURE

X-RAY NUMBER: 264386312
ACCOUNT NUMBER: 472167
MEDICAL RECORD NUMBER: 204040

| TECHNOLOGIST'S INFORMATION | PHYSICIAN'S INFORMATION |
|---|---|

DATE: 2/17/03
TIME:
TECH:

STAT        2/17/03
TRANSPORT: STRETCHER

ATT DR: LEON, GUSTAVO
    OFF:262-9900   FAX:631-1419
ORD DR:        LEON, GUSTAVO

| CLINICAL INFORMATION |
|---|

ALLERGIES:

QTY:  001  (RAD )  420-5191      KUB SINGLE VEW

---

**DO NOT WRITE BELOW THIS LINE**

Silvestri, Joseph                     264386312

KUB:

Single AP view of the abdomen reveals the presence of a filter
in the inferior vena cava. Marked degenerative changes of the
lumbar spine are present. There is gas present in the GI tract
without an obstructive pattern.

IMPRESSION:
1. Filter in the inferior vena cava.
2. Degenerative changes in the lumbar spine.
3. No obstructive pattern of the GI tract present at this
   time.

Raul P. Olazabal, MD
Radiologist
RO/ed
DD: 021703
DT: 021703



25mm/s
10mm/mV
150Hz
Pgm 010C/v78
Cart: 1

Tech. :

Med: Unknown
71yr          Ht:
Sex: M Race: Cauc
Loc:          Room: 313A

Vent. rate        67 BPM
PR interval       228 ms
QRS duration      108 ms
QT/QTc        396/415 ms
P-R-T axes     44  47  35

Referred by: LEON GUSTAVO          Unconfirmed

NORMAL SINUS RHYTHM WITH 1ST DEGREE AV BLOCK
NONSPECIFIC T WAVE ABNORMALITY
ABNORMAL ECG

LARKIN COMMUNITY HOSPITAL 7031 S.W. 62nd Ave., South Miami, Florida 33143
IR#:    204040 INPATIENT ADMISSION:   2/13/03 18:29 BY: ADEH                    PT#:   472167

SILVESTRI, JOSEPH                          AGE: 071Y  3/12/31 SEX: M  RACE: W  MAR: S
15801 SW 137 AV                            REL: CA  SRC: 1  MSV: INP  FC: D    AD.CAT: 03
MIAMI       FL    33178                    ROOM/BED: 03  313 A AC: S SMOKER: N  SPC HDL
305 259-2154  SSN: 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            ATT DR :07153 LEON, GUSTAVO
MAIDEN:                                     ATT TEL:(305) 262-9900

NEAREST RELATIVE:          EMPLOYER NAME:              EMERGENCY CONTACT:
                                                       FEDERAL CORRECTIONAL INS
                                                       15801 SW 137 AV
                                                       MIAMI              FL
                                                       33178
              PT REL:                                  305 259-2154  PT REL: 09

GUARANTOR#:   55344  SSN: 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     GUARANTOR EMPLOYER:          TREATMENT AUTH:
FEDERAL CORRECTIONAL, INST
15801 SW 137 AVE
MIAMI          FL    33177
305 259-2154   PT REL 09
-------------------------------------------------------------------------------------
ADMITTING DIAGNOSIS:
DEEP VEIN THROMBOSIS

INS # 1: CO: 996   FEDERAL CORRECTIONAL   PLAN: 1   FEDERAL CORRECT
SUBSCRIBER: FEDERAL CORRECTIONAL    REL: 09   GROUP:
ID#: 04641016                 CONTRACT:            TYPE:
ADDRESS: FEDERAL CORRECTIONAL INST  15801 S W 137 AVENUE
         MIAMI          FL 33177-1297  305 259-2182

INS # 2: CO:                          PLAN:
SUBSCRIBER:                   REL:      GROUP:
ID#:                 CONTRACT:            TYPE:
ADDRESS:
              00000-0000   000

INS # 3: CO:                          PLAN:
SUBSCRIBER:                   REL:      GROUP:
ID#:                 CONTRACT:            TYPE:
ADDRESS:
              00000-0000   000
-------------------------------------------------------------------------------------
COMMENTS:      POWER OF ATTORNEY  NONE          LIVING WILL  NONE

-------------------------------------------------------------------------------------
PRINCIPAL & SECONDARY DIAGNOSIS                                    |CODES
                                                                   |
                                                                   |
                                                                   |
                                                                   |
                                                                   |
                                                                   |
                                                                   |
PROCEDURES & OPERATIONS                                            |

021-79

| PATIENT INFORMATION | | |
|---|---|---|

ORDER # 361832
ROOM # 313
INP

SILVESTRI, JOSEPH          AGE 071Y DOB: 8/12/31 FC:D
DX: DEEP VEIN THROMBOSIS
ENTERED BY:NUSL  2/15/03 19:56
PULMONARY EMBOLISM
ENTER APPROPRIATE CLINICAL INDICATIONS FOR PROCEDURE

X-RAY NUMBER: 264386312
ACCOUNT NUMBER: 472167
MEDICAL RECORD NUMBER: 204040

| TECHNOLOGIST'S INFORMATION | PHYSICIAN'S INFORMATION |
|---|---|

DATE 2/15
TIME 8.30m
TECH MW

STAT          2/15/03
TRANSPORT: WHEEL...

**STAT**

ATT DR: LEON, GUSTAVO
      OFF:262-9900   FAX:631-1419
ORD DR:          LEON, GUSTAVO

| CLINICAL INFORMATION | |
|---|---|

ALLERGIES:

QTY:  001  (NUC )  422-0653     LUNG PERFUSION SCAN

MAA / TC-99 / 5mCe
Xe - 20mCi

DO NOT WRITE BELOW THIS LINE

Silvestri, Joseph                          264386312

VENTILATION AND PERFUSION LUNG SCAN:

INDICATION: 71 -year-old male with history of deep venous thrombosis now
presenting for ventilation perfusion scintigraphy to evaluate for
pulmonary embolus. Comparison is made with chest x-ray dated 02-14-03.

TECHNIQUE: For the ventilation portion of the study, the patient inhaled 20 mCi
of xenon 133 gas and ventilation was performed with inflation, equilibrium and
washout studies. For the perfusion portion of the exam the patient was injected
intravenous with 5 mCi of technetium 99m MAA and multiple projections of the
lungs were acquired.

FINDINGS: The ventilation portion of the study demonstrates normal ventilation
pattern with no evidence of air trapping.

For the perfusion portion of the exam, a small peripheral defect is seen within
the left upper lobe. It is subsegmental in size. The remainder of the study
demonstrates normal perfusion.

IMPRESSION:
Subsegmental mismatched defect as above. Low probability of pulmonary embolism.

Stephen Humes, MD
Radiologist
SH/ed
DD: 021603
DT: 021603

**LARKIN COMMUNITY HOSPITAL**
7031 S.W. 62nd Avenue, South Miami, FL 33143, (305) 284-7620

La..  Community Hospital
7031 SW 62nd Avenue
South Miami, Florida  33143

313A

JOSEPH, SILVESTER              CARLOS GUIDA, MD
204040

# Consultation Report

Date of Consultation:        -              /  /

Referring Physician:

0CLINICAL PROBLEMS:
The presence of a left lower extremity deep venous thrombosis
with mild anemia in a patient with a history of recent
coronary artery bypass graft.

This patient presented to the hospital with progressing
swelling of the left lower extremities, painful in nature.  In
fact, he has had three deep venous thrombosis including this
one.  One of them was associated with a pulmonary embolism.

FAMILY HISTORY:
There is no family history of deep venous thrombosis or
hypercoagulable state.  However, the patient remembers his
father having swollen legs.

There has been no hemoptysis.  He has been having some chest
pains, which at times seem to be rather atypical with some
pleuritic component.  Regardless, he is on a Heparin drip.
There is no evidence of epistaxis, no headaches, no diplopia
as well as no hematuria, dysuria, frequency, no joint
effusion, no abdominal pain, no changing in bowel habits,
stool caliber, as well as no other major symptomatologies.
His coronary artery bypass graft was carried out without any
apparent complication.

ALLERGIES:
He is not allergic to any medications.

HABITS:
He does not drink or smoke.

PAST SURGICAL HISTORY:
There has been no other recent major surgery except for the
coronary artery bypass graft.

He is ambulatory.  There has been no recent trauma.  At the
present time, he is in the Federal Detention Center.

CURRENT MEDICATIONS:
His current medications were reviewed.  I will put him on

## Consultation Report
### Continued

Larin Community Hospital
7031 SW 62nd Avenue
South Miami, Florida 33143

JOSEPH, SILVESTER                    CARLOS GUIDA, MD
204040

## Consultation Report
### - 2 -

aspirin on top of the heparin, if it is okay with the
cardiologist's service.

CLINICAL EXAMINATION:

GENERAL: The clinical examination shows a patient in no acute
distress.

VITAL SIGNS: Were fairly stable. The patient was mentally
awake and alert. Nutrition was also good. Temperature was 98.
Blood pressure was 136/80. Heart rate was approximately 80.

HEENT: Revealed no scleral jaundice, no temporal wasting, no
conjunctiva injection, no adenopathy, no masses.

NECK: No jugular venous distension, no oral lesions.

LUNGS: Clear with equal breath sounds. No pleural or
pericardial rubs.

HEART: Sounds are somewhat distal.

ABDOMEN: Soft, nontender, with no hepatosplenomegaly, no
pulsations.

EXTREMITIES: Left lower extremities edema with no evidence of
digital ischemia.

LABORATORY DATA:
His PT/INR was 12 and 1.14. Hemoglobin 12.1. Platelet count
196,000.

