# CRIMINAL MINUTES



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6309-CR-WPD    DATE: March 21, 2003

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Joseph Silvestri

U.S. ATTORNEY: Brian McCormick    DEFT. COUNSEL: Jeanne Baker
Diana Fernandez

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentencing Reset on Tuesday, March 25, 2003 at 9:00 with possible argument on m/ disqualify to be heard first. If any memos are to be filed, they are to be filed by noon on 4/25/03.

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: _____