UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

FILED by _____ D.C.

MAR 2 5 2003

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

v.

JOSEPH SILVESTRI,

_____/

## ORDER SETTING STATUS CONFERENCE

PLEASE TAKE NOTICE that this matter is set for Status Conference before the undersigned on **April 4, 2003, at 10:00 a.m.** The purpose of the Status Conference is to determine whether this Court must review the entire trial transcript prior to sentencing, and to set a date for the sentencing hearing.

DONE AND ORDERED in Miami, Florida this 25th day of March, 2003.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
Diana Fernandez, AUSA
Jeanne Baker, Esq.
U.S. Probation