# CRIMINAL MINUTES

FILED by _____ D.C.
MAR 2# 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6309-CR-WPD    DATE: March 25, 2003

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Joseph Silvestri

U.S. ATTORNEY: Dana Fernandez / Brian McCormick    DEFT. COUNSEL: Jeanne Baker

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Counsel argue Gov't's motion to quash dft's subpoena to U.S. Marshal. Gov't's motion to quash subpoena is granted. Dft's motion for Judge to disqualify himself is granted. Court transfers this case back to Judge Seitz.

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: _____