UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6309-CR-DIMITROULEAS

    Plaintiff,

vs.

JOSEPH SILVESTRI,

    Defendant.
_____/

## ORDER GRANTING RECUSAL, TRANSFERRING DEFENDANT TO JUDGE SEITZ FOR SENTENCING

THIS MATTER is before the Court on the Defendant's <u>ore tenus</u> March 20, 2003 Motion To Recuse and the Court having considered both the Government's March 24, 2003 Memorandum [DE-1313] and Defendant's March 24, 2003 Response and having heard argument on March 25, 2003, it is hereby

ORDERED AND ADJUDGED that the Defendant's Motion to Recuse is Granted. The Court invokes a reasonable man test. <u>Parrish v. Board of Commissioners</u>, 524 F. 2d 98, 103 (5th Cir. 1975). The threat was not communicated to the Court in an effort to get a recusal or delay. <u>U.S. v. Greenspan</u>, 26 F. 3d 1001 (10th Cir. 1994). The benefit of the doubt must be resolved in favor of recusal. <u>U.S. v. Murray</u>, 253 F. 3d 1308, 1310 (11th Cir. 2001). The Defendant's sentencing is transferred to Judge Patricia Seitz.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 25 day of March, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Diana L.W. Fernandez, AUSA

Jeanne Baker, Esquire

Honorable Patricia Seitz, U.S. District Judge

Lucy Lara, Clerk's Office

# NOTICE TO ATTORNEYS AND LITIGANTS

Please be advised that effective Tuesday, February 5, 2003, Judge Dimitrouleas' office fully implemented and is utilizing the faxback program. The clerk's office scans each document and sends the document via telefax to all parties listed on the Court docket that have supplied the court with their fax number. In the event a party does not have a fax machine, the document is sent via U.S. Mail. If you have a fax machine but have not been receiving your orders via telefax, please complete the enclosed application and return it via fax or U.S. Mail to the Clerk's office. The faxback program alleviates the need to submit self-addressed postage paid envelopes. **Accordingly, until further notice, please submit the original motion, plus one copy with one copy of the order attached to the copy of the motion. The order must include a complete service list with the names and addresses of all parties. Thank you for your cooperation in this matter.**