CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ



FILED by ___ D.C.
MAR 28 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6309-Cr    Date 3/27/03
Clerk L. Webb    Reporter D. Ehrlich
USPO ___    Interpreter ___
USPTS ___

AUSA Diana Fernandez    Def. Atty. Jeanne Baker

United States of America v. Joseph Silvestri

Defendant(s): Present X   Not Present ___   In Custody Yes
Reason for Hearing: Status conf re setting sentencing

Results of Hearing: Δ + Govt to provide Court with what portions of transcript to look at. Govt to provide exhibits to Court to aid in reading transcript
For sentencing - Govt - 2 witnesses;
Δ - 2 witnesses (doctors), 1 psychologist re wife
2 witnesses on objs.

Misc. Δ + Govt. to provide summaries of witnesses + time needed upon return from vacation by 4/24. Sentencing set for 5/12-13 @ 8:30
Δ to provide written guideline objs by 4/24, Govt to resp by 5/6
Govt to resp to factual objs + cite to transcript
Transcript o'ud by Court under CJA funds.
Both counsel to brief $ issue upon return from vacation.