UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ



UNITED STATES OF AMERICA,

v.

JOSEPH SILVESTRI,
_____/

### ORDER ON MARCH 27, 2003 STATUS CONFERENCE

This matter came before the Court on March 27, 2003, for Status Conference. The Court having heard representations of counsel and being otherwise fully advised, it is

ORDERED as follows:

1. The sentencing in this matter is set for **May 12, 2003 at 8:30**, and will continue on May 13, 2003 at 8:30, if necessary.

2. By **April 24, 2003**, the parties shall provide a summary of each witness, including an estimate of the time needed for the testimony.

3. At the Status Conference, the Defendant articulated a new objection to the "fraud/money laundering" facts in the PSI which affect the guideline calculations. By **April 24, 2003**, the Defendant shall file his written objections *on this limited issue only*. The Government shall file its response by **May 6, 2003**.

4. Because the sentencing in this matter is contested, the parties are instructed to provide the Court with a copy of the trial transcript no later than **April 18, 2003**. For purposes of economy, the parties may prefer to provide the Court will excerpts of the trial transcript which pertain to the disputed issues. However, the Court cannot ensure that such excerpts will be sufficient for the purposes of sentencing.

DONE AND ORDERED in Miami, Florida this 28th day of March, 2003.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Diana Fernandez, AUSA
Jeanne Baker, Esq.
U.S. Probation