UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOSEPH SILVESTRI,

_____/

FILED by _____ D.C.

APR 2 4 2003

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

### ORDER ON MOTION FOR APPOINTMENT OF CJA COUNSEL AND REFERRAL TO MAGISTRATE

This matter came before the Court on Defendant's Unopposed Motion for Appointment of Undersigned Counsel. At the time this matter was transferred to the undersigned, the only matter pending was the sentencing hearing. The PSI had been completed and all motions had been filed. Defense counsel made fee arrangements with defendant and/or his family for the purpose of sentencing. The local rules do not permit withdrawal of counsel or appointment under CJA due to counsel's financial reasons or fee disputes. Therefore, it is

ORDERED that Defendant's Motion for Appointment of Undersigned Counsel is DENIED. It is further

ORDERED that his matter is REFERRED to Magistrate Judge Ted E. Bandstra to determine if Defendant qualifies to proceed *in forma pauperis* for the cost of the trial transcript only.

DONE AND ORDERED in Miami, Florida this 23rd day of April, 2003.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Ted E. Bandstra
Diana Fernandez, AUSA
Jeanne Baker, Esq.