CRIMINAL MINUTES/CALENDAR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EAST COURTROOM        TIME: 8:30 AM

MAGISTRATE JUDGE    TED E. BANDSTRA

Case No. 00-6309-CR-SEITZ        Date  MAY 5, 20023

Clerk  PATTY W. FITZPATRICK    Tape No. 03E-4H-2285-2613

ECR Clerk/Court Reporter _____

USPO _____    Interpreter _____

**UNITED STATES OF AMERICA v.** JOSEPH SILVESTRI 04641-016

AUSA  N/A        Defense Counsel JEANNE BAKER ✓

Defendant(s): Present ✓   Not Present ____   In Custody ✓

Reason for Hearing: TO DETERMINE IF DEFENDANT QUALFIES TO PROCEED IN FORMA PAUPERIS FOR COST OF TRIAL TRANSCRIPT ONLY

Result of Hearing: A Sworn - Court finds defendant indigent for trial transcript only. Order will be issued

Case Continued to: ____   Time ____   For ____

Misc.: ____