UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ (S)(S)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH SILVESTRI,

    Defendant.

## MOTION FOR ENLARGEMENT OF TIME

The United States of America, through its undersigned Assistant United States Attorney, respectfully files this Motion requesting an enlargement of time in which to file the government's response to defendant's objections to the use of fraud facts in determining the defendant's guidelines. The government respectfully requests that the Court permit the filing of its response on May 8, 2003.

    Respectfully submitted,

    MARCOS DANIEL JIMENEZ
    UNITED STATES ATTORNEY

By: *Diana W. Fernandez*
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500017
500 East Broward Boulevard
Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 356-7392
Fax: (954) 356-7230

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing mailed to the below named on this 7th day of May, 2003, to

Jeanne Baker, Esq.
2937 Southwest 27th Avenue, Suite 202
Miami, FL 33133-3703
Fax: (305) 445-9666

_____
DIANA L.W. FERNANDEZ
Assistant United States Attorney