UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,              CASE NO.: 00-6309-CR-SEITZ
                                        Magistrate Judge Bandstra
          Plaintiff,
v.

JOSEPH SILVESTRI,

          Defendant.
_____/

## ORDER GRANTING DEFENDANT'S REQUEST FOR CJA AUTHORIZATION TO PAY FOR TRIAL TRANSCRIPTS

THIS CAUSE came before the Court on referral from Judge Seitz to determine if Defendant qualifies to proceed *in forma pauperis* for the cost of the trial transcript. The Court having heard testimony of Defendant and argument of counsel, and being otherwise fully advised of the premises, it is hereby:

**ORDERED AND ADJUDGED** as follows:

The Court finds that the defendant, Joseph Silvestri, is indigent and qualifies for CJA funding. Accordingly, the Court finds that the defendant qualifies to proceed *in forma pauperis* for the cost of the trial transcript.

**DONE AND ORDERED** at Miami, Florida this ___ day of May, 2003.

_____
Magistrate Judge Ted E. Bandstra

cc: Jeanne Baker, Esq.
    Assistant U.S. Attorney Diana Fernandez

