UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOSEPH SILVESTRI,

_____/

FILED by ___ D.C.
MAY - 9 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## PRELIMINARY FINDINGS AND SCHEDULING ORDER FOR SENTENCING

The Court has made the following preliminary findings:

Specific offense - at least a +9
Role - +3
Criminal History - 2

The Court will follow the schedule set out below:

Monday, May 12, 2003, beginning at 1:00 p.m.:

| | |
|---|---|
| 1:00 | Argument on specific offense - 15 minutes for each side |
| 1:30 | Testimony of Dr. April Kassover - 30 minutes each for direct and cross |
| 2:30 | Testimony of Defendant, Defendant's son and anyone else who wishes to speak on behalf of the Defendant. |
| 3:00 | Argument on role and criminal history – 15 minutes for each side |

Tuesday, May 13, 2003, beginning at 8:30 a.m.:

| | |
|---|---|
| 8:30 | Testimony of Dr. Martin S. Bilsker - 30 minutes each for direct and cross |
| 9:30 | Testimony of Dr. Gustavo G. Leon - 30 minutes each for direct and cross |
| 10:30 | Testimony of Dr. Michael B. Nelson - 30 minutes each of direct and cross |
| 11:30 | Argument on downward departure - 15 minutes for each side |

DONE AND ORDERED in Miami, Florida this 9th day of May, 2003.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Diana Fernandez, AUSA
Jeanne Baker, Esq.
Michael Berg, USPO