UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ (S)(S)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSEPH SILVESTRI,

        Defendant.

FILED by ___ D.C.
MAY - 9 2003
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

THIS CAUSE came before the Court on the Government's Motion for Enlargement of Time, the Court, having considered the motion and being advised in the premises it is hereby

ORDERED and ADJUDGED, that the government's motion for additional time is GRANTED. The government shall have until May 8, 2003, to file its response to defendant's objections to the use of fraud facts in determining the defendant's guidelines and incorporated memorandum of law.

DONE and ORDERED in Chambers at Miami, Florida, this 8th day of May, 2003.

                      PATRICIA A. SEITZ
                      UNITED STATES DISTRICT JUDGE

cc: AUSA Diana L.W. Fernandez
    Jeanne Baker, Esq.