## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA



FILED by WH D.C.
MAY 1 2 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

### THE HONORABLE PATRICIA A. SEITZ

Case No. 00-6309-CR.    Date May 12, 2003
Clerk Wanda Holston    Reporter David Ehrlich
USPO Michael Berg    Interpreter —
USPTS —

AUSA Diana Fernandez & James Pavlov    Def. Atty. Jeanne Baker

United States of America v. Joseph Silvestri

Defendant(s): Present ____ Not Present ____ In Custody ✓

Reason for Hearing    Sentencing Hearing

Results of Hearing    Hearing held & Court heard a telephonic testimony

Misc.    Hearing continued to May 13, 2003 @ 8:30AM.