**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**CASE NO. 00-6309-CR-Seitz**

**v.**

**JOSEPH SILVESTRI,**
**Defendant.**

______________________________ /

**DEFENDANT'S FILING OF SUPPLEMENTAL MEDICAL RECORDS**

Undersigned counsel attaches hereto, on behalf of defendant Joseph Silvestri, supplemental medical records from FDC (04/01/03 - 04/23/03) and from Cedars Medical Center (04/23/03 - 04/26/03) pertinent to his sentencing.

Respectfully submitted,

**JEANNE BAKER**
ATTORNEY AT LAW, P.A.
Florida Bar No. 0880700
2937 Southwest 27th Avenue, Suite 202
Miami, Florida 33133-3703
(305) 443-1600
(305) 445-9666 (fax)
**COUNSEL for JOSEPH SILVESTRI**

By: Jeanne Baker

1396/cr

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing instrument was delivered by facsimile 9th day of May 2003, to the following:

Assistant United States Attorneys
Brian McCormick and Diana L.W. Fernandez
United States Attorney's Office
500 E. Broward Boulevard
Ft. Lauderdale, Florida 33394
(954) 356-7255
(954) 356-7230 (fax)
**Counsel for the United States**

and

10th day May

United States Probation Officer
Michael Berg
299 E. Broward Boulevard
Ft. Lauderdale, Florida 3301-1168
(954) 769-5515
(954) 769-5566 (fax)

Jeanne Baker
JEANNE BAKER

| Patient | Unit # | Service/Location | Status | Date | Account # |
|---|---|---|---|---|---|
| SILVESTRI,JOSEPH R | E0651152 | CARDIOLOGY | ADM IN | 04/23/03 | E42866946 |

**PATIENT**

Soc Sec No 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 DOB 08/12/31 Age 71 Sex M MS U Race W Religion None
Address: PO BOX 019118
MIAMI,FL 33101
Home Ph: 305 982-1335 County: DADE

**PATIENT EMPLOYER**

UNEMPLOYED
NA
NA,XX 00000
Work Phone: 305 999-9999
Occupation:

**GUARANTOR**

FEDERAL,DETENTION CENTER SS#: 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
Address: PO BOX 019118
MIAMI,FL 33101
Home Ph: 305 982-1335 County: DADE
Relationship to Patient: Friend/Other

**GUARANTOR EMPLOYER**

NOT APPLICABLE
NA
NA,XX 00000
Work Phone: 999 999-9999
Occupation:

**OTHER GUARANTOR**

SS#: --
Address:
Home Ph: County:
Relationship to Patient:

**OTHER GUARANTOR EMPLOYER**

Work Phone:
Occupation:

**PERSON TO NOTIFY**

HEALTH,SERVICES ADMINISTRATOR
PO BOX 019118
MIAMI,FL 33101
Hm: 305 982-1335 Wk:
Rel to Patient: Friend/Other

**NEXT OF KIN**

HEALTH,SERVICES ADMINISTRATOR
PO BOX 019118
MIAMI,FL 33101
Hm: 305 982-1335 Wk:
Rel to Patient: Friend/Other

**TEMPORARY ADDRESS**

Ph: Thru:
Note:

**INSURANCE #1**

DETENTION PROGRAM FEDERAL
PO BOX 019119
MIAMI, FL 33101
Phone 305 982-1319
Contact

Policy # 04641-016
Coverage #
Subscriber SILVESTRI,JOSEPH R
Rel to Pt Same as Patient (Self)
Eff. to Rel Y Assign Y
Group 999999 - UNEMPLOYED

**AUTHORIZATION**

Treat/Precert
Ins Verif
Pro Review Not Required
Ins. Name - DETENTION PROGRAM FEDERAL
Ins. Mnemonic - DETFED

**INSURANCE #2**

Phone
Contact

Policy #
Coverage #
Subscriber
Rel to Pt
Eff. to Rel Assign
Group

**AUTHORIZATION**

Treat/Precert
Ins Verif
Pro Review
Ins. Name -
Ins. Mnemonic -

**INSURANCE #3**

Phone
Contact

Policy #
Coverage #
Subscriber
Rel to Pt
Eff. to Rel Assign
Group

**AUTHORIZATION**

Treat/Precert
Ins Verif
Pro review
Ins. Name -
Ins. Mnemonic -

**OCCURRENCES**

| Code | Type | Date | Time |
|---|---|---|---|
| 11 | Date Onset of Symptoms | 04/23/03 | |

**CONDITIONS**

Code Type

Special Program

MG
DAG 141

Last Hospitalization

Admission Comment

Financial Class
10

**PHYSICIANS**

| Attending Physician | | Admitting Physician | | Emergency Room Physician | |
|---|---|---|---|---|---|
| Leon,Gustavo | 305-262-9900 | Leon,Gustavo | 305-262-9900 | Ali,Hassan | 305 325-5464 |
| Prim Care Physician | | Family Physician | | Other Physician | |

**ADMISSION/REGISTRATION**

| Date | Time | Source | Rm/Bed | Arrival | Principal Admitting Diagnosis/Reason for Visit | Admitted By |
|---|---|---|---|---|---|---|
| 04/23/03 | 1633 | Emergency | 860/1 | FR | SYNCOPE | CADM:VXC |

NAME [redacted] ACCT# [redacted]

SILVESTRI,JOSEPH R E42866946

Cedars Medical Center
1400 NW 12th Avenue Miami, FL 33136 (305)325-5511

**USE BALL POINT PEN** **PRESS FIRMLY** T 4 0 1 2

*Authorization is hereby given to dispense the generic equivalent unless otherwise indicated by the physician.*

| Weight | Height | Diagnosis |
|---|---|---|
| | | |

Allergies & Sensitivities ☐ NKA

| Date | Time | Complete top portion with each Level of Care change. Indicate order with a Check Mark. |
|---|---|---|
| | | ☐ Outpatient Procedure: ____________ *(procedure)* for ____________ *(medical reason)*. |
| | | ☐ Place in Outpatient Observation Services for ____________ *(medical reason)*. |
| | | ☐ Admit as Inpatient for ____________ *(medical reason)*. |

Physician Signature: ____________

**PHYSICIAN'S ORDER AND SIGNATURE #1**

| Date Ordered | Time Ordered | |
|---|---|---|
| 4/26/03 | 0915 | OK To Discharge Today. Continue to take meds same meds taken in hospital. Give pt copy of med sheet. to DR Leon / [signature] |

| Physician's Signature | Date & Time | Nurse's Signature | Date & Time | DO NOT WRITE ORDER UNLESS NUMBER APPEARS |
|---|---|---|---|---|
| | | [signature] | | 1 |

PATIENT ID — LEDAHS RECI... 42650345 EO651142 STILVESTRI, JOSEPH LEON, JUSTAYO ... CHART

**PHYSICIAN'S ORDER AND SIGNATURE #2**

| Date Ordered | Time Ordered | |
|---|---|---|
| | | |

| Physician's Signature | Date & Time | Nurse's Signature | Date & Time | DO NOT WRITE ORDER UNLESS NUMBER APPEARS |
|---|---|---|---|---|
| | | | | 2 |

PATIENT ID — LEDAHS RECI... 42650345 EO651142 STILVESTRI, JOSEPH LEON, JUSTAYO ... CHART

RUN DATE: 04/24/03 ORDER ENTRY **LIVE** PAGE 1
RUN TIME: 1647 PATIENT ORDERS

PATIENT: SILVESTRI,JOSEPH R A/S: 71 M ADMIT: 04/23/03
ACCOUNT #: E42866946 LOC: t 8-SOUTH STATUS: ADM IN
RM: 860
ATTEND DR: Leon,Gustavo BD: 1 UNIT #: E0651152

| ORDER DR | CATEGORY | PROCEDURE | ORD DT & TM | BY | SRV DT & TM | PRI | QTY | STATUS | HERE |
|---|---|---|---|---|---|---|---|---|---|
| CLEOG | CARD | STRTST | 04/24/03 1417 | ODG | 04/24/03 | ROUT | | CMP | |

ORDER TYPE: WRITTEN
-------ALL STATS MUST BE CALLED TO DEPT. AT 5551-------
MODE OF TRANSPORTATION? BED
INDICATIONS FOR CARDIAC STRESS TEST: A ANGINA
OTHER INDICATIONS FOR CARDIOLOGY PROCEDURE:

USE BALL POINT PEN PRESS FIRMLY

T 4012

*Authorization is hereby given to dispense the generic equivalent unless otherwise indicated by the physician.*

| Weight | Height | Diagnosis |
|---|---|---|
| | | |

Allergies & Sensitivities ☐ NKA

| Date | Time | Complete top portion with each Level of Care change. Indicate order with a Check Mark. |
|---|---|---|
| | | ☐ Outpatient Procedure: ____________ (*procedure*) for ____________ (*medical reason*). |
| | | ☐ Place in Outpatient Observation Services for ____________ (*medical reason*). |
| | | ☐ Admit as Inpatient for ____________ (*medical reason*). |

Physician Signature: ____________

| Date Ordered | Time Ordered | PHYSICIAN'S ORDER AND SIGNATURE #1 |
|---|---|---|
| 4/24 | | |
| | | [handwritten order, largely illegible] |
| | | 4/24/03 2040 |

| Physician's Signature | Date & Time | Nurse's Signature | Date & Time | DO NOT WRITE ORDER UNLESS NUMBER APPEARS |
|---|---|---|---|---|
| | | | | |

PATIENT ID

CHART

| Date Ordered | Time Ordered | PHYSICIAN'S ORDER AND SIGNATURE #2 |
|---|---|---|
| | | 4/25 ↑ Lisinopril to 20 PO QD |
| | | give extra 10 of Lisinopril x1 today |
| | | 2400 |

| Physician's Signature | Date & Time | Nurse's Signature | Date & Time | DO NOT WRITE ORDER UNLESS NUMBER APPEARS |
|---|---|---|---|---|
| | | [signature] 4/26/03 2400 | | |

PATIENT ID

CHART

RUN DATE: [illegible]-/23/03
RUN TIME: 1935

ORDER ENT[illegible] **LIVE**
PATIENT ORDERS

PATIENT: SILVESTRI,JOSEPH R
ACCOUNT #: E42866946

A/S: 71 M
LOC: C8FLS
RM: 860
BD: 1

ADMIT: 04/23/03
STATUS: ADM IN
UNIT #: E0651152

ATTEND DR: Leon,Gustavo

| ORDER DR | CATEGORY | PROCEDURE | ORD DT & TM | BY | SRV DT & TM | PRI | QTY | STATUS | HERE |
|---|---|---|---|---|---|---|---|---|---|
| CLEOG | CONS | MD | 04/23/03 1849 | DHG | 04/23/03 | ROUT | | TRN | |

CONSULTING PHYSICIAN: CNASN Nass,Nouri
TYPE OF CONSULT:
PHYSICIAN PHONE NUMBER: CNASN 305 695-9606
PHYSICIAN SPECIALTY:

| ORDER DR | CATEGORY | PROCEDURE | ORD DT & TM | BY | SRV DT & TM | PRI | QTY | STATUS | HERE |
|---|---|---|---|---|---|---|---|---|---|
| CLALH | LAB | CARDPR | 04/23/03 1932 | DHG | 04/23/03 | STAT | | IPR | |

Only answer Y if EMT/Nurse/M.D. has collected specimen N ORDER TYPE: WRITTEN
Special Lab Instructions:
**Please enter T under Priority if this is a Timed Test**
Enter T if this is a Timed Collection
Includes CK, MBCK, Troponin I

| ORDER DR | CATEGORY | PROCEDURE | ORD DT & TM | BY | SRV DT & TM | PRI | QTY | STATUS | HERE |
|---|---|---|---|---|---|---|---|---|---|
| CLALH | LAB | CARDPR | 04/23/03 1932 | DHG | 04/24/03 0400 | TIME | | VER | |

Only answer Y if EMT/Nurse/M.D. has collected specimen N ORDER TYPE: WRITTEN
Special Lab Instructions:
**Please enter T under Priority if this is a Timed Test**
Enter T if this is a Timed Collection T
Includes CK, MBCK, Troponin I

| ORDER DR | CATEGORY | PROCEDURE | ORD DT & TM | BY | SRV DT & TM | PRI | QTY | STATUS | HERE |
|---|---|---|---|---|---|---|---|---|---|
| CLALH | LAB | SEDI | 04/23/03 1934 | DHG | 04/23/03 | ROUT | | LOG | |

Only answer Y if EMT/Nurse/M.D. has collected specimen N ORDER TYPE: WRITTEN
Special Lab Instructions:
**Please enter T under Priority if this is a Timed Test**

| ORDER DR | CATEGORY | PROCEDURE | ORD DT & TM | BY | SRV DT & TM | PRI | QTY | STATUS | HERE |
|---|---|---|---|---|---|---|---|---|---|
| CLALH | LAB | THYRO | 04/23/03 1934 | DHG | 04/23/03 | ROUT | | LOG | |

Only answer Y if EMT/Nurse/M.D. has collected specimen N ORDER TYPE: WRITTEN
Special Lab Instructions:
**Please enter T under Priority if this is a Timed Test**

| ORDER DR | CATEGORY | PROCEDURE | ORD DT & TM | BY | SRV DT & TM | PRI | QTY | STATUS | HERE |
|---|---|---|---|---|---|---|---|---|---|
| CLALH | LAB | TSH | 04/23/03 1934 | DHG | 04/23/03 | ROUT | | LOG | |

Only answer Y if EMT/Nurse/M.D. has collected specimen N ORDER TYPE: WRITTEN
Special Lab Instructions:
**Please enter T under Priority if this is a Timed Test**

USE BALL POINT PEN PRESS FIRMLY T 4012

Authorization is hereby given to dispense the generic equivalent unless otherwise indicated by the physician.

| Weight | Height | Diagnosis |
|---|---|---|
| | | |

Allergies & Sensitivities ☐ NKA

| Date | Time | Complete top portion with each Level of Care change. Indicate order with a Check Mark. |
|---|---|---|
| | | ☐ Outpatient Procedure: ____________ (procedure) for ____________ (medical reason). |
| | | ☐ Place in Outpatient Observation Services for ____________ (medical reason). |
| | | ☐ Admit as Inpatient for ____________ (medical reason). |

Physician Signature: ____________

| Date Ordered | Time Ordered | PHYSICIAN'S ORDER AND SIGNATURE #1 |
|---|---|---|
| 4/23/03 | 2220 | T.O. Dr. Leon Ref: Sleeping Pill |
| | | Ativan 5 mg PO QHS |

T.O. Dr. Leon

04/23/03 2300

| Physician's Signature | Date & Time | Nurse's Signature | Date & Time | DO NOT WRITE ORDER UNLESS NUMBER APPEARS |
|---|---|---|---|---|
| | | [signature] RN 4/23/03 | | 1 |

CHART

PATIENT ID

| Date Ordered | Time Ordered | PHYSICIAN'S ORDER AND SIGNATURE #2 |
|---|---|---|
| | | |

Space

| Physician's Signature | Date & Time | Nurse's Signature | Date & Time | DO NOT WRITE ORDER UNLESS NUMBER APPEARS |
|---|---|---|---|---|
| | | [signature] 4/24/03 | | 2 |

CHART

PATIENT ID

USE BALL POINT PEN    PRESS FIRMLY    T 4012

*Authorization is hereby given to dispense the generic equivalent unless otherwise indicated by the physician.*

| Weight | Height | Diagnosis |
|---|---|---|
| | | |

Allergies & Sensitivities ☐ NKA

| Date | Time | Complete top portion with each Level of Care change. Indicate order with a Check Mark. |
|---|---|---|
| | | ☐ Outpatient Procedure: ______ (*procedure*) for ______ (*medical reason*). |
| | | ☐ Place in Outpatient Observation Services for ______ (*medical reason*). |
| | | ☐ Admit as Inpatient for ______ (*medical reason*). |

Physician Signature: ______

| Date Ordered | Time Ordered | PHYSICIAN'S ORDER AND SIGNATURE #1 |
|---|---|---|
| 04/23/03 | 1800 | |

Dr. [illegible]

1. Consultation c̄ Dr Julius Grasso.
2. Low fat diet.
3. further medical care by Dr [illegible] + [illegible].
4. Chest X Ray (L) Rib cage R/O fracture due to trauma.

