```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
                     FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,    )  CASE NO. 00-6309-CR-WPD
                             )
              Plaintiff,     )
                             )
         -v-                 )
                             )
JOSEPH SILVESTRI,            )
                             )  Fort Lauderdale, Florida
              Defendant.     )  May 23, 2002
_____)  12:57 p.m.


            TRANSCRIPT OF TRIAL PROCEEDINGS (EXCERPT)

          BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                      U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:      DIANA L.W. FERNANDEZ, ESQ.
                        Assistant U.S. Attorney
                              -and-
                        JAMES R. PAVLOCK, ESQ.
                        Senior Trial Attorney
                        Department Of Justice - Criminal
                        Division

For the Defendant:      RICHARD SHARPSTEIN, ESQ.


Reporter:               ROBERT A. RYCKOFF
                        Official Court Reporter
                        299 East Broward Boulevard
                        Fort Lauderdale, Florida 33301
                        954-769-5657
```

THIS VOLUME:

Pages 1 - 112

# NOT

# SCANNED

PLEASE REFER TO COURT FILE