```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
                     FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,    )  CASE NO. 00-6309-CR-WPD
                             )
           Plaintiff,        )
                             )
      -v-                    )
                             )
JOSEPH SILVESTRI,            )
                             )  Fort Lauderdale, Florida
           Defendant.        )  May 30, 2002
_____)  9:36 a.m.


              TRANSCRIPT OF TRIAL PROCEEDINGS

         BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                     U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:       DIANA L.W. FERNANDEZ, ESQ.
                         Assistant U.S. Attorney
                               -and-
                         JAMES R. PAVLOCK, ESQ.
                         Senior Trial Attorney
                         Department Of Justice - Criminal
                         Division


For the Defendant:       RICHARD SHARPSTEIN, ESQ.


Reporter:                ROBERT A. RYCKOFF
                         Official Court Reporter
                         299 East Broward Boulevard
                         Fort Lauderdale, Florida 33301
                         954-769-5657
```

THIS VOLUME:

Pages 1 - 224

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE