```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                  FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,    )  CASE NO. 00-6309-CR-WPD
                             )
         Plaintiff,          )
                             )
         -v-                 )
                             )
JOSEPH SILVESTRI,            )
                             )  Fort Lauderdale, Florida
         Defendant.          )  May 31, 2002
_____)  9:05 a.m.

                         EXCERPT

              TRANSCRIPT OF TRIAL PROCEEDINGS

         BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                    U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:       DIANA L.W. FERNANDEZ, ESQ.
                         Assistant U.S. Attorney
                                -and-
                         JAMES R. PAVLOCK, ESQ.
                         Senior Trial Attorney
                         Department Of Justice - Criminal
                         Division

For the Defendant:       RICHARD SHARPSTEIN, ESQ.


Reporter:                ROBERT A. RYCKOFF
                         Official Court Reporter
                         299 East Broward Boulevard
                         Fort Lauderdale, Florida 33301
                         954-769-5657
```



THIS VOLUME:

Pages 1 - 184

# TRANSCRIPT NOT SCANNED

PLEASE REFER TO COURT FILE