```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                  FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,    ) CASE NO. 00-6309-CR-WPD
                             )
            Plaintiff,       )
                             )
       -v-                   )
                             )
JOSEPH SILVESTRI,            )
                             ) Fort Lauderdale, Florida
            Defendant.       ) June 5, 2002
_____) 8:52 a.m.


                           EXCERPT

             TRANSCRIPT OF TRIAL PROCEEDINGS

         BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                     U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:      DIANA L.W. FERNANDEZ, ESQ.
                        Assistant U.S. Attorney
                                -and-
                        JAMES R. PAVLOCK, ESQ.
                        Senior Trial Attorney
                        Department Of Justice - Criminal
                        Division

For the Defendant:      RICHARD SHARPSTEIN, ESQ.


Reporter:               ROBERT A. RYCKOFF
                        Official Court Reporter
                        299 East Broward Boulevard
                        Fort Lauderdale, Florida 33301
                        954-769-5657
```

THIS VOLUME:

Pages 1 - 153

# NOT

# SCANNED

PLEASE REFER TO COURT FILE