# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### THE HONORABLE PATRICIA A. SEITZ

Case No. _00-6309-CR_   Date _May 13, 2003_
Clerk _Wanda Holton_   Reporter _David Ehrlich_
USPO _Michael Berg_   Interpreter _—_
USPTS _—_

AUSA _Diana Fernandez_   Def. Atty. _Jeanne Baker_

United States of America v. _Joseph Silvestri_

Defendant(s): Present _✓_   Not Present ____   In Custody _✓_
Reason for Hearing _Sentencing Hearing_

Results of Hearing _Hearing Held. Court heard a video conference._

Misc. _Sentencing hearing will continue on Wednesday May 21, 2003 @ 1pm._