FILED by ____ D.C.

MAY 2 1 2003

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S. D. OF FLA. MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA,**
                    **Plaintiff,**

**CASE NO. 00-6309-CR-Seitz**
**Magistrate Judge Bandstra**

v.

**JOSEPH SILVESTRI**
                    **Defendant.**
_____/

**ORDER AUTHORIZING CJA PAYMENTS**
**TO TWO EXPERT WITNESSES**

This cause, having come on to be heard upon "*Ex Parte* Motion of Defendant For

Authorization of CJA Payments to Expert Witnesses for Testifying at Sentencing" it is

**ORDERED AND ADJUDGED** that the said Motion is hereby *Granted* . The

Court authorizes expenditure of CJA funds for payment to two defense witnesses to testify at

sentencing:

1) to cardiologist Dr. Martin S. Bilsker in an amount not to exceed $750.00; and

2) to psychologist Dr. April Kassover (who may testify by telephone) in an amount not to
exceed $300.00.

*nunc pro Tunc to May 14, 2003*

DONE AND ORDERED this *20* day of May, 2003.

_____
PATRICIA A SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Jeanne Baker, Esq.
CJA Administrator, Lucy Lara