CRIMINAL SENTENCING MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by ___ D.C.
MAY 23 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6309-Cr
Clerk: L. Webb
USPO: Mike Berg
USPTS: ___

Date: 5/21/03
Reporter: D. Ehrlich
Interpreter: ___

AUSA: D. Fernandez / J. Paulock
Def. Atty.: Joanne Baker

United States of America v. Joseph Silvestri

Defendant(s): Present X   Not Present ___   In Custody Yes
Sentence: 122 mos as to Ct 1 / 4 120-16-45 concurrent
Supervised Release: 2 years
Special Conditions of SR: (1) no securities business (2) no telemarket (3) self employ approval

Fine $ 0
Special Assessment $ 3,100.00
Advised of right to appeal: Yes
Recommendations to BOP: FCI see transcript

Misc. forfeiture $5 million - all preliminary orders previously entered.

Joanne Baker appointed as Counsel for appeal.