UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ



UNITED STATES OF AMERICA,

v.

JOSEPH SILVESTRI,
_____/

## ORDER APPOINTING CJA APPELLATE COUNSEL

This matter came before the Court upon Defendant's Motion for Appointment of Jeanne Baker as CJA counsel on appeal. The Defendant having been found indigent by Order entered by Magistrate Judge Ted E. Bandstra on May 7, 2003, it is

ORDERED that Jeanne Baker is hereby appointed CJA counsel on appeal.

DONE AND ORDERED in Miami, Florida this 21st day of May, 2003.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Diana Fernandez, AUSA
Jeanne Baker, Esq.

