UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6309-CR-Seitz

    Plaintiff,

v.

JOSEPH SILVESTRI,

    Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given, by and through undersigned counsel, that defendant **JOSEPH SILVESTRI**, who has been declared indigent, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from his conviction and sentence entered against him in the above-captioned case on May 21, 2003.

Respectfully submitted,

**JEANNE BAKER**
ATTORNEY AT LAW, P.A.
Florida Bar No. 0880700
2937 Southwest 27th Avenue, Suite 202
Miami, Florida 33133-3703
(305) 443-1600
(305) 445-9666 (fax)
**COUNSEL for JOSEPH SILVESTRI**

By: _/s/ Jeanne Baker_

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal was delivered by mail this 27th day of May 2003, to the following:

    Assistant United States Attorney
    Diana L.W. Fernandez
    United States Attorney's Office
    500 E. Broward Boulevard
    Ft. Lauderdale, Florida 33394
    (954) 356-7255
    (954) 356-7230 (fax)
    **Counsel for the United States**

                                                _____
                                                JEANNE BAKER, ESQ.