UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA      Case No. 00-6309-CR-PAS

    v.      MIAMI, FLORIDA
     May 21, 2003
     VOLUME III

     PAGE 1 TO 151

JOSEPH SILVESTRI

SENTENCING HEARING
BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

     DIANA FERNANDEZ, ESQ.
     JAMES PAVLOCK, ESQ.
     Assistant United States Attorneys
     500 E. Broward Boulevard - 7th Floor
     Ft. Lauderdale, FL 33394-3002

FOR THE DEFENDANT:

     JEANNE BAKER, ESQ.
     2937 SW 27th Avenue - Suite 202
     Coconut Grove, FL 33133-3703

REPORTED BY:

     DAVID S. EHRLICH, RPR
     Official Court Reporter
     301 N. Miami, Room 504
     Miami, Florida 33128-7788
     (305) 523-5537

Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription (CAT).

DAVID S. EHRLICH - OFFICIAL COURT REPORTER