UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        Case No. 00-6309-CR-PAS

       v.                    MIAMI, FLORIDA
                            May 12, 2003
                            VOLUME I

                            PAGE 1 TO 142

JOSEPH SILVESTRI


SENTENCING HEARING

BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE GOVERNMENT:

                 DIANA FERNANDEZ, ESQ.
                 JAMES PAVLOCK, ESQ.
                 Assistant United States Attorneys
                 500 E. Broward Boulevard - 7th Floor
                 Ft. Lauderdale, FL 33394-3002

FOR THE DEFENDANT:

                 JEANNE BAKER, ESQ.
                 2937 SW 27th Avenue - Suite 202
                 Coconut Grove, FL 33133-3703


REPORTED BY:       DAVID S. EHRLICH, RPR
                 Official Court Reporter
                 301 N. Miami, Room 504
                 Miami, Florida 33128-7788
                 (305) 523-5537


Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription (CAT).

DAVID S. EHRLICH - OFFICIAL COURT REPORTER