UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 00-6309-CR-PAS |
| v. | MIAMI, FLORIDA<br>May 13, 2003<br>VOLUME II |
| | PAGE 1 TO 242 |
| JOSEPH SILVESTRI | |

**SENTENCING HEARING**
BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

    DIANA FERNANDEZ, ESQ.
    JAMES PAVLOCK, ESQ.
    Assistant United States Attorneys
    500 E. Broward Boulevard - 7th Floor
    Ft. Lauderdale, FL 33394-3002

FOR THE DEFENDANT:

    JEANNE BAKER, ESQ.
    2937 SW 27th Avenue - Suite 202
    Coconut Grove, FL 33133-3703

REPORTED BY:

    DAVID S. EHRLICH, RPR
    Official Court Reporter
    301 N. Miami, Room 504
    Miami, Florida 33128-7788
    (305) 523-5537

Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription(CAT).