# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

## PART I. TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk within 10 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: __United States__ vs __Joseph Silvestri__

District Court No.: __00-6309-Cr-Seitz__ Date Notice of Appeal Filed: __5/28/03__ Court of Appeals No.: __03-12820__
(If Available)

CHOOSE ONE: ☐ No hearing  ☐ No transcript is required for appeal purposes  ☐ All necessary transcript(s) on file
☒ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☐ Pre-Trial Proceedings | | | Ryckoff |
| ☒ Trial | commenced 5/21/02 (request opening/closing arguments, sidebars, instructions) | Dimitrouleas | Robert |
| ☒ Sentence | 5/12/03 5/13/03 5/21/03 | Seitz | David Ehrlich |
| ☐ Other | | | |

REC'D JUN 25 2003 APPEALS

CLARENCE MADDOX
CLERK U.S. DIST.
S.D. OF FLA. - MI

## METHOD OF PAYMENT:

☐ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☒ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: __Jeanne Baker__
Name of Firm: __Jeanne Baker, Attorney at Law, P.A.__
Street Address/P.O. Box: __2937 SW 27th Ave__
City/State/Zip Code: __Miami, FL 33133__  Phone No.: __305-443-1600__

*I certify that I have filed the original (Yellow page) with the District Court Clerk, sent the Pink and Green pages to the appropriate Court Reporter(s) if ordering a transcript, and sent a photocopy to the Court of Appeals Clerk and to all parties.*

DATE: __6/6/03__  SIGNED: __Jeanne Baker__  Attorney for: __defendant Silvestri__

## PART II. COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file Pink page with the District Court Clerk within 10 days of receipt. The Court Reporter shall send a photocopy to the Court of Appeals Clerk and to all parties, and retain the Green page to provide notification when transcript filed.*

☒ Date Transcript Order received: __6-13-03__
☒ Satisfactory arrangements for paying the cost of the transcript were completed on: __6-19-03 (CJA)__ (AS TO RYCKOFF)
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: __4__  Estimated no. of transcript pages: __270__  Estimated filing date: __7-21-03__
DATE: __6-19-03__  SIGNED: __Robert Ryckoff__  Phone No.: __954-769-5657__

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript. (AS TO RYCKOFF)

## PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file Green page with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a photocopy of the completed Green page to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): _____

Actual No. of Volumes and Hearing Dates: _____

Date: _____  Signature of Court Reporter: _____

*U.S. GPO: 1999-734-586/80181