```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
                 FORT LAUDERDALE DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 00-6309-CR-WPD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| JOSEPH SILVESTRI, | ) | |
| | ) | Fort Lauderdale, Florida |
| Defendant. | ) | June 5, 2002 |
| | ) | 8:52 a.m. |

EXCERPT - VOLUME 1

TRANSCRIPT OF TRIAL PROCEEDINGS

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:   DIANA L.W. FERNANDEZ, ESQ.
                     Assistant U.S. Attorney
                           -and-
                     JAMES R. PAVLOCK, ESQ.
                     Senior Trial Attorney
                     Department Of Justice - Criminal
                     Division

For the Defendant:   RICHARD SHARPSTEIN, ESQ.


Reporter:            ROBERT A. RYCKOFF
                     Official Court Reporter
                     299 East Broward Boulevard
                     Fort Lauderdale, Florida 33301
                     954-769-5657

THIS VOLUME:
Pages 1 - 115

# NOT

# SCANNED

PLEASE REFER TO COURT FILE