1

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                  FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,  )  CASE NO. 00-6309-CR-WPD
                           )
          Plaintiff,       )
                           )
     -v-                   )
                           )
JOSEPH SILVESTRI,          )
                           )  Fort Lauderdale, Florida
          Defendant.       )  June 6, 2002
_____)  9:00 a.m.


                       VOLUME 2

           TRANSCRIPT OF TRIAL PROCEEDINGS

      BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                 U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:      DIANA L.W. FERNANDEZ, ESQ.
                        Assistant U.S. Attorney
                               -and-
                        JAMES R. PAVLOCK, ESQ.
                        Senior Trial Attorney
                        Department Of Justice - Criminal
                        Division

For the Defendant:      RICHARD SHARPSTEIN, ESQ.


Reporter:               ROBERT A. RYCKOFF
                        Official Court Reporter
                        299 East Broward Boulevard
                        Fort Lauderdale, Florida 33301
                        954-769-5657
```

THIS VOLUME:

Pages 1-24



# NOT

# SCANNED

PLEASE REFER TO COURT FILE