UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 00-6309-CR-WPD (PAS) |
| Plaintiff, ) | |
| -v- ) | |
| JOSEPH SILVESTRI, ) | Fort Lauderdale, Florida |
| Defendant. ) | June 11, 2002 |
| ) | 9:07 a.m. |

TRANSCRIPT OF TRIAL PROCEEDINGS

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff    DIANA L.W. FERNANDEZ, ESQ.
                     Assistant U.S. Attorney
                              -and-
                     JAMES R. PAVLOCK, ESQ.
                     Senior Trial Attorney

For the Defendant    RICHARD SHARPSTEIN, ESQ.

Reporter             ROBERT A. RYCKOFF
                     Official Court Reporter
                     299 East Broward Boulevard
                     Fort Lauderdale, Florida 33301
                     954-769-5657

THIS VOLUME:
Pages 1 - 16

1/1450

# NOT

# SCANNED

PLEASE REFER TO COURT FILE