1

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                 FORT LAUDERDALE DIVISION
```

UNITED STATES OF AMERICA,   ) CASE NO. 00-6309-CR-WPD
                            )
          Plaintiff,        )
                            )
    -v-                     )
                            )
FRED MORGENSTERN,           )
DAVID MORGENSTERN,          )
JOSEPH SILVESTRI,           )
                            ) Fort Lauderdale, Florida
          Defendants.       ) May 21, 2002
_____) 9:02 a.m.

TRANSCRIPT OF HEARING

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:          J. BRIAN MCCORMICK, ESQ.
                            DIANA L.W. FERNANDEZ, ESQ.
                            Assistant U.S. Attorneys
                                    -and-
                            JAMES R. PAVLOCK, ESQ.
                            Senior Trial Attorney
                            Department Of Justice/Criminal
                            Division

For the Defendant           WILLIAM NORRIS, ESQ.
Fred Morgenstern:

For the Defendant           SCOTT SAKIN, ESQ.
David Morgenstern:

For the Defendant           RICHARD SHARPSTEIN, ESQ.
Joseph Silvestri:

Reporter:                   ROBERT A. RYCKOFF
                            Official Court Reporter
                            299 East Broward Boulevard
                            Fort Lauderdale, Florida 33301
                            954-769-5657



# NOT

# SCANNED

PLEASE REFER TO COURT FILE