1

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                 FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,  )  CASE NO. 00-6309-CR-WPD
                           )
           Plaintiff,      )
                           )
       -v-                 )
                           )
JOSEPH SILVESTRI,          )
                           )  Fort Lauderdale, Florida
           Defendant.      )  May 23, 2002
_____)  12:57 p.m.
```

TRANSCRIPT OF TRIAL PROCEEDINGS

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:    DIANA L.W. FERNANDEZ, ESQ.
                      Assistant U.S. Attorney
                            -and-
                      JAMES R. PAVLOCK, ESQ.
                      Senior Trial Attorney
                      Department Of Justice - Criminal
                      Division

For the Defendant:    RICHARD SHARPSTEIN, ESQ.


Reporter:             ROBERT A. RYCKOFF
                      Official Court Reporter
                      299 East Broward Boulevard
                      Fort Lauderdale, Florida 33301
                      954-769-5657



# NOT

# SCANNED

PLEASE REFER TO COURT FILE