UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ (S)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSEPH SPITALERI,

        Defendant.

FILED by _____ D.C.
MAR 31 2004
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## COURT'S ORDER CONCERNING RESTITUTION

THIS MATTER having come before the Court upon the government's motion for the entry of an Order concerning the previously entered Restitution Order and the Court having been fully apprised,

IT IS HEREBY ORDERED and ADJUDGED that the cash originally seized from the defendant in the amount of $24,860.00 and the jewelry taken from the defendant, consisting of three watches, a gold ring with diamonds, a white gold ring, and a gold chain, are to be applied to the restitution previously ordered in the case totaling $1,757,438.17.

DONE AND ORDERED in Miami, Florida, this 30th day of March, 2004.

                                  PATRICIA A. SEITZ
                                  UNITED STATES DISTRICT JUDGE

Copies to:
Diana L.W. Fernandez, AUSA
Brian H. Bieber, Esquire

