# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CLARENCE MADDOX**
Clerk of Court

Appeals Section

Date: ___4/28/2004___

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**1st Supplement**

IN RE:    **District Court No:** 00-06309-CR - PAS

        **U.S.C.A. No:** 03-12820-A

        Style: JOSEPH SILVESTRI VS. USA

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

**Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:**

    ____0____ Volume(s) of pleadings

    ____0____ Volume(s) of Transcripts

    __X__ Exhibits: ____1____ boxes;  ____0____ folders;

                ____0____ envelopes;  ____0____ PSIs (sealed)

                other: _____

                ✔ other Envelope with a folder of Exhibits

    ☐ Other: _____

    ☐ Other: _____

Sincerely,

Clarence Maddox, Clerk of Court

By: _____

    **Deputy Clerk**

Attachment
c: court file

S/F A-15
Rev. 10/94

---

| 301 N. Miami Avenue | 299 E. Broward Boulevard | 701 Clematis Street |
|---|---|---|
| Miami, Fl 33128-7788 | Ft. Lauderdale, Fl 33301 | West Palm Beach, Fl 33401 |
| 305-523-5080 | 954-769-5413 | 561-803-3408 |



BLG     CLOSED
APPEAL

U.S. District Court
Southern District of Florida (FtLauderdale)

CRIMINAL DOCKET FOR CASE #: 00-CR-6309-ALL

USA v. Raffa, et al                                    Filed: 10/24/00
Dkt# in other court: None

Case Assigned to:  Judge Patricia A. Seitz

GATEWAY TRANSPORTATION              David B. Rothman
SERVICES (0)                        FTS 374-5747
     Interested Party               [COR LD NTC ret]
                                    Thornton & Rothman
                                    First Union Financial Center
                                    200 S Biscayne Boulevard
                                    Suite 2690
                                    Miami, FL 33131
                                    305-358-9000

Pending Counts:

    NONE

Terminated Counts:

    NONE

Complaints:

    NONE

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____
                    Deputy Clerk
Date _____4/28/04_____

Proceedings include events between 6/6/02 and 6/6/02.                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

REPUBLIC SECURITY BANK (0)          Jeremy James Hart
      Interested Party              FTS 376-6010
                                    305-376-6005
                                    [COR LD NTC ret]
                                    Gunster Yoakley & Stewart
                                    1 Biscayne Tower
                                    2 S Biscayne Boulevard
                                    Suite 3500
                                    Miami, FL 33131-1897
                                    305-376-6000


Pending Counts:

   NONE


Terminated Counts:

   NONE


Complaints:

   NONE

Proceedings include events between 6/6/02 and 6/6/02.                      BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

UNITED STATES SECURITIES AND          James Pavlock
EXCHANGE COMMISSION (0)               FTS 356-7230
    Interested Party               [COR LD NTC ret]
                                     United States Attorney's Office
                                     500 E Broward Boulevard
                                     7th Floor
                                     Fort Lauderdale, FL 33394-3002
                                     954-356-7255

                                     Edward G. Sullivan
                                     404-842-7666
                                     [COR LD NTC]
                                     United States Securities and
                                     Exchange Commission
                                     3475 Lenox Road NE
                                     Suite 1000
                                     Atlanta, GA 30326-1232
                                     404-842-7675

Pending Counts:

    NONE


Terminated Counts:

    NONE


Complaints:

    NONE

Proceedings include events between 6/6/02 and 6/6/02.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                                          CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

GOLD COAST CHECK CASHING, INC.          Harry Martin Solomon
(0)                                     FTS 358-7222
        Interested Party                305-358-7400
                                        Suite 606
                                        [COR LD NTC]
                                        799 Brickell Plaza
                                        Miami, FL 33131-5198


Pending Counts:

    NONE


Terminated Counts:

    NONE


Complaints:

    NONE

```
Proceedings include events between 6/6/02 and 6/6/02.                    BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL
```

Case Assigned to:  Judge Patricia A. Seitz

```
GRACE MAMONE (0)                    Robert Norman Berube
        Interested Party            FTS 356-7556
                                    [COR LD NTC pda]
                                    Federal Public Defender's
                                    Office
                                    1 E Broward Boulevard
                                    Suite 1100
                                    Fort Lauderdale, FL 33301
                                    954-356-7436

                                    William James Cone, Jr.
                                    FTS 764-3215
                                    [COR LD NTC ret]
                                    514 SE 7th Street
                                    Fort Lauderdale, FL 33301
                                    954-764-0570

                                    Richard L. Rosenbaum
                                    FTS 522-7003
                                    954-522-7007
                                    Suite 1700
                                    [COR LD NTC ret]
                                    Las Olas Center
                                    350 E Las Olas Boulevard
                                    Fort Lauderdale, FL 33301
```

Pending Counts:

    NONE


Terminated Counts:

    NONE



Complaints:

    NONE


=========================

Proceedings include events between 6/6/02 and 6/6/02.                    BLG
0:00cr6309-ALL USA v. Raffa, et al                            CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

STEVE RAFFA (1) , DOB-10/2/41;        David Michael Garvin
Prisoner #55521-004; Address-          [term  12/06/00]
15641 S.W. 16th Street,               FTS 371-8848
Pembroke Pines, FL                    305-371-8101
     defendant                        Suite 1480
 [term  12/06/00]                     [COR LD NTC ret]
                                      1200 Brickell Avenue
                                      Miami, FL 33131


Pending Counts:

    NONE


Terminated Counts:                         Disposition

18:1962-7480.F RACKETEERING           DISMISSED
(1)                                   (1)

18:1955.F ILLEGAL GAMBLING            DISMISSED
(2)                                   (2)

18:1511.F INTIMIDATION OF             DISMISSED
WITNESS JUROR                         (3)
(3)

18:892.F EXTENSIONS OF CREDIT         DISMISSED
BY EXTORTION                          (4)
(4)

18:894.F COLLECTION OF CREDIT         DISMISSED
BY EXTORTION                          (5)
(5)

18:1956-3300.F MONEY                  DISMISSED
LAUNDERING - INTERSTATE               (6)
COMMERCE          (6)

18:1957-3300.F INTERSTATE             DISMISSED
COMMERCE                              (7)
(7)

18:1956-7450.F RACKETTERING,          DISMISSED
LIQUOR                                (8 - 13)
(8 - 13)

18:1957-7611.F ENGAGING IN            DISMISSED
MONETARY TRANSACTIONS                 (14 - 16)
(14 - 16)

18:1956-3300.F MONEY                  DISMISSED

Proceedings include events between 6/6/02 and 6/6/02.                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

LAUNDERING - INTERSTATE          (17)
COMMERCE          (17)

18:1956-3300.F MONEY             DISMISSED
LAUNDERING - INTERSTATE          (18 - 45)
COMMERCE          (18 - 45)

18:1957-9752.F ENGAGING IN       DISMISSED
MONETARY INSTRUMENTS             (46 - 70)
(46 - 70)


Offense Level (disposition): 4



Complaints:

    NONE


========================

Case Assigned to:  Judge Patricia A. Seitz

JOHN MAMONE (2) , DOB-6/12/51;   David B. Rothman
Prisoner #07803-062; Address-    FTS 374-5747
1960 Augusta Terrace, Coral      [COR LD NTC ret]
Springs, FL 33071                Thornton & Rothman
    defendant                    First Union Financial Center
  [term 09/16/02]                200 S Biscayne Boulevard
                                 Suite 2690
                                 Miami, FL 33131
                                 305-358-9000

                                 Neil M. Schuster
                                 FTS 416-0325
                                 305-416-0324
                                 Suite 2-C
                                 [COR LD NTC ret]
                                 555 NE 15th Street
                                 Miami, FL 33133

                                 John Mamone
                                 ppp
                                 Shawnee, #07803-062
                                 Federal Correctional
                                 Institution Marianna
                                 PO Box 8000
                                 Marianna, FL 32447-8000

```
Proceedings include events between 6/6/02 and 6/6/02.                    BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL
```

Pending Counts:                          Disposition

18:1962-7480.F RACKETEERING          IMPRISONMENT 115 months as to
(1ss)                                counts one (97 months for
                                     underlying offense and 18
                                     months enhancement to be served
                                     consecutively to the 97 months
                                     for a total of 115 months)3
                                     years supervised as to Count 1,
                                     $100.00 total assessment,    $4,
                                     557,438.00 total restitution
                                     (1ss)


Offense Level (opening): 4


Terminated Counts:                          Disposition

18:1962-7480.F RACKETEERING          DISMISSED
(1)                                  (1)

18:1962-7440.F RACKETEERING -        DISMISSED
GAMBLING                             (1s)
(1s)

18:1955.F ILLEGAL GAMBLING           DISMISSED
(2)                                  (2)

18:1955.F ILLEGAL GAMBLING           DISMISSED
(2s)                                 (2s)

18:1955.F ILLEGAL GAMBLING           DISMISSED
(2ss)                                (2ss)

