# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

APPEALS

AUG 0 9 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

**CLARENCE MADDOX**
Clerk of Court

Appeals Section

Date:     8/9/2004

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**2nd Supplement**

IN RE:     **District Court No:**   00-06309-CR   - PAS

                **U.S.C.A. No:**   03-12820-A

                **Style:**   JOSEPH SILVESTRI VS. USA

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida
hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this
appeal. The record (including the transcript or parts thereof designated for inclusion and all
necessary exhibits) consists of:

        0   Volume(s) of pleadings

        1   Volume(s) of Transcripts

        X   Exhibits:        0   boxes;            0   folders;

                    0   envelopes;        0   PSIs (sealed)

                        other: _____

                        other: _____

        Other: _____

        Other: _____

Sincerely,

Clarence Maddox, Clerk of Court

By: _____

        Deputy Clerk

Attachment                                             S/F A-15
c: court file                                          Rev. 10/94

301 N. Miami Avenue          299 E. Broward Boulevard          701 Clematis Street
Miami, Fl 33128-7788          Ft. Lauderdale, Fl 33301          West Palm Beach, Fl 33401
305-523-5080                  954-769-5413                      561-803-3408



BLG        CLOSED
APPEAL

U.S. District Court
Southern District of Florida (FtLauderdale)

CRIMINAL DOCKET FOR CASE #: 00-CR-6309-ALL

USA v. Raffa, et al                                    Filed: 10/24/00
Dkt# in other court: None

Case Assigned to:  Judge Patricia A. Seitz

GATEWAY TRANSPORTATION            David B. Rothman
SERVICES (0)                      FTS 374-5747
        Interested Party          [COR LD NTC ret]
                                  Thornton & Rothman
                                  First Union Financial Center
                                  200 S Biscayne Boulevard
                                  Suite 2690
                                  Miami, FL 33131
                                  305-358-9000

Pending Counts:

    NONE


Terminated Counts:

    NONE



Complaints:

    NONE

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court –
Southern District of Florida
By _____
                    Deputy Clerk
Date _____ 8/9/04

Proceedings include events between 9/4/03 and 9/4/03.                                    BLG
0cr6309-ALL USA v. Raffa, et al                                          CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

REPUBLIC SECURITY BANK (0)            Jeremy James Hart
       Interested Party               FTS 376-6010
                                      305-376-6005
                                      [COR LD NTC ret]
                                      Gunster Yoakley & Stewart
                                      1 Biscayne Tower
                                      2 S Biscayne Boulevard
                                      Suite 3500
                                      Miami, FL 33131-1897
                                      305-376-6000


Pending Counts:

    NONE


Terminated Counts:

    NONE


Complaints:

    NONE

Proceedings include events between 9/4/03 and 9/4/03.                    BLG
0cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

UNITED STATES SECURITIES AND          James Pavlock
EXCHANGE COMMISSION (0)                FTS 356-7230
        Interested Party              [COR LD NTC ret]
                                      United States Attorney's Office
                                      500 E Broward Boulevard
                                      7th Floor
                                      Fort Lauderdale, FL 33301-3002
                                      954-356-7255

                                      Edward G. Sullivan
                                      404-842-7666
                                      [COR LD NTC]
                                      United States Securities and
                                      Exchange Commission
                                      3475 Lenox Road NE
                                      Suite 1000
                                      Atlanta, GA 30326-1232
                                      404-842-7675

Pending Counts:

    NONE

Terminated Counts:

    NONE

Complaints:

    NONE

P ʾceedings include events between 9/4/03 and 9/4/03.                    BLG
{  0cr6309-ALL USA v. Raffa, et al                      CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

GOLD COAST CHECK CASHING, INC.      Harry Martin Solomon
(0)                                 FTS 358-7222
         Interested Party           305-358-7400
                                    Suite 606
                                    [COR LD NTC]
                                    799 Brickell Plaza
                                    Miami, FL 33131-5198


Pending Counts:

    NONE


Terminated Counts:

    NONE


Complaints:

{   NONE
{

P ·ceedings include events between 9/4/03 and 9/4/03.                    BLG
    0cr6309-ALL USA v. Raffa, et al                           CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

GRACE MAMONE (0)                    Robert Norman Berube
      Interested Party              FTS 356-7556
                                    [COR LD NTC pda]
                                    Federal Public Defender's
                                    Office
                                    1 E Broward Boulevard
                                    Suite 1100
                                    Fort Lauderdale, FL 33301
                                    954-356-7436

                                    William James Cone, Jr.
                                    FTS 764-3215
                                    [COR LD NTC ret]
                                    514 SE 7th Street
                                    Fort Lauderdale, FL 33301
                                    954-764-0570

                                    Richard L. Rosenbaum
                                    FTS 522-7003
                                    954-522-7007
                                    Suite 1700
                                    [COR LD NTC ret]
                                    Las Olas Center
                                    350 E Las Olas Boulevard
                                    Fort Lauderdale, FL 33301

Pending Counts:

    NONE

Terminated Counts:

    NONE

Complaints:

    NONE

========================

Proceedings include events between 9/4/03 and 9/4/03.                    BLG
    0cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

STEVE RAFFA (1) , DOB-10/2/41;    David Michael Garvin
Prisoner #55521-004; Address-      [term  12/06/00]
15641 S.W. 16th Street,            FTS 371-8848
Pembroke Pines, FL                 305-371-8101
    defendant                      Suite 1480
 [term  12/06/00]                  [COR LD NTC ret]
                                   1200 Brickell Avenue
                                   Miami, FL 33131


Pending Counts:

    NONE


Terminated Counts:                      Disposition

18:1962-7480.F RACKETEERING        DISMISSED
(1)                                (1)

18:1955.F ILLEGAL GAMBLING         DISMISSED
(2)                                (2)

  1511.F INTIMIDATION OF           DISMISSED
WITNESS JUROR                      (3)
(3)

18:892.F EXTENSIONS OF CREDIT      DISMISSED
BY EXTORTION                       (4)
(4)

18:894.F COLLECTION OF CREDIT      DISMISSED
BY EXTORTION                       (5)
(5)

18:1956-3300.F MONEY               DISMISSED
LAUNDERING - INTERSTATE            (6)
COMMERCE          (6)

18:1957-3300.F INTERSTATE          DISMISSED
COMMERCE                           (7)
(7)

18:1956-7450.F RACKETTERING,       DISMISSED
LIQUOR                             (8 - 13)
(8 - 13)

18:1957-7611.F ENGAGING IN         DISMISSED
MONETARY TRANSACTIONS              (14 - 16)
    - 16)

18:1956-3300.F MONEY               DISMISSED

Docket as of August 9, 2004 1:58 pm               Page 6

Proceedings include events between 9/4/03 and 9/4/03.                    BLG
  0cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

LAUNDERING - INTERSTATE          (17)
COMMERCE          (17)

18:1956-3300.F MONEY             DISMISSED
LAUNDERING - INTERSTATE          (18 - 45)
COMMERCE          (18 - 45)

18:1957-9752.F ENGAGING IN       DISMISSED
MONETARY INSTRUMENTS             (46 - 70)
(46 - 70)


Offense Level (disposition): 4



Complaints:

    NONE


========================

( e Assigned to:  Judge Patricia A. Seitz

JOHN MAMONE (2) , DOB-6/12/51;      David B. Rothman
Prisoner #07803-062; Address-      FTS 374-5747
1960 Augusta Terrace, Coral        [COR LD NTC ret]
Springs, FL 33071                  Thornton & Rothman
      defendant                    First Union Financial Center
  [term 09/16/02]                  200 S Biscayne Boulevard
                                   Suite 2690
                                   Miami, FL 33131
                                   305-358-9000

                                   Neil M. Schuster
                                   FTS 416-0325
                                   305-416-0324
                                   Suite 2-C
                                   [COR LD NTC ret]
                                   555 NE 15th Street
                                   Miami, FL 33133

                                   John Mamone
                                   ppp
                                   Shawnee, #07803-062
                                   Federal Correctional
                                   Institution Marianna
                                   PO Box 8000
                                   Marianna, FL 32447-8000


Docket as of August 9, 2004 1:58 pm              Page 7

Proceedings include events between 9/4/03 and 9/4/03.                        BLG
(   0cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

Pending Counts:                         Disposition

18:1962-7480.F RACKETEERING     IMPRISONMENT 115 months as to
(1ss)                           counts one (97 months for
                                underlying offense and 18
                                months enhancement to be served
                                consecutively to the 97 months
                                for a total of 115 months)3
                                years supervised as to Count 1,
                                $100.00 total assessment,    $4,
                                557,438.00 total restitution
                                (1ss)


Offense Level (opening): 4


Terminated Counts:                      Disposition

18:1962-7480.F RACKETEERING     DISMISSED
(1)                             (1)

18:1962-7440.F RACKETEERING -   DISMISSED
(   BLING                       (1s)
(   )

18:1955.F ILLEGAL GAMBLING      DISMISSED
(2)                             (2)

