# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 11, 2005

FILED by _____ D.C.
APPEALS
AUG 17 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

Clarence Maddox
Clerk, U.S. District Court
301 N MIAMI AVE STE 150
MIAMI FL 33128-7788

**Appeal Number: 03-12820-AA**
Case Style: USA v. Joseph Silvestri
District Court Number: 00-06309 CR-PAS

---

The following record materials in the referenced case are returned herewith:

Record on Appeal VOL(S) 20

Exhibits - 1 folder
1 PSI

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

✓ (3) Vols Pleading
✓ (7) Vols of Transcript
✓ (1) Accordion Folder
✓ (1) Envelope of Exhibits

REC-3 (03-2004)