# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

December 12, 2005

Clarence Maddox
Clerk, U.S. District Court
301 N MIAMI AVE STE 150
MIAMI  FL  33128-7788

**Appeal Number: 03-12820-AA**
Case Style: USA v. Joseph Silvestri
District Court Number:  00-06309 CR-PAS

FILED by _____ D.C.
APPEALS
JAN 0 [date]

The Supreme Court has denied certiorari.  The court's mandate having previously issued, no further action will be taken by this court.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Lois Tunstall (404) 335-6173

c: District Court Judge

MDT-4 (12-2005)