UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA

v.

JOSEPH SILVESTRI,

    Defendant.
_____/

**GOVERNMENT'S MOTION, PURSUANT TO RULE 35(b),
FEDERAL RULES OF CRIMINAL PROCEDURE, TO REDUCE
THE PREVIOUSLY IMPOSED SENTENCE OF INCARCERATION**

    The United States of America, by the undersigned Assistant United States Attorney, hereby files this motion, pursuant to Rule 35(b), Federal Rules of Criminal Procedure, to reduce the previously imposed sentence of incarceration of defendant Joseph Silvestri. In support thereof, the government states the following:

    1.    On May 21, 2003, the defendant was sentenced to a period of incarceration of 122 months.

    2.    The defendant has provided cooperation that the government wishes the Court consider in support of a reduction of sentence.

    3.    The government requests that the Court set a hearing as soon as practicable to enable the government to inform the Court of the substantial assistance rendered by the defendant that is the basis of the government's motion for a reduction of the defendant's

sentence pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.

WHEREFORE, based upon the foregoing, the government respectfully files this motion for reduction of sentence.

                                      Respectfully submitted,

                                      R. ALEXANDER ACOSTA
                                      UNITED STATES ATTORNEY

                        BY:   /s/ J. Brian McCormick
                              J. BRIAN McCORMICK
                              ASSISTANT UNITED STATES ATTORNEY
                              Court I.D. #A5500084
                              500 East Broward Blvd., Suite 700
                              Fort Lauderdale, FL 33394
                              Telephone: (954) 356-7392
                              Fax: (954) 356-7230
                              E-Mail: Brian.McCormick@USDOJ.GOV

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 3, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ J. Brian McCormick
J. BRIAN McCORMICK
ASSISTANT UNITED STATES ATTORNEY