UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JOSEPH SILVESTRI,

    Defendant.
_____/

**NOTICE OF APPEARANCE OF COUNSEL**
**FOR DEFENDANT JOSEPH SILVESTRI**

Pursuant to Local Rule 11.1D, undersigned counsel, Jennifer Prior Brown, hereby files this unconditional Notice of Appearance on behalf of defendant Joseph Silvestri.

Dated: December 4, 2007.

    Respectfully submitted,

    JENNIFER PRIOR BROWN
    Florida Bar No. 793337
    Email: jenprior@hotmail.com
    7400 Georgia Avenue, Suite C
    West Palm Beach, FL  33405
    Telephone: 561-707-3044
    Facsimile: 561-383-2351 (fax)
    Attorney for Defendant Joseph Silvestri

    By: ___s/ Jennifer Prior Brown_____

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served by mail this day to:

>J. Brian McCormick, Esq.
>Assistant United States Attorney
>500 East Broward Blvd., Suite 700
>Fort Lauderdale, FL  33394

>__s/Jennifer Prior Brown_____
>JENNIFER PRIOR BROWN