UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  00-6309-CR-SEITZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JOSEPH SILVESTRI,

    Defendant.
_____/

## NOTICE OF STRIKING DOCKET ENTRY 1638

Undersigned counsel, Jennifer Prior Brown, hereby gives notice that Docket Entry 1638 should be stricken as it was entered on the docket of co-defendant Joseph Spilateri, the only non-terminated party.  Once a CM/ECF docket technician modified the system so that a Notice could be entered on the docket of Joseph Silvestri, counsel filed her Notice of Appearance in docket entry 1639.

Dated:  December 5, 2007.

    Respectfully submitted,

  s/Jennifer Prior Brown____
JENNIFER PRIOR BROWN
Florida Bar No. 793337
Email:  jenprior@hotmail.com
7400 Georgia Avenue, Suite C
West Palm Beach, FL  33405
Telephone:  561-707-3044
Facsimile:   561-383-2351 (fax)
Attorney for Defendant Joseph Silvestri

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served by mail this day to:

> J. Brian McCormick, Esq.
> Assistant United States Attorney
> 500 East Broward Blvd., Suite 700
> Fort Lauderdale, FL  33394

    __s/Jennifer Prior Brown_____
    JENNIFER PRIOR BROWN