UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  00-6309-CR-SEITZ

UNITED STATES OF AMERICA

       Plaintiff,

vs.

JOSEPH SILVESTRI,

       Defendant.
_____/

## NOTICE OF CHANGE OF ADDRESS

Pursuant to Administrative Order 2005-38 and the CM/ECF Administrative Procedures adopted October 15, 2007, undersigned counsel, Jennifer Prior Brown, hereby gives notice that her address has been changed to:

    Jennifer Prior Brown, Esq.
    7400 Georgia Avenue, Suite C
    West Palm Beach, FL  33405
    Telephone:  561-707-3044
    Facsimile:  561-383-2351
    Email:  jenprior@hotmail.com

Dated:  December 5, 2007.

                                               Respectfully submitted,

                                                 s/Jennifer Prior Brown____
                                               JENNIFER PRIOR BROWN
                                               Florida Bar No. 793337
                                               Email:  jenprior@hotmail.com
                                               7400 Georgia Avenue, Suite C
                                               West Palm Beach, FL  33405
                                               Telephone:  561-707-3044
                                               Facsimile:   561-383-2351 (fax)
                                               Attorney for Defendant Joseph Silvestri

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served by mail this day to:

>J. Brian McCormick, Esq.
>Assistant United States Attorney
>500 East Broward Blvd., Suite 700
>Fort Lauderdale, FL  33394

>__s/Jennifer Prior Brown_____
>JENNIFER PRIOR BROWN