UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOSEPH SILVESTRI,
_____/

## ORDER SETTING HEARING ON RULE 35 MOTION

This matter came before the Court on the Government's Motion to Reduce Sentence [DE

1637]. Therefore, it is

ORDERED that this matter is set for hearing before the undersigned on **December 14, 2007**

**at 9:00 a.m.**

DONE AND ORDERED in Miami, Florida this ___7___ day of December, 2007.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record