UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  00-6309-CR-SEITZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JOSEPH SILVESTRI,

    Defendant.
_____/

## NOTICE OF FILING LETTER FROM DEFENDANT

On behalf of defendant Joseph Silvestri, undersigned counsel hereby files a letter dated December 6, 2007, from defendant Joseph Silvestri to Judge Seitz for consideration in connection with the Government's Rule 35(b) motion to reduce sentence (DE 1637), filed December 3, 2007.   The attachments to this notice include a copy of defendant's original, handwritten letter and, for the Court's convenience, a typed version of the same.

Dated:  December 10, 2007.

                                        Respectfully submitted,

                                          s/Jennifer Prior Brown____
                                        JENNIFER PRIOR BROWN
                                        Florida Bar No. 793337
                                        Email:  jenprior@hotmail.com
                                        7400 Georgia Avenue, Suite C
                                        West Palm Beach, FL  33405
                                        Telephone:  561-707-3044
                                        Facsimile:   561-383-2351 (fax)
                                        Attorney for Defendant Joseph Silvestri

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served by mail this day to:

>J. Brian McCormick, Esq.
>Assistant United States Attorney
>500 East Broward Blvd., Suite 700
>Fort Lauderdale, FL  33394

>__s/Jennifer Prior Brown_____
>JENNIFER PRIOR BROWN