Dear Judge Seitz

IT will be very hard to write all of the thoughts, I'd wanted to discuss in your presance.

My crime is terrible and stupid and effected over 1200 people and caused them to loose a large per-centage of their life savings. When the impact of that finally sunk into my head, I could hardly think of anything, but that awful fact. When my wife attempted to take her own life, I realized that I'd included all of my loved ones into my crimenal behavier. I was in such terrible shape (Mentily) that Sister Emiley and Dr. Waters (Pshy) took me under their care and allowed me to talk out my problems. Sister Emiley suggested, that I should enter into the "book of "prayers" "Pray for all of the People effected by my crime". I did that at each Mass I attended and it started to get my health back. At that point I knew that, "God had returned," !!

My wife visted twice and Sister Emiley met with her both times, and we benefitted from those occasions. Rochester was just too far (1800 miles), and

My wifes failing health prevented her from any further visits. I tried to get transfered to the Miami camp, but was denied that oppertunity, as I am considered a care level three (too old and too apt to relapse)."

My lawyer "Jennifer Brown", and Brian McCormick, got me the opportunity to help the Goverment, and this chance to have you reconsider my sentence. I can not, thank them enough for that God-send. Most of all — after 34 long Months I saw my wife again (many times), and most of my family. Even a young great-grand-daugter - who - "I'm five, but I'll be six" and then "You're old, maybe you should dye your hair." On her way back to the car after our visit, she told her mother - "I miss him already." This is what I've lost in my life!! And pray, that you see fit to allow us (wife & I), to enjoy our old age as much as we're given time on earth.

I'm embarrested to return to my family and explain, "what I was thinking about, when I got myself into this position." Please help me to get back with

my wife (55 years) and help her through her medical problems by giving her companyonship. She has already owtlived her mother by 7 years, who suffered from the same cardio problems.

Again, I want to apologize for tying up courtrooms, acting the fool, and not pleading guilty, and putting a strain on the judicial system. I continually worsoned my-self in the eyes of the authorties.

Finally I plead for your mercy! Please help me - get back with my wife befor one of us dies. I know that I'm asking you to save me, from my own doings!!

Just know that I do and will pray, to be forgiven by the victums untill the last of my days.

GOD Bless,

Joseph R. Silvesti

Dec. 6 - 07

Dear Judge Seitz,

It will be very hard to write all of the thoughts, I'd want to discuss in your presance.

My crime is terrible and stupid and effected over 1200 people and caused them to loose a large per-centage of their life savings. When the impact of that finally sunk into my head, I could hardly think of anything, but that awful fact. When my wife attempted to take her own life, I realized that I'd included all of my loved ones into my criminal behavior. I was in such terrible shape mentally, that Sister Emiley and Dr. Waters (pshy) took me under their care and allowed me to talk out my problems. Sister Emiley suggested that I should enter in to "book of prayers" "pray for all of the people affected by my crime". I did that at each mass I attended and it started to get my health back. At that point I knew that, "God had returned"!!

My wife visited twice and Sister Emiley met with her both times, and we benefitted from those occasions. Rochester was just too far (1800 miles), and my wife's failing health prevented her from any further visits. I tried to get transferred to the Miami Camp but was denied that opportunity, as I am considered a care level three (too old and too apt to relapse)!

My lawyer, "Jennifer Brown", and Brian McCormick, got me the opportunity to help the Government and this chance to have you reconsider my sentence. I can not thank them enough for that God-send. Most of all-after 34 long months I saw my wife again (many times) and most of my family. Even a young great-granddaughter who "I'm five but I'll be six" and then "you're old, maybe you should dye your hair". On her way back to the car after our visit she told her mother, "I miss him already". This is what I've lost in my life!! And pray that you see fit to allow us (wife & I), to enjoy our old age as much as we're given time on earth.

I'm embarrassed to return to my family and explain, "What I was thinking about, when I got myself into this position".

Please help me to get back with my wife (55 years) and help her through her medical problems by giving her compainyonship. She has already outlived her mother by 7years, who suffered from the same cardio problems.

Again, I want to apologize for tying up court rooms, acting the fool and not pleading guilty, and putting a strain on the judicial system. I continually worsened myself in the eyes of the authorities.

Finally, I plead for your mercy! Please help me - get back with my wife befor one of us dies. I know that I'm asking you to save me, from my own doings!!!

Just know that I do and will pray to be forgiven by the victims until the last of my days.

GOD Bless,

s/Joseph R. Silvestri

Dec. 6 - 07