UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JOSEPH SILVESTRI,

    Defendant.
_____/

## NOTICE OF FILING LETTERS ON BEHALF OF DEFENDANT JOSEPH SILVESTRI

On behalf of defendant Joseph Silvestri, undersigned counsel hereby files nineteen letters from family and friends of defendant Joseph Silvestri to Judge Seitz for consideration in connection with the Government's Rule 35(b) motion to reduce sentence (DE 1637), filed December 3, 2007. The attachments to this notice include letters from the following persons:

- Dolores "Dee" Silvestri, wife of defendant
- Richard C. Silvestri, brother of defendant
- Sharon L. Materio, daughter of defendant
- Philip M. Materio, son-in-law of defendant
- Jenny Materio, granddaughter of defendant
- Taylor Materio, granddaughter of defendant
- P. J. M., teenage grandson of defendant
- Joseph R. Silvestri, Jr., son of defendant

- Jeanette Silvestri, daughter-in-law of defendant

- J. S., teenage granddaughter of defendant

- Suzanne M. Giovinazzo, daughter of defendant

- Gregory Giovinazzo, son-in-law of defendant

- James E. Wilson, Jr., grandson of defendant

- Shanon Wilson, granddaughter of defendant

- Kristin D. Gomes, granddaughter of defendant

- Sandra L. Shapiro, daughter of defendant

- Brian Shapiro, son-in-law of defendant

- Nina Pantozzi, family friend

- Roger Wuestefeld, family friend

To expedite the delivery of the letters, each letter was E-mailed to undersigned counsel for inclusion herein.

Dated: December 10, 2007.

                    Respectfully submitted,

                    s/Jennifer Prior Brown
                    JENNIFER PRIOR BROWN
                    Florida Bar No. 793337
                    Email: jenprior@hotmail.com
                    7400 Georgia Avenue, Suite C
                    West Palm Beach, FL 33405
                    Telephone: 561-707-3044
                    Facsimile: 561-383-2351 (fax)
                    Attorney for Defendant Joseph Silvestri

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served by mail this day to:

>J. Brian McCormick, Esq.
>Assistant United States Attorney
>500 East Broward Blvd., Suite 700
>Fort Lauderdale, FL  33394

    s/Jennifer Prior Brown
    JENNIFER PRIOR BROWN