Letter from

**Dolores "Dee" Silvestri**

Wife of Joseph R. Silvestri

December 3, 2007

US District Court
Southern District of Florida
301 North Miami Avenue
Miami, FL 33128

The Honorable Judge Seitz,

When will I ever wake up from this night-mare. Not sure whether I'm really in this world at times. I would love to have the other half of my heart back. It has been ripped for so long, I wonder if it could ever be repaired. I only wish I could spend however much time I may have with my friend, father of our children, and the love of my life, My Husband Joseph Silvestri.

I can't bear to miss another day, never mind Christmas or any other holiday without my husband. I'm so lonely and lost. I can't image how my husband must feel. I'm very surprised to see that we are both alive after the pain, night-mare, and surgeries we have been through in the past 6 years. I wonder sometimes, why wake up, why eat, why do anything? Because of my children, grandchildren, great grandchildren, and especially my husband I can not give up hope?  My grandchildren consistently ask me "When is Pop Pop coming home"?

Dinnertime was always so special, he loves my cooking, and it always kept our family close, what I do best? We even cooked together. I haven't cooked much in the past 6 years. I pray that I will have the opportunity to cook for my honey soon.  A simple good-night kiss and hug will be a dream come true. Thank you from the bottom of my heart for taking the time to read this letter.

Sincerely,

*Dolores Silvestri*

Dolores Silvestri

Letter from

**Richard C. Silvestri**

Brother of Joseph R. Silvestri

December 4, 2007

Richard C. Silvestri
10680 South Ocean Drive
Apartment 205
Jensen Beach, FL 34957

The Honorable Judge Seitz
U.S. District Court
Southern District of Florida
301 North Miami Avenue
Miami, Florida 33128

Dear Judge Seitz:

This is written on behalf of my brother, Joseph Ramon Silvestri. Joseph is the oldest of us siblings, followed by Michael, Louis, myself, James, Terry, Shirley, Marge, Gina, Patrick and Mary Ann. In 1949 our mother was confined to the state mental hospital in Chattahoochee, Florida and for the next year we lived in squalid conditions in Miami, Florida. Joseph, although just a teenager himself, did the best he could to earn money so that we could eat and have shelter. In so doing he never finished high school and was denied the opportunity to compete for a college football scholarship, although he was a very promising player.

James and I lived from 1958 until 1963 in Joe's home in New Jersey and in so doing had the opportunity to become the first high school graduates in the family. Prior life at home was rough with our father, and for much of that time we lived on welfare. Michael and Louis also lived at Joe's home prior to the arrival of James and me. Several siblings and I have gone on to become college graduates, Mary Ann retired from Pompano Beach, Florida, Police as a detective, Michael retired after 40 years service for the federal government including 20 years in the USAF where he achieved the rank of Senior Master Sergeant, and Louis and I received full-service retirements from area fire departments. I retired after retaining the rank of Division Chief. I mention the above only to indicate to the sacrifices my brother made to ensure his younger siblings did not have and that his family is respectable and looks forward to having him at home again. Also, his term served in Minnesota was exceptionally harsh punishment in that it denied him visitation by family members close to him.

During the time he was incarcerated at Rochester, Minnesota I was able to visit him only three times. The only reason I was able to do so was because I was paddling my kayak along the Lewis and Clark Trail over a period of two years from August 2003 until September 2005. When I finished paddling in 2003 I was in St. Louis, but had to return my son's RV that I had been using to Meridian, Idaho. I detoured slightly on the way to Idaho to see my brother. The following year I finished near Bismarck, North Dakota, and took a Greyhound bus from there to St. Louis, and Sioux Falls, South Dakota, was on the route. I was driven by a business acquaintance from Sioux Falls to Rochester, a drive of

1

about three hours, and after my visit I continued to St. Louis by bus. In the final leg of kayak journey I drove from my home in Jensen Beach, Florida to Bismarck, and the route went practically right through Rochester, and I made my final Rochester visit with Joseph. As you can read, my avocation travels notwithstanding, seeing my brother took some effort. Had I not been doing my kayak journey I would not have seen my brother from his incarceration in Miami in 2002 until most recently at the Palm Beach County Jail. None of the other siblings made the trip at all because of the remoteness of the Rochester facility.

