Letter from

**Joseph R. Silvestri, Jr.**

Son of Joseph R. Silvestri

December 3, 2007

U.S. District Court
Southern District of Florida
301 North Miami Avenue
Miami, FL 33128

The Honorable Judge Seitz,

I, Joseph Silvestri Jr., son of Joseph Silvestri Sr., have been nearly speechless when it
comes to my Dad Joseph Silvestri, just thinking of him I have a hard time swallowing
and even keeping my tears from flowing.
I have literally been with my Dad since I was born until he went away. Growing up I
worked for my Dad and always wished I could learn the construction business as well as
he knew it. Today, I would love to show him what he has taught me. He would be very
proud of his only son. I hope it's not too late. I'm scared that I might lose him
completely before he is ever released.

Fishing has always kept us close, and now for the past 5+ years I've only had the fishing
stories for him in order for us to feel close. I have lost my fishing partner. I fish very
often with my 7 year old son, which helps bring back memories.

My family and I have been grieving and wonder when this grieving will end. I never
have answers for my mom and my children and even my self. I will support both my
Dad and Mom emotionally and financially and do whatever possible to make whatever
years they may have left special. I pray to have my Dad and my partner back soon.

Sincerely,

Joseph R Silvestri

Joseph Silvestri

Letter from

## Jeanette Silvestri

Daughter-in-Law of Joseph R. Silvestri
Married to Joseph R. Silvestri, Jr.

December 3, 2007

US District Court
Southern District of Florida
301 N. Miami Ave.
Miami, FL 33128

The Honorable Judge Seitz,

First of all, I want to thank you for taking the time to read this letter.

How empty Joseph Silvestri Sr. a.k.a, Joe must feel. I feel an empty and sadden spot in my heart, and I'm the daughter-in-law. To see the daily suffering mentally, emotionally, and physically of my mother in law, Joe's wife, breaks my heart. To know there is not much I can do to make that better, and scared to think that her or Joseph's life might end some day with that pain. My 7 year old son Joseph Silvestri a.k.a. Joe Joe brings a smile to her face. It's the same smile I would love to see in my father-in-law when he finally gets to know his 13th grandson and only grandson to carry his name. I hope it's not too late for my son to know his Grandpa. Joseph has missed everything in his 7 year old grandson's life. Joe Joe say's "Who is Pop Pop, and where is Pop Pop"?

Joe's 15 year old granddaughter Janessa, is totally confused and sadden, broken hearted, that she might never ever see her Grandpa ever again. She doesn't like to talk about it much, but says it feels like he's dead, even though she knows he is not. Joe has missed Janessa's competitive swimming, fishing, basketball games, 8th grade graduation, many birthdays, holidays, cooking, and just growing into a teenager.

Best wishes and may God Bless You this holiday season.

Sincerely,

Jeanette Silvestri
Daughter-in-Law

Letter from

## Janessa Silvestri

Granddaughter of Joseph R. Silvestri
Daughter of Joseph R. Silvestri, Jr.

December 4, 2007

US District Court
Southern District of Florida
301 North Miami Avenue
Miami, FL 33128

The Honorable Judge Seitz,

I was 9 years old and I thought I had a close to perfect life until my Grandpa Joseph
Silvestri Sr. went away to prison about 6 years ago. I don't quite understand how and
why things happen the way they do, but I do know that my Grandpa has suffered a lot
and has served a lot of time for any wrong doing he may have done. He is not the only
one that has suffered, my family and I especially my Grandma and my Dad have suffered
a lot. I miss and love Pop Pop so much. I know he misses and loves us too.

I don't really understand my feelings at times. I feel like Pop Pop is dead. Please help
me believe otherwise. I would be greatful for a chance to be with and love Pop Pop and
have him in my and my little brother's life. What a special Christmas gift that will be for
my little brother and I. Thank you for reading my Christmas wish.

Sincerely,

*JANESSA SILVESTRI*

Letter from

**Suzanne M. Giovinazzo**

Daughter of Joseph R. Silvestri

Windows Live™

🖶 Print

✕ Close window

**my dad joe silvestri**
From: **monroe34952@bellsouth.net**
Sent: Sun 12/02/07 1:34 PM
To: jenprior@hotmail.com

Honorable Judge Seitz,

    Just a brief letter concerning the past five and a half years since my father was sent to Minnisota. We were living happily in the Keys when my dad was sentenced. We moved to West Palm to help care for my mom, whom became increasingly ill. After not being able to afford her home anylonger we moved her to a small condo. she became depressed and she had several surgeries, including a pace maker. She then moved to the keys with my brother and his family.
    I went once to see my dad at my brothers exspense, not being able to afford the trip. I have 3 children and 5 grandchildren. two of the grandchilden were under a year old when he went and the youngest wasn't born. We have done everything to keep him real to these kids, because he was such a big influence on my childrens lives, we want him to have a impact on the greatgrandchildren.
    It has been a difficult time for all of us, all of our lives have changed dramatly since my dad left and it has caused a great deal of pressure on the siblings. Please let him come home and finish his life with my mother and let us be a family again and let our kids and grandkids know there grandfather who is a wonderful man.
    None of us are getting any younger and we all need to be together.

