# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Clarence Maddox**　　　　　　　　　　　　　　　　　　　　　　　301 North Miami Avenue
Court Administrator • Clerk of Court　　　　　　　　　　　　　　　　Miami, Florida 33128-7788
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(305) 523-5100

December 10, 2007

Jennifer Prior Brown, Esq.
7400 Georgia Avenue, Suite C
West Palm Beach, FL    33405

Reference:    Case #00-6309-CR-Seitz

Dear Ms. Brown:

　　Please be advised that the name that appears as counsel on your *Notice of Change of Address* [Jennifer Prior Brown] does not appear on the roll of attorneys admitted to practice before the United States District Court, Southern District of Florida.   Our records contain a listing for the Florida Bar number noted on this motion; however, it is linked to a different name [Jennifer Prior].

　　If you have changed your name on the roll of attorneys with the Supreme Court of Florida, please provide us with a copy of this Order and we will update our records accordingly.  If you have not changed your name on the roll of attorneys, it will be necessary for you to file documents with the name listed on the roll of attorneys admitted to practice before the United States District Court, Southern District of Florida.

　　Please telephone me at (305) 523-5265 if you have any questions.   Thank you.

　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　CLARENCE MADDOX
　　　　　　　　　　　　　　　　　　　　Court Administrator • Clerk of Court

　　　　　　　　　　　　　　　　　　　　By:　　Catherine Wade-Babyak
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

*"It is our honor and duty to provide the support necessary to enable the Court as an institution to fulfill its constitutional, statutory, and societal responsibilities for all who seek justice."*