CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

Case No. OO-6309                       Date  12/14/07

Clerk  Linda Webb                      Reporter  David Ehrlich

USPO  Rick Garcia                      Interpreter  —

USPTS                                  In-Court Time  1/55

AUSA  Brian McCormick

Def. Atty.  Jennifer Prior Brown

USA v.  Joseph Silvestri

Defendant(s):  Present _____   Not Present  X   In Custody _____

Reason for Hearing  Rule 35

Results of Hearing  Motion Granted. Sentence
reduced by 36 months.
Add spec cond of: ~~house arrest~~
~~confinement~~ ## 100 hoors community srvc.
Rec to BOP: if not released to 1/2 way
house, kept in miami at FCI Camp.

Misc.