UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

JOSEPH SILVESTRI,
Reg. No. 04641-016
_____/

### ORDER GRANTING MOTION FOR REDUCTION OF SENTENCE AND AMENDING ORDER OF JUDGMENT

THIS MATTER having come before the Court upon the Government's Motion for Reduction of Sentence imposed as to the Defendant, Joseph Silvestri, pursuant to Rule 35(b), Federal Rules of Criminal Procedure, as amended. The Court having considered the motion, argument of counsel, and being fully advised as to the facts and circumstances of this case, it is

ORDERED that the Government's Motion for Reduction of the Sentence imposed as to the Defendant, Joseph Silvestri, is hereby **GRANTED**, it being further

ORDERED that the Judgment in a Criminal Case, entered May 21, 2003, is hereby **AMENDED**, as follows:

> "...The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **Eighty-Six (86) Months.**"

IT IS FURTHER ORDERED that the Special Conditions of Supervised Release are hereby MODIFIED by adding the following Special Condition:

> Defendant shall perform 100 hours of community service at the direction of the U.S. Probation Officer.

IT IS FURTHER ORDERED that all other provisions of the Judgment in a Criminal Case, entered May 21, 2003, shall remain in full force and effect. It is further

RECOMMENDED to the U.S. Bureau of Prisons as follows:

> If the Defendant is not released to a half-way house six months prior to the end of his sentence, then he should be kept at the Camp Facility at FCI Miami so his family, especially his wife of 50+ years who is unable to travel, will be able to visit.

DONE AND ORDERED, in Miami, Florida, this __17th__ day of December, 2007.

                                    PATRICIA A. SEITZ
                                  UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
     Bureau of Prisons
     U.S. Marshals Service
     U.S. Probation Office