CLINICAL ASSESSMENT, PLAN AND DISCUSSION:
1.  Deep venous thrombosis, I fully agree with a filter. This
    is his third episode of deep venous thrombosis, and at
    time, the Coumadin therapy can be erratic in respect to
    the presence of potential therapeutic INR. What I
    recommend is to also on top of that, I put him on Coumadin
    was the filter is inserted. Before starting him on
    Coumadin, I like to get a protein C&S level. In the
    meantime, continue with the current management avoid
    IM medicines .
2.  Deep venous thrombosis itself. I will go ahead and

### Consultation Report
Continued

Latin Community Hospital
7031 SW 62nd Avenue
South Miami, Florida 33143

JOSEPH, SILVESTER                    CARLOS GUIDA, MD
204040

## Consultation Report
### - 3 -

get PSA and CEA today.  If indeed one of them comes
elevated, he will need an evaluation for malignancy.
3.  Mild anemia for which a CBC will be repeated at a.m.

In summary, the patient has multiple problems vascular in
nature.  I agree with what Dr. Rabassa, he should put him on
telemetry due to the typical nature of the chest pain and to
call a cardiologist.


CG:MT 487  1202867
D:02/14/2003 T:02/17/2003
MedQuist, Inc.                       _____
                                     CARLOS GUIDA, MD

## Consultation Report

## FDC MIAMI HEALTH SERVICES

### REQUEST FOR FOLLOW-UP PROCEDURES

NAME: _Silvestri Joseph_      REGISTER # _04641 016_

UNIT _10 w_                CALLOUT FOR   CLINIC 1 /  CLINIC 2
                           P.A. / NURSE   A.M. / NOON / P.M.

PROCEDURE REQUESTED:    GLUCOSE CHECK

~~BLOOD PRESSURE CHECK~~   _/5_

DRESSING CHANGE

SUTURE REMOVAL

OTHER _____

| DATE(S) REQUESTED : | RESULTS: | DONE BY: |
|---|---|---|
| 3/7/03 | 1x0/96 | CHIGOZIE IBE, PA-C FDC MIAMI |
| 3/8/03 | 150/110 mmHg | CHIGOZIE IBE, PA-C FDC MIAMI |
| 3/9/03 | 155/100 mmHg | |
| 3/10/03 | Not Done | NF |
| 3/11/03 | Done | NF |

PROVIDER: Luis Guach, M.D.
           Staff Physician
           FDC Miami

COMMENTS: _____

_____



Silvestri Joseph
146601-016
10W

| TEST(S) | | |
|---|---|---|
| SPECIMEN TAKEN | | |
| DATE | TIME | A.M. / P.M. |
| REMARKS | | |
| REQUESTED | | |
| BP | | |
| RESULTS | | |
| 135/85 limit | | |

MISC

URGENCY
☒ ROUTINE
☐ TODAY
☐ PRE-OP
☐ STAT

PATIENT STATUS
☐ BED    ☐ AMB
☐ OUTPATIENT
☐ INP    ☐ DOM

SPECIMEN SOURCE
(Specify)

LAB ID NO.

SPECIMEN/LAB RPT. NO.

REQUESTING PHYSICIAN'S SIGNATURE
TiHart H

PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE

REPORTED BY
Fernandez

MD DATE

TECH   3/11/03

Enter in above space

MISCELLANEOUS
STANDARD FORM 557 (Rev. 3-77)
Prescribed by GSA/ICMR
HRMR (41 CFR) 201-45-505

557-107

PHYSICIAN'S COPY

AUTHORIZED FOR LOCAL REPRODUCTION

513-11+

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

| TO: Cardiologist | FROM: (Requesting physician or activity) FDC - Unicor | DATE OF REQUEST 3/3/03 |
|---|---|---|

**REASON FOR REQUEST** (Complaints and findings)

71 yr old Way S/P CABG Ī atypical chest pain, coronary artery disease, & recurrent thrombo-embolism was evaluated by Cardiologist on 2/28/03 & a f/u Adenosine Thallium Stress Test recommended. The pt is referred for Adenosine Thallium Stress Test.

**PROVISIONAL DIAGNOSIS**

① atypical chest pain ② S/P CABG ③ Recurrent thrombo-embolism

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | | |
|---|---|---|---|---|
| *[signature]* Rupert Francis, MD Staff Physician | | ☐ BEDSIDE  ☐ ON CALL | ☐ ROUTINE  ☐ 72 HOURS | ☐ TODAY  ☐ EMERGENCY |

## CONSULTATION REPORT

| RECORD REVIEWED ☐ YES ☐ NO | PATIENT EXAMINED ☐ YES ☐ NO | TELEMEDICINE ☐ YES ☐ NO |
|---|---|---|

Clear Liquid Diet . no Caffeine

---

(Continue on reverse side)

| SIGNATURE AND TITLE | | | DATE |
|---|---|---|---|
| HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT | |
| RELATION TO SPONSOR | SPONSOR'S NAME (Last, first, middle) | | |
| | | SPONSOR'S ID NUMBER (SSN or Other) | |

**PATIENT'S IDENTIFICATION** (For typed or written entries give: Name—last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)

| | REGISTER NO. | WARD NO. |
|---|---|---|

SILVESTRI, Joseph
0 4641-016.
DOB: 8/12/31

**CONSULTATION SHEET**
Medical Record

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11 .203(b)(10)

THE PATIENT IS A 71 YEAR OLD MAN COMPLAINING OF CHEST PAIN WAS EXERCISED IN ORDER TO
RULE OUT ISCHEMIA.

ON PHYSICAL EXAMINATION THE PATIENT IS ALERT AND COOPERATIVE. BLOOD PRESSURE: 150/90;
PULSE: 68; RESPIRATION: 20; HEAD: ATRAUMATIC; PUPILS: PERRLA; NECK: SUPPLE; LUNGS: CLEAR;
HEART: REGULAR RHYTHM; ABDOMEN, SOFT AND EXTREMITIES WITHOUT EDEMA. THE NEUROLOGICAL
EXAMINATION IS NON-FOCAL.

THE EKG SHOWS NORMAL SINUS RHYTHM AND NON SPECIFIC ST T WAVE CHANGES.

EXERCISE TESTING:

THE PATIENT WAS EXERCISED ON THE PHARMACOLOGICAL PROTOCOL WITH ADENOSINE. A TOTAL DOSAGE
OF 98 MG WAS GIVEN INTRAVENOUSLY FOR A TOTAL PERIOD OF 6 MINUTES. 4 MINUTES INTO THE
INFUSION THE PATIENT WAS INJECTED WITH THALLIUM FOR CARDIAC IMAGING AND CARDIAC IMAGING
ARE PENDING. AFTER 3 MINUTES INTO THE RECOVERY PERIOD THE BLOOD PRESSURE AND HEART RATE
RETURNED TO BASELINE.

IMPRESSION:

1) NO CLINICAL OR ELECTROCARDIOGRAPHIC CHANGES FOR ISCHEMIA AT THE LEVEL OF
   EXERCISE OBTAINED.

2) CARDIAC IMAGING BY THALLIUM PENDING.

Luis Cinart, M.D
Staff Physician
FDC Miami

INTERPRETING PHYSICIAN: _____
                        DR. Hector B. Jimenez

TRANSCRIBED BY: CASTRO,BARBARA
DATE/TIME TRANSCRIBED: 03/06/03 2138

PATIENT CARE INQUIRY  **LIVE**  (PCI: OE Database (COCCE)

Run: 03/07/03 14:17 by JIMENEZ,HECTOR MD                              Page 2 of 2

THE PATIENT IS A 71 YEAR OLD MAN COMPLAINING OF CHEST PAIN WAS EXERCISED IN ORDER TO
RULE OUT ISCHEMIA.

ON PHYSICAL EXAMINATION THE PATIENT IS ALERT AND COOPERATIVE. BLOOD PRESSURE: 150/90;
PULSE: 68; RESPIRATION: 20; HEAD: ATRAUMATIC; PUPILS: PERRLA; NECK: SUPPLE; LUNGS: CLEAR;
HEART: REGULAR RHYTHM; ABDOMEN; SOFT AND EXTREMITIES WITHOUT EDEMA. THE NEUROLOGICAL
EXAMINATION IS NON-FOCAL.

THE EKG SHOWS NORMAL SINUS RHYTHM AND NON-SPECIFIC ST-T WAVE CHANGES.

EXERCISE TESTING:

THE PATIENT WAS EXERCISED ON THE PHARMACOLOGICAL PROTOCOL WITH ADENOSINE. A TOTAL DOSAGE
OF 36 MG WAS GIVEN INTRAVENOUSLY FOR A TOTAL PERIOD OF 6 MINUTES. 4 MINUTES INTO THE
INFUSION THE PATIENT WAS INJECTED WITH THALLIUM FOR CARDIAC IMAGING AND CARDIAC IMAGING
ARE PENDING. AFTER 3 MINUTES INTO THE RECOVERY PERIOD THE BLOOD PRESSURE AND HEART RATE
RETURNED TO BASELINE.

IMPRESSION:

1) NO CLINICAL OR ELECTROCARDIOGRAPHIC CHANGES FOR ISCHEMIA AT THE LEVEL OF
   EXERCISE OBTAINED.

2) CARDIAC IMAGING BY THALLIUM PENDING.