[signature] 1849 4/23/03

| Physician's Signature | Date & Time | Nurse's Signature | Date & Time | DO NOT WRITE ORDER UNLESS NUMBER APPEARS |
|---|---|---|---|---|
| [signature] | 04/23/03 1800 | | | |

PATIENT ID

CHART

| Date Ordered | Time Ordered | PHYSICIAN'S ORDER AND SIGNATURE #2 |
|---|---|---|
| | | |

4-23-03 1) [illegible] ... [illegible] 170 [illegible]
2) [illegible] x3, [illegible], TSH, + [illegible]
3)

[signature] 1934 4/23/03

[signature]

| Physician's Signature | Date & Time | Nurse's Signature | Date & Time | DO NOT WRITE ORDER UNLESS NUMBER APPEARS |
|---|---|---|---|---|
| | | | | |

PATIENT ID

| DATE/TIME | TRANSCRIBED BY @ TIME | INITIAL ADMITTING ORDERS - DIAGNOSIS SYNCOPE |
|---|---|---|
| 4-23-03 | | Admit to Dr Gustavo Leon |
| | | 2. Admission to: Telemetry/~~23 hour observation status~~. |
| | | 3. Allergies: NKA |
| Copy sent | | 4. Vital Signs: ☑ Vital signs Q 4 hours; check B/P supine and standing, call Dr. for orthostatic changes (HR increase ≥ 20 beats/minute or B/P drop ≥ 20 mg)<br>☐ Neuro checks Q 4 hours: |
| | 1735 | 5. Diet: 2 gm Sodium |
| | | 6. Activity: BRP if no orthostatic changes; BR if there are orthostatic changes |
| | | 7. Laboratory Work (obtain STAT if not done in ER)<br>☑ CBC<br>☐ BP7<br>☐ U/A |
| | | 8. Studies (obtain STAT if not done in ER):<br>☐ CXR<br>☐ EKG<br>☐ Scan of brain without contrast<br>☑ Carotid doppler study<br>☑ 2D echo with doppler |
| | | 9. Management<br>☑ IV Heplock: flush per protocol<br>☑ Call attending physician when CT Scan of brain, carotid doppler and 2 D echo with doppler completed. |
| | | 10. Consults: Dr Hector Lalans Called. (answered) |
| | | 11. Medications: |
| | | Coumadin 5mg po od |
| | | Digoxin 0.125 mg po od |
| | | atenolol 50 mg po od |
| | | Lisinopril 10 mg po od |
| | | Lipitor 40 mg po od |
| | | [illegible] 1814 4/23/03 |

Hassan Ali
M.D. Signature

4-23-03
Date

Dr. Gustavo Leon

CEDARS MEDICAL CENTER
MIAMI, FLORIDA
INITIAL ADMITTING ORDERS
DIAGNOSIS SYNCOPE

Silvestri, Joseph 860
CEDARS MEDICAL CENTER MIA.
MR EC651152

**USE BALL POINT PEN** **PRESS FIRMLY** T 4012

*Authorization is hereby given to dispense the generic equivalent unless otherwise indicated by the physician.*

| Weight | Height | Diagnosis |
|---|---|---|
| | | |

Allergies & Sensitivities ☐ NKA

| Date | Time | Complete top portion with each Level of Care change. Indicate order with a Check Mark. |
|---|---|---|
| | | ☐ Outpatient Procedure: ________ (*procedure*) for ________ (*medical reason*). |
| | | ☐ Place in Outpatient Observation Services for ________ (*medical reason*). |
| | | ☐ Admit as Inpatient for ________ (*medical reason*). |

Physician Signature: ________

| Date Ordered | Time Ordered | PHYSICIAN'S ORDER AND SIGNATURE #1 |
|---|---|---|
| | | |

CVA

Profile

Dig. level

Clonidine 0.1 mg PO

Tylenol 1 Gm PO

| Physician's Signature | Date & Time | Nurse's Signature | Date & Time | DO NOT WRITE ORDER UNLESS NUMBER APPEARS |
|---|---|---|---|---|
| [signature] | | | | |

CHART

PATIENT ID

| Date Ordered | Time Ordered | PHYSICIAN'S ORDER AND SIGNATURE #2 |
|---|---|---|
| | | |

| Physician's Signature | Date & Time | Nurse's Signature | Date & Time | DO NOT WRITE ORDER UNLESS NUMBER APPEARS |
|---|---|---|---|---|
| | | | | |

CHART

PATIENT ID



Cedars Medical Center

PROGRESS NOTES (Page 1)

| DATE OF NOTE | |
|---|---|
| | ADMISSION JUSTIFICATION |
| 04/23/03 | ADMISSION DIAGNOSIS: ① Syncopal Episode and out cleft [illegible] [illegible] [illegible] [illegible] [illegible] ō [illegible] [illegible] left of the [illegible] |
| | OTHER DIAGNOSES: Angina / Anticoagulated HTN DM |
| | INDICATIONS FOR ADMISSION: 1 Observation 2 Eval by neurologist 3 CT Scan 4 Cardio evaluation |
| | PLAN FOR TREATMENT: see adm sheet |
| | DO YOU FEEL THAT THIS PATIENT WILL BE LEAVING HOSPITAL FOR A SKILLED NURSING FACILITY? Yes No |
| | ADMISSION NOTE (If dictated, please indicate) not dictated |
| | [illegible] [illegible] ō HTN ō h/o of angina and syncopal episode that fell on the floor [illegible] [illegible] to left [illegible] [illegible]. The pt admitted for Evaluation and Treatment - The pt was evaluated [illegible] the [illegible]. I had [illegible] an umbrella in the [illegible] on the pt [illegible] clothes. [illegible] [illegible] [illegible] (P.E.) |
| | II O. NAD: PSH - multiple [illegible] DVC CHD |
| | PMH: ASHD, HTN, CAD, Hypercholesterolemia |

PATIENT IDENTIFICATION

PHYSICIAN'S PROGRESS NOTES

## PHYSICIAN'S PROGRESS NOTES CONTINUED

| DATE OF NOTE | PLEASE INDICATE NEW OR ADDITIONAL DIAGNOSES BELOW AND UNDERLINE |
|---|---|
| 04/27/03 | [illegible handwritten progress note] |
| | Labs: 142 / 107 / 16 / 95 ; 4.0 / 30 / 1.2 |
| | [illegible handwritten notes: ROS, PE, Abd, Plan] |

CEDARS MEDICAL CENTER
MIAMI, FLORIDA
PHYSICIAN'S PROGRESS NOTES CONTINUED

SILVESTRI, JOSEPH R
DR. LEON, GUSTAVO
08/14/31 M 71

## PHYSICIAN'S PROGRESS NOTES CONTINUED

| DATE OF NOTE | PLEASE INDICATE NEW OR ADDITIONAL DIAGNOSES BELOW AND UNDERLINE |
| --- | --- |
| 4/25 | [illegible] |
| 4/26 | Cardio |
| | BP better this am. |
| | VSS |
| | Tele SR |
| | No JVD |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] BP upon stress |
| | no Ischemia on EST (Nuc. Imag) |
| | Cont antihypertensives follow BP and cont to adjust doses accordingly |
| | for SBP < [illegible] |

CEDARS MEDICAL CENTER [illegible]
SILVESTRI, JOSEPH R
DR. LEON, GUSTAVO
03/12/31 M 71

CEDARS MEDICAL CENTER
MIAMI, FLORIDA
PHYSICIAN'S PROGRESS NOTES CONTINUED

# PHYSICIAN'S PROGRESS NOTES CONTINUED

| DATE OF NOTE | PLEASE INDICATE NEW OR ADDITIONAL DIAGNOSES BELOW AND UNDERLINE |
|---|---|
| 4/25/03 | CEDARS MEDICAL CENTER CLINICAL VASCULAR LABORATORY Carotid Evaluation done by Ashley |
| 04/25/03 2045 | [illegible] S/P [illegible] |
| | CAD. |
| | [illegible] |
| | [illegible] |
| | [illegible] echocard. done |
| | [illegible] |
| | E.F. 50% |
| | [illegible] pericardial effusion |
| | [illegible] |
| | [illegible] |
| | BP 108/65. [illegible] 80. RR [illegible] |
| | Temp 98.2 |
| | [illegible] |
| | Echocard. done [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] 60 mg [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |

CEDARS MEDICAL CENTER
MIAMI, FLORIDA
PHYSICIAN'S PROGRESS NOTES CONTINUED

CEDARS [illegible] MR E065[illegible]
[illegible]
SILVESTRI, JOSEPH R
DR. LEON, GUSTAVO
[illegible] M 71



PHYSICIAN'S PROGRESS NOTES CONTINUED

DATE OF NOTE

PLEASE INDICATE NEW OR ADDITIONAL DIAGNOSES BELOW AND UNDERLINE

4/25 Cardio

c/o c/p this am sts was upset
BP ↑ responded to NTG
VS 140/80
Tele SR
No JVD
Lungs CTA
Ht Reg $S_1$ $S_2$
Abd soft
Ext ⊝ Pul

EST: No Ischem or Nuc. Image ⊕ Scar.
Echo WNL EF 50%, apical HK.

HTN: ↑ Monopril
No Ischemia on EST, No MI by c/o
Rec Control BP
↑ Monopril
D/c in am if BP reasonable

[signature]

CEDARS MEDICAL CENTER
MIAMI, FLORIDA
PHYSICIAN'S PROGRESS NOTES CONTINUED

CEDARS MEDICAL CENTER MIA
MR E06511*2
E4286654G
SILVESTRI, JOSEPH R
DR. LEON, GUSTAVO

PHYSICIAN'S PROGRESS NOTES CONTINUED

| DATE OF NOTE | PLEASE INDICATE NEW OR ADDITIONAL DIAGNOSES BELOW AND UNDERLINE |
|---|---|
| | ...ESTRI, JOSEPH 860 17:55 23APR2003 V1 MON HR =51 A=0 admit |
| | ...=25 MM/SEC |
| | T 97.4 |
| | B 130/98 Reg |
| | P |
| 04-24-03 | ECHO DONE |

CEDARS MEDICAL CENTER
MIAMI, FLORIDA
PHYSICIAN'S PROGRESS NOTES CONTINUED



## PHYSICIAN'S PROGRESS NOTES CONTINUED

| DATE OF NOTE | PLEASE INDICATE NEW OR ADDITIONAL DIAGNOSES BELOW AND UNDERLINE |
|---|---|

CEDARS MEDICAL CENTER
MIAMI, FLORIDA
PHYSICIAN'S PROGRESS
NOTES CONTINUED

**Cedars Medical Center** EDP History & Physical Worksheet - General Adult

Identification

NAME Silvestri, Joseph. Date/Time of Treatment : AM PM 4-23-03

All elements not circled/struck/checked/annotated - were not pertinent

Level 1, 2, 3 Documentation - 1 to 3 elements | Level 4 - 4+ elements or 3 chronic or inactive conditions | Level 5 - 4+ elements or 3 chronic or inactive conditions

CC & History of Present Illness

Chief complaint: 71 yo WM c H/O HTN / CAD. from Jail.

Time seen by physician

Age 71

Sex M

Had an episode of full

☐ Symptom/Location syncope in jail today

☐ Severity/Radiation Episode lasted ~ 5 min.

☐ Modifying Factors Was dizzy prior to episode.

☐ Context/Mechanism of Injury

☐ Quality

☐ Duration

☐ Timing

Pain Severity 0 - 1 - 2 - 3 - 4 - 5 - 6 - 7 - 8 - 9 - 10 (Circle One)

☐ Associated Signs & Sx

☐ EMS Direction

Review of Systems

Level 1, 2, 3 Documentation - 1 system, problem pertinent | Level 4 Documentation - 2 to 9 systems | Level 5 Documentation - 10+ systems

✓ All systems negative except as noted

☐ Unable to fully assess due to: ( ) altered LOC ( ) patient condition ( ) other

☒ All normal ~~strike negatives~~ Circle positives

ENT: sore throat, nosebleeds, rhinorrhea, hoarse, throat swelling, hearing loss [N]

GU: dysuria, discharge, dyspareunia, frequency, irreg menses, flank pain, hematuria [N]

PSY: change MS, agitation, suicidal, confusion, depression, hostile [N]

CV: chest pain, rapid ht beat, LE edema, palpitations, slow ht beat, orthopnea [N]

MUS: myalgias, neck/back pain, redness, arthralgias, inflammation, heat [N]

MET: fatigue, polyuria, hair change, weakness, polydipsia, heat tolerance [N]

CON: fever, chills, high BP, weight loss, (dizzy), weak [N]

RES: SOB, prod. cough, DOE, pleuritic CP, nonprod. cough, PND, hemoptysis [N]

SKIN: rash, bruising, contusions, swelling, lacerations, abrasions [N]

HEM: bleeding, nodes, bruising, petechiae [N]

EYE: redness, discharge, visual loss, pain, blurred, vision change [N]

GI: nausea, diarrhea, pain, vomiting, constipation, bloating, melena [N]

NEU: headache, numbness, change funct, weakness, change LOC, paresthesias, change speech [N]

ALL: rhinorrhea, atopic dermat., asthma, sneezing [N]

Past Medical History

Level 1, 2, 3 Documentation - None | Level 4 Documentation - One area | Level 5 Documentation - 2 of 3 areas

MED/SURG HX: DM, (HBP), (CAD), GI Bleed, CVA, CA, Recent Surgery

Jail (Federal.)

TETANUS

GYN: LMP G__ P__ Contraception

Fam Hx: DM, (HBP), CA, (CAD), CVA

Social Hx: Tobacco – Marital Status Jail, ETOH, Sub Abuse, Lives Alone

**ALLERGIES & MEDS**

ALLERGIES: ☑ See Nurses Notes.