18:1511.F INTIMIDATION OF            DISMISSED
WITNESS JUROR                        (3)
(3)

18:1511.F INTIMIDATION OF            DISMISSED
WITNESS JUROR                        (3s)
(3s)

18:1511.F INTIMIDATION OF            DISMISSED
WITNESS JUROR                        (3ss)
(3ss)

18:892.F EXTENSIONS OF CREDIT        DISMISSED
BY EXTORTION                         (4)
(4)

18:894.F COLLECTION OF CREDIT        DISMISSED
BY EXTORTION                         (4s)

Proceedings include events between 6/6/02 and 6/6/02.                    BLG
0:00cr6309-ALL USA v. Raffa, et al                            CLOSED APPEAL

(4s)

18:892.F EXTENSIONS OF CREDIT          DISMISSED
BY EXTORTION                           (4ss)
(4ss)

18:894.F COLLECTION OF CREDIT          DISMISSED
BY EXTORTION                           (5)
(5)

18:1956-4700.F MONEY                   DISMISSED
LAUNDERING-POSTAL/WIRE/RADIO           (5s)
(5s)

18:894.F COLLECTION OF CREDIT          DISMISSED
BY EXTORTION                           (5ss)
(5ss)

18:1956-3300.F MONEY                   DISMISSED
LAUNDERING - INTERSTATE                (6)
COMMERCE        (6)

18:1956-4700.F MONEY                   DISMISSED
LAUNDERING-POSTAL/WIRE/RADIO           (6s)
(6s)

18:1956-7530.F MONEY                   DISMISSED
LAUNDERING-GAMBLING/LOTTERY            (6ss)
(6ss)

18:1957-3300.F INTERSTATE              DISMISSED
COMMERCE                               (7)
(7)

18:1956-4700.F MONEY                   DISMISSED
LAUNDERING-POSTAL/WIRE/RADIO           (7s - 12s)
(7s - 12s)

18:1956-4700.F MONEY                   DISMISSED
LAUNDERING-POSTAL/WIRE/RADIO           (7ss)
(7ss)

18:1956-7450.F RACKETTERING,           DISMISSED
LIQUOR                                 (8 - 13)
(8 - 13)

18:1957-7600.F ENGAGING IN             DISMISSED
MONETARY TRANSACTIONS                  (8ss - 10ss)
(8ss - 10ss)

18:1957-7600.F ENGAGING IN             DISMISSED
MONETARY TRANSACTIONS                  (11ss - 13ss)
(11ss - 13ss)

Proceedings include events between 6/6/02 and 6/6/02.                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

18:1957-4700.F POSTAL,           DISMISSED
INTERSTATE WIRE, RADIO, ETC.     (13s - 15s)
(13s - 15s)

18:1957-7611.F ENGAGING IN       DISMISSED
MONETARY TRANSACTIONS            (14 - 16)
(14 - 16)

18:1956-4700.F MONEY             DISMISSED
LAUNDERING-POSTAL/WIRE/RADIO     (14ss)
(14ss)

18:1957-4700.F POSTAL,           DISMISSED
INTERSTATE WIRE, RADIO, ETC.     (15ss)
(15ss)

18:1956-4700.F MONEY             DISMISSED
LAUNDERING-POSTAL/WIRE/RADIO     (16s - 21s)
(16s - 21s)

18:1957-4700.F POSTAL,           DISMISSED
INTERSTATE WIRE, RADIO, ETC.     (16ss - 45ss)
(16ss - 45ss)

18:1956-3300.F MONEY             DISMISSED
LAUNDERING - INTERSTATE          (17)
COMMERCE         (17)

18:1956-3300.F MONEY             DISMISSED
LAUNDERING - INTERSTATE          (18 - 45)
COMMERCE         (18 - 45)

18:1957-4700.F POSTAL,           DISMISSED
INTERSTATE WIRE, RADIO, ETC.     (22s - 24s)
(22s - 24s)

18:1956-4700.F MONEY             DISMISSED
LAUNDERING-POSTAL/WIRE/RADIO     (25s)
(25s)

18:1956-4700.F MONEY             DISMISSED
LAUNDERING-POSTAL/WIRE/RADIO     (26s)
(26s)

18:1957-4700.F POSTAL,           DISMISSED
INTERSTATE WIRE, RADIO, ETC.     (27s)
(27s)

18:1956-4700.F MONEY             DISMISSED
LAUNDERING-POSTAL/WIRE/RADIO     (28s - 52s)
(28s - 52s)

18:1957-9752.F ENGAGING IN       DISMISSED
MONETARY INSTRUMENTS             (46 - 70)

Docket as of April 28, 2004 11:06 am              Page 10

```
Proceedings include events between 6/6/02 and 6/6/02.                BLG
0:00cr6309-ALL USA v. Raffa, et al                            CLOSED APPEAL
```

(46 - 70)

| 18:1957-4700.F POSTAL, INTERSTATE WIRE, RADIO, ETC. (46ss - 47ss) | DISMISSED (46ss - 47ss) |
| --- | --- |
| 18:1957-4700.F POSTAL, INTERSTATE WIRE, RADIO, ETC. (48ss - 49ss) | DISMISSED (48ss - 49ss) |
| 18:1957-4700.F POSTAL, INTERSTATE WIRE, RADIO, ETC. (50ss - 53ss) | DISMISSED (50ss - 53ss) |
| 18:1957-4700.F POSTAL, INTERSTATE WIRE, RADIO, ETC. (53s - 77s) | DISMISSED (53s - 77s) |
| 18:1957-4700.F POSTAL, INTERSTATE WIRE, RADIO, ETC. (54ss - 55ss) | DISMISSED (54ss - 55ss) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO (78s - 85s) | DISMISSED (78s - 85s) |
| 18:1957-4700.F POSTAL, INTERSTATE WIRE, RADIO, ETC. (86s - 93s) | DISMISSED (86s - 93s) |

Offense Level (disposition): 4


Complaints:

     NONE


==========================

Docket as of April 28, 2004 11:06 am              Page 11

Proceedings include events between 6/6/02 and 6/6/02.                          BLG
0:00cr6309-ALL USA v. Raffa, et al                                   CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

FRED MORGENSTERN (3) , (DOB or        Marisa Tinkler Mendez
Prisoner # not provided) Old          FTS 443-2291
Address-19622 Biscayne Bay            305-444-3747
Drive, Boca Raton, FL 33498;          Suite 304
NEW ADDRESS: 18233 Fresh Lake         [COR LD NTC cja]
Way, Boca Raton, FL                   901 Ponce De Leon Boulevard
      defendant                       Coral Gables, FL 33134-3073
  [term  04/22/03]
                                      Michael James Rosen
                                        [term  04/22/03]
                                      FTS 856-3116
                                      305-858-9700
                                      Suite 105
                                      [COR LD NTC ret]
                                      2400 South Dixie Highway
                                      Miami, FL 33133

                                      John Robert Howes
                                        [term  01/11/02]
                                      FTS 462-2255
                                      [COR LD NTC cja]
                                      John R. Howes
                                      Trial Lawyers Building
                                      633 SE 3rd Avenue
                                      Suite 4R
                                      Fort Lauderdale, FL 33302
                                      954-763-6003

                                      William Alexander Clay
                                        [term  03/10/03]
                                      FTS 595-9732
                                      305-595-0866
                                      PH 400
                                      [COR LD NTC cja]
                                      11440 N Kendall Drive
                                      Miami, FL 33176

                                      William M. Norris
                                        [term  02/04/03]
                                      FTS 279-9026
                                      [COR LD NTC cja]
                                      William Norris
                                      8870 SW 62nd Terrace
                                      Miami, FL 33173
                                      305-279-9311

Proceedings include events between 6/6/02 and 6/6/02.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                                          CLOSED APPEAL

Pending Counts:                          Disposition

18:1956-4700.F MONEY          Imprisonment 61 months:
LAUNDERING-POSTAL/WIRE/RADIO  sentence imposed in 02-60101-
(14ss)                        CR-WPD (60 months) to run
                              consecutive to this sentence,
                              for a        total of 121
                              months; Supervised Release 36
                              months to run        concurrent to
                              36 months imposed in 02-60101-
                              CR-WPD;            Assessment
                              $100.00; Restitution $13,375,
                              927.36              (14ss)


Offense Level (opening): 4


Terminated Counts:                       Disposition

18:1962-7480.F RACKETEERING   Rule 20 Transfer for plea and
(1)                           sentence to the District of
                              South Carolina (Greenville)
                              (1)


18:1962-7440.F RACKETEERING - Rule 20 Transfer for plea and
GAMBLING                      sentence to the District of
(1s)                          South Carolina (Greenville)
                              (1s)


18:1962-7480.F RACKETEERING   Rule 20 Transfer for plea and
(1ss)                         sentence to the District of
                              South Carolina (Greenville)
                              (1ss)