18:1955.F ILLEGAL GAMBLING      DISMISSED
(2s)                            (2s)

18:1955.F ILLEGAL GAMBLING      DISMISSED
(2ss)                           (2ss)

18:1511.F INTIMIDATION OF       DISMISSED
WITNESS JUROR                   (3)
(3)

18:1511.F INTIMIDATION OF       DISMISSED
WITNESS JUROR                   (3s)
(3s)

18:1511.F INTIMIDATION OF       DISMISSED
WITNESS JUROR                   (3ss)
(3ss)

18:892.F EXTENSIONS OF CREDIT   DISMISSED
BY EXTORTION                    (4)
(  )

18:894.F COLLECTION OF CREDIT   DISMISSED
BY EXTORTION                    (4s)

BLG
CLOSED APPEAL

Proceedings include events between 9/4/03 and 9/4/03.
0cr6309-ALL USA v. Raffa, et al

(4s)

| | |
|---|---|
| 18:892.F EXTENSIONS OF CREDIT BY EXTORTION (4ss) | DISMISSED (4ss) |
| 18:894.F COLLECTION OF CREDIT BY EXTORTION (5) | DISMISSED (5) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO (5s) | DISMISSED (5s) |
| 18:894.F COLLECTION OF CREDIT BY EXTORTION (5ss) | DISMISSED (5ss) |
| 18:1956-3300.F MONEY LAUNDERING - INTERSTATE COMMERCE        (6) | DISMISSED (6) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO (  ) | DISMISSED (6s) |
| 18.1956-7530.F MONEY LAUNDERING-GAMBLING/LOTTERY (6ss) | DISMISSED (6ss) |
| 18:1957-3300.F INTERSTATE COMMERCE (7) | DISMISSED (7) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO (7s - 12s) | DISMISSED (7s - 12s) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO (7ss) | DISMISSED (7ss) |
| 18:1956-7450.F RACKETTERING, LIQUOR (8 - 13) | DISMISSED (8 - 13) |
| 18:1957-7600.F ENGAGING IN MONETARY TRANSACTIONS (8ss - 10ss) | DISMISSED (8ss - 10ss) |
| 1957-7600.F ENGAGING IN ETARY TRANSACTIONS ss - 13ss) | DISMISSED (11ss - 13ss) |

Proceedings include events between 9/4/03 and 9/4/03.                    BLG
0cr6309-ALL USA v. Raffa, et al                    CLOSED APPEAL

18:1957-4700.F POSTAL,              DISMISSED
INTERSTATE WIRE, RADIO, ETC.        (13s - 15s)
(13s - 15s)

18:1957-7611.F ENGAGING IN          DISMISSED
MONETARY TRANSACTIONS               (14 - 16)
(14 - 16)

18:1956-4700.F MONEY                DISMISSED
LAUNDERING-POSTAL/WIRE/RADIO        (14ss)
(14ss)

18:1957-4700.F POSTAL,              DISMISSED
INTERSTATE WIRE, RADIO, ETC.        (15ss)
(15ss)

18:1956-4700.F MONEY                DISMISSED
LAUNDERING-POSTAL/WIRE/RADIO        (16s - 21s)
(16s - 21s)

18:1957-4700.F POSTAL,              DISMISSED
INTERSTATE WIRE, RADIO, ETC.        (16ss - 45ss)
(16ss - 45ss)

1956-3300.F MONEY                   DISMISSED
LAUNDERING - INTERSTATE             (17)
COMMERCE        (17)

18:1956-3300.F MONEY                DISMISSED
LAUNDERING - INTERSTATE             (18 - 45)
COMMERCE        (18 - 45)

18:1957-4700.F POSTAL,              DISMISSED
INTERSTATE WIRE, RADIO, ETC.        (22s - 24s)
(22s - 24s)

18:1956-4700.F MONEY                DISMISSED
LAUNDERING-POSTAL/WIRE/RADIO        (25s)
(25s)

18:1956-4700.F MONEY                DISMISSED
LAUNDERING-POSTAL/WIRE/RADIO        (26s)
(26s)

18:1957-4700.F POSTAL,              DISMISSED
INTERSTATE WIRE, RADIO, ETC.        (27s)
(27s)

18:1956-4700.F MONEY                DISMISSED
LAUNDERING-POSTAL/WIRE/RADIO        (28s - 52s)
(28s - 52s)

1957-9752.F ENGAGING IN             DISMISSED
MONETARY INSTRUMENTS                (46 - 70)

Proceedings include events between 9/4/03 and 9/4/03.                    BLG
    00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

(46 - 70)

| 18:1957-4700.F POSTAL, INTERSTATE WIRE, RADIO, ETC. (46ss - 47ss) | DISMISSED (46ss - 47ss) |

18:1957-4700.F POSTAL,              DISMISSED
INTERSTATE WIRE, RADIO, ETC.        (46ss - 47ss)
(46ss - 47ss)

18:1957-4700.F POSTAL,              DISMISSED
INTERSTATE WIRE, RADIO, ETC.        (48ss - 49ss)
(48ss - 49ss)

18:1957-4700.F POSTAL,              DISMISSED
INTERSTATE WIRE, RADIO, ETC.        (50ss - 53ss)
(50ss - 53ss)

18:1957-4700.F POSTAL,              DISMISSED
INTERSTATE WIRE, RADIO, ETC.        (53s - 77s)
(53s - 77s)

18:1957-4700.F POSTAL,              DISMISSED
INTERSTATE WIRE, RADIO, ETC.        (54ss - 55ss)
(54ss - 55ss)

18:1956-4700.F MONEY                DISMISSED
LAUNDERING-POSTAL/WIRE/RADIO        (78s - 85s)
(78s - 85s)

18:1957-4700.F POSTAL,              DISMISSED
INTERSTATE WIRE, RADIO, ETC.        (86s - 93s)
(86s - 93s)


Offense Level (disposition): 4



Complaints:

    NONE


========================


Docket as of August 9, 2004 1:58 pm                Page 11

Proceedings include events between 9/4/03 and 9/4/03.                           BLG
 0cr6309-ALL USA v. Raffa, et al                                     CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

FRED MORGENSTERN (3) , (DOB or          Marisa Tinkler Mendez
Prisoner # not provided) Old            FTS 443-2291
Address-19622 Biscayne Bay              305-444-3747
Drive, Boca Raton, FL 33498;            Suite 304
NEW Address: 18233 Fresh Lake           [COR LD NTC cja]
Way, Boca Raton, FL                     901 Ponce De Leon Boulevard
     defendant                          Coral Gables, FL 33134-3073
 [term  04/22/03]
                                        Michael James Rosen
                                         [term  04/22/03]
                                        FTS 856-3116
                                        305-858-9700
                                        Suite 105
                                        [COR LD NTC ret]
                                        2400 South Dixie Highway
                                        Miami, FL 33133

                                        John Robert Howes
                                         [term  01/11/02]
                                        FTS 462-2255
                                        [COR LD NTC cja]
                                        John R. Howes
                                        Trial Lawyers Building
                                        633 SE 3rd Avenue
                                        Suite 4R
                                        Fort Lauderdale, FL 33302
                                        954-763-6003

                                        William Alexander Clay
                                         [term  03/10/03]
                                        FTS 595-9732
                                        305-595-0866
                                        PH 400
                                        [COR LD NTC cja]
                                        11440 N Kendall Drive
                                        Miami, FL 33176

                                        William M. Norris
                                         [term  02/04/03]
                                        FTS 279-9026
                                        [COR LD NTC cja]
                                        William Norris
                                        8870 SW 62nd Terrace
                                        Miami, FL 33173
                                        305-279-9311

P  ceedings include events between 9/4/03 and 9/4/03.                         BLG
(  0cr6309-ALL USA v. Raffa, et al                                 CLOSED APPEAL

Pending Counts:                          Disposition

18:1956-4700.F MONEY                     Imprisonment 61 months:
LAUNDERING-POSTAL/WIRE/RADIO             sentence imposed in 02-60101-
(14ss)                                   CR-WPD  (60 months) to run
                                         consecutive to this sentence,
                                         for a        total of 121
                                         months; Supervised Release 36
                                         months to run      concurrent to
                                         36 months imposed in 02-60101-
                                         CR-WPD;          Assessment
                                         $100.00; Restitution $13,375,
                                         927.36              (14ss)


Offense Level (opening): 4


Terminated Counts:                       Disposition

18:1962-7480.F RACKETEERING              Rule 20 Transfer for plea and
(1)                                      sentence to the District of
                                         South Carolina (Greenville)
(                                        (1)
(
1 :1962-7440.F RACKETEERING -            Rule 20 Transfer for plea and
GAMBLING                                 sentence to the District of
(1s)                                     South Carolina (Greenville)
                                         (1s)


18:1962-7480.F RACKETEERING              Rule 20 Transfer for plea and
(1ss)                                    sentence to the District of
                                         South Carolina (Greenville)
                                         (1ss)