In 2003 I turned 60 and my wife gave a large party for me. All of our extended family was there except Joe and his absence was sorely missed by me. I live with my wife, Nancy, on the ocean at Jensen Beach, and I would look forward to seeing my brother visit with me so that we can do some fishing together again. I am also doing some general contracting and could use some managerial help with that, and Joseph is quite capable in that arena.

I hope this information gives you some insight into Joseph's background, magnanimity and loyalty. He has family nearby willing to help him now that he is in need.


Sincerely Yours,
Richard C. Silvestri.

Letter from

**Sharon L. Materio**

Daughter of Joseph R. Silvestri

Windows Live Hotmail Print Message                                    http://byl28w.bayl28.mail.live.com/mail/PrintShell.aspx?type=me...

Windows Live™

🖨 Print                                                                                    Close window

**The Honorable Judge Seitz.doc**
From: **Shanon Materio** (shanon@mcmow.com)
Sent: Wed 12/05/07 11:36 AM
To: Jennifer Prior Brown (jenprior@hotmail.com)

December 4, 2007

The Honorable Judge Seitz

U.S. District Court, Southern District of Florida

301 North Miami Ave.

Miami, Florida 33128

Dear Honorable Judge Seitz,

My name is Sharon Materio, I am writing to your on behalf on my father, Joseph Silvestri, my mother and my entire family. On May 21st 2003, you sentenced my father to ten years in federal prison in Case No. 00-6309-CR-SEITZ. My father had been convicted (before Judge Dimitrouleas) almost a year earlier but his deteriorating health delayed his sentencing.

At sentencing it was agreed that he would benefit from a medical evaluation and he was sent to Rochester, Minn. It was decided he would be moved closer to his family once he was stable enough, but never happened. Your Honor incorporated prosecutor, U.S. attorney Diana Fernandez's recommendation into the judgment by stating:

**"The court is going to follow Miss Fernandez's recommendation and not require the cardiac rehab, although based upon the testimony it appeared to me that that was something that Mr. Silvestri would benefit from. But, he also does not have to accept that. And if he wants to be closer to his family, then he can elect to do that and I will use the language that Miss Fernandez indicated, so that gives you all the option"** Id. at page 128, lines 8-14

My father is a bigger than life character playing an important role in the lives of his 5 children, many grandchildren his own siblings and any extended family. My child hood was wonderful, it was filled with camping trips, fishing trips, competitive sports and although he himself only went to the 8th grade, lots of scholastic support. He loved to help us make relief maps and do homework, especially math, science and history. Most of our family trips revolved around historical sites and family. We always traveled in large

groups because we were all encouraged to bring friends where ever we went. Most of the time we camped so my childhood was surrounded by lots or people that loved us but none like my father and mother. Both my parents grew up very poor and did farming jobs as children. Although it was very hard work, my father believed that growing food was an important part of learning to be self sufficient, so we had a very large garden and we all learned to cook and we cooked together at large family gatherings.

As an adult, my parents lived less than 5 minutes from me, my husband and our three children. We saw each other daily and my parents helped raise my son, who is 8 & 10 years younger than his sisters. My father taught my children many of the same things he taught me but had a profound relationship with my son, Philip. I tried to keep the connection between them while he was in Rochester but in the years he was there I was only able to afford 5 visits. Twice I brought my mother, once my daughters, once my son, and once my husband. Although I value the medical treatment he received while there and am thankful for the time we did see him, the financial burden of visiting him in addition to caring for my mother was too great to afford more than these 5 visits. Our visits lasted an average of three days and cost thousands of dollars each trip. None of this has been easy, even leaving him was an emotional burden, I often wondered if he would die there alone.

My father made a very big mistake and he has paid a very big price. The trial, waiting period and the eventual sentencing a year later was difficult time for us. We struggled to function as a family. My mother was in serious trouble emotionally. She had never been without my father. My father became a voice on the phone. When I did take her to Rochester she would return deeply depressed. At one point, my mother made a near successful suicide attempt. It occurs to me now that we were actually grieving for life as it had once been but without regular contact with my father, we struggled to know what that would be.

He is aware of the pain and suffering his choices have caused his own family as well as the victims of the serious crime he participated in. The fact that so many people have been negatively affected by his poor judgment has placed a burden of guilt and remorse that he will carry with him until his death. I pray you can see the value of the punishment he has endured and allow him to come back to us now. We will be supportive in all aspects and help to keep him on an honest path. Devout Catholics, we will continue to pray for God's forgiveness.