Sincerely,

Suzanne M. Giovinazzo
Joseph R. Silvestri's oldest Child

Letter from

## Gregory Giovinazzo

Son-in-Law of Joseph R. Silvestri
Married to Suzanne Giovinazzo

Windows Live Hotmail Print Message

Windows Live™

Print

Close window

(No Subject)
From: monroe34952@bellsouth.net
Sent: Mon 12/03/07 4:39 PM
To: jenprior@hotmail.com

Dear Judge Seitz,

I am joe Silvestri's son in law. I am married to his eldest daughter Suzanne. We have been married for almost 20 years. I have known Joe for many years before that. I played football for him and so did my brother, not only was he our coach is was like a father. I have seen first hand what the family has gone though in his absense. He is the back bone of the family. Everyone has had to change there lives in many different ways. I know what my wife and I have done and I know what she has gone through emotionally with all of it.

I know Joe is not that well and I know Dee his wife has had her health issues, Also I know the health problems my wife has incured in the last 5 and 1/2 years. Stress can kill you. I think Joe has paid his dues and I would love to see him come home and be with his whole family and meet his great grandchildren that are our pride and joy. They are missing so much not knowing him. He is a great teacher, and a great man and I hope you can find it in your heart to release him early so we can all be a family again.

Sincerely,

Gregory Giovinazzo

Letter from

## James E. Wilson, Jr.

Grandson of Joseph R. Silvestri
Son of Suzanne Giovinazzo

Dear Honorable Judge seitz,

My name is James Wilson i am writing this letter in regards to my grandfather Joe   Silvestri. I would like to start by explaining how this sitiuation has affected me and my daughter Anastasia which she  has only seen him once in five and half years. She  hardly even knows my grandfather she was only seven months old when he went away. She only knows little about him only what our family tells her. I spent most of my younger years with my grandmother and grandfather. He taught me as a boy what the value of a dollar meant , gave me my first job, and I caught my first fish with him. My grandfather played a important role in my life and I miss him very much and I wish my daughter could enjoy the quality time with him as I did.

Our family has suffered tremendously in the past five and a half years without my grandfather. He is not the only one suffering we have all been affected and we need him back in our lives I think he has learned a valuable lesson. Regardless of this sitiuation and what he has done or not done he is a Father,Son, and a Grandfather and now a Great Grandfather as well he is a good man. We all make mistakes in life some worse then others but the bottom line is I think he has paid his debt to society. I hope after reading this you take into consideration when determining whether to release my grandfather or not you realize we all love him and need him back in our lives.

Thank you for taking the time to read this and please if you can find it in your heart to give him another chance and to come home to his family you will not regret it

Sincerly,

James E. Wilson Jr.

Letter from

**Shanon Wilson**

Granddaughter of Joseph R. Silvestri
Daughter of Suzanne M. Giovinazzo

Dear Judge Sietz,

Dec. 4, 2007

My name is Shanon and I am writing you on behalf of
my grandfather Joseph Silvestri. I will make this
short as I know you are probably very busy. I have
learned over the past five years that life is very
short. My husbands' mother passed away five years
ago at the age of 50 of breast cancer. My third son
was only a year old and it has been very hard
explaining to my children why their grandmother is
no longer here anymore and also trying to get my
youngest one that is four years old to even
remember someone he never knew, but I want them to
know her and remember her. With that being said, it
is the same situation with my grandfather except
that he is alive and my children are able to know
him, they just do not have that chance right now. I
have tried not to talk about it much with them, but
as they get older children get curious. My youngest
one has not even ever met him. I have not brought
them to see him since he has gone away . For one,
he was very far away being up in Minnesota, and I
also would rather them not see him in that
environment. My grandfather is a good person, and I
don't want them thinking other wise because of
where he is. Since I promised that I would not tie
you up, I am just asking that you please give my
children the chance to get to know their Great
Grand- Father. Thank You and I appreciate the time
you have taken to read this letter.

Sincerely,

Shanon Wilson

Letter from

## Kristin D. Gomes

Granddaughter of Joseph R. Silvestri
Daughter of Suzanne Giovinazzo

Dear Honorable Judge,

I am writing this letter regarding my grandfather, Joseph R. Silvestri, who has been serving a prison sentence for over five years now. I truly hope that you will kindly take into consideration in his obtaining time served for his crime. I sincerely believe that my grandfather realizes his mistake for the crime that was committed and has true remorse.