Luis Ginart, MD
Staff Physician
FLC Miami

INTERPRETING PHYSICIAN:
                DR. Hector B. Jimenez

TRANSCRIBED BY: CASTRO,BARBARA
DATE/TIME TRANSCRIBED: 03/06/03 2138

PATIENT CARE INQUIRY **LIVE** (PCI: OE Database COCCE)

CEDARS MEDICAL CENTER
HEART STATION
1400 N.W. 12 AVENUE
MIAMI, FLORIDA 33136

CARDIAC STRESS TEST REPORT

PATIENT NAME: SILVESTRI,JOSEPH R

UNIT NO.: E0651152

AGE: 71

LOCATION: CNM

ADMITTING PHYSICIAN: DR.
MEDICATION:

Luis Ginart, M.D
Staff Physician
FIU Miami

CEDARS MEDICAL CENTER
HEART STATION
1400 N.W. 12 AVE
MIAMI, FLORIDA 33136

PATIENT'S NAME:SILVESTRI,JOSEPH R

PATIENT'S AGE:71

UNIT NUMBER:E0651152

ROOM NUMBER:1146

DIAGNOSIS:

STUDY PERFORMED: 11/26/02

ATTENDING PHYSICIAN: DR. Hector B. Jimenez

|  | NORMAL | ACTUAL |  |  | NORMAL | ACTUAL |
|---|---|---|---|---|---|---|
| Posterior myocardium: |  |  |  | Right ventricular dimension(RVD) | (0.5-2.1 cm) | WNLcm |
| -THICKNESS | (0.8-1.4 cm) | ~1.3cm |  | Left ventricular diameter in diastole(LVIDd) | (3.5-5.3 cm) | 4.0cm |
| -EXCURSION | (0.8-1.1 cm) | 0.9cm |  |  |  |  |
| Mitral valve: |  |  |  | Left ventricular diameter in systole | (2.1-3.5 cm) | 3.0cm |
| -AMPLITUDE | (2.4-3.9 cm) | 2.1cm |  |  |  |  |
| -E-F SLOPE | (70-140mm/sec) | WNLmm/sec |  | Ejection fraction | (50-70%) | 50-55% |
| Aortic root. AP diameter | (2.0-3.5 cm) | 4.9cm |  | Intraventricular septum: |  |  |
| Left atrium AP diameter | (1.8-4.1 cm) | 4.5cm |  | -THICKNESS | (0.7-1.2 cm) | ~1.3cm |
|  |  |  |  | -EXCURSION | (0.5-0.9 cm) | 0.8cm |
| LA/AO |  |  |  | Septum/posterior wall | (1.0 +/- 0.3 cm) | 1 |

PATIENT: SILVESTRI, JOSEPH R.
MR #: 651152
DATE PERFORMED: 11/27/02

INDICATION FOR THE TEST: CONGESTIVE HEART FAILURE.

THE TEST WAS TECHNICALLY DIFFICULT DUE TO THE PATIENT'S EXOGENOUS OBESITY.

THE STUDY WAS PERFORMED USING THE APICAL AND SUBCOSTAL WINDOWS.

THE AORTIC ROOT SEEMS TO BE DILATED MEASURING 4.9cm. THE LEFT ATRIUM WAS ENLARGED,
HOWEVER, NO INTER ATRIAL MASSES WERE NOTED. THE LEFT VENTRICULAR CAVITY WAS NORMAL IN
SIZE AND CONFIGURATION. THE SEPTUM AND FREE WALL OF THE LEFT VENTRICLE WERE ABNORMALLY
THICKENED, DUE TO CONCENTRIC LEFT VENTRICULAR HYPERTROPHY. THE INFERIOR WALL SEEMS TO BE
HYPOKINETIC AND SUGGESTS UNDERLYING ISCHEMIC HEART DISEASE.

THE ESTIMATED EJECTION FRACTION RANGES FROM 50-55%. THE RIGHT VENTRICLE WAS NORMAL. THE
AORTIC VALVE WAS SCLEROTIC. NO EVIDENCE FOR AORTIC STENOSIS. EARLY CALCIFICATION OF THE
MITRAL VALVE ANNULUS WAS PRESENT AND BOTH MITRAL AND TRICUSPID VALVES WERE INTRINSICALLY
NORMAL. THERE WAS NO EVIDENCE FOR PERICARDIAL EFFUSION.

IMPRESSION:

1) TECHNICALLY DIFFICULT ECHOCARDIOGRAM

2) CONCENTRIC LEFT VENTRICULAR HYPERTROPHY

3) HYPOKINETIC INFERIOR WALL SUGGESTIVE OF UNDERLYING CORONARY ARTERY DISEASE.

4) SYSTOLIC FUNCTION OF THE LEFT VENTRICLE AT THE LOWER LIMIT OF NORMAL. EJECTION
FRACTION 55%.

5) AORTIC VALVULAR DISEASE DUE TO SCLEROSIS OF THE CUSP. HOWEVER, NO EVIDENCE OF AORTIC
STENOSIS.

6) MITRAL VALVE ANNULUS CALCIFICATION.

7) DILATED AORTIC ROOT.

8) FURTHER EVALUATION OF THE AORTA IS RECOMMENDED.
~BIMPRESSION~

Luis Cimart, M.D.     7/7/07

DICTATING PHYSICIAN: _____
　　　　　　　　　　DR.Rolando C. Mendizabal

TRANSCRIBED BY: GUTIERREZ,JOSE F.　　　　　　　　ON: 11/29/02

PATIENT CARE INQUIRY **LIVE** (PCI: OE Database COCCS)

Run: 03/07/03 14:17 by JIMENEZ,HECTOR MD　　　　　　　　Page 2 of 2

CEDARS MEDICAL CENTER
HEART STATION
1400 N.W. 12 AVENUE
MIAMI, FLORIDA 33136

CARDIAC STRESS TEST REPORT

PATIENT NAME: SILVESTRI,JOSEPH R

UNIT NO.: E0651152

AGE: 71                                           LOCATION: C11FLS

ADMITTING PHYSICIAN: DR.Hector B. Jimenez
MEDICATION:
TARGET HEART RATE:           85%        90%        100%
PREDICTEDS:                                     HEART BEATS/MIN.

PROTOCOL:

| Std<br>Bruce | Mod<br>Bruce | Speed<br>(MPH) | Grade | Mets | O2<br>ml/kg/min | Heart<br>rate | B.P. | ST-T<br>changes | Signs and/or<br>symptoms |
|---|---|---|---|---|---|---|---|---|---|
| Supine | | | | | | | | | |
| Erect | | | | | | | | | |
| Stage | 0 | 1.7 | | | | | | | |
| | 1/2 | 1.7 | 5 | | | | | | |
| 1 | 1 | 1.7 | 10 | 5 | 17.5 | 55 | 140/80 | | |
| 2 | 2 | 2.5 | 12 | 7 | 24.5 | 57 | 130/80 | | |
| 3 | 3 | 3.4 | 14 | 10 | 35.0 | 60 | 130/75 | | |
| 4 | 4 | 4.2 | 16 | 13 | 45.0 | 62 | 130/110 | | |
| 5 | 5 | 5.0 | 18 | 16 | 55.0 | 60 | 140/90 | | |
| 6 | 6 | 5.5 | 20 | | | 59 | 130/80 | | |
| 7 | 7 | 6.0 | 22 | | | | | | |

*ℓ 3/7/03*

Luis ____ M.D

PATIENT CARE INQUIRY  **LIVE** (PCI: OE Database COCCE)

PATIENT: SYLVESTER, JOSEPH        MR# 651-52

DATE OF STUDY:        DURATION OF EXERCISE: MIN.  SEC.
REASON FOR STOPPING:
TARGET HEART RATE:    85%        90%        100%
PREDICTEDS:                                 HEART BEATS/MIN.

THE PATIENT IS A 71 YEAR OLD MAN WITH A HISTORY OF CORONARY ARTERY DISEASE. STATUS POST
CORONARY ANGIOPLASTY. THE RECORDS ARE NOT AVAILABLE. PATIENT WAS ADMITTED BECAUSE OF
CHEST PAIN. THE TEST WAS PERFORMED IN ORDER TO RULE OUT ISCHEMIA. THERE ARE NEGATIVE
SIGNS AT THIS POINT.

ON PHYSICAL EXAMINATION THE PATIENT IS ALERT AND COOPERATIVE. BLOOD PRESSURE: 140/80;
PULSE: 65; RESPIRATION: 20; HEAD: ATRAUMATIC; PUPILS: PERRLA; NECK: SUPPLE; LUNGS: CLEAR;
HEART: REGULAR RHYTHM; ABDOMEN: SOFT AND EXTREMITIES WITHOUT EDEMA. THE NEUROLOGICAL
EXAMINATION IS NON FOCAL.

EXERCISE TESTING:

THE PATIENT WAS EXERCISED ON THE PHARMACOLOGICAL PROTOCOL WITH ADENOSINE. A TOTAL DOSAGE
OF 101 MG WAS GIVEN INTRAVENOUSLY FOR A TOTAL PERIOD OF 6 MINUTES. 4 MINUTES INTO THE
INFUSION THE PATIENT WAS INJECTED WITH THALLIUM FOR CARDIAC IMAGING AND CARDIAC IMAGING
ARE PENDING. AFTER 3 MINUTES INTO THE RECOVERY PERIOD THE BLOOD PRESSURE AND HEART RATE
RETURNED TO BASELINE.

IMPRESSION:

1) NO CLINICAL OR ELECTROCARDIOGRAPHIC CHANGES FOR ISCHEMIA AT THE LEVEL
   OF EXERCISE OBTAINED DURING THE ADENOSINE INFUSION.

2) CARDIAC IMAGING BY THALLIUM ARE PENDING.