MEDS: ☑ See Nurses Notes.

Diagnostic

Information gathering & documentation. Testing. Document abnormal findings.

| Lab | | X-Ray | EKG |
|---|---|---|---|
| ☐ CBC | ☐ CHEM | ☐ CXR | ☐ 12 Lead ☐ Rhythm Strip |
| ☐ UA | ☐ Cardiac markers | ☐ | Rate Rhythm |
| ☐ HCG | ☐ ABG | ☐ CT brain | Ischemic Ectopic |
| ☐ Amylase/Lipase | ☐ ETOH/UDS | | Interpreted By: |
| ☐ PT/PTT | ☐ Culture | | |
| ☐ ESR | ☐ | | ☐ Pulse oximetry |
| ☐ Review old charts | | | % |
| ☐ Consultation Dr. | Time Called | Time answered Time arrived | Interpretation ☐ Normal ☐ Hypoxic |

© Copyright 2003 Team Health, Inc. All Rights Reserved. Not to be reproduced without permission

Version #9906

Addressograph CEDARS MEDICAL C... 10651152 SILVESTRI, JOSEPH R ... ALI HASSAN ... 71

**Cedars Medical Center** EDP History & Physical Worksheet - General Adult

Identification

: AM PM

NAME

Date/Time of Treatment

All elements not circled/struck/checked/annotated - were not pertinent

Room

Level 2, 3 – 2 to 4 body areas / organ systems | Level 4 – 5 to 7 body areas / organ systems | Level 5 – 8 or more organ systems

## Physical Examination

☒ Normal (Circle) positives and provide additional documentation

☐ Physical Examination incomplete due to critical condition of patient.

**CONS**
- ☐ Vital signs per nurses notes
- ☐ Well developed, well nourished
- ☐ No acute pain/distress
- ☐ Odor ETOH

more below ☐

**PSYC**
- ☐ Alert and oriented to TPP
- ☐ No abnormalities of mood or affect
- ☐ Memory (recent and remote) intact

more below ☐

**EYES**
- ☐ PERRL
- ☐ Conjunctivae and lids normal
- ☐ Fundi and discs normal
- ☐ EOM normal

more below ☐

**ENT**
- ☐ Otoscopic exam of external canal and TMs normal
- ☐ Nasal mucosa, turbinates, and septum normal
- ☐ Mouth, tongue, and pharynx normal
- ☐ Pharynx without edema, exudate, or injection

more below ☐

**NECK**
- ☐ Neck supple
- ☐ No JVD
- ☐ No thyromegally
- ☐ No bruits

more below ☐

**CHST**
- ☐ No masses or tenderness
- ☐ Breasts symmetric
- ☐ No discharge

more below ☐

**RESP**
- ☐ Normal respiratory effort and excursion
- ☐ No rales, rhonchi or wheezes
- ☐ Normal to percussion
- ☐ Equal air entry

more below ☐

**CV**
- ☐ Normal PMI with no thrills, RSR
- ☐ No murmurs or gallops
- ☐ Normal carotids ☐ normal abd aorta ☐ normal femorals ☐ normal pedals
- ☐ No edema or varicosities
- ☐ Normal capillary refill
- ☐ Distal pulses present

more below ☐

**NEUR**
- ☐ Normal speech
- ☐ CN II-XII intact
- ☐ DTRs normal, no pathologic reflexes
- ☐ Normal motor and sensory function

Nonfocal

more below ☐

**GI**
- ☐ No masses, tenderness, rebound or guarding
- ☐ Normal liver, spleen, kidney
- ☐ No hernia
- ☐ Rectal, not indicated ☐ rectal normal ☐ hemoccult negative
- ☐ Normal bowel sounds

more below ☐

**GU**
- ☐ Genitalia normal to inspection
- ☐ No masses, tenderness or adenopathy
- ☐ Genitalia normal to palpation
- ☐ Normal cervix Normal bimanual ☐ bladder ☐ uterus ☐ adnexa ☐

more below ☐

**LYM**
- ☐ No adenopathy of neck
- ☐ No adenopathy of axillae
- ☐ No adenopathy of groin
- ☐ No adenopathy, other ______

more below ☐

**MUS**
- ☐ Normal gait and station
- ☐ Normal digits and nails
- ☐ No tendon injury
- ☐ Proximal and distal joint normal
- ☐ No F.B. noted
- ☐ No ligamentous injury
- ☐ Normal to palpation
- ☐ Normal strength/tone
- ☐ Neurovascular status intact

more below ☐

**SKN**
- ☐ Normal to inspection
- ☐ Normal to palpation

more below ☐

**GCS**
- ☐ Glascow Coma Scale
- Initial ______ Repeat ______

## Procedures

Laceration Length ______ cm. Layered Y/N

## CRITICAL CARE MUST BE TIME DOCUMENTED

☐ CRITICAL CARE TIME BELOW DOES NOT INCLUDE TIME FOR SEPARATELY BILLED PROCEDURES.

CRITICAL CARE Time ______ 30-74 minutes ☐ 75-105 minutes

Additional documentation

**Documentation of Medical Decision Making process, including differential diagnoses, nature and severity of problem, risk of morbidity and mortality and other factors.**

Initial Impression/Differential Diagnoses

Additional history, exam, reassessments

Primary Diagnosis Syncope.

Secondary Diagnosis Coronary artery disease.

Secondary Diagnosis

Secondary Diagnosis

| Condition | Disposition | Prescriptions |
|---|---|---|
| ☐ Stable ☐ Improved | Disp. Time ______ ☐ Disch. ☒ Admit ☐ AMA ☐ Transfer ☐ Exp. Location | |

Dr Gustavo Leon.

See D/C Instructions ☐

D/C Instructions/Sheet # ______

Chart complete when checked ☐

Signature: [signature]

☐ NOTE DICTATED

© Copyright 2003 Team Health, Inc. All Rights Reserved. Not to be reproduced without permission

Version #99

Addressograph

CEDARS MEDICAL CENTER MIA.

MR C0651152

RUN DATE: 05/06/03
RUN TIME: 1516

CEDARS MEDICAL CENTER LAB
1400 NW 12th Avenue Miami, FL 33136
DISCHARGE REPORT

PAGE 1

Name: SILVESTRI,JOSEPH R    Age/Sex: 71/M    Attend Dr: Leon,Gustavo
Acct#: E42866946    Unit#: E0651152    Status: DIS IN    Location: C8FLS    860-1
Reg: 04/23/03    Disch: 04/26/03    Insurance: insurance.

CHEMISTRY

| Day | 1 | | | | Reference | Units |
|---|---|---|---|---|---|---|
| Date | 4/23/03 | | | | | |
| Time | UNK | | | | | |
| Sodium | 142 | | | | (135-145) | mmol/L |
| Potassium | 4.0 | | | | (3.5-5.2) | mmol/L |
| Chloride | 107 | | | | (95-110) | mmol/L |
| Carbon Dioxide | 30 | | | | (19-34) | mmol/L |
| Glucose | 95 | | | | (70-110) | mg/dL |
| BUN | 16 | | | | (6-22) | mg/dL |
| Creatinine | 1.2 | | | | (0.6-1.3) | mg/dL |
| Calcium | 8.0 L | | | | (8.7-10.5) | mg/dL |

Cardiac Enzymes

| Date | Time | Test | Result | Reference | Units |
|---|---|---|---|---|---|
| 4/23/03 | UNK | CK | 40 | (35-232) | U/L |
| | | CK-MB Isoenzyme | 1 | (0-6) | U/L |
| | | Troponin-I | < 0.04 | (<1.5) | ng/mL |
| | | Interpretation | (A) | | |

(A) No serologic evidence of acute myocardial injury (no CPK-MB or significant Troponin elevation). Since the earliest CPK-MB elevation is between four to eight hours after onset of acute MI, consider serial enzyme studies, if clinically indicated, to rule out the possibility of early myocardial disease. (410.9, 5712)

----------------------
SAYET,DONALD J M.D.

| Date | Time | Test | Result | Reference | Units |
|---|---|---|---|---|---|
| 4/23/03 | 8:05 PM | CK | 33 L | (35-232) | U/L |
| | | CK-MB Isoenzyme | 1 | (0-6) | U/L |
| | | Troponin-I | < 0.04 | (<1.5) | ng/mL |
| | | Interpretation | (B) | | |

(B) No serologic evidence of acute myocardial injury (no CPK-MB or significant Troponin elevation). Since the earliest CPK-MB elevation is between four to eight hours after onset of acute MI, consider serial enzyme studies, if clinically indicated, to rule out the possibility of early myocardial disease. (410.9, 5712)

----------------------
GONZALEZ,MIGUEL M.D.

# = STATISTICALLY SIGNIFICANT CHANGE    > = GREATER THAN    < = LESS THAN
H = HIGH  L = LOW  *H = CRITICAL HIGH  *L = CRITICAL LOW  * = ABNORMAL
S = SENSITIVE  I = INTERMEDIATE  R = RESISTANT
Patient: SILVESTRI,JOSEPH R    Age/Sex: 71/M    Acct#E42866946    Unit#E0651152

RUN DATE: 05/06/03
RUN TIME: 1516

CEDARS MEDICAL CENTER LAB
1400 NW 12th Avenue Miami, FL 33136
DISCHARGE REPORT

PAGE 2

Name: SILVESTRI,JOSEPH R Age/Sex: 71/M Attend Dr: Leon,Gustavo
Acct#: E42866946 Unit#: E0651152 Status: DIS IN Location: C8FLS 860-1
Reg: 04/23/03 Disch: 04/26/03 Insurance: insurance.

CHEMISTRY
Cardiac Enzymes

| Date | Time | Test | Result | Flag | Reference | Units |
|---|---|---|---|---|---|---|
| 4/24/03 | 4:55 AM | CK | 31 | L | (35-232) | U/L |
| | | CK-MB Isoenzyme | 0 | | (0-6) | U/L |
| | | Troponin-I | < 0.04 | | (<1.5) | ng/mL |
| | | Interpretation | (C) | | | |

(C) No serologic evidence of acute myocardial injury (no CPK-MB or significant Troponin elevation). Since the earliest CPK-MB elevation is between four to eight hours after onset of acute MI, consider serial enzyme studies, if clinically indicated, to rule out the possibility of early myocardial disease. (410.9, 5712)

-----------------------
GONZALEZ,MIGUEL M.D.

Therapeutic Drug Monitoring

| Date | Time | Test | Result | Flag | Reference | Units |
|---|---|---|---|---|---|---|
| 4/23/03 | UNK | Digoxin | 0.4 | L | (0.8-2.0) | ng/mL |
| | | Interpretation | (D) | | | |

(D) This serum level is below the therapeutic range. A serum concentration of less than 0.8 ng/ml is usually insufficient for anti-arrhythmic action. It takes approximately two to four weeks for a patient to reach steady state when treated by the oral route. Samples for digoxin concentration should be obtained immediately before and oral dosage, following achievement of steady state.
(428.0, 5724)

-----------------------
GONZALEZ,MIGUEL M.D.

# = STATISTICALLY SIGNIFICANT CHANGE > = GREATER THAN < = LESS THAN
H = HIGH L = LOW *H = CRITICAL HIGH *L = CRITICAL LOW * = ABNORMAL
S = SENSITIVE I = INTERMEDIATE R = RESISTANT
Patient: SILVESTRI,JOSEPH R Age/Sex: 71/M Acct#E42866946 Unit#E0651152

RUN DATE: 05/06/03
RUN TIME: 1516

CEDARS MEDICAL CENTER LAB
1400 NW 12th Avenue Miami, FL 33136
DISCHARGE REPORT

Name: SILVESTRI,JOSEPH R Age/Sex: 71/M Attend Dr: Leon,Gustavo
Acct#: E42866946 Unit#: E0651152 Status: DIS IN Location: C8FLS 860-1
Reg: 04/23/03 Disch: 04/26/03 Insurance: insurance.

HEMATOLOGY

| | | | | | |
|---|---|---|---|---|---|
| Day | 1 | | | | |
| Date | 4/23/03 | | | | |
| Time | UNK | 8:54 PM | | Reference | Units |
| WBC | 5.7 | | | (3.6-11.0) | K/uL |
| RBC | 4.77 | | | (4.5-5.9) | M/uL |
| Hemoglobin | 13.2 | | | (13.0-18.0) | gm/dL |
| Hematocrit | 39.5 L | | | (40.0-52.0) | % |
| MCV | 82.6 | | | (81.0-97.0) | fl |
| MCH | 27.7 | | | (26.0-34.0) | pg |
| MCHC | 33.5 | | | (31.0 - 37. | gm/dL |
| RDW | 16.9 H | | | (11.5-15.0) | % |
| Platelet Ct | 183 | | | (150-400) | K/uL |
| MPV | 8.8 | | | (7.4-10.4) | fl |
| Neutrophil % | 55.3 | | | (36.0-66.0) | % |
| Lymph % | 30.4 | | | (23.0-43.0) | % |
| Mono % | 11.5 H | | | (0.0-10.0) | % |
| Eos % | 2.2 | | | (0.0-5.0) | % |
| Baso % | 0.7 | | | (0.0-1.0) | % |
| Neutrophil Abs | 3.1 | | | (1.6-8.2) | K/uL |
| Lymph Abs | 1.7 | | | (1.1-4.7) | K/uL |
| Mono Abs | 0.7 | | | (0.0-1.1) | K/uL |
| Eos Abs | 0.1 | | | (0.0-0.5) | K/uL |
| Baso Abs | 0.0 | | | (0.0-0.4) | K/uL |
| Sed Rate | | 3 | | (0-15) | mm |

COAGULATION

| | | | | | |
|---|---|---|---|---|---|
| Day | 1 | | | | |
| Date | 4/23/03 | | | | |
| Time | UNK | | | Reference | Units |
| PT | 18.7 H | | | (10.5-13.5) | Seconds |

# = STATISTICALLY SIGNIFICANT CHANGE > = GREATER THAN < = LESS THAN
H = HIGH L = LOW *H = CRITICAL HIGH *L = CRITICAL LOW * = ABNORMAL
S = SENSITIVE I = INTERMEDIATE R = RESISTANT

Patient: SILVESTRI,JOSEPH R Age/Sex: 71/M Acct#E42866946 Unit#E0651152

RUN DATE: 05/06/03
RUN TIME: 1516

CEDARS MEDICAL CENTER LAB
1400 NW 12th Avenue Miami, FL 33136
DISCHARGE REPORT

PAGE 4

Name: SILVESTRI,JOSEPH R  Age/Sex: 71/M  Attend Dr: Leon,Gustavo
Acct#: E42866946  Unit#: E0651152  Status: DIS IN  Location: C8FLS 860-1
Reg: 04/23/03  Disch: 04/26/03  Insurance: insurance.