18:1956-4700.F MONEY          Rule 20 Transfer for plea and
LAUNDERING-POSTAL/WIRE/RADIO  sentence to the District of
(5s)                          South Carolina (Greenville)
                              (5s)


18:1956-3300.F MONEY          Rule 20 Transfer for plea and
LAUNDERING - INTERSTATE       sentence to the District of
COMMERCE          (6)         South Carolina (Greenville)
                              (6)


18:1956-7530.F MONEY          Rule 20 Transfer for plea and
LAUNDERING-GAMBLING/LOTTERY   sentence to the District of
(6ss)                         South Carolina (Greenville)
                              (6ss)


18:1957-4700.F POSTAL,        Rule 20 Transfer for plea and
INTERSTATE WIRE, RADIO, ETC.  sentence to the District of
(15ss)                        South Carolina (Greenville)

Proceedings include events between 6/6/02 and 6/6/02.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                                              CLOSED APPEAL

                                        (15ss)

18:1957-4700.F POSTAL,                  Rule 20 Transfer for plea and
INTERSTATE WIRE, RADIO, ETC.            sentence to the District of
(16ss - 45ss)                           South Carolina (Greenville)
                                        (16ss - 45ss)

18:1956-3300.F MONEY                    Rule 20 Transfer for plea and
LAUNDERING - INTERSTATE                 sentence to the District of
COMMERCE        (17)                    South Carolina (Greenville)
                                        (17)

18:1956-3300.F MONEY                    Rule 20 Transfer for plea and
LAUNDERING - INTERSTATE                 sentence to the District of
COMMERCE        (18 - 45)               South Carolina (Greenville)
                                        (18 - 45)

18:1956-4700.F MONEY                    Rule 20 Transfer for plea and
LAUNDERING-POSTAL/WIRE/RADIO            sentence to the District of
(25s)                                   South Carolina (Greenville)
                                        (25s)

18:1956-4700.F MONEY                    Rule 20 Transfer for plea and
LAUNDERING-POSTAL/WIRE/RADIO            sentence to the District of
(26s)                                   South Carolina (Greenville)
                                        (26s)

18:1957-4700.F POSTAL,                  Rule 20 Transfer for plea and
INTERSTATE WIRE, RADIO, ETC.            sentence to the District of
(27s)                                   South Carolina (Greenville)
                                        (27s)

18:1956-4700.F MONEY                    Rule 20 Transfer for plea and
LAUNDERING-POSTAL/WIRE/RADIO            sentence to the District of
(28s - 52s)                             South Carolina (Greenville)
                                        (28s - 52s)

18:1957-9752.F ENGAGING IN              Rule 20 Transfer for plea and
MONETARY INSTRUMENTS                    sentence to the District of
(46 - 70)                               South Carolina (Greenville)
                                        (46 - 70)

18:1957-4700.F POSTAL,                  Rule 20 Transfer for plea and
INTERSTATE WIRE, RADIO, ETC.            sentence to the District of
(46ss - 47ss)                           South Carolina (Greenville)
                                        (46ss - 47ss)

18:1957-4700.F POSTAL,                  Rule 20 Transfer for plea and
INTERSTATE WIRE, RADIO, ETC.            sentence to the District of
(48ss - 49ss)                           South Carolina (Greenville)
                                        (48ss - 49ss)

18:1957-4700.F POSTAL,                  Rule 20 Transfer for plea and
INTERSTATE WIRE, RADIO, ETC.            sentence to the District of

Proceedings include events between 6/6/02 and 6/6/02.                          BLG
0:00cr6309-ALL USA v. Raffa, et al                                  CLOSED APPEAL

(50ss - 53ss)                        South Carolina (Greenville)
                                     (50ss - 53ss)

18:1957-4700.F POSTAL,               Rule 20 Transfer for plea and
INTERSTATE WIRE, RADIO, ETC.         sentence to the District of
(53s - 77s)                          South Carolina (Greenville)
                                     (53s - 77s)

18:1957-4700.F POSTAL,               Rule 20 Transfer for plea and
INTERSTATE WIRE, RADIO, ETC.         sentence to the District of
(54ss - 55ss)                        South Carolina (Greenville)
                                     (54ss - 55ss)

18:1956-4700.F MONEY                 Rule 20 Transfer for plea and
LAUNDERING-POSTAL/WIRE/RADIO         sentence to the District of
(78s - 85s)                          South Carolina (Greenville)
                                     (78s - 85s)

18:1957-4700.F POSTAL,               Rule 20 Transfer for plea and
INTERSTATE WIRE, RADIO, ETC.         sentence to the District of
(86s - 93s)                          South Carolina (Greenville)
                                     (86s - 93s)


Offense Level (disposition): 4



Complaints:

    NONE


========================


Docket as of April 28, 2004 11:06 am                Page 15

Proceedings include events between 6/6/02 and 6/6/02.                          BLG
0:00cr6309-ALL USA v. Raffa, et al                                     CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

DAVID MORGENSTERN (4) , DOB-          Scott William Sakin
10/28/48; Prisoner #10453-074;         [term  02/04/03]
Address-7534 Estrella Circle,         FTS 325-0331
Boca Raton, FL 33433                   305-545-0007
     defendant                        [COR LD NTC cja]
  [term  04/22/03]                    1411 NW North River Drive
                                      Miami, FL 33125

                                      Brian R. McComb
                                       [term  04/22/03]
                                      FTS 223-0121
                                      772-781-0069
                                      [COR LD NTC cja]
                                      3458 SE Dixie Highway
                                      Stuart, FL 34997-5217

                                      Ana Maria Jhones
                                       [term  11/06/01]
                                      FTS 461-0041
                                      [COR LD NTC ret]
                                      Ana M. Jhones
                                      220 Miracle Mile
                                      Suite 235
                                      Coral Gables, FL 33134
                                      305-461-0700


Pending Counts:                        Disposition

18:1956-4700.F MONEY                   Imprisonment 120 months:
LAUNDERING-POSTAL/WIRE/RADIO           sentence imposed in
(14ss)                                 02-60100-CR-WPD (60 months) to
                                       run consecutive to this
                                       sentence, for a total of 180
                                       months; Supervised Release 36
                                       months to run concurrent to 36
                                       months imposed in
                                       02-60100-CR-WPD; Assessment
                                       $100.00; Restitution
                                       $13,375,927.36
                                       (14ss)


Offense Level (opening): 4

Proceedings include events between 6/6/02 and 6/6/02.                              BLG
0:00cr6309-ALL USA v. Raffa, et al                                      CLOSED APPEAL

Terminated Counts:                            Disposition

18:1962-7480.F RACKETEERING          Rule 20 Transfer for plea and
(1)                                  sentence to the District of
                                     South Carolina (Greenville)
                                     (1)

18:1962-7440.F RACKETEERING -        Rule 20 Transfer for plea and
GAMBLING                             sentence to the District of
(1s)                                 South Carolina (Greenville)
                                     (1s)

18:1962-7480.F RACKETEERING          Rule 20 Transfer for plea and
(1ss)                                sentence to the District of
                                     South Carolina (Greenville)
                                     (1ss)

18:1957-4700.F POSTAL,               Rule 20 Transfer for plea and
INTERSTATE WIRE, RADIO, ETC.         sentence to the District of
(16ss - 45ss)                        South Carolina (Greenville)
                                     (16ss - 45ss)

18:1956-3300.F MONEY                 Rule 20 Transfer for plea and
LAUNDERING - INTERSTATE              sentence to the District of
COMMERCE        (17)                 South Carolina (Greenville)
                                     (17)

18:1956-3300.F MONEY                 Rule 20 Transfer for plea and
LAUNDERING - INTERSTATE              sentence to the District of
COMMERCE        (18 - 45)            South Carolina (Greenville)
                                     (18 - 45)

18:1956-4700.F MONEY                 Rule 20 Transfer for plea and
LAUNDERING-POSTAL/WIRE/RADIO         sentence to the District of
(25s)                                South Carolina (Greenville)
                                     (25s)

18:1956-4700.F MONEY                 Rule 20 Transfer for plea and
LAUNDERING-POSTAL/WIRE/RADIO         sentence to the District of
(28s - 52s)                          South Carolina (Greenville)
                                     (28s - 52s)

18:1957-9752.F ENGAGING IN           Rule 20 Transfer for plea and
MONETARY INSTRUMENTS                 sentence to the District of
(46 - 70)                            South Carolina (Greenville)
                                     (46 - 70)

18:1957-4700.F POSTAL,               Rule 20 Transfer for plea and
INTERSTATE WIRE, RADIO, ETC.         sentence to the District of
(53s - 77s)                          South Carolina (Greenville)
                                     (53s - 77s)

Proceedings include events between 6/6/02 and 6/6/02.                              BLG
0:00cr6309-ALL USA v. Raffa, et al                                    CLOSED APPEAL

Offense Level (disposition): 4


Complaints:

    NONE


========================

Case Assigned to: Judge Patricia A. Seitz

JOSEPH SILVESTRI (5) , DOB-          Richard Alan Sharpstein
8/12/31; Prisoner #04641-016;          [term  05/23/03]
Address-1870 Mediterranian,         FTS 372-9928
West Palm Beach, FL 33406           [COR LD NTC ret]
    defendant                       Jorden Burt LLP
  [term  05/23/03]                  777 Brickell Avenue
                                    Suite 500
                                    Miami, FL 33131-2803
                                    305-371-2600

                                    Jeanne Baker
                                      [term  05/23/03]
                                    FTS 445-9666
                                    [COR LD NTC ret]
                                    2937 SW 27th Avenue
                                    Suite 202
                                    Coconut Grove, FL 33133-3703
                                    305-443-1600

                                    Emmanuel Perez
                                      [term  05/06/02]
                                    FTS 441-9218
                                    [COR LD NTC cja]
                                    Polo & Perez
                                    2 Alhambra Plaza
                                    Suite 508
                                    Coral Gables, FL 33134
                                    305-442-7442


Pending Counts:                              Disposition

18:1956-4700.F MONEY                Imprisonment for a term of 122
LAUNDERING-POSTAL/WIRE/RADIO        Months as to Count 14, and
(14ss)                              120 months as to each Counts 16
                                    thru 45, to run
                                    concurrently with each other.
                                    Supervised release for a term
                                    of 2 years. Total assessment of
                                    $3,100.00.