18:1956-4700.F MONEY                     Rule 20 Transfer for plea and
LAUNDERING-POSTAL/WIRE/RADIO             sentence to the District of
(5s)                                     South Carolina (Greenville)
                                         (5s)


18:1956-3300.F MONEY                     Rule 20 Transfer for plea and
LAUNDERING - INTERSTATE                  sentence to the District of
COMMERCE         (6)                     South Carolina (Greenville)
                                         (6)


18:1956-7530.F MONEY                     Rule 20 Transfer for plea and
LAUNDERING-GAMBLING/LOTTERY              sentence to the District of
(6ss)                                    South Carolina (Greenville)
                                         (6ss)


!  1957-4700.F POSTAL,                   Rule 20 Transfer for plea and
.  ERSTATE WIRE, RADIO, ETC.             sentence to the District of
(15ss)                                   South Carolina (Greenville)

Proceedings include events between 9/4/03 and 9/4/03.                          BLG
  0cr6309-ALL USA v. Raffa, et al                                  CLOSED APPEAL

                                          (15ss)

18:1957-4700.F POSTAL,              Rule 20 Transfer for plea and
INTERSTATE WIRE, RADIO, ETC.        sentence to the District of
(16ss - 45ss)                       South Carolina (Greenville)
                                    (16ss - 45ss)

18:1956-3300.F MONEY                Rule 20 Transfer for plea and
LAUNDERING - INTERSTATE             sentence to the District of
COMMERCE          (17)              South Carolina (Greenville)
                                    (17)

18:1956-3300.F MONEY                Rule 20 Transfer for plea and
LAUNDERING - INTERSTATE             sentence to the District of
COMMERCE          (18 - 45)         South Carolina (Greenville)
                                    (18 - 45)

18:1956-4700.F MONEY                Rule 20 Transfer for plea and
LAUNDERING-POSTAL/WIRE/RADIO        sentence to the District of
(25s)                               South Carolina (Greenville)
                                    (25s)

18:1956-4700.F MONEY                Rule 20 Transfer for plea and
LAUNDERING-POSTAL/WIRE/RADIO        sentence to the District of
( s)                                South Carolina (Greenville)
                                    (26s)

18:1957-4700.F POSTAL,              Rule 20 Transfer for plea and
INTERSTATE WIRE, RADIO, ETC.        sentence to the District of
(27s)                               South Carolina (Greenville)
                                    (27s)

18:1956-4700.F MONEY                Rule 20 Transfer for plea and
LAUNDERING-POSTAL/WIRE/RADIO        sentence to the District of
(28s - 52s)                         South Carolina (Greenville)
                                    (28s - 52s)

18:1957-9752.F ENGAGING IN          Rule 20 Transfer for plea and
MONETARY INSTRUMENTS                sentence to the District of
(46 - 70)                           South Carolina (Greenville)
                                    (46 - 70)

18:1957-4700.F POSTAL,              Rule 20 Transfer for plea and
INTERSTATE WIRE, RADIO, ETC.        sentence to the District of
(46ss - 47ss)                       South Carolina (Greenville)
                                    (46ss - 47ss)

18:1957-4700.F POSTAL,              Rule 20 Transfer for plea and
INTERSTATE WIRE, RADIO, ETC.        sentence to the District of
(48ss - 49ss)                       South Carolina (Greenville)
                                    (48ss - 49ss)

   1957-4700.F POSTAL,              Rule 20 Transfer for plea and
INTERSTATE WIRE, RADIO, ETC.        sentence to the District of

Docket as of August 9, 2004 1:58 pm                    Page 14

Proceedings include events between 9/4/03 and 9/4/03.                                    BLG
    00cr6309-ALL USA v. Raffa, et al                                      CLOSED APPEAL

(50ss - 53ss)                              South Carolina (Greenville)
                                           (50ss - 53ss)

18:1957-4700.F POSTAL,                     Rule 20 Transfer for plea and
INTERSTATE WIRE, RADIO, ETC.               sentence to the District of
(53s - 77s)                                South Carolina (Greenville)
                                           (53s - 77s)

18:1957-4700.F POSTAL,                     Rule 20 Transfer for plea and
INTERSTATE WIRE, RADIO, ETC.               sentence to the District of
(54ss - 55ss)                              South Carolina (Greenville)
                                           (54ss - 55ss)

18:1956-4700.F MONEY                       Rule 20 Transfer for plea and
LAUNDERING-POSTAL/WIRE/RADIO               sentence to the District of
(78s - 85s)                                South Carolina (Greenville)
                                           (78s - 85s)

18:1957-4700.F POSTAL,                     Rule 20 Transfer for plea and
INTERSTATE WIRE, RADIO, ETC.               sentence to the District of
(86s - 93s)                                South Carolina (Greenville)
                                           (86s - 93s)

Offense Level (disposition): 4

Complaints:

    NONE

========================

Proceedings include events between 9/4/03 and 9/4/03.                    BLG
   0cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

DAVID MORGENSTERN (4) , DOB-        Scott William Sakin
10/28/48; Prisoner #10453-074;        [term  02/04/03]
Address-7534 Estrella Circle,        FTS 325-0331
Boca Raton, FL 33433                 305-545-0007
     defendant                       [COR LD NTC cja]
  [term  04/22/03]                   1411 NW North River Drive
                                     Miami, FL 33125

                                     Brian R. McComb
                                       [term  04/22/03]
                                     FTS 223-0121
                                     772-781-0069
                                     [COR LD NTC cja]
                                     3458 SE Dixie Highway
                                     Stuart, FL 34997-5217

                                     Ana Maria Jhones
                                       [term  11/06/01]
                                     FTS 461-0041
                                     [COR LD NTC ret]
                                     Ana M. Jhones
                                     220 Miracle Mile
                                     Suite 235
                                     Coral Gables, FL 33134
                                     305-461-0700

Pending Counts:                          Disposition

18:1956-4700.F MONEY                 Imprisonment 120 months:
LAUNDERING-POSTAL/WIRE/RADIO         sentence imposed in
(14ss)                               02-60100-CR-WPD (60 months) to
                                     run consecutive to this
                                     sentence, for a total of 180
                                     months; Supervised Release 36
                                     months to run concurrent to 36
                                     months imposed in
                                     02-60100-CR-WPD; Assessment
                                     $100.00; Restitution
                                     $13,375,927.36
                                     (14ss)


Offense Level (opening): 4

F  ·ceedings include events between 9/4/03 and 9/4/03.                    BLG
  0cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL


Terminated Counts:                         Disposition

18:1962-7480.F RACKETEERING          Rule 20 Transfer for plea and
(1)                                  sentence to the District of
                                     South Carolina (Greenville)
                                     (1)


18:1962-7440.F RACKETEERING -        Rule 20 Transfer for plea and
GAMBLING                             sentence to the District of
(1s)                                 South Carolina (Greenville)
                                     (1s)


18:1962-7480.F RACKETEERING          Rule 20 Transfer for plea and
(1ss)                                sentence to the District of
                                     South Carolina (Greenville)
                                     (1ss)


18:1957-4700.F POSTAL,               Rule 20 Transfer for plea and
INTERSTATE WIRE, RADIO, ETC.         sentence to the District of
(16ss - 45ss)                        South Carolina (Greenville)
                                     (16ss - 45ss)


1^·1956-3300.F MONEY                 Rule 20 Transfer for plea and
  NDERING - INTERSTATE               sentence to the District of
  MERCE        (17)                  South Carolina (Greenville)
                                     (17)


18:1956-3300.F MONEY                 Rule 20 Transfer for plea and
LAUNDERING - INTERSTATE              sentence to the District of
COMMERCE        (18 - 45)            South Carolina (Greenville)
                                     (18 - 45)


18:1956-4700.F MONEY                 Rule 20 Transfer for plea and
LAUNDERING-POSTAL/WIRE/RADIO         sentence to the District of
(25s)                                South Carolina (Greenville)
                                     (25s)


18:1956-4700.F MONEY                 Rule 20 Transfer for plea and
LAUNDERING-POSTAL/WIRE/RADIO         sentence to the District of
(28s - 52s)                          South Carolina (Greenville)
                                     (28s - 52s)


18:1957-9752.F ENGAGING IN           Rule 20 Transfer for plea and
MONETARY INSTRUMENTS                 sentence to the District of
(46 - 70)                            South Carolina (Greenville)
                                     (46 - 70)


18:1957-4700.F POSTAL,               Rule 20 Transfer for plea and
INTERSTATE WIRE, RADIO, ETC.         sentence to the District of
' ?s - 77s)                          South Carolina (Greenville)
                                     (53s - 77s)


Docket as of August 9, 2004 1:58 pm              Page 17

P `ceedings include events between 9/4/03 and 9/4/03.                    BLG
0cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

Offense Level (disposition): 4


Complaints:

    NONE


=========================

Case Assigned to:  Judge Patricia A. Seitz

JOSEPH SILVESTRI (5) , DOB-        Richard Alan Sharpstein
8/12/31; Prisoner #04641-016;        [term  05/23/03]
Address-1870 Mediterranian,        FTS 372-9928
West Palm Beach, FL 33406          [COR LD NTC ret]
    defendant                      Jorden Burt LLP
 [term  05/23/03]                  777 Brickell Avenue
                                   Suite 500
                                   Miami, FL 33131-2803
                                   305-371-2600

                                   Jeanne Baker
                                     [term  05/23/03]
                                   FTS 445-9666
                                   [COR LD NTC ret]
                                   2937 SW 27th Avenue
                                   Suite 202
                                   Coconut Grove, FL 33133-3703
                                   305-443-1600

                                   Emmanuel Perez
                                     [term  05/06/02]
                                   FTS 441-9218
                                   [COR LD NTC cja]
                                   Polo & Perez
                                   2 Alhambra Plaza
                                   Suite 508
                                   Coral Gables, FL 33134
                                   305-442-7442


Pending Counts:                         Disposition

18:1956-4700.F MONEY              Imprisonment for a term of 122
LAUNDERING-POSTAL/WIRE/RADIO      Months as to Count 14, and
(14ss)                            120 months as to each Counts 16
                                  thru 45, to run
                                  concurrently with each other.
                                  Supervised release for a term
                                  of 2 years. Total assessment of
                                  $3,100.00.