Respectfully,

Sharon L. Materio

Daughter #3

12/7/2007 10:33 AM

Letter from

**Philip M. Materio**

Son-in-Law of Joseph R. Silvestri
Husband of Sharon Materio

The Honorable Judge Seitz                                           December 5' 2007

U.S. District Court, Southern District of Florida

301 North Miami Ave.

Miami, Florida 33128

My life with Joseph Silvestri began nearly 30 years ago. On December 18' 1977, I met and fell in love with his daughter Sharon. I had never met Joe. Sharon and I married very quickly within a few weeks of meeting and we did not have a wedding as such. Just a few good friends were in attendance but the love bond lasts still this day.

Our honeymoon was a visit to our families. It was my first opportunity to meet my father in law. We knew nothing about one another and the anticipation as you can expect was unbelievable. I was a young man a just out of college and had very little money and a temporary job. Certainly not the kind of person a father with tremendous expectations of the only child in his family to attend college would want to marry his daughter. But not only is love blind but it also knows no barriers and I thank God for that.

The moment I met Joe, I was a part of the family. It was something I did not expect, there was no having to prove myself, the simple fact that Sharon believed in me and I in her seemed to be good enough for Joe. He asked me to take care of her and keep her happy which I promised to do.

Sharon and I came back to Florida and started the business we still run to this day. We were determined to make it on our own and we both feel that we have succeeded in our business and raising our family (3 children) in part because of the attributes we were raised with. These attributes do not come easily for some people. They are learned when young and thanks to Joe and Dee Silvestri, these values were instilled in Sharon.

My relationship with Joe took a turn when Joe and Dee moved to Florida, 5 minutes from our home. This helped me know the man as a father I was missing for 15 years. He was always there to help and never asking anything in return. My children became a big part of his life. When my son P.J. (Philip Joseph) was born a new chapter of Joe's began. He taught P.J. all the things a little boy needs to know from a grandfather point of view, from fishing, swimming, and outdoorsman ship and a love of life and history. Together they nurtured every living thing that appeared in the

Windows Live Hotmail

backyard.

The events that have transpired these past few years, from the trial to now have exposed emotions and feelings that are foreign to me and very, very difficult for me. I have known Joe to be one of the most caring, gentle, firm, trust worthy, honest and sincere persons. He is an upfront guy. If he doesn't agree with you he tells you. He trusts everyone, and if he believes in you will stand by you. He has talked to me at great length about his remorse for this crime and what it has done to the family and the people who lost their savings. This has been hard for all of us the handle but we will work together to support each other at the difficult times.

I am not in the habit of appealing to people for help. Sharon and I have always tried to work things out the best we can on our own, not wanting to impose on others. But we are out of our league here and are relying on the wisdom and virtue of others.

Your Honor, please take a look at the man who Joseph Silvestri is and judge him on the whole, not just the bad but please consider the value of his life with the family. Take into consideration his age, 76 he is in the twilight of his life. I believe that as the sun sets on Joe's life that he has learned from his mistakes, from the good and the bad choices he has made. Ultimately if he gets the chance to prove himself we all get a second chance to share what is left of his life. We need the opportunity to look back and see what has been learned from this, it has been a valuable lesson for all. Thank you for taking my thoughts into consideration for this important decision.

Philip M. Materio

Letter from

**Jenny Materio**

Granddaughter of Joseph R. Silvestri
Daughter of Sharon and Philip Materio

The Honorable Judge Seitz
U.S. District Court, Southern District of Florida
301 North Miami Ave.
Miami Florida
33128

Honorable Judge Seitz:

The last time I saw my grandfather, Joseph Silvestri as a man was 6 years ago. Since June of 2002 he has been a prisoner. I am writing to you today in the hopes that you might see him as the man my family and I know is still inside him.

From the time I was ten till the day my grandfather was taken away, my grandparents lived five minutes from my home. They were both an integral part of every birthday, every special occasion, every aspect of who I am today. My grandfather was the person who taught me to fish off the Florida beaches and to respect the beauty of the ocean. He was the man who encouraged me to play soccer and who showed me my strength.