It has been a very difficult five years with him being away as my grandmother is in need of his companionship a great deal. Her health has been deteriorating and she has had a very difficult time mentally dealing with his absence. They are both reaching an age that they may only have so many years left to spend with one another and our family.

During the years that my grandfather was in Minnesota, I was not able to travel to see him. It is very difficult for me to take time away from my career to travel such a long distance as such. Therefore, I went over five years with out even seeing him which was very difficult for me. Now that he is close, I was at least able to see him even though visiting my grandfather in jail is not the best of visiting conditions. Being able to see him and have him close to our family is certainly better than him being in Minnesota.

My grandfather has been absent from our lives missing a great deal of wonderful family events. Marriages, graduations, child births and so many other wonderful and joyous family life events that only come once in a lifetime. There are going to be many more wonderful times ahead that we would love for him to be a part of as he has always been the foundation of our family. He has always been our rock so to speak. We have a huge void with him missing from our life and we really would like to have his presence back so that our lives can again be complete.

I thank you for your consideration in this matter and pray that you bring my grandfather home to us.

Sincerely,

Kristin D Gomes

Letter from

## Sandra L. Shapiro

Daughter of Joseph R. Silvestri

Windows Live Hotmail    http://byt123.bay188.mail.live.com/mail/ReadMessageLight.aspx?...

The Honorable Judge


Dear Judge

I am writing in regards to my father, Joseph R. Silvestri, who is also grandfather to my four children, and
great-grandfather to my first grandchild, born to my eldest son, John.   We have all missed my father immensely
over the past five and a half years.  Starting first with my son John, who dreams of fishing my father again, and
showing him what he learned from him during his early years.  He also would like to share with him, his daughter,
Nevaeh (heaven spelled backwards) and how he is going to teach her to sit on the beach and share in quality
time, while glaring into the ocean.  Joseph, his name sake, who is in very poor health, with a severe heart condition,
just wants to sit and see his grandfather in person again.  Joshua, who has just graduated High School, and was
attending culinary school at the same time, says, his graduation just wasn't right without his grandfather attending.
We are all sure that his culinary skills came from my father's cooking ability and Joshua remembers having a
great southern breakfast during our stays in Floriday, along with the unbelievable salad that accompanied dinner.
Jordan, my baby, and only daughter, is sixteen and attending High School.  She has grown up so much in the
time my father is away, he was be quite impressed.  She is just beautiful and the captain of the cheer squad, and
remarkable tumbler.  She ask all the time about my father.  I would love for him to see the lovely young lady she
turned out to be.  Our dream is to one day, have all my children sit in a room with my father, and share in life
stories and experiences.  Life is only passed on through the stories of our parents and God willing, our grandparents.


My life has been forced to go on and take care of my children and my husband, Brian.  Unfortunately, the five
children born to my father, have also taken on the responsibility of my mother Dee Silvestri.  She was married to
my father for 55 years and has been depressed and lonely, and living her golden years by herself.  We all have
tried to pick up my fathers role and have her lead somewhat of a normal life.  We just all want to see them be
reunited and live the rest of their lives together.  My financial situation, in real estate, has prevented me from taking
a trip to Minnesota, or even Florida to visit my father.  My dream is to have my father home, a phone call away,
when I need him, and have him available to my children.

I hope Your Honor, that you would feel that my father has been punished enough for his crime, and reunite him
back into the lives of our entire family.

Thank you for taking the time for reading my letter, and I hope you understand how we all feel about, My Dad.

Sincerely yours,

Sandra L. (Silvestri) Shapiro

Letter from

**Brian Shapiro**

Son-in-law of Joseph R. Silvestri
Married to Sandi Shapiro

The Honorable Judge Seitz

Dear Your Honor,

I am writing this letter in regards to Joseph Silvestri, my father-in-law Joe. I have been married to his daughter Sandi for over 11 years. I really only had the opportunity for about 5 years to get close with Joe. The last happy memory I have of Joe is sitting watching the University of Miami footbal team (the last quality team they have put on the field). He is a huge and passionate Miami fan and we sat and talked about footbal for hours. This was my last trip to Florida before Joe was incarcerated, I had the opportunity to really get to know my father-in-law on this occasion. My family resides in New Jersey and we did not have many opportunities to travel to Florida to see my wife's family. After that trip, I was hoping we could go back and visit more and really get close. Unfortunately, Joe was convicted and has been in jail for the last five years. In the short time and brief trips we had to see my in-laws, I have realized my father-in-law is a great interesting guy, who is sincerely loved by his entire family. His wife, five children and their spoues, 13 grandchildren, and 6 great children miss him greatly. I am looking forward to the day, that I can sit back down and watch a Miami football game (hopefully they will win) with Joe and continue our great relationship. I am hoping your honor will find that my father-in-law has been punished enough for the crime he was convicted for and would be willing to reunite the entire family. Thank you for taking the time to read my letter. I really do I appreciate your careful review of Joe's case.