Luis Perez, M.D.
Cardiovascular Division
PCI, Miami

INTERPRETING PHYSICIAN: _____
                        DR. Hector B. Jimenez

TRANSCRIBED BY: CASTRO,BARBARA
DATE/TIME TRANSCRIBED: 12/03/02 2200

PATIENT CARE INQUIRY  **LIVE**  (PCI: OE Database COCCE)

Run: 03/07/03-14:17 by JIMENEZ,HECTOR MD

**MEDICAL REPORT OF DUTY STATUS**

NAME: Silvestri, Joseph

HOSPITAL REGISTRATION NO.: 04641-004

ADDRESS:

| | INCLUSIVE DATES OF TREATMENT | | | |
|---|---|---|---|---|
| INPATIENT | From: | | Through: | |
| OUTPATIENT | DATE 2/13/03 | TIME ARRIVED 2/10/04 | A.M./P.M. | TIME DEPARTED A.M./P.M. |

| DISPOSITION | Can resume usual occupation | DATE | Can perform limited duties as specified under REMARKS | DATE |
|---|---|---|---|---|
| | To return to clinic | DATE | To be hospitalized | DATE |
| | OTHER (Specify) | | | |

REMARKS:

can wear Job ( pressure stocking)
on both legs.

| NAME AND LOCATION OF HOSPITAL OR CLINIC | SIGNATURE OF MEDICAL OFFICER OR MEDICAL RECORD LIBRARIAN | DATE |
|---|---|---|
| LOPEZ, M.D. FDC MIAMI | | 2/13/03 |

IHS-131 (1/89)

---

**MEDICAL REPORT OF DUTY STATUS**

NAME: Silvestri, Joseph

HOSPITAL REGISTRATION NO.: 04641-006

ADDRESS:

| | INCLUSIVE DATES OF TREATMENT | | | |
|---|---|---|---|---|
| INPATIENT | From: 3/4/03 | | Through: 3/4/04 | |
| OUTPATIENT | DATE | TIME ARRIVED | A.M./P.M. | TIME DEPARTED A.M./P.M. |

| DISPOSITION | Can resume usual occupation | DATE | Can perform limited duties as specified under REMARKS | DATE |
|---|---|---|---|---|
| | To return to clinic | DATE | To be hospitalized | DATE |
| | OTHER (Specify) | | | |

REMARKS: Permit to let inmate rest in bed due to
medical problems. Rest can be an average of
2 hrs as needed.

| NAME AND LOCATION OF HOSPITAL OR CLINIC | SIGNATURE OF MEDICAL OFFICER OR MEDICAL RECORD LIBRARIAN | DATE |
|---|---|---|
| FDC Miami | A.J. REYNALDO, R.A. FDC MIAMI | 3/4/03 |

IHS-131 (1/89)

Larkin Community Hospital
7031 SW 62nd Avenue
South Miami, Florida 33143

SILVESTRI, JOSEPH                    GUSTAVO LEON, MD
204040

# Operative Report

| | |
|---|---|
| Date of Operation: | 02/17/2003 |
| PREOPERATIVE DIAGNOSIS: | Recurrent pulmonary emboli. |
| POSTOPERATIVE DIAGNOSIS: | Same. |
| OPERATION: | Placement of inferior vena cava umbrella. |
| SURGEON: | Dr. Gustavo Leon |
| ASSISTANT: | Dr. Pedro Kiliddjian |
| ANESTHESIA: | Local 1%. |

JUSTIFICATION:
The patient is a male with repetitive pulmonary emboli with
possible hypercoagulable state, who actually has been
extremely sick because of multiple heart disease at this point
that will benefit at this time from having what is clearly
without any doubt, what seems to be the presence of a tumor.
The patient has been actually seen and examined and it was
explained all the complications from migration to rupture to
rupture of the valve, to sudden death and reoperation and
reintervention and hematoma and bleeding, were all extensively
discussed with the patient.

With all that discussion, the patient understood and he
accepted. The procedure was done in the usual manner.

PROCEDURE:
Under local anesthesia and sterile conditions, the right groin
was prepped and draped in the usual manner.  The area of the
right groin was actually passed a guide wire in through the
superior vena cava between the 2nd and 3rd anterior vertebral
body. We proceeded to isolate the area of the vertebral body
and then we proceeded to pass the dilators and the device was
opened between the 3rd and 4th and properly documented at this
point without any complications.  As a matter of fact, the
opening was done without any discomfort.  The patient
tolerated well the procedure. The opening that was done
properly as well, we did not see any complications of the
procedure.

# Operative Report
Continued

Larkin Community Hospital
7031 SW 62nd Avenue
South Miami, Florida 33143


SILVESTRI, JOSEPH                    GUSTAVO LEON, MD
204040

## Operative Report
### - 2 -


Again the migration and the rupture and the valve and open
heart surgery, everything, all the complications were
explained to him extensively. He understood and agreed to the
above.


GL:MT 319  1025733
D:02/17/2003 T:02/18/2003
MedQuist, Inc. ₴                 GUSTAVO LEON, MD


Operative Report

```
        L A R K I N    C O M M U N I T Y    H O S P I T A L
        ----------------------------------------------------
        7031 S.W. 62nd Avenue, South Miami, Fl 33143  (305) 284-7500
```

```
ACCOUNT #: 0001                          LARKIN COMMUNITY HOSPITAL
                                         7031 SW 62 AVENUE

LAB ID #: 000248161
PATIENT NAME: SILVESTRI, JOSEPH          PHYSICIAN: LEON, GUSTAVO
ADM. #: 204040                             TECH ID: NS
ADM. DATE: 02/13/2003
ROOM: 313A                               DRAWN DATE: 02/13/2003
AGE: 71    SEX: M                             TIME: 19:14
TO BE REVIEWED BY PATHOLOGIST: _____
```

```
                          -------RESULT------
                          IN         OUT
TEST                      RANGE      RANGE     FLAG  NORMAL-RANGE    UNITS
-------------------------------------------------------------------------
```

```
PT WITH INR                          Performed By: NS      Date Run:02/13/2003
-----------                     a
       *** Verified By: NS     Date Run: 02/13/2003
   PT                      12.7                           11.0 - 13.5    SECONDS
       *** Verified By: sys    Date Run: 02/13/2003
   INR                     1.14
```

```
    INR: (2.0 - 3.0) STANDARD DOSE THERAPY
         (2.5 - 3.5) HIGH DOSE THERAPY, E.G. PT. WITH MECHANICAL HEART VALVE
         INR RESULTS ARE INTENDED FOR ASSESSING PATIENTS STABILIZED ON
         LONG-TERM ORAL ANTICOAGULANT THERAPY.
```

```
COAGULATION                          Performed By: NS      Date Run:02/13/2003
-----------
       *** Verified By: NS     Date Run: 02/13/2003
   PTT                     24.1                           23.0 - 33.0    SECONDS
```

```
          ****FINAL REPORT**** Printed on:02/13/2003 Time:19:47:48
```

L A R K I N    C O M M U N I T Y    H O S P I T A L
-------------------------    -------------------------
7031 S.W. 62nd Avenue, South Miami, Fl 33143   (305) 284-7~~

UNT #: 0001                          LARKIN COMMUNITY HOSPITAL
                                     7031 SW 62 AVENUE
LAB ID #: 000248393
PATIENT NAME: SILVESTRI, JOSEPH      PHYSICIAN: LEON, GUSTAVO
ADM. #: 204040                         TECH ID: SMW
ADM. DATE: 02/13/2003
ROOM: 313-A                          DRAWN DATE: 02/15/2003
AGE: 71       SEX: M                       TIME: 22:37
TO BE REVIEWED BY PATHOLOGIST: _____

                        -------RESULT------
                        IN        OUT
                        RANGE     RANGE        FLAG    NORMAL-RANGE    UNITS
TEST                                                                          
---------------------------------------------------------------------------

PT WITH INR                         Performed By: SMW      Date Run:02/15/2003
-----------
      *** Verified By: SMW    Date Run: 02/15/2003
PT                      12.2                              11.0 - 13.5   SECONDS
      *** Verified By: sys    Date Run: 02/15/2003
INR                     1.04

    INR: (2.0 - 3.0) STANDARD DOSE THERAPY
         (2.5 - 3.5) HIGH DOSE THERAPY, E.G. PT. WITH MECHANICAL HEART VALVE
         INR RESULTS ARE INTENDED FOR ASSESSING PATIENTS STABILIZED ON
         LONG-TERM ORAL ANTICOAGULANT THERAPY.


COAGULATION                         Performed By: SMW      Date Run:02/15/2003
-----------
      *** Verified By: SMW    Date Run: 02/15/2003
PTT                     28                                23.0 - 33.0   SECONDS


        ****FINAL REPORT**** Printed on:02/15/2003 Time:23:04:39

```
L A R K I N    C O M M U N I T Y    H O S P I T A L
------------------------------ -------------------------
S.W. 62nd Avenue, South Miami, Fl 33143  (305) 284-7
```

UNT #: 0001                                LARKIN COMMUNITY HOSPITAL
                                           7031 SW 62 AVENUE

LAB ID #: 000248393
PATIENT NAME: SILVESTRI, JOSEPH            PHYSICIAN: LEON, GUSTAVO
ADM. #: 204040                                TECH ID: SMW
ADM. DATE: 02/13/2003
ROOM: 313-A                                DRAWN DATE: 02/15/2003
AGE: 71    SEX: M                                TIME: 22:37
TO BE REVIEWED BY PATHOLOGIST: _____

```
                          -------RESULT------
                          IN        OUT
     TEST                 RANGE     RANGE        FLAG    NORMAL-RANGE      UNITS
     -----------------------------------------------------------------------------

  PT WITH INR                         a         Performed By: SMW      Date Run:02/15/2003
  -----------
        *** Verified By: SMW     Date Run: 02/15/2003
  PT                      12.2                                  11.0 - 13.5     SECONDS
        *** Verified By: sys     Date Run: 02/15/2003
  INR                     1.04                                  
```

     INR: (2.0 - 3.0) STANDARD DOSE THERAPY
          (2.5 - 3.5) HIGH DOSE THERAPY, E.G. PT. WITH MECHANICAL HEART VALVE
          INR RESULTS ARE INTENDED FOR ASSESSING PATIENTS STABILIZED ON
          LONG-TERM ORAL ANTICOAGULANT THERAPY.


```
  COAGULATION                            Performed By: SMW      Date Run:02/15/2003
  -----------
        *** Verified By: SMW     Date Run: 02/15/2003
  PTT                      28                                   23.0 - 33.0     SECONDS
```


          ****FINAL REPORT**** Printed on:02/15/2003 Time:23:04:39

```
      L A R K I N   C O M M U N I T Y   H O S P I T A L
      ------------------------------- --------------------
      70.1 S.W. 62nd Avenue, South Miami, Fl 33143  (305) 284-7500
```