COAGULATION

| | | | | | | Reference | Units |
|---|---|---|---|---|---|---|---|
| Day | 1 | | | | | | |
| Date | 4/23/03 | | | | | | |
| Time | UNK | | | | | | |
| PT INR | 2.3 (E) | | | | | | |

(E) The INR is used to standardize the reporting of the prothrombin time and is specifically intended for assessing patients stabilized on long term oral anticoagulant therapy, (greater than 10 days)

The recomended therapeutic ranges for oral anticoagulant therapy are:

| | |
|---|---|
| Prophylaxis in high risk surgery | INR = 2.0-2.5 |
| Treatment of DVT or Pulmonary Embolism | INR = 2.0-3.0 |
| Prophalyxis against Systemic Embolism in Cardiac Disease | INR = 2.0-3.0 |
| Mechanical Prosthetic Heart Valve Recurrent Systemic Embolism | INR = 2.5-3.5 |

| | | | | | | Reference | Units |
|---|---|---|---|---|---|---|---|
| APTT | 31 (F) | | | | | (25-35) | Seconds |

(F) Heparin dosage should be adjusted to maintain APTT to +/- 2x normal (Target range 60-80 seconds), which is equivalent to a Heparin level by Anti-XA of 0.3-0.7 units/mL.

____________________
[f usern]

IMMUNOLOGY
Thyroid Antibodies

| Date | Time | Test | Result | Reference | Units |
|---|---|---|---|---|---|
| 4/23/03 | 8:54 PM | Microsomal Ab | <2.0(*a) | (< 2.0) | IU/mL |
| | | Thyroglobulin Ab | <2.0(*a) | (< 2.0) | IU/mL |

| Test | Date | Time | Result | Reference | Units |
|---|---|---|---|---|---|
| Thyroid Stimulating Hormo | 4/23/03 | 8:54 PM | 1.20(*a) | (0.40-5.00) | uIU/mL |

NOTES: (*a) TEST PERFORMED AT: Integrated Regional Laboratories-Florida
5361 N.W. 33rd Ave. Fort Lauderdale, Florida 33309 (800)522-0232

# = STATISTICALLY SIGNIFICANT CHANGE > = GREATER THAN < = LESS THAN
H = HIGH L = LOW *H = CRITICAL HIGH *L = CRITICAL LOW * = ABNORMAL
S = SENSITIVE I = INTERMEDIATE R = RESISTANT
Patient: SILVESTRI,JOSEPH R Age/Sex: 71/M Acct#E42866946 Unit#E0651152

PATIENT NAME: SILVESTRI,JOSEPH R
UNIT NO: E0651152

EXAMS: 000747818 CT BRAIN W/O CONTRAST

CRANIAL CT AXIAL WITHOUT CONTRAST - 4/23/03 AT 1521 HOURS:

CT SCAN OF THE BRAIN DEMONSTRATES NO ACUTE OR OTHER SIGNIFICANT INTRACRANIAL ABNORMALITIES.

** Electronically Signed by JORGE SOWERS MD on 04/24/2003 at 1052 **
Reported by: JORGE J. SOWERS, M.D.
Signed by: SOWERS,JORGE MD

CC: Hassan Ali MD

DICTATED DATE/TIME: 04/23/2003 (1600)
TECHNOLOGIST: JOSE AYALA RT
TRANSCRIBED DATE/TIME: 04/24/2003 (0845)
TRANSCRIPTIONIST: CRAD:GLH
ELECTRONIC SIGNATURE DATE/TIME: 04/24/2003 (1052)
PRINTED DATE/TIME: 04/25/2003 (2205) BATCH NO: 4436

Signed Report Printed From PCI

PAGE 1

**CEDARS MEDICAL CENTER**
**1400 NW 12th Ave**
**Miami, Florida 33136**

NAME: SILVESTRI,JOSEPH R
PHYS: CALIH - Ali,Hassan SEX: M
DOB: 08/12/1931 AGE: 71
ACCT NO: E42866946 LOC: 860 1
EXAM DATE: 04/23/2003 STATUS: ADM IN
RADIOLOGY NO:

CEDARS MEDICAL CENTER
HEART STATION
1400 N.W. 12 AVE
MIAMI, FLORIDA 33136

PATIENT'S NAME:SILVESTRI,JOSEPH R

PATIENTS'S AGE:71

UNIT NUMBER:E0651152

ROOM NUMBER:860

DIAGNOSIS:

STUDY PERFORMED: 04/23/03 and 04/24/03

ATTENDING PHYSICIAN: DR. Gustavo Leon

| | NORMAL | ACTUAL |
|---|---|---|
| Posterior myocardium: | | |
| -THICKNESS | (0.8-1.4 cm) | 1.1cm |
| -EXCURSION | (0.8-1.1 cm) | 1.0cm |
| Mitral valve: | | |
| -AMPLITUDE | (2.4-2.9 cm) | 2.2cm |
| -E-F SLOPE | (70-140mm/sec) | ~60mm/sec |
| Aortic root AP diameter | (2.0-3.5 cm) | 3.9cm |
| Left atrium AP diameter | (1.8-4.1 cm) | ~4.1cm |
| LA/AO | | |

| | NORMAL | ACTUAL |
|---|---|---|
| Right ventricular dimension(RVD) | (0.5-2.1 cm) | WNLcm |
| Left ventricular diameter in diastole(LVIDd) | (3.5-5.3 cm) | ~5.5cm |
| Left ventricular diameter in systole | (2.1-3.5 cm) | cm |
| Ejection fraction | (50-70%) | ~50% |
| Intraventricular septum: | | |
| -THICKNESS | (0.7-1.2 cm) | 1.2cm |
| -EXCURSION | (0.5-0.9 cm) | 0.6cm |
| Septum/posterior wall | (1.0 +/- 0.3 cm) | |



PATIENT: SILVESTRI, JOSEPH R.
MR #: 651152
DATE PERFORMED: 4/24/03

DIAGNOSIS: ANGINA PECTORIS, CORONARY BYPASS SURGERY, SYNCOPE

2-D AND M-MODE ECHOCARDIOGRAMS WERE OBTAINED AND ANALYZED. THE AORTIC ROOT SIZE IS NORMAL. THE AORTIC VALVE IS TRICUSPID, SLIGHTLY SCLEROTIC, OPENS NORMALLY. THERE IS SLIGHT SCLEROSIS OF THE AORTIC ROOT WALLS ALSO. THERE IS SLIGHT PROMINENCE OF THE LEFT ATRIUM. THE LEFT VENTRICULAR CHAMBER SIZE IS NORMAL WITH MILD CONCENTRIC LEFT VENTRICULAR HYPERTROPHY. THE DISTAL ANTEROSEPTAL AND APICAL REGIONS ARE HYPOKINETIC. THE EJECTION FRACTION IS ~45%. THE MITRAL VALVE OPENS AND CLOSES IN NORMAL DIRECTIONS. THERE IS LIGHT SCLEROSIS OF THE DISTAL ANTERIOR MITRAL LEAFLET AND LIGHT MITRAL ANNULAR CALCIFICATION. THE RIGHT ATRIUM, RIGHT VENTRICLE AND THE TRICUSPID VALVE APPEAR NORMAL. THE RIGHT VENTRICULAR FUNCTION APPEARS NORMAL. THERE IS NO SIGNIFICANT PERICARDIAL EFFUSION.

DOPPLER ECHOCARDIOGRAM, INCLUDING COLOR FLOW MAPPING SHOWED THE PRESENCE OF MODERATE MITRAL INSUFFICIENCY. THE AORTIC VALVE FLOW PATTERN APPEARS NORMAL. THE TRICUSPID VALVE FLOW PATTERN IS NORMAL. BASED ON PULMONARY ACCELERATION TIME AND METHOD THE PULMONARY SYSTOLIC PRESSURE IS CALCULATED AT 29.5mmHg, THE UPPER NORMAL LIMITS.

CONCLUSION:

1) SCLEROTIC, NON STENOTIC AORTIC VALVE.

2) SLIGHTLY DILATED LEFT ATRIUM.

3) CONCENTRIC LEFT VENTRICULAR HYPERTROPHY.

4) HYPOKINESIS OF THE DISTAL ANTEROSEPTAL AND APICAL REGIONS. EJECTION FRACTION ~45%, CONSIDER ASSOCIATED ISCHEMIC DISEASE.

5) LIGHT MITRAL ANNULUS CALCIFICATION.

6) MILD TO MODERATE MITRAL INSUFFICIENCY.

7) UPPER NORMAL LIMIT RIGHT HEART SYSTOLIC PRESSURES.

8) ABNORMAL STUDY. CLINICAL CORRELATION RECOMMENDED.

DICTATING PHYSICIAN: ____________________
DR.Roberto A. Miki

TRANSCRIBED BY: GUTIERREZ,JOSE F. ON: 04/25/03

Age/Sex: 71 M Attending: Leon.Gustavo SILVESTRI.JOSEPH R Page: 1
Unit #: E0651152 Account #: E42866946
Admitted: 04/23/03 at 1633 Location: C8FLS (t 8-SOUTH) Cedars Medical Patient Care *Live* Printed 04/26/03 at 0418
Status: ADM IN Room/Bed: 860-1 24 HR SUMMARY 12 hours ending 04/26/03 at 0559

## Administrative Data

TEMPORARY LOCATION 8-SOUTH 8-SOUTH NURSING STATION

HOLD TRAY: DATE MEAL RELEASE
CONDITION VISITORS ALLOWED Y
CMT HT 6 ft in 182.9 cm
VISIT REASON SYNCOPE WT 240 lb oz 108.86 kg
--- OBSERVATION PATIENT ---
DT IN TM IN BODY SURFACE AREA 2.30 m2
DT OUT TM OUT
PATIENT DIAGNOSIS #1:SYNCOPE
PATIENT DIAGNOSIS #2:
SURGICAL/INVASIVE PROCEDURE:

ISOLATIONS: S STANDARD

## Allergies

| Type | Allergy - Severity/Comments | Updated Dt/Tm | Verified Dt/Tm |
|---|---|---|---|
| MEDICATION | No Known Drug Allergies | 11/26/02 1247 | 04/24/03 0025 |
| FOOD | No Known Food Allergies | 11/26/02 1247 | 04/24/03 0025 |
| CONTRAST MEDIA | No Known Contrast Allergies | 11/26/02 1247 | 04/24/03 0025 |
| OTHER | No Known Other Allergies | 04/23/03 1311 | 04/24/03 0025 |

## VITAL SIGN & PAIN QUERIES

| | 04/25 2047 MYM | 04/26 0019 MYM |
|---|---|---|
| BP: | 118/81 | 132/83 |
| BP Source: | CUFF | CUFF |
| Temperature: | 97.7 | 97.3 |
| Temp. Source: | ORL | ORL |
| Pulse: | 57 | 53 |
| Pulse Source: | MONITOR | MONITOR |
| Respirations(spon): | 20 | 20 |
| Resp. Source: | OBSERVE | OBSERVE |
| Pain Scale(0-10) | 0 | 0 |

## ADL'S FLOW SHEET

| | 04/25 2330 JLT |
|---|---|
| ===========HYGIENE=========== | |
| AM Care: | |
| Skin Care: | |
| Peri Care: | |
| HS Care: | Y |
| Linen Changed: | Y |
| Foley Care: | |
| Oral Hygiene: | |
| Bath: | |
| BM Today X: | |
| Comment: | |
| ====== SAFETY/RISK FACTORS ====== | |
| Bed in Low Position | Y |

## ADL'S FLOW SHEET

| (continued) | 04/25 2330 JLT |
|---|---|
| Side Rails up: | Y |
| Call Light within R | Y |
| Fall Protocol: | Y |
| Restraints: | |
| Restraints Released | |
| Comment: | PT CUFFED TO BED |
| ===========ACTIVITY=========== | |
| Bedrest: | Y |
| Bathroom Priviledge | Y |
| Out Of Bed: | |
| Turned: | |
| Assist Transfer: | |
| Act. Tolerance: | |
| ===========DRESSING=========== | |
| Dressing Change: | |
| Location | |

## NEUROLOGICAL FLOW SHEET

| | 04/25 2047 MYM | 04/26 0019 MYM |
|---|---|---|
| C=Cheyne-Stokes | | |
| Respirations(spon): | 20 | 20 |

## NURSE NOTE

Occurred Date Time Recorded Date Time By

04/25/03 1943 04/25/03 1946 BXH HANLEY.BETTY RN
PT VS STABLE B/P-120/84 AND NO C/O CHEST PAIN.DR.NASS(CARDIOLOGIST) AND SAW THE PT EARLIER TODAY AND STATED PT CAN GO HOME AND BE MEDICALLY TREATED FROM HIS STANDPOINT AND CHECK BLOOD PRESSURE-THAT ITS WITHIN NORMAL LIMITS.

04/25/03 2300 04/26/03 0414 JLT TOLEDO.JORGE L. RN
PT IS IN SB. AND IS ASYMPTOMATIC. PT HAS NO SOB OR C/P. PT HAS GAURDS AT BEDSIDE. AND IS CUFFED TO THE BED.