Docket as of April 28, 2004 11:06 am                    Page 18

Proceedings include events between 6/6/02 and 6/6/02.                    BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

                                        (14ss)

18:1957-4700.F POSTAL,              Imprisonment for a term of 122
INTERSTATE WIRE, RADIO, ETC.        Months as to Count 14, and
(16ss - 45ss)                       120 months as to each Counts 16
                                    thru 45, to run
                                    concurrently with each other.
                                    Supervised release for a term
                                    of 2 years. Total assessment of
                                    $3,100.00.
                                    (16ss - 45ss)


Offense Level (opening): 4


Terminated Counts:                        Disposition

18:1962-7480.F RACKETEERING        Dismissed
(1)                                (1)

18:1962-7440.F RACKETEERING -      Dismissed
GAMBLING                           (1s)
(1s)

18:1962-7480.F RACKETEERING        Dismissed
(1ss)                              (1ss)

18:1956-3300.F MONEY               Dismissed
LAUNDERING - INTERSTATE            (17)
COMMERCE          (17)

18:1956-3300.F MONEY               Dismissed
LAUNDERING - INTERSTATE            (18 - 45)
COMMERCE          (18 - 45)

18:1956-4700.F MONEY               Dismissed
LAUNDERING-POSTAL/WIRE/RADIO       (25s)
(25s)

18:1956-4700.F MONEY               Dismissed
LAUNDERING-POSTAL/WIRE/RADIO       (28s - 52s)
(28s - 52s)

18:1957-9752.F ENGAGING IN         Dismissed
MONETARY INSTRUMENTS               (46 - 70)
(46 - 70)

18:1957-4700.F POSTAL,             Dismissed
INTERSTATE WIRE, RADIO, ETC.       (53s - 77s)
(53s - 77s)


Offense Level (disposition): 4

Docket as of April 28, 2004 11:06 am                    Page 19

Proceedings include events between 6/6/02 and 6/6/02.                    BLG
0:00cr6309-ALL USA v. Raffa, et al                           CLOSED APPEAL

Complaints:

    NONE

=========================

Case Assigned to:  Judge Patricia A. Seitz

JULIUS BRUCE CHIUSANO (6) ,        Donald Richard Spadaro
DOB-6/29/48; Prisoner #02401-        [term  11/16/01]
748; Address-2801 N.E. 183rd        FTS 522-6888
Street, Aventura, FL 33160          954-763-5504
      defendant                     Suite 103
  [term  11/16/01]                  [COR LD NTC ret]
                                    1000 S Federal Highway
                                    Fort Lauderdale, FL 33316

Pending Counts:                          Disposition

18:1956-4700.F MONEY               Imprisoned for term of 18
LAUNDERING-POSTAL/WIRE/RADIO       months to run concurrently with
(6s)                               sentence imposed in 00-6273-CR-
                                   HUCK and 3 years of
                                   supervised release; Assessment
                                   $100
                                   (6s)

Offense Level (opening): 4

Terminated Counts:                       Disposition

18:1962-7480.F RACKETEERING        Dismissed
(1)                                (1)

18:1962-7440.F RACKETEERING -      Dismissed
GAMBLING                           (1s)
(1s)

18:1955.F ILLEGAL GAMBLING         Dismissed
(2)                                (2)

18:1955.F ILLEGAL GAMBLING         Dismissed
(2s)                               (2s)

18:892.F EXTENSIONS OF CREDIT      Dismissed
BY EXTORTION                       (4)

Docket as of April 28, 2004 11:06 am                   Page 20

Proceedings include events between 6/6/02 and 6/6/02.                    BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

(4)

18:894.F COLLECTION OF CREDIT        Dismissed
BY EXTORTION                         (4s)
(4s)

18:894.F COLLECTION OF CREDIT        Dismissed
BY EXTORTION                         (5)
(5)

18:1956-4700.F MONEY                 Dismissed
LAUNDERING-POSTAL/WIRE/RADIO         (5s)
(5s)

18:1956-3300.F MONEY                 Dismissed
LAUNDERING - INTERSTATE              (6)
COMMERCE          (6)

18:1957-3300.F INTERSTATE            Dismissed
COMMERCE                             (7)
(7)

18:1956-7450.F RACKETTERING,         Dismissed
LIQUOR                               (8 - 13)
(8 - 13)

18:1957-7611.F ENGAGING IN           Dismissed
MONETARY TRANSACTIONS                (14 - 16)
(14 - 16)

18:1956-4700.F MONEY                 Dismissed
LAUNDERING-POSTAL/WIRE/RADIO         (16s - 21s)
(16s - 21s)

18:1956-3300.F MONEY                 Dismissed
LAUNDERING - INTERSTATE              (17)
COMMERCE          (17)

18:1956-3300.F MONEY                 Dismissed
LAUNDERING - INTERSTATE              (18 - 45)
COMMERCE          (18 - 45)

18:1957-4700.F POSTAL,               Dismissed
INTERSTATE WIRE, RADIO, ETC.         (22s - 24s)
(22s - 24s)

18:1957-9752.F ENGAGING IN           Dismissed
MONETARY INSTRUMENTS                 (46 - 70)
(46 - 70)


Offense Level (disposition): 4

Proceedings include events between 6/6/02 and 6/6/02.                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL


Complaints:

    NONE


==========================

Case Assigned to:  Judge Patricia A. Seitz

MICHAEL BUCCINNA (7) , DOB-          Brian Lee Tannebaum
4/30/59; Prisoner #55531-004;         [term  04/15/02]
(Address not supplied)               FTS 374-0081
        defendant                    305-374-7850
  [term  04/15/02]                   Penthouse
                                     [COR LD NTC ret]
                                     Museum Tower
                                     150 W Flagler Street
                                     Miami, FL 33130

                                     Michael Buccinna
                                     PPP
                                     55531-004
                                     [NTC ntc] [PRO SE]
                                     Federal Prison Camp
                                     110 Raby Avenue
                                     Pensacola, FL 32509-5127


Pending Counts:                              Disposition

18:1962-7480.F RACKETEERING          Imprisoned for term of 58
(1ss)                                months and 3 years of
                                     supervised   release;
                                     Assessment $100
                                     (1ss)


Offense Level (opening): 4


Terminated Counts:                           Disposition

18:1962-7480.F RACKETEERING          Dismissed
(1)                                  (1)

18:1962-7440.F RACKETEERING -        Dismissed
GAMBLING                             (1s)
(1s)

18:1955.F ILLEGAL GAMBLING           Dismissed
(2)                                  (2)


Docket as of April 28, 2004 11:06 am                    Page 22

Proceedings include events between 6/6/02 and 6/6/02.                    BLG
0:00cr6309-ALL USA v. Raffa, et al                            CLOSED APPEAL

| 18:1955.F ILLEGAL GAMBLING (2s) | Dismissed (2s) |
|---|---|
| 18:1955.F ILLEGAL GAMBLING (2ss) | Dismissed (2ss) |
| 18:894.F COLLECTION OF CREDIT BY EXTORTION (4s) | Dismissed (4s) |
| 18:892.F EXTENSIONS OF CREDIT BY EXTORTION (4ss) | Dismissed (4ss) |
| 18:894.F COLLECTION OF CREDIT BY EXTORTION (5) | Dismissed (5) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO (5s) | Dismissed (5s) |
| 18:894.F COLLECTION OF CREDIT BY EXTORTION (5ss) | Dismissed (5ss) |
| 18:1956-3300.F MONEY LAUNDERING - INTERSTATE COMMERCE     (6) | Dismissed (6) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO (6s) | Dismissed (6s) |
| 18:1956-7530.F MONEY LAUNDERING-GAMBLING/LOTTERY (6ss) | Dismissed (6ss) |
| 18:1957-3300.F INTERSTATE COMMERCE (7) | Dismissed (7) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO (7ss) | Dismissed (7ss) |
| 18:1956-7450.F RACKETTERING, LIQUOR (8 - 13) | Dismissed (8 - 13) |
| 18:1957-7611.F ENGAGING IN MONETARY TRANSACTIONS (14 - 16) | Dismissed (14 - 16) |