Proceedings include events between 9/4/03 and 9/4/03.                    BLG
  00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

                                    (14ss)

18:1957-4700.F POSTAL,          Imprisonment for a term of 122
INTERSTATE WIRE, RADIO, ETC.    Months as to Count 14, and
(16ss - 45ss)                   120 months as to each Counts 16
                                thru 45, to run
                                concurrently with each other.
                                Supervised release for a term
                                of 2 years. Total assessment of
                                $3,100.00.
                                (16ss - 45ss)


Offense Level (opening): 4


Terminated Counts:                      Disposition

18:1962-7480.F RACKETEERING     Dismissed
(1)                             (1)

18:1962-7440.F RACKETEERING -   Dismissed
GAMBLING                        (1s)
(1s)

  1962-7480.F RACKETEERING      Dismissed
(1ss)                           (1ss)

18:1956-3300.F MONEY            Dismissed
LAUNDERING - INTERSTATE         (17)
COMMERCE          (17)

18:1956-3300.F MONEY            Dismissed
LAUNDERING - INTERSTATE         (18 - 45)
COMMERCE          (18 - 45)

18:1956-4700.F MONEY            Dismissed
LAUNDERING-POSTAL/WIRE/RADIO    (25s)
(25s)

18:1956-4700.F MONEY            Dismissed
LAUNDERING-POSTAL/WIRE/RADIO    (28s - 52s)
(28s - 52s)

18:1957-9752.F ENGAGING IN      Dismissed
MONETARY INSTRUMENTS            (46 - 70)
(46 - 70)

18:1957-4700.F POSTAL,          Dismissed
INTERSTATE WIRE, RADIO, ETC.    (53s - 77s)
(53s - 77s)


Offense Level (disposition): 4

Docket as of August 9, 2004 1:58 pm                        Page 19

Proceedings include events between 9/4/03 and 9/4/03.                                                    BLG
    0cr6309-ALL USA v. Raffa, et al                                                            CLOSED APPEAL

Complaints:

    NONE

=========================

Case Assigned to:  Judge Patricia A. Seitz

JULIUS BRUCE CHIUSANO (6) ,              Donald Richard Spadaro
DOB-6/29/48; Prisoner #02401-             [term  11/16/01]
748; Address-2801 N.E. 183rd             FTS 522-6888
Street, Aventura, FL 33160               954-763-5504
        defendant                        Suite 103
    [term  11/16/01]                     [COR LD NTC ret]
                                         1000 S Federal Highway
                                         Fort Lauderdale, FL 33316


Pending Counts:                                  Disposition

    1956-4700.F MONEY                    Imprisoned for term of 18
LAUNDERING-POSTAL/WIRE/RADIO             months to run concurrently with
(6s)                                     sentence imposed in 00-6273-CR-
                                         HUCK and 3 years of
                                         supervised release; Assessment
                                         $100
                                         (6s)


Offense Level (opening): 4


Terminated Counts:                               Disposition

18:1962-7480.F RACKETEERING              Dismissed
(1)                                      (1)

18:1962-7440.F RACKETEERING -            Dismissed
GAMBLING                                 (1s)
(1s)

18:1955.F ILLEGAL GAMBLING               Dismissed
(2)                                      (2)

18:1955.F ILLEGAL GAMBLING               Dismissed
(2s)                                     (2s)

    892.F EXTENSIONS OF CREDIT           Dismissed
BY EXTORTION                             (4)

Docket as of August 9, 2004 1:58 pm                      Page 20

P ceedings include events between 9/4/03 and 9/4/03.                    BLG
( )cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

(4)

18:894.F COLLECTION OF CREDIT          Dismissed
BY EXTORTION                           (4s)
(4s)

18:894.F COLLECTION OF CREDIT          Dismissed
BY EXTORTION                           (5)
(5)

18:1956-4700.F MONEY                   Dismissed
LAUNDERING-POSTAL/WIRE/RADIO           (5s)
(5s)

18:1956-3300.F MONEY                   Dismissed
LAUNDERING - INTERSTATE                (6)
COMMERCE          (6)

18:1957-3300.F INTERSTATE              Dismissed
COMMERCE                               (7)
(7)

18:1956-7450.F RACKETTERING,           Dismissed
LIQUOR                                 (8 - 13)
(   · 13)

1..1957-7611.F ENGAGING IN             Dismissed
MONETARY TRANSACTIONS                  (14 - 16)
(14 - 16)

18:1956-4700.F MONEY                   Dismissed
LAUNDERING-POSTAL/WIRE/RADIO           (16s - 21s)
(16s - 21s)

18:1956-3300.F MONEY                   Dismissed
LAUNDERING - INTERSTATE                (17)
COMMERCE          (17)

18:1956-3300.F MONEY                   Dismissed
LAUNDERING - INTERSTATE                (18 - 45)
COMMERCE          (18 - 45)

18:1957-4700.F POSTAL,                 Dismissed
INTERSTATE WIRE, RADIO, ETC.           (22s - 24s)
(22s - 24s)

18:1957-9752.F ENGAGING IN             Dismissed
MONETARY INSTRUMENTS                   (46 - 70)
(46 - 70)


( ense Level (disposition): 4


Docket as of August 9, 2004 1:58 pm              Page 21

Proceedings include events between 9/4/03 and 9/4/03.                    BLG
  00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

Complaints:

    NONE

========================

Case Assigned to:  Judge Patricia A. Seitz

MICHAEL BUCCINNA (7) , DOB-          Brian Lee Tannebaum
4/30/59; Prisoner #55531-004;          [term  04/15/02]
(Address not supplied)               FTS 374-0081
      defendant                      305-374-7850
  [term  04/15/02]                   Penthouse
                                     [COR LD NTC ret]
                                     Museum Tower
                                     150 W Flagler Street
                                     Miami, FL 33130

                                     Michael Buccinna
                                     ppp
                                     55531-004
                                     [NTC ntc] [PRO SE]
                                     Federal Prison Camp
                                     110 Raby Avenue
                                     Pensacola, FL 32509-5127


Pending Counts:                              Disposition

18:1962-7480.F RACKETEERING          Imprisoned for term of 58
(1ss)                                months and 3 years of
                                     supervised   release;
                                     Assessment $100
                                     (1ss)


Offense Level (opening): 4


Terminated Counts:                           Disposition

18:1962-7480.F RACKETEERING          Dismissed
(1)                                  (1)

18:1962-7440.F RACKETEERING -        Dismissed
GAMBLING                             (1s)
(1s)

    1955.F ILLEGAL GAMBLING          Dismissed
                                     (2)


Docket as of August 9, 2004 1:58 pm                 Page 22

F ·ceedings include events between 9/4/03 and 9/4/03.                    BLG
  0cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

18:1955.F ILLEGAL GAMBLING          Dismissed
(2s)                                (2s)

18:1955.F ILLEGAL GAMBLING          Dismissed
(2ss)                               (2ss)

18:894.F COLLECTION OF CREDIT       Dismissed
BY EXTORTION                        (4s)
(4s)

18:892.F EXTENSIONS OF CREDIT       Dismissed
BY EXTORTION                        (4ss)
(4ss)

18:894.F COLLECTION OF CREDIT       Dismissed
BY EXTORTION                        (5)
(5)

18:1956-4700.F MONEY                Dismissed
LAUNDERING-POSTAL/WIRE/RADIO        (5s)
(5s)

18:894.F COLLECTION OF CREDIT       Dismissed
BY EXTORTION                        (5ss)
(5ss)

1u:1956-3300.F MONEY                Dismissed
LAUNDERING - INTERSTATE             (6)
COMMERCE        (6)