However, the man who was always there has missed some of the most important parts of my life. He missed my high school graduation and my acceptance into the University of Florida. He could not watch as I walked across a stage to receive a Master's degree and he was not present to celebrate with me when I found out that I got my first job. His absence is felt at every holiday and every family gathering. Every time I have a personal success, I wish he was there to be proud of me.

I have only seen my grandfather twice over the past 6 years. The trip to Minnesota is lengthy and expensive and my telephone conversations with him usually occur only around holidays. With five children, 13 grandchildren, and 6 great grandchildren the telephone minutes tend to be spread pretty thin.

As a legislative assistant in the Washington office of Congressman Tim Mahoney I read letters like the one I am writing now often. I know that there are many families all over America who are missing a loved one who has made a mistake. Each time I read a letter from a family I can't help but understand the pain they are experiencing and the sense of loss they feel. However, I do not have the ability to help their situations or to give them any comfort. I am hoping that this court may be able to ease some of our pain and help my family begin to heal.

I am hoping my grandfather can be there to live his last years with his wife of 50 years and watch all of his grandchildren grow. I hope that he will be able to see my next big milestone. Most of all, I hope that he can spend Christmas with his family and begin the process of mending the wounds he has caused his family and society. Nothing would

mean more to my family or I then to have him home for the holidays. He is the rock of our family and none of us are whole without him.

*Jenny Materio*

Letter from

**Taylor Materio**

Granddaughter of Joseph R. Silvestri
Daughter of Sharon and Philip Materio

December 3, 2007
The Honorable Judge Seitz
U.S. District Court, Southern District of Florida
301 North Miami Ave.
Miami, Florida 33128

Dear Honorable Patricia Seitz,

  My name is Taylor Materio and I am the twenty-two year old granddaughter of Joseph Silvestri. My grandfather was sent to prison a little over six years ago and my life completely changed. I don't think that people could possibly imagine the agony of a situation such as this. Not only is my grandfather being punished but so is his entire family. Even more trying is the location of his incarceration Rochester, Minnesota. Almost my entire family including my grandmother, his wife of over 50 years, lives in South Florida. I have been able to visit my grandfather only once since his incarceration. A trip that was extremely difficult and expensive to make. Considering my grandfather's poor health we have all tried to visit him as much as possible, but it has been almost impossible for us to do so because of the long distance. The long trip has proven to be even more difficult for my 76-year-old grandmother who has a pacemaker. Many times in the last six years I have laid awake knowing that my grandfather was having a complicated surgery and that not a single member of his family would be there to support him when he woke up.

  Over the past six years I have had some of the biggest moments in my life take place. I graduated from high school in 2003 and was accepted to the University of Florida. In July 2007 I graduated with honors. Although these were supposed to be joyous occasions for my family and I, they never quite were. The fact that my grandfather was missing out on so much, and the sorrow of not having his loving spirit there was always looming. The family will never feel complete until he is able to once again be with us.

  My grandfather is one of the most amazing people I know and even though he was sent to prison, he remains one of the most honorable and loving people I will ever come across in my life. I have watched both my grandfather and my entire family suffer. I pray every night that this will be the last Christmas where I watch my mom cry or worry about my grandmother's failing health. I want my Poppop to come home and be cooking Italian fish cakes in my kitchen Christmas Eve with all of his grand kids by his side. Between his declining health and lack of family contact I fear that I will never be able to see my grandfather again. He is a remarkable person who raised an amazing family who love him and miss him more than words can say. My grandfather currently has another three years to serve, which at his age is a life sentence. As of right now I truly believe that his release would be the only thing that could save his life, and perhaps the life of my grandmother. Please allow him to be released and make our family whole once again. Thank you for your time and consideration.

Sincerely,
Taylor Materio

Letter from

**Philip Joseph Materio**

Grandson of Joseph R. Silvestri
Son of Sharon and Philip Materio

The Honorable Judge Seitz  December 5' 2007

U.S. District Court, Southern District of Florida

Miami, Florida 33128

Dear Judge Seitz,

    I miss my grandfather. When I was younger I used to go to his house everyday after school. We would play in the pool and he taught me to fish and swim. Being so young, I didn't inquire much about him or his past. I want him back so I can ask those questions and he can tell me those stories.

Thank You,

Philip Joseph Materio

Grandson of Joseph Silvestri