Sincerely,


Brian Shapiro

Letter from

**Nina Pantozzi**

Family Friend

Windows Live™

🖶 Print

Close window

## Jenny, Please include this letter in the Joseph Silvestri letters

From: **Nina S Pantozzi** (npantozzi@comcast.net)
Sent: Thu 12/06/07 5:50 PM
To: jenprior@hotmail.com
Cc: monroe34952@bellsouth.net

December 7,2007

To the Honorable Judge Seitz,

I am writing on behalf of Joseph Silvestri and his family. I feel privileged to do so since I have considered myself a part of this wonderful family since age 5 and over the past 49 years. As a child, I spent just about as much time at the Silvestri home as at my own home.

I would like to share a few of my feelings for this loving and generous family man. Our small town of Keyport, New Jersey was not an affluent one. Raising his 5 children and his two younger brothers was no small task in the 1950s and 60s, as it remains a challenge nationwide today. Despite personal or financial hardships, the Silvestri home was ALWAYS open to me and to many others. The reason for this is very simple and pure, love. Joe and Dee love children and family. This is the true value that has guided their lives.

As a father and friend, Joe stands out, far above the actions of any other friend's parents because he didn't just "tolerate" having lots of rambunctious kids around, he genuinely cared about them and did so very many things to make life brighter and better for all of us. He "adopted" us so to speak. He was an adult one could turn to, as well as being a disciplinarian who felt it his duty to ensure that we "did the right things." He taught us the meaning of respect.

In recollection, as a young child, it seems every "kid" in the neighborhood wound up playing on the "Silvestri's lawn." The Silvestri home was safe, welcoming, and nurturing. In later more turbulent years, the 60s' and 70s, many of our classmates succumbed to drugs, war, or alcohol, some needed encouragement, guidance, or advice. There was still a home for many of the "kids" to turn to, a haven, and for some even a shelter. Joe set an example of humor, kindness, and generosity that remains with me to this day. My own father passed away and Joe has always been like a father to me. He is a much loved man and is sorely missed.

Joe's family desperately needs him now. His grandchildren need to know the man that I am honored to know and love. He is the glue that holds the family together. His grandchildren need to know his loving touch, the unique and jovial sound of his laughter. They need to see him in the kitchen making the best cauliflower and corn fritters anybody ever tasted and better spaghetti gravy than even his wife, Dee's!

They need to sit at a Sunday dinner table in a home where family is valued above all or to simply learn how to bait a hook. Because, THESE are the lasting impressions that we carry with us as adults and cherish throughout our lives. These are the kinds of things that mean the most and are what children truly need to experience to grow up as upstanding adults. They are small, simple things that make us much larger and better people. Joe's children and mainly his grandchildren, with your grace and consideration can still have an opportunity to experience them.

Joe has served his sentence well and has paid dearly on many levels in consideration of his physical confinement and poor health. But his greatest penalty has been his distance and long separation from his family, those he loves most. He has missed weddings, births, christenings, first haircuts, and grandchildren loosing teeth. His penalty has been his family's, too. They have suffered dearly from his imprisonment and the loss of their father in their lives. They need his love, warmth, counsel, and presence.

I am kindly beseeching your most compassionate consideration for the time that he has spent incarcerated, the goodness that he has in his heart, the good that he will do for his grandchildren and family. The impact that his return home would provide is immeasurable. I respectfully ask your mercy to release him and let him rejoin his family for Christmas. Time is of the essence. It is not our friend. Please allow him the grace of time with his loving wife, children, and grandchildren. God bless you in your benevolence.

Sincerely,
Nina (Jacobs) Pantozzi
Lifelong friend

17 Rivergate Way

Long Branch, New Jersey 07740

Letter from

**Roger Wuestefeld**

Family Friend

December 4, 2007


To: The Honorable Judge Seitz :


This letter is to inform you that I have known Mr. Joseph Silvestri and family for over 40 years. They were neighbors of mine in Keyport, New Jersey. I spent time with their children and came to know them quite well. I was 16 when I first met Mr. And Mrs. Joseph Silvestri. They were a proud family and it was always fun to be around their house. Mr. Silvestri was especially fond of all the kids who would " hang" around their house. He always had a joke or a word of support for me as a teenager and his house was always open to my friends and I. We respected him because he respected us and he shared what he had with others. You could tell then that he had a genuine way of making people feel at home. I have not seen Joe in a number of years, but I certainly wish him and his family the best.


Sincerely,

Roger Wuestefeld