ACCOUNT #: 0001                      LARKIN COMMUNITY HOSPITAL
                                     7031 SW 62 AVENUE

LAB ID #: 000248425
PATIENT NAME: SILVESTRI, JOSEPH      PHYSICIAN: LEON, GUSTAVO
ADM. #: 204040                         TECH ID: AGA
ADM. DATE: 02/13/2003
ROOM: 313-A                          DRAWN DATE: 02/16/2003
AGE: 71      SEX: M                        TIME: 07:12
TO BE REVIEWED BY PATHOLOGIST: _____

| TEST | IN RANGE | OUT RANGE | FLAG | NORMAL-RANGE | UNITS |
|------|----------|-----------|------|--------------|-------|
| **BASIC METABOLIC** | | Performed By: AGA | | Date Run:02/16/2003 | |
| *** Verified By: AGA   Date Run: 02/16/2003 | | | | | |
| GLUCOSE SERUM | 103 | | | 70.0 - 115.0 | MG/DL |
| BUN SERUM | | 10 | L | 11.0 - 27.0 | MG/DL |
| CREATININE SERUM | 1.0 | | | 0.9 - 1.3 | mg/dl |
| SODIUM SERUM | 140.0 | | | 136.0 - 144.0 | MMOL/L |
| POTASSIUM SERUM | 4.00 | | | 3.6 - 5.1 | mmol/l |
| CHLORIDE SERUM | 111.0 | | | 101.0 - 111.0 | MMOL/L |
| CO2 CARBON DIOXIDE | 24.0 | | | 22.0 - 32.0 | MMOL/L |
| CALCIUM SERUM | | 8.7 | L | 8.9 - 10.3 | MG/DL |
| **CHEMISTRY** | | Performed By: sys | | Date Run:02/16/2003 | |
| *** Verified By: sys   Date Run: 02/16/2003 | | | | | |
| OSMOLALITY SERUM | 278.7 | | | 261.0 - 280.0 | OSM/KG2 |
| BUN/CREAT RATIO | 10.0 | | | 7.0 - 25.0 | |
| ANION GAP W/OUT K+ | | 5.00 | L | 10.0 - 20.0 | MMOl/L1 |

```
         ****FINAL REPORT**** Printed on:02/16/2003 Time:08:14:28
```

```
        L A R K I N   C O M M U N I T Y   H O S P I T A L
        ---------------------------------------------------
    7031 S.W. 62nd Avenue, South Miami, Fl 33143  (305) 284-7500
```

ACCOUNT #: 0001                          LARKIN COMMUNITY HOSPITAL
                                         7031 SW 62 AVENUE

LAB ID #: 000248425
PATIENT NAME: SILVESTRI, JOSEPH          PHYSICIAN: LEON, GUSTAVO
ADM. #: 204040                              TECH ID: AGA
ADM. DATE: 02/13/2003
ROOM: 313-A                              DRAWN DATE: 02/16/2003
AGE: 71    SEX: M                            TIME: 07:12
TO BE REVIEWED BY PATHOLOGIST: _____

| TEST | IN RANGE | OUT RANGE | FLAG | NORMAL-RANGE | UNITS |
|------|----------|-----------|------|--------------|-------|
| **BASIC METABOLIC** | | Performed By: AGA | | Date Run:02/16/2003 | |
| *** Verified By: AGA   Date Run: 02/16/2003 | | | | | |
| GLUCOSE SERUM | 103 | | | 70.0 - 115.0 | MG/DL |
| BUN SERUM | | 10 | L | 11.0 - 27.0 | MG/DL |
| CREATININE SERUM | 1.0 | | | 0.9 - 1.3 | mg/dl |
| SODIUM SERUM | 140.0 | | | 136.0 - 144.0 | MMOL/L |
| POTASSIUM SERUM | 4.00 | | | 3.6 - 5.1 | mmol/l |
| CHLORIDE SERUM | 111.0 | | | 101.0 - 111.0 | MMOL/L |
| CO2 CARBON DIOXIDE | 24.0 | | | 22.0 - 32.0 | MMOL/L |
| CALCIUM SERUM | | 8.7 | L | 8.9 - 10.3 | MG/DL |
| **CHEMISTRY** | | Performed By: sys | | Date Run:02/16/2003 | |
| *** Verified By: sys   Date Run: 02/16/2003 | | | | | |
| OSMOLALITY SERUM | 278.7 | | | 261.0 - 280.0 | OSM/KG2 |
| BUN/CREAT RATIO | 10.0 | | | 7.0 - 25.0 | |
| ANION GAP W/OUT K+ | | 5.00 | L | 10.0 - 20.0 | MMOl/L1 |

****FINAL REPORT**** Printed on:02/16/2003 Time:08:14:28

```
          L A R K I N   C O M M U N I T Y   H O S P I T A L
          ---------------------------------------------------
       7031 S.W. 62nd Avenue, South Miami, Fl 33143  (305) 284-7500


ACCOUNT #: 0001                          LARKIN COMMUNITY HOSPITAL
                                         7031 SW 62 AVENUE

LAB ID #: 000248555
PATIENT NAME: SILVESTRI, JOSEPH          PHYSICIAN: LEON, GUSTAVO
ADM. #: 204040                             TECH ID: OCP
ADM. DATE: 02/13/2003
ROOM: 313-A                              DRAWN DATE: 02/17/2003
AGE: 71     SEX: M                             TIME: 08:37
TO BE REVIEWED BY PATHOLOGIST: _____
```

| TEST | IN RANGE | OUT RANGE | FLAG | NORMAL-RANGE | UNITS |
|------|----------|-----------|------|--------------|-------|

```
URINALYSIS                       Performed By: OCP    Date Run:02/17/2003
- ----------                 a
     *** Verified By: OCP    Date Run: 02/17/2003
  COLOR                     YELLOW                 YELLOW
  APPEARANCE                CLEAR                  CLEAR
  SPECIFIC GRAVITY          1.005                    1.0 -  1.0
  pH                        5.0                      5.0 -  9.0
  NITRITE                   NEGATIVE               NEGATIVE
  GLUCOSE                   NEGATIVE               NEGATIVE
  KETONES                   NEGATIVE               NEGATIVE
  PROTEIN                   NEGATIVE               NEGATIVE
  BLOOD                     NEGATIVE               NEGATIVE
  BILIRUBIN (URINE)         NEGATIVE               NEGATIVE
  UROBILINOGEN              0.2 E.U./dL              0.2 -  0.4    MG/DL
  LEUKOCYTES                NEGATIVE               NEGATIVE

      *** PROTEIN,NITRITE,BLOOD & LEUKOCYTES ARE NEGATIVE,
          MICROSCOPIC EXAM IS NOT INDICATED ***


     ****FINAL REPORT**** Printed on:02/17/2003 Time:09:05:02
```

L A R K I N   C O M M U N I T Y   H O S P I T A L
--------------------------------------------------
7031 S.W. 62nd Avenue, South Miami, Fl 33143   (305) 284-7500

:COUNT #: 0001                              LARKIN COMMUNITY HOSPITAL
                                            7031 SW 62 AVENUE

AB ID #: 000248322
ATIENT NAME: SILVESTRI, JOSEPH             PHYSICIAN: RABASA, CARLA C
OM. #: 204040                                TECH ID: MLO
DM. DATE: 02/13/2003
OOM: 313-A                                 DRAWN DATE: 02/15/2003
GE: 71     SEX: M                               TIME: 04:40
O BE REVIEWED BY PATHOLOGIST: _____

                    -------RESULT------
                    IN      OUT
                    RANGE   RANGE         FLAG   NORMAL-RANGE   UNITS
TEST
-----------------------------------------------------------------------------

SPECIAL CHEMISTRY       ∃          Performed By: MLO      Date Run:02/17/2003
-----------------
     *** Verified By: MLO     Date Run: 02/17/2003
   PSA                 0.8                        0.0 -   4.0    NG/ML


          ****FINAL REPORT**** Printed on:02/17/2003 Time:10:02:03

```
        L A R K I N    C O M M U N I T Y    H O S P I T A L
        --------------------------------------------------
     7031 S.W. 62nd Avenue, South Miami, Fl 33143  (305) 284-7500
```

ACCOUNT #: 0001                          LARKIN COMMUNITY HOSPITAL
                                         7031 SW 62 AVENUE

LAB ID #: 000248713
PATIENT NAME: SILVESTRI, JOSEPH          PHYSICIAN: LEON, GUSTAVO
ADM. #: 204040                              TECH ID: LOB
ADM. DATE: 02/13/2003
ROOM: 313-A                              DRAWN DATE: 02/18/2003
AGE: 71     SEX: M                             TIME: 08:47
TO BE REVIEWED BY PATHOLOGIST: _____

```
                        -------RESULT------
                        IN      OUT
   TEST                 RANGE   RANGE       FLAG   NORMAL-RANGE   UNITS
   --------------------------------------------------------------------
```

MISCELLANEOUS                    Performed By: LOB      Date Run:02/18/2003
-------------
      *** Verified By: LOB    Date Run: 02/18/2003
   OCCULT BLOOD STOOL     NEGATIVE                    NEGATIVE


          ****FINAL REPORT**** Printed on:02/18/2003 Time:14:11:47

| PATIENT NAME | | | NS | ROOM | BED | AG |
|---|---|---|---|---|---|---|
| SILVESTRI, JOSEPH | | | 03 | 313 | A | 07 |

| MEDICAL RECORD # | PATIENT AC# | DOCTOR NAME |
|---|---|---|
| 204040 | 472167 | LEON, GUSTAVO |

| DIAGNOSIS | ALLERGIES |
|---|---|
| DEEP VEIN THROMBOSIS | NO KNOWN DRUG ALLERG |

VISTARIL INJ GEN EQ, HYDROXYZINE HCL
25MG/0.5ML          EVERY 6 HR PRN    INTRAMUSC.
START: 2/17/03 17:58
GIVE WITH DEMEROL                                    PRN
                                                      1

TYLENOL W/CODEINE #3, CODEINE PHOSPHA
1TAB              EVERY 6 HR PRN    ORAL
START: 2/17/03 18:00
FOR PAIN                                             PRN
                                                      1

*2/16 Restoril 15 mg P.O PRN, HS*

*Lovenox 1mg/kg SC start Am 2/18/03*

---

| PATIENT NAME | | | NS | ROOM | |
|---|---|---|---|---|---|
| SILVESTRI, JOSEPH | | | 03 | 313 | A |

| MEDICAL RECORD # | PATIENT AC# | DOCTOR |
|---|---|---|
| 204040 | 472167 | LEON, GUSTAVO |

| DIAGNOSIS | ALLERGIES |
|---|---|
| DEEP VEIN THROMBOSIS | NO KNOWN DRUG |

LOPRESSOR 50MG TABLET (GE, METOPROLO
25MG/0.5TAB        TWICE A DAY       ORAL
START: 2/14/03 10:00

ZOCOR 10MG TAB, SIMVASTATIN
10MG/1TAB         ONCE DAILY         ORAL
START: 2/14/03 10:00
AUTOMATIC THERAPEUTIC SUBSTITUTION F
MEVACOR.