## CRITICAL CARE SHIFT ASSESSMENT 04/25 2210 JLT

=========CARE PLAN=========

**The patient/family has the right to participate in the development and Plan of Care.**

Plan of Care with Pt/Family: YES
Pt/Family Verbalize Agreement: YES

If Pt/Family refused to participate, review alternative with Pt/Family:
Comment: PT HAS BEEN INSTRUCTED ON THE CAREPLAN. PT IS FORENSIC, WITH 2
Comment: GUARDS PRESENT AT ALL TIMES

========= NEUROLOGICAL =========

<NEUROLOGIC DIFF>: N
LOC: AWAKE ALER Responds to: NAME Pupil Size Lt Eye: 3 MM
Speech: CLEAR Pupil Size Rt Eye: 3 MM Pupil Reaction Lt Eye: BRISK
Oriented to: PE PL TM S Pupil Reaction Rt Eye: BRISK Restraints:
Neuro Comment: PT IS CUFFED TO BED

=========CARDIOVASCULAR=========

Age/Sex: 71 M  Unit #: E0651152  Admitted: 04/23/03 at 1633  Status: ADM IN
Attending: Leon.Gustavo  Account #: E42866946  Location: C8FLS (t 8-SOUTH)  Room/Bed: 860-1

SILVESTRI,JOSEPH R

Cedars Medical Patient Care *Live*
24 HR SUMMARY

Page: 2
Printed 04/26/03 at 0418
12 hours ending 04/26/03 at 0559

CRITICAL CARE SHIFT ASSESSMENT 04/25 2210 JLT

```
<CARDIOVASCULAR DIFF>: N
            Edema: N
   Edema Location:                                   Monitor: SB
   Pitting Edema:          Heart Sounds: BOUNDING    Pacer:
Dorsalis Pedis Rt: PALPABLE     Rhythm:              Rate:
Dorsalis Pedis Lt: PALPABLE     Shunt:               Ma:
Cardiovascular Comment: PT IS ASYMPTOMATIC, AND HAS NO C/P.

==== NEUROVASCULAR ====
<NEUROVASCULAR DIFF>: N
   Extremity Temp: WARM DRY                    Sensation: LITE TOUCH
    Extrem. Color: PINK                 Capillary Refill: <3 SECONDS
Neurovascular Comment:
Neurovascular Comment:

==== SKIN INTEGRITY ====
<INTEGUMENTARY DIFF>: N
       Skin Color:             Wound/Incis.:          Drains:
        Skin Temp:           Drainage Color:
   Skin Integrity:         Dresssing Change:
          Turgor:             Dressing Type:
     Diaphoresis:       Dressing Clean & Dry:
     Skin Comment:
     Skin Comment:

BRADEN SCALE
Sensory Perception: 4 NO LIMIT
          Moisture: 4 RARELY
          Activity: 4 FRQUENT
          Mobility: 4 NO LIMIT
         Nutrition: 3ADEQUATE
 Friction and Shear: 3-MOVES
             TOTAL: 22
KEY: 16 minimum risk, 13-14 moderate risk, 12 or< high risk

   Incision #1: NONE
   Incision CMT:
   Incision #2:
   Incision CMT:
 Laceration #1:
 Laceration CMT:
 Laceration #2:
 Laceration CMT:
       Burn #1:
   Burn Comment:
       Burn #2:
   Burn Comment:
     Lesion #1:
     Lesion CMT:
     Lesion #3:
     Lesion CMT:

Other (Skin Alterations):          Location:
     COMMENT:
```

CRITICAL CARE SHIFT ASSESSMENT 04/25 2210 JLT

```
==== VENTILATION ====
<VENTILATION DIFF>: N
      Breath Sounds: CLEAR          Sputum:                Oxygen LPM/%: 2
Breath Sound Locate: BILATERAL      Sputum Color:          Pulse Oxymetry:
        Resp. Rhythm:               Nail Beds: PINK
              Cough:                Oxygen Type: NASALCANNU
       Vent Settings:
Ventilation Comment:

==== ELIMINATION ====
<GENITOURINARY DIFF>: N
          Urination: NORMAL      Distention: N          Bladder Irrigation: N
        Urine Color: CLEAR YELL  Catheter:                     Ostomy Type:
               Odor: NORMAL
Elimination Comment: PT VOIDS FREELY INTO URINAL

==== GASTROINTESTINAL ====
        <GI DIFF>: N
    Bowel Sounds: PRESENT              Residual:          Stool Color:
       Abd. Size: ROUND            NG.Place/Check:        Incontinence:
         GT.Site:                  Feeding Pump:          Ostomy Type:
     NG Drainage:                      BM Today:          Flatus/Passing: Y
         Suction:          Aspiration Precaution: N            Emesis:
  Gastro Comment:
  Gastro Comment:

==== NUTRITION ====
          <NUTRITION DIFF>: N                        Poor Dentition:
                Diet Today:                   TPN/PPN/Feeding Tube:
                  Appetite:               Not tolerating tube feeding:
  Nausea/Vomiting >2 days:               Ac./Chr. Wound (Stage I-IV):
  PO Intake <75% for >2 days:                Mechanically Ventilated:
Difficulty Chewing/Swallowing:                          Ab. Lab.Value:
                                                    Needs Diet Teaching:
         Nutrition Comment:

==== MUSCULOSKELETAL ====
<MUSCULOSKELETAL DIFF>: N
     Moves all extrem.:           Gait: BALANCED     Mobility Aids:
       Range of Motion:        Grip Lt: NORMAL
Location of Limited ROM:       Grip Rt: NORMAL
     Musc/Skel Comment:
     Musc/Skel Comment:

==== COMFORT ====
<COMFORT DIFF>: N
          Pain: N   IF (Y) Refer to Manual Pain Documentation Form

==== IV ====
          IV'S: N   IV.Patent:        #IV.Pumps in use:            Heplock: Y
       IV Site:          Line Flushed.Zeroed.Leveled ?Cvp:     H/L Patent: Y
  IV Appearence:                                  Swan:          H/L Site: RT ANTECUB
 Insertion date:                                A-Line:   H/L Appearence: DRY INTACT
Dres.change date:                                          Insertion date: 04/23/03
```

Age/Sex: 71 M Attending: Leon,Gustavo SILVESTRI,JOSEPH R Page: 3
Unit #: E0651152 Account #: E42866946
Admitted: 04/23/03 at 1633 Location: C8FLS (t 8-SOUTH) Cedars Medical Patient Care *Live* Printed 04/26/03 at 0418
Status: ADM IN Room/Bed: 860-1 24 HR SUMMARY 12 hours ending 04/26/03 at 0559

CRITICAL CARE SHIFT ASSESSMENT 04/25 2210 JLT

Wt today kg?: Lb: Dres.change date: 04/26/03

CVP: Date CVP Inserted: Unit CVP Inserted:

IV Comment: H/L FLUSHING WELL
IV Comment:

========== PSYCHOSOCIAL ==========

Anxiety/Fear: N Coping mechanism: Y
Psychosocial Comm: PT IS CALM AND COOPERATIVE WITH CARE, GUSRDS AT BEDSIDE.

========= EQUIPMENT =========

Trapeze: N Specialty Bed: HILLROM Hypothermia Blanket: N
Bed Cradle: N CPM: N K-Pad: N Bearhugger: N
Equip. Commemt: TELE PACK, O2 SET UP, CALL LIGHT ALL FUNCTIONING WELL

=========SAFETY=========

LEAST RESTRICTIVE INTERVENTION USED, BUT UNSUCCESSFUL IN MAINTAINING PATIENT: N
Verbal Redirection N Time out to room N
Re-orientation N Reduced environmental stimulation N
Review of consequences N Relaxation exercise/pt education: N
Prescribed PRN medicine N Type of Restraints: NONE

<<< Fall Risk Factor Assessment >>>

| | | |
|---|---|---|
| Generalized weakness | 0 | NO |
| Age >65 years | 2 | YES |
| Confusion /disorientation /cognitive impairment | 0 | NO |
| History of fall during this admission or in prior years | 0 | NO |
| Use of assistive devices for ambulation (walker,crutches,cane,wheelchair) | 0 | NO |
| Unsteady ambulation,balance impairment,or decreased mobility | 0 | NO |
| Neurological disease/impairment (seizure,CVA,syncope,dizziness,Parkinson's) | 0 | NO |
| Medications: Narcotics,Hypnotics,Psychotropics,Diuretics, Anti-Arrhythmics,Laxatives,Antihistamines,Antihypertensive. | 2 | YES |
| Frequency,Urgency,Incontinence,Diarrhea | 0 | NO |
| Need for siderails | 0 | NO |
| Restraints in use: TYPE | 0 | NO |
| Sensory impairment loss of sensation or pain response in lower extremities/calf or foot wound. | 0 | NO |
| Total: 4 | | |

*** KEY SCORE***
Score of 5 or More Initiate Fall Precaution.

INTERDISCIPLINARY PROBLEM LIST

| SEQ.# | | PROBLEM LIST | DISCIPLINES | INITIATE | STATUS |
|---|---|---|---|---|---|
| #1 | 1 | Prob1 HYPERTENSION | NUR | ID. 04/23/03 | RD. |
| #2 | RESOLVED | Prob2 ANGINA | NUR | ID. 04/23/03 | RD. |
| #3 | 3 | Prob3 DISCHARGE PLANNING | NUR | ID. 04/23/03 | RD. |
| #4 | | Prob4 | | ID. | RD. |
| #5 | | Prob5 | | ID. | RD. |
| #6 | | Prob6 | | ID. | RD. |
| #7 | | Prob7 | | ID. | RD. |
| #8 | | Prob8 | | ID. | RD. |
| #9 | | Prob9 | | ID. | RD. |
| #10 | | Prob10 | | ID. | RD. |
| #11 | | Prob11 | | ID. | RD. |

CRITICAL CARE SHIFT ASSESSMENT 04/25 2210 JLT

| | | | |
|---|---|---|---|
| #12 | Prob12 | ID. | RD. |
| #13 | Prob13 | ID. | RD. |
| #14 | Prob14 | ID. | RD. |
| #15 | Prob15 | ID. | RD. |

List Non Urgent Diagnosis/Problems not address on thisHospitalization:

UNRESOLVED/ONGOING PROBLEMS/DC INSTRUCTIONS/TRANSFER TO ANOTHER FACILITY/SNF UNIT ON DISCHARGE:
Comment:

**** INTERDISCIPLINARY TEAM ****
Other disciplines involved in addition to those listed above in problem list (area):
NUR: Y DIET: Y CM: SS: RESP: Y PT/OT: PHARM: Y OTHER:

Interdisciplinary team,with involved disciplines stated above,met,discussed and agreed upon patients and needs: Y

*** REFER TO DISCIPLINE NOTES FOR FURTHER DETAIL***

Age/Sex: 71 M Unit #: E0551152 Admitted: 04/23/03 at 1633 Status: ADM IN
Attending: Leon,Gustavo Account #: E42866946 Location: C8FLS (t 8-SOUTH) Room/Bed: 860-1
SILVESTRI,JOSEPH R
Cedars Medical Patient Care *Live* 24 HR SUMMARY
Page: 4
Printed 04/26/03 at 0418 12 hours ending 04/26/03 at 0559

| Intervention | Nursing Interventions Last Performed | Directions | Status/ From |
|---|---|---|---|
| <<-ASSESSMENT DATA BASE->> | | | |
| -Critical Care Shift Assessment(std) ^ | 04/25 2210 JLT | | A CP |
| <<-ASSESS/MONITOR/OBSERVE->> | | | |
| -Bladder: Function, Monitor(std) | 04/25 2330 JLT | | A CP |
| -Cardiac Monitor: Monitor(std) ^ | 04/25 1946 BXH | | A PS |
| -Pain: Monitor Refer to Manual Pain Documentation Form. | 04/25 2330 JLT | | A CP |
| <<-DAILY CARE->> | | | |
| -VS: Monitor(std) ^ | 04/26 0019 MYM | | A CP |
| -ADL(std) ^ | 04/25 2330 JLT | | A CP |
| <<-RESPIRATORY/EKG->> | | | |
| -Cough and Deep Breath: Assist(std) (L) | 04/25 2330 JLT | | A CP |
| <<-PSYCHOSOCIAL/EMOTIONAL->> | | | |
| -Caregiver: Supports, Help Identify | 04/25 2330 JLT | | A CP |
| -Compliance: Monitor(std) | 04/25 2330 JLT | | A CP |
| -Support System: Involve in treatment pln | 04/25 2330 JLT | | A CP |
| -Environment: Quiet (std) | 04/25 2330 JLT | | A CP |
| -Expected Outcome: Discuss | 04/25 2330 JLT | | A CP |
| -Family: Keep Informed (std) | 04/25 2330 JLT | | A CP |
| -Family: Participate | 04/25 2330 JLT | | A CP |
| -Safety maintain pt/environment keep frequently used items within reach i.e., tissues,water pitcher,empty urinals,bedpan,phone,over bed table,etc. | 04/25 2330 JLT | | A CP |
| -Privacy: Provide(std) | 04/25 2330 JLT | | A CP |
| <<-SAFETY/RISK MANAGEMENT->> | | | |
| -Bed: Lowest Position with wheels locked | 04/25 2330 JLT | | A CP |
| -Alarm: Bed Exit, Utilize as available. | 04/25 2330 JLT | | A CP |
| -Call Bell within reach (std) keep call bell/telephone within reach | 04/25 2330 JLT | | A CP |
| -Light: Night Light On Turn night light on at night. | 04/25 2330 JLT | | A CP |
| -Siderails: Monitor (std) Place two upper siderails in "UP" position,place bed in "LOW" position. | 04/25 2330 JLT | | A CP |
| -Wrist, ID Band: Check (std) | 04/25 2330 JLT | | A CP |
| <<-ACTIVITY->> | | | |
| -Activity: Prescribed (std) (L) instruct pt to get up slowly from a lying position. | 04/25 2330 JLT | | A CP |
| <<-POSITIONING->> | | | |
| -Position: Comfort Measure, Provide(std) | 04/25 2330 JLT | | A CP |
| <<-ELIMINATION->> | | | |
| -Bowel Movement: Monitor(std) | 04/25 2330 JLT | | A CP |

| Intervention | Nursing Interventions Last Performed | Directions | Status/ From |
|---|---|---|---|
| <<-ELIMINATION->> | | | |
| -Toileting: Provide assit with toileting every 2-4 hrs. Urinals/bedpan and tissue within reach. continous supervision while using bedside commode or bathroom for toileting. | 04/25 2330 JLT | | A CP |
| <<-MEDS/IV/LINES->> | | | |
| -Meds:Effect/Side Effects,Monitor(std ^ | 04/25 2330 JLT | | A CP |
| <<-TREATMENT/TUBES/DRESSING->> | | | |
| -Comfort Measures: Provide(std) | 04/25 2330 JLT | | A CP |
| <<-PATIENT/FAMILY EDUCATION->> | | | |
| -Activity Instruct^ pt/caregiver to request assistance in getting out of bed. | 04/25 2330 JLT | | A CP |
| -Safe and Proper use of Equipment^ | 04/25 2330 JLT | | A CP |
| -Procedure/Test Instruct ^ | 04/25 2330 JLT | | A CP |
| -Care Plan: Review(std) (L) | 04/25 2330 JLT | | A CP |
| <<-DISCHARGE PLANNING->> | | | |
| -Discharge Planning: Assessment (std) | 04/25 2330 JLT | | A CP |
| -Discharge Planning: Evaluate (std) | 04/25 2330 JLT | | A CP |

| Monogram | Initials | Name | Nurse Type | User Key |
|---|---|---|---|---|
| BXH | CRN:BXH | HANLEY,BETTY RN | RN | |
| JLT | CRN:JLT | TOLEDO,JORGE L. RN | RN | |
| MYM | CNA:MYM | MEDINA,MARIA Y. ANA | ANA | |

Age/Sex: 71 M
Unit #: E0651152
Admitted: 04/23/03 at 1633
Status: ADM IN

Attending: Leon,Gustavo
Account #: E42866946
Location: C8FLS (t 8-SOUTH)
Room/Bed: 860-1

SILVESTRI,JOSEPH R

Cedars Medical Patient Care *Live*
24 HR SUMMARY

Printed 04/26/03 at 0219
24 hours ending 04/26/03 at 0259

## Administrative Data

TEMPORARY LOCATION 8-SOUTH 8-SOUTH NURSING STATION

HOLD TRAY: DATE MEAL RELEASE
CONDITION VISITORS ALLOWED Y
CMT HT 6 ft in 182.9 cm
VISIT REASON SYNCOPE WT 240 lb oz 108.86 kg
--- OBSERVATION PATIENT ---
DT IN TM IN BODY SURFACE AREA 2.30 m2
DT OUT TM OUT
PATIENT DIAGNOSIS #1:SYNCOPE
PATIENT DIAGNOSIS #2:
SURGICAL/INVASIVE PROCEDURE:
:
ISOLATIONS: S STANDARD