Docket as of April 28, 2004 11:06 am                    Page 23

Proceedings include events between 6/6/02 and 6/6/02.                           BLG
0:00cr6309-ALL USA v. Raffa, et al                                    CLOSED APPEAL

```
18:1956-4700.F MONEY              Dismissed
LAUNDERING-POSTAL/WIRE/RADIO      (14ss)
(14ss)

18:1957-4700.F POSTAL,           Dismissed
INTERSTATE WIRE, RADIO, ETC.     (16ss - 45ss)
(16ss - 45ss)

18:1956-3300.F MONEY             Dismissed
LAUNDERING - INTERSTATE          (17)
COMMERCE         (17)

18:1956-3300.F MONEY             Dismissed
LAUNDERING - INTERSTATE          (18 - 45)
COMMERCE         (18 - 45)

18:1956-4700.F MONEY             Dismissed
LAUNDERING-POSTAL/WIRE/RADIO     (25s)
(25s)

18:1956-4700.F MONEY             Dismissed
LAUNDERING-POSTAL/WIRE/RADIO     (28s - 52s)
(28s - 52s)

18:1957-9752.F ENGAGING IN       Dismissed
MONETARY INSTRUMENTS             (46 - 70)
(46 - 70)

18:1957-4700.F POSTAL,           Dismissed
INTERSTATE WIRE, RADIO, ETC.     (53s - 77s)
(53s - 77s)


Offense Level (disposition): 4



Complaints:

    NONE


=======================
```

Docket as of April 28, 2004 11:06 am              Page 24

```
Proceedings include events between 6/6/02 and 6/6/02.                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL
```

Case Assigned to:  Judge Patricia A. Seitz

```
JEFFREY BASS (8) , DOB-            Michael S. Tarre
4/20/54; Prisoner #55528-004;      [term  06/14/02]
Address-4937 N.W. 106th Avenue,    FTS 372-1589
Coral Springs, FL 33071            305-372-0774
      defendant                    Suite 3700
  [term  06/14/02]                 [COR LD NTC ret]
                                   1 Biscayne Tower
                                   2 S Biscayne Boulevard
                                   Miami, FL 33131-1806

                                   Lothar Richard Genge
                                    [term  03/14/01]
                                   FTS 276-8521
                                   [COR LD NTC ret]
                                   560 Lavers Circle
                                   Suite 348
                                   Delray Beach, FL 33444
                                   561-276-7038
```

| Pending Counts: | Disposition |
|---|---|
| 18:1955.F ILLEGAL GAMBLING (2s) | Probation of 4 years, Assessment of $100.00, Fine of $10,000.0 (2s) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
|---|---|
| 18:1962-7480.F RACKETEERING (1) | Dismissed (1) |
| 18:1962-7440.F RACKETEERING - GAMBLING (1s) | Dismissed (1s) |
| 18:1955.F ILLEGAL GAMBLING (2) | Dismissed (2) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO (5s) | Dismissed (5s) |
| 18:1956-3300.F MONEY LAUNDERING - INTERSTATE COMMERCE          (6) | Dismissed (6) |

```
Proceedings include events between 6/6/02 and 6/6/02.                      BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL
```

Offense Level (disposition): 4

Complaints:

    NONE

===========================

Case Assigned to:  Judge Patricia A. Seitz

```
FREDERICK SCAROLA (9) , DOB-        Lance Armstrong
12/3/47; Prisoner #55523-004;        [term  11/07/00]
Address-8205 N.W. 59th,             FTS 545-8514
Tamarac, FL 33321                   305-547-2555
      defendant                     [COR LD NTC tmp]
  [term  04/01/02]                  1351 NW 16th Street
                                    Miami, FL 33125

                                    David Michael Tarlow
                                     [term  04/01/02]
                                    Below Address Terminated on 4/23/04
                                    FTS 446-5523
                                    [COR LD NTC cja]
                                    Spencer & Klein
                                    2 Alhambra Plaza
                                    Penthouse II-B
                                    Coral Gables, FL 33134
                                    305-446-5711

                                    John Frank Cotrone
                                     [term  08/14/01]
                                    FTS 779-7758
                                    954-779-7773
                                    Suite 1
                                    [COR LD NTC ret]
                                    509 SE 9th Street
                                    Fort Lauderdale, FL 33316
```

Pending Counts:

    NONE

Proceedings include events between 6/6/02 and 6/6/02.                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

Terminated Counts:                          Disposition

18:1511.F INTIMIDATION OF           Dismissed
WITNESS JUROR                       (3)
(3)

18:1511.F INTIMIDATION OF           Dismissed
WITNESS JUROR                       (3s)
(3s)

18:1511.F INTIMIDATION OF           Dismissed
WITNESS JUROR                       (3ss)
(3ss)


Offense Level (disposition): 4



Complaints:

    NONE


========================

Proceedings include events between 6/6/02 and 6/6/02.                           BLG
0:00cr6309-ALL USA v. Raffa, et al                                      CLOSED APPEAL

Case Assigned to: Judge Patricia A. Seitz

GIUSEPPE BELLITTO (10) , DOB-          Charles Wender
4/10/49; Prisoner #29426-004;          FTS 368-5798
Address-11637 Kensington Court,        561-368-7004
Boca Raton 33428                       [COR LD NTC ret]
     defendant                         190 W Palmetto Park Road
  [term 09/28/01]                      Boca Raton, FL 33432


Pending Counts:                             Disposition

18:1955.F ILLEGAL GAMBLING             Five months jail, 3 years
(2s)                                   supervised release,electronic
                                       monitoring program for 5 months,
                                       $100 assessment, $20,000
                                       fine
                                       (2s)


Offense Level (opening): 4


Terminated Counts:                          Disposition

18:1962-7480.F RACKETEERING            dismissed
(1)                                    (1)

18:1962-7440.F RACKETEERING -          dismissed
GAMBLING                               (1s)
(1s)

18:1955.F ILLEGAL GAMBLING             dismissed
(2)                                    (2)

18:892.F EXTENSIONS OF CREDIT          dismissed
BY EXTORTION                           (4)
(4)

18:894.F COLLECTION OF CREDIT          dismissed
BY EXTORTION                           (4s)
(4s)

18:894.F COLLECTION OF CREDIT          dismissed
BY EXTORTION                           (5)
(5)


Offense Level (disposition): 4



Complaints:

Docket as of April 28, 2004 11:06 am              Page 28

Proceedings include events between 6/6/02 and 6/6/02.                    BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

   NONE


=========================

Case Assigned to:  Judge Patricia A. Seitz

MARK CARATTINI (11) , DOB-          James Scott Benjamin
9/15/59; Prisoner #55530-004;        [term  08/22/02]
Address-11751 N.W. 13th Street,     FTS 779-1771
Plantation, FL                      [COR LD NTC ret]
    defendant                   Benjamin & Aaronson
  [term  08/22/02]                  1 Financial Plaza
                                    Suite 1615
                                    Fort Lauderdale, FL 33394-2843
                                    954-779-1700


Pending Counts:                          Disposition

18:1962-7480.F RACKETEERING         Probation for a term of Four
(1ss)                               (4) years. Home Detention
                                    Electric Monitoring for a
                                    period of 6 months. Total
                                    assessment of $100.00
                                    (1ss)


Offense Level (opening): 4


Terminated Counts:                       Disposition

18:1962-7480.F RACKETEERING         Dismissed
(1)                                 (1)

18:1962-7440.F RACKETEERING -       Dismissed
GAMBLING                            (1s)
(1s)

18:1955.F ILLEGAL GAMBLING          Dismissed
(2)                                 (2)

18:1955.F ILLEGAL GAMBLING          Dismissed
(2s)                                (2s)

18:1955.F ILLEGAL GAMBLING          Dismissed
(2ss)                               (2ss)

18:1956-4700.F MONEY                Dismissed
LAUNDERING-POSTAL/WIRE/RADIO        (5s)
(5s)

Proceedings include events between 6/6/02 and 6/6/02.                          BLG
0:00cr6309-ALL USA v. Raffa, et al                               CLOSED APPEAL

```
18:1956-3300.F MONEY              Dismissed
LAUNDERING - INTERSTATE           (6)
COMMERCE          (6)

18:1956-7530.F MONEY              Dismissed
LAUNDERING-GAMBLING/LOTTERY       (6ss)
(6ss)

18:1957-4700.F POSTAL,            Dismissed
INTERSTATE WIRE, RADIO, ETC.      (48ss - 49ss)
(48ss - 49ss)


Offense Level (disposition): 4



Complaints:

    NONE


========================
```