18:1956-4700.F MONEY                Dismissed
LAUNDERING-POSTAL/WIRE/RADIO        (6s)
(6s)

18:1956-7530.F MONEY                Dismissed
LAUNDERING-GAMBLING/LOTTERY         (6ss)
(6ss)

18:1957-3300.F INTERSTATE           Dismissed
COMMERCE                            (7)
(7)

18:1956-4700.F MONEY                Dismissed
LAUNDERING-POSTAL/WIRE/RADIO        (7ss)
(7ss)

18:1956-7450.F RACKETTERING,        Dismissed
LIQUOR                              (8 - 13)
(8 - 13)

? 1957-7611.F ENGAGING IN           Dismissed
 ·ETARY TRANSACTIONS                (14 - 16)
  . - 16)

Docket as of August 9, 2004 1:58 pm                    Page 23

Proceedings include events between 9/4/03 and 9/4/03.                                    BLG
0cr6309-ALL USA v. Raffa, et al                                          CLOSED APPEAL

```
18:1956-4700.F MONEY              Dismissed
LAUNDERING-POSTAL/WIRE/RADIO      (14ss)
(14ss)

18:1957-4700.F POSTAL,            Dismissed
INTERSTATE WIRE, RADIO, ETC.      (16ss - 45ss)
(16ss - 45ss)

18:1956-3300.F MONEY              Dismissed
LAUNDERING - INTERSTATE           (17)
COMMERCE        (17)

18:1956-3300.F MONEY              Dismissed
LAUNDERING - INTERSTATE           (18 - 45)
COMMERCE        (18 - 45)

18:1956-4700.F MONEY              Dismissed
LAUNDERING-POSTAL/WIRE/RADIO      (25s)
(25s)

18:1956-4700.F MONEY              Dismissed
LAUNDERING-POSTAL/WIRE/RADIO      (28s - 52s)
(28s - 52s)

18:1957-9752.F ENGAGING IN        Dismissed
  ETARY INSTRUMENTS               (46 - 70)
(   - 70)

18:1957-4700.F POSTAL,            Dismissed
INTERSTATE WIRE, RADIO, ETC.      (53s - 77s)
(53s - 77s)
```

Offense Level (disposition): 4


Complaints:

    NONE


=========================

P ~ceedings include events between 9/4/03 and 9/4/03.                    BLG
  0cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

JEFFREY BASS (8) , DOB-            Michael S. Tarre
4/20/54; Prisoner #55528-004;       [term  06/14/02]
Address-4937 N.W. 106th Avenue,    FTS 372-1589
Coral Springs, FL 33071           305-372-0774
      defendant                    Suite 3700
  [term  06/14/02]                 [COR LD NTC ret]
                                   1 Biscayne Tower
                                   2 S Biscayne Boulevard
                                   Miami, FL 33131-1806

                                   Lothar Richard Genge
                                    [term  03/14/01]
                                   FTS 276-8521
                                   [COR LD NTC ret]
                                   560 Lavers Circle
                                   Suite 348
                                   Delray Beach, FL 33444
                                   561-276-7038


Pending Counts:                         Disposition

  1955.F ILLEGAL GAMBLING           Probation of 4 years,
                                    Assessment of $100.00, Fine of
                                    $10,000.0
                                    (2s)


Offense Level (opening): 4


Terminated Counts:                      Disposition

18:1962-7480.F RACKETEERING        Dismissed
(1)                                (1)

18:1962-7440.F RACKETEERING -      Dismissed
GAMBLING                           (1s)
(1s)

18:1955.F ILLEGAL GAMBLING         Dismissed
(2)                                (2)

18:1956-4700.F MONEY               Dismissed
LAUNDERING-POSTAL/WIRE/RADIO       (5s)
(5s)

18:1956-3300.F MONEY               Dismissed
I~NDERING - INTERSTATE             (6)
  MERCE            (6)

P~ceedings include events between 9/4/03 and 9/4/03.                    BLG
  0cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

Offense Level (disposition): 4

Complaints:

    NONE

========================

Case Assigned to:  Judge Patricia A. Seitz

FREDERICK SCAROLA (9) , DOB-          Lance Armstrong
12/3/47; Prisoner #55523-004;          [term  11/07/00]
Address-8205 N.W. 59th,               FTS 545-8514
Tamarac, FL 33321                     305-547-2555
        defendant                     [COR LD NTC tmp]
  [term  04/01/02]                    1351 NW 16th Street
                                      Miami, FL 33125

                                      David Michael Tarlow
                                       [term  04/01/02]
                                      FTS 446-5523
                                      [COR LD NTC cja]
                                      Spencer & Klein
                                      2 Alhambra Plaza
                                      Penthouse II-B
                                      Coral Gables, FL 33134
                                      305-446-5711

                                      John Frank Cotrone
                                       [term  08/14/01]
                                      FTS 779-7758
                                      954-779-7773
                                      Suite 1
                                      [COR LD NTC ret]
                                      509 SE 9th Street
                                      Fort Lauderdale, FL 33316

Pending Counts:

    NONE

Proceedings include events between 9/4/03 and 9/4/03.                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

Terminated Counts:                          Disposition

18:1511.F INTIMIDATION OF        Dismissed
WITNESS JUROR                    (3)
(3)

18:1511.F INTIMIDATION OF        Dismissed
WITNESS JUROR                    (3s)
(3s)

18:1511.F INTIMIDATION OF        Dismissed
WITNESS JUROR                    (3ss)
(3ss)


Offense Level (disposition): 4


Complaints:

    NONE

==========================

Proceedings include events between 9/4/03 and 9/4/03.                                    BLG
  0cr6309-ALL USA v. Raffa, et al                                      CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

GIUSEPPE BELLITTO (10) , DOB-          Charles Wender
4/10/49; Prisoner #29426-004;          FTS 368-5798
Address-11637 Kensington Court,        561-368-7004
Boca Raton 33428                       [COR LD NTC ret]
     defendant                         190 W Palmetto Park Road
  [term  09/28/01]                     Boca Raton, FL 33432


Pending Counts:                                  Disposition

18:1955.F ILLEGAL GAMBLING             Five months jail, 3 years
(2s)                                   supervised release,electronic
                                       monitoring program for 5 months,
                                       $100 assessment, $20,000
                                       fine
                                       (2s)


Offense Level (opening): 4


Terminated Counts:                               Disposition

  1962-7480.F RACKETEERING             dismissed
                                       (1)

18:1962-7440.F RACKETEERING -          dismissed
GAMBLING                               (1s)
(1s)

18:1955.F ILLEGAL GAMBLING             dismissed
(2)                                    (2)

18:892.F EXTENSIONS OF CREDIT          dismissed
BY EXTORTION                           (4)
(4)

18:894.F COLLECTION OF CREDIT          dismissed
BY EXTORTION                           (4s)
(4s)

18:894.F COLLECTION OF CREDIT          dismissed
BY EXTORTION                           (5)
(5)


Offense Level (disposition): 4



Complaints:

Docket as of August 9, 2004 1:58 pm                    Page 28

ceedings include events between 9/4/03 and 9/4/03.                    BLG
0cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL


NONE


========================

Case Assigned to:  Judge Patricia A. Seitz

MARK CARATTINI (11) , DOB-          James Scott Benjamin
9/15/59; Prisoner #55530-004;        [term  08/22/02]
Address-11751 N.W. 13th Street,     FTS 779-1771
Plantation, FL                      [COR LD NTC ret]
      defendant                     Benjamin & Aaronson
  [term  08/22/02]                  1 Financial Plaza
                                    Suite 1615
                                    Fort Lauderdale, FL 33394-2843
                                    954-779-1700


Pending Counts:                          Disposition

18:1962-7480.F RACKETEERING         Probation for a term of Four
(1ss)                               (4) years. Home Detention
                                    Electric Monitoring for a
                                    period of 6 months. Total
                                    assessment of $100.00
                                    (1ss)


Offense Level (opening): 4


Terminated Counts:                       Disposition

18:1962-7480.F RACKETEERING         Dismissed
(1)                                 (1)

18:1962-7440.F RACKETEERING -       Dismissed
GAMBLING                            (1s)
(1s)

18:1955.F ILLEGAL GAMBLING          Dismissed
(2)                                 (2)

18:1955.F ILLEGAL GAMBLING          Dismissed
(2s)                                (2s)

18:1955.F ILLEGAL GAMBLING          Dismissed
(2ss)                               (2ss)

1956-4700.F MONEY                   Dismissed
NDERING-POSTAL/WIRE/RADIO           (5s)
.)