CARDURA (DOXAZOSIN MES), DOXAZOSIN M
1MG/1TAB          AT BEDTIME         ORAL
START: 2/14/03 22:00

AT HS TO PREVENT ORTHOSTATIC HYPOTEN
HEPARIN SODIUM
50000/1ML         HS PER PROTOCOL INJE
START: 2/15/03        1

NITRO-DUR 0.4 PATCH, NITROGLYCERIN 0
0.4MG/1PAT        DAILY              TOPI
START: 2/14/03 14:37

NITRO-DUR 20CM=0.4MG/HR
DEXTROSE 5%-1/2NS
1000ML            RATE: 100CC/HR    INTE
START: 2/17/03 17:57

COUMADIN, WARFARIN SODIUM
5MG/1TAB          DAILY              ORAL
START: 2/19/03 18:00

HOLD IF INR > 3.0. AVOID FOODS W/ V.
HEPARIN SOD 25000U/D5W            250000
*                 AS PE
START: 2/14/03 12:00

DEMEROL 50MG INJ (GEN EQ), MEPERIDI
50MG/1ML          EVERY 6 HR PRN    INT
START: 2/17/03 17:58
WITH VISTARIL FOR PAIN

*# NO IM Meds*

<<< CONTINUED >>>

| PATIENT NAME | NS | ROOM/BED | |
|---|---|---|---|
| SILVESTRI, JOSEPH | 03 | 313 | A |

| PATIENT NAME | NS | ROOM/BED |
|---|---|---|
| SILVESTRI, JOSEPH | 03 | 313 |

# MEDILAB SONOGRAPHY SOLUTIONS, INC

## STAT TEST PRELIMINARY REPORT

**TEST ORDERED AND PERFORMED:**

To: FDC Miami                    FAX: 305 - 982 - 1343

Contact Name: Dr - Qinort

From: Yunilde - (medilab)

Patient Name: Silvestri          Age: 71   Sex: M   DOB 8-12-31

Facility Patient ID # 04641-016    Room # _____

Referring Physician Name: Rupert Francis MD.

Referring Physician Diagnosis: R/o DVT

Facility: _____

Reading and Interpreting Physician: Erlinda Enriquez MD.

*Date of Service:* 2-13-03    Sonographer: Yunilde Perez

*Impression:*    **POSITIVE**    Duplex Scan lower ext

**NEGATIVE**    Venous Systems.

Obstructing thrombus RT CFV

old + new thrombus R SFV

*This is a preliminary report from Physician. Final Report will be sent before 72 hours.*

_____
**Reading and Interpreting Physician**

Todays's Date: 2-13-03

Time: _____ Received by: _____

Medilab Patient #: _____

513–110                                                                      NSN 7540–00–634–4127

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

TO: *Dr Leu*   FROM: (Requesting physician or activity) *FDC Miami*   DATE OF REQUEST *02-13-03*

REASON FOR REQUEST (Complaints and findings)

*71 y/o male w Hx of Rt lower extremity pain. Colder low Ebg consistent w- DVT*

PROVISIONAL DIAGNOSIS

*D V T*

DOCTOR'S SIGNATURE          APPROVED          PLACE OF CONSULTATION

L. PEREZ, M.D.
PSYCHIATRIST
F.D.C. MIAMI

☐ BEDSIDE   ☐ ON CALL

☐ ROUTINE   ☐ TODAY
☐ 72 HOURS  ☐ EMERGENCY

**CONSULTATION REPORT**

RECORD REVIEWED ☑ YES ☐ NO      PATIENT EXAMINED ☑ YES ☐ NO

*JA Pt recale c̄ Rt leg
Sx. Blood clott

Ō. The Pt at this time
c̄ clin evidence of lessien
new one-

I/G Rt Blood clott

P. DC to Heparin/Saline STAT
To Ensure ____ Joseph Sx̄ 02/13/03*

(Continue on reverse side)

SIGNATURE AND TITLE                                                    DATE

IDENTIFICATION NO.      ORGANIZATION          REGISTER NO.        WARD NO.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

*Silvestre, Joseph
09641-016*

L. PEREZ, M.D.       CONSULTATION SHEET
PSYCHIATRIST
F.D.C. MIAMI        Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201–9.202–1

513-110    NSN 7540-00-634-4127

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

TO: Cardiology - A. Jirous    Out Pt.

FROM: (Requesting physician or activity) FDC-MCU

DATE OF REQUEST: 2/21/03

REASON FOR REQUEST (Complaints and findings)

71 year old w/chest P c̄ hx S/P CABg 12/02, HTN, ↑chol. current meds
hx DVT. - was placed on venous filter 2/17/02

PROVISIONAL DIAGNOSIS

Follow up post surgical implant -

DOCTOR'S SIGNATURE    E. LOPEZ, M.D.    FDC MIAMI

APPROVED

PLACE OF CONSULTATION
☐ BEDSIDE  ☐ ON CALL
☐ ROUTINE  ☐ TODAY
☐ 72 HOURS  ☐ EMERGENCY

**CONSULTATION REPORT**

RECORD REVIEWED ☐ YES ☐ NO    PATIENT EXAMINED ☐ YES ☐ NO

When or if can pt. Be placed on coumadin an/+ Lovenox ??? 
71 years old man with history of coronary artery disease and S/P CABG. recent episodes of venous thromboembolism and an IVC filter placed. at present alert, cooperative in no distress.
B/P 130/70 P 70 R 20 head atraumatic pupils PERRLA, neck supple, lungs clear, AUD WCT client S₁ S₂ no murmurs. extr: ___ A/S/A MAC S. abd soft.
1) coronary artery disease S/P CABG. atypical chest pain
2) Recurrent thromboembolism
P. O. M W F, Sat, and 2 5 7

1) ON - Start Coumadin, 5 mg P.O.T, Th, and Sunday.
2) Follow P and INR Keep INR from 2 to 3.
FDC-MCU
3) Follow up along since Coumadin short ext.

Silvestri, Joseph

04641-016

SIGNATURE AND TITLE    DATE 2/28/03

IDENTIFICATION NO.    ORGANIZATION    REGISTER NO.    WARD NO.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9

Rupen Proprops, MD
Staff Physician

DOB 9/12/31

513-111                                                                        AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

TO: _Cardiologist_   FROM: *(Requesting physician or activity)* _FDC - Miami_   DATE OF REQUEST _3/3/03_

**REASON FOR REQUEST** *(Complaints and findings)*

71 y old WM s/p CABG c̄ atypical chest pain, coronary artery disease & recurrent thrombo-embolism was evaluated by Cardiologist on 2/28/03 & a F/U adenosine Thallium Stress Test recommended. The pt is referred for adenosine thallium stress test.

**PROVISIONAL DIAGNOSIS**

① atypical chest pain ② s/p CABG (3) Recurrent thromboembolism

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | | |
|---|---|---|---|---|
| | | ☐ BEDSIDE   ☐ ON CALL | ☐ ROUTINE   ☐ 72 HOURS | ☐ TODAY   ☐ EMERGENCY |

## CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO     PATIENT EXAMINED ☐ YES ☐ NO     TELEMEDICINE ☐ YES ☐ NO

*(Continue on reverse side)*

| SIGNATURE AND TITLE | | | DATE |
|---|---|---|---|

| HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT |
|---|---|---|

| RELATION TO SPONSOR | SPONSOR'S NAME *(Last, first, middle)* | SPONSOR'S ID NUMBER *(SSN or Other)* |
|---|---|---|

PATIENT'S IDENTIFICATION   *(For typed or written entries give: Name—last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)*     REGISTER NO.     WARD NO.

SILVESTRI, Joseph
04641-016.
DOB: 8/12/31

**CONSULTATION SHEET**
Medical Record

**STANDARD FORM 513** (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11 .203(b)(10)



| Ord.Date 01/10/03 | SILVESTRI, JOSEPH | E. LOPEZ |
| | 04641-016 | (0)Refills |
| | TAKE ONE TABLET BY MOUTH TWICE DAILY | |
| Rx # 142673 | ACTIFED 60MG | #10 |

| Ord.Date 01/10/03 | SILVESTRI, JOSEPH | E. LOPEZ |
| | 04641-016 | (0)Refills |
| | TAKE ONE TABLET TWICE DAILY | |
| Rx # 142674 | GUAIFENESIN/DEXTROMETHORPHAN 600MG/30MG TAB | #10 |

| Ord.Date 01/10/03 | SILVESTRI, JOSEPH | E. LOPEZ |
| | 04641-016 | (2)Refills |
| | APPLY 3 DROPS BETWEEN NAILS | |
| Rx # 142675 | CLOTRIMAZOLE 1% SOL | #1 |

| Ord.Date | SILVESTRI, JOSEPH | R. FRANCIS |
| | 04641-016 | (5)Refills |
| | TAKE ONE TABLET BY MOUTH EACH DAY | |
| Rx # 144521 | LISINOPRIL 5 MG TAB | |

| Ord.Date | SILVESTRI, JOSEPH | R. FRANCIS |
| | 04641-016 | (5)Refills |
| | TAKE ONE TABLET BY MOUTH EACH DAY | |
| Rx # 144522 | CLOPIDOGREL 75 MG TAB | #15 |

| Ord.Date | SILVESTRI, JOSEPH | R. FRANCIS |
| | 04641-016 | (5)Refills |
| | TAKE ONE TABLET DAILY | |
| Rx # 144523 | ASPIRIN, E.C. 325 MG 0090 | #15 |