## Allergies

| Type | Allergy - Severity/Comments | Updated Dt/Tm | Verified Dt/Tm |
|---|---|---|---|
| MEDICATION | No Known Drug Allergies | 11/26/02 1247 | 04/24/03 0025 |
| FOOD | No Known Food Allergies | 11/26/02 1247 | 04/24/03 0025 |
| CONTRAST MEDIA | No Known Contrast Allergies | 11/26/02 1247 | 04/24/03 0025 |
| OTHER | No Known Other Allergies | 04/23/03 1311 | 04/24/03 0025 |

## VITAL SIGN & PAIN QUERIES

| | 04/25 0400 MN | 04/25 0800 PPH | 04/25 1230 PPH | 04/25 1600 PPH |
|---|---|---|---|---|
| BP: | 114/60 | 142/77 | | 120/84 |
| BP Source: | CUFF | CUFF | | CUFF |
| Temperature: | 98.5 | 96.4 | 98.6 | 97.7 |
| Temp. Source: | ORL | ORL | ORL | ORL |
| Pulse: | 52 | 50 | 50 | 50 |
| Pulse Source: | MONITOR | MONITOR | MONITOR | MONITOR |
| Respirations(spon): | 20 | 18 | 18 | 20 |
| Resp. Source: | OBSERVE | OBSERVE | OBSERVE | OBSERVE |
| Pain Scale(0-10) | | | | |

| | 04/25 2047 MYM | 04/26 0019 MYM |
|---|---|---|
| BP: | 118/81 | 132/83 |
| BP Source: | CUFF | CUFF |
| Temperature: | 97.7 | 97.3 |
| Temp. Source: | ORL | ORL |
| Pulse: | 57 | 53 |
| Pulse Source: | MONITOR | MONITOR |
| Respirations(spon): | 20 | 20 |
| Resp. Source: | OBSERVE | OBSERVE |
| Pain Scale(0-10) | 0 | 0 |

## ADL'S FLOW SHEET

| | 04/25 1000 PPH |
|---|---|
| ===HYGIENE=== | |
| AM Care: | Y |

## ADL'S FLOW SHEET

| (continued) | 04/25 1000 PPH |
|---|---|
| Skin Care: | Y |
| Peri Care: | Y |
| HS Care: | Y |
| Linen Changed: | Y |
| Foley Care: | |
| Oral Hygiene: | Y |
| Bath: | SELF |
| BM Today X: | |
| Comment: | |
| ===== SAFETY/RISK FACTORS ===== | |
| Bed in Low Position | Y |
| Side Rails up: | Y |
| Call Light within R | Y |
| Fall Protocol: | |
| Restraints: | |
| Restraints Released | |
| Comment: | |
| ===ACTIVITY=== | |
| Bedrest: | Y |
| Bathroom Priviledge | |
| Out Of Bed: | |
| Turned: | Y |
| Assist Transfer: | |
| Act. Tolerance: | |
| ===DRESSING=== | |
| Dressing Change: | |
| Location: | |

## NEUROLOGICAL FLOW SHEET

| | 04/25 0400 MN | 04/25 0800 PPH | 04/25 1230 PPH | 04/25 1600 PPH |
|---|---|---|---|---|
| C=Cheyne-Stokes | | | | |
| Respirations(spon): | 20 | 18 | 18 | 20 |

| | 04/25 2047 MYM | 04/26 0019 MYM |
|---|---|---|
| C=Cheyne-Stokes | | |
| Respirations(spon): | 20 | 20 |

## NURSE NOTE

Occurred Date Time / Recorded Date Time By

04/25/03 1030 04/25/03 1633 BXH HANLEY,BETTY RN
PT C/O CHEST PAIN.B/P-160/100 HR-84. PT GIVEN NTG SL X2 TABS. AND O2 2LPM NC PLACED. PT HAD SOME RELIEF.PT ALSO GIVEN AM MEDS.

04/25/03 1345 04/25/03 1636 BXH HANLEY,BETTY RN
PT B/P-140/110. DR.NAS PRESENT AND AN EXTRA DOSE OF ZESTRIL 10MG GIVEN.

04/25/03 1345 04/25/03 1637 BXH HANLEY,BETTY RN
CLONIDINE 0.1MG GIVEN BEFORE THE ZESTRIL 10MG

04/25/03 1943 04/25/03 1946 BXH HANLEY,BETTY RN
PT VS STABLE B/P-120/84 AND NO C/O CHEST PAIN.DR.NASS(CARDIOLOGIST) AND SAW THE PT EARLIER TODAY AND STATED PT CAN GO HOME AND BE MEDICALLY TREATED FROM HIS STANDPOINT AND CHECK BLOOD PRESSURE-THAT ITS WITHIN NORMAL LIMITS.

## CRITICAL CARE SHIFT ASSESSMENT 04/25 0800 BXH

===CARE PLAN===

Age/Sex: 71 M
Unit #: E0651152
Admitted: 04/23/03 at 1633
Status: ADM IN

Attending: Leon.Gustavo
Account #: E42866946
Location: C8FLS (t 8-SOUTH)
Room/Bed: 860-1

SILVESTRI,JOSEPH R

Cedars Medical Patient Care *Live*
24 HR SUMMARY

Printed 04/26/03 at 0219
24 hours ending 04/26/03 at 0259

CRITICAL CARE SHIFT ASSESSMENT 04/25 0800 BXH

**The patient/family has the right to participate in the development and Plan of Care.**

Plan of Care with Pt/Family: YES
Pt/Family Verbalize Agreement: YES

If Pt/Family refused to participate, review alternative with Pt/Family:
Comment: CARE PLAN REVIEWED.FORENSIC PT WITH TWO GUARDS IN ROOM.RT LEG
Comment: SHACKLED TO BED.

NEUROLOGICAL

<NEUROLOGIC DIFF>: N
LOC: AWAKE ALER  Responds to: NAME  Pupil Size Lt Eye:
Speech: CLEAR  Pupil Size Rt Eye:  Pupil Reaction Lt Eye:
Oriented to: PE PL TIME  Pupil Reaction Rt Eye:  Restraints:
Neuro Comment:

CARDIOVASCULAR

<CARDIOVASCULAR DIFF>: N
Edema: N
Edema Location:  Monitor:
Pitting Edema:  Heart Sounds:  Pacer:
Dorsalis Pedis Rt:  Rhythm:  Rate:
Dorsalis Pedis Lt:  Shunt:  Ma:
Cardiovascular Comment:

NEUROVASCULAR

<NEUROVASCULAR DIFF>: N
Extremity Temp: WARM DRY  Sensation: LITE TOUCH
Extrem. Color: PINK  Capillary Refill: <3 SECONDS
Neurovascular Comment:
Neurovascular Comment:

SKIN INTEGRITY

<INTEGUMENTARY DIFF>: N
Skin Color: PINK  Wound/Incis.:  Drains:
Skin Temp: WARM DRY  Drainage Color:
Skin Integrity: INTACT  Dresssing Change:
Turgor: ELASTIC  Dressing Type:
Diaphoresis: N  Dressing Clean & Dry:
Skin Comment:
Skin Comment:

BRADEN SCALE

Sensory Perception: 4 NO LIMIT
Moisture: 4 RARELY
Activity: 3 OCCASION
Mobility: 4 NO LIMIT
Nutrition: 3ADEQUATE
Friction and Shear: 3-MOVES
TOTAL: 21
KEY: 16 minimum risk. 13-14 moderate risk. 12 or< high risk

Incision #1:

CRITICAL CARE SHIFT ASSESSMENT 04/25 0800 BXH

Incision CMT:
Incision #2:
Incision CMT:
Laceration #1:
Laceration CMT:
Laceration #2:
Laceration CMT:
Burn #1:
Burn Comment:
Burn #2:
Burn Comment:
Lesion #1:
Lesion CMT:
Lesion #3:
Lesion CMT:

Other (Skin Alterations):  Location:
COMMENT:

VENTILATION

<VENTILATION DIFF>: N
Breath Sounds: CLEAR  Sputum:  Oxygen LPM/%: 2
Breath Sound Locate: BILATERAL  Sputum Color:  Pulse Oxymetry:
Resp. Rhythm: NORMAL  Nail Beds: PINK
Cough:  Oxygen Type: NASALCANNU
Vent Settings:
Ventilation Comment:

ELIMINATION

<GENITOURINARY DIFF>: N
Urination: NORMAL  Distention: N  Bladder Irrigation: N
Urine Color:  Catheter:  Ostomy Type:
Odor:
Elimination Comment:

GASTROINTESTINAL

<GI DIFF>: N
Bowel Sounds: PRESENT  Residual:  Stool Color:
Abd. Size: OBESE  NG.Place/Check:  Incontinence:
GT.Site:  Feeding Pump:  Ostomy Type:
NG Drainage:  BM Today:  Flatus/Passing:
Suction:  Aspiration Precaution:  Emesis:
Gastro Comment:
Gastro Comment:

NUTRITION

<NUTRITION DIFF>: N  Poor Dentition:
Diet Today: 2GM NA  TPN/PPN/Feeding Tube:
Appetite: GOOD  Not tolerating tube feeding:
Nausea/Vomiting >2 days:  Ac./Chr. Wound (Stage I-IV):
PO Intake <75% for >2 days:  Mechanically Ventilated:
Difficulty Chewing/Swallowing:  Ab. Lab.Value:
Needs Diet Teaching:
Nutrition Comment:

Age/Sex: 71 M
Unit #: E0651152
Admitted: 04/23/03 at 1633
Status: ADM IN

Attending: Leon,Gustavo
Account #: E42866946
Location: C8FLS (t 8-SOUTH)
Room/Bed: 860-1

SILVESTRI,JOSEPH R
Cedars Medical Patient Care *Live*
24 HR SUMMARY

Page: 3
Printed 04/26/03 at 0219
24 hours ending 04/26/03 at 0259

CRITICAL CARE SHIFT ASSESSMENT 04/25 0800 BXH

MUSCULOSKELETAL

<MUSCULOSKELETAL DIFF>: N
Moves all extrem.: Y    Gait: BALANCED    Mobility Aids:
Range of Motion: FULL    Grip Lt:
Location of Limited ROM:    Grip Rt:
Musc/Skel Comment:
Musc/Skel Comment:

COMFORT

<COMFORT DIFF>: N
Pain: N    IF (Y) Refer to Manual Pain Documentation Form

IV

IV'S: N    IV.Patent:    #IV.Pumps in use:    Heplock: Y
IV Site:    Line Flushed,Zeroed,Leveled ?Cvp:    H/L Patent: Y
IV Appearence:    Swan:    H/L Site: RT ANTECUB
Insertion date:    A-Line:    H/L Appearence: DRY INTACT
Dres.change date:    Insertion date: 04/23/03
Wt today kg?:    Lb:    Dres.change date:

CVP:    Date CVP Inserted:    Unit CVP Inserted:

IV Comment:
IV Comment:

PSYCHOSOCIAL

Anxiety/Fear: N    Coping mechanism: Y
Psychosocial Comm:

EQUIPMENT

Trapeze: N    Specialty Bed: HILLROM    Hypothermia Blanket: N
Bed Cradle: N    CPM: N    K-Pad: N    Bearhugger: N
Equip. Commemt:

SAFETY

LEAST RESTRICTIVE INTERVENTION USED, BUT UNSUCCESSFUL IN MAINTAINING PATIENT: N
Verbal Redirection    Time out to room
Re-orientation    Reduced environmental stimulation
Review of consequences    Relaxation exercise/pt education:
Prescribed PRN medicine    Type of Restraints:

<<< Fall Risk Factor Assessment >>>

| Factor | Score | |
|---|---|---|
| Generalized weakness | 0 | NO |
| Age >65 years | 2 | YES |
| Confusion /disorientation /cognitive impairment | 0 | NO |
| History of fall during this admission or in prior years | 0 | NO |
| Use of assistive devices for ambulation (walker,crutches,cane,wheelchair) | 0 | NO |
| Unsteady ambulation,balance impairment,or decreased mobility | 0 | NO |
| Neurological disease/impairment (seizure,CVA,syncope,dizziness,Parkinson's) | 0 | NO |
| Medications: Narcotics,Hypnotics,Psychotropics,Diuretics, Anti-Arrhythmics,Laxatives,Antihistamines,Antihypertensive. | 2 | YES |
| Frequency,Urgency,Incontinence,Diarrhea | 0 | NO |
| Need for siderails | 0 | NO |
| Restraints in use: TYPE | 0 | NO |
| Sensory impairment loss of sensation or pain response in lower extremities/calf or foot wound. | 0 | NO |

CRITICAL CARE SHIFT ASSESSMENT 04/25 0800 BXH

Total: 04

*** KEY SCORE***
Score of 5 or More Initiate Fall Precaution.

INTERDISCIPLINARY PROBLEM LIST

| SEQ.# | PROBLEM LIST | DISCIPLINES | INITIATE | STATUS |
|---|---|---|---|---|
| #1 1 | Prob1 HYPERTENSION | NUR | ID. 04/23/03 | RD. |
| #2 2 | Prob2 ANGINA | NUR | ID. 04/23/03 | RD. |
| #3 3 | Prob3 DISCHARGE PLANNING | NUR | ID. 04/23/03 | RD. |
| #4 | Prob4 | | ID. | RD. |
| #5 | Prob5 | | ID. | RD. |
| #6 | Prob6 | | ID. | RD. |
| #7 | Prob7 | | ID. | RD. |
| #8 | Prob8 | | ID. | RD. |
| #9 | Prob9 | | ID. | RD. |
| #10 | Prob10 | | ID. | RD. |
| #11 | Prob11 | | ID. | RD. |
| #12 | Prob12 | | ID. | RD. |
| #13 | Prob13 | | ID. | RD. |
| #14 | Prob14 | | ID. | RD. |
| #15 | Prob15 | | ID. | RD. |

List Non Urgent Diagnosis/Problems not address on thisHospitalization:

UNRESOLVED/ONGOING PROBLEMS/DC INSTRUCTIONS/TRANSFER TO ANOTHER FACILITY/SNF UNIT ON DISCHARGE:
Comment:

**** INTERDISCIPLINARY TEAM ****
Other disciplines involved in addition to those listed above in problem list (area):
NUR: Y DIET: Y CM: Y SS: RESP: PT/OT: PHARM: Y OTHER:

Interdisciplinary team,with involved disciplines stated above,met,discussed and agreed upon patients and needs:

*** REFER TO DISCIPLINE NOTES FOR FURTHER DETAIL***

Age/Sex: 71 M
Unit #: E0651152
Admitted: 04/23/03 at 1633
Status: ADM IN

Attending: Leon,Gustavo
Account #: E42866946
Location: C8FLS (t 8-SOUTH)
Room/Bed: 860-1