Proceedings include events between 6/6/02 and 6/6/02.                    BLG
0:00cr6309-ALL USA v. Raffa, et al                            CLOSED APPEAL

Case Assigned to: Judge Patricia A. Seitz

PAUL DIFILIPPI (12) , DOB-            Peter Raben
10/25/65; Prisoner #55522-004;        [term  08/09/01]
Address-1448 N.W. 154th Avenue,       FTS 379-4548
Pembroke Pines, FL                    305-379-1401
      defendant                       Suite 1620
  [term  08/09/01]                    [COR LD NTC ret]
                                      Christopher Gerard Lyons
                                       [term  08/09/01]
                                      FTS 379-4548
                                      305-379-1401
                                      Suite 1620
                                      [COR LD NTC ret]
                                      1200 Brickell Avenue
                                      Miami, FL 33131


Pending Counts:

    NONE


Terminated Counts:                    Disposition

18:894.F COLLECTION OF CREDIT         Dismissed
BY EXTORTION                          (4s)
(4s)

18:894.F COLLECTION OF CREDIT         Dismissed
BY EXTORTION                          (5)
(5)


Offense Level (disposition): 4



Complaints:

    NONE


========================


Docket as of April 28, 2004 11:06 am              Page 31

```
Proceedings include events between 6/6/02 and 6/6/02.                    BLG
0:00cr6309-ALL USA v. Raffa, et al                             CLOSED APPEAL
```

Case Assigned to:  Judge Patricia A. Seitz

```
ANSON KLINGER (13) , DOB-          Neil Michael Nameroff
2/8/40; Prisoner #55524-004;        [term  08/06/01]
Address-5334 Sapphire Valley,      FTS 536-8704
Boca Raton, FL 33486               [COR LD NTC ret]
     defendant                     Neil M. Nameroff
 [term  04/11/02]                  100 SE 2nd Street
                                   Suite 3350
                                   Miami, FL 33131-3216
                                   305-536-8700

                                   Joseph Steven Rosenbaum
                                    [term  04/11/02]
                                   FTS 858-7299
                                   305-858-7377
                                   [COR LD NTC ret]
                                   Joseph S. Rosenbaum
                                   2400 South Dixie Highway
                                   Suite 105
                                   Miami, FL 33133
                                   305-858-7377
```

| Pending Counts: | Disposition |
|---|---|
| 18:1084.F TRANSSMIT WAGER INFORMATION (1sss) | Placed on probation for term of 3 years; Assessment $100 (1sss) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
|---|---|
| 18:1962-7480.F RACKETEERING (1) | Dismissed (1) |
| 18:1962-7440.F RACKETEERING - GAMBLING (1s) | Dismissed (1s) |
| 18:1962-7480.F RACKETEERING (1ss) | Dismissed (1ss) |
| 18:1955.F ILLEGAL GAMBLING (2) | Dismissed (2) |
| 18:1955.F ILLEGAL GAMBLING (2s) | Dismissed (2s) |
| 18:1955.F ILLEGAL GAMBLING (2ss) | Dismissed (2ss) |

```
Docket as of April 28, 2004 11:06 am                    Page 32
```

Proceedings include events between 6/6/02 and 6/6/02.                    BLG
0:00cr6309-ALL USA v. Raffa, et al                            CLOSED APPEAL


18:1956-4700.F MONEY              Dismissed
LAUNDERING-POSTAL/WIRE/RADIO      (5s)
(5s)

18:1956-3300.F MONEY              Dismissed
LAUNDERING - INTERSTATE           (6)
COMMERCE          (6)

18:1956-7530.F MONEY              Dismissed
LAUNDERING-GAMBLING/LOTTERY       (6ss)
(6ss)


Offense Level (disposition): 4



Complaints:

    NONE


=========================

Proceedings include events between 6/6/02 and 6/6/02.                        BLG
0:00cr6309-ALL USA v. Raffa, et al                                CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

JOSEPH SPITALERI (14) , (DOB          Brian H. Bieber
not provided) Prisoner #18642-         [term  11/16/01]
004; Address-634 North Luna           FTS 446-1766
Court, Hollywood, FL 33021            305-445-5320
     defendant                        [COR LD NTC ret]
 [term  11/16/01]                     Hirschhorn & Bieber
                                      Douglas Centre
                                      2600 Douglas Road
                                      Penthouse 1
                                      Coral Gables, FL 33134
                                      305-445-5320

Pending Counts:                            Disposition

18:1962-7440.F RACKETEERING -         (Original Info): Imprisoned for
GAMBLING                              term of 58 months and 3
(1s)                                 years of supervised release;
                                      Assessment $100; AMENDED
                                      JUDGMENT INFO: Imprisonment for
                                      a term of 58 months.
                                      Supervised release for a period
                                      of 3 years.  Assessment of
                                      $100.00.  Restitution in the
                                      amount of $1,757,438.17.
                                      (1s)

Offense Level (opening): 4

Terminated Counts:                         Disposition

18:1962-7480.F RACKETEERING          Dismissed
(1)                                  (1)

18:1956-4700.F MONEY                 Dismissed
LAUNDERING-POSTAL/WIRE/RADIO         (6s)
(6s)

18:1957-3300.F INTERSTATE            Dismissed
COMMERCE                             (7)
(7)

18:1956-4700.F MONEY                 Dismissed
LAUNDERING-POSTAL/WIRE/RADIO         (7s - 12s)
(7s - 12s)

18:1956-7450.F RACKETTERING,         Dismissed
LIQUOR                               (8 - 13)
(8 - 13)

Docket as of April 28, 2004 11:06 am              Page 34

```
Proceedings include events between 6/6/02 and 6/6/02.                    BLG
0:00cr6309-ALL USA v. Raffa, et al                            CLOSED APPEAL
```

| | |
|---|---|
| 18:1957-4700.F POSTAL, INTERSTATE WIRE, RADIO, ETC. (13s - 15s) | Dismissed (13s - 15s) |
| 18:1957-7611.F ENGAGING IN MONETARY TRANSACTIONS (14 - 16) | Dismissed (14 - 16) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO (16s - 21s) | Dismissed (16s - 21s) |
| 18:1957-4700.F POSTAL, INTERSTATE WIRE, RADIO, ETC. (22s - 24s) | Dismissed (22s - 24s) |

Offense Level (disposition): 4


Complaints:

    NONE


========================

Proceedings include events between 6/6/02 and 6/6/02.                    BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

CHARLES CLAY (15) , DOB-              Celeste Siblesz Higgins
11/19/49; Prisoner #55529-004;        [term  01/10/01]
Address-1465 N.W. 66th Terrace,       FTS 536-4559
Margate, FL 33063                     305-530-7000
    defendant                         17th Floor
 [term  04/01/02]                     [COR LD NTC pda]
                                      Federal Public Defender's
                                      Office
                                      150 W Flagler Street
                                      Miami, FL 33130-1556
                                      305-530-7000

                                      Timothy Day
                                       [term  11/01/00]
                                      FTS 356-7556
                                      [COR LD NTC pda]
                                      Federal Public Defender's
                                      Office
                                      1 E Broward Boulevard
                                      Suite 1100
                                      Fort Lauderdale, FL 33301
                                      954-356-7436

                                      Richard A. Hamar
                                       [term  04/01/02]
                                      FTS 550-0461
                                      [COR LD NTC ret]
                                      Hamar & Hamar
                                      9454 Wilshire Boulevard
                                      Penthouse Gardens
                                      Beverly Hills, CA 90212
                                      310-550-0460

                                      Jon Allen May
                                       [term  04/01/02]
                                      FTS 767-8343
                                      [COR LD NTC ret]
                                      May & Cohen
                                      110 SE 6th Street
                                      Suite 1970 Autonation Tower
                                      Fort Lauderdale, FL 33301
                                      954-761-7201

Pending Counts:

    NONE

Proceedings include events between 6/6/02 and 6/6/02.                      BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL


Terminated Counts:                        Disposition

18:1955.F ILLEGAL GAMBLING        Dismissed
(2)                               (2)

18:1955.F ILLEGAL GAMBLING        Dismissed
(2s)                              (2s)

18:1955.F ILLEGAL GAMBLING        Dismissed
(2ss)                             (2ss)

18:1511.F INTIMIDATION OF         Dismissed
WITNESS JUROR                     (3)
(3)

18:1511.F INTIMIDATION OF         Dismissed
WITNESS JUROR                     (3s)
(3s)

18:1511.F INTIMIDATION OF         Dismissed
WITNESS JUROR                     (3ss)
(3ss)


Offense Level (disposition): 4



Complaints:

    NONE


========================

Proceedings include events between 6/6/02 and 6/6/02.                              BLG
0:00cr6309-ALL USA v. Raffa, et al                                      CLOSED APPEAL