Docket as of August 9, 2004 1:58 pm              Page 29

P ceedings include events between 9/4/03 and 9/4/03.                    BLG
( 0cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

18:1956-3300.F MONEY                Dismissed
LAUNDERING - INTERSTATE             (6)
COMMERCE          (6)

18:1956-7530.F MONEY                Dismissed
LAUNDERING-GAMBLING/LOTTERY         (6ss)
(6ss)

18:1957-4700.F POSTAL,              Dismissed
INTERSTATE WIRE, RADIO, ETC.        (48ss - 49ss)
(48ss - 49ss)


Offense Level (disposition): 4



Complaints:

    NONE


=--========================

P ·ceedings include events between 9/4/03 and 9/4/03.                    BLG
0cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

PAUL DIFILIPPI (12) , DOB-          Peter Raben
10/25/65; Prisoner #55522-004;       [term  08/09/01]
Address-1448 N.W. 154th Avenue,     FTS 379-4548
Pembroke Pines, FL                  305-379-1401
     defendant                      Suite 1620
  [term  08/09/01]                  [COR LD NTC ret]
                                    Christopher Gerard Lyons
                                     [term  08/09/01]
                                    FTS 379-4548
                                    305-379-1401
                                    Suite 1620
                                    [COR LD NTC ret]
                                    1200 Brickell Avenue
                                    Miami, FL 33131


Pending Counts:

    NONE


Terminated Counts:                      Disposition
(
   394.F COLLECTION OF CREDIT       Dismissed
L. EXTORTION                        (4s)
(4s)

18:894.F COLLECTION OF CREDIT       Dismissed
BY EXTORTION                        (5)
(5)


Offense Level (disposition): 4



Complaints:

    NONE


=========================

P  ceedings include events between 9/4/03 and 9/4/03.                          BLG
( 0cr6309-ALL USA v. Raffa, et al                            CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

ANSON KLINGER (13) , DOB-          Neil Michael Nameroff
2/8/40; Prisoner #55524-004;        [term  08/06/01]
Address-5334 Sapphire Valley,       FTS 536-8704
Boca Raton, FL 33486                [COR LD NTC ret]
      defendant                     Neil M. Nameroff
  [term  04/11/02]                  100 SE 2nd Street
                                    Suite 3350
                                    Miami, FL 33131-3216
                                    305-536-8700

                                    Joseph Steven Rosenbaum
                                     [term  04/11/02]
                                    FTS 858-7299
                                    305-858-7377
                                    [COR LD NTC ret]
                                    Joseph S. Rosenbaum
                                    2400 South Dixie Highway
                                    Suite 105
                                    Miami, FL 33133
                                    305-858-7377


(   ding Counts:                          Disposition
(
1..1084.F TRANSSMIT WAGER          Placed on probation for term of
INFORMATION                        3 years; Assessment $100
(1sss)                             (1sss)


Offense Level (opening): 4


Terminated Counts:                        Disposition

18:1962-7480.F RACKETEERING        Dismissed
(1)                                (1)

18:1962-7440.F RACKETEERING -      Dismissed
GAMBLING                           (1s)
(1s)

18:1962-7480.F RACKETEERING        Dismissed
(1ss)                              (1ss)

18:1955.F ILLEGAL GAMBLING         Dismissed
(2)                                (2)

18:1955.F ILLEGAL GAMBLING         Dismissed
(   )                              (2s)

:  1955.F ILLEGAL GAMBLING         Dismissed
(2ss)                              (2ss)

Docket as of August 9, 2004 1:58 pm              Page 32

F ·ceedings include events between 9/4/03 and 9/4/03.                    BLG
  0cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

18:1956-4700.F MONEY              Dismissed
LAUNDERING-POSTAL/WIRE/RADIO      (5s)
(5s)

18:1956-3300.F MONEY             Dismissed
LAUNDERING - INTERSTATE          (6)
COMMERCE          (6)

18:1956-7530.F MONEY             Dismissed
LAUNDERING-GAMBLING/LOTTERY      (6ss)
(6ss)


Offense Level (disposition): 4



Complaints:

    NONE


(   ======================
(

ceedings include events between 9/4/03 and 9/4/03.                    BLG
0cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

Case Assigned to: Judge Patricia A. Seitz

JOSEPH SPITALERI (14) , (DOB          Brian H. Bieber
not provided) Prisoner #18642-          [term  11/16/01]
004; Address-634 North Luna          FTS 446-1766
Court, Hollywood, FL 33021          305-445-5320
        defendant                    [COR LD NTC ret]
 [term  11/16/01]                    Hirschhorn & Bieber
                                     Douglas Centre
                                     2600 Douglas Road
                                     Penthouse 1
                                     Coral Gables, FL 33134
                                     305-445-5320

Pending Counts:                           Disposition

18:1962-7440.F RACKETEERING -        (Original Info): Imprisoned for
GAMBLING                             term of 58 months and 3
(1s)                                 years of supervised release;
                                     Assessment $100; AMENDED
                                     JUDGMENT INFO: Imprisonment for
                                     a term of 58 months.
                                     Supervised release for a period
                                     of 3 years.  Assessment of
                                     $100.00.  Restitution in the
                                     amount of $1,757,438.17.
                                     (1s)

Offense Level (opening): 4

Terminated Counts:                        Disposition

18:1962-7480.F RACKETEERING          Dismissed
(1)                                  (1)

18:1956-4700.F MONEY                 Dismissed
LAUNDERING-POSTAL/WIRE/RADIO         (6s)
(6s)

18:1957-3300.F INTERSTATE            Dismissed
COMMERCE                             (7)
(7)

18:1956-4700.F MONEY                 Dismissed
LAUNDERING-POSTAL/WIRE/RADIO         (7s - 12s)
(7s - 12s)

1956-7450.F RACKETTERING,            Dismissed
UOR                                  (8 - 13)
 - 13)

Docket as of August 9, 2004 1:58 pm                    Page 34

ceedings include events between 9/4/03 and 9/4/03.                          BLG
.0cr6309-ALL USA v. Raffa, et al                                   CLOSED APPEAL

```
18:1957-4700.F POSTAL,          Dismissed
INTERSTATE WIRE, RADIO, ETC.    (13s - 15s)
(13s - 15s)

18:1957-7611.F ENGAGING IN      Dismissed
MONETARY TRANSACTIONS           (14 - 16)
(14 - 16)

18:1956-4700.F MONEY            Dismissed
LAUNDERING-POSTAL/WIRE/RADIO    (16s - 21s)
(16s - 21s)

18:1957-4700.F POSTAL,          Dismissed
INTERSTATE WIRE, RADIO, ETC.    (22s - 24s)
(22s - 24s)


Offense Level (disposition): 4



Complaints:

    NONE

========================
```

P ·ceedings include events between 9/4/03 and 9/4/03.                    BLG
( 0cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

CHARLES CLAY (15) , DOB-               Celeste Siblesz Higgins
11/19/49; Prisoner #55529-004;          [term  01/10/01]
Address-1465 N.W. 66th Terrace,         FTS 536-4559
Margate, FL 33063                       305-530-7000
      defendant                         17th Floor
 [term  04/01/02]                       [COR LD NTC pda]
                                        Federal Public Defender's
                                        Office
                                        150 W Flagler Street
                                        Miami, FL 33130-1556
                                        305-530-7000

                                        Timothy Day
                                         [term  11/01/00]
                                        FTS 356-7556
                                        [COR LD NTC pda]
                                        Federal Public Defender's
                                        Office
                                        1 E Broward Boulevard
                                        Suite 1100
                                        Fort Lauderdale, FL 33301
                                        954-356-7436

                                        Richard A. Hamar
                                         [term  04/01/02]
                                        FTS 550-0461
                                        [COR LD NTC ret]
                                        Hamar & Hamar
                                        9454 Wilshire Boulevard
                                        Penthouse Gardens
                                        Beverly Hills, CA 90212
                                        310-550-0460

                                        Jon Allen May
                                         [term  04/01/02]
                                        FTS 767-8343
                                        [COR LD NTC ret]
                                        May & Cohen
                                        110 SE 6th Street
                                        Suite 1970 Autonation Tower
                                        Fort Lauderdale, FL 33301
                                        954-761-7201

Pending Counts:

    NONE

ceedings include events between 9/4/03 and 9/4/03.                    BLG
0cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

Terminated Counts:                    Disposition

18:1955.F ILLEGAL GAMBLING         Dismissed
(2)                                (2)

18:1955.F ILLEGAL GAMBLING         Dismissed
(2s)                               (2s)

18:1955.F ILLEGAL GAMBLING         Dismissed
(2ss)                              (2ss)

18:1511.F INTIMIDATION OF          Dismissed
WITNESS JUROR                      (3)
(3)

18:1511.F INTIMIDATION OF          Dismissed
WITNESS JUROR                      (3s)
(3s)

18:1511.F INTIMIDATION OF          Dismissed
WITNESS JUROR                      (3ss)
(3ss)

ense Level (disposition): 4


Complaints:

    NONE


========================

F   ceedings include events between 9/4/03 and 9/4/03.                                    BLG
(   0cr6309-ALL USA v. Raffa, et al                                          CLOSED APPEAL

Case Assigned to:   Judge Patricia A. Seitz

PEGGY PRESTON (16) , DOB-              Linda Lopez
8/17/64; Prisoner #55527-004;            [term  11/03/00]
Address-2959 N.W. 110th Avenue,        FTS 358-7222
Sunrise, FL 33322                      305-358-7400
      defendant                        Suite 606
 [term  08/16/02]                      [COR LD NTC tmp]
                                       799 Brickell Plaza
                                       Miami, FL 33131-5198