| Ord.Date | SILVESTRI, JOSEPH | R. FRANCIS |
| | 04641-016 | (5)Refills |
| | TAKE ONE TABLET DAILY | |
| Rx # 144524 | DIGOXIN 125 MCG TAB | #15 |

| Ord.Date | SILVESTRI, JOSEPH | R. FRANCIS |
| | 04641-016 | (5)Refills |
| | TAKE ONE TABLET BY MOUTH AT BEDTIME | |
| Rx # 144525 | LOVASTATIN 40 TAB | |

| Ord.Date | SILVESTRI, JOSEPH | R. FRANCIS |
| | 04641-016 | (2)Refills |
| | APPLY ONE PATCH EACH DAY | |
| Rx # 144526 | NITROGLYCERIN 0.2 MG/HR PAT | #30 |

| Ord.Date | SILVESTRI, JOSEPH | R. FRANCIS |
| | 04641-016 | (2)Refills |
| | DISSOLVE ONE TABLET UNDER TONGUE AS NEEDED EVERY 5 MIN TIL RELIEVED UP TO MAXIMUM 3 DOSES | |
| Rx # 144527 | NITROGLYCERIN SL 0.4 MG TAB | #1 |

| Ord.Date | SILVESTRI, JOSEPH | R. FRANCIS |
| | 04641-016 | (5)Refills |
| | TAKE ONE HALF TABLET BY MOUTH EACH DAY | |
| Rx # 144520 | METOPROLOL 50 MG TAB | #0 |

| Ord.Date | SILVESTRI, JOSEPH | R. FRANCIS |
| | 04641-016 | (0)Refills |
| | APPLY TO AFFECTED AREA TWO TIMES A DAY | |
| Rx # 144519 | CLOTRIMAZOLE 1% CRM | #1 |

| Ord.Date | SILVESTRI, JOSEPH | L. GARCIA-HIGGI |
| | 04641-016 | (0)Refills |
| | TAKE ONE TABLET 3 TIMES A DAY WITH FOOD | |
| Rx # 144874 | IBUPROFEN 400 MG TAB | #15 |

| Ord.Date | SILVESTRI, JOSEPH | R. FRANCIS |
| | 04641-016 | (1)Refills |
| | TAKE ONE TABLET BY MOUTH TUESDAY, THURSDAY AND SUNDAY | |
| Rx # 146296 | WARFARIN 2.5 MG TAB | #6 |

| Ord.Date | SILVESTRI, JOSEPH | R. FRANCIS |
| | 04641-016 | (1)Refills |
| | TAKE ONE TABLET BY MOUTH MONDAY, WEDNESDAY , FRIDAY AND SATURDAY | |
| Rx # 146297 | WARFARIN 5 MG TAB | #8 |

| **FDC Miami** | **NAME:** | SILVESTRI, JOSEPH |
| **33 NE 4TH ST.** | **REG NUMBER** | 04641-016 |
| **MIAMI , FL 33132** | | F.D.C. MIAMI - C05-002LH |
| | | 01/10/2003 |



| DATE | NOTES MUST BE SIGNED |
|------|----------------------|

2/18/03 ONG/60104

DVT — Lovenox today
benig
(Dr)

Jms X 96
BP 127/80          date
HR 80              PSA: 0.8
↓                  Anti(e - 1⊕
Awake              Pwt ⑤ - 1⊕
no CP
no SOB

Start Lovenox today then start Coumadin
at AM they OK to Start DC planning
Medicine

2/18/03  Pt s/p IVC filter
245p.    Doing well S/so.

127/85   66   20   Afeb
MAR 9/152        CTAB
+BS NTND
⊕ ⊕2 edema Ⓡ.
PSA. 8
Pt stable   Start
DC Planning for tomorrow

**MULTIDISCIPLINARY PROGRESS NOTES**

IMPRINT PATIENT I.D.

472167
SILVESTRE JOSEPH
LEON, GUSTAVO
264-  9/12/03 INP CA



**LARKIN** HOSPITAL

| DATE | NOTES MUST BE SIGNED |
|------|---------------------|
| | |



2/17/03

S/P IVC filter clubferthio (X) Dut.

Awake
NAD
70 kilo
2nd SON C.

(A/P) Stable → Start Lovenox
          → Start Coumadin AM

02/18/03  TS  S/P. umbrella —
12²⁵      T/O  abd. soft
          0 compilations prunt
          used heavly well —
          Rs will have foller up
          fn hero L
          + cumadin
          u/a. S/P Sx
          T/P. D.0 for knew
          IL.

INPRINT PATIENT I.D.
47216T                    8/12/31
SILVESTRI, JOSEPH
LEON, GUSTAVO    313-A
  264040
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

**MULTIDISCIPLINARY PROGRESS NOTES**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|-----------------------------------------------------------------------------|

2/18/03
1335

**Administrative Note**

Prob hosp. stay. pt. had a IVC
umbrella placed 2/17/03. pt scotte
to be transferd from IV to po
anticoagulation

plan — discharge to FDC MIA 2/19/03

_Edwin Lopez, M.D._

2/18/03.
1730

(S) Hospital return — asymp to malee
(O) A/O x3/A in no acute distress
(a)    Hx of deep venous thrombosis
       s/p insertion of filter in the IVC
(P)   No new order from the hospital
      Pt states "the Dr. said I was going
      to be on Coumadin for the rest of my life"
      F/U in CCC

_E. EDOUARD, P.A._
FDC MIAMI

FEB 2 0 2003
0°C⁰

ADMINISTRATIVE NOTE
INTAKE SCREENING REVIEW
URGENT CARE REVIEW
LAB REVIEW

_Dr. Edwin Lopez, M.D._
Staff Physician

Printed on Recycled Paper

DICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION  *(sign each entry)*

**FEB 2 1 2003**

0500

CLINIC: (HYPERTENSION) | | CARDIAC | | DIABETES, | | NEURO, | | ENDOCRINE | (LIPID) | | PULMONARY, | | INFECTIOUS,

| | ORTHO, | | OB/GYN, | | MENTAL, | | GENERAL, | | OTHER,

SUBJECTIVE:   ① My arm hurts from the hosp. stay

OBJECTIVE: AGE **71** SEX: | | Male, | | Female, Race **white**  Dextro A/C:    So2%:    Peak Flow   /   /

B/P: 13⁶/9₀  P- 9 3  WT: 237  R/R:    Temp:    LAST: Op/Opht.Eval:    Pap smear    Mammography

Are the following normal?

|  | YES | NO | N/A |
|---|---|---|---|
| Head / Neck / Nodes | | | | | | | |
| HEART | | ✓ | | | | | |
| LUNG | | ✓ | | | | | |
| ABDOMEN | | ✓ | | | | | |
| GENITAL/RECTAL | | | | | | | |
| EXTREMITIES/Feet | ✓ | | | | | | |
| OTHER | | | | | | | |

⑧ 70 p.e. arm - erythema
venipuncture site, hesitant
wearing stockings (Job).

Recent Labs Results::

ASSESSMENT(S):

① B.P - stage I -
② Cardiac - no 4/p - c/o occasional SOB
s/p - reveals jitter ③ lipid - on

SPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT
F D C MIAMI

ONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR
CONT———

PIENT'S IDENTIFICATION: *(For typed or written entries, give: Name- last, first, middle:)*  REGISTER NO. | WARD NO.

Silvestri, Joseph

04641-01C    DOB 0/12/31

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION  *(Sign each entry)* |
|---|---|
| FEB 20 2003 | CONTINUATION: _medication_ |
| 0900 | discussed c̄ C.D. Givant who spoke c̄ Dr. |

PLAN: _quda-hematologist — do not give lenonex_
_or coumadin till evaluated by cardiologist_

Patient Education:: [ ] Etiology, Complications, Prognosis, Prevention. [ ]No Smoking. [ ] Management and relief of Pain.

[ ] Diet, Diabetic, Cardiac, Infectious Disease, Lifestyles changes. . [ ] Foot Care. [ ] Patient Understood Topics

.[ ] Instructed if problems or running out of medication should sign up for sick-call or send copout.

[ ] Medication Dosage / Administration / Compliance / Side Effect.[ ] Skin Care.[ ] Low sodium intake.

Diagnostic Studies: [ ] CBC/Diff. [ ]U/A. [ ] U/C. [ ]BMP. [ ] CMP. [ ] PSA. [ ] RPR. [ ] PT, PTT. [ ] TSH. [ ] FBS. [ ] HighA1c

[ ] Viral load. [ ]CD4. [ ] CD8. [ ]Toxo Igg. [ ]Hepatitis Panel. [ ] Liver Panel. [ ]Renal Panel. [ ] Pregnancy Panel.

[ ] CxR. [ ] EKG. [ ]Others.

Consultations: [ ] Optometrist. [ ] Ophthalmologist. [ ] Orthopedic. [ ] Surgeon. [ ] OB/GYN. [ ] Others.    _appt due next friday_

Referal to IDC for Vaccination: [ ] Influenza. [ ]Pneumococcal.[ ] Hepatitis ( ). [ ] Others

Return to Clinic for routine Follow Up on: _5/1/03 or prn_

Treatment(s):

_con'T. lisinopril, Clopidogrel, Aspirin,
Digoxin, lovastatin, Reg SL,
metoprolol_

E. LOPEZ, M.D.
FDC MIAMI

NSN 7540-00-634-4176                                          AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

2/28/03
1750

adm note
returning from Specialty clinic
F/v post surgical implant
Dr CAD
SA Hypertension
angina pectoris
Current Thromboembolism
recommended to start on
coumadin 5mg/po M-W-FR Sat
Coumadin 2.5 mg/po TUES-THURS & Sun.
Thallium stress test
Pt returns to housing
                          Coumadin 3 tabs of 5mg given

                          Gerard Pierre-Louis, PA
                          FDC Miami

3/3/03
0320

Pt evaluated by Cardiologist 2/28/03. Pt started
on Coumadin as noted in PA note of 2/28/03.
Pt D consult for adenosine Thallium stress test
written + INR ordered for 3/10/03
③ D/C Clopidogrel 75mg po.q. D
③ D/C ASA Ec 325mg p.o.q. D

                          Rupen Francis, MD
                          Staff Physician

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| FDC MIM | | | |

SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR

PATIENT'S IDENTIFICATION: (For typed or written entries, give:  Name - last, first, middle; ID No or SSN; Sex;  Date of Birth; Rank/Grade.)