SILVESTRI,JOSEPH R

Cedars Medical Patient Care *Live*
24 HR SUMMARY

Printed 04/26/03 at 0219
24 hours ending 04/26/03 at 0259

| Intervention | Nursing Interventions Last Performed | Directions | Status/ From |
|---|---|---|---|
| <<-ASSESSMENT DATA BASE->> | | | |
| -Critical Care Shift Assessment(std) ^ | 04/25 0800 BXH | | A CP |
| <<-ASSESS/MONITOR/OBSERVE->> | | | |
| -Cardiac Monitor: Monitor(std) ^ | 04/25 1946 BXH | | A PS |
| <<-DAILY CARE->> | | | |
| -VS: Monitor(std) ^ | 04/26 0019 MYM | | A CP |
| -ADL(std) ^ | 04/25 1000 PPH | | A CP |
| <<-PSYCHOSOCIAL/EMOTIONAL->> | | | |
| -Anxiety: Manage(std) Allow patient to verbalize anxieties. Give reassurance. Provide information. | 04/25 0800 BXH | | A CP |
| -Caregiver: Supports. Help Identify | 04/25 0800 BXH | | A CP |
| -Compliance: Monitor(std) | 04/25 0800 BXH | | A CP |
| -Concerns: Verbalize. Allow (std) | 04/25 0800 BXH | | A CP |
| -Support System: Involve in treatment pln | 04/25 0800 BXH | | A CP |
| -Environment: Quiet (std) | 04/25 0800 BXH | | A CP |
| -Expected Outcome: Discuss | 04/25 0800 BXH | | A CP |
| -Safety maintain pt/environment keep frequently used items within reach i.e., tissues,water pitcher,empty urinals,bedpan,phone,over bed table,etc. | 04/25 0800 BXH | | A CP |
| -Goal: Establish (std) | 04/25 0800 BXH | | A CP |
| -Privacy: Provide(std) | 04/25 0800 BXH | | A CP |
| -Rapport: Establish (std) | 04/25 0800 BXH | | A CP |
| <<-SAFETY/RISK MANAGEMENT->> | | | |
| -Bed: Lowest Position with wheels locked | 04/25 0800 BXH | | A CP |
| -Call Bell within reach (std) keep call bell/telephone within reach | 04/25 0800 BXH | | A CP |
| -Footwear: apply nonskid properly fitting footwear to patient. | 04/25 0800 BXH | | A CP |
| -Siderails: Monitor (std) Place two upper siderails in "UP" position,place bed in "LOW" position. | 04/25 0800 BXH | | A CP |
| -Wrist: ID Band: Check (std) | 04/25 0800 BXH | | A CP |
| <<-POSITIONING->> | | | |
| -Position: Comfort Measure, Provide(std) | 04/25 0800 BXH | | A CP |
| <<-ELIMINATION->> | | | |
| -Toileting: Provide assit with toileting every 2-4 hrs. Urinals/bedpan and tissue within reach. continous supervision while using bedside commode or bathroom for toileting. | 04/25 0800 BXH | | A CP |
| <<-TREATMENT/TUBES/DRESSING->> | | | |
| -Comfort Measures: Provide(std) | 04/25 0800 BXH | | A CP |

| Intervention | Nursing Interventions Last Performed | Directions | Status/ From |
|---|---|---|---|
| <<-PATIENT/FAMILY EDUCATION->> | | | |
| -Care Plan: Review(std) (L) | 04/25 0800 BXH | | A CP |

| Monogram | Initials | Name | Nurse Type | User Key |
|---|---|---|---|---|
| BXH | CRN:BXH | HANLEY,BETTY RN | RN | |
| MN | CNA:MN | NORTCLUS,MARIE | NA | |
| MYM | CNA:MYM | MEDINA,MARIA Y. ANA | ANA | |
| PPH | CNA:PPH | HAMILTON,PEGGY P. | ANA | |

Age/Sex: 71 M
Unit #: E0651152
Admitted: 04/23/03 at 1633
Status: ADM IN

Attending: Leon,Gustavo
Account #: E42866946
Location: CBFLS (t 8-SOUTH)
Room/Bed: 860-1

SILVESTRI,JOSEPH R

Cedars Medical Patient Care *Live*
Patient's Plan Of Care - BASIC CARE PLAN

Status: Active
Initiated: 04/24/03
Completed:
Protocol:

Page 1
Printed
04/24/03
at 0144

| | STS | INIT BY | TRGT | COMP BY | INTERVENTIONS | INIT BY | COMP BY | DATE & TIME DIRECTIONS | STS |
|---|---|---|---|---|---|---|---|---|---|
| STANDARD ASSESS/MONITOR | A | 04/24 TCG | | | | | | | |
| * Complications risk will be minimized. | A | 04/24 TCG | 04/28 | | * Shift Assessment/Reassessment(std) ^<br>- PROTOCOL: FALLPROTO | 04/24 TCG | | | A |
| | | | | | * Critical Care Shift Assessment(std) ^<br>- PROTOCOL: FALLPROT | 04/24 TCG | | | A |
| | | | | | * Physician Notified ^ | 04/24 TCG | | | A |
| * Vital signs will be within normal limits. | A | 04/24 TCG | 04/28 | | * VS: Monitor(std) ^ | 04/24 TCG | | | A |
| * Clear breath sounds; vital signs within normal range. | A | 04/24 TCG | 04/28 | | * Cough and Deep Breath: Assist(std) (L)<br>* Breathing/Respiratory Instruct^ | 04/24 TCG<br>04/24 TCG | | | A<br>A |
| * The effect(s) of medication will be monitored. | A | 04/24 TCG | 04/28 | | * Medications: Instruct (std) ^<br>* Pain Instruct^<br>* Meds:Effect/Side Effects,Monitor(std ^ | 04/24 TCG<br>04/24 TCG<br>04/24 TCG | | | A<br>A<br>A |
| * Measures will be taken to minimize discomfort. | A | 04/24 TCG | 04/28 | | * Pain: Monitor<br>Refer to Manual Pain Documentation Form.<br>- PROTOCOL: CNUPAIN | 04/24 TCG | | | A |
| | | | | | * Comfort Measures: Provide(std) | 04/24 TCG | | | A |
| STANDARD GENERAL CARE<br>General care on each pt. admit in hospital consist of ADL'S(activity,positioning,mobility/exercise,hygeine,elimination).<br>NUTRITION<br>MEDS/IV/I&O<br>TREATMENTS/TUBES/DRSG. | A | 04/24 TCG | | | | | | | |
| * Activity will be maintained at optimum level. | A | 04/24 TCG | 04/28 | | | | | | A |
| * Identifies measures to maintain mobility or increase mobility/strength. | A | 04/24 TCG | 04/28 | | * Position: Comfort Measure, Provide(std) | 04/24 TCG | | | A |
| * Demonstrates appropriate hygienic measures, such as handwashing, oral care perineal care and ADL's. | A | 04/24 TCG | 04/28 | | * ADL(std) ^<br>* Privacy: Provide(std) | 04/24 TCG<br>04/24 TCG | | | A<br>A |
| * Maintains normal bowel and bladder function. | A | 04/24 TCG | 04/28 | | * Bladder: Function, Monitor(std)<br>* Bowel Movement: Monitor(std) | 04/24 TCG<br>04/24 TCG | | | A<br>A |
| * Nutritional intake will meet metabolic needs. | A | 04/24 TCG | 04/28 | | * Diet: Meal-Time, Monitor(std)^<br>* Dietician: Consult(std) | 04/24 TCG<br>04/24 TCG | | | A<br>A |

Age/Sex: 71 M
Unit #: E0651152
Admitted: 04/23/03 at 1633
Status: ADM IN

Attending: Leon,Gustavo
Account #: E42866946
Location: C8FLS (t 8-SOUTH)
Room/Bed: 860-1

SILVESTRI,JOSEPH R

Cedars Medical Patient Care *Live*
Patient's Plan Of Care - BASIC CARE PLAN

Status: Active
Initiated: 04/24/03
Completed:
Protocol:

| | STS | INIT BY | TRGT | COMP BY | INTERVENTIONS | INIT BY | COMP BY | DATE & TIME DIRECTIONS | STS |
|---|---|---|---|---|---|---|---|---|---|
| STANDARD PATIENT/FAMILY EDUCATION<br>1. Teaching/Evaluate Teaching<br>2.Orient to unit,surroundings,routines and p[rocedures.<br>3 Review Plan of Care. | A | 04/24 TCG | | | | | | | |
| * Environment will be familiar and procedures/routines understood. | A | 04/24 TCG | | | * Procedure/Test Instruct ^<br>* Safe and Proper use of Meds.^ | 04/24 TCG<br>04/24 TCG | | | A<br>A |
| * Patient and family will verbalize understanding of disease process and will have realistic expectations. | A | 04/24 TCG | | | * Disease Process Instruct^<br>* Family: Keep Informed (std)<br>* Understand/Verbalize (std) | 04/24 TCG<br>04/24 TCG<br>04/24 TCG | | | A<br>A<br>A |
| * Patient and family will have input into the plan of care and express understanding of expected outcomes. | A | 04/24 TCG | | | * Expected Outcome: Discuss<br>* Care Plan: Review(std) (L)<br>* Family: Participate<br>* Compliance: Monitor(std)<br>* Goal: Establish (std) | 04/24 TCG<br>04/24 TCG<br>04/24 TCG<br>04/24 TCG<br>04/24 TCG | | | A<br>A<br>A<br>A<br>A |
| STANDARD PSYCHOSOCIAL/EMOTIONAL NEEDS | A | 04/24 TCG | | | | | | | A |
| * Patient will ventilate anxiety, concerns and fears and exhibit appropriate coping/emotional skills. | A | 04/24 TCG | 04/28 | | * Anxiety: Manage(std)<br>Allow patient to verbalize anxieties.<br>Give reassurance.<br>Provide information.<br>* Concerns: Verbalize, Allow (std)<br>* Rapport: Establish (std)<br>* Environment: Quiet (std) | 04/24 TCG<br><br><br><br>04/24 TCG<br>04/24 TCG<br>04/24 TCG | | | <br><br><br><br>A<br>A<br>A |
| * Coping level will be evidenced by patient's expression of feeling better and improved sleep/rest patterns. | A | 04/24 TCG | 04/28 | | * Sleep/Rest: Monitor (std)<br>* Support System: Involve in treatment pln | 04/24 TCG<br>04/24 TCG | | | A<br>A |

Age/Sex: 71 M
Unit #: E0651152
Admitted: 04/23/03 at 1633
Status: ADM IN

Attending: Leon,Gustavo
Account #: E42866946
Location: CBFLS (t 8-SOUTH)
Room/Bed: 860-1

SILVESTRI,JOSEPH R

Cedars Medical Patient Care *Live*
Patient's Plan Of Care - BASIC CARE PLAN

Status: Active
Initiated: 04/24/03
Completed:
Protocol:

| | STS | INIT BY | TRGT | COMP BY | INTERVENTIONS | INIT BY | COMP BY | DATE & TIME DIRECTIONS | STS |
|---|---|---|---|---|---|---|---|---|---|
| STANDARD SAFETY/RISK MANAGEMENT - PROTOCOL: FALLPROTO | A | 04/24 TCG | | | | | | | A |
| * Patient will verbalize understanding of safety issues. | A | 04/24 TCG | 04/28 | | * Wrist, ID Band: Check (std) | 04/24 TCG | | | A |
| | | | | | * Activity Instruct^ pt/caregiver to request assistance in getting out of bed. | 04/24 TCG | | | A |
| | | | | | * Activity: Prescribed (std) (L) instruct pt to get up slowly from a lying position. | 04/24 TCG | | | A |
| | | | | | * Safe and Proper use of Equipment^ | 04/24 TCG | | | A |
| * Risk of injury will be minimized, with physician follow up and referral as appropriate. | A | 04/24 TCG | 04/28 | | * Place: a.Red arm band on patient. b.Red dot on assignment board. c.Patient at fall risk sign in room. | 04/24 TCG | | | A |
| | | | | | * Bed: Lowest Position with wheels locked | 04/24 TCG | | | A |
| | | | | | * Call Bell within reach (std) keep call bell/telephone within reach | 04/24 TCG | | | A |
| | | | | | * Siderails: Monitor (std) Place two upper siderails in "UP" position,place bed in "LOW" position. | 04/24 TCG | | | A |
| | | | | | * Room Placement: Near Nurses Station as possible. | 04/24 TCG | | | A |
| | | | | | * Light: Night Light On Turn night light on at night. | 04/24 TCG | | | A |
| | | | | | * Toileting: Provide assit with toileting every 2-4 hrs. Urinals/bedpan and tissue within reach. continous supervision while using bedside commode or bathroom for toileting. | 04/24 TCG | | | A |
| | | | | | * Bedside: Commode supervision while using the bedside commode. | 04/24 TCG | | | A |
| | | | | | * Safety maintain pt/environment keep frequently used items within reach i.e.. tissues,water pitcher,empty urinals,bedpan,phone,over bed table,etc. | 04/24 TCG | | | A |
| | | | | | * Alarm: Bed Exit. Utilize as available. | 04/24 TCG | | | A |
| | | | | | * Footwear: apply nonskid properly fitting footwear to patient. | 04/24 TCG | | | A |
| STANDARD DISCHARGE PLANNING | A | 04/24 TCG | | | | | | | A |
| * Discharge to appropriate level of care with physician follow up and referral as appropriate. | A | 04/24 TCG | | | * Caregiver: Supports. Help Identify | 04/24 TCG | | | A |
| | | | | | * Discharge Planning: Assessment (std) | 04/24 TCG | | | A |
| | | | | | * Discharge Planning: Evaluate (std) | 04/24 TCG | | | A |
| STANDARD INTERDISCIPLINARY CARE | A | 04/24 TCG | | | | | | | A |
| * Interdiscplinary Therapy program will be maintained at optimum level to met patient's needs. | A | 04/24 TCG | 04/28 | | * Interdisciplinary Priority List ^ | 04/24 TCG | | | A |
| | | | | | * Interdisciplinary Needs: Evaluate (std) | 04/24 TCG | | | A |
| | | | | | * Food/Drug Interaction Instruct ^ | 04/24 TCG | | | A |

| ADDITIONAL INTERVENTIONS | INIT BY | COMP BY | DATE & TIME DIRECTIONS | STS |
|---|---|---|---|---|
| * ER Triage Assesment ^ | 04/23 KJH | | | A |

Age/Sex: 71 M
Unit #: E0651152
Admitted: 04/23/03 at 1633
Status: ADM IN

Attending: Leon,Gustavo
Account #: E42866946
Location: CBFLS (t 8-SOUTH)
Room/Bed: 860-1

SILVESTRI,JOSEPH R

Cedars Medical Patient Care *Live*
Patient's Plan Of Care - BASIC CARE PLAN

Status: Active
Initiated: 04/24/03
Completed:
Protocol:

| ADDITIONAL INTERVENTIONS | INIT BY | COMP BY | STRT DT&TM | DIRECTIONS | STS |
|---|---|---|---|---|---|
| * RAD: Radiology Instruct^ | 04/23 ACR | | | | A |
| * Admission History Adult ^ - PROTOCOL: FALLPROTO | 04/24 TCG | | | | A |
| * Admission System Assessment (ADULT)^ | 04/24 TCG | | | | A |
| * Cardiac Monitor: Monitor(std) ^ | 04/24 TCG | | | | A |

| Monogram | Initials | Name | Nurse Type |
|---|---|---|---|
| ACR | CRAD:ACR | ROMERO,AILEEN C | RADT |
| KJH | CRN:KJH | HARPER,KIMBERLEY J. | RN |
| TCG | CRN:TCGX | GRAY,TIM C. RN | RN |