Case Assigned to: Judge Patricia A. Seitz

PEGGY PRESTON (16) , DOB-            Linda Lopez
8/17/64; Prisoner #55527-004;        [term  11/03/00]
Address-2959 N.W. 110th Avenue,     FTS 358-7222
Sunrise, FL 33322                   305-358-7400
     defendant                      Suite 606
     [term  08/16/02]                [COR LD NTC tmp]
                                    799 Brickell Plaza
                                    Miami, FL 33131-5198

                                    Steven E. Kreisberg (deceased)
                                     [term  03/30/01]
                                    Below Address Terminated on 4/10/02
                                    FTS 442-0464
                                    305-442-4333
                                    Suite 400
                                     [COR LD NTC cja]
                                    3250 Mary Street
                                    Coconut Grove, FL 33133-2007

                                    Charles Garret White
                                     [term  08/16/02]
                                    FTS 914-0166
                                     [COR LD NTC cja]
                                    Charles G. White
                                    1031 Ives Dairy Road
                                    Suite 228
                                    Miami, FL 33179-3455
                                    305-914-0160


Pending Counts:                            Disposition

18:371.F CONSPIRACY TO DEFRAUD      Placed on probation for term of
THE UNITED STATES                   4 years; Assessment $100
(1ss)                               (1ss)


Offense Level (opening): 4


Terminated Counts:                         Disposition

18:1956-4700.F MONEY                Dismissed
LAUNDERING-POSTAL/WIRE/RADIO        (5s)
(5s)

18:1956-3300.F MONEY                Dismissed
LAUNDERING - INTERSTATE             (6)
COMMERCE       (6)

18:1956-3300.F MONEY                Dismissed
LAUNDERING - INTERSTATE             (17)

Docket as of April 28, 2004 11:06 am              Page 38

Proceedings include events between 6/6/02 and 6/6/02.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                                             CLOSED APPEAL

COMMERCE           (17)

18:1956-3300.F MONEY              Dismissed
LAUNDERING - INTERSTATE           (18 - 45)
COMMERCE           (18 - 45)

18:1956-4700.F MONEY              Dismissed
LAUNDERING-POSTAL/WIRE/RADIO      (25s)
(25s)

18:1956-4700.F MONEY              Dismissed
LAUNDERING-POSTAL/WIRE/RADIO      (28s - 52s)
(28s - 52s)

18:1957-9752.F ENGAGING IN        Dismissed
MONETARY INSTRUMENTS              (46 - 70)
(46 - 70)

18:1957-4700.F POSTAL,            Dismissed
INTERSTATE WIRE, RADIO, ETC.      (53s - 77s)
(53s - 77s)


Offense Level (disposition): 4



Complaints:

     NONE


========================

Proceedings include events between 6/6/02 and 6/6/02.                           BLG
0:00cr6309-ALL USA v. Raffa, et al                                    CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

MARK WEISS (17) , DOB-8/25/62;        Philip Robert Horowitz
Prisoner #55520-004; Address-           [term  07/25/02]
21190 Mainsail Circle, Unit A-        FTS 232-1963
11, Aventura, FL 32180                [COR LD NTC cja]
      defendant                       Philip R. Horowitz
  [term  07/25/02]                    9130 S Dadeland Boulevard
                                      Suite 1910 Two Datran Center
                                      Miami, FL 33156
                                      305-232-1949


Pending Counts:                              Disposition

18:1956-4700.F MONEY                  Probation 60 months; Assessment
LAUNDERING-POSTAL/WIRE/RADIO          $100.00
(14ss)                                (14ss)


Offense Level (opening): 4


Terminated Counts:                           Disposition

18:1962-7480.F RACKETEERING           Dismissed
(1)                                   (1)

18:1962-7440.F RACKETEERING -         Dismissed
GAMBLING                              (1s)
(1s)

18:1962-7480.F RACKETEERING           Dismissed
(1ss)                                 (1ss)

18:892.F EXTENSIONS OF CREDIT         Dismissed
BY EXTORTION                          (4)
(4)

18:894.F COLLECTION OF CREDIT         Dismissed
BY EXTORTION                          (4s)
(4s)

18:892.F EXTENSIONS OF CREDIT         Dismissed
BY EXTORTION                          (4ss)
(4ss)

18:894.F COLLECTION OF CREDIT         Dismissed
BY EXTORTION                          (5)
(5)

18:894.F COLLECTION OF CREDIT         Dismissed
BY EXTORTION                          (5ss)
(5ss)

Docket as of April 28, 2004 11:06 am                Page 40

Proceedings include events between 6/6/02 and 6/6/02.                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL


18:1957-4700.F POSTAL,              Dismissed
INTERSTATE WIRE, RADIO, ETC.        (16ss - 45ss)
(16ss - 45ss)

18:1956-3300.F MONEY                Dismissed
LAUNDERING - INTERSTATE             (17)
COMMERCE        (17)

18:1956-3300.F MONEY                Dismissed
LAUNDERING - INTERSTATE             (18 - 45)
COMMERCE        (18 - 45)

18:1956-4700.F MONEY                Dismissed
LAUNDERING-POSTAL/WIRE/RADIO        (25s)
(25s)

18:1956-4700.F MONEY                Dismissed
LAUNDERING-POSTAL/WIRE/RADIO        (28s - 52s)
(28s - 52s)

18:1957-9752.F ENGAGING IN          Dismissed
MONETARY INSTRUMENTS                (46 - 70)
(46 - 70)

18:1957-4700.F POSTAL,              Dismissed
INTERSTATE WIRE, RADIO, ETC.        (53s - 77s)
(53s - 77s)


Offense Level (disposition): 4



Complaints:

    NONE


========================


Docket as of April 28, 2004 11:06 am              Page 41

Proceedings include events between 6/6/02 and 6/6/02.                    BLG
0:00cr6309-ALL USA v. Raffa, et al                            CLOSED APPEAL

Case Assigned to: Judge Patricia A. Seitz

JACOLYN BARUCH (18) , DOB-          David G. Vinikoor
1/8/48; Prisoner #55526-004;          [term  09/25/02]
Address-5315 Monterey Circle,       FTS 522-7278
Del Ray Beach, FL 33480             [COR LD NTC ret]
     defendant                      420 SE 12th Street
  [term  09/25/02]                  Fort Lauderdale, FL 33316
                                    954-522-2500

                                    Morris M. Goldings
                                      [term  09/25/02]
                                    FTS 457-3125
                                    [COR LD NTC ret]
                                    Mahoney Hawkes & Goldings
                                    75 Park Plaza
                                    4th Floor
                                    Boston, MA 02116
                                    617-457-3100


Pending Counts:                          Disposition

18:1955.F ILLEGAL GAMBLING          Placed on probation for term of
(2s)                                5 years; Assessment $100;
                                    Fine $2,000
                                    (2s)


Offense Level (opening): 4


Terminated Counts:                       Disposition

18:1962-7480.F RACKETEERING         Dismissed
(1)                                 (1)

18:1962-7440.F RACKETEERING -       Dismissed
GAMBLING                            (1s)
(1s)

18:1955.F ILLEGAL GAMBLING          Dismissed
(2)                                 (2)

18:1956-4700.F MONEY                Dismissed
LAUNDERING-POSTAL/WIRE/RADIO        (5s)
(5s)

18:1956-3300.F MONEY                Dismissed
LAUNDERING - INTERSTATE             (6)
COMMERCE         (6)


Offense Level (disposition): 4

Docket as of April 28, 2004 11:06 am            Page 42

```
Proceedings include events between 6/6/02 and 6/6/02.                    BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL
```

Complaints:

    NONE

========================

Case Assigned to:  Judge Patricia A. Seitz

```
DAVID BELL (19) , DOB-9/6/70;      Jeffrey Mark Harris
Prisoner #27545-004; Address-        [term  08/16/02]
7705 Andes Lane, Parkland, FL      FTS 522-7008
33067                              954-522-7000
     defendant                     Suite 925
  [term  08/16/02]                 [COR LD NTC ret]
                                   1 E Broward Boulevard
                                   Fort Lauderdale, FL 33301
```

| Pending Counts: | Disposition |
| --- | --- |
| 18:1962-7480.F RACKETEERING (1ss) | Imprisoned for term of 30 months and 3 years of supervised  release; Assessment $100 (1ss) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
| --- | --- |
| 18:1962-7480.F RACKETEERING (1) | Dismissed (1) |
| 18:1962-7440.F RACKETEERING - GAMBLING (1s) | Dismissed (1s) |
| 18:894.F COLLECTION OF CREDIT BY EXTORTION (4s) | Dismissed (4s) |
| 18:892.F EXTENSIONS OF CREDIT BY EXTORTION (4ss) | Dismissed (4ss) |
| 18:894.F COLLECTION OF CREDIT BY EXTORTION | Dismissed (5) |

Proceedings include events between 6/6/02 and 6/6/02.                              BLG
0:00cr6309-ALL USA v. Raffa, et al                                      CLOSED APPEAL

(5)