                                       Steven E. Kreisberg (deceased)
                                        [term  03/30/01]
                                       Below Address Terminated on 4/10/02
                                       FTS 442-0464
                                       305-442-4333
                                       Suite 400
                                       [COR LD NTC cja]
                                       3250 Mary Street
                                       Coconut Grove, FL 33133-2007

                                       Charles Garret White
                                        [term  08/16/02]
                                       FTS 914-0166
                                       [COR LD NTC cja]
(                                      Charles G. White
                                       1031 Ives Dairy Road
  |'|                                  Suite 228
                                       Miami, FL 33179-3455
                                       305-914-0160


Pending Counts:                                Disposition

18:371.F CONSPIRACY TO DEFRAUD        Placed on probation for term of
THE UNITED STATES                     4 years; Assessment $100
(1ss)                                 (1ss)


Offense Level (opening): 4


Terminated Counts:                             Disposition

18:1956-4700.F MONEY                  Dismissed
LAUNDERING-POSTAL/WIRE/RADIO          (5s)
(5s)

18:1956-3300.F MONEY                  Dismissed
LAUNDERING - INTERSTATE               (6)
C  'MERCE          (6)

:  1956-3300.F MONEY                  Dismissed
LAUNDERING - INTERSTATE               (17)

F ceedings include events between 9/4/03 and 9/4/03.                    BLG
( 0cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL
(

COMMERCE          (17)

| 18:1956-3300.F MONEY LAUNDERING - INTERSTATE COMMERCE       (18 - 45) | Dismissed (18 - 45) |

18:1956-3300.F MONEY
LAUNDERING - INTERSTATE
COMMERCE        (18 - 45)                 Dismissed
                                          (18 - 45)

18:1956-4700.F MONEY
LAUNDERING-POSTAL/WIRE/RADIO              Dismissed
(25s)                                     (25s)

18:1956-4700.F MONEY
LAUNDERING-POSTAL/WIRE/RADIO              Dismissed
(28s - 52s)                               (28s - 52s)

18:1957-9752.F ENGAGING IN
MONETARY INSTRUMENTS                      Dismissed
(46 - 70)                                 (46 - 70)

18:1957-4700.F POSTAL,
INTERSTATE WIRE, RADIO, ETC.              Dismissed
(53s - 77s)                               (53s - 77s)


Offense Level (disposition): 4
(
 )

Complaints:

    NONE


========================


Docket as of August 9, 2004 1:58 pm              Page 39

```
F·ceedings include events between 9/4/03 and 9/4/03.                    BLG
  0cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL
(
```

Case Assigned to:  Judge Patricia A. Seitz

MARK WEISS (17) , DOB-8/25/62;          Philip Robert Horowitz
Prisoner #55520-004; Address-           [term  07/25/02]
21190 Mainsail Circle, Unit A-          FTS 232-1963
11, Aventura, FL 32180                  [COR LD NTC cja]
     defendant                          Philip R. Horowitz
  [term  07/25/02]                      9130 S Dadeland Boulevard
                                        Suite 1910 Two Datran Center
                                        Miami, FL 33156
                                        305-232-1949


Pending Counts:                              Disposition

18:1956-4700.F MONEY               Probation 60 months; Assessment
LAUNDERING-POSTAL/WIRE/RADIO       $100.00
(14ss)                             (14ss)


Offense Level (opening): 4


Terminated Counts:                           Disposition

18:1962-7480.F RACKETEERING        Dismissed
(1)                                (1)

18:1962-7440.F RACKETEERING -      Dismissed
GAMBLING                           (1s)
(1s)

18:1962-7480.F RACKETEERING        Dismissed
(1ss)                              (1ss)

18:892.F EXTENSIONS OF CREDIT      Dismissed
BY EXTORTION                       (4)
(4)

18:894.F COLLECTION OF CREDIT      Dismissed
BY EXTORTION                       (4s)
(4s)

18:892.F EXTENSIONS OF CREDIT      Dismissed
BY EXTORTION                       (4ss)
(4ss)

18:894.F COLLECTION OF CREDIT      Dismissed
BY EXTORTION                       (5)
(5)