Silvestri Joseph
   04641-016

| REGISTER NO. | WARD NO. |
|---|---|

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1



| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 3/4/03 0900 | S: ℞ pt reports swelling of leg. Discuss case with CD, pt will be taken to Medical and placed in Observation room |
| | O: BP: 110/70  P: 82  R: 15  T: 98.4 Edema +2 of ankle/leg area pulse noted in extremity |
| | A: Hx of DVT |
| | P: ① Observation ② Medical Officer exam needed ③ Meds given to him (Warfarin) |
| | A.J. REYNALDO, P.A. FDC MIAMI |
| 3/4/03 1200 | S: Pt state that Ⓡ leg becomes swollen, red, painful & hot after being up & around for approximately 4 hrs. Swelling & other symptoms regress ā laying supine ā Ⓡ leg elevated especially overnight. |
| | O: Elderly WM, oriented ×3, laying flat ā Ⓡ lower extremity elevated ā bed roll. V/S stable, afebrile, popliteal & dorsalis pedis pulses 4+, Post. tibialis pulse 1–2+. Trace –1+ edema of Ⓡ ankle to ⅔ distance proximally up Ⓡ leg. No heat or tenderness moderate hyperpigmentation of skin of leg |
| | A: ① Peripheral vascular disease ② No evidence of DVT |
| | P: ① TED hose during non-sleep hours ② Lay down & elevate Ⓡ lower extremity q 3–4 hrs ③ Continue Warfarin ④ F/u ā physician #3. |

Rupert Francis, MD
Staff Physician

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRO.

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 3/6/03 1300 | S: % pt return from outside medical trip to Cardiologist |
| | O: See report |
| | A: CAD |
| | P: ① Thalium Stress Test done |
| | ② Report will follow |
| | ③ Will need MD Review |
| | A.J. Reynaldo, P.A. FDC Miami |
| 3/7/03 1400 | ADMINISTRATIVE NOTE |
| | Ok above |
| | Luis Girart, M.D. FDC Miami |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

FDC MIAMI
33 N.E. 4th STREET
MIAMI, FL 33132
ATTN: MEDICAL RECORDS

Silvestri, Joseph
CY641-C16

| REGISTER NO. | WARD NO. |
|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION  *(Sign each entry)*

**DATE**

3/7/03
1100

CLINIC: [ ] HYPERTENSION, [ ] CARDIA, [ ] DIABETES, [ ] NEURO, [ ] ENDOCRINE, [ ] LIPID, [ ] PULMONARY, [ ] INFECTIOUS.

[ ] ORTHO, [ ] OB/GYN, [ ] MENTAL, [ ] GENERAL, [ ] OTHER.

SUBJECTIVE: Patient State I feel OK today
Denies Chest Pain, SOB or leg Pain

OBJECTIVE: AGE 71    SEX: [ ] Male, [ ] Female, Race: W    Dextro A/C:    So2*:    Peak Flow    /    /

B/P:    P: 67    WT: 26    R/R:    Temp: 97    LAST: Op/Opht.Eval:    Pap smear    Mammography

Are the following normal?

|  | YES | NO | N/A |  |
|---|---|---|---|---|
| Head / Neck / Nodes | ✓ |  |  | no Slenos Neck no mor |
| HEART | ✓ |  |  |  |
| LUNG | ✓ |  |  | Clear to ® |
| ABDOMEN | ✓ |  |  | Soft Depress Nendola |
| GENITAL/RECTAL |  |  |  |  |
| EXTREMITIES/Feet | ✓ |  |  | Pulse N Ankle Edema 1/10 |
| OTHER Neuro | ✓ |  |  | Alert OK no defficit |

Recent Labs Results:: Depen Level 0.3

Adenosine Stress test: No denpol or electrocardiographic change present

ASSESSMENT(S): 71 y.o. ♂ Hypertension poor controlled today
S/P Vena Cava filter, Plavix edema ... Oth
... unremarkable for his age and condition

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
|  |  | Luis ___ M.D. | FDC MIAMI |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |
|---|---|---|
| Silvestre Joseph |  |  |

CONT.———

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name- last, first, middle; ID No or SSN; Sex; Date of Birth; Rank-Grade.)

| REGISTER NO. | WARD NO. |
|---|---|
| 04441 016 |  |

FIRMR (41 CFR) 201-9-202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION   *(Sign each entry)* |
|---|---|
| 3/7/03 1/50 | CONTINUATION: |
|  | PLAN: OB/P Check Daily x5 @ dept B/P PM |
|  | Patient Education::[ ] Etiology,Complications,Prognosis,Prevention.[✓]No Smoking. [ ] Management and relief of Pain. |
|  | [ ] Diet, Diabetic,Cardiac,Infectious Disease,Lifestyles changes. [ ] Foot Care.[✓]Patient Understood Topics |
|  | [✓]Instructed if problems or running out of medication should sign up for sick-call or send copout. |
|  | [✓]Medication Dosage / Administration / Compliance / Side Effect.[ ] Skin Care.[✓]Low sodium intake. |
|  | Diagnostic Studies:[ ] CBC/Diff.[ ]U/A.[ ] U/C. [ ]BMP.[ ] CMP.[ ] PSA.[ ] RPR.[✓]PT,PTT. [ ] TSH. [ ] FBS.[ ] HgbA1c |
| ? | [ ] Viral load.[ ]CD4.[ ] CD8.[ ]Toxo Igg.[ ]Hepatitis Panel.[ ] Liver Panel.[ ]Renal Panel.[ ] Pregnancy Panel. |
|  | [ ] CxR. [ ] EKG. [✓]Others   Dropen level |
|  | Consultations: [ ] Optometrst. [ ] Ophthalmologist. [ ] Orthopedic.[ ] Surgeon. [ ] OB/GYN. [ ] Others. |
|  | Referal to IOC for Vaccination: [ ] Influenza. [ ]Pneumococcal.[ ] Hepatitis ( ). [ ] Others. |
|  | Return to Clinic for routine Follow Up on: 4/7/03 |
|  | Treatment(s): Continue Same treatments |
|  |  |
|  |  |
|  | Luis Ginat, M.D. Staff Physician FDC Miami |
| 3/7/03 2350 | adm note SP 140/96 Gerard Pierre Louis, PA FDC Miami |
| 3/8/03 1300 | S: F/U for BP Check O: BP: 142/100 A: HTN P: BP Check Qd). Pablo Carabeo, PA FDC Miami |

STANDARD FORM 600 (REV. 6-97)  BACK

7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

3/8/03
810

adm note

BP 146/9u

Gerard Pierre-Louis M
FDC Miami

---

3/11/03
0830

ADMINISTRATIVE NOTE

B/P · 135 / 85

Luis Gobart, M.D
Staff Physician
FDC Miami

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| FDC-MIAMI | | | |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| | REGISTER NO. | WARD NO. |
|---|---|---|

**FEDERAL DETENTION CENTER**
33 NE 4 St
Miami, FL 33132

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

BP-S659.60 **MEDICAL SUMMARY OF FEDERAL PRISONER/ALIEN IN TRANSIT** CDFRM
MAY 99

**U.S. DEPARTMENT OF JUSTICE**                         **FEDERAL BUREAU OF PRISONS**

| TB Clearance Yes / No | |
|---|---|
| 1. PPD Completed: 6/12/02 Date | |
| Results: 0 mm | |
| 2. CXR Completed: ___ Date | |
| Results: Neg | |
| 3. Health Authority | |
| Clearance: NF  2/10/03 Sign   Date | |

Note: Dates listed above must be within one year of this transfer.

| Name: Silvestri, Joseph | Prisoner/Alien Reg.# 04641-016 | D.O.B 8/22/31 |
|---|---|---|
| Departed From FDC Miami | Date Departed 2/10/03 | |
| Destination FTL Court | Reason for Transfer Non-Medical | |
| Dist. Name | Dist.# | Date in Custody __/__/__ |

| Current Medical Problems | 1. Hypertension | 4. Hx Angina |
|---|---|---|
| | 2. CAD | 5. S/P Angiography |
| | 3. Hyperlipidemia | 6. DVT |

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | **Medication Required For Care En Route** | |
| Lisinopril | 5mg | oral | Take one tab twice daily | 3/2/03 |
| Clopidogrel | 75mg | oral | Take one tab daily | 5/7/03 |
| Aspirin EC | 325mg | oral | Take one tab daily | 5/7/03 |
| Digoxin | .25mg | oral | Take one tab daily | 5/7/03 |
| Lovastatin | 40mg | oral | Take one tab at bed time | 5/7/03 |
| Nitroglycerin | 0.1mg | oral | Apply one patch daily | 5/7/03 |
| Metoprolol | 50mg | oral | Take one half tab daily | 5/7/03 |
| | | | | |
| | | | | |

| Additional Comments - Blood and Body Fluid Precautions | SENSITIVE-LOU |
|---|---|

**Special Needs Affecting Transportation**

| | | |
|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓ Yes __ No | If no, why not? |
| Is prisoner medically able to travel by airplane? | ✓ Yes __ No | If no, why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ✓ Yes __ No | If no, why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | __ Yes ✓ No | If yes, state reason |
| Does prisoner require any medical equipment while in transport status? | __ Yes ✓ No | If yes, what equipment? |

| Sign and Print Name - Certifying Health Authority S. FERNANDEZ  PA Staff Physician Assistant | Phone Number | Date Signed 2/10/03 |
|---|---|---|

Record copy - Transporting Officer; Copy - Medical Record (Top page Position one); Copy - Transferring Institution
This form may be replicated via WP) **SIMILAR TO (USM 553)**                Replaces BP-S659 of Mar 99