PATIENT CARE INQUIRY **LIVE**
Vital Sign and I&O Graphic Record

SILVESTRI,JOSEPH R (E0651152) 24 hours
Age/Sex: 71 M from Apr 24, 03 07:00 to Apr 25, 03 07:00
Room C8FLS 860 1 (Admitted Apr 23, 03)

X AXL/AXILLARY o ORL/ORAL/No Response | Other Δ REC/RECTAL • TYM/TYMPANIC ↑↓ Off graph

Thu - Apr 24
Fri - Apr 25
07 08 09 10 11 12 13 14 15 16 17 18 19 20 21 22 23 00 01 02 03 04 05 06
108 106 104 102 100 98 96 94
300 275 250 225 200 175 150 125 100 75 50 25 0

v Systolic ʌ Diastolic • Pulse o Respiration ↑↓ Off graph

Run: Fri - Apr 25 (08:17) for BANKS,YVONNE J. - More - Page: 1

PATIENT CARE INQUIRY **LIVE**

Vital Sign and I&O Graphic Record

SILVESTRI,JOSEPH R (E0651152) 24 hours
Age/Sex: 71 M from Apr 24, 03 07:00 to Apr 25, 03 07:00
Room C8FLS 860 1 (Admitted Apr 23, 03)

| Date | Time | Temp Src | Pulse Src | Resp Src | B.P. Src | lb oz Src |
|---|---|---|---|---|---|---|
| Apr 24, 03 | 0800 | 98.7 ORL | 52 | 22 OBS | 156/98 CUF | |
| Apr 24, 03 | 1200 | 98.0 ORL | 58 | 18 OBS | | |
| Apr 24, 03 | 1600 | 98.6 ORL | 52 | 20 OBS | 153/99 CUF | |
| Apr 24, 03 | 2000 | 98.1 ORL | 54 | 20 OBS | 130/92 CUF | |
| Apr 25, 03 | 0000 | 97.6 ORL | 59 | 20 OBS | 135/88 CUF | |
| Apr 25, 03 | 0400 | 98.5 ORL | 52 | 20 OBS | 114/60 CUF | |

No intake/output queries in this time period.

Run: Fri - Apr 25 (08:17) for BANKS,YVONNE J.

PATIENT CARE INQUIRY **LIVE**

Vital Sign and I&O Graphic Record

SILVESTRI, JOSEPH R (E0651152) 24 hours

Age/Sex: 71 M from Apr 23, 03 07:00 to Apr 24, 03 07:00

Room C8FLS 860 1 (Admitted Apr 23, 03)

X AXL/AXILLARY o ORL/ORAL/No Response | Other Δ REC/RECTAL • TYM/TYMPANIC ↑↓ Off graph

v Systolic ʌ Diastolic • Pulse o Respiration ↑↓ Off graph

PATIENT CARE INQUIRY **LIVE**

Vital Sign and I&O Graphic Record

SILVESTRI,JOSEPH R (E0651152)
24 hours
from Apr 23, 03 07:00 to Apr 24, 03 07:00
Age/Sex: 71 M
Room C8FLS 860 1 (Admitted Apr 23, 03)

| Date | Time | Temp Src | Pulse Src | Resp Src | B.P. Src | lb oz Src |
|---|---|---|---|---|---|---|
| Apr 23, 03 | 1314 | 98.1 | 76 | 20 | 134/68 | |
| Apr 24, 03 | 0400 | 98 ORL | 48 | 20 OBS | 102/90 NIB | |

No intake/output queries in this time period.

Run: Thu - Apr 24 (08:10) for BANKS,YVONNE J.

# 24 HOUR FLUID BALANCE

○✓ In This Column If Catheter

IV INTAKE — Date:

| Time | BLOOD | IV | IVPB | | | | | COLLOID INTAKE: PO / Feedings Amt. | Chest | Colloid Type | Amt. | Bal. | | OUTPUT TOTALS: U.O. | | ✪ | Gastric | | Stool |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 AM | | | | | | | | | | | | | | | | | | | |
| 1 AM | | | | | | | | | | | | | | | | | | | |
| 2 AM | | | | | | | | 120 | | | | | | | | | | | |
| 3 AM | | | | | | | | | | | | | | 500 | | | | | |
| 4 AM | | | | | | | | 120 | | | | | | | | | | | |
| 5 AM | | | | | | | | | | | | | | 400 | | | | | |
| 6 AM | | | | | | | | | | | | | | | | | | | |
| 7 AM | | | | | | | | | | | | | | | | | | | |
| 8 HR. Total | | | | | | | | 300 | | | | | | 900 | | | | | |
| 8 AM | | | | | | | | | | | | | | | | | | | |
| 9 AM | | | | | | | | 360 | | | | | | 200 | | | | | |
| 10 AM | | | | | | | | | | | | | | | | | | | |
| 11 AM | | | | | | | | | | | | | | 150 | | | | | |
| 12 PM | | | | | | | | | | | | | | | | | | | |
| 1 PM | | | | | | | | 240 | | | | | | | | | | | |
| 2 PM | | | | | | | | 180 | | | | | | 300 | | | | | |
| 3 PM | | | | | | | | | | | | | | | | | | | |
| 8 HR. Total | | | | | | | | 780 | | | | | | 650 | | | | | |
| 4 PM | | | | | | | | | | | | | | | | | | | |
| 5 PM | | | | | | | | | | | | | | 300 | | | | | |
| 6 PM | | | | | | | | 360 | | | | | | 400 | | | | | |
| 7 PM | | | | | | | | | | | | | | | | | | | |
| 8 PM | | | | | | | | | | | | | | | | | | | |
| 9 PM | | | | | | | | | | | | | | | | | | | |
| 10 PM | | | | | | | | | | | | | | | | | | | |
| 11 PM | | | | | | | | | | | | | | | | | | | |
| 8 HR. Total | | | | | | | | | | | | | | | | | | | |
| 24 HR. Total | | | | | | | | | | | | | | | | | | | |

| | | | |
|---|---|---|---|
| 24 HOUR INTAKE | 11 PM - 7 AM Signature: | 7 AM - 3 PM Signature: [signature] | 3 PM - 11 PM Signature: |

| | | | |
|---|---|---|---|
| 24 HOUR OUTPUT | | | |
| BALANCE | | | |
| CUM. BALANCE | | | |
| Chest | Colloid | Balance | Cum. Balance |
| | | | |
| Cum. Bal. from Yesterday | | | |
| CRYSTALLOID | | | |
| COLLOID | | | |
| WEIGHT | | | |

8 HOUR TOTALS

| | IN IV / PO | OUT |
|---|---|---|
| 11-7 | / | |
| 7-3 | / | |
| 3-11 | / | |

CVP Insertion Date: ______

Intubation Date: ______

| SPECIAL INSTRUCTIONS * B - Betadine, A - Antibiotic, N - None | TIME | INT | TIME | INT | TIME | INT |
|---|---|---|---|---|---|---|
| Iv Tubing Changed | | | | | | |
| IV Site Changed | | | | | | |
| IV Site Placement | | | | | | |
| Reason for Change | | | | | | |
| IV Care (Oint. Used)* | | | | | | |
| Site Appearance | | | | | | |
| Type of Needle | | | | | | |

**Cedars Medical Center**
MIAMI, FLORIDA, DAILY NURSING FLOW SHEET PAGE 3 OF 4

DATE: 4-25-03

Diagnosis: ______

Operation: ______

CEDARS MEDICAL CENTER
E4200004.. MR C065112
SILVESTRI, JOSEPH R
DR. LEON, GUSTAVO

860

| TIME | T | HR | RHYTHM | RESP | PAIN | BREATH SOUNDS R | BREATH SOUNDS L | O₂ | B/P | CVP | GLUCOSE MONITOR | PEDAL PULSES R | PEDAL PULSES L | INITIALS | (dressing change, activity, etc.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12MN | 97.6 | 59 | | 20 | | | | | 135/88 | | | | | | |
| 1A | | | | | | | | | | | | | | | |
| 2A | | | | | | | | | | | | | | | |
| 3A | | | | | | | | | | | | | | | |
| 4A | 98 | 52 | | 20 | | | | | 118/60 | | | | | | |
| 5A | | | | | | | | | | | | | | | |
| 6A | | | | | | | | | | | | | | | |
| 7A | | | | | | | | | | | | | | | |
| 8A | 96.4 | 52 | | 18 | | | | | 142/77 | | | | | PH | |
| 9A | | | | | | | | | | | | | | | |
| 10A | | | | | | | | | 160/100 | | | | | 9:45 | 2 NTG SL given pt c/o CP. Clonidine 0.1 mg given |
| 11A | | | | | | | | | | | | | | | |
| 12A | | | | | | | | | 140/110 | | | | | (1812) | 10mg Zestril given |
| 1P | | | | | | | | | | | | | | | |
| 2P | | | | | | | | | | | | | | | |
| 3P | | | | | | | | | | | | | | | |
| 4P | 97.7 | 56 | | 20 | | | | | 120/84 | | | PH | | | |
| 5P | | | | | | | | | | | | | | | |
| 6P | | | | | | | | | | | | | | | |
| 7P | | | | | | | | | | | | | | | |
| 8P | 97.7 | 57 | | 20 | | | | | 118/81 | | | | | MHM | |
| 9P | | | | | | | | | | | | | | | |
| 10P | | | | | | | | | | | | | | | |
| 11P | | | | | | | | | | | | | | | |

| Time | | | Time | | | Pulse | |
|---|---|---|---|---|---|---|---|
| Ph | | | PT | | | 3 + | Bounding Increased |
| PCO₃ | | | Cont. | | | 2 + | Normal |
| PO₂ | | | PTT | | | 1 + | Weak |
| BE | | | CPK | | | | Thready Decreased |
| HCO₃ | | | MB | | | 0 + | Absent |
| O₂ Sat | | | Tropin | | | | |
| Na | | | Hgb | | | Breath Sounds | |
| K | | | Hct | | | A | Absent |
| Cl | | | WBC | | | D | Diminished |
| CO₂ | | | | | | R | Rhonchi |
| BS | | | Weight | | | CR | Crackles |
| BUN | | | Height | | | CL | Clear |
| Creat. | | | | | | | |

Λ - Systolic ○ Temperature
V - Diastolic ● Heart Rate

AM: 12 1 2 3 4 5 6 7 8 9 10 11 | PM: 12 1 2 3 4 5 6 7 8 9 10

| BLOOD PRESSURE | HEART RATE | TEMPERATURE |
|---|---|---|
| 250 | | 105 |
| 240 | | 104 |
| 230 | | 103 |
| 220 | | 102 |
| 210 | | 101 |
| 200 | | 100 |
| 190 | | 99 |
| 180 | | 98 |
| 170 | | 97 |
| 160 | | 96 |
| 150 | 150 | |
| 140 | 140 | |
| 130 | 130 | |
| 120 | 120 | |
| 110 | 110 | |
| 100 | 100 | |
| 90 | 90 | |
| 80 | 80 | |
| 70 | 70 | |
| 60 | 60 | |
| 50 | 50 | |
| 40 | 40 | |
| 30 | 30 | |
| 20 | 20 | |
| 10 | 10 | |

R.N. SIGNATURE: [signature] INITIAL: [initials] DATE: 4/25/03
R.N. SIGNATURE: INITIAL: DATE:

**Cedars Medical Center**
MIAMI, FLORIDA
DAILY NURSING FLOW SHEET
PAGE 2 OF 4

260

CEDARS MEDICAL CENTER MIA.
C42066046 MR E0651152
SILVESTRI, JOSEPH R
DR. LEON, GUSTAVO
03/10/31 M 71

# ✦ Cedar's Medical Center
## MIAMI, FLORIDA, DAILY NURSING
## FLOW SHEET PAGE 3 OF 4

DATE: 4/24/03

Diagnosis:
Operation:
Date of Op:

**IV INTAKE**

| Time | BLOOD | IV | IVPB | PO Feedings | Chest | Colloid Type | Amt. | Bal. | U.O. | ⊕ | Gastric | Stool |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 AM | | | | 160 | | | | | | | | |
| 1 AM | | | | | | | | | | | | |
| 2 AM | | | | | | | | | | | | |
| 3 AM | | | | | | | | | | | | |
| 4 AM | | | | | | | 400 | | | | | |
| 5 AM | | | | | | | | | | | | |
| 6 AM | | | | | | | | | | | | |
| 7 AM | | 8 HR Total | | | | | | | | | | |
| 8 AM | | | | | | | | | | | | |
| 9 AM | | | | 120 | | | | | | | | |
| 10 AM | | | | 180 | | | | | | | | |
| 11 AM | | | | 100 | | | | | | | | |
| 12 PM | | | | | | | | | | | | |
| 1 PM | | | | | | | | | | | | |
| 2 PM | | | | | | | | | | | | |
| 3 PM | | | | | | | | | | | | |
| 8 HR Total | | | | 400 | | | | | 480 | | | |
| 4 PM | | | | | | | | | | | | |
| 5 PM | | | | | | | | | | | | |
| 6 PM | | | | | | | | | | | | |
| 7 PM | | | | | | | | | | | | |
| 8 PM | | | | 120 | | | | | | | | |
| 9 PM | | | | 123 | | | | | | | | |
| 10 PM | | | | 121 | | | | | | | | |
| 11 PM | | | | 1180 | | | | | | | | |
| 8 HR Total | | | | | | | | | | | | |
| 24 HR Total | | | | | | | | | | | | |

| | 11 PM - 7 AM Signature: | 7 AM - 3 PM Signature: | 3 PM - 11 PM Signature: |
|---|---|---|---|

**SPECIAL INSTRUCTIONS**
* B - Betadine, A - Antibiotic, N - None

| TIME | INT | TIME | INT | TIME | INT |
|---|---|---|---|---|---|

IV Tubing Changed
IV Site Changed
IV Site Placement
Reason for Change
IV Care (Oint. Used)*
Site Appearance
Type of Needle

**24 HOUR INTAKE** 730
**24 HOUR OUTPUT** 880
**BALANCE**

| | IN IV / PO | OUT |
|---|---|---|
| 8 HOUR TOTALS | | |
| CUM. BALANCE | | |
| | 11-7 | |
| | 7-3 | |
| | 3-11 | |

| | Chest | Colloid | Balance | Cum. Balance |
|---|---|---|---|---|

Cum. Bal. from Yesterday
CRYSTALLOID
COLLOID
WEIGHT

CVP Insertion Date:
Intubation Date:

**24 HOUR FLUID BALANCE**  Date 4/24/03
✔ In This Column If Catheter
**OUTPUT TOTALS**  **COLLOID INTAKE**



**Cedars Medical Center**
MIAMI, FLORIDA
DAILY NURSING FLOW SHEET
PAGE 2 OF 4