18:894.F COLLECTION OF CREDIT          Dismissed
BY EXTORTION                           (5ss)
(5ss)

18:1956-4700.F MONEY                   Dismissed
LAUNDERING-POSTAL/WIRE/RADIO           (14ss)
(14ss)

18:1956-4700.F MONEY                   Dismissed
LAUNDERING-POSTAL/WIRE/RADIO           (25s)
(25s)

18:1957-4700.F POSTAL,                 Dismissed
INTERSTATE WIRE, RADIO, ETC.           (54ss - 55ss)
(54ss - 55ss)

18:1956-4700.F MONEY                   Dismissed
LAUNDERING-POSTAL/WIRE/RADIO           (78s - 85s)
(78s - 85s)

18:1957-4700.F POSTAL,                 Dismissed
INTERSTATE WIRE, RADIO, ETC.           (86s - 93s)
(86s - 93s)


Offense Level (disposition): 4



Complaints:

    NONE


========================

Proceedings include events between 6/6/02 and 6/6/02.                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

JOSEPH RUSSO (20) , DOB:            Jayne Claire Weintraub
5/29/46; Prisoner #62395-004;        [term  06/18/02]
English; Address - 2451            FTS 358-5917
Brickell Avenue, Apt. 8-M,          305-374-1818
Miami, FL 33129                    Suite 3320
aka                                [COR LD NTC tmp]
Jr.                                Bank of America Tower
     defendant                     100 SE 2nd Street
  [term  06/18/02]                 Miami, FL 33131-2158

                                   Steven Michael Potolsky
                                    [term  06/18/02]
                                   FTS 358-5917
                                   [COR LD NTC ret]
                                   Steven M. Potolsky
                                   100 SE 2nd Street
                                   Suite 3550
                                   Miami, FL 33131
                                   305-530-8090

                                   Benson B. Weintraub
                                    [term  06/18/02]
                                   FTS 713-8019
                                   [COR LD NTC ret]
                                   Benson B. Weintraub
                                   1 E Broward Boulevard
                                   Suite 700
                                   Fort Lauderdale, FL 33301
                                   954-713-8018


Pending Counts:                    Disposition

18:1962-7480.F RACKETEERING        Imprisoned for term of 46
(1)                                months and 3 years of
                                   supervised   release;
                                   Assessment $100; Fine $
                                   Restitution $130,000.00    (1)


Offense Level (opening): 4


Terminated Counts:                 Disposition

18:892.F EXTENSIONS OF CREDIT      Dismissed
BY EXTORTION                       (4)
(4)

18:894.F COLLECTION OF CREDIT      Dismissed
BY EXTORTION                       (5)
(5)

Docket as of April 28, 2004 11:06 am            Page 45

Proceedings include events between 6/6/02 and 6/6/02.                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

```
18:1956-4700.F MONEY              Dismissed
LAUNDERING-POSTAL/WIRE/RADIO      (14)
(14)

18:1957-4700.F POSTAL,            Dismissed
INTERSTATE WIRE, RADIO, ETC.      (50 - 53)
(50 - 53)
```

Offense Level (disposition): 4


Complaints:

    NONE


=========================

Case Assigned to:  Judge Patricia A. Seitz

```
JOHN O'SULLIVAN (21) , DOB:       Kenneth Mitchell Swartz
8/19/62; Prisoner #55894-004        [term  06/17/02]
aka                               FTS 371-4380
Johnnie O                         [COR LD NTC ret]
     defendant                    Kenneth M. Swartz
  [term  06/17/02]                100 N Biscayne Boulevard
                                  21st Floor New World Tower
                                  Miami, FL 33132
                                  305-579-9090
```

Pending Counts:                        Disposition

```
18:1962-7480.F RACKETEERING       Imprisoned for term of 11
(1)                               months and 3 years of
                                  supervised   release;
                                  Assessment $100; Fine $1,000
                                  (1)
```

Offense Level (opening): 4

Proceedings include events between 6/6/02 and 6/6/02.                    BLG
0:00cr6309-ALL USA v. Raffa, et al                           CLOSED APPEAL

Terminated Counts:                        Disposition

18:892.F EXTENSIONS OF CREDIT       Dismissed
BY EXTORTION                        (4)
(4)

18:894.F COLLECTION OF CREDIT       Dismissed
BY EXTORTION                        (5)
(5)


Offense Level (disposition): 4



Complaints:

    NONE


========================

Case Assigned to:  Judge Patricia A. Seitz

DOREEN RUSSO (22) , DOB:             Howard Milton Srebnick
8/8/47; Prisoner #62396-004;          [term  07/31/02]
11255 SW 93 Court, Miami, FL         FTS 358-2006
33176; New Address - 2451            [COR LD NTC ret]
Brickell Avenue, Apt. 8-M,           Black Srebnick Kornspan &
Miami, FL 33129                      Stumpf
     defendant                       201 S Biscayne Boulevard
  [term  07/31/02]                   Suite 1300
                                     Miami, FL 33131
                                     305-371-6421

                                     Jayne Claire Weintraub
                                      [term  07/31/02]
                                     FTS 358-5917
                                     305-374-1818
                                     Suite 3320
                                     [COR LD NTC tmp]
                                     Bank of America Tower
                                     100 SE 2nd Street
                                     Miami, FL 33131-2158

Proceedings include events between 6/6/02 and 6/6/02.                                  BLG
0:00cr6309-ALL USA v. Raffa, et al                                         CLOSED APPEAL

Pending Counts:                              Disposition

18:3.F ACCESSORY AFTER THE          Placed on probation for term of
FACT                                3 years; Assessment $100;
(1s)                                Fine $10,000; Restitution $130,
                                    000
                                    (1s)


Offense Level (opening): 4


Terminated Counts:                           Disposition

18:1956-4700.F MONEY                Dismissed
LAUNDERING-POSTAL/WIRE/RADIO        (14)
(14)

18:1957-4700.F POSTAL,              Dismissed
INTERSTATE WIRE, RADIO, ETC.        (50 - 53)
(50 - 53)


Offense Level (disposition): 4



Complaints:

    NONE


U. S. Attorneys:

    Diana L.W. Fernandez
    FTS 356-7230
    954-356-7392X3589
    [COR LD NTC]
    William H. Beckerleg, Jr., AUSA
    FTS 356-7180
    954-356-7314X3614
    [COR LD NTC]
    J. Brian McCormick
    FTS 356-7230
    [COR LD NTC]
    J. Brian McCormick
    (See above)
    [COR LD NTC]
    Michael J. Dittoe
    FTS 356-7230
    954-356-7255
    [COR LD NTC]

Docket as of April 28, 2004 11:06 am                      Page 48

Proceedings include events between 6/6/02 and 6/6/02.
0:00cr6309-ALL USA v. Raffa, et al

```
Lawrence D. LaVecchio
FTS 356-7230
954-356-7255
[COR LD NTC]
United States Attorney's Office
500 E Broward Boulevard
7th Floor
Fort Lauderdale, FL 33394-3002
954-356-7255

PTS Officer
954-769-5600
[COR LD NTC]
Pretrial Services Office
101 NE 3rd Avenue
Suite 200
Fort Lauderdale, FL 33301
954-769-5600

Probation Officer
FTS 769-5566
954-769-5500
[COR LD NTC]
United States Probation Office
299 E Broward Boulevard
Room 409
Fort Lauderdale, FL 33301-1865
954-769-5500
```

Proceedings include events between 6/6/02 and 6/6/02.                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

6/6/02    1029    NOTICE of Hearing as to John O'Sullivan : reset
                  Sentencing for 8:15 6/12/02 for John O'Sullivan   before
                  Judge Patricia A. Seitz (dg) [Entry date 06/07/02]

6/6/02    1030    NOTICE of Hearing as to David Bell : reset Sentencing for
                  8:30 8/19/02 for David Bell   before Judge Patricia A.
                  Seitz (dg) [Entry date 06/07/02]

6/6/02    1031    Minutes of Jury Trial Day 9 held on 6/6/02 before Judge
                  William P. Dimitrouleas as to Joseph Silvestri; Forfeiture
                  portion of trial 6/11/02 at 9:00; Court Reporter Name or
                  Tape #: Bob Ryckoff (ss) [Entry date 06/07/02]

6/6/02    --      Jury trial as to Joseph Silvestri held before Judge William
                  P. Dimitrouleas (ss) [Entry date 06/07/02]

6/6/02    1036    Court's Jury instructions as to Joseph Silvestri (ss)
                  [Entry date 06/12/02]

6/6/02    1037    Exhibit and Witness List as to Joseph Silvestri (ss)
                  [Entry date 06/12/02]          *1st Supplement*

6/6/02    1038    Jury notes and Court's answers as to Joseph Silvestri (ss)
                  [Entry date 06/12/02]

6/6/02    1039    JURY VERDICT as to Joseph Silvestri Guilty: Joseph
                  Silvestri (5) count(s) 14ss, 16ss-45ss (ss)
                  [Entry date 06/12/02]