  894.F COLLECTION OF CREDIT       Dismissed
  EXTORTION                        (5ss)
(5ss)
```

F  ceedings include events between 9/4/03 and 9/4/03.                    BLG
(  0cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL
(

| | |
|---|---|
| 18:1957-4700.F POSTAL, INTERSTATE WIRE, RADIO, ETC. (16ss - 45ss) | Dismissed (16ss - 45ss) |
| 18:1956-3300.F MONEY LAUNDERING - INTERSTATE COMMERCE        (17) | Dismissed (17) |
| 18:1956-3300.F MONEY LAUNDERING - INTERSTATE COMMERCE        (18 - 45) | Dismissed (18 - 45) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO (25s) | Dismissed (25s) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO (28s - 52s) | Dismissed (28s - 52s) |
| 18:1957-9752.F ENGAGING IN MONETARY INSTRUMENTS (^5 - 70) ( | Dismissed (46 - 70) |
| 1q 1957-4700.F POSTAL, IN_ERSTATE WIRE, RADIO, ETC. (53s - 77s) | Dismissed (53s - 77s) |

Offense Level (disposition): 4


Complaints:

    NONE


=======================

(

Proceedings include events between 9/4/03 and 9/4/03.                    BLG
0cr6309-ALL USA v. Raffa, et al                                 CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

JACOLYN BARUCH (18) , DOB-          David G. Vinikoor
1/8/48; Prisoner #55526-004;          [term  09/25/02]
Address-5315 Monterey Circle,        FTS 522-7278
Del Ray Beach, FL 33480              [COR LD NTC ret]
      defendant                      420 SE 12th Street
  [term  09/25/02]                   Fort Lauderdale, FL 33316
                                     954-522-2500

                                     Morris M. Goldings
                                       [term  09/25/02]
                                     FTS 457-3125
                                     [COR LD NTC ret]
                                     Mahoney Hawkes & Goldings
                                     75 Park Plaza
                                     4th Floor
                                     Boston, MA 02116
                                     617-457-3100


Pending Counts:                            Disposition

18:1955.F ILLEGAL GAMBLING          Placed on probation for term of
(   )                               5 years; Assessment $100;
                                    Fine $2,000
                                    (2s)


Offense Level (opening): 4


Terminated Counts:                         Disposition

18:1962-7480.F RACKETEERING         Dismissed
(1)                                 (1)

18:1962-7440.F RACKETEERING -       Dismissed
GAMBLING                            (1s)
(1s)

18:1955.F ILLEGAL GAMBLING          Dismissed
(2)                                 (2)

18:1956-4700.F MONEY                Dismissed
LAUNDERING-POSTAL/WIRE/RADIO        (5s)
(5s)

18:1956-3300.F MONEY                Dismissed
LAUNDERING - INTERSTATE             (6)
COMMERCE         (6)


Offense Level (disposition): 4

Docket as of August 9, 2004 1:58 pm                      Page 42

Proceedings include events between 9/4/03 and 9/4/03.                    BLG
  0cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL


Complaints:

   NONE


========================

Case Assigned to:  Judge Patricia A. Seitz

DAVID BELL (19) , DOB-9/6/70;          Jeffrey Mark Harris
Prisoner #27545-004; Address-            [term  08/16/02]
7705 Andes Lane, Parkland, FL          FTS 522-7008
33067                                  954-522-7000
      defendant                        Suite 925
  [term  08/16/02]                     [COR LD NTC ret]
                                       1 E Broward Boulevard
                                       Fort Lauderdale, FL 33301


Pending Counts:                            Disposition
(
18:1962-7480.F RACKETEERING            Imprisoned for term of 30
(1ss)                                  months and 3 years of
                                       supervised   release;
                                       Assessment $100
                                       (1ss)


Offense Level (opening): 4


Terminated Counts:                         Disposition

18:1962-7480.F RACKETEERING            Dismissed
(1)                                    (1)

18:1962-7440.F RACKETEERING -          Dismissed
GAMBLING                               (1s)
(1s)

18:894.F COLLECTION OF CREDIT          Dismissed
BY EXTORTION                           (4s)
(4s)

18:892.F EXTENSIONS OF CREDIT          Dismissed
BY EXTORTION                           (4ss)
(4ss)

18:894.F COLLECTION OF CREDIT          Dismissed
BY EXTORTION                           (5)

Docket as of August 9, 2004 1:58 pm                    Page 43

Proceedings include events between 9/4/03 and 9/4/03.                    BLG
  0cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL
(
(5)

18:894.F COLLECTION OF CREDIT        Dismissed
BY EXTORTION                         (5ss)
(5ss)

18:1956-4700.F MONEY                 Dismissed
LAUNDERING-POSTAL/WIRE/RADIO         (14ss)
(14ss)

18:1956-4700.F MONEY                 Dismissed
LAUNDERING-POSTAL/WIRE/RADIO         (25s)
(25s)

18:1957-4700.F POSTAL,               Dismissed
INTERSTATE WIRE, RADIO, ETC.         (54ss - 55ss)
(54ss - 55ss)

18:1956-4700.F MONEY                 Dismissed
LAUNDERING-POSTAL/WIRE/RADIO         (78s - 85s)
(78s - 85s)

18:1957-4700.F POSTAL,               Dismissed
INTERSTATE WIRE, RADIO, ETC.         (86s - 93s)
( 3 - 93s)

Offense Level (disposition): 4


Complaints:

    NONE


=========================

Proceedings include events between 9/4/03 and 9/4/03.                    BLG
  0cr6309-ALL USA v. Raffa, et al                             CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

JOSEPH RUSSO (20) , DOB:          Jayne Claire Weintraub
5/29/46; Prisoner #62395-004;       [term  06/18/02]
English; Address - 2451           FTS 358-5917
Brickell Avenue, Apt. 8-M,        305-374-1818
Miami, FL 33129                   Suite 3320
aka                               [COR LD NTC tmp]
Jr.                               Bank of America Tower
     defendant                    100 SE 2nd Street
  [term  06/18/02]                Miami, FL 33131-2158

                                  Steven Michael Potolsky
                                    [term  06/18/02]
                                  FTS 358-5917
                                  [COR LD NTC ret]
                                  Steven M. Potolsky
                                  100 SE 2nd Street
                                  Suite 3550
                                  Miami, FL 33131
                                  305-530-8090

                                  Benson B. Weintraub
                                    [term  06/18/02]
                                  FTS 713-8019
                                  [COR LD NTC ret]
                                  Benson B. Weintraub
                                  1 E Broward Boulevard
                                  Suite 700
                                  Fort Lauderdale, FL 33301
                                  954-713-8018


Pending Counts:                   Disposition

18:1962-7480.F RACKETEERING       Imprisoned for term of 46
(1)                               months and 3 years of
                                  supervised   release;
                                  Assessment $100; Fine $
                                  Restitution $130,000.00    (1)


Offense Level (opening): 4


Terminated Counts:                Disposition

18:892.F EXTENSIONS OF CREDIT     Dismissed
BY EXTORTION                      (4)
(4)

  894.F COLLECTION OF CREDIT      Dismissed
  EXTORTION                       (5)
(5)

Docket as of August 9, 2004 1:58 pm              Page 45

Proceedings include events between 9/4/03 and 9/4/03.                                    BLG
    0cr6309-ALL USA v. Raffa, et al                                          CLOSED APPEAL

18:1956-4700.F MONEY              Dismissed
LAUNDERING-POSTAL/WIRE/RADIO      (14)
(14)

18:1957-4700.F POSTAL,            Dismissed
INTERSTATE WIRE, RADIO, ETC.      (50 - 53)
(50 - 53)


Offense Level (disposition): 4



Complaints:

    NONE


========================

Case Assigned to:  Judge Patricia A. Seitz

( N O'SULLIVAN (21) , DOB:        Kenneth Mitchell Swartz
8/9/62; Prisoner #55894-004         [term  06/17/02]
aka,                              FTS 371-4380
Johnnie O                         [COR LD NTC ret]
    defendant                     Kenneth M. Swartz
    [term  06/17/02]              100 N Biscayne Boulevard
                                  21st Floor New World Tower
                                  Miami, FL 33132
                                  305-579-9090

                                  John O'Sullivan
                                  PPP
                                  n
                                  11260 NW 52nd Street
                                  Coral Springs, FL 33076


Pending Counts:                           Disposition

18:1962-7480.F RACKETEERING       Imprisoned for term of 11
(1)                               months and 3 years of
                                  supervised   release;
                                  Assessment $100; Fine $1,000
                                  (1)


Offense Level (opening): 4

Proceedings include events between 9/4/03 and 9/4/03.                    BLG
 00cr6309-ALL USA v. Raffa, et al                            CLOSED APPEAL

Terminated Counts:                        Disposition

18:892.F EXTENSIONS OF CREDIT       Dismissed
BY EXTORTION                        (4)
(4)

18:894.F COLLECTION OF CREDIT       Dismissed
BY EXTORTION                        (5)
(5)


Offense Level (disposition): 4



Complaints:

     NONE


=========================

(  e Assigned to:  Judge Patricia A. Seitz

DOREEN RUSSO (22) , DOB:          Howard Milton Srebnick
8/8/47; Prisoner #62396-004;       [term  07/31/02]
11255 SW 93 Court, Miami, FL      FTS 358-2006
33176; New Address - 2451         [COR LD NTC ret]
Brickell Avenue, Apt. 8-M,        Black Srebnick Kornspan &
Miami, FL 33129                   Stumpf
     defendant                    201 S Biscayne Boulevard
  [term  07/31/02]                Suite 1300
                                  Miami, FL 33131
                                  305-371-6421

                                  Jayne Claire Weintraub
                                   [term  07/31/02]
                                  FTS 358-5917
                                  305-374-1818
                                  Suite 3320
                                  [COR LD NTC tmp]
                                  Bank of America Tower
                                  100 SE 2nd Street
                                  Miami, FL 33131-2158

Proceedings include events between 9/4/03 and 9/4/03.                    BLG
  0cr6309-ALL USA v. Raffa, et al                      CLOSED APPEAL

Pending Counts:                          Disposition

18:3.F ACCESSORY AFTER THE       Placed on probation for term of
FACT                             3 years; Assessment $100;
(1s)                             Fine $10,000; Restitution $130,
                                 000
                                 (1s)


Offense Level (opening): 4


Terminated Counts:                       Disposition

18:1956-4700.F MONEY             Dismissed
LAUNDERING-POSTAL/WIRE/RADIO     (14)
(14)

18:1957-4700.F POSTAL,           Dismissed
INTERSTATE WIRE, RADIO, ETC.     (50 - 53)
(50 - 53)


Offense Level (disposition): 4


Complaints:

  NONE


U. S. Attorneys:

  Diana L.W. Fernandez
  FTS 356-7230
  954-356-7392X3589
  [COR LD NTC]
  William H. Beckerleg, Jr., AUSA
  FTS 356-7180
  954-356-7314X3614
  [COR LD NTC]
  J. Brian McCormick
  FTS 356-7230
  [COR LD NTC]
  J. Brian McCormick
  (See above)
  [COR LD NTC]
  Michael J. Dittoe
  TS 356-7230
  54-356-7255
  [COR LD NTC]

Docket as of August 9, 2004 1:58 pm                    Page 48

Proceedings include events between 9/4/03 and 9/4/03.                BLG
    0cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

Lawrence D. LaVecchio
FTS 356-7230
954-356-7255
[COR LD NTC]
United States Attorney's Office
500 E Broward Boulevard
7th Floor
Fort Lauderdale, FL 33301-3002
954-356-7255

PTS Officer
954-769-5600
[COR LD NTC]
Pretrial Services Office
101 NE 3rd Avenue
Suite 200
Fort Lauderdale, FL 33301
954-769-5600

Probation Officer
FTS 769-5566
954-769-5500
[COR LD NTC]
United States Probation Office
299 E Broward Boulevard
Room 409
Fort Lauderdale, FL 33301-1865
954-769-5500

Proceedings include events between 9/4/03 and 9/4/03.                                    BLG
  0cr6309-ALL USA v. Raffa, et al                                    CLOSED APPEAL

---

9/4/03    1446    TRANSCRIPT EXCERPT filed as to Joseph Silvestri of Trial
                  Proceedings held 6/5/02 before Judge William P.
                  Dimitrouleas Volume #: 1 Pages: 1-115 re: [1409-1] appeals.
                  (gf) [Entry date 09/04/03] *Vol. 1 of 2nd Supp*

---

9/4/03    1447    TRANSCRIPT filed as to Joseph Silvestri of Trial
                  Proceedings held 6/6/02 before Judge William P.
                  Dimitrouleas Volume #: 2 Pages: 1-24 re: [1409-1] appeal.
                  (gf) [Entry date 09/04/03]

9/4/03    1448    Transcript Information Form as to Joseph Silvestri for
                  Transcript of: Trial Proceedings held 6/5/02 and 6/6/
                  filed re: [1409-1] appeal  by Joseph Silvestri (gf)
                  [Entry date 09/04/03]

9/4/03    1449    AMENDED ORDER OF FORFEITURE as to David Morgenstern (
                  by Judge William P. Dimitrouleas on 9/4/03) [EOD Date
                  9/5/03] (ss) [Entry date 09/05/03]

9/4/03    1450    TRANSCRIPT filed as to Joseph Silvestri of Trial
                  Proceedings held 6/11/02 before Judge William P.
                  Dimitrouleas Volume #: 1 Pages: 1-16 re: [1409-1] app
                  (gf) [Entry date 